| | |
|---|---|
| 1 | Stacey M. Leyton (SBN 203827) |
| 2 | Barbara J. Chisholm (SBN 224656) |
| | Danielle Leonard (SBN 218201) |
| 3 | Robin S. Tholin (SBN 344845) |
| 4 | Talia Stender (SBN 341654) |
| | ALTSHULER BERZON LLP |
| 5 | 177 Post Street, Suite 300 |
| | San Francisco, CA 94108 |
| 6 | Tel.: (415) 421-7151 |
| | sleyton@altber.com |
| 7 | bchisholm@altber.com |
| 8 | dleonard@altber.com |
| | rtholin@altber.com |
| 9 | tstender@altber.com |

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO (AFGE); AFGE LOCAL 1236; AFGE LOCAL 3172; AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his official capacity as Director of U.S. Office of Management and Budget; UNITED STATES OFFICE OF PERSONNEL MANAGEMENT; SCOTT KUPOR, in his official capacity as Director of the U.S. Office of Personnel Management<br><br>Defendants. | Case No. 3:25-cv-08302<br><br>**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS BY NON-GOVERNMENTAL PLAINTIFFS** |

**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS BY NON-GOVERNMENTAL PLAINTIFFS**

Pursuant to Civil L.R. 3-15, on behalf of the American Federation of Government Employees, AFL-CIO (AFGE); AFGE Local 1236; AFGE Local 3172; American Federation of State County and Municipal Employees, AFL-CIO, the undersigned certify that as of this date, there is no conflict or interest (other than the named parties) to report.

Respectfully submitted,

DATED: September 30, 2025

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard
Robin S. Tholin
Talia Stender
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
Fax: (415) 362-8064
sleyton@altshulerberzon.com
bchisholm@altshulerberzon.com
dleonard@altshulerberzon.com
rtholin@altshulerberzon.com
tstender@altshulerberzon.com

By: */s/ Stacey M. Leyton*

*Attorneys for All Plaintiffs*

Elena Goldstein (pro hac vice app. forthcoming)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 322-1959
egoldstein@democracyforward.org

*Attorneys for All Plaintiffs*

Norman L. Eisen (pro hac vice app. forthcoming)
Craig Becker (pro hac vice app. forthcoming)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@democracydefenders.org
Craig@democracydefenders.org

*Attorneys for All Plaintiffs*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

*Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson (SBN 226659)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*