AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> *Plaintiff(s)* <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al. <br><br> *Defendant(s)* | Civil Action No. 3:25-cv-08302-VC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Please see attached.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stacey M. Leyton
> Barbara J. Chisholm
> Danielle Leonard
> Robin Tholin
> Talia Stender
> Altshuler Berzon LLP, 177 Post Street, Suite 300, San Francisco, CA 94108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Mark B. Busby*

Date: October 1, 2025

*Signature of Clerk or Deputy Clerk*

## List of Defendants

UNITED STATES OFFICE OF MANAGEMENT AND BUDGET
725 17th St., NW
Washington, D.C. 20503

RUSSELL VOUGHT, in his official capacity as Director of U.S. Office of Management and Budget
United States Office of Management and Budget
725 17th St., NW
Washington, D.C. 20503

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
1900 E St., NW
Washington, D.C. 20415-1000

SCOTT KUPOR, in his official capacity as Director of the U.S. Office of Personnel Management
U.S. Office of Personnel Management
1900 E Street, NW
Washington, DC 20415-1000