# Exhibit A

Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs in* AFGE v. Office of Management and Budget, *Case No.* 3:25-cv-08302-VC

*[Additional counsel and affiliations listed on signature page]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 3-12)** |

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiffs respectfully submit this administrative motion in support of relating *American Federation of Government Employees, AFL-CIO, et al. v. United States Office of Management and Budget, et al.*, Case No. 3:25-cv-08302-VC (hereinafter *AFGE II*), filed today in this Court and currently assigned to Hon. Vince Chhabria, to this action, *AFGE v. Trump*, Case No: 3:25-cv-03698-SI (hereinafter, *AFGE I*), which is the lower-numbered case.

Under Civil Local Rule 3-12(a), actions are related when: "(1) [t]he actions concern substantially the same parties, property, transaction, or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Plaintiffs submit that both requirements are satisfied here.

As to the first element, both actions concern substantially the same parties and transactions. All of the plaintiffs and defendants in *AFGE II* are also plaintiffs and defendants in *AFGE I*. Both actions involve challenges to the lawfulness of efforts by the current federal administration to reduce the size of the federal workforce by directives to federal agencies to engage in reductions in force of federal employees. The newly filed action, *AFGE II*¸ challenges the Office of Management and Budget's ("OMB") and the Office of Personnel Management's ("OPM") recent direction to federal agencies to unlawfully administer the RIF process in the event of a federal government shutdown. Plaintiffs in this case allege that RIFs planned by agencies, as directed by OMB and OPM (as well as USDS), are unlawful for different but related reasons.

As to the second element, consideration of this action by a separate district judge would entail unduly burdensome duplication of labor and expense in light of the significant factual overlap between the two cases discussed *supra*. In addition, there is significant legal overlap. Both cases involve claims under the Administrative Procedure Act ("APA") for arbitrary and capricious agency actions and actions contrary to law pertaining to reductions in the federal workforce. Both cases raise issues regarding the source and scope of federal agencies' authority to initiate and implement RIFs, as well as OMB and OPM's authority to give direction to other agencies. This Court has already considered many of these issues in its various decisions in *AFGE I*. In addition, there may be RIFs initiated after September 30 that could be challenged in both cases, on the legal grounds raised in those cases. Permitting these

actions to proceed before different judges would thus raise the risk of conflicting results.

Civil Local Rule 7-11(a) requires an administrative motion "be accompanied . . . by either a stipulation under Civil L.R. 7-12 or by a declaration that explains why a stipulation could not be obtained." As explained in the accompanying declaration, counsel for the *AFGE II* plaintiffs contacted the U.S. Attorney for the Northern District of California, the Chief of the Civil Division, and counsel for Defendants in *AFGE I* to ask whether they would accept service of the complaint and whether they could provide defendants' position on whether the two cases should be related. Leyton Decl. in Support of Admin. Mot. ¶¶2-3. At the time of this filing, plaintiffs' counsel had not received any response from the U.S. Attorney for the Northern District of California or Chief of the Civil Division. *Id.* ¶2. Counsel for Defendants in *AFGE I* responded that they oppose relating the two cases. *Id.* ¶3.

DATED: September 30, 2025

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard
Robin S. Tholin
Talia Stender
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
Fax: (415) 362-8064
sleyton@altshulerberzon.com
bchisholm@altshulerberzon.com
dleonard@altshulerberzon.com
rtholin@altshulerberzon.com
tstender@altshulerberzon.com

By: */s/ Stacey M. Leyton*

*Attorneys for All Plaintiffs*

Elena Goldstein (pro hac vice app. forthcoming)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 322-1959
egoldstein@democracyforward.org

*Attorneys for All Plaintiffs*

Norman L. Eisen (pro hac vice app. forthcoming)
Craig Becker (pro hac vice app. forthcoming)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
norman@democracydefenders.org
craig@emocracydefenders.org

*Attorneys for All Plaintiffs*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

*Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson (SBN 226659)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*