# Exhibit B

Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs in* AFGE v. Office of Management and Budget, *Case No.* 3:25-cv-08302-VC

*[Additional counsel and affiliations listed on signature page]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.<br><br>Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-03698-SI<br><br>**DECLARATION OF STACEY M. LEYTON IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 3-12)** |

I, Stacey M. Leyton, declare as follows:

1. I am an attorney representing Plaintiffs in *American Federation of Government Employees, AFL-CIO, et al. v. United States Office of Management and Budget, et al.*, Case No. 3:25-cv-08302-VC (*AFGE II*), and am a partner at the law firm of Altshuler Berzon LLP. I am a member in good standing of the bars of the State of California and this Court. I make this declaration based on my personal knowledge and, if called to testify, could and would testify as stated herein.

2. Shortly after filing the complaint in *AFGE II*, I sent an e-mailed copy to the U.S. Attorney for the Northern District of California, Craig Missakian, copying Civil Chief Pamela Johann, and asked whether they would accept service of the complaint and whether they could provide Defendants' position on whether the two cases should be related. At the time of this filing, I have not received any response.

3. I also contacted counsel for the defendants in this case, *American Federation of Government Employees, AFL-CIO, et al. v. Donald J. Trump, et al.*, Case No. 3:25-cv-03698-SI (*AFGE I*), to ask whether they could provide their position on whether the two cases should be related. Counsel for defendants in *AFGE I* responded that they oppose relating the two cases.

4. Because the rules require Plaintiffs to promptly provide the Court notice of a related case, we are proceeding to file the Administrative Motion to Consider Whether Cases Should Be Related.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 30, 2025, in San Francisco, California.

*/s/ Stacey M. Leyton*
Stacey M. Leyton