AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | ) ) ) ) |
| _____ *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No.  3:25-cv-08302-VC |
| UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al. | ) ) ) |
| _____ *Defendant(s)* | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Please see attached.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stacey M. Leyton
Barbara J. Chisholm
Danielle Leonard
Alice X. Wang
Robin Tholin
Altshuler Berzon LLP, 177 Post Street, Suite 300, San Francisco, CA 94108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
                                                              *Signature of Clerk or Deputy Clerk*

## List of Defendants

UNITED STATES DEPARTMENT OF AGRICULTURE
1400 Independence Ave, SW
Washington, DC, 20250

BROOKE ROLLINS, in her official capacity as Secretary of the U.S. Department of Agriculture,
U.S. Department of Agriculture
1400 Independence Ave, SW
Washington, DC, 20250

UNITED STATES DEPARTMENT OF COMMERCE
1401 Constitution Ave, NW
Washington, DC 20230

HOWARD LUTNICK, in his official capacity as Secretary of the U.S. Department of Commerce
U.S. Department of Commerce
1401 Constitution Ave, NW
Washington, DC 20230

UNITED STATES DEPARTMENT OF DEFENSE
4000 Defense Pentagon
Washington, DC 20301

PETE HEGSETH, in his official capacity as Secretary of the U.S. Department of Defense
U.S. Department of Defense
4000 Defense Pentagon
Washington, DC 20301

UNITED STATES DEPARTMENT OF EDUCATION
400 Maryland Avenue, SW
Washington, DC 20202

LINDA McMAHON, in her official capacity as Secretary of the U.S. Department of Education
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202

UNITED STATES DEPARTMENT OF ENERGY
1000 Independence Ave., SW
Washington, DC, 20585

CHRIS WRIGHT, in his official capacity as Secretary of the U.S. Department of Energy
United States Department of Energy
1000 Independence Ave., SW
Washington, DC, 20585

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES
200 Independence Ave., S.W., Room 713-F
Washington, DC 20201

ROBERT F. KENNEDY JR., in his official capacity as Secretary of U.S Department of Health
and Human Services
United States Department of Health and Human Services
200 Independence Ave., S.W., Room 713-F
Washington, DC 20201

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland
Security
United States Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
451 Seventh Street S.W.
Washington DC 20410

SCOTT TURNER, in his official capacity as Secretary of the U.S. Department of Housing and
Urban Development
U.S. Department of Housing and Urban Development
451 Seventh Street S.W.
Washington DC 20410

UNITED STATES DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

PAM BONDI, in her official capacity as Acting General of the U.S. Department of Justice
United States Department of Justice
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

UNITED STATES DEPARTMENT OF THE INTERIOR
1849 C Street, N.W.
Washington DC 20240

DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior
U.S. Department of the Interior
1849 C Street, N.W.
Washington DC 20240

UNITED STATES DEPARTMENT OF LABOR
200 Constitution Ave NW
Washington, DC 20210

LORI CHAVEZ-DEREMER, in her official capacity as Secretary of the U.S. Department of
Labor
United States Department of Labor
200 Constitution Ave NW
Washington, DC 20210

UNITED STATES DEPARTMENT OF STATE
The Executive Office of the Legal Advisor and Bureau of Legislative Affairs
Suite 5.600, 600 19th Street NW
Washington DC 20522

MARCO RUBIO, in his official capacity as Secretary of the U.S. Department of State
United States Department of State
The Executive Office of the Legal Advisor and Bureau of Legislative Affairs
Suite 5.600, 600 19th Street NW
Washington DC 20522

UNITED STATES DEPARTMENT OF TREASURY
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

SCOTT BESSENT, in his official capacity as Secretary of U.S. Department of Treasury
U.S. Department of Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

UNITED STATES DEPARTMENT OF TRANSPORTATION
1200 New Jersey Avenue, S.E.
Washington, DC 20590

SEAN DUFFY, in his official capacity as Secretary of U.S Department of Transportation
United States Department of Transportation
1200 New Jersey Avenue, S.E.
Washington, DC 20590

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS
810 Vermont Ave NW
Washington, DC 20420

DOUG COLLINS, in his official capacity as Secretary of U.S. Department of Veterans Affairs
United States Department of Veterans Affairs
810 Vermont Ave NW,
Washington, DC 20420

CONSUMER PRODUCT SAFETY COMMISSION
4330 East West Highway
Bethesda, MD 20814

PETER FELDMAN, in his official capacity as Acting Chairman of the U.S. Consumer Product
Safety Commission
Consumer Product Safety Commission
4330 East West Highway
Bethesda, MD 20814

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
U.S. Environmental Protection Agency Office of General Counsel
1200 Pennsylvania Avenue, N.W. (2310A)
Washington, DC 20460

LEE ZELDIN, in his official capacity as Administrator of U.S. Environmental Protection
Agency
U.S. Environmental Protection Agency Office of General Counsel
1200 Pennsylvania Avenue, N.W. (2310A)
Washington, DC 20460

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
131 M Street, NE
Washington, DC 20507

ANDREA LUCAS, in her official capacity as Acting Chair of the Equal Employment
Opportunity Commission
Equal Employment Opportunity Commission
131 M Street, NE
Washington, DC 20507

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580

ANDREW N. FERGUSON, in his official capacity as the Chairman of the Federal Trade
Commission
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

UNITED STATES GENERAL SERVICES ADMINISTRATION
1800 F St., NW
Washington, DC 20405

MICHAEL RIGAS, in his official capacity as Acting Administrator for U.S. General Services
Administration
U.S. General Services Administration
1800 F St., NW
Washington, DC 20405

INSTITUTE OF MUSEUM AND LIBRARY SERVICES
955 L'Enfant Plaza North, SW, Suite 4000
Washington, D.C. 20024

KEITH E. SONDERLING, in his official capacity as Acting Director of the Institute of Museum
and Library Services
Institute of Museum and Library Services
955 L'Enfant Plaza North, SW, Suite 4000
Washington, D.C. 20024

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION
300 E. Street SW
Washington DC 20546

SEAN DUFFY, in his official capacity as Acting Administrator for the National Aeronautics and
Space Administration
National Aeronautics and Space Administration
300 E. Street SW
Washington DC 20546

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION
8601 Adelphi Road
College Park, MD 20740-6001

MARCO RUBIO, in his official capacity as Acting Archivist of the United States National
Archives and Records Administration
National Archives and Records Administration
8601 Adelphi Road
College Park, MD 20740-6001

NATIONAL ENDOWMENT FOR THE ARTS
400 7th Street, SW
Washington, DC 20506

MARY ANNE CARTER, in her official capacity as Acting Chair of the National Endowment
for the Arts
National Endowment for the Arts
400 7th Street, SW
Washington, DC 20506

NATIONAL ENDOWMENT FOR THE HUMANITIES
400 7th Street, SW
Washington, DC 20506

MICHAEL MCDONALD, in his official capacity as Acting Chairman for the National
Endowment for the Humanities
National Endowment for the Humanities
400 7th Street, SW
Washington, DC 20506

NATIONAL GALLERY OF ART
2000 South Club Drive
Landover, MD 20785

KAYWIN FELDMAN, in her official capacity as Director of the National Gallery of Art
National Gallery of Art
2000 South Club Drive
Landover, MD 20785

NATIONAL SCIENCE FOUNDATION
2415 Eisenhower Avenue, Suite W14200
Alexandria, VA 22314

BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation
National Science Foundation
2415 Eisenhower Avenue, Suite W14200
Alexandria, VA 22314

National Transportation Safety Board
490 L'Enfant Plaza, SW
Washington, DC 20594

JENNIFER L. HOMENDY, in her official capacity as Chairwoman of the National
Transportation Safety Board
National Transportation Safety Board
490 L'Enfant Plaza, SW
Washington, DC 20594

NUCLEAR REGULATORY COMMISSION
11555 Rockville Pike
Rockville, MD 20852-2738

DAVID A. WRIGHT, in his official capacity as Chairman of the Nuclear Regulatory
Commission
Nuclear Regulatory Commission
11555 Rockville Pike
Rockville, MD 20852-2738
UNITED STATES SMALL BUSINESS ADMINISTRATION
409 3rd St. SW
Washington, DC 20416

KELLY LOEFFLER, in her official capacity as Administrator of the U.S. Small Business
Administration
United States Small Business Administration
409 3rd St. SW
Washington, DC 20416

SMITHSONIAN INSTITUTION
PO Box 37012
SI Building, Room 153, MRC 010
Washington, DC 20013-7012

LONNIE G. BUNCH III, in his official capacity as Secretary of the Smithsonian Institution
Smithsonian Institution
PO Box 37012
SI Building, Room 153, MRC 010
Washington, DC 20013-7012

UNITED STATES SOCIAL SECURITY ADMINISTRATION
1100 West High Rise
6401 Security Blvd.
Baltimore, MD 21235

FRANK BISIGNANO, in his official capacity as Commissioner of the U.S. Social Security
Administration
U.S. Social Security Administration
1100 West High Rise
6401 Security Blvd.
Baltimore, MD 21235

UNITED STATES INTERNATIONAL DEVELOPMENT FINANCE CORPORATION
1100 New York Ave., NW
Washington, DC 20527

DEV JAGADESAN, in his official capacity as Acting Chief Executive Officer of the U.S.
International Development Finance Corporation
U.S. International Development Finance Corporation
1100 New York Ave., NW
Washington, DC 20527