```
1    Stacey M. Leyton (SBN 203827)
     Barbara J. Chisholm (SBN 224656)
2    Danielle Leonard (SBN 218201)
     Alice X. Wang (SBN 335224)
3    Robin S. Tholin (SBN 344845)
     Talia Stender (SBN 341654)
4    ALTSHULER BERZON LLP
5    177 Post Street, Suite 300
     San Francisco, CA 94108
6    Tel.: (415) 421-7151
7    sleyton@altber.com
     bchisholm@altber.com
8    dleonard@altber.com
     awang@altber.com
9    rtholin@altber.com
     tstender@altber.com
10
11   Attorneys for Plaintiffs

12   [Additional Counsel not listed]
```

13              UNITED STATES DISTRICT COURT

14           FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.; <br><br> Defendants. | Case No. 3:25-cv-08302 <br><br> **DECLARATION OF KORY BLAKE IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |
|---|---|

Decl. of Kory Blake ISO Mot. for TRO and OSC; Case No: 3:25-cv-08302

# DECLARATION OF KORY BLAKE

I, Kory Blake, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the Area Field Services Director ("AFSD") for the Eastern Region in the Organizing and Field Services department of the American Federation of State, County and Municipal Employees, AFL-CIO ("AFSCME" or "International Union"). As AFSD, I am responsible for providing guidance and leadership to the efforts of the International Union and affiliates in mobilizing the membership in support of AFSCME's programs. This includes coordinating and allocating AFSCME resources to affiliates within my assigned region, identifying AFSCME programs and services to meet the needs of affiliates, and engaging directly with council or local union leaders and members on organizing, contract and political campaigns. I am assigned to support AFSCME affiliates located in Washington, D.C., Maryland, and Virginia, including coordinating support and resources to AFSCME's federal government employee affiliates and members. I have been an AFSD for AFSCME since 2020.

3. AFSCME is a national labor organization and unincorporated membership association headquartered at 1625 L Street N.W., Washington, D.C. 20036. AFSCME is the largest trade union of public employees in the United States, with around 1.4 million members organized into approximately 3,400 local unions, 58 councils and other affiliates, including retiree councils and chapters, in 46 states, including California, the District of Columbia, and Puerto Rico. AFSCME has approximately 185,000 members in the State of California. AFSCME, through its affiliate District Council 20 and its 18 constituent federal government local unions, as well as its affiliate United Nurses Associations of California/Union of Health Care Professionals (UNAC/UHCP), represents around federal civilian employees in agencies and departments across the federal government, including at eight agencies and various subdivisions in the Executive Department. Every member of District Council 20, its 18 constituent federal government local unions, and UNAC/UHCP is a member of AFSCME.

4. AFSCME organizes employees and advocates for fairness in the workplace, better wages and working conditions, excellence in public services, and prosperity and opportunity for all

working families. AFSCME's core functions include providing support, guidance, and resources to our affiliates, some of which are the officially recognized exclusive representatives of federal employees in various bargaining units.

5. Membership in AFSCME is voluntary.

6. AFSCME's and its subordinate bodies' leadership is democratically elected by and from among its membership.

7. AFSCME's activities and staff are funded through our members' voluntary dues, which are established by the AFSCME International Constitution and based on the percentage of hours worked for part-time or full-time members. These membership dues are paid via a direct, automatic deduction from the member's federal government paycheck, which goes to the AFSCME affiliate representing the member first, which then in turn remits a portion of those dues to AFSCME.

8. AFSCME members include nurses, corrections officers, childcare providers, emergency medical technicians, sanitation workers, school bus drivers, civil engineers, policy analysts, and more. Its members working for the Executive Department of the federal government work to ensure aviation safety at the Department of Transportation's (DOT) Federal Aviation Administration (FAA), criminal justice through the Department of Justice (DOJ), food safety, rural development, and facilitation of international trade for U.S. farmers through the U.S. Department of Agriculture (USDA), civic engagement through service and volunteering through AmeriCorps and the Peace Corps, providing health care at the Jerry L. Pettis Memorial Veterans' Hospital (VA) and the Naval Medical Center San Diego (DOD), and providing objective news and information about the U.S. and the world to people who lack adequate sources of free information through Voice of America (VOA) as employees of the United States Agency for Global Media (USAGM).

9. The current government shutdown has significant adverse effects on AFSCME and the employees that it represents in the federal government. On September 24, 2025, several news sources reported that the Trump Administration is planning to conduct large-scale reductions-in-force (RIF) during the shutdown, which then began on October 1, 2025. AFSCME represents numerous federal employees in agencies that have been subject to the shut down as a result of the lapse in appropriations. My understanding is that the Office of Management and Budget (OMB) has told those agencies that

their programs are no longer statutorily required and has directed the agencies to implement large-scale RIFs. AFSCME members in those agencies thus face the very real prospect of losing their income, health insurance coverage, and other employment benefits as a result of the impending RIFs, which has caused considerable uncertainty and stress for those members. Facing the serious threat of RIFs, those employees have been forced to start looking for new jobs or training and educational opportunities. Many AFSCME members are also extremely concerned about losing their livelihoods as a result of the RIFs and have experienced significant distress. They are worried about their financial stability, whether they and their families will have access to health insurance coverage, and other harms that will result from being terminated, as they are forced to make contingent plans against all odds. In my experience, AFSCME members are quintessential public servants: their work is a calling to public service, and many of AFSCME's federal employee members have dedicated their lives to serving our country as their life's work. I am aware that searching for comparable employment feels effectively futile for many of them, especially in the current labor market flooded with former federal employees due to the administration's other firings since January 2025, thus exacerbating the significant emotional stress and irreparable injury to these AFSCME members' lives that would result from a typical layoff threat.

      10.    The impending RIFs also prevent AFSCME from carrying out its core functions of serving as employees' representative and providing its members counseling and advice on labor and employment issues. Because of the need to respond to increased inquiries regarding the RIFs, AFSCME has had to divert resources that it would otherwise use to carry out its responsibilities as employees' representative and membership organization, including providing counseling, advice, and representation to employees in the event of adverse employment actions or other workplace issues. This includes the diversion of substantial resources from AFSCME Council 20, the AFSCME subordinate body for employees in the District of Columbia region. Council 20's membership includes not only federal employees belonging to AFSCME local unions affiliated with Council 20, but also more than 10,000 employees of the District of Columbia government who are not federal employees and who belong to Council 20-affiliated local unions that do not have federal employee members, and the impact on Council 20 as an organization and its entire membership has been substantial. In addition,

the separation of AFSCME members from federal employment would greatly reduce AFSCME's bargaining power and dues revenue, in particular with respect to AFSCME Council 20 and its affiliated local unions of both federal and non-federal employees.

11. Even if the federal government eventually reinstates some federal employees who receive RIF notices during the shutdown, AFSCME and its members will still suffer considerable harm. During the past nine months, I have spoken with AFSCME members who work for multiple federal government agencies who have been terminated or received a notice of a RIF affecting their position, but who have subsequently been reinstated to their jobs or seen their RIF notice rescinded as a result of litigation brought against this administration. These employees have told me about their experiences of extreme whiplash, and the irreparable harm that the credible threat of illegal terminations or RIFs has had on them. For example, one officer of an AFSCME local union who was threatened with a RIF chose instead to retire, feeling forced into the decision. Another officer of an AFSCME local union explained that although her RIF notice was ultimately rescinded thanks to litigation, she returned to an agency with far fewer employees due to the fact that many employees, scared of being RIF'd, felt coerced to resign or retire instead, leaving the agency hollowed out and thereby increasing the workload of the remaining employees under conditions of extreme stress and low morale. This AFSCME local officer, although her RIF notice was rescinded and she returned to work, experienced significant mental health issues for which she sought and received mental health treatment, and she is aware that was true for other bargaining unit employees as well. In addition, as an officer of her local union, she explained that the burden on the union was extraordinary, requiring her and her fellow union officers to divert nearly all of their time and resources to responding to the employees' questions and concerns about the RIF, which were a crisis matter for the individuals and for the local union which would have been turned into a shell of itself as a result of these RIFs too. Furthermore, my understanding is that federal employees who receive RIF notices during the shutdown and are later reinstated may face claims from agencies that they are ineligible for back pay because they were subject to a RIF during the shutdown.

**AFSCME Members at the Department of Transportation**

12. AFSCME Local 1653 represents a bargaining unit of non-supervisory civil servants who

1   work for the FAA, a subordinate agency to the Department of Transportation. The FAA's mission is
2   to provide the safest, most efficient aerospace system in the world. These employees include Aviation
3   Safety Inspectors, Regulation Analysts, Accident Investigators, Economists, Computer Scientists,
4   Regulation Attorneys, Enforcement Attorneys, Program Managers, Administrative Staff and Office
5   Assistants, Operation Research Analysts, Policy Analysts, Technical Operations Specialists, Airport
6   Inspectors, and others. Also in the bargaining unit are employees who work within the Air Traffic
7   Organization and Aviation Safety departments at the FAA's headquarters, which is located in
8   Washington, D.C.

9           13.     AFSCME Local 1653 bargaining unit employees all report to the FAA headquarters,
10  but some employees' duty stations are in other states including California, New Jersey, Oklahoma,
11  Washington, Georgia, and others.

12          14.     AFSCME Local 1653 represents the interests of the FAA's non-supervisory civil
13  servants. As the exclusive representative for the nonsupervisory FAA civil servants, AFSCME Local
14  1653 enters into collective bargaining negotiations with the FAA on a wide variety of terms and
15  conditions of employment and represents bargaining unit members through the negotiated grievance
16  process. AFSCME Local 1653 and the FAA are parties to a collective bargaining agreement that
17  memorializes negotiated terms and conditions of employment, benefits, rules, a grievance procedure
18  and other procedures of the workplace. The current agreement has a term of four years and expires on
19  January 17, 2029.

**AFSCME Members at the Department of Agriculture**

            15.     AFSCME has five locals that represent bargaining units in different subdivisions of the
U.S. Department of Agriculture ("USDA"). These subdivisions include the USDA's Office of
Operations, National Appeals Division, Rural Development, Farm Production and Conservation
Business Center, Farm Service Agency, Risk Management Agency, and the Foreign Agricultural
Service.

            16.     AFSCME Local 3976 represents the USDA's Foreign Agricultural Service ("FAS"),
the foreign affairs arm of the USDA. Its primary mission is to open trade in other countries and assist

farmers and producers in the United States to export their agricultural products abroad. In other words, FAS helps farmers and producers in the U.S. grow and thrive by opening foreign markets to American agricultural products.

17. AFSCME Local 3976 represents a bargaining unit of civil servants who work for the Foreign Agricultural Service in the Washington, D.C. metropolitan area. These employees include International Economists, International Trade Specialists, Nutritionists, Trade Policy Analysts, International Science Advisors, Technical Assistance Specialists, International Market Specialists, and others. AFSCME Local 3976 represents the interests of the USDA's Foreign Agricultural Service nonsupervisory civil servants. Its core functions include providing support, guidance, and resources to bargaining unit employees as their officially recognized exclusive representative. As the exclusive representative for the nonsupervisory Foreign Agricultural Service civil servants, AFSCME Local 3976 enters into collective bargaining negotiations with the USDA on a wide variety of terms and conditions of employment and represents bargaining unit members through the negotiated grievance process. AFSCME Local 3976 and the USDA, Foreign Agricultural Service are parties to a collective bargaining agreement that memorializes negotiated terms and conditions of employment, benefits, rules, a grievance procedure and other procedures of the workplace. The current agreement has a term of five years and expires on January 8, 2030.

18. AFSCME Local 2846 represents a collective bargaining unit of USDA, Office of Operations employees. The Office of Operations is an office within USDA's Departmental Administration that provides leadership, direction, and coordination, in activities at the USDA Headquarters and the George Washington Carver Center (GWCC). Local 2846 represents all professional and non-professional employees employed by Office of Operations in the Washington, D.C. metropolitan area. The Local's members mainly include Mail Clerks who process incoming and outgoing mail, distribute delivered mail, and process certified mail.

19. AFSCME Local 2846 represents the interests of the USDA's Office of Operations employees. Its core functions include providing support, guidance, and resources to bargaining unit employees as their officially recognized exclusive representative. As the exclusive representative for the nonsupervisory employees, AFSCME Local 2846 enters into collective bargaining negotiations

1  with the USDA on a wide variety of terms and conditions of employment and represents bargaining
2  unit members through the negotiated grievance process. AFSCME Local 2846 and the USDA, Office
3  of Operations are parties to a collective bargaining agreement that memorializes negotiated terms and
4  conditions of employment, benefits, rules, a grievance procedure and other procedures of the
5  workplace. The agreement has been effective since 2010 and rolls over on an annual basis, unless either
6  party requests to bargain a new agreement.

7  20.  AFSCME Local 3020 represents a collective bargaining unit of USDA, Office of
8  Hearing and Appeals (OHA) employees. The mission of the OHA is to plan, coordinate, and provide
9  administrative support for the National Appeals Division (NAD), the Office of the Administrative Law
10 Judges (OALJ), and the Office of the Judicial Officer (OJO). Local 3020 represents all professional
11 and nonprofessional employees employed at OHA. AFSCME Local 3020 employees include Hearing
12 Officers, Appeals Officers, Attorney Advisor OALJ, Legal Assistants, Administrative Support
13 Assistants, Appeals Coordinators, Paralegal Specialists, IT Specialists, and Management Analysts.

14 21.  AFSCME Local 3020 represents the interests of the USDA's OHA employees. Its core
15 functions include providing support, guidance, and resources to bargaining unit employees as their
16 officially recognized exclusive representative. As the exclusive representative for the nonsupervisory
17 employees, AFSCME Local 3020 enters into collective bargaining negotiations with the USDA on a
18 wide variety of terms and conditions of employment and represents bargaining unit members through
19 the negotiated grievance process. AFSCME Local 3020 and the USDA, OHA are parties to a collective
20 bargaining agreement that memorializes negotiated terms and conditions of employment, benefits,
21 rules, a grievance procedure and other procedures of the workplace. The agreement has been in place
22 since 2019 and renews automatically on an annual basis, unless either party requests to bargain a new
23 agreement.

24 22.  AFSCME Local 3870 represents a collective bargaining unit of USDA, Rural
25 Development ("RD") employees. Specifically, Local 3870 represents employees at the Rural Utilities
26 Service (RUS) and the Rural Business Cooperative Service (RBCS). The mission of RUS is to provide
27 loans and grants to water and waste, telephone, and electric companies in rural America to improve the
28 services offered to those communities. The mission of RBCS is to provide loans and grants to

1   businesses in rural America. Bargaining unit employees include Financial & Business Loan Specialists and Management Analysts, Business Loan and Grant Technicians, Management Assistants, Environmental Protection Specialists, General Field Representatives, Sociologists, Loan Technicians, General Field Representatives, and others.

23. AFSCME Local 3870 represents the interests of the USDA's RD employees. Its core functions include providing support, guidance, and resources to bargaining unit employees as their officially recognized exclusive representative. As the exclusive representative for these RD civil servants, AFSCME Local 3870 enters into collective bargaining negotiations with the USDA, RD on a wide variety of terms and conditions of employment and represents bargaining unit members through the negotiated grievance process. AFSCME Local 3870 and the USDA, RD are parties to a collective bargaining agreement that memorializes negotiated terms and conditions of employment, benefits, rules, a grievance procedure and other procedures of the workplace. The agreement has been in place since 2019 and renews automatically on an annual basis, unless either party requests to bargain a new agreement.

24. AFSCME Local 3925 represents a collective bargaining unit of USDA, Farm Production and Conservation Business Center, (FPCBC) Farm Service Agency (FSA), and Risk Management Agency (RMA) employees. Local 3925 represents all professional and nonprofessional employees employed by the USDA's, FPCBC, FSA, and RMA in the Washington, D.C. metropolitan area.

25. AFSCME Local 3925 represents the interests of the USDA's FPCBC, FSA, and RMA employees. Its core functions include providing support, guidance, and resources to bargaining unit employees as their officially recognized exclusive representative. As the exclusive representative for the nonsupervisory civil servants, AFSCME Local 3925 enters into collective bargaining negotiations with the USDA on a wide variety of terms and conditions of employment and represents bargaining unit members through the negotiated grievance process. AFSCME Local 3925 and the USDA, RD are parties to a collective bargaining agreement that memorializes negotiated terms and conditions of employment, benefits, rules, a grievance procedure and other procedures of the workplace. The current agreement is effective for a term of four years and expires on September 16, 2028.

**AFSCME Members at AmeriCorps and Peace Corps**

26. AFSCME Local 2027 represents a collective bargaining unit of AmeriCorps employees. The collective bargaining agreement covering these workers is applicable, by its terms, to "all non-professional employees including part-time and intermittent employees." Bargaining unit members work and live all over the country, including in California, Texas, Alaska, Colorado, Mississippi, Georgia, Ohio, Delaware, among other states and Puerto Rico. These employees include Grant Management Specialists, Logistics Assistants, Data and Analytics Officers, Portfolio Managers, Training Specialists, and others. Many of Local 2027's bargaining unit members are Portfolio Managers who are out in the field managing and providing oversight to AmeriCorps programs. Others enable the work of AmeriCorps grantees within their organizations.

27. AFSCME Local 2027 represents the interests of the AmeriCorps employees. Its core functions include providing support, guidance, and resources to bargaining unit employees as their officially recognized exclusive representative. As the exclusive representative for the nonsupervisory AmeriCorps employees, AFSCME Local 2027 enters into collective bargaining negotiations with AmeriCorps on a wide variety of terms and conditions of employment and represents bargaining unit members through the negotiated grievance process. AFSCME Local 2027 and AmeriCorps are parties to a collective bargaining agreement that memorializes negotiated terms and conditions of employment, benefits, rules, a grievance procedure and other procedures of the workplace. The current agreement is effective for a term of five years and expires on January 17, 2030.

28. AFSCME Local 3548 represents a bargaining unit of Peace Corps employees. The Peace Corps mission is to promote world peace and friendship through community-based development and intercultural understanding. Generally, AFSCME Local 3548 members work in roles that support our mission to send volunteers abroad, such as recruitment, placement, training, administrative support. These employees include Recruiters, Program Support Assistants, Management and Program Analysts, IT Specialists, Volunteer Placement and Assessment Specialists, Financial Management Specialists, Public Health Program Specialists, Data Analysts, Public Health Analysts, and many more. AFSCME Local 3548 bargaining unit members are stationed all over the U.S. in support of the Peace Corps mission of world peace.

29. AFSCME Local 3548 represents the interests of Peace Corps employees. The local's core functions include providing support, guidance, and resources to bargaining unit employees as their officially recognized exclusive representative. As the exclusive representative for Peace Corps employees, AFSCME Local 3548 enters into collective bargaining negotiations with the Peace Crops on a wide variety of terms and conditions of employment and represents bargaining unit members through the negotiated grievance process. AFSCME Local 3548 and the Peace Corps are parties to a collective bargaining agreement that memorializes negotiated terms and conditions of employment, benefits, rules, a grievance procedure and other procedures of the workplace. This agreement has been effective since the 1990s and renews on an annual basis, unless either party requests to bargain a new agreement.

**AFSCME Members at the Department of Justice**

30. AFSCME has five locals that represent employees in different subdivisions of the DOJ. The mission of the DOJ is to uphold the rule of law, to keep our country safe, and to protect civil rights. AFSCME's locals represent AFSCME members who are DOJ employees working in Office of Justice Programs, U.S. Parole Commission, Justice Management Division, Office of Community Oriented Policing Services, and some of the DOJ's Litigation Divisions.

31. AFSCME Local 2830 represents full-time and regularly scheduled part-time professional and non-professional OJP employees in Washington D.C. The OJP is the DOJ's largest grant making component, and employees work within various departments within the subdivision, including the Bureau of Justice Assistance, Bureau of Justice Statistics, Office of Administration, Office of the Assistant Attorney General, Office of Audit Assessment and Management, Office of the Chief Information Officer, Office of the Chief Financial Officer, Office of Civil Rights, Office of Communications, Office of Juvenile Justice and Delinquency Prevention, Office for Victims of Crime, National Institute of Justice, Sex Offender Sentencing, Monitoring, Apprehending, Registering, and Tracking Office. Many OJP employees who are Grants Management Specialists manage and support over $15 billion in open criminal and juvenile justice-related science and statistics grant programs and contracts in some capacity. Managing grants and contracts involves monitoring awards

programmatically and fiscally, as well as overseeing training and technical assistance for grantees. OJP's support functions include ensuring that grantees do not violate the civil rights of program recipients, providing Information Technology (IT) support for the Justice Grants and other systems, managing human resources, overseeing public affairs, including tracking legislation and responding to inquiries, and facilities management. Other OJP employees include Accountants, Administrative Officers, Attorneys, Auditors, Senior Policy Advisors, Social and Physical Scientists, Social Science Research Analysts, Statisticians, Management and Program Analysts, Program Specialists, Public Affairs Specialists, Writer-Editors, Technology Advisors, Information Technology Specialists, and more.

32. AFSCME Local 2940 represents DOJ U.S. Parole Commission employees. The mission of the Parole Commission is to promote public safety and strive for justice and fairness in the exercise of its authority to release and revoke offenders under its jurisdiction. Local 2940 represents non-professional and non-supervisory employees of the Parole Commission in Washington, D.C. who are involved in the protecting the public safety. These employees include Analysts and support staff. The Analyst recommends sanctions to be imposed for individuals on parole/supervised release to keep them compliant in the community. If the releasee continues to have non-compliance issues, the Analysist ultimately recommends warrants to be issued to return them to federal custody or impose pre-release conditions to assist the releasees with a positive transition back into the community. In addition, Analysts review cases to determine if the releasee meets guideline requirements for possible early termination of their parole/supervised release term. The support staff assist with locating witnesses, scheduling hearings, designation request to the Bureau of Prisons and issue Notice of Actions with the outcome of all hearings and actions ordered by a Parole Commissioner. AFSCME Local 2940 represents the interests of the Parole Commission employees. The local's core functions include providing support, guidance, and resources to employees.

33. AFSCME Local 3097 represents DOJ Justice Management Division (JMD) employees. The mission of the JMD is to provide advice and counsel to senior management officials relating to all administrative functions of the Department. Local 3097 represents JMD professional and non-professional employees in Washington, D.C. AFSCME Local 3097 represents the interests of the JMD

1  employees. The local's core functions include providing support, guidance, and resources to JMD employees.

2  34.   AFSCME Local 3187 represents DOJ Office of Community Oriented Policing Services (COPS) employees. COPS is the component of the DOJ responsible for advancing the practice of community policing by the nation's state, local, territorial, and tribal law enforcement agencies through information and grant resources. COPS employees include Policy Analysts, Grant Management Specialists, Program Specialist, Accountants, Auditors, Social Science Analysts, Management and Program Analysts, Administrative Services Specialists, and IT Specialist. These employees develop and manage grant programs for law enforcement, including managing individual grants; monitoring and oversee grantees, including ensuring compliance with federal laws and regulations around spending of grant funds and to ensure no fraud occurs; managing the fiscal affairs of the agency, such as travel spending; and managing the IT infrastructure of the agency. AFSCME Local 3187 represents the interests of the COPS employees. The local's core functions include providing support, guidance, and resources to COPS employees.

35.   AFSCME Local 3719 represents DOJ Office of Solicitor General, Litigating Division employees. The local represents Professional Administrative Support Staff (PASS) employed by the Antitrust, Civil Rights, Civil, Environment and Natural Resources, and the Tax Litigating Divisions in Washington D.C. AFSCME Local 3719 does not represent any employees in the DOJ's National Security Litigating Division. The local's members include Administrative Assistants, Legal Assistants, Legal Technicians, Civil Analyst, Paralegals, and Equal Opportunity Specialists. These employees provide litigation support to trial teams, investigations, testing of discriminatory practices, compliances, and all matters necessary for litigation. AFSCME Local 3719 represents the interests of the Litigating Division employees. The local's core functions include providing support, guidance, and resources to Litigating Division employees.

**AFSCME Members at U.S. Agency for Global Media**

36.   AFSCME Local 1418 represents employees who work for U.S. Agency for Global Media (USAGM), specifically at its "Voice of America" (VOA) media outlet. AFSCME members at

USAGM work as non-supervisory Radio Broadcast Technicians employed by USAGM in the Radio Master Control and Radio Studios in Washington, D.C. These members include two types of employees: Radio Broadcast Technicians (RBT) who work in Radio Studios and RBTs who work in the Radio Master Control. These employees are generally responsible for being present at live broadcast studios at the time VOA is producing a live show, and engineering the live show for broadcast. These employees are responsible for engineering live broadcasts of radio programing by running the mixing console in the Radio Studios or working in the Radio Master Control. Most of the bargaining unit members work in the Radio Studios. Their duties also include setting up and running equipment for the radio broadcasts such as computer programs, audio and video files, microphones, lights, and cameras for programs with video components. Working under the direction of bilingual directors and producers who understand the language of the programing and can communicate in English with the RBTs, these employees operate the broadcast mechanics of live radio programs. AFSCME Local 1418 represents the interests of the VOA's Radio Broadcast Technicians. Its core functions include providing support, guidance, and resources to these employees.

**AFSCME Registered Nurse Members at the VA and DOD**

37. Unlike most of AFSCME's federal government employee members who are represented by AFSCME District Council 20 and its affiliated local unions based out of Washington, D.C., AFSCME members who work for the VA and DOD are represented by the United Nurses Associations of California/United Health Care Professionals, AFSCME, AFL-CIO (UNAC/UHCP). UNAC/UHCP is a labor organization and an unincorporated association headquartered at 955 Overland Ct., Suite 150, San Dimas, California 91773. UNAC/UHCP represents employees of the VA who are employed as registered nurses at Pettis Memorial Hospital in Loma Linda, California, and employees of DOD who are employed as registered nurses at the Naval Medical Center San Diego. UNAC/UHCP is an affiliate union of AFSCME and its members are members of AFSCME. UNAC/UHCP represents the interests of its DOD and VA members, and the union's core functions include providing support, guidance, and resources to these employees. UNAC/UHCP collectively bargains terms and conditions of employment with the VA for Pettis Memorial Hospital, and those collective bargaining agreement

1 | terms are currently in effect.

2 |     I declare under penalty of perjury under the laws of the United States that the foregoing is
3 | true and correct.
4 |     Executed this 4th day of October 2025 in Washington, DC.

_____

Kory Blake