1   Stacey M. Leyton (SBN 203827)
    Barbara J. Chisholm (SBN 224656)
2   Danielle Leonard (SBN 218201)
    Alice X. Wang (SBN 335224)
3   Robin S. Tholin (SBN 344845)
    Talia Stender (SBN 341654)
4   ALTSHULER BERZON LLP
5   177 Post Street, Suite 300
    San Francisco, CA 94108
6   Tel.: (415) 421-7151
    sleyton@altber.com
7   bchisholm@altber.com
8   dleonard@altber.com
    awang@altber.com
9   rtholin@altber.com
    tstender@altber.com
10

11  *Attorneys for Plaintiffs*

12  [Additional Counsel not listed]

13              UNITED STATES DISTRICT COURT

14          FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16  AMERICAN FEDERATION OF                    Case No. 3:25-cv-08302
    GOVERNMENT EMPLOYEES, AFL-CIO et
17  al.,                                      **DECLARATION OF MICAH NIEMEIER-
                                              WALSH, PH.D., IN SUPPORT OF
18              Plaintiffs,                    MOTION FOR TEMPORARY
                                              RESTRAINING ORDER AND ORDER TO
19      v.                                     SHOW CAUSE**

20  UNITED STATES OFFICE OF
    MANAGEMENT AND BUDGET, et al.;
21
22              Defendants.

23

24

25

26

27

28

1

**DECLARATION OF MICAH NIEMEIER-WALSH, PH.D.**

2

I, Micah Niemeier-Walsh, declare as follows:

3    1.    I am over 18 years of age and competent to give this declaration.  This declaration is

4    based on my personal knowledge, information, and belief.  I am providing this declaration in my

5    capacity as a union officer.

6    2.    I am the Vice President of the American Federation of Government Employees

7    ("AFGE") Local 3840 ("Local 3840" or "Union").  I joined the Union when I started working at the

8    National Institute for Occupational Safety and Health ("NIOSH") in 2020 and have held various

9    leadership positions, including chief steward and member of the contract negotiation team.

10    3.    Local 3840 represents a bargaining unit of 215 civil servants who work for NIOSH,

11    which is part of the Centers for Disease Control ("CDC") in the Department of Health and Human

12    Services ("HHS").  These employees include Industrial Hygienists, Materials Engineers, Technical

13    Information Specialists, Health Communications Specialists, and Research Epidemiologists in

14    Cincinnati, Ohio, as well as in Kentucky and Indiana.  These bargaining unit members perform and

15    apply research in the areas of industrial hygiene, epidemiology, and engineering to address

16    occupational health and safety concerns.  They provide services directly to businesses, federal

17    agencies, state and local governments, and workers to mitigate health and safety risks at workplaces.

18    Many of the bargaining unit members have advanced graduate degrees in occupational health, public

19    health, science, engineering, and medicine.

20    4.    Local 3840's mission is to advocate for and promote the interests of bargaining unit

21    members in their federal employment.  As the exclusive bargaining representative of these workers,

22    the Union provides many services to all bargaining unit members.  Core functions of the Union

23    include collective bargaining with NIOSH to obtain a fair and reasonable collective bargaining

24    agreement ("CBA"); filing and negotiating grievances against the agency to enforce the terms and

25    conditions of the CBA; pursuing arbitrations on behalf of workers to enforce the CBA; and providing

26    other support, guidance, and resources to bargaining unit employees.

27    5.    I am an Industrial Hygienist at NIOSH, which is the agency that is responsible for

28    conducting research and making recommendations for preventing work-related injuries and illnesses.

NIOSH seeks to improve worker health and safety across all types of workplaces, including coal mines, fire departments, oil and gas wells, construction sites, small businesses, and hospitals. The agency conducts investigations of occupational health and safety concerns, often at the request of businesses and other organizations; researches occupational hazards; develops guidance to address those hazards; and provides graduate and post-graduate training on occupational health and safety through its Education and Research Centers.

6.     NIOSH's responsibilities to conduct research and investigations, develop guidance, and provide training on occupational health and safety are mandated by the Occupational Safety and Health Act, 29 U.S.C. §§ 669–671, among other statutes.

7.     NIOSH employees are based primarily in research laboratories and offices in Cincinnati, Ohio; Morgantown, West Virginia; Pittsburgh, Pennsylvania; Spokane, Washington; Washington, D.C.; Atlanta, Georgia; and Denver, Colorado.

8.     I started working at NIOSH in August 2020, after receiving my Doctor of Philosophy in Environmental and Occupational Hygiene from the University of Cincinnati College of Medicine. My graduate research was funded by NIOSH's Education and Research Center at the University of Cincinnati. I also worked at NIOSH as an undergraduate intern from 2012–2015.

9.     In my current role, I serve as a technical expert for the National Firefighter Registry for Cancer, which aims to understand and reduce the risk of cancer among firefighters across the United States. Firefighters are exposed to a range of hazards through their work, including chemicals released during a fire and chemical products used in firefighting, that increase their risk of developing cancer. My work also focuses on firefighters' exposure to chemicals released during electric vehicle fires. I study the effects of exposures on firefighters' risk of developing cancer and research ways to reduce that risk.

10.    I have direct personal experience with the impact on federal employees when RIF notices are issued and later rescinded or revised, from earlier this year. On February 11, 2025, President Trump issued an executive order directing all federal agencies to conduct mass terminations of federal employees through Reductions in Force ("RIFs"). Based on information gathered by AFGE Local 3840 and other AFGE local unions representing NIOSH employees, my understanding

is that approximately 93% of NIOSH employees had received RIF notices as of late April 2025 as a result of the executive order informing them that their employment would soon be terminated and positions eliminated.  After a public outcry (and legal challenges), NIOSH then rescinded the RIF notices of many employees in mid-May 2025.  Currently, approximately 70% of NIOSH employees are subject to RIF notices, which have been paused by the preliminary injunction in the *New York v. Kennedy* case in the First Circuit.

11.    Receiving a RIF notice informing you that your federal employment (and potentially chosen career or research) will soon abruptly end is a very significant event.  The lives of the employees who received those initial RIF notices back in April were thrown into significant turmoil.  No one knew that the RIF notices would be rescinded, so employees were forced to spend time and resources planning as if they would be terminated and lose their income and benefits.

12.    The Union first became aware that the Trump Administration is directing federal agencies to conduct additional RIFs during the government shutdown on September 24, 2025, when news of that directive was reported.  On October 1, 2025, the government shutdown began, and the approximately 30% of NIOSH employees not subject to a RIF were furloughed.

13.    Since news of the RIFs was reported, the Union has been receiving many questions from members about what to expect and what to do.  Many members are understandably concerned about the loss of income, health insurance, other employment benefits, and ability to find other employment.  Responding to all the questions and trying to reassure members takes a lot of time, and the diversion of time and resources toward those efforts threatens the Union's ability to provide core services to bargaining unit members and to accomplish its mission.

14.    The threat of RIFs during the shutdown is having an immediate adverse effect on the employees the Union represents.  Many employees have informed the Union that they are experiencing extreme distress because of the uncertainty caused by these additional new RIFs and the possibility of losing their income, health insurance, and other employment benefits.  Some members are pregnant or have health conditions and are very worried about losing their health insurance coverage during their pregnancies.  If members lose health insurance, even temporarily, it would be extremely challenging for some members to afford the medications and treatments that they need.

1    Members have also told us that they have found it very difficult to plan for their lives as a result of

2    the uncertainty.  Some members do not feel like they can plan financially in light of all the

3    uncertainty being caused by these threats of RIFs.  These are harms that the Union's members are

4    facing and will face, regardless of whether NIOSH eventually reinstates any employees subject to a

5    RIF during the shutdown.

6         15.    The Union's staff and activities are funded through members' voluntary dues, most of

7    which are paid through payroll deductions.  The Union has already lost many members through the

8    large-scale RIFs that began earlier this year, which has reduced the Union's revenue and bargaining

9    power.  The loss of additional members during the shutdown will further reduce the Union's revenue

10   and bargaining power.  This will harm the Union's ability to continue to function and provide

11   protection and other services to remaining bargaining unit members.

12        16.    Any additional RIFs at NIOSH during the shutdown will also have devastating effects

13   on the health and safety of workers across the country.  As mentioned, approximately 70% of NIOSH

14   employees have already received RIF notices that have been stayed because of litigation.  A new

15   large-scale RIF of the remaining 30% of employees during the shutdown will effectively eliminate

16   the agency and prevent it from addressing work-related health and safety concerns.

17        17.    For example, many businesses and other organizations, such as lightbulb recycling

18   facilities, poultry processing plants, and hospitals, rely on the Health Hazard Evaluation Program to

19   investigate whether health hazards are present at their workplaces and recommend ways to reduce

20   those hazards.  Small businesses are especially likely to request these investigations, which are

21   conducted at no cost to the employer or employees, because they do not have the resources to hire

22   occupational health and safety consultants.

23        18.    The Health Hazard Evaluation Program's investigations have resulted in the

24   prevention and reduction of many work-related injuries and illnesses, including those caused by

25   novel hazards.  A well-known example of the Program's work involves former workers of a

26   microwave popcorn plant, who all mysteriously developed the same lung disease.  At the time, no

27   one knew what the cause of the disease was.  At the request of Missouri's health department, NIOSH

28   conducted an investigation and discovered that artificial butter flavorings added to popcorn were

causing the disease.  NIOSH then developed guidance to prevent lung disease in other workers who work with similar artificial flavorings, including protocols to ensure adequate ventilation and isolate processes involving high exposure to hazardous chemicals.

19.    The Health Hazard Evaluation Program has also investigated and provided guidance on reducing exposure to mercury in lightbulb recycling facilities, exposure to hazardous drugs in hospitals and pharmaceutical companies, and exposure to silica dust in facilities that make artificial stone ("quartz") kitchen and bathroom countertops.

20.    Although NIOSH reinstated some employees who work in the Health Hazard Evaluation Program in mid-May after originally issuing RIF notices to all employees who work there, the Program has far fewer employees than it did before the mass RIFs began.  Any additional terminations of employees who work in the Program will severely limit the ability of the Program to conduct workplace investigations and threaten the health and safety of workers across the country. Any employees who remain at the Program after the RIFs during the shutdown will face extreme difficulties in completing the work of the Program.

21.    Similarly, any additional RIFs during the shutdown at the National Firefighter Registry for Cancer, where I work, will significantly limit the Registry's ability to address important health and safety concerns for firefighters.  As I mentioned, the Registry researches and develops ways to reduce the risk of cancer among firefighters across the United States, which are caused by their exposure to the chemicals released during a fire, chemical products used in firefighting, and other hazards.  Any employees who remain at the Registry after the RIFs during the shutdown would find it very challenging to do the work of employees who are terminated, many of whom have special expertise in specific research areas.

1        I declare under penalty of perjury under the laws of the United States that the foregoing is true

2    and correct.  Executed October 3, 2025, in Los Angeles, California.

3        *Micah Niemeier-Walsh*

4        Micah Niemeier-Walsh

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28