Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.<br><br>Defendants. | Case No. 3:25-cv-08302-VC<br><br>**DECLARATION OF DANIELLE LEONARD IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

Declaration of Danielle Leonard; Case No: 3:25-cv-08302-VC

# DECLARATION OF DANIELLE LEONARD

I, Danielle Leonard, declare as follows:

1. I am a member in good standing of the State Bar of California and the bar of this Court. I represent all Plaintiffs in this action. This declaration is based on my personal knowledge, information, and belief. I also make this declaration pursuant to Local Rule 65-1(a)(5) regarding notice of the accompanying Motion For Temporary Restraining Order And Order To Show Cause ("TRO Motion").

2. Plaintiffs filed this action on September 30, 2025. That same day, in order to provide notice of this action to the Defendants as quickly as possible, my colleague Stacey Leyton emailed the Complaint and supporting documents to the attorneys at the U.S. Department of Justice who represent the Defendants in the related case *American Federation of Government Employees, AFL-CIO, et al. v. Trump, et al.*, Case No. 3:25-cv-03698-SI. Ms. Leyton also emailed the Complaint and supporting documents to the U.S. Attorney for the Northern District of California, Craig Missakian, copying Civil Chief Pamela Johann. The following day, on October 1, 2025, my firm's staff served the Complaint and subsequent ECF notices and filings to the U.S. Attorney via hand delivery and to the United States Department of Justice and the Defendant Agencies and Officials via certified mail.

3. Counsel have not responded to date to Ms. Leyton's September 30, 2025 emails or appeared in this case.

4. On October 4, 2025, I provided notice of the filing of Plaintiffs' Motion for Temporary Restraining Order by sending the Motion for a Temporary Restraining Order and all supporting documents and the First Amended Complaint, by email to the U.S. Attorney for the Northern District of California, Craig Missakian, copying Civil Chief Pamela Johann, and on counsel to defendants in *American Federation of Government Employees, AFL-CIO, et al. v. Trump, et al.*, Case No. 3:25-cv-03698-SI. My staff have been directed to hand-deliver, and thereby serve, all papers filed to date in this case on the Office of the U.S. Attorney for the Northern District of California, first thing in the morning on Monday, October 6, 2025. My staff have been further directed to serve, by certified mail, all papers filed to date in this case on the United States Department of Justice and on the Defendant Agencies and Officials in the First Amended Complaint.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true
2  and correct. Executed October 4, 2025, in Oakland, California.

_____

DANIELLE LEONARD

*Counsel for Plaintiffs*