UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 25-cv-08302-SI<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR TRO** |

On October 4, 2025, plaintiffs filed a motion for a temporary restraining order ("TRO"). Dkt. No. 17. Defendants have been served, Dkt. No. 19, but have not yet made a formal appearance in the case.

The Court hereby ORDERS defendants to file a response to the motion for a TRO no later **than October 10, 2025, at 3:00 p.m. PDT**. In their response, defendants SHALL address:

(1) the status of any currently planned or in-progress RIF notices to be issued during/because of the government shutdown, including the earliest date that those RIF notices will go out;

(2) which of the defendant agencies anticipate issuing RIF notices during/because of the government shutdown and the estimated number of employees at the defendant agency who will receive such RIF notices; and

(3) whether any employees at the defendant agencies have been ordered back to work during the government shutdown in order to effectuate the issuance of RIF notices.

Defendants shall provide evidence (declarations, exhibits, etc.) in support of the above information.

1  Defendants shall have an extra five pages in addition to the usual page limits in order to address the
2  above information.
3       Plaintiffs' reply brief is due **no later than October 14, 2025, at 3:00 p.m. PDT.**
4       The Court sets a hearing on the motion for a temporary restraining order for **October 16,**
5  **2025, at 10:30 a.m. PDT.**

7       **IT IS SO ORDERED**.
8  Dated:  October 7, 2025

_____
SUSAN ILLSTON
United States District Judge