Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> *Emergency Relief Requested* <br><br> **PLAINTIFFS' SUPPLEMENTAL MOTION FOR IMMEDIATE TEMPORARY RESTRAINING ORDER; NOTICE OF ADDITIONAL EVIDENCE** |

1       At 9:27 am today, October 10, 2025, OMB Director Russell Vought posted on social media:
2  "**The RIFs have begun**."  This corroborates credible information Plaintiffs began receiving earlier
3  this morning from multiple sources that OMB has directed federal agencies government-wide to
4  begin issuing RIF notices today.  *See* Huddleston Declaration, filed herewith.

       For all the reasons explained in Plaintiffs' Motion for Temporary Restraining Order (ECF 17),
these RIFS violate the Antideficiency Act and the Administrative Procedure Act, including by
requiring agency employees to unlawfully work during the shutdown, unlawfully laying off
employees during the shutdown, and improperly using the shutdown as the basis for the layoffs.
Plaintiffs therefore request an immediate TRO halting OMB from ordering agencies to implement
RIFs, and halting the issuance of any RIF notices by any Defendant pending the Court's already-
scheduled October 16, 2025 hearing on Plaintiffs' motion.

       Plaintiffs are available at any time for an earlier hearing.  Plaintiffs provided notice to counsel
for Defendants this morning of these developments and requested confirmation that RIFs are not
being issued today.  At 9:56 am, counsel for Defendants confirmed:  "Our understanding is that RIFs
are taking place at certain agencies, and we are gathering the details to put in today's filing as the
court ordered."

Respectfully submitted,

DATED: October 10, 2025

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard
Alice X. Wang
Robin S. Tholin
Talia Stender
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

By: */s/ Danielle Leonard*

*Attorneys for All Plaintiffs*

Elena Goldstein (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 322-1959
egoldstein@democracyforward.org

*Attorneys for All Plaintiffs*

Norman L. Eisen (pro hac vice)
Craig Becker (pro hac vice)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@democracydefenders.org
Craig@democracydefenders.org

*Attorneys for All Plaintiffs*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT
EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

*Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson (SBN 226659)
AMERICAN FEDERATION OF STATE, COUNTY,
AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*