1  STANLEY E. WOODWARD, JR.
   Associate Attorney General
2

3  BRETT A. SHUMATE
   Assistant Attorney General
4  Civil Division

5  ERIC J. HAMILTON
   Deputy Assistant Attorney General
6

7  EMILY M. HALL
   TIBERIUS DAVIS
8  ELIZABETH HEDGES (DC No. 1657707)
   Counsel to the Assistant Attorney General
9  Civil Division

10 CHRISTOPHER R. HALL
   Assistant Branch Director
11 BRAD P. ROSENBERG
   Special Counsel
12 R. CHARLIE MERRITT
13 Senior Counsel
   Civil Division, Federal Programs Branch
14 U.S. Department of Justice
   950 Pennsylvania Ave NW
15 Washington, DC 20530
16 Phone: (202) 616-0929
   E-mail: elizabeth.t.hedges@usdoj.gov
17 *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **NOTICE OF ERRATA TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** <br><br> Hearing Date: October 16, 2025 <br> Time: 10:30 a.m. <br> Judge: Hon. Susan Illston <br> Place: San Francisco Courthouse <br> Courtroom 01 |

| | |
|---|---|
| 1 | Defendants respectfully submit this errata to their Memorandum in Opposition to Plaintiffs' |
| 2 | Motion for Temporary Restraining Order, ECF No. 39. In finalizing their Opposition, Defendants |
| 3 | inadvertently encountered errors in the Table of Contents required by Local Rules, including a technical |
| 4 | error preventing proper display of the page numbers. Defendants apologize for the error, and respectfully |
| 5 | submit the accompanying correction to their Memorandum in Opposition to Plaintiffs' Motion for |
| 6 | Temporary Restraining Order. The attached Memorandum is corrected only as to the Table of Contents. |
| 7 | No changes have been made in the substance of Defendants' Opposition. |

| | | |
|---|---|---|
| 1 | Dated: October 10, 2025 | Respectfully Submitted, |
| 2 | | |
| 3 | | STANLEY E. WOODWARD, JR.<br>Associate Attorney General |
| 4 | | |
| 5 | | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division |
| 6 | | |
| 7 | | ERIC J. HAMILTON<br>Deputy Assistant Attorney General |
| 8 | | |
| 9 | | EMILY M. HALL<br>TIBERIUS DAVIS<br>Counsel to the Assistant Attorney General<br>Civil Division |
| 10 | | |
| 11 | | CHRISTOPHER R. HALL<br>Assistant Branch Director<br>BRAD P. ROSENBERG<br>Special Counsel<br>R. CHARLIE MERRITT<br>Senior Counsel<br>Civil Division, Federal Programs Branch |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | */s/ Elizabeth Hedges*<br>ELIZABETH HEDGES (DC No. 1657707)<br>Counsel to the Assistant Attorney General<br>Civil Division<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530<br>Phone: (202) 616-0929<br>E-mail: elizabeth.t.hedges@usdoj.gov<br><br>*Attorneys for Defendants* |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Notice of Errata to Defendants' Opposition to Plaintiffs' Motion for Temporary Restraining Order
3:25-cv-08302-SI