Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> *Emergency Relief Requested* <br><br> **PLAINTIFFS' SUPPLEMENTAL EVIDENCE IN SUPPORT OF MOTION FOR IMMEDIATE TEMPORARY RESTRAINING ORDER** |

Plaintiffs submit this further evidence in support of their request for an immediate temporary restraining order (ECF 17), to ensure the Court has as complete a factual record as possible, and in light of the incomplete and potentially misleading declaration of OMB employee Stephen Billy (ECF 40), filed by Defendants today in support of their opposition to Plaintiffs' Motion for Temporary Restraining Order.

1. To the extent that the Billy declaration suggests that the RIF Notices that eight Defendant agencies that "began" issuing today, *see* ECF 40 ¶7, were also *completed* today, that does not appear to be accurate. Plaintiffs have become aware of evidence that at least the Department of Health and Human Services is requiring its employees to work over the weekend to continue issuing RIF Notices to employees in the Centers for Disease Control and Prevention (CDC). *See* Second Supp. Huddleson Decl., filed herewith. This information provides reason to believe that other agencies identified in Mr. Billy's declaration as having a "RIF NOTICE DATE" of today, October 10, may also be in the process of—rather than having completed—issuing RIF notices.

2. Mr. Billy does not appear to have personal knowledge of any of the information set forth in his declaration, and only provides "estimated" numbers of employees. But if notices have already been sent, the agencies know exactly how many RIF notices have issued. This further suggests that issuance of these RIF notices at the agencies listed in the Billy declaration has not yet been completed.

3. The Billy declaration also confirms that other agencies, other than those identified by name in paragraph 4 of the declaration, are actively preparing RIF Notices, but refuses to reveal which agencies and whether employees at those "agencies have been ordered back to work during the government shutdown in order to effectuate the issuance of RIF notices." ECF 27. This fails to comply with the Court's Order, *id.*, and fails to identify any legitimate basis for the assertion of deliberative process privilege on which the withholding of this information appears to be based. *See AFGE v. Trump*, Case No. 25-cv-3698-SI, ECF 139 (rejecting declaration from Mr. Billy on similar grounds).

4. At approximately the same time that Defendants were filing their brief and declaration (in which they dismiss Plaintiffs' proof of admissions by administration officials that they are

1   engaging in political targeting as a "speculation and scattered quotations," ECF 39 at 10), the

2   President was conducting a press conference discussing these layoffs.  At this press conference, he

3   again confirmed that these layoffs are targeted at "Democrat" agencies:

> "It will be Democrat oriented, because we figure, you know, they started this thing, so they should be Democrat oriented. It'll be a lot, and we'll announce the numbers over the next couple of days, but it'll be a lot of people, all because of the Democrats," Trump said in response to a question in the Oval Office about how many layoffs he has authorized and from which agencies.
>
> "These are largely people that the Democrats want. Many of them will be fired," Trump added.

Walls Declaration, Ex. A.

5.   The President's statement that the numbers will be revealed over "the next couple of days" also suggests that the issuance of RIF notices is ongoing.

6.   Plaintiffs will respond further to the Billy declaration in connection with Plaintiffs' reply that will be submitted on Tuesday, but submit this information now to provide the Court with as complete picture of the developing factual record as possible.

Respectfully submitted,

DATED: October 10, 2025

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard
Alice X. Wang
Robin S. Tholin
Talia Stender
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

By: */s/ Danielle Leonard*

*Attorneys for All Plaintiffs*

Elena Goldstein (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 322-1959
egoldstein@democracyforward.org

*Attorneys for All Plaintiffs*

Norman L. Eisen (pro hac vice)
Craig Becker (pro hac vice)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@democracydefenders.org
Craig@democracydefenders.org

*Attorneys for All Plaintiffs*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

*Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson (SBN 226659)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*