1  Stacey M. Leyton (SBN 203827)
2  Barbara J. Chisholm (SBN 224656)
   Danielle E. Leonard (SBN 218201)
3  Alice X. Wang (SBN 335224)
   Robin S. Tholin (SBN 344845)
4  Talia Stender (SBN 341654)
   ALTSHULER BERZON LLP
5  177 Post Street, Suite 300
   San Francisco, CA 94108
6  Tel. (415) 421-7151
   Fax (415) 362-8064
7  sleyton@altber.com
8  bchisholm@altber.com
   dleonard@altber.com
9  awang@altber.com
   rtholin@altber.com
10 tstender@altber.com

11 Attorneys for Plaintiffs
12 [Additional Counsel not listed]

13

14

15              UNITED STATES DISTRICT COURT

16           FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                   SAN FRANCISCO DIVISION

18 | AMERICAN FEDERATION OF | Case No. 3:25-cv-08302-SI
19 | GOVERNMENT EMPLOYEES, AFL-CIO, et al., |
20 | | **SECOND SUPPLEMENTAL DECLARATION OF THOMAS ANDREW HUDDLESTON**
21 |       Plaintiffs, |
22 |    v. |
23 | UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., |
24 |
25 |       Defendants. |

26

27

28

Second Supp. Decl. of Thomas Andrew Huddleston; Case No. 3:25-cv-08302-SI

**SECOND SUPPLEMENTAL DECLARATION OF THOMAS ANDREW HUDDLESTON**

I, Thomas Andrew Huddleston, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the Director of Advocacy for the American Federation of Government Employees, AFL-CIO ("AFGE"), a labor organization and unincorporated association that represents approximately 800,000 federal civilian employees through its affiliated councils and locals in every state in the United States. I have been the Director of Advocacy since August 2025. Between 2019 and August 2025, I served as the Director of Communications for AFGE.

3. In my roles as Director of Advocacy and Director of Communications, I am responsible for overseeing and directing AFGE's press and public relations strategy. In this role, I review and collect information regarding actions by the President and federal agencies and press reporting that may impact AFGE and its members.

4. After I submitted my prior Supplemental Declaration in support of Plaintiffs' motion for a temporary restraining order, I learned additional information pertaining to ongoing RIF notices issued by federal agencies that began today (October 10, 2025).

5. On October 10, 2025, an officer at an AFGE local union representing employees at the Centers for Disease Control and Prevention ("CDC"), which is part of the Department of Health and Human Services ("HHS"), informed me that the RIF Notices being issued by HHS were not completed today, and that additional RIF notices will be issued this weekend to CDC employees.

6. The officer learned from the Office of the Chief Operating Officer that the human resources staff at the CDC has been taken off of furlough status and have been called back to work, and will be working through the weekend, to prepare and send out RIF notices this weekend (October 11-12, 2025).

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true
2  and correct. Executed October 10, 2025, in Washington, D.C.

*[Signature]*
Thomas Andrew Huddleston