Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle E. Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
Fax (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

Attorneys for Plaintiffs
[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **DECLARATION OF MILANA WALLS** |

**DECLARATION OF MILANA WALLS**

I, Milana Walls, declare as follows:

1. I am a litigation assistant at the law firm of Altshuler Berzon LLP, counsel for Plaintiffs in this action. I have personal knowledge of the facts set forth in this declaration and if called as a witness in this action, I could and would testify competently to these facts.

2. On October 10, 2025, the President conducted a Press Conference that was posted on the White House website at: https://www.whitehouse.gov/live/.

3. On October 10, 2025, NBC news published an article regarding that Press Conference on its website via "live updates." A true and correct of the live update published on October 10, 2025 at 3:21pm PDT, authored by Raquel Coronell Uribe, taken from the link https://www.nbcnews.com/politics/politics-news/live-blog/trump-medical-checkup-government-shutdown-israel-gaza-live-updates-rcna235749, is attached hereto as **Exhibit A**.

4. The live update quotes from the President's Press Conference and reports as follows:

> Trump said that the reductions in force across the federal government will be "Democrat-oriented," adding that his administration will announce the number of layoffs in the next couple of days. He warned that it will be "a lot."

> "It will be Democrat oriented, because we figure, you know, they started this thing, so they should be Democrat-oriented. It'll be a lot, and we'll announce the numbers over the next couple of days, but it'll be a lot of people, all because of the Democrats,' Trump said in response to a question in the Oval Office about how many layoffs he has authorized and from which agencies."

> "These are largely people that the Democrats want. Many of them will be fired," Trump added.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed October 10, 2025, in Oakland, California.



_____
Milana Walls

Declaration of Milana Walls; Case No. 3:25-cv-08302-SI                                                                           2

# Exhibit A

 

**1h ago / 3:21 PM PDT**                                              Share

### Trump says mass government layoffs will be 'Democrat-oriented'

 Raquel Coronell Uribe

Trump said that the reductions in force across the federal government will be "Democrat-oriented," adding that his administration will announce the number of layoffs in the next couple of days. He warned that it will be "a lot."

"It will be Democrat oriented, because we figure, you know, they started this thing, so they should be Democrat-oriented. It'll be a lot, and we'll announce the numbers over the next couple of days, but it'll be a lot of people, all because of the Democrats," Trump said in response to a question in the Oval Office about how many layoffs he has authorized and from which agencies.

"These are largely people that the Democrats want. Many of them will be fired," Trump added.