UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 25-cv-08302-SI<br><br>**ORDER ADVANCING TRO HEARING AND REQUIRING SUPPLEMENTAL INFORMATION** |

Today, plaintiffs filed a supplemental motion for immediate temporary restraining order ("TRO") and defendants filed their opposition brief to plaintiffs' original motion for a TRO. Dkt. Nos. 38, 39, 40, 41. The filings indicate that certain defendant agencies have begun issuing RIF notices as of today.[1]

The Court hereby notifies the parties that the hearing on plaintiffs' motion for a TRO is **ADVANCED** from October 16, 2025, to **October 15, 2025, at 10:30 a.m.**, to be held in person at Courtroom 1 of the United States District Court in San Francisco.

Plaintiffs' reply brief remains due October 14, 2025, at 3:00 p.m. In the reply, plaintiffs shall indicate whether the relief they seek remains the same as what they sought in the original motion (Dkt. No. 17) or whether their request for relief has changed now that RIF notices have begun to issue.

In addition, defendants shall file a supplemental declaration by October 14, 2025, at 3:00

---

[1] A "RIF" is a reduction in force.

p.m.: (1) updating as needed the information provided in the Billy Declaration (Dkt. No. 40), in response to the questions the Court previously issued (*see* Dkt. No. 27); and (2) indicating how long a notice period the RIF notices call for prior to separation from employment, for those defendant agencies that have issued RIF notices during the government shutdown.

**IT IS SO ORDERED**.

Dated: October 10, 2025

_____
SUSAN ILLSTON
United States District Judge