Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **DECLARATION OF PACE SCHWARZ IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER** |

# DECLARATION OF PACE SCHWARZ

I, Pace Schwarz, declare as follows:

1. I am over 18 years of age and competent to give this declaration.

2. I am a Research Assistant in the Office of the General Counsel for the American Federation of Government Employees, AFL-CIO ("AFGE"). In my role as a Research Assistant, I conduct research for AFGE for litigation, certification, and delegation matters. Over the last 8 months, however, I have spent a considerable amount of time collecting and reviewing notices and letters sent to AFGE related to actions taken by the current Presidential administration, including from employees subject to RIFs.

3. This declaration is based on my personal knowledge regarding the information and documents that I have reviewed and collected. I have explained the sources for each document. I have been asked to compile the information received from union officers, members, and that is publicly available regarding the reduction-in-force notices issued beginning October 10, 2025.

**Department of Education**

4. A true and correct copy of an example RIF Notice dated October 10, 2025 issued to an employee of the Office of Civil Rights, Compliance and Enforcement Team, within the Department of Education, that was provided to AFGE is attached hereto as **Exhibit A**. Personal identifying information has been redacted. The RIF Notice states that "the continued lapse in funding has made it necessary to implement the RIF." *Id.* at 1.

5. On October 10, 2025, Education Week published *A New Wave of Federal Layoffs Will Hit the Education Department*. That article was downloaded from the link https://www.edweek.org/policy-politics/a-new-wave-of-federal-layoffs-will-hit-the-education-department/2025/10, and a true and correct copy is attached here to as **Exhibit B**. The article reports on cuts to the "state and local engagement team" and "office of elementary and secondary education, which oversees key programs such as Title I and enforcement of the Every Student Succeeds Act." *Id.* at 2.

6. On October 12, 2025, K-12 Dive published *RIFs rip through federal Office of Special Education Programs*. That article was downloaded from the link https://www.k12dive.com/news/special-education-OSEP-OSERS-federal-rifs-Government-shutdown/802662/, and a true and correct

copy is attached hereto as **Exhibit C**. The article reports that, according to the National Association of State Directors of Special Education, most of the employees in the Office of Special Education Programs and the Rehabilitation Services Administration, both of which are part of the Education Department's Office of Special Education and Rehabilitative Services, received RIF notices.

7. On October 13, 2025, the Associated Press published *Education Department layoffs hit offices that oversee special education and civil rights enforcement*. That article was downloaded from the link https://apnews.com/article/layoffs-education-department-special-education-shutdown-3c066e2b1799c96a50e14dd63f46cd96, and a true and correct copy is attached here to as **Exhibit D**. The article reports that "[t]he layoffs would cut the agency's workforce by nearly a fifth and leave it reduced to less than half its size when President Donald Trump took office." *Id.* at 1-2. The article further reports that "[t]he layoffs will reduce the department's special education office from roughly 200 workers to about five." *Id.* at 4. The layoff "hits the office that oversees Title I funding for the country's low-income schools along with the team that manages 21st Century Community Learning Centers, the primary federal funding source for after-school and summer learning programs. Without staff overseeing funding for high-poverty schools or special education, schools may face delays in receiving reimbursement from the federal government." *Id.* at 3-4. "The layoffs will also eliminate teams that oversee TRIO, a set of programs that help low-income students pursue college, and another that oversees federal funding for historically Black colleges and universities." *Id.* at 4. "Unknown numbers are being fired at the Office for Civil Rights, which investigates complaints of discrimination at the nation's schools and universities." *Id.* at 3.

**Department of Health and Human Services**

8. A true and correct copy of an example RIF Notice dated October 10, 2025 issued to an employee of the Office of Science Quality and Library Services of the Centers for Disease Control and Prevention (CDC), within the Department of Health and Human Services (HHS), that was given to AFGE, is attached hereto as **Exhibit E**. Personal identifying information has been redacted. The Notice states that "This RIF is necessary to reshape the workforce of HHS." *Id.* at 1.

9. Information obtained by AFGE indicates that the RIFs that began on October 10, 2025 have potentially included many HHS subcomponents and offices, including the entire Washington,

1    DC-based staff of the CDC as well as employees responsible for responding to infectious-disease

2    outbreaks, analyzing science and health data to develop policy, and monitoring the safety of

3    employees.

4        10.     On October 11, 2025, Politico published *Mass firings hit CDC*. That article was

5    downloaded from the link https://www.politico.com/news/2025/10/11/mass-firing-hit-cdc-00604389,

6    and a true and correct copy is attached hereto as **Exhibit F**. The article reports that the CDC's

7    "Washington office was terminated, as well as employees in the Global Health Center and the

8    National Center for Immunization and Respiratory Disease." *Id.* at 1. "I don't have a count, but it's a

9    lot, and the notices are still coming," said a CDC official. *Id.* at 2. "Entire offices are being

10    eliminated, including people in senior leadership roles." *Id.* at 2. "[F]ellows in the Laboratory

11    Leadership Service, who work on improving lab safety, also got notices." *Id.* at 3. "Leaders in the

12    agency's Public Health Infrastructure Center also received notices." *Id.*

13        11.     On October 11, 2025 STAT News published *CDC battered by government shutdown*

14    *firings, while some are rescinded*. That article was downloaded from the link

15    https://www.statnews.com/2025/10/11/cdc-firings-government-shutdown-hhs/, and a true and correct

16    copy is attached hereto as **Exhibit G**. The article reports that "[s]ome employees were terminated

17    from the Office of Public Health Data, Surveillance and Technology; the Office of Human Resources;

18    the office of the director of the National Center for Immunization and Respiratory Diseases; the

19    National Center for Chronic Disease Prevention and Health Promotion; the Office of Science,

20    including people responsible for gathering information on global health threats; the National Center

21    for Injury Prevention and Control; and the CDC's library." *Id.* at 2.

22        12.     HHS spokesperson confirmed via CNN that approximately 700 RIF notices issued

23    October 10, 2025 were being rescinded over the weekend. On October 12, 2025 CNN published

24    *More than half of CDC staffers recently fired by Trump administration have been reinstated*. That

25    article was downloaded from https://www.cnn.com/2025/10/12/health/fired-cdc-staffers-reinstated

26    and a true and correct copy is attached as **Exhibit H**. The rescission was confirmed by HHS

27    spokesperson Andrew Nixon: "The employees who received incorrect notifications were never

28

separated from the agency and have all been notified that they are not subject to the reduction in force." The article reports that HHS blamed the error on a "coding error":

> The mistakenly fired employees were sent incorrect notifications because of a coding error on the notices, according to an HHS official. The employees who got the miscoded notifications were all told about the glitch on Friday or Saturday, the person said.

> "It's pure managerial incompetence," said Dr. Nirav Shah, who resigned earlier this year as principal deputy director of the CDC. "I used to think that chaos was the byproduct of this managerial incompetence. Now I start to wonder whether the chaos is the point."

13.     On October 11, 2025, the New York Times published:  *Trump Administration Is Bringing Back Scores of C.D.C. Experts Fired in Error*.  That article was downloaded from: https://www.nytimes.com/2025/10/11/health/cdc-layoffs-measles.html, and a true and correct copy is attached hereto as **Exhibit I**.  That article explained:  "The mistakes rocked an agency already in tumult" and quoted recently departed Department managers as stating:

> "I'm happy people are back, but this damage is not easy to repair both for current staff and for people who will lead public health in the future";

> "This is going to be devastating to Americans and to the global community";

> "They are dismantling public health".

14.     AFGE has not been able to confirm the exact numbers, programs or offices that have been restated.  Public information suggests reinstated employees work in many components of the CDC.

15.     On October 13, 2025, Chemical & Engineering News published a true and correct copy of an article titled *Trump administration reverses course on shutdown layoffs at CDC*, published by Chemical & Engineering News on October 13, 20215, downloaded from the link https://cen.acs.org/policy/regulation/Trump-administration-quickly-reverses-course/103/web/2025/10, is attached hereto as **Exhibit J**.  The article reports that, "[o]n Oct. 10, about 1,300 employees at the Centers for Disease Control and Prevention (CDC) received reduction-in-force notices amid a government shutdown," and that "[o]n Oct. 11, nearly 700 CDC staff, ... were reinstated." *Id.* at 1.  Reinstated employees included those working on current active measles outbreaks in the United States, on the active Ebola outbreak in the Democratic Republic of the

1  Congo, and the team working on the CDC's journal, the Morbidity and Mortality Weekly Report. *Id.*
2  at 3.

3       16.    On October 13, 2025, The Washington Post published *Hundreds of CDC layoffs*
4  *reversed, but biodefense preparedness staff hit*. A true and correct copy of the article, downloaded
5  from the link https://www.washingtonpost.com/health/2025/10/13/cdc-layoffs-reversed-aspr-samhsa/,
6  is attached hereto as **Exhibit K**. The article reports: "Dozens of fired staff members at the
7  Administration for Strategic Preparedness and Response, a federal health agency, included
8  individuals with top-secret clearance who work with intelligence agencies on biodefense issues such
9  as pandemics and weaponized pathogens, said a former Department of Health and Human Services
10  official who has been in contact with those dismissed." *Id.* at 1. "Others who received notices at
11  ASPR include staff members who help coordinate biodefense exercises and drills; its legislative
12  affairs team; and staff members who monitor data on natural disasters, infectious diseases outbreaks
13  and cyberattacks on hospitals for the main operations center at HHS headquarters, according to that
14  official and a senior federal health official." *Id.*

15       17.    "Of the roughly 600 CDC staff members who remain fired, about 100 were in the
16  National Center for Health Statistics." *Id.* at 2. "That includes a team that is part of the day-to-day
17  operations for the National Health and Nutrition Examination Survey. That survey assesses the health
18  and nutritional status of adults and children in the United States." *Id.* "Other divisions at the CDC
19  where staff members remain laid off include: Parts of the Office of Science, which usually approves
20  the agency's high-profile scientific publications... The human resources office, which includes the
21  agency's ethics office that vets conflicts of interest of CDC officials... A team that monitors
22  neurodegenerative prion diseases, such as Creutzfeldt-Jakob disease. Prion diseases are 100 percent
23  fatal in people or animals within months to years of the start of symptoms." *Id.* at 3.

24       18.    "More than 100 employees at the Substance Abuse and Mental Health Services
25  Administration are believed to have been axed, according to one current employee and one former
26  employee who have been briefed on the terminations, although many have not gotten official word
27  because they have been locked out of their government email accounts. The small agency — which
28

1 administers billions in grants to help states and private organizations address addiction, overdoses

2 and mental health — had been hit hard during earlier Trump administration cuts." *Id.*

3

4 **Department of Housing and Urban Development**

5      19.    On October 10, 2025, the Department of Housing and Urban Development sent a

6 number of Notices of a Reduction in Force (RIF) to AFGE officials. Included with those notices was

7 a spreadsheet. A true and correct copy of the Notices and spreadsheet received by AFGE is attached

8 hereto as **Exhibit L**. Employees names have been redacted from the spreadsheet. The Notices

9 included employees in the following offices at HUD:

10        • 21 employees in the Office of Community Planning and Development (CPD), Deputy

11           Assistant Secretary for Grant Programs;

12        • 9 employees in the Office of Community Planning and Development (CPD), Deputy

13           Assistant Secretary for Operations;

14        • 98 employees in the Office of Fair Housing and Equal Opportunity;

15        • 16 employees in the Office of Fair Housing and Equal Opportunity, Office of

16           Operations and Management;

17        • 36 employees in the Office of Housing, Office of Housing Counseling;

18        • 50 employees in the Office of Housing Operations;

19        • 12 employees in the Office of Public and Indian Housing, Office of Operations;

20        • 91 employees in the Office of Public and Indian Housing, Real Estate Assessment

21           Center.

22      20.    The HUD RIF union notification letters described in the above paragraph all provide

23 the following reason for the RIF: "RIF determinations were made by identifying those programs not

24 in alignment with the President's Management Agenda or the Administration's priorities."

25      21.    On October 11, 2025, Bloomberg published *HUD Issues Layoff Notices, Targeting*

26 *Fair Housing Staff With Deep Cuts*. This article was downloaded from the link

27 https://www.bloomberg.com/news/articles/2025-10-11/hud-issues-layoff-notices-targeting-fair-

28 housing-staff-with-deep-cuts, and a true and correct copy is attached hereto as **Exhibit M**. The

1 | article reports that "[t]he largest cuts were concentrated in the agency's Office of Fair Housing and
2 | Equal Opportunity, the division that investigates claims of discrimination and abuse." *Id.* at 2.
3 | "Layoffs also hit the division of the agency that distributes and administers billions of dollars in
4 | block grants for affordable housing and community development. More than 100 staffers that oversee
5 | public housing and Indian housing got notices, including more than 25 employees whose job is to
6 | inspect rental housing, as well as 50 staffers in the office that includes the Federal Housing
7 | Administration — an agency that generates billions of dollars for the US government by underwriting
8 | mortgage loans for homes." *Id.* at 4.

**Department of Treasury**

22.     A true and correct copy of a sample RIF Notice dated October 10, 2025 issued to an employee of the Large Business and International (LB&I) Division of the Internal Revenue Service, within the Department of Treasury, that was provided to AFGE, is attached hereto as **Exhibit N**. Personal identifying information has been redacted.  The Notice states that "The Internal Revenue Service has determined it is necessary to abolish some positions in LARGE BUSINESS AND INT'L-LB&I to further workforce shaping efforts." *Id.* at 1.

23.     A true and correct copy of a sample RIF Notice dated October 10, 2025 issued to an Information Technology employee of the Internal Revenue Service, within the Department of Treasury, dated October 10, 2025, that was obtained by AFGE, is attached here to as **Exhibit O**. Personal identifying information has been redacted.  The Notice states that "The Internal Revenue Service has determined it is necessary to abolish some positions in INFORMATION TECHNOLOGY to further workforce shaping efforts." *Id.* at 2.

24.     On October 13, 2025, CNN published *Breaking down the impact of Trump's shutdown layoffs of federal workers*.  The article was downloaded from the link https://www.cnn.com/2025/10/14/politics/federal-worker-layoffs-government-shutdown, and a true and correct copy is attached hereto as **Exhibit P**.  The article reports that "At least 1,300 IRS employees received RIF notices last week, according to a source familiar with the matter. The layoffs affected … the agency's Large Business and International (LB&I) Division, which handles tax administration for domestic and foreign corporations, as well as in the Information Technology

1 Division and the Office of Privacy, Governmental Liaison and Disclosure (PGLD), a key office that
2 had raised internal legal concerns about certain taxpayer data-sharing initiatives between the IRS and
3 US Immigration and Customs Enforcement. The cuts also reached IRS University, the agency's
4 centralized training organization, according to the source. IRS University was established to
5 modernize and streamline employee training and to ensure consistent skill development across the
6 agency." *Id.* at 7-8.

7     25.     On October 10, 2025, American Banker published *Exclusive: Trump admin lays off*
8 *Treasury CDFI staff*. That article was downloaded from the link
9 https://www.americanbanker.com/news/exclusive-trump-admin-lays-off-treasury-cdfi-staff, and a
10 true and correct copy is attached hereto as **Exhibit Q**. The article reports that "The Trump
11 administration is gutting the Community Development Financial Institutions Fund staff." *Id.* at 2.
12 "The CDFI Fund is wrapped up in the mass layoffs, according to documents viewed by American
13 Banker. 'The [Reduction in Force] is necessary to implement the abolishment of the Community
14 Development Financial Institutions (CDFI) which is based upon the Department of Treasury
15 determination that its programs, projects, and activities do not align with the President's priorities,'
16 the RIF notices say." *Id.*

17     26.     On October 13, 2025, Mortgage Point published *Treasury Confirms Major Layoffs at*
18 *CDFI Fund*. That article was downloaded from the link
19 https://themortgagepoint.com/2025/10/13/treasury-confirms-major-layoffs-at-cdfi-fund/, and a true
20 and correct copy is attached hereto as **Exhibit R**. The article reports: "According to published
21 reports, the Treasury Department (https://home.treasury.gov/) has laid off the entire staff of the
22 Community Development Financial Institutions (CDFI) Fund." *Id.* at 1. "The CDFI Fund supports
23 credit unions serving low-income and underserved areas through grants, certifications, and access to
24 capital." *Id.*

25 **Department of Commerce**

26     27.     A true and correct copy of an example RIF Notice dated October 10, 2025 issued to all
27 employees of the Tucson Contact Center of the United States Census Bureau within the Department
28 of Commerce, that was provided to AFGE, is attached here to as **Exhibit S**. Personal identifying

1     information has been redacted. The Notice states that "This RIF action is based on the Department's

2     plan to eliminate the Tucson Contact Center (TCC) due to a lack of funding." *Id.* at 1.

3     **Environmental Protection Agency**

4        28.     A true and correct copy of a Notice of Intent to Conduct a RIF, dated October 10,

5     2025, issued to the Office of Land and Emergency Management, Office of Resource Conservation

6     and Recovery, Resource Conservation and Sustainability Division within the United States

7     Environmental Protection Agency, provided to AFGE is attached hereto as **Exhibit T**. The Notice

8     states that "The decision to conduct a RIF has been made pursuant to the President's priority

9     programs, projects and activities, and anticipated availability of funding." *Id.* at 1.

10    **Department of Homeland Security**

11        29.     An true and correct copy of an article titled *Here are the agencies affected by*

12    *shutdown layoffs*, published by The Hill on October 10, 2025, downloaded from the link

13    https://thehill.com/homenews/administration/5550188-government-layoffs-trump-administration/, is

14    attached here to as **Exhibit U**. The article reports that "many employees working in the

15    Cybersecurity Infrastructure Security Agency (CISA), were set to be laid off," and that "[t]he Trump

16    administration has long targeted CISA after its former leader, Christopher Krebs, refuted President

17    Trump's claims about widespread fraud in the 2020 election." *Id.* at 4-5.

18    **Department of Energy**

19        30.     "Staff in the department's Office of Minority Economic Impact were informed on

20    Friday of plans for a major reorganization. The division 'contains programs, projects, or activities

21    that are inconsistent with the Administration's priorities,' according to a memo obtained by CNN."

22    **Exhibit P** at 8. "The office is responsible for assessing how the department's energy programs,

23    policies and regulations affect minority communities." *Id.*

24

25        I declare under penalty of perjury under the laws of the United States that the foregoing is true

26    and correct. Executed October 14, 2025, in Washington, D.C.

27

28                                     Pace Schwarz

EXHIBIT A



October 10, 2025

**MEMORANDUM**

TO: ███████████████████

FROM:     Jacqueline Clay
          Deputy Assistant Secretary
          Chief Human Capital Officer
          Office of Human Resources
          Office of Finance and Operations

SUBJECT:     Notice of Separation Due to Reduction in Force

This notice is to inform you that, consistent with the requirements of 5 CFR part 351 and following a thorough review of the Department's operational priorities during the current lapse in appropriations, your position of ████████████████████████ has been identified for release from your current competitive level as part of a Reduction In Force (RIF).

Despite extensive efforts to minimize impact on employees and programs during the ongoing government shutdown, the continued lapse in funding has made it necessary to implement the RIF.

Effective December 9, 2025, ED will conduct a RIF within your competitive area. This action is a result of the abolishment of your position in OCR, COMPLIANCE & ENFORCEMENT TEAM1.

This RIF is in accordance with current law and regulations, which include Chapter 35 of Title 5, United States Code, 5 Code of Federal Regulations, Part 351, internal U.S. Department of Education (ED) policy, and where applicable, the governing collective bargaining agreement between AFGE and ED. In accordance with these provisions, ED will release you from your competitive level, and you do not have an assignment right to another position in your competitive area. As a result, your separation from the Federal service by RIF on December 9, 2025.

To conduct the RIF, the Office of Human Resources (OHR) prepared retention registers which listed employees in retention standing order based on civil service tenure, veterans' preference, length of Federal service and performance ratings. We used the following information to determine your retention standing as of the RIF effective date:

**Competitive Area:** ██████
**Service Type:** ██████

**Position Title, Pay Plan, Series and Grade:** ███████████████████
███████
**Competitive Level:** ███████
**Tenure Group:** ████████████████████████████████████████
██████████
**Retention Tenure/ Subgroup** ███████
**Service Computation Date (SCD)-RIF:** █████████████████████████
**Latest Three Performance Evaluations:**
Rating Performance and Pattern FY24:███████
Rating Performance and Pattern FY23: █████
Rating Performance and Pattern FY22:
**SCD adjusted by latest three performance ratings:** █████████

Attached to this letter is an Employee Guide to RIF Benefits which contains information
regarding leave and other benefits available to employees separated by RIF, as well as
information on the ED Career Transition Assistance Plan. In addition, you may authorize
OHR to release your qualification information to Federal, state, and private sector
agencies and organizations by completing the attached release authorization.  Information
regarding benefits available under the Workforce Investment Act of 1998 Program,
including unemployment insurance is located at
http://www.doleta.gov/usworkforce/WIA/planstatus.cfm.

You may be eligible to receive severance pay. If you are eligible for severance, we will
process payment upon separation.  If you think you may be eligible for discontinued
service or regular retirement, please see the Employee Guide to RIF Benefits for more
information or contact benefits@ed.gov.  **Note:** You are not eligible for severance pay if
you are eligible for an immediate annuity under Minimum Retirement Age (MRA) +10,
optional or discontinued service retirement.

If you resign on or before the RIF effective date of December 9, 2025, ED will still
consider your separation involuntary.  Please be advised that you may affect your appeal
rights if you resign.  You are strongly encouraged to contact OHR for information if you
are considering resigning during this specific notice period.

OHR staff are available to assist you by explaining this proposed action and will provide
you with copies of pertinent regulations, benefits information, or other material related to
this action that you wish to review. Title 5 of the Code of Federal Regulations Part
351 contain the RIF regulations. OHR will provide a copy to you upon request. You may
also inspect the appropriate retention register through the OHR. You may obtain any
information in writing by sending your request to the ED RIF Team, email:
WorkforceReshaping@ed.gov.

You may have the right to appeal this action to the Merit Systems Protection Board
(MSPB).  Should you elect to appeal to the MSPB, your appeal must be in writing and
submitted no later than 30 calendar days after the effective date of the reduction in force
action.  For more information, please visit www.mspb.gov or contact your local MSPB
regional or field office (see attached). However, if you are a bargaining unit employee,

you must use the negotiated grievance procedures and may not appeal to the MSPB unless you allege that the RIF action was based upon discrimination.

Alternatively, you may file an electronic appeal at https://e-appeal.mspb.gov/. See *How to File an Appeal* at http://www.mspb.gov/appeals/appeals.htm.  If you file an appeal the MSPB must serve an acknowledgement order to the following address:

Office of the General Counsel,
U.S. Department of Education
400 Maryland Ave, SW
Washington, DC  20202

If you believe this action is because of a prohibited personnel practice other than discrimination based on your race, color, religion, sex, national origin, age, disability, marital status, or political affiliation, you may seek corrective action with the Office of the Special Counsel (OSC). Your decision to file an MSPB appeal or to seek corrective action from the OSC is exclusive and irrevocable.  See Prohibited Personnel Practices Overview for more information about seeking corrective action.

If you believe this action is because of race, color, religion, sex (including pregnancy), national origin, physical disability, genetic information, or age, you may file a complaint with Office of Equal Employment Opportunity Services by email at ODS_OEEOS@ed.gov. To initiate a complaint, you must contact an ED Equal Employment Opportunity Counselor within 45 days of the effective date of this action.

This RIF action is not a reflection upon your performance or conduct. It is solely due to the reduction in the number of positions as described earlier in this letter. ED appreciates the service you have rendered. We deeply regret that this decision affects you, and we recognize the difficulty of the moment.

**Attachments:**
RIF Information Sheet
Employee Guide to RIF Benefits
ED Placement Programs
Reemployment Priority List Registration Form
Authorization to Release Qualifications Information
Severance Pay Information
MSPB Appeal Offices Locations
OMB Memorandum

Sent by email to: ███████████████

No hard copy to follow

EXHIBIT B



# A New Wave of Federal Layoffs Will Hit the Education Department

It's among the agencies affected by a reduction in force during the federal shutdown

By **Brooke Schultz** — **October 10, 2025** 🕐 3 min read



Office of Management and Budget Director Russell Vought speaks to reporters after Democratic and Republican congressional leaders met with President Donald Trump at the White House on Sept. 29, 2025. Vought announced Friday that federal layoffs during the shutdown have begun, and those layoffs will hit the U.S. Department of Education.
— Allison Bailey/NurPhoto via AP

A governmentwide reduction in force during the federal shutdown will touch an already lean U.S. Department of Education, the Trump administration said Friday, with the department's office of elementary and secondary education potentially facing some of the most significant cuts.

An Education Department spokesperson Friday confirmed the agency will be subject to the RIF but did not immediately answer how many positions would be part of the downsizing and in which department divisions. A spokesperson from the Office of Management and Budget—whose director, Russell Vought, announced the layoffs in a Friday post on X—called the government-wide reduction "substantial."

The Education Department's office of communication and outreach will see cuts to its state and local engagement team under the layoff, according to the union that represents department staff. Meanwhile, the office of elementary and secondary education, which oversees key programs such as Title I and enforcement of the Every Student Succeeds Act, will see cuts to all of its teams, the union said.

Others could still be affected, the union, a chapter of the American Federation of Government Employees, said.

"Once again, the Trump administration is acting as though they have impunity to cut staff from an already lean, efficient agency," union president Rachel Gittleman said in a prepared statement. "Dismantling the government through mass firings, especially at the ED, is not the solution to our problems as a country."

The layoffs were announced on the 10th day of the federal government shutdown, during which the Education Department had already furloughed roughly 87% of its staff after congressional lawmakers couldn't come to an agreement to extend funding beyond the end of the fiscal year on Sept. 30.

A furlough is different from a layoff in that it's temporary. Generally, federal employees have to be given 60 days' notice before a layoff can take effect.

The cuts will slash an Education Department that has grown substantially leaner since the start of the second Trump administration. The agency has shed nearly half its staff since the winter. Its footprint shrank from more than 4,000 staff to about 2,400 after the department announced layoffs in March.

The earlier layoffs touched just about every office within the department—though they cut more deeply in some places than others, such as the office for civil rights, which lost just under half its 562 positions and seven of its 12 regional offices. The office of elementary and secondary

education, which employed 282 staff members in 2023, lost at least 49 positions in the March cuts.

(Meanwhile, the office's new leader, Kirsten Baesler, was just confirmed by the U.S. Senate on Tuesday but can't be sworn in until the shutdown ends.)

The earlier layoffs are being challenged in court by states and education leaders who say the department can't carry out its congressionally mandated functions with fewer staff. Court orders delayed the layoffs, but higher courts have since allowed them to take effect.

The Education Department is among at least nine federal agencies subject to the shutdown RIF, according to Politico.

The American Federation of Government Employees sued OMB last month for telling agencies to prepare RIF plans ahead of the shutdown. Normally, agencies prepare only to furlough staff during a shutdown and bring them back when the government reopens.

"It is disgraceful that the Trump administration has used the government shutdown as an excuse to illegally fire thousands of workers who provide critical services to communities across the country," the union's president, Everett Kelley, said in a prepared statement on Friday. "It's time for Congress to do their jobs and negotiate an end to this shutdown immediately."

---

### Brooke Schultz

Staff Writer,  Education Week

Brooke Schultz is a staff writer for Education Week covering policy and politics in Congress and statehouses.

## Reprints, Photocopies and Licensing of Content

All content on Education Week's websites is protected by copyright. No part of this publication shall be reproduced, stored in a retrieval system, or transmitted by any means, electronic or otherwise, without the written permission of the copyright holder. Readers may make up to 5 print copies of this publication at no cost for personal, non-commercial use, provided that each includes a full citation of the source. For additional print copies, or for permission for other uses of the content, visit www.edweek.org/help/reprints-photocopies-and-licensing-of-content or email reprints@educationweek.org and include information on how you would like to use the content. Want to seamlessly share more EdWeek content with your

colleagues? Contact us today at [pages.edweek.org/ew-for-districts-learn-more.html](pages.edweek.org/ew-for-districts-learn-more.html) to learn about how group online subscriptions can complement professional learning in your district or organization.



Copyright © 2025 by Editorial Projects in Education, Inc. All rights reserved.


EXHIBIT C



# RIFs rip through federal Office of Special Education Programs

With OSEP reportedly decimated, one special education expert asks: How can IDEA "possibly function"?

Published Oct. 12, 2025


Kara Arundel
Senior Reporter

*U.S. Education Secretary Linda McMahon visits the Center for Christian Virtue in Columbus, Ohio, on Sept. 24, 2025. Retrieved from U.S. Department of Education/Flickr.*

During this tumultuous year at the U.S. Department of Education that saw about half of the 4,133 employees leave due to layoffs, buyouts and early retirements, the staff at the Office of Special Education Programs stayed mostly stable.

That changed on Friday, however, when the Trump administration issued reduction-in-force notices across the federal government, including at the Education Department. Court filings show that 466 employees at the Education Department were impacted and several special education association leaders say most of the OSEP staff was laid off.

On Friday, the department's press office confirmed that the RIFs affected staff at the Education Department but did not provide more details.

The National Association of State Directors of Special Education, in a statement on Sunday, said informal reports that NASDSE believes to be true indicate that only the two most senior staff remain in OSEP and just one staff member remains in the

Rehabilitation Services Administration. Both offices are part of the Education Department's Office of Special Education and Rehabilitative Services.

NASDSE said it was "confused and concerned" by the staffing changes, adding that the Education Department under the Trump administration has repeatedly said it supports federal funding and implementation of the Individuals with Disabilities Education Act and special education for children with disabilities.

"These RIFs, if true, will make it impossible for the Department to fulfill those responsibilities," the NASDSE statement said. "There is significant risk that not only will Federal funding lapse, but children with disabilities will be deprived" of a free, appropriate public education.

Like NASDSE, several other organizations in the special education field wondered how the Education Department would support special education services across the country with such a limited staff.

"The rumored near elimination of the Office for Special Education Programs is absolutely devastating to the education of people with disabilities," said Chad Rummel, executive director of the Council for Exceptional Children, in an email on Saturday.

Rummel said OSEP's oversight, technical assistance and accountability efforts are critical to supporting the implementation of IDEA, which celebrates its 50th anniversary next month. About 8.4 million infants, toddlers, children and young adults received services under IDEA in 2023.

"Eliminating federal capacity to support IDEA is harmful to people with disabilities, their families, and the professionals who serve them, and it runs counter to everything our members work toward every day," he said.

Myrna Mandlawitz, policy and legislative consultant for the Council of Administrators of Special Education, said on Sunday that the OSEP staff reductions will put an "extreme burden on states and locals that are already really stretched."

IDEA, Mandlawitz noted, is implemented collectively by local, state and federal agencies. The federal staff reductions take away "one very vital piece of the partnership. It's just hard to understand how it can possibly function," she said.

## Promises to protect special education

The RIFs came two weeks into the federal government shutdown that began Oct. 1 as Congress remains at a funding impasse for fiscal year 2026. During the shutdown, the Education Department planned to furlough about 95% of its non-Federal Student Aid staff for the first week, according to a Sept. 28 memo from U.S. Education Secretary Linda McMahon.

Federal staff are not paid during a government shutdown, but typically receive retroactive compensation. However, there are reports that the Trump administration may try to withhold back pay for this current shutdown, according to the American Federation of Government Employees, a union representing over 820,000 workers in nearly every agency of the federal government.

McMahon said in the memo that school systems could still draw down federal grants awarded over the summer and processing would continue for the Free Application for Federal Student Aid. Title I and IDEA grants would be distributed as well.

However, the agency is pausing Office for Civil Rights investigations, new grant-making activities and technical assistance support during the shutdown.

For several months, McMahon has repeatedly told Congress that federal funding for special education activities would be protected. The Trump administration's proposed FY 26 budget level funded IDEA at $15.5 billion despite an overall 15% drop in the recommended agency budget.

The Education Department, in an April 28 letter to Sen. Lisa Blunt Rochester, D-Del., said no employees in OSEP or at RSA were subject to massive layoffs at the agency that took place on March 11.

Nonetheless, McMahon and Trump have voiced support for moving special education programming out of the Education Department and into the U.S. Department of Health and Human Services. No plan has been publicly released, and opponents say such a move would require congressional approval. Court documents show that between 1,100 and 1,200 employees at HHS were expected to receive RIF notices on Friday.

The broader layoffs and the talk of moving special education programs are in line with vows from candidate and now-President Donald Trump to shutter the Education Department. Trump's stated aim is to reduce federal bureaucracy and to give states and school districts more authority in education funding decisions.

This summer, about a dozen former federal senior special education officials wrote to Congress urging that lawmakers reject transferring oversight of special education services out of the Education Department. The former officials and others said keeping special education within the Education Department is essential for properly implementing IDEA regulations.

**Looking back at OSEP**

Before Friday's RIFs, morale at OSEP was already at a low point, say former OSEP employees and others familiar with the office.

Larry Wexler, who retired last year as OSEP director of research to practice, said he had talked with current and former OSEP employees before and after Friday's RIFs.

"If the mood could be described as despondent, it would be such an improvement over what it is," Wexler said on Sunday. "These people are shattered."

Former and current OSEP staff have also been saddened by the death of long-time OSEP official Gregg Corr, who died Sept. 28 from an aggressive form of lung cancer. His friends, family and former OSEP colleagues gathered for his memorial service Oct. 11 in Washington, D.C., to pay tribute to his life, including his 38 years at OSEP.

When Corr retired from OSEP in December 2024, he said, "My time in OSEP has been nothing short of extraordinary," according to his obituary. Corr added that during his career he visited nearly every state, connecting with state offices, local programs, parents and advocates.

"These experiences have been deeply inspiring and have strengthened my belief in the importance of the work we do. Hearing firsthand from families about the impact of our efforts has been both humbling and motivating," Corr said. "Over the years, I've witnessed remarkable progress in the field, yet I know there is still so much more to achieve."


EXHIBIT D



ADVERTISEMENT



EDUCATION

# Education Department layoffs hit offices that oversee special education and civil rights enforcement



What happens next    Potential effects    Shutdown history

BY COLLIN BINKLEY



Updated 2:44 PM PDT, October 13, 2025

Leer en español

U.S. GOVERNMENT SHUTDOWN

WASHINGTON (AP) — A new round of layoffs at the Education Department is depleting an agency that was hit hard in the Trump administration's previous mass firings, threatening new disruption to the nation's students and schools in areas from special education to civil rights enforcement to after-school programs.

The Trump administration started laying off 466 Education Department staffers on Friday amid mass firings across the government meant to pressure Democratic lawmakers over the federal shutdown. The layoffs

1

would cut the agency's workforce by nearly a fifth and leave it reduced to less than half its size when President Donald Trump took office on Jan. 20.

The cuts play into Trump's broader plan to [shut down the Education Department](#) and parcel its operations to other agencies. Over the summer, the department started handing off its adult education and workforce programs to the Labor Department, and it previously said it was [negotiating an agreement](#) to pass its $1.6 trillion student loan portfolio to the Treasury Department.

Department officials have not released details on the layoffs and did not immediately respond to a request for comment. American Federation of Government Employees Local 252, a union that represents more than 2,700 department workers, said information from employees indicates cuts will decimate many offices within the agency.

---

**RELATED STORIES**



**How a US government shutdown disrupts the Education Department**



**University of California students, professors and staff sue the Trump administration**



**Trump, Republicans and Democrats still at impasse over government shutdown**

All but a handful of top officials are being fired at the office that implements the Individuals with Disabilities Education Act, a federal law that ensures millions of students with disabilities get support from their schools, the union said. Unknown numbers are being fired at the Office for Civil Rights, which investigates complaints of discrimination at the nation's schools and universities.

## Programs that oversee federal money lose staff

The layoffs would eliminate teams that oversee the flow of grant money to schools across the nation, the union said. It hits the office that oversees Title I funding for the country's low-income schools along with the team that manages 21st Century Community Learning Centers, the primary federal funding source for after-school and summer learning programs.

Without staff overseeing funding for high-poverty schools or special education, schools may face delays in receiving reimbursement from the federal government, said Sasha Pudelski, director of advocacy for the American Association of School Administrators.

"We're talking about the people who worked on the beating heart of our federal public school programs," Pudelski said.

The layoffs will also eliminate teams that oversee TRIO, a set of programs that help low-income students pursue college, and another that oversees federal funding for historically Black colleges and universities.

In a statement, union president Rachel Gittleman said the new reductions, on top of previous layoffs, will "double down on the harm to K-12 students, students with disabilities, first generation college students, low-income students, teachers and local education boards."

The Education Department had about 4,100 employees when Trump took office. After the new layoffs, it would be down to fewer than 2,000. Earlier layoffs in March had roughly halved the department, but some employees were hired back after officials decided they had cut too deep.

## Advocates question how US will fulfill obligations on special education

The new layoffs drew condemnation from a range of education organizations. Although states design their own competitions to distribute federal funding for after-school programs, a small team of federal officials provided guidance and support "that is absolutely essential," said Jodi Grant, executive director of the Afterschool Alliance.

"Firing that team is shocking, devastating, utterly without any basis, and it threatens to cause lasting harm," Grant said in a statement.

If upheld, the cuts will make it impossible for the government to fulfill its duties carrying out special education laws, according to a statement from the National Association of State Directors of Special Education.

The layoffs will reduce the department's special education office from roughly 200 workers to about five, said Katy Neas, CEO of The Arc of the United States, which advocates for people with disabilities. Neas, who helped lead the office under former President Joe Biden, said families rely on those teams to make sure states and schools are following complex disability laws.

One prominent example dates to Trump's first term, when the special education office determined that Texas had illegally placed a cap on the number of students who could receive special education services in each district. Under pressure from the U.S. Education Department, Texas lawmakers lifted the cap in 2017.

"As a result, tens of thousands of children in Texas now can access the education support that they need, whereas before they couldn't," Neas said.

The government's latest layoffs are being challenged in court by the American Federation of Government Employees and other national labor unions. Their suit, filed in San Francisco, said the government's budgeting and personnel offices overstepped their authority by ordering agencies to carry out layoffs in response to the shutdown.

In a court filing, the Trump administration said the executive branch has wide discretion to reduce the federal workforce. It said the unions could not prove they were harmed by the layoffs because employees would not actually be separated for another 30 to 60 days after receiving notice. ___

AP Education Writer Annie Ma contributed to this report.

___

The Associated Press' education coverage receives financial support from multiple private foundations. AP is solely responsible for all content. Find AP's standards for working with philanthropies, a list of supporters and funded coverage areas at AP.org.


EXHIBIT E



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the Secretary

Washington, D.C. 20201

October 10, 2025

MEMORANDUM FOR: ███████████

VIA EMAIL: ███████████

 FROM: Tom Nagy, Chief Human Capital Officer

SUBJECT: Specific Notice of Reduction in Force

The Department of Health and Human Services (HHS) is executing this Reduction in Force (RIF) to maximize efficiency and funding priorities. This memorandum constitutes a specific notice of a RIF.

I regret to inform you that you are being affected by a RIF action. This RIF is necessary to reshape the workforce of HHS.

This is your specific notice of the RIF. In accordance with the RIF procedures specified in Chapter 35 of Title 5 of the United States Code and Title 5 of the Code of Federal Regulations, Part 351, and HHS policy, you are being released from your competitive level based on your retention standing. Consequently, you will be separated from the Federal service effective **December 8, 2025.** In the event you are qualified and have assignment rights to a position that becomes available during the notice period, you will be informed via a specific, subsequent notice. Should the circumstances of the RIF otherwise change, this notice may be withdrawn.

**Retention Standing**

To conduct the RIF, retention registers were prepared which list employees in retention standing order by civil service tenure group and subgroup, veterans' preference, performance ratings, and length of Federal service. The following information was used to determine your retention standing as of the RIF effective date:

Competitive Area: ███████████████

Competitive Level: █████████

Tenure Group & Subgroup: ████

Veterans' Preference: █████

Most Recent Performance Ratings:                    ███████

Additional Years of Credit Based on Performance Ratings:    ████

Reduction In Force Service Computation Date (SCD):    ████████████

Adjusted RIF Service Computation Date (SCD):    ████████████

The adjusted RIF SCD includes all creditable military and civilian service and is adjusted with additional credit (up to a maximum of 20 years) for the performance ratings.

<u>NOTE: All employees in your competitive area will be separated.</u>

You have been reached for release from your competitive level in accordance with RIF regulations and procedures. You have no assignment rights to positions within your competitive area. Therefore, you will be separated from HHS at the close of business on December 8, 2025.

Based on a preliminary evaluation, you are        eligible for severance pay pursuant to 5 U.S.C. § 5595.

If you are a competitive service employee, or a covered excepted service employee under HHS Instruction 330-2, you are eligible to have your name placed on the Reemployment Priority List and to participate in the Interagency Career Transition Assistance Plan (ICTAP). You are also eligible to participate in the HHS Career Transition Assistance Program. However, if you resign or retire before your separation under reduction in force, you will no longer be eligible for special selection priority under this program and you may lose eligibility for special selection priority through the Reemployment Priority List (RPL) and the ICTAP. Information and registration procedures for the RPL are included in the attachments to this notice.

Please contact your supervisor or email OHR-General-Inquiries@hhs.gov immediately if you believe any of the above information is incorrect.

**RIF Package**

Each employee impacted by the RIF has been sent documents that outline applicable benefits for which you may be eligible or entitled as appropriate. You may make an appointment with the Office of Human Resources (OHR) to obtain paper copies of the documents. You may make an appointment by contacting OHR-General-Inquiries@hhs.gov. In addition, the websites to certain relevant external benefits provided by other entities are found immediately below.

For training benefits under the Workforce Improvement Act of 1998, please see www.careeronestop.org.

For unemployment compensation benefits, please refer to the Department of Labor website at www.dol.gov.

For general information on transition assistance, please refer to the Office of Personnel Management website at www.opm.gov.

**Appeal and Grievance Rights**

U.S. Merit Systems Protection Board (MSPB)
If you believe your retention rights have not been applied correctly or have been violated, you may appeal this action to the MSPB. You may file your appeal with the MSPB's regional or field office serving the area where your duty station was located. The address of your regional or field office has been included in your RIF package.

For a complete listing of MSPB regional and field offices, see Appendix II of Part 1201 of the Board's regulations. Your appeal must be in writing and may be filed any time after receipt of this notice until no later than 30 calendar days after the effective date. Failure to file an appeal within the time limit may result in dismissal of the appeal as untimely filed. More information on filing appeals is included in your RIF package. You may also access the MSPB website at www.mspb.gov for additional and further detailed information on the appeal process.

Equal Employment Opportunity (EEO)
If you believe this personnel action is based in whole or in part on discrimination based on your race, color, religion, sex, national origin, age or disability, or in retaliation for prior protected activity you may file an EEO complaint with your designated HHS EEO representative:

> Reginald R. Mebane, Director
>
> RMebane@cdc.gov
>
> (770) 488-3210

You must contact your EEO representative no later than 45 calendar days of the effective date of your separation from Federal service. Alternatively, you may file an appeal with the MSPB as noted above and raise discrimination as an affirmative defense. However, you may not proceed through both forums; you must elect one or the other. You may access the U.S. Equal Employment Opportunity Commission (EEOC) website at www.eeoc.gov for additional and further detailed information on the Federal sector EEO process.

Office of Special Counsel
You may also seek corrective action before the U.S. Office of Special Counsel (OSC). Visit the OSC e-filing system web site at www.osc.gov, to access the online application. However, if you do so, you will be limited to whether the agency took one or more covered personnel actions against you in retaliation for making protected whistleblowing disclosures. If you choose to file

an action with OSC, you will be foregoing your right to file an MSPB appeal regarding this personnel action.

**Conclusion**

This action is being taken in accordance with the applicable civil service RIF regulations. Included in your RIF package is a copy of the Office of Personnel Management (OPM) RIF regulations, 5 C.F.R., Part 351. Further detailed information about the RIF regulations may also be accessed on the OPM website. You may make an appointment to review and obtain a copy of the RIF regulations and/or records pertaining to you by contacting OHR-General-Inquiries@hhs.gov.

The Employee Assistance Program (EAP) is available free to you and in most cases your immediate family. EAP counselors are available 24 hours a day, 365 days per year at 1-800-222-0364 or www.FOH4YOU.com.

If you are eligible for severance pay following your separation, the attached worksheet will allow you to calculate an estimate. Regardless, the following additional information is also available in your RIF package:
- Information on unemployment compensation under applicable State or District of Columbia programs.
- Training benefits under the Workforce Investment Act of 1998 (WIA).
- Request for authorization to release employment information to prospective employers.

Because you are being separated through a RIF action, you are eligible for career transition and placement assistance. Specifically, you are eligible for the HHS Reemployment Priority List (RPL), Career Transition Assistance Program (CTAP), and Interagency Career Transition Assistance Program (ICTAP). Your RIF package includes further information on these programs.

If you elect to resign before the effective date of the RIF, your separation will be considered involuntary for severance pay purposes and you will still be eligible to receive your severance pay. Please be advised that an early resignation may affect your eligibility for placement assistance and your appeal rights. It may also impact your ability to qualify for unemployment compensation and training benefits provided under WIA. You are encouraged to contact your State's Department of Labor and Employment for any questions regarding unemployment compensation. You are also encouraged to contact OHR-General-Inquiries@hhs.gov to determine how an early resignation may affect your benefits.

This RIF action does not reflect directly on your service, performance, or conduct. It is being taken solely for the reasons stated above, and because your duties have been identified as either unnecessary or virtually identical to duties being performed elsewhere in the agency. Leadership at HHS are appreciative of your service.

**Please return a signed copy of the Acknowledgement of Receipt and Authorization for Release of Employment Information by email to OHR-General-Inquiries@hhs.gov within 14 days of receipt of this notice.**

Attachments (9)
1. Acknowledgement of Receipt
2. MSPB Appeal Information
3. OPM Retention Regulations
4. Severance Pay Worksheet
5. Unemployment Insurance and State Workforce Agencies
6. Authorization for Release of Employment Information
7. CTAP, ICTAP and Reemployment Priority List (RPL) Program Information
8. Reference Guide to Benefits during RIF
9. List of MSPB Regional and Field Offices

EXHIBIT F

## Mass firings hit CDC

Notices of the Trump administration's reduction-in-force arrived late Friday, several former and current agency employees told POLITICO.



People demonstrate outside the main campus of the Centers For Disease Control and Prevention. | Elijah Nouvelage/Getty Images

By **SOPHIE GARDNER** and **LAUREN BRENSEL**
10/11/2025 09:26 AM EDT

   

Dozens of CDC employees were notified late Friday night that they were being terminated, according to several former and current CDC officials and employees.

The agency's Washington office was terminated, as well as employees in the Global Health Center and the National Center for Immunization and Respiratory Diseases, according to a current CDC official and a former administration official with direct knowledge of the reduction-in-force notices.

Advertisement

priorities change.
Reliability shouldn't.

Learn more

POLITICO



"I don't have a count, but it's a lot, and the notices are still coming," said one of the CDC officials, who, like the others who spoke with POLITICO, was granted anonymity to discuss internal personnel decisions. "Entire offices are being eliminated, including people in senior leadership roles."

At least some officers in the Epidemic Intelligence Service were dismissed, according to the CDC official and a separate former agency employee with knowledge of the terminations. The EIS officers are nicknamed "disease detectives" because they are frequently charged with investigating outbreaks and are part of a storied CDC training program.

Some fellows in the Laboratory Leadership Service, who work on improving lab safety, also got notices, according to the former employee and the current official.

Leaders in the agency's Public Health Infrastructure Center also received notices, as well as the employees in the Office of Science, the CDC official said. A second former administration official confirmed that some leadership in the PHIC office had been terminated.

Since before the government shutdown began, the Office of Management and Budget has previewed plans to use the government funding stalemate to terminate federal workers.

In a recent memo to agencies, OMB instructed Trump administration officials to prepare to implement reduction-in-force plans during the shutdown, targeting employees who work in programs not legally required to continue or clash with President Donald Trump's policy priorities.

Advertisement

AD

The Department of Health and Human Services began laying off between 1,100 and 1,200 employees on Friday, according to a [court document](#) the Trump administration filed late in the day.

Employees across "multiple divisions" at HHS have received reduction-in-force notices, HHS spokesperson Andrew Nixon wrote in an email Friday. He declined to comment on which divisions have been affected.

Announcements of departmental layoffs across the federal government came Friday afternoon after White House budget chief Russ Vought posted on social media platform X, "The RIFs have begun." Along with HHS, the Department of the Treasury, the Department of Education and the Department of Housing and Urban Development had the largest number of terminated employees, according to the court document.

## POLITICO Pulse

Delivered daily by 10 a.m., Pulse examines the latest news in health care politics and policy.

**EMAIL**

Your Email

**INDUSTRY**

Select Industry ▾

\* All fields must be completed to subscribe

SIGN UP

By signing up, you acknowledge and agree to our Privacy Policy and Terms of Service . You may unsubscribe at any time by following the directions at the bottom of the email or by contacting us here . This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

SPONSORED CONTENT



**What our analysis of 900 firms shows about their values**

The Economist



**Neither Left nor Right: A Newsletter for Libertarians.**

If you are tired of echo chambers and partisan news, try this daily newsletter. No cost.

Reason



**Blueberries: The Risk Hiding in Plain Sight For Anyone Over 60**

Dr.Gundry urges Americans to be careful

thehealthyfat.com



**Is the far left to blame for more political killings in America?**

The Economist



**If you're collecting under $3950 in SS a month: You're eligibile for these 10...**

DollarPerks



**California: New Program Will Install Solar At No Cost If You Own A Home In Berkeley**

EnergyBillCruncher

About Us

EXHIBIT G

## POLITICS

# CDC battered by government shutdown firings, while some are rescinded

Terminations have decimated offices related to injury prevention, disease surveillance



CDC supporters rally outside a meeting of the agency's Advisory Committee on Immunization Practices on Sept. 19 in Chamblee, Ga. Elijah Nouvelage/Getty Images

By **Elizabeth Cooney**, **Chelsea Cirruzzo**, and **Helen Branswell**  Oct. 11, 2025

WASHINGTON — The White House's mass firing of Centers for Disease Control and Prevention staff on Friday has decimated offices related to injury prevention, respiratory disease surveillance, and chronic disease, according to four people familiar with the cuts.

1

By Saturday evening, however, some of the terminations appeared to have been rescinded.

An HHS official, speaking on condition of anonymity, said that some people may have mistakenly received reduction-in-force notices because of coding errors in their job classifications. The people who should be brought back, the official said, include those who produce the Morbidity and Mortality Weekly Report publication, people working on the measles outbreak, people working on the Ebola outbreak in the Democratic Republic of Congo, and people in the Global Health Center and in the Epidemic Intelligence Service.

All RIF notices have now been sent, by mail or email, the official said.

Overall, the White House is expected to cut between 1,100 and 1,200 employees at the Department of Health and Human Services, though it's not yet clear how many will come from the CDC. HHS hasn't released official numbers on the cuts, but most anecdotal reports related to health agency firings have centered around the CDC.

The American Federation of Government Employees (AFGE) Local 2883, which represents workers at the CDC's Atlanta headquarters, said in a statement Monday that more than 1,300 agency employees originally received reduction-in-force notices. Within 24 hours, around 700 people were notified via email that their terminations were rescinded. The national AFGE has challenged previous firings of federal workers and said Friday in a social media post that it was filing a lawsuit in response to overall government firings.

The terminations came after President Trump made good on threats to axe federal workers as the government shutdown drags into a third week. Trump has blamed the shutdown on congressional Democrats and has pledged at the White House in the past few days that these firings, which are not typical for a government shutdown, would hit "Democrat" programs.

One high-ranking CDC official who just lost their job disputed characterizations of the cuts as the natural consequence of a shutdown, instead calling it the weaponization of one.

"The executive branch is using the shutdown as cover for an intentional and targeted dismantling of leadership across the agency. It's designed to sow chaos, demoralize career staff, and cripple the federal scientific infrastructure that protects Americans' health," the

official told STAT. "Calling this a budget issue is a lie. It's an abuse of power — unethical, unlawful, and profoundly dangerous."

The official said it appears that major cuts were made to the leadership of multiple centers, removing the office of director from many of them.

"It's a massacre," the official told STAT Saturday on condition of anonymity because of continuing connections to people at the CDC.

HHS Secretary Robert F. Kennedy Jr. has been largely silent on the firings that have come for his department. In a statement on Friday, department spokesperson Andrew Nixon blamed the firings on Democrats and said those who received notices were "non-essential."

According to people familiar with the cuts, the firings included all the personnel in the CDC's Washington, D.C., office. Some employees were terminated from the Office of Public Health Data, Surveillance and Technology; the Office of Human Resources; the office of the director of the National Center for Immunization and Respiratory Diseases; the National Center for Chronic Disease Prevention and Health Promotion; the Office of Science, including people responsible for gathering information on global health threats; the National Center for Injury Prevention and Control; and the CDC's library.

Also let go on Friday were most second-year members of the Epidemic Intelligence Service, the CDC's rapid outbreak response training program, as well as their laboratory counterparts, members of the Laboratory Leadership Service. A few people in those two programs who are in the U.S. Public Health Service were spared from the layoffs. Both programs appeared to be on the chopping block in the first round of reduction-in-force layoffs that the Trump administration leveled in February, but the threatened layoff notices were not issued then to EIS officers. Members of the laboratory leadership program were let go, but were later reinstated.

For the terminated CDC official, it's personal.

"I've dedicated over a decade to serving the public — through emergencies, pandemics, and everyday prevention work that saves lives quietly. To see the very system we've built being dismantled under false pretenses is devastating," the official continued. "It's not just the loss of a job or title; it's the erasure of trust, of continuity, of purpose. I know what public

health can do when it's allowed to work. Watching it be taken apart like this feels like a betrayal of the American people we serve."

Another CDC employee who was "not among the illegally fired" said Saturday that witnessing the fate of others was "absolutely horrible."

"It's as emotionally devastating as it is dangerous to the American public," said the person, granted anonymity for fear of retribution.

The now-fired senior official said the people who guided teams through the Covid-19 pandemic, opioid crisis response, and chronic disease prevention now feel betrayed that they're being told their roles are non-essential.

"It's a calculated blow meant to break the will of a workforce that has already given more than most Americans will ever see," the official said.

The nation's top health agency has weathered the ousting of Susan Monarez 29 days into her tenure as CDC director, only weeks after a gunman fired 500 bullets at the agency's Atlanta headquarters, killing a police officer and shaking staff members facing unprecedented policy changes as well as fears about the politicization of public health. Just days after the shooting, the government fired over 150 violence and injury prevention specialists at the CDC Center for Injury Prevention. And the firings on Friday affected the Office of Safety, Security and Asset Management, which is responsible for agency security.

The CDC has also been targeted by Trump administration cuts since the start of the year. In April, reductions in force as part of White House efforts to shrink the federal government saw the loss of 2,400 staff, or 18% of the agency.

The battle is not over, argued the fired CDC official, calling on Congress to use its authority to rein in the executive branch. Meanwhile, the official saluted colleagues who are resisting.

"This isn't April 2025. People have learned. They're organizing, sharing information, building networks across centers and regions. Federal scientists and staff understand what's at stake, and they're not going quietly," the official said. "They're fighting back — through lawful means, through solidarity, and through truthtelling. The era of silent dismantling is over."

4

*This story has been updated to reflect that some CDC firings appeared to have been rescinded as of Saturday evening, and with comment from American Federation of Government Employees Local 2883 on how many agency employees were affected.*


EXHIBIT H

HEALTH • 4 MIN READ

# More than half of CDC staffers recently fired by Trump administration have been reinstated

UPDATED OCT 12, 2025

By Brenda Goodman , Meg Tirrell



Hundreds of CDC workers fired by the Trump administration were reinstated. Brynn ...


Hundreds of staff fired from the US Centers for Disease Control and Prevention late Friday have been reinstated, according to the American Federation of Government Employees.

After a new round of layoff notices sent late Friday night to around 1,300 workers at the CDC, approximately 700 were reinstated on Saturday, while about 600 remain laid off, according to the union, which represents federal workers.

"The employees who received incorrect notifications were never separated from the agency and have all been notified that they are not subject to the reduction in force," said Andrew Nixon, director of communications for the US Department of Health and Human Services.

Among reinstated employees are staff that publish the agency's flagship journal, Morbidity and Mortality Weekly Report, according to Dr. Debra Houry, who recently resigned as the agency's chief medical officer and deputy director for program and science. Houry and other high-level CDC officials resigned in August in protest over the **firing** of recently confirmed CDC Director Dr. Susan Monarez.

Advertisement

Athalia Christie, the incident commander for the measles response, was among hundreds of employees mistakenly fired on Friday. The annual total of measles cases in the US – now up to **1,563 cases** since January – is the highest by a significant margin since measles was declared eliminated in America a quarter-century ago.

Staff were also reinstated at the CDC's National Center for Immunization and Respiratory Diseases, the Global Health Center, and the Public Health Infrastructure Center, which manages more than $3 billion in grants to 107 state and local governments to help build local public health workforces, said Dr. Brian Castrucci, who is president and chief executive officer of the de Beaumont Foundation, a nonprofit that advocates for public health workers.



**RELATED ARTICLE**

Trump's move to fund military paychecks during shutdown comes as families face strain and uncertainty

Staff and officers at the CDC's Epidemic Intelligence Service who were able to check their emails have also received notices that their firings were in error, according to a CDC official with knowledge of the situation who asked not to be named for fear of retaliation.

Advertisement

Epidemic Intelligence Service officers, also known as "disease detectives," are often the first to respond to disease threats when they arise.

"We think all staff and all officers" are back, the official said.

The mistakenly fired employees were sent incorrect notifications because of a coding error on the notices, according to an HHS official. The employees who got the miscoded notifications were all told about the glitch on Friday or Saturday, the person said.

"It's pure managerial incompetence," said Dr. Nirav Shah, who resigned earlier this year as principal deputy director of the CDC. "I used to think that chaos was the byproduct of this managerial incompetence. Now I start to wonder whether the chaos is the point."

Advertisement

Staff at CDC's Washington office, in its Violence Prevention programs, and in the Office of the Director of the Injury Center, remain separated from the agency as part of the latest round of the Trump administration's Reduction in Force initiatives. In total, the cuts total about 600 positions.

The impact of these job losses may not be immediately apparent to people going about their day-to-day lives, but they leave the country less prepared,

said Shah, who is currently a visiting professor at Colby College in Maine.

"These cuts will mean that when the next health crisis comes along, precious days, weeks, months will be spent getting ready when we should have been ready," Shah said.

**RELATED ARTICLE**



'The damage is beyond repair': The CDC is facing another round of deep staff cuts

President Donald Trump said late Friday afternoon that he planned to fire "a lot" of federal workers in retaliation for the government shutdown, vowing to target those deemed to be **aligned with the Democratic Party**.

Advertisement

**"**We figure they started this thing, so they should be Democrat-oriented," Trump said, placing blame for the shutdown on Democratic lawmakers. Trump did not provide details on what qualified the affected workers as "Democrat-oriented."

The legality of firing federal workers during a government shutdown is also in question. Shortly after Office of Management and Budget Director Russell

Vought posted "The RIFs have begun" on X on Friday AFGE **replied** "The lawsuit has been filed."

A **court filing** in that case indicates more than 4,100 federal workers were impacted by the cuts at HHS as well as the departments of Commerce, Education, Energy, Housing and Urban Development, Homeland Security and Treasury.

"My message for the CDC staff is the work they do has never been more important," Shah said.

*CNN's Deidre McPhillips contributed reporting*



## Up next


'The damage is beyond repair': The CDC is facing another round of deep staff cuts

4 MIN READ


Trump administration lays off thousands of federal workers during government shutdown

7 MIN READ


White House draws out mass federal firings timeline as GOP grows squeamish in funding fight

6 MIN READ


A resolution to the government shutdown seems further away than ever

7 MIN READ

## Most popular

**1** Portland, Sea-Tac and Westchester airports among those refusing to play Kristi Noem video in TSA lines



EXHIBIT I

# Trump Administration Is Bringing Back Scores of C.D.C. Experts Fired in Error

Friday's layoffs swept up scientists involved in responding to disease outbreaks and running an influential journal. Officials said the mistaken dismissals were being rescinded.



▶ **Listen to this article · 4:35 min** Learn more

**By Apoorva Mandavilli and Sheryl Gay Stolberg**

Oct. 11, 2025

The Trump administration on Saturday raced to rescind layoffs of hundreds of scientists at the Centers for Disease Control and Prevention who were mistakenly fired on Friday night in what appeared to be a substantial procedural lapse.

Among those wrongly dismissed were the top two leaders of the federal measles response team, those working to contain Ebola in the Democratic Republic of Congo, members of the Epidemic Intelligence Service, and the team that assembles the C.D.C.'s vaunted scientific journal, The Morbidity and Mortality Weekly Report.

After The New York Times reported the dismissals, two federal health officials said on Saturday that many of those workers were being brought back. The officials spoke anonymously in order to disclose internal discussions.

The mistakes rocked an agency already in tumult, and which has been a particular target of Health Secretary Robert F. Kennedy Jr. The C.D.C. lost about a third of its staff in April; many were rehired weeks later.

1

In August, a gunman emptied more than 500 rounds of ammunition at the agency's headquarters in Atlanta. Later that month, Mr. Kennedy orchestrated the ouster of the agency's director, Susan Monarez, and precipitated a series of high-profile resignations.

Among the workers whose firings were revoked were members of the elite corps of "disease detectives" who are typically deployed to the sites of outbreaks. The team that puts together the M.M.W.R., which communicates the agency's recommendations and research, has also been brought back.

The employees "were sent incorrect notifications, which was fixed last night and this morning with a technical correction," a senior administration official said. "Any correction has already been remedied."

In order to ensure that teams confronting disease outbreaks include scientists with varied expertise, they comprise staff from various parts of the agency.

The two top leaders of the measles response, for example, are officially employees of the office of the director at the Global Health Center, and the office of the director at the National Center for Immunization and Respiratory Diseases. When outbreaks die down, team scientists return to their regular positions.

The leaders of the measles team were let go when the administration eliminated those two offices. But just as entire units must be cut in such a layoff, entire units must also be restored.

### Are you a federal worker? We want to hear from you.

The Times would like to hear about your experience as a federal worker under the second Trump administration. We may reach out about your submission, but we will not publish any part of your response without contacting you first.

Continue »

Athalia Christie, who was "incident commander" of the measles response, had nearly 30 years of experience managing outbreaks, including Ebola, Marburg and mpox, previously called monkeypox. The White House often reached out to her for

help with outbreaks.

"Athalia is very well liked by the administration," said Dr. Demetre Daskalakis, who led the respiratory disease center before he resigned in August. He had brought in Dr. Christie to lead the measles response.

Another senior infectious disease expert, Maureen Bartee, was working at the Department of State. But both their jobs fell under the director's office of the C.D.C.'s Global Health Center, which was eliminated in the layoffs.

By Saturday night, employees of both offices, including Dr. Bartee and Dr. Christie, had received notices of their rehiring. They and others received a two-paragraph email saying that the notice they had received "on or about" Oct. 10 had been revoked.

"You will not be affected by the upcoming RIF," the email said.

The confusion over how the disease teams are organized "demonstrates their lack of understanding that this thing is an interconnected organism," Dr. Daskalakis said, referring to the C.D.C.

"I'm happy people are back, but this damage is not easy to repair both for current staff and for people who will lead public health in the future," he added.

The agency's entire Washington office, which was laid off on Friday, will not be rehired. Nor will employees of the office of the director of the center for injury prevention, or those at the division of violence prevention policy.

"This is going to be devastating to Americans and to the global community," said Dr. Debra Houry, who served as the agency's chief medical officer before she resigned in August in protest against the administration's policies.

"They are dismantling public health," she added.

Tony Romm contributed reporting.

*A correction was made on Oct. 11, 2025*: *An earlier version of this article misstated Maureen Bartee's occupation. She is an infectious disease expert at the*

*State Department, not part of the measles team.*

————

When we learn of a mistake, we acknowledge it with a correction. If you spot an error, please let us know at nytnews@nytimes.com.  Learn more

**Apoorva Mandavilli** reports on science and global health for The Times, with a focus on infectious diseases and pandemics and the public health agencies that try to manage them.

**Sheryl Gay Stolberg** covers health policy for The Times from Washington. A former congressional and White House correspondent, she focuses on the intersection of health policy and politics.

A version of this article appears in print on , Section A, Page 16 of the New York edition with the headline: U.S. Recalls Hundreds At the C.D.C. Fired in Error

EXHIBIT J

ADVERTISEMENT



SCROLL TO CONTINUE WITH CONTENT

Log In

Trending:    Nobel Prizes    Vaccines    Cleantech

News    Regulation

# Trump administration reverses course on shutdown layoffs at CDC

More than half of the approximately 1,300 reduction-in-force notices sent to the agency's employees on Oct. 10 were in error, the Department of Health and Human Services determined as it reinstated staff on Oct. 11

by **Priyanka Runwal**

October 13, 2025   •   4 min read

SHARE 



Get More

1



In April, Lynn Sokler, who retired from the Centers for Disease Control and Prevention, protested mass layoffs along with others in front of the agency headquarters in Atlanta.   |   Credit: Ben Gray/Associated Press

**KEY INSIGHTS**

- On Oct. 10, about 1,300 employees at the Centers for Disease Control and Prevention (CDC) received reduction-in-force notices amid a government shutdown.

- On Oct. 11, nearly 700 CDC staff, including disease detectives, were reinstated as the Department of Health and Human Services acknowledged an error.

- A Republican senator called the federal firings "arbitrary" and the shutdown "completely unnecessary"; meanwhile, sources say that the morale among CDC staff is extremely low.

Workers in several federal agencies, including the Department of Health and Human Services (HHS), began receiving reduction-in-force (RIF) notices Oct. 10.

Get More

The action follows previous statements from the Donald J. Trump administration that it planned to further reduce the federal workforce, and go beyond the [standard furloughs, in case of a government shutdown](#). The latest layoffs are being [challenged in court by two unions](#), including the American Federation of Government Employees.

Caught amid the layoffs are Centers for Disease Control and Prevention (CDC) employees. Of the nearly 1,300 CDC workers who were let go on Oct. 10—including the team that produces the agency's flagship journal *Morbidity and Mortality Weekly Report* and experts involved in the ongoing measles-outbreak response in the US and the [Ebola outbreak in the Democratic Republic of the Congo](#)—[about 700 were reinstated](#) on Oct. 11. An HHS official told CNN that a coding error led to the mistaken terminations.

But what happens to the remaining fired CDC staff remains unclear. Several employees at the CDC's Office of Science Quality and Library Services, for example, who help with [necessary clearances required before publication of any CDC reports and informational products](#), remain RIF'd. Without those clearances, "CDC can't publish any scientific documents," says a recently RIF'd CDC employee who spoke with C&EN on the condition of anonymity.

A former HHS senior official who also spoke to C&EN on the condition of anonymity alluded to managerial ineptitude at the agency. "It's not how smart people run an organization if they want it to be productive," they say. "How many times can you threaten people [and] accidentally fire them?"

In April, the Trump administration [laid off about 2,400 CDC employees, and several were later reinstated](#). Similarly, nearly [180 CDC workers who were fired in February were told 2 weeks later that they could return to work](#).

Meanwhile, in August, the Trump administration fired CDC director Susan Monarez. In a Senate Committee on Finance hearing, HHS secretary Robert F. Kennedy Jr., who initiated Monarez's ouster, called her a ["liar" and "untrustworthy](#)." Following Monarez's firing, [three top CDC officials resigned, citing political interference in the agency's work](#). Jim O'Neill, a biotech investor who lacks medical training, now serves as the CDC's acting director.

Get More

ADVERTISEMENT

SCROLL TO CONTINUE WITH CONTENT

The ex–HHS official expressed concern about the CDC's future. They were dismayed by the loss of expertise at the nation's top public health agency and potentially fading interest among other professionals to take the reins. "You're just not going to have the pool of talent to choose from," the former HHS official says, "because people are going to look at the federal government as a career option and say, 'Yeah, I don't think so,' because of what's happening now."

Meanwhile, within the CDC, staff are experiencing "extremely low morale," the RIF'd CDC employee says. "A lot of processes are broken."

The staff are still healing from the trauma inflicted by the gunfire attack on Aug. 8 at the CDC's Atlanta headquarters. A man who blamed the COVID-19 vaccine for his mental health issues fired several hundred rounds that struck six buildings, shattered 150 windows, and killed a responding police officer.

Get More

The rise of misinformation "has changed our [ability to do our] own job," the RIF'd employee says. "We were so proud to be working at the CDC," they say, but now, "we're trying to be invisible and trying to not let anyone know that we're federal [CDC] workers."

[Senator Susan Collins (R-ME) called the recent federal layoffs "arbitrary"](#) and said she "strongly opposed" permanently laying off federal workers who've been furloughed amid a "completely unnecessary" government shutdown. [Zoe Lofgren (D-CA), ranking member of the House Committee on Science, Space, and Technology,](#) said that "pretending these public servants have been put in the crosshairs because of the shutdown is a pathetic attempt to blame Democrats for what the Trump administration has been doing all along—destroying science agencies at great cost to every American's health and prosperity."

HHS did not immediately respond to C&EN's questions regarding the declining morale at CDC and whether currently RIF'd employees will be reinstated.

---



**Priyanka Runwal** Priyanka is an award-winning, multilingual science journalist from India based in New York City. For C&EN, she covers communities impacted by toxic pollutants and those left behind in the wake of scientific advances. Her coverage of gene therapies being developed in India to treat sickle cell disease won the Asian American Journalists Association's Excellence is Science/Environment/Health Reporting Award and the Excellence in Health Care Journalism Award (2nd place) given by the Association of Health Care Journalists. Priyanka's in-depth stories on the long-term health and environmental consequences of the East Palestine train derailment in Ohio and the Bhopal gas disaster in India were selected as finalists for the Eddie & Ozzie awards.Previously, Priyanka covered the COVID-19 pandemic and other health stories as National Geographic's resident reporter. Her work has also appeared in The New York Times, Scientific American, STAT News, BBC Earth, among other publications. She's an ecologist by training and a graduate of the UC, Santa Cruz Science Communication Program.

Get More


EXHIBIT K

# Hundreds of CDC layoffs reversed, but biodefense preparedness staff hit

More than half of the roughly 1,300 CDC layoff notices have been rescinded, but workers at health agencies who work on biodefense and mental health still lost their jobs.

Today at 6:45 p.m. EDT

By Lena H. Sun and Paige Winfield Cunningham

Officials have reversed more than half of the about 1,300 layoff notices sent to staff members at the Centers for Disease Control and Prevention, sparing personnel who were leading the response to measles outbreaks in the United States and an Ebola outbreak abroad. But details emerged about the other health officials who lost their jobs, including analysts responsible for monitoring and protecting the United States from biological, chemical and nuclear threats, according to current and former officials.

Dozens of fired staff members at the Administration for Strategic Preparedness and Response, a federal health agency, included individuals with top-secret clearance who work with intelligence agencies on biodefense issues such as pandemics and weaponized pathogens, said a former Department of Health and Human Services official who has been in contact with those dismissed.

The threats could be from "state actors, any type of threat, whether it's intentional or accidental," said the former official, who, like many people, spoke on the condition of anonymity out of fear of retaliation or to protect their own or former colleagues' jobs.

Others who received notices at ASPR include staff members who help coordinate biodefense exercises and drills; its legislative affairs team; and staff members who monitor data on natural disasters, infectious diseases outbreaks and cyberattacks on hospitals for the main operations center at HHS headquarters, according to that official and a senior federal health official.

An HHS spokesperson has said the administration is closing "wasteful and duplicative entities" and returning the workforce to levels closer to the beginning of the Biden administration. HHS's total staff grew from roughly 82,000 in 2020 to 92,000 in 2024, according to shutdown contingency plans posted to the HHS website. The CDC workforce grew from roughly 13,000 people to 15,000 over that time period, according to the plans.

1

HHS spokesperson Andrew Nixon said in a statement that all HHS employees receiving reduction-in-force notices "were designated non-essential by their respective divisions." He did not answer questions about layoffs at individual offices across the agencies.

At the CDC, of about 1,300 layoff notices that were sent late Friday, about 740 had been reversed by the end of the day Saturday, according to four people with direct knowledge of the reversals. A federal health official has said those mistakes were the result of coding errors. Those initially fired who were brought back included all who had been working on global health, measles and Ebola outbreaks, and suicide prevention.

Current and former CDC staff members said the whiplash of the reduction in force, or RIF, was demoralizing.

"The effect of the on-again, off-again RIF on the psyche of a traumatized organization is not inconsequential," said Demetre Daskalakis, one of three senior CDC leaders who resigned in August to protest what they described as the politicization of science at the agency. Daskalakis was director of the National Center for Immunization and Respiratory Diseases, whose leadership team was laid off and then brought back.

"This administration ignored bullets aimed at CDC and supplemented those bullets with a clear message that CDC staff are expendable," he said, referring to an August attack on the agency involving a gunman who authorities say sprayed hundreds of bullets into six buildings and killed a police officer.

Health groups condemned the mass firings and rehirings, saying the agency's support of state and local health departments provides the backbone of the country's public health response.

"Uncertainty around which staff have been fired or rehired leaves health professionals and the public in a state of complete confusion about which longstanding public health services they can rely upon," said a joint statement from several infectious-disease and epidemiology organizations, including the Infectious Diseases Society of America.

Defend Public Health, a group of public health researchers, health care workers and advocates, said the firings add to previous staff reductions at the CDC and political interference that led to the resignations of experienced leaders.

"Did they really not know they were firing the people tracking Ebola? Did they not care enough to find out who they were firing and what they did before sending termination letters?" Gregg Gonsalves, an epidemiologist at Yale University and a member of the group's coordinating committee, said in a statement.

Of the roughly 600 CDC staff members who remain fired, about 100 were in the National Center for Health Statistics, according to Deb Houry, who was one of the senior CDC leaders who resigned in August and has been in contact with employees across the agency.

That includes a team that is part of the day-to-day operations for the National Health and Nutrition Examination Survey. That survey assesses the health and nutritional status of adults and children in the United States, she said. It helped to identify rampant consumption of ultra-processed foods, which Health and Human Services Secretary Robert F. Kennedy Jr. has decried as a major health threat to Americans.

Other divisions at the CDC where staff members remain laid off include:

- Parts of the Office of Science, which usually approves the agency's high-profile scientific publications, including its flagship publication known as the Morbidity and Mortality Weekly Report.

- The human resources office, which includes the agency's ethics office that vets conflicts of interest of CDC officials. Kennedy has repeatedly alleged that the CDC has been mired in such conflicts. The office also vets members of federal advisory committees, including the influential vaccine advisory panel.

- A team that monitors neurodegenerative prion diseases, such as Creutzfeldt-Jakob disease. Prion diseases are 100 percent fatal in people or animals within months to years of the start of symptoms.

- The CDC Washington office that handles congressional inquiries and briefings.

Staff members at other large departments within HHS were spared from layoffs, including the Centers for Medicare and Medicaid Services and the Food and Drug Administration, largely because they perform mandatory functions such as administering health insurance benefits or approving new drugs. The National Institutes of Health, the nation's research agency, was also exempted.

But a number of smaller health offices were affected.

More than 100 employees at the Substance Abuse and Mental Health Services Administration are believed to have been axed, according to one current employee and one former employee who have been briefed on the terminations, although many have not gotten official word because they have been locked out of their government email accounts.

The small agency — which administers billions in grants to help states and private organizations address addiction, overdoses and mental health — had been hit hard during earlier Trump administration cuts.

Officials in charge of grants programs for states are among those fired.

"Without these people in place, these grants will be paralyzed," said one employee who was among those cut. "These last cuts are the straw that breaks SAMHSA."

Staffers also said there were dismissals at the Administration for Children and Families in its Office of Community Services, which distributes federal funds to low-income people and communities. One current HHS staffer said, "Losing federal staff and expertise who oversee those funds leaves grant recipients anchorless."

Other staffers said the firings were rolled out in an unusually cruel manner. Many dismissed employees were locked out of their government computers because they had been placed on furlough, so were unable to check their devices to learn if they still had jobs.

One HHS staffer with three young children who was fired and then unfired said the past few days have been filled with confusion and a sense of whiplash.

"I felt some relief after being fired just to be done with the uncertainty," he said. "I now feel relieved because I don't have to contend with a terrible job market."

**CORRECTION**

A previous version of this article incorrectly attributed to a former official that no other group within the Department of Health and Human Services performs the duties of biodefense analysts who were fired from the Administration for Strategic Preparedness and Response. The official was referring to a different team at the health agency where staff lost jobs, and other health officials do perform similar duties as the biodefense analysts.

*David Ovalle and Hannah Natanson contributed to this report.*

## What readers are saying

The comments express strong criticism of the Trump administration's handling of CDC layoffs and subsequent reversals, highlighting a perceived lack of competence and concern for public health preparedness. Many commenters suggest that the layoffs were driven by a desire to shrink... Show more

This summary is AI-generated. AI can make mistakes and this summary is not a replacement for reading the comments.


EXHIBIT L



October 10, 2025

MEMORANDUM FOR:     AFGE Union Officials

FROM:     Andrew Hughes, Deputy Secretary, U.S. Department of Housing
and Urban Development

SUBJECT:     Article 33 Reduction In Force (RIF) Notice

In accordance with Article 33 of the Collective Bargaining Agreement (CBA) between HUD and AFGE, this memorandum serves as notification to the union that management will be instituting a Reduction in Force (RIF) of employees in the Office of Community Planning and Development (CPD), Deputy Assistant Secretary for Grant Programs, as listed in the attached spreadsheet. Information required by Section 33.05(4) of the CBA is as follows:

**(a)  The reasons for the RIF:**

RIF determinations were made by identifying those programs not in alignment with the President's Management Agenda or the Administration's priorities.

**(b)  The number and work location of employees involved:**

Please see attached spreadsheet.

**(c)  A reminder of the competitive areas and the competitive levels approved by OPM.**

The competitive area is

GS-13 and below in the following areas:
- 832703000000000000CPD, DAS FOR GRANT PROGRAMS
- 832703000101000000CPD, DASGP, OAHP, FINCIAL & INFORMATION SERVICES DIV
- 832703000102000000CPD, DASGP, OAHP, PROGRAM & POLICY DIV
- 832703000103000000CPD, DASGP, OAHP, RELOCATION & REAL ESTATE DIV
- 832703000203000000CPD, DASGP, OBGA, ENTITLEMENT COMMUNITIES
- 832703000201000000CPD, DASGP, OBGA, FINANCIAL MANAGEMENT DIV
- 832703000202000000CPD, DASGP, OBGA, STATE & SMALL CITIES DIV
- 832703000401000000CPD, DASGP, OEE, ENVIRONMENTAL PLANNING DIV
- 832703000402000000CPD, DASGP, OEE, ENVIRONMENTAL REVIEW DIV
- 832703000400000000CPD, DASGP, OFC OF ENVIRONMENT & ENERGY

The competitive level is

- N/A – Competitive Levels were not identified as all of the listed positions are being abolished

**(d) The criteria for developing the retention registers that were created for the RIF; and**

- N/A – Retention registers were not developed since all of the listed positions are being abolished.

**(e) The proposed effective date of the action**

Tuesday, December 9, 2025



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC  20410-3000

October 10, 2025

MEMORANDUM FOR:     AFGE Union Officials

FROM:               Andrew Hughes, Deputy Secretary, U.S. Department of Housing
                    and Urban Development

SUBJECT:            Article 33 Reduction In Force (RIF) Notice

In accordance with Article 33 of the Collective Bargaining Agreement (CBA) between HUD and
AFGE, this memorandum serves as notification to the union that management will be instituting a
Reduction in Force (RIF) of employees in the Office of Community Planning and Development
(CPD), Deputy Assistant Secretary for Operations, as listed in the attached spreadsheet.
Information required by Section 33.05(4) of the CBA is as follows:

**(a)  The reasons for the RIF:**

RIF determinations were made by identifying those programs not in alignment with the
President's Management Agenda or the Administration's priorities.

**(b)  The number and work location of employees involved:**

Please see attached spreadsheet.

**(c)  A reminder of the competitive areas and the competitive levels approved by OPM.**

The competitive area is

CPD Operations/All org codes cascading under 83274000xxxxxxxxx
- 83270400000301000000CPD, DASO, OBC, PROGRAM MANAGEMENT DIV
- 83270400000302000000CPD, DASO, OBC, SALARIES & EXPENSES DIV
- 83270400000100000000CPD, DASO, OFC OF TECH, INNOVATION, AND EVAL
- 83270400000203000000CPD, DASO, ORM, ADMINISTRATIVE SERVICES DIV
- 83270400000201010000CPD, DASO, ORM, STD, PROGRAM MANAGEMENT BRANCH
- 83270400000103000000CPD, DASO, OTIE, OPERATIONS DIV

The competitive level is

- N/A – Competitive Levels were not identified as all of the listed positions are being
  abolished

**(d)  The criteria for developing the retention registers that were created for the RIF; and**

- N/A – Retention registers were not developed since all of the listed positions are being abolished.

**(e)  The proposed effective date of the action**

Tuesday, December 9, 2025



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-3000

October 10, 2025

MEMORANDUM FOR:     AFGE Union Officials

FROM:     Andrew Hughes, Deputy Secretary, U.S. Department of Housing
and Urban Development

SUBJECT:     Article 33 Reduction In Force (RIF) Notice

In accordance with Article 33 of the Collective Bargaining Agreement (CBA) between HUD and
AFGE, this memorandum serves as notification to the union that management will be instituting a
Reduction in Force (RIF) of field employees in the Office of Fair Housing and Equal Opportunity, as
listed in the attached spreadsheet.  Information required by Section 33.05(4) of the CBA is as
follows:

**(a)  The reasons for the RIF:**

RIF determinations were made by identifying those programs not in alignment with the
President's Management Agenda or the Administration's priorities.

**(b)  The number and work location of employees involved:**

Please see attached spreadsheet.

**(c)  A reminder of the competitive areas and the competitive levels approved by OPM.**

The competitive area is

Field employees in FHEO Regions 1,3, 4, 6,7,8, and 9
- 832501000000000000  FHEO, FHEO REGION 1 (BOSTON)
- 832503000000000000  FHEO, FHEO REGION 3 (PHILADELPHIA)
- 832504000000000000  FHEO, FHEO REGION 4 (ATLANTA)
- 832506000000000000  FHEO, FHEO REGION 6 (FORT WORTH)
- 832507000000000000  FHEO, FHEO REGION 7 (KANSAS CITY)
- 832508000201000000  FHEO, FHEORD, DFOC, ENFORCEMENT BRANCH
- 832508000202000000  FHEO, FHEORD, DFOC, INTAKE BRANCH
- 832508000100000000  FHEO, FHEORD, PROGRAM COMPLIANCE BRANCH
- 832507000200000000  FHEO, FHEORKC, KANSAS CITY FIELD OFC CENTER
- 832507000201000000  FHEO, FHEORKC, KCFOC, ENFORCEMENT BRANCH 1
- 832507000202000000  FHEO, FHEORKC, KCFOC, ENFORCEMENT BRANCH 2

- 832507000300000000  FHEO, FHEORKC, PROGRAM COMPLIANCE BRANCH
- 832507000100000000  FHEO, FHEORKC, REGION 7 INTAKE BRANCH
- 832509000401000000  FHEO, FHEORSF, LAFOC, ENFORCEMENT BRANCH 1
- 832509000402000000  FHEO, FHEORSF, LAFOC, ENFORCEMENT BRANCH 2
- 832509000100000000  FHEO, FHEORSF, REGION 9 INTAKE BRANCH 1
- 832509000300000000  FHEO, FHEORSF, SAN FRANCISCO FIELD OFC CENTER
- 832509000301000000 FHEO, FHEORSF, SFFOC, PROGRAM COMPLIANCE BRANCH 1
- 832509000302000000 FHEO, FHEORSF, SFFOC, PROGRAM COMPLIANCE BRANCH 2
- 832501000201000000  FHEO, REG1, BFOC, ENFORCEMENT BRANCH
- 832501000202000000  FHEO, REG1, BFOC, PROGRAM COMPLIANCE BRANCH 1
- 832501000100000000  FHEO, REG1, REGION 1 INTAKE BRANCH
- 832502000100000000  FHEO, REG2, NEW YORK FIELD OFC CENTER
- 832503000200000000  FHEO, REG3, BALTIMORE FIELD OFC CENTER
- 832503000202000000  FHEO, REG3, BFOC, ENFORCEMENT, BALTIMORE
- 832503000201000000  FHEO, REG3, BFOC, ENFORCEMENT, PHILADELPHIA
- 832503000204000000  FHEO, REG3, BFOC, WASHINGTON FIELD OFC
- 832503000302000000  FHEO, REG3, PFOC, PROG COMPLIANCE, BALTIMORE
- 832503000301000000  FHEO, REG3, PFOC, PROG COMPLIANCE, PHILADELPHIA
- 832503000100000000  FHEO, REG3, REGION 3 INTAKE BRANCH
- 832504000201000000  FHEO, REG4, AFOC, ENFORCEMENT BRANCH 1
- 832504000202000000  FHEO, REG4, AFOC, ENFORCEMENT BRANCH 2
- 832504000203000000  FHEO, REG4, AFOC, ENFORCEMENT BRANCH 3
- 832504000204000000  FHEO, REG4, AFOC, PROGRAM COMP BRANCH 2
- 832504000200000000  FHEO, REG4, ATLANTA FIELD OFC CENTER
- 832504000301000000  FHEO, REG4, MFOC, PROGRAMS - FHIP / FHIP 1
- 832504000300000000  FHEO, REG4, MIAMI FIELD OFC CENTER
- 832504000100000000  FHEO, REG4, REGION 4 INTAKE BRANCH
- 832506000400000000  FHEO, REG6, FORT WORTH FIELD OFC CENTER
- 832506000401000000  FHEO, REG6, FWFOC, ENFORCEMENT BRANCH 1
- 832506000402000000  FHEO, REG6, FWFOC, ENFORCEMENT BRANCH 2
- 832506000301000000  FHEO, REG6, NOFOC, PROGRAM COMPLIANCE BRANCH 1
- 832506000100000000  FHEO, REG6, REGION 6 INTAKE BRANCH 1

The competitive level is

- N/A – Competitive Levels were not identified as all of the listed positions are being abolished

**(d)  The criteria for developing the retention registers that were created for the RIF; and**

- N/A – Retention registers were not developed since all of the listed positions are being abolished.

(e)  **The proposed effective date of the action**

Tuesday, December 9, 2025

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC  20410-3000

October 10, 2025

MEMORANDUM FOR:        AFGE Union Officials

FROM:        Andrew Hughes, Deputy Secretary, U.S. Department of Housing
and Urban Development

SUBJECT:        Article 33 Reduction In Force (RIF) Notice

In accordance with Article 33 of the Collective Bargaining Agreement (CBA) between HUD and AFGE, this memorandum serves as notification to the union that management will be instituting a Reduction in Force (RIF) of employees in the Office of Fair Housing and Equal Opportunity, Office of Operations and Management, as listed in the attached spreadsheet.  Information required by Section 33.05(4) of the CBA is as follows:

**(a)  The reasons for the RIF:**

RIF determinations were made by identifying those programs not in alignment with the President's Management Agenda or the Administration's priorities.

**(b)  The number and work location of employees involved:**

Please see attached spreadsheet.

**(c)  A reminder of the competitive areas and the competitive levels approved by OPM.**

The competitive area is

FHEO Operations/All org codes cascading under 832512000xxxxxxxxx
- 832512000000000000FHEO, OFC OF OPERATIONS AND MANAGEMENT
- 832512000100000000FHEO, OOM, OFC OF ADMINISTRATIVE SERVICES
- 832512000400000000FHEO, OOM, OFC OF FIELD OVERSIGHT
- 832512000300000000FHEO, OOM, OFC OF INFORMATION SERVICES & COMM
- 832512000200000000FHEO, OOM, OFC OF MANAGEMENT PLANNING & BUDGET
- 832512000301000000FHEO, OOM, OISC, CORRESPONDENCE UNIT
- 832512000201000000FHEO, OOM, OMPB, BUDGET DIV

The competitive level is

- N/A – Competitive Levels were not identified as all of the listed positions are being abolished

**(d) The criteria for developing the retention registers that were created for the RIF; and**

- N/A – Retention registers were not developed since all of the listed positions are being abolished.

**(e) The proposed effective date of the action**

Tuesday, December 9, 2025

October 10, 2025

MEMORANDUM FOR:     AFGE Union Officials

FROM:     Andrew Hughes, Deputy Secretary, U.S. Department of Housing
and Urban Development

SUBJECT:     Article 33 Reduction In Force (RIF) Notice


In accordance with Article 33 of the Collective Bargaining Agreement (CBA) between HUD and AFGE, this memorandum serves as notification to the union that management will be instituting a Reduction in Force (RIF) of employees in the Office of Housing, Office of Housing Counseling, as listed in the attached spreadsheet.  Information required by Section 33.05(4) of the CBA is as follows:

**(a)  The reasons for the RIF:**

RIF determinations were made by identifying those programs not in alignment with the President's Management Agenda or the Administration's priorities.


**(b)  The number and work location of employees involved:**

Please see attached spreadsheet.

**(c)  A reminder of the competitive areas and the competitive levels approved by OPM.**

The competitive area is

Housing Operations/All org codes cascading under 832640000xxxxxxxxx
- 832605000000000000HSNG, OFC OF HOUSING OPERATIONS
- 832604000100000000HSNG, OHC, OFC OF POLICY & GRANT ADMINISTRATION
- 832604000200000000HSNG, OHC, OFC OF OUTREACH & CAPACITY BUILDING
- 832604000201000000HSNG, OHC, OOCB, OUTREACH & CAPACITY BUILDING DIV
- 832604000300000000HSNG, OHC, OFC OF OVERSIGHT & ACCOUNTABILITY
- 832604000301000000HSNG, OHC, OOOA, OVERSIGHT & ACCOUNTABILITY DIV

The competitive level is

- N/A – Competitive Levels were not identified as all of the listed positions are being abolished

**(d) The criteria for developing the retention registers that were created for the RIF; and**

- N/A – Retention registers were not developed since all of the listed positions are being abolished.

**(e) The proposed effective date of the action**

Tuesday, December 9, 2025



October 10, 2025

MEMORANDUM FOR:    AFGE Union Officials

FROM:    Andrew Hughes, Deputy Secretary, U.S. Department of Housing and Urban Development

SUBJECT:    Article 33 Reduction In Force (RIF) Notice

In accordance with Article 33 of the Collective Bargaining Agreement (CBA) between HUD and AFGE, this memorandum serves as notification to the union that management will be instituting a Reduction in Force (RIF) of employees in the Office of Housing Operations, as listed in the attached spreadsheet.  Information required by Section 33.05(4) of the CBA is as follows:

**(a)  The reasons for the RIF:**

RIF determinations were made by identifying those programs not in alignment with the President's Management Agenda or the Administration's priorities.

**(b)  The number and work location of employees involved:**

Please see attached spreadsheet.

**(c)  A reminder of the competitive areas and the competitive levels approved by OPM.**

The competitive area is

Housing Operations/All org codes cascading under 832650000xxxxxxxx
- 83260500000000000HSNG, OFC OF HOUSING OPERATIONS
- 832605000100000000HSNG, HSNGOPS, COMMUNICATION AND MARKETING DIV
- 832605000200000000HSNG, HSNGOPS, SYSTEMS AND TECHNOLOGY DIV
- 832605000300000000HSNG, HSNGOPS, ORG POLICY PLANNING & ANALYSIS DIV
- 832605000400000000HSNG, HSNGOPS, PROCUREMENT MANAGEMENT DIV
- 832605000500000000HSNG, HSNGOPS, ADMINISTRATIVE SUPPORT SERVICE DIV
- 832605000600000000HSNG, HSNGOPS, EMPLOYEE SUPPORT SERVICE DIV

The competitive level is

- N/A – Competitive Levels were not identified as all of the listed positions are being abolished

**(d) The criteria for developing the retention registers that were created for the RIF; and**

- N/A – Retention registers were not developed since all of the listed positions are being abolished.

**(e) The proposed effective date of the action**

Tuesday, December 9, 2025



October 10, 2025

MEMORANDUM FOR:    AFGE Union Officials

FROM:    Andrew Hughes, Deputy Secretary, U.S. Department of Housing and Urban Development

SUBJECT:    Article 33 Reduction In Force (RIF) Notice

In accordance with Article 33 of the Collective Bargaining Agreement (CBA) between HUD and AFGE, this memorandum serves as notification to the union that management will be instituting a Reduction in Force (RIF) of field employees in the Office of Public and Indian Housing, Office of Operations, as listed in the attached spreadsheet. Information required by Section 33.05(4) of the CBA is as follows:

**(a) The reasons for the RIF:**

RIF determinations were made by identifying those programs not in alignment with the President's Management Agenda or the Administration's priorities.

**(b) The number and work location of employees involved:**

Please see attached spreadsheet.

**(c) A reminder of the competitive areas and the competitive levels approved by OPM.**

The competitive area is

PIH Operations/All org codes cascading under 8330070000xxxxxxxxx
- 833007000000000000PIH, OFC OF OPERATIONS (OPS)
- 833007000101000000PIH, OPS, OPM, CONTRACT ANALYSIS DIV (CAD)
- 833007000102000000PIH, OPS, OPM, CONTRACTS AND COOPERATIVE AGMTS DIV
- 833007000103000000PIH, OPS, OPM, TRAINING DIV (TD)
- 833007000202000000PIH, OPS, OBS, MANAGEMENT ANALYSIS DIV (MAD)
- 833007000300000000PIH, OPS, OFC OF RESOURCE MANAGEMENT (ORM)
- 833007000303000000PIH, OPS, ORM, CORRESPONDENCE UNIT DIV (CUD)
- 833007000401000000PIH, OPS, OBFM, SALARIES & EXPENSES DIV (S&ED)
- 833007000402000000PIH, OPS, OBFM, FINANCIAL MANAGEMENT DIV (FMD)
- 833007000500000000PIH, OPS, OFC OF BUSINESS INTELLIGENCE (OBI)

The competitive level is

- N/A – Competitive Levels were not identified as all of the listed positions are being abolished

**(d) The criteria for developing the retention registers that were created for the RIF; and**

- N/A – Retention registers were not developed since all of the listed positions are being abolished.

**(e) The proposed effective date of the action**

Tuesday, December 9, 2025



October 10, 2025

MEMORANDUM FOR:    AFGE Union Officials

FROM:    Andrew Hughes, Deputy Secretary, U.S. Department of Housing
and Urban Development

SUBJECT:    Article 33 Reduction In Force (RIF) Notice

In accordance with Article 33 of the Collective Bargaining Agreement (CBA) between HUD and AFGE, this memorandum serves as notification to the union that management will be instituting a Reduction in Force (RIF) of field employees in the Office of Public and Indian Housing, Real Estate Assessment Center (REAC), as listed in the attached spreadsheet. Information required by Section 33.05(4) of the CBA is as follows:

**(a) The reasons for the RIF:**

RIF determinations were made by identifying those programs not in alignment with the President's Management Agenda or the Administration's priorities.

**(b) The number and work location of employees involved:**

Please see attached spreadsheet.

**(c) A reminder of the competitive areas and the competitive levels approved by OPM.**

The competitive area is

REAC GS-13 and under /Org codes cascading under 8330050000xxxxxxxxx
- 833005000000000000PIH, REAL ESTATE ASSESSMENT CENTER (REAC)
- 833005000100000000PIH, REAC, OFC OF PROGRAM ASSESSMENT
- 833005000101000000PIH, REAC, OPAT, PHYSICAL ASSESSMENT DIV
- 833005000102000000PIH, REAC, OPAT, FINANCIAL ASSESSMENT DIV
- 833005000103000000PIH, REAC, OPAT, INTEGRATED ASSESSMENT DIV
- 833005000104010000PIH, REAC, OPAT, OPAD, REGULATORY COMPLIANCE DIV
- 833005000104030000PIH, REAC, OPAT, OPAD, AUDITOR COMPLIANCE DIV
- 833005000201000000PIH, REAC, REACOPS, VENDOR & PROGRAM MANAGMNT DIV
- 833005000202000000PIH, REAC, REACOPS, REAC OPERATIONS SUPPORT DIV
- 833005000300000000PIH, REAC, OFC OF PROGRAM EVALUATION
- 833005000301010000PIH, REAC, OPE, OAHIE, INSPECTOR ADMINISTRATION DIV

- 833005000301020000PIH, REAC, OPE, OAHIE, INSPECTOR QALITY ASSURANCE DIV
- 833005000301030000PIH, REAC, OPE, OAHIE, INSPECTION STANDARDS DIV
- 833005000302000000PIH, REAC, OPE, OFC OF EVALUATION
- 833005000302010000PIH, REAC, OPE, OE, INSPECTOR EVALUATION DIV
- 833005000302020000PIH, REAC, OPE, OE, ASSESSMENT EVALUATION DIV

The competitive level is

- N/A – Competitive Levels were not identified as all of the listed positions are being abolished

**(d) The criteria for developing the retention registers that were created for the RIF; and**

- N/A – Retention registers were not developed since all of the listed positions are being abolished.

**(e) The proposed effective date of the action**

Tuesday, December 9, 2025

| EMPLOYEE NAME | PROGRAM OFFICE | ORG CODE | DUTY STATION CITY | DUTY STATION STATE | PAY PLAN | SERIES | GRADE | OFFICIAL TITLE | BUS CODE | UNION NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| | PIH | PIH, REAC, OPE, OE, ASSESSMENT EVALUATION DIV | ACCRA | GH | GS | 0343 | 13 | PROGRAM ANALYST | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTOR QUALITY ASSURANCE DIV | ALBUQUERQUE | NM | GS | 0828 | 13 | CONST ANAL (REAC) | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTOR QUALITY ASSURANCE DIV | ATLANTA | GA | GS | 0828 | 13 | CONST ANAL (REAC) | 1120 | AFGE |
| | PIH | PIH, REAC, OPAT, FINANCIAL ASSESSMENT DIV | BOSTON | MA | GS | 0511 | 13 | Auditor (Financial) | 1010 | AFGE |
| | PIH | PIH, REAC, OPE, OE, INSPECTOR EVALUATION DIV | BRADENTON | FL | GS | 1910 | 13 | QUALITY ASSURANCE SPECIALIST | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTOR QUALITY ASSURANCE DIV | CARROLLTON | TX | GS | 1910 | 13 | QUALITY ASSURANCE SPECIALIST | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTOR QUALITY ASSURANCE DIV | CENTRAL POINT | OR | GS | 0828 | 13 | CONST ANAL (REAC) | 1120 | AFGE |
| | PIH | PIH, REAC, OPAT, PHYSICAL ASSESSMENT DIV | CHICAGO | IL | GS | 1101 | 13 | REAL ESTATE ANALYST | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTOR QUALITY ASSURANCE DIV | CLEARWATER | FL | GS | 0828 | 13 | CONST ANAL (REAC) | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTOR QUALITY ASSURANCE DIV | CLEARWATER | FL | GS | 0828 | 11 | CONST ANAL (REAC) | 1120 | AFGE |
| | PIH | PIH, REAL ESTATE ASSESSMENT CENTER (REAC) | COLUMBIA | SC | GS | 0343 | 13 | MANAGEMENT PROGRAM ANALYST | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTOR QUALITY ASSURANCE DIV | COLUMBUS | OH | GS | 0828 | 13 | CONST ANAL (REAC) | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTOR QUALITY ASSURANCE DIV | DERBY | KS | GS | 0828 | 13 | CONST ANAL (REAC) | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTOR QUALITY ASSURANCE DIV | EVERETT | WA | GS | 0828 | 12 | CONST ANAL (REAC) | 1120 | AFGE |
| | PIH | PIH, REAC, OPAT, PHYSICAL ASSESSMENT DIV | FAIRFAX | VA | GS | 0801 | 13 | GEN ENGR | 1010 | AFGE |
| | PIH | PIH, REAC, OPAT, PHYSICAL ASSESSMENT DIV | FORT WORTH | TX | GS | 1101 | 13 | REAL ESTATE ANALYST | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTOR QUALITY ASSURANCE DIV | GODDARD | KS | GS | 0828 | 13 | CONST ANAL (REAC) | 1120 | AFGE |
| | PIH | PIH, REAC, OFC OF PROGRAM EVALUATION | GREENSBORO | NC | GS | 0301 | 13 | MGMT INF SPECLST | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTOR QUALITY ASSURANCE DIV | GUYTON | GA | GS | 0828 | 13 | CONST ANAL (REAC) | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTION STANDARDS DIV | HAVRE DE GRACE | MD | GS | 0828 | 13 | CONST ANAL (REAC) | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTOR QUALITY ASSURANCE DIV | HORSE SHOE | NC | GS | 0828 | 13 | CONST ANAL (REAC) | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTOR QUALITY ASSURANCE DIV | HOUSTON | TX | GS | 0828 | 13 | CONST ANAL (REAC) | 1120 | AFGE |
| | PIH | PIH, REAC, OPAT, OPAD, REGULATORY COMPLIANCE DIV | HOUSTON | TX | GS | 0343 | 13 | PROGRAM ANALYST (POLICY) | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTOR QUALITY ASSURANCE DIV | HOUSTON | TX | GS | 1910 | 13 | QUALITY ASSURANCE SPECIALIST | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTION STANDARDS DIV | INDIANAPOLIS | IN | GS | 0828 | 13 | CONST ANAL (REAC) | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTION STANDARDS DIV | JACKSON | MS | GS | 0343 | 13 | MANAGEMENT PROGRAM ANALYST | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTOR QUALITY ASSURANCE DIV | LANSING | MI | GS | 0828 | 11 | CONST ANAL (REAC) | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTION STANDARDS DIV | LAWRENCEBURG | KY | GS | 0828 | 13 | CONST ANAL (REAC) | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OE, INSPECTOR EVALUATION DIV | MIAMI | FL | GS | 0343 | 13 | MANAGEMENT PROGRAM ANALYST | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTOR QUALITY ASSURANCE DIV | MONCKS CORNER | SC | GS | 0828 | 13 | CONST ANAL (REAC) | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTION STANDARDS DIV | MONCKS CORNER | SC | GS | 0828 | 12 | CONST ANAL (REAC) | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTOR QUALITY ASSURANCE DIV | NEW PORT RICHEY | FL | GS | 0828 | 13 | CONST ANAL (REAC) | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTOR QUALITY ASSURANCE DIV | NEW YORK | NY | GS | 0828 | 13 | CONST ANAL (REAC) | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTION STANDARDS DIV | PITTSBURGH | PA | GS | 0828 | 13 | CONST ANAL (REAC) | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTOR QUALITY ASSURANCE DIV | RINCON | GA | GS | 1910 | 13 | QUALITY ASSURANCE SPECIALIST | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTOR QUALITY ASSURANCE DIV | ROSE HILL | KS | GS | 0828 | 13 | CONST ANAL (REAC) | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTION STANDARDS DIV | SAFETY HARBOR | FL | GS | 0828 | 13 | CONST ANAL (REAC) | 1120 | AFGE |
| | PIH | PIH, REAC, OPAT, OPAD, AUDITOR COMPLIANCE DIV | SEATTLE | WA | GS | 0511 | 13 | AUDITOR (FINANCIAL/PERFORMANCE) | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTOR QUALITY ASSURANCE DIV | SEYMOUR | TN | GS | 0828 | 13 | CONST ANAL (REAC) | 1120 | AFGE |
| | PIH | PIH, REAL ESTATE ASSESSMENT CENTER (REAC) | SHEPHERDSTOWN | WV | GS | 0343 | 13 | PROGRAM ANALYST | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTION STANDARDS DIV | ST LOUIS | MO | GS | 0343 | 12 | Management and Program Analyst | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTOR QUALITY ASSURANCE DIV | STEUBENVILLE | OH | GS | 0828 | 13 | CONST ANAL (REAC) | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OE, ASSESSMENT EVALUATION DIV | SUMMERVILLE | SC | GS | 0343 | 13 | PROGRAM ANALYST | 1120 | AFGE |
| | PIH | PIH, REAC, OPE, OAHIE, INSPECTOR QUALITY ASSURANCE DIV | SUTHERLIN | OR | GS | 0828 | 13 | CONST ANAL (REAC) | 1120 | AFGE |
| | PIH | PIH, REAC, OPAT, FINANCIAL ASSESSMENT DIV | WASHINGTON | DC | GS | 0511 | 13 | Auditor (Financial) | 1010 | AFGE |
| | PIH | PIH, REAC, OPAT, FINANCIAL ASSESSMENT DIV | WASHINGTON | DC | GS | 0511 | 13 | Auditor (Financial) | 1010 | AFGE |
| | PIH | PIH, REAC, OPAT, FINANCIAL ASSESSMENT DIV | WASHINGTON | DC | GS | 0511 | 13 | Auditor (Financial) | 1010 | AFGE |
| | PIH | PIH, REAL ESTATE ASSESSMENT CENTER (REAC) | WASHINGTON | DC | GS | 0511 | 13 | Auditor (Financial) | 1010 | AFGE |
| | PIH | PIH, REAL ESTATE ASSESSMENT CENTER (REAC) | WASHINGTON | DC | GS | 0511 | 13 | Auditor (Financial) | 1010 | AFGE |
| | PIH | PIH, REAC, OPAT, FINANCIAL ASSESSMENT DIV | WASHINGTON | DC | GS | 0511 | 13 | Auditor (Financial) | 1010 | AFGE |
| | PIH | PIH, REAC, OPAT, FINANCIAL ASSESSMENT DIV | WASHINGTON | DC | GS | 0511 | 13 | Auditor (Financial) | 1010 | AFGE |
| | PIH | PIH, REAC, OPAT, FINANCIAL ASSESSMENT DIV | WASHINGTON | DC | GS | 0511 | 13 | Auditor (Financial) | 1010 | AFGE |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PIH | PIH, REAC, OPAT, FINANCIAL ASSESSMENT DIV | WASHINGTON | DC | GS | 0511 | 13 | Auditor (Financial) | 1010 | AFGE |
| PIH | PIH, REAC, OPAT, FINANCIAL ASSESSMENT DIV | WASHINGTON | DC | GS | 0511 | 13 | Auditor (Performance) | 1010 | AFGE |
| PIH | PIH, REAC, OPAT, FINANCIAL ASSESSMENT DIV | WASHINGTON | DC | GS | 0511 | 13 | Auditor (Performance) | 1010 | AFGE |
| PIH | PIH, REAC, OPAT, FINANCIAL ASSESSMENT DIV | WASHINGTON | DC | GS | 0501 | 13 | FNANCL MGMT ANAL | 1120 | AFGE |
| PIH | PIH, REAC, OPAT, FINANCIAL ASSESSMENT DIV | WASHINGTON | DC | GS | 0501 | 13 | FNANCL MGMT ANAL | 1120 | AFGE |
| PIH | PIH, REAC, OPAT, FINANCIAL ASSESSMENT DIV | WASHINGTON | DC | GS | 0501 | 13 | FNANCL MGMT ANAL | 1120 | AFGE |
| PIH | PIH, REAC, OPAT, FINANCIAL ASSESSMENT DIV | WASHINGTON | DC | GS | 0501 | 13 | FNANCL MGMT ANAL | 1120 | AFGE |
| PIH | PIH, REAC, OPAT, FINANCIAL ASSESSMENT DIV | WASHINGTON | DC | GS | 0501 | 13 | FNANCL MGMT ANAL | 1120 | AFGE |
| PIH | PIH, REAC, OPAT, PHYSICAL ASSESSMENT DIV | WASHINGTON | DC | GS | 0801 | 13 | GEN ENGR | 1010 | AFGE |
| PIH | PIH, REAL ESTATE ASSESSMENT CENTER (REAC) | WASHINGTON | DC | GS | 0343 | 11 | MANAGEMENT ANALYST | 1120 | AFGE |
| PIH | PIH, REAC, OFC OF PROGRAM EVALUATION | WASHINGTON | DC | GS | 0343 | 13 | MANAGEMENT ANALYST | 1120 | AFGE |
| PIH | PIH, REAC, OPE, OAHIE, INSPECTOR QUALITY ASSURANCE DIV | WASHINGTON | DC | GS | 0343 | 13 | MANAGEMENT ANALYST | 1120 | AFGE |
| PIH | PIH, REAL ESTATE ASSESSMENT CENTER (REAC) | WASHINGTON | DC | GS | 0343 | 11 | MANAGEMENT ANALYST | 1120 | AFGE |
| PIH | PIH, REAC, OPE, OAHIE, INSPECTOR ADMINISTRATION DIV | WASHINGTON | DC | GS | 0343 | 13 | Management and Program Analyst | 1120 | AFGE |
| PIH | PIH, REAL ESTATE ASSESSMENT CENTER (REAC) | WASHINGTON | DC | GS | 0343 | 13 | Management and Program Analyst | 1120 | AFGE |
| PIH | PIH, REAC, OPAT, INTEGRATED ASSESSMENT DIV | WASHINGTON | DC | GS | 0343 | 13 | Management and Program Analyst | 1120 | AFGE |
| PIH | PIH, REAC, REACOPS, REAC OPERATIONS SUPPORT DIV | WASHINGTON | DC | GS | 0343 | 13 | MANAGEMENT PROGRAM ANALYST | 1120 | AFGE |
| PIH | PIH, REAC, OPAT, INTEGRATED ASSESSMENT DIV | WASHINGTON | DC | GS | 0343 | 13 | MANAGEMENT PROGRAM ANALYST | 1120 | AFGE |
| PIH | PIH, REAL ESTATE ASSESSMENT CENTER (REAC) | WASHINGTON | DC | GS | 0343 | 13 | MANAGEMENT PROGRAM ANALYST | 1120 | AFGE |
| PIH | PIH, REAC, OPE, OFC OF EVALUATION | WASHINGTON | DC | GS | 0343 | 13 | MANAGEMENT PROGRAM ANALYST | 1120 | AFGE |
| PIH | PIH, REAC, OPAT, INTEGRATED ASSESSMENT DIV | WASHINGTON | DC | GS | 0343 | 13 | MANAGEMENT PROGRAM ANALYST | 1120 | AFGE |
| PIH | PIH, REAL ESTATE ASSESSMENT CENTER (REAC) | WASHINGTON | DC | GS | 0343 | 13 | MANAGEMENT PROGRAM ANALYST | 1120 | AFGE |
| PIH | PIH, REAC, OPAT, INTEGRATED ASSESSMENT DIV | WASHINGTON | DC | GS | 0343 | 13 | MANAGEMENT PROGRAM ANALYST | 1120 | AFGE |
| PIH | PIH, REAL ESTATE ASSESSMENT CENTER (REAC) | WASHINGTON | DC | GS | 0343 | 13 | MANAGEMENT PROGRAM ANALYST | 1120 | AFGE |
| PIH | PIH, REAL ESTATE ASSESSMENT CENTER (REAC) | WASHINGTON | DC | GS | 0343 | 13 | MANAGEMENT PROGRAM ANALYST | 1120 | AFGE |
| PIH | PIH, REAL ESTATE ASSESSMENT CENTER (REAC) | WASHINGTON | DC | GS | 0343 | 12 | MGMT & PROG ANAL | 1120 | AFGE |
| PIH | PIH, REAC, OPE, OAHIE, INSPECTOR QUALITY ASSURANCE DIV | WASHINGTON | DC | GS | 0301 | 13 | MGMT INF SPECLST | 1120 | AFGE |
| PIH | PIH, REAL ESTATE ASSESSMENT CENTER (REAC) | WASHINGTON | DC | GS | 0343 | 13 | PROG ANAL | 1120 | AFGE |
| PIH | PIH, REAC, OPAT, OPAD, REGULATORY COMPLIANCE DIV | WASHINGTON | DC | GS | 0343 | 13 | PROGRAM ANALYST | 1120 | AFGE |
| PIH | PIH, REAC, OPE, OFC OF EVALUATION | WASHINGTON | DC | GS | 0343 | 13 | PROGRAM ANALYST | 1120 | AFGE |
| PIH | PIH, REAC, OPE, OFC OF EVALUATION | WASHINGTON | DC | GS | 0343 | 09 | PROGRAM ANALYST | 1120 | AFGE |
| PIH | PIH, REAL ESTATE ASSESSMENT CENTER (REAC) | WASHINGTON | DC | GS | 0343 | 13 | PROGRAM ANALYST | 1120 | AFGE |
| PIH | PIH, REAC, REACOPS, VENDOR & PROGRAM MANAGEMENT DIV | WASHINGTON | DC | GS | 0343 | 13 | PROGRAM ANALYST (POLICY) | 1120 | AFGE |
| PIH | PIH, REAC, OPAT, PHYSICAL ASSESSMENT DIV | WASHINGTON | DC | GS | 1101 | 13 | REAL ESTATE ANALYST | 1120 | AFGE |
| PIH | PIH, REAC, OPAT, PHYSICAL ASSESSMENT DIV | WASHINGTON | DC | GS | 1101 | 13 | REAL ESTATE ANALYST | 1120 | AFGE |
| PIH | PIH, REAC, OPE, OAHIE, INSPECTOR ADMINISTRATION DIV | WASHINGTON | DC | GS | 1101 | 13 | REAL ESTATE ANALYST | 1120 | AFGE |
| PIH | PIH, REAC, OPAT, PHYSICAL ASSESSMENT DIV | WASHINGTON | DC | GS | 1101 | 13 | REAL ESTATE ANALYST | 1120 | AFGE |
| PIH | PIH, REAC, OPE, OAHIE, INSPECTOR QUALITY ASSURANCE DIV | WOODBRIDGE | VA | GS | 0828 | 12 | CONST ANAL (REAC) | 1120 | AFGE |

PIH OPERATIONS RIF NOTICE - AFGE

| EMPLOYEE NAME | PROGRAM OFFICE | ORG CODE | DUTY STATION CITY | DUTY STATION STATE | PAY PLAN | SERIES | GRADE | OFFICIAL TITLE | BUS CODE | UNION NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| | PIH | PIH, OPS, ORM, CORRESPONDENCE UNIT DIV (CUD) | WASHINGTON | DC | GS | 0343 | 12 | MANAGEMENT ANALYST | 1120 | AFGE |
| | PIH | PIH, OPS, OFC OF RESOURCE MANAGEMENT (ORM) | WASHINGTON | DC | GS | 0343 | 12 | MGMT ANAL | 1120 | AFGE |
| | PIH | PIH, OPS, OBFM, SALARIES & EXPENSES DIV (S&ED) | WASHINGTON | DC | GS | 0511 | 13 | Auditor (Financial) | 1010 | AFGE |
| | PIH | PIH, OPS, OPM, CONTRACT ANALYSIS DIV (CAD) | WASHINGTON | DC | GS | 1101 | 13 | CONTRACT OVERSIGHT SPECLST | 1120 | AFGE |
| | PIH | PIH, OPS, OPM, CONTRACT ANALYSIS DIV (CAD) | WASHINGTON | DC | GS | 1101 | 13 | CONTRACT OVERSIGHT SPECLST | 1120 | AFGE |
| | PIH | PIH, OPS, OBFM, SALARIES & EXPENSES DIV (S&ED) | WASHINGTON | DC | GS | 0560 | 13 | BUDG ANAL | 1120 | AFGE |
| | PIH | PIH, OPS, OPM, CONTRACT ANALYSIS DIV (CAD) | WASHINGTON | DC | GS | 1101 | 13 | CONTRACT OVERSIGHT SPECLST | 1120 | AFGE |
| | PIH | PIH, OPS, OPM, TRAINING DIV (TD) | WASHINGTON | DC | GS | 0343 | 13 | MGMT ANAL | 1120 | AFGE |
| | PIH | PIH, OPS, OPM, CONTRACTS AND COOPERATIVE AGMTS DIV | WASHINGTON | DC | GS | 0343 | 13 | MANAGEMENT ANALYST | 1120 | AFGE |
| | PIH | PIH, OPS, OBFM, SALARIES & EXPENSES DIV (S&ED) | WASHINGTON | DC | GS | 0560 | 14 | SENIOR BUDG ANAL | 1120 | AFGE |
| | PIH | PIH, OPS, OPM, CONTRACT ANALYSIS DIV (CAD) | WASHINGTON | DC | GS | 1101 | 14 | SENIOR CONTRACT OVERSIGHT SPECIALIST | 1120 | AFGE |
| | PIH | PIH, OPS, OBFM, FINANCIAL MANAGEMENT DIV (FMD) | WASHINGTON | DC | GS | 0560 | 13 | BUDG ANAL | 1120 | AFGE |

| EMPLOYEE NAME | PROGRAM OFFICE | ORG CODE | DUTY STATION CITY | DUTY STATION STATE | PAY PLAN | SERIES | GRADE | OFFICIAL TITLE | BUS CODE | UNION NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| | HSNG | HSNG, OFC OF HOUSING OPERATIONS | WASHINGTON | DC | GS | 0343 | 13 | MANAGEMENT ANALYST | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, COMMUNICATION AND MARKETING DIV | WASHINGTON | DC | GS | 0308 | 13 | RECORDS AND INFORMATION MANAGEMENT SPE | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, PROCUREMENT MANAGEMENT DIV | ATLANTA | GA | GS | 1101 | 13 | Contract Oversight Specialist (GTR) | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, ORG POLICY PLANNING & ANALYSIS DIV | WASHINGTON | DC | GS | 0301 | 13 | Training Officer | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, SYSTEMS AND TECHNOLOGY DIV | WASHINGTON | DC | GS | 0343 | 13 | Management and Program Analyst | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, ORG POLICY PLANNING & ANALYSIS DIV | WASHINGTON | DC | GS | 0343 | 12 | MANAGEMENT ANALYST | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, PROCUREMENT MANAGEMENT DIV | WASHINGTON | DC | GS | 1101 | 15 | PROJECT MANAGER | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, COMMUNICATION AND MARKETING DIV | WASHINGTON | DC | GS | 0343 | 09 | MANAGEMENT ANALYST | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, COMMUNICATION AND MARKETING DIV | WASHINGTON | DC | GS | 1101 | 13 | MKTG & OUTREACH SPECLST | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, COMMUNICATION AND MARKETING DIV | WASHINGTON | DC | GS | 0308 | 13 | RECORDS AND INFORMATION MANAGEMENT SPE | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, SYSTEMS AND TECHNOLOGY DIV | WASHINGTON | DC | GS | 0301 | 13 | Management Information Specialist | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, ORG POLICY PLANNING & ANALYSIS DIV | WASHINGTON | DC | GS | 0343 | 14 | MGMT ANAL | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, ORG POLICY PLANNING & ANALYSIS DIV | WASHINGTON | DC | GS | 0301 | 13 | Training Officer | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, PROCUREMENT MANAGEMENT DIV | WASHINGTON | DC | GS | 1101 | 13 | CONTRACTING OFFICER REP. (COR) | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, SYSTEMS AND TECHNOLOGY DIV | WASHINGTON | DC | GS | 0301 | 13 | Management Information Specialist | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, PROCUREMENT MANAGEMENT DIV | WASHINGTON | DC | GS | 1101 | 13 | CONTRACTING OFFICER REP. (COR) | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, ADMINISTRATIVE SUPPORT SERVICE DIV | WASHINGTON | DC | GS | 0343 | 13 | MGMT ANAL | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, ORG POLICY PLANNING & ANALYSIS DIV | WASHINGTON | DC | GS | 0343 | 13 | Management and Program Analyst | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, ORG POLICY PLANNING & ANALYSIS DIV | SAN ANTONIO | TX | GS | 0301 | 13 | Training Officer | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, COMMUNICATION AND MARKETING DIV | WASHINGTON | DC | GS | 0308 | 13 | RECORDS AND INFORMATION MANAGEMENT SPE | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, COMMUNICATION AND MARKETING DIV | WASHINGTON | DC | GS | 0308 | 13 | RECORDS AND INFORMATION MANAGEMENT SPE | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, SYSTEMS AND TECHNOLOGY DIV | WASHINGTON | DC | GS | 0301 | 13 | Management Information Specialist | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, ORG POLICY PLANNING & ANALYSIS DIV | WASHINGTON | DC | GS | 0301 | 13 | Training Officer | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, ADMINISTRATIVE SUPPORT SERVICE DIV | WASHINGTON | DC | GS | 0343 | 13 | MGMT ANAL | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, PROCUREMENT MANAGEMENT DIV | WASHINGTON | DC | GS | 1101 | 14 | PROJECT MANAGER | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, COMMUNICATION AND MARKETING DIV | WASHINGTON | DC | GS | 0308 | 14 | RECORD & INFO MANAGEMENT SPECIALIST | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, COMMUNICATION AND MARKETING DIV | WASHINGTON | DC | GS | 1101 | 13 | MKTG & OUTREACH SPECLST | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, COMMUNICATION AND MARKETING DIV | WASHINGTON | DC | GS | 0301 | 11 | PROGRAM SUPPORT SPECIALIST | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, SYSTEMS AND TECHNOLOGY DIV | WASHINGTON | DC | GS | 0301 | 13 | Management Information Specialist | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, COMMUNICATION AND MARKETING DIV | WASHINGTON | DC | GS | 1101 | 12 | MKTG & OUTREACH SPECLST | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, COMMUNICATION AND MARKETING DIV | WASHINGTON | DC | GS | 0308 | 13 | RECORDS AND INFORMATION MANAGEMENT SPE | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, COMMUNICATION AND MARKETING DIV | WASHINGTON | DC | GS | 0301 | 09 | CORRESPONDENCE SPECIALIST | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, SYSTEMS AND TECHNOLOGY DIV | WASHINGTON | DC | GS | 0343 | 13 | Management and Program Analyst | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, PROCUREMENT MANAGEMENT DIV | WASHINGTON | DC | GS | 1101 | 13 | CONTRACTING OFFICER REP. (COR) | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, PROCUREMENT MANAGEMENT DIV | WASHINGTON | DC | GS | 1101 | 14 | PROJECT MANAGER | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, COMMUNICATION AND MARKETING DIV | WASHINGTON | DC | GS | 0301 | 11 | PROGRAM SUPPORT SPECIALIST | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, PROCUREMENT MANAGEMENT DIV | WASHINGTON | DC | GS | 1101 | 14 | CONTRACTING OFFICER REPRESENTATIVE (CO | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, PROCUREMENT MANAGEMENT DIV | WASHINGTON | DC | GS | 1101 | 13 | CONTRACTING OFFICER REP. (COR) | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, PROCUREMENT MANAGEMENT DIV | WASHINGTON | DC | GS | 1101 | 15 | PROJECT MANAGER | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, ADMINISTRATIVE SUPPORT SERVICE DIV | WASHINGTON | DC | GS | 0343 | 13 | MANAGEMENT ANALYST | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, ADMINISTRATIVE SUPPORT SERVICE DIV | WASHINGTON | DC | GS | 0343 | 13 | MGMT ANAL | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, COMMUNICATION AND MARKETING DIV | WASHINGTON | DC | GS | 0308 | 13 | RECORDS AND INFORMATION MANAGEMENT SPE | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, COMMUNICATION AND MARKETING DIV | WASHINGTON | DC | GS | 0343 | 14 | MANAGEMENT ANALYST | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, COMMUNICATION AND MARKETING DIV | WASHINGTON | DC | GS | 0301 | 09 | CORRESPONDENCE SPECIALIST | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, EMPLOYEE SUPPORT SERVICE DIV | WASHINGTON | DC | GS | 0343 | 11 | MANAGEMENT ANALYST (WORKFORCE DATA ANA | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, PROCUREMENT MANAGEMENT DIV | WASHINGTON | DC | GS | 1101 | 13 | CONTRACTING OFFICER REP. (COR) | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, PROCUREMENT MANAGEMENT DIV | WASHINGTON | DC | GS | 0343 | 12 | MANAGEMENT ANALYST | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, PROCUREMENT MANAGEMENT DIV | ATLANTA | GA | GS | 1101 | 13 | CONTRACTING OFFICER REP. (COR) | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, PROCUREMENT MANAGEMENT DIV | FORT WORTH | TX | GS | 1101 | 13 | Contract Oversight Specialist (GTR) | 1120 | AFGE |
| | HSNG | HSNG, HSNGOPS, SYSTEMS AND TECHNOLOGY DIV | WASHINGTON | DC | GS | 0301 | 14 | Management Information Specialist | 1120 | AFGE |

Housing Counseling RIF Notice - AFGE

| EMPLOYEE NAME | PROGRAM OFFICE | ORG CODE | DUTY STATION CITY | DUTY STATION STATE | PAY PLAN | SERIES | GRADE | OFFICIAL TITLE | BUS CODE | UNION NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| | HSNG | HSNG, OHC, OOOA, OVERSIGHT & ACCOUNTABILITY DIV | WASHINGTON | DC | GS | 0343 | 12 | MGMT ANAL | 1120 | AFGE |
| | HSNG | HSNG, OFC OF HOUSING COUNSELING | WASHINGTON | DC | GS | 0343 | 13 | MANAGEMENT ANALYST | 1120 | AFGE |
| | HSNG | HSNG, OHC, OFC OF OVERSIGHT & ACCOUNTABILITY | BOSTON | MA | GS | 1101 | 13 | Housing Program Specialist | 1120 | AFGE |
| | HSNG | HSNG, OHC, OFC OF OVERSIGHT & ACCOUNTABILITY | GAINESVILLE | VA | GS | 1101 | 13 | Housing Program Specialist | 1120 | AFGE |
| | HSNG | HSNG, OHC, OOOA, OVERSIGHT & ACCOUNTABILITY DIV | COLUMBIA | SC | GS | 1101 | 13 | Housing Program Specialist | 1120 | AFGE |
| | HSNG | HSNG, OHC, OOCB, OUTREACH & CAPACITY BUILDING DIV | ATLANTA | GA | GS | 1101 | 14 | HOUSING PROGRAM TECHNICAL SPECIALIST | 1120 | AFGE |
| | HSNG | HSNG, OHC, OFC OF POLICY & GRANT ADMINISTRATION | BALTIMORE | MD | GS | 1101 | 13 | Housing Program Specialist | 1120 | AFGE |
| | HSNG | HSNG, OHC, OOCB, OUTREACH & CAPACITY BUILDING DIV | JACKSON | MS | GS | 1101 | 13 | Housing Program Specialist | 1120 | AFGE |
| | HSNG | HSNG, OFC OF HOUSING COUNSELING | WASHINGTON | DC | GS | 1101 | 14 | HOUSING PROGRAM TECHNICAL SPECIALIST | 1120 | AFGE |
| | HSNG | HSNG, OHC, OFC OF OVERSIGHT & ACCOUNTABILITY | HOUSTON | TX | GS | 1101 | 13 | Housing Program Specialist | 1120 | AFGE |
| | HSNG | HSNG, OHC, OOOA, OVERSIGHT & ACCOUNTABILITY DIV | MILWAUKEE | WI | GS | 1101 | 13 | Housing Program Specialist | 1120 | AFGE |
| | HSNG | HSNG, OHC, OFC OF POLICY & GRANT ADMINISTRATION | ATLANTA | GA | GS | 1101 | 13 | Housing Program Specialist | 1120 | AFGE |
| | HSNG | HSNG, OFC OF HOUSING COUNSELING | HOUSTON | TX | GS | 0301 | 14 | Management Information Specialist | 1120 | AFGE |
| | HSNG | HSNG, OHC, OFC OF OVERSIGHT & ACCOUNTABILITY | ATLANTA | GA | GS | 1101 | 13 | Housing Program Specialist | 1120 | AFGE |
| | HSNG | HSNG, OFC OF HOUSING COUNSELING | WASHINGTON | DC | GS | 0343 | 15 | PROG ANAL | 1120 | AFGE |
| | HSNG | HSNG, OHC, OOOA, OVERSIGHT & ACCOUNTABILITY DIV | CHICAGO | IL | GS | 1101 | 14 | HOUSING PROGRAM TECHNICAL SPECIALIST | 1120 | AFGE |
| | HSNG | HSNG, OFC OF HOUSING COUNSELING | PHILADELPHIA | PA | GS | 0343 | 13 | MANAGEMENT ANALYST | 1120 | AFGE |
| | HSNG | HSNG, OHC, OOOA, OVERSIGHT & ACCOUNTABILITY DIV | HOUSTON | TX | GS | 1101 | 13 | Housing Program Specialist | 1120 | AFGE |
| | HSNG | HSNG, OHC, OFC OF OVERSIGHT & ACCOUNTABILITY | GREENSBORO | NC | GS | 1101 | 13 | Housing Program Specialist | 1120 | AFGE |
| | HSNG | HSNG, OHC, OFC OF POLICY & GRANT ADMINISTRATION | TACOMA | WA | GS | 1101 | 13 | Housing Program Specialist | 1120 | AFGE |
| | HSNG | HSNG, OFC OF HOUSING COUNSELING | DENVER | CO | GS | 0343 | 13 | MANAGEMENT ANALYST | 1120 | AFGE |
| | HSNG | HSNG, OHC, OFC OF POLICY & GRANT ADMINISTRATION | BOSTON | MA | GS | 1101 | 13 | Housing Program Specialist | 1120 | AFGE |
| | HSNG | HSNG, OHC, OFC OF POLICY & GRANT ADMINISTRATION | CHICAGO | IL | GS | 1101 | 13 | Housing Program Specialist | 1120 | AFGE |
| | HSNG | HSNG, OHC, OFC OF POLICY & GRANT ADMINISTRATION | CHICAGO | IL | GS | 1101 | 13 | Housing Program Specialist | 1120 | AFGE |
| | HSNG | HSNG, OFC OF HOUSING COUNSELING | WASHINGTON | DC | GS | 0343 | 15 | PROG ANAL | 1120 | AFGE |
| | HSNG | HSNG, OFC OF HOUSING COUNSELING | SEATTLE | WA | GS | 1101 | 13 | Housing Program Specialist | 1120 | AFGE |
| | HSNG | HSNG, OHC, OFC OF POLICY & GRANT ADMINISTRATION | CHICAGO | IL | GS | 1101 | 13 | Housing Program Specialist | 1120 | AFGE |
| | HSNG | HSNG, OHC, OOOA, OVERSIGHT & ACCOUNTABILITY DIV | NEW YORK | NY | GS | 1101 | 14 | SENIOR HOUSING SPECIALIST- TEAM LEADER | 1120 | AFGE |
| | HSNG | HSNG, OHC, OFC OF POLICY & GRANT ADMINISTRATION | ATLANTA | GA | GS | 1101 | 13 | Housing Program Specialist | 1120 | AFGE |
| | HSNG | HSNG, OHC, OFC OF OVERSIGHT & ACCOUNTABILITY | ATLANTA | GA | GS | 1101 | 14 | HOUSING PROGRAM TECHNICAL SPECIALIST | 1120 | AFGE |
| | HSNG | HSNG, OHC, OFC OF POLICY & GRANT ADMINISTRATION | HOUSTON | TX | GS | 1101 | 14 | SENIOR HOUSING SPECIALIST- TEAM LEADER | 1120 | AFGE |
| | HSNG | HSNG, OHC, OFC OF POLICY & GRANT ADMINISTRATION | NEW YORK | NY | GS | 1101 | 13 | Housing Program Specialist | 1120 | AFGE |
| | HSNG | HSNG, OHC, OOOA, OVERSIGHT & ACCOUNTABILITY DIV | BOSTON | MA | GS | 1101 | 13 | Housing Program Specialist | 1120 | AFGE |
| | HSNG | HSNG, OHC, OOCB, OUTREACH & CAPACITY BUILDING DIV | DENVER | CO | GS | 1101 | 13 | Housing Program Specialist | 1120 | AFGE |
| | HSNG | HSNG, OHC, OFC OF OVERSIGHT & ACCOUNTABILITY | STOCKBRIDGE | GA | GS | 0343 | 11 | MAN & PROG ANALYST | 1120 | AFGE |
| | HSNG | HSNG, OHC, OFC OF POLICY & GRANT ADMINISTRATION | WASHINGTON | DC | GS | 0343 | 11 | MAN & PROG ANALYST | 1120 | AFGE |

FHEO OPS RIF NOTICE - AFGE

| EMPLOYEE NAME | PROGRAM OFFICE | ORG CODE | DUTY STATION CITY | DUTY STATION STATE | PAY PLAN | SERIES | GRADE | OFFICIAL TITLE | BUS CODE | UNION NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| | FHEO | FHEO, OOM, OFC OF MANAGEMENT PLANNING & BUDGET | WASHINGTON | DC | GS | 0343 | 13 | MGMT ANAL | 1120 | AFGE |
| | FHEO | FHEO, OOM, OISC, CORRESPONDENCE UNIT | WASHINGTON | DC | GS | 0301 | 12 | CORRES SPECLST | 1120 | AFGE |
| | FHEO | FHEO, OOM, OFC OF ADMINISTRATIVE SERVICES | RICHMOND | VA | GS | 0343 | 12 | MGMT ANAL | 1120 | AFGE |
| | FHEO | FHEO, OOM, OMPB, BUDGET DIV | WASHINGTON | DC | GS | 0560 | 13 | BUDG ANAL | 1120 | AFGE |
| | FHEO | FHEO, OOM, OFC OF FIELD OVERSIGHT | WASHINGTON | DC | GS | 0399 | 09 | Student Trainee (Management Analyst) | 1120 | AFGE |
| | FHEO | FHEO, OOM, OMPB, BUDGET DIV | WASHINGTON | DC | GS | 0560 | 14 | BUDG ANAL | 1120 | AFGE |
| | FHEO | FHEO, OOM, OISC, CORRESPONDENCE UNIT | WASHINGTON | DC | GS | 0301 | 12 | CORRES SPECLST | 1120 | AFGE |
| | FHEO | FHEO, OOM, OFC OF INFORMATION SERVICES & COMM | WASHINGTON | DC | GS | 0301 | 14 | MGMT INF SPECLST | 1120 | AFGE |
| | FHEO | FHEO, OFC OF OPERATIONS AND MANAGEMENT | WASHINGTON | DC | GS | 1101 | 13 | CONTRACTING OFFICER REP. (COR) | 1120 | AFGE |
| | FHEO | FHEO, OOM, OFC OF MANAGEMENT PLANNING & BUDGET | WASHINGTON | DC | GS | 0343 | 13 | MGMT ANAL | 1120 | AFGE |
| | FHEO | FHEO, OOM, OMPB, BUDGET DIV | WASHINGTON | DC | GS | 0560 | 13 | BUDG ANAL | 1120 | AFGE |
| | FHEO | FHEO, OOM, OFC OF FIELD OVERSIGHT | CHICAGO | IL | GS | 0343 | 13 | MGMT & PROG ANAL | 1120 | AFGE |
| | FHEO | FHEO, OFC OF OPERATIONS AND MANAGEMENT | WASHINGTON | DC | GS | 0343 | 15 | SENIOR Senior Policy Analyst | 1120 | AFGE |
| | FHEO | FHEO, OOM, OISC, CORRESPONDENCE UNIT | WASHINGTON | DC | GS | 0343 | 13 | PROGRAM ANALYST | 1120 | AFGE |
| | FHEO | FHEO, OOM, OFC OF INFORMATION SERVICES & COMM | WASHINGTON | DC | GS | 0343 | 14 | MANAGEMENT ANALYST (WEB MANAGER) | 1120 | AFGE |
| | FHEO | FHEO, OOM, OFC OF INFORMATION SERVICES & COMM | WASHINGTON | DC | GS | 0301 | 14 | MGMT INF SPECLST | 1120 | AFGE |

FHEO Field RIF Notice - AFGE

| EMPLOYEE NAME | PROGRAM OFFICE | ORG CODE | DUTY STATION CITY | DUTY STATION STATE | PAY PLAN | SERIES | GRADE | OFFICIAL TITLE | BUS CODE | UNION NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| | FHEO | FHEO, REG4, MFOC, PROGRAMS - FHIP / FHIP 1 | ATLANTA | GA | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, FHEO REGION 4 (ATLANTA) | ATLANTA | GA | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG4, AFOC, ENFORCEMENT BRANCH 2 | ATLANTA | GA | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG4, AFOC, ENFORCEMENT BRANCH 2 | ATLANTA | GA | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG4, REGION 4 INTAKE BRANCH | ATLANTA | GA | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG4, AFOC, ENFORCEMENT BRANCH 1 | ATLANTA | GA | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG4, REGION 4 INTAKE BRANCH | ATLANTA | GA | GS | 0360 | 07 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG4, MFOC, PROGRAMS - FHIP / FHIP 1 | ATLANTA | GA | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG4, REGION 4 INTAKE BRANCH | ATLANTA | GA | GS | 0360 | 11 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG4, REGION 4 INTAKE BRANCH | ATLANTA | GA | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG4, REGION 4 INTAKE BRANCH | ATLANTA | GA | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG4, REGION 4 INTAKE BRANCH | ATLANTA | GA | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG3, REGION 3 INTAKE BRANCH | BALTIMORE | MD | GS | 0360 | 12 | EQUAL OPPORTUNITY SPECIALIST | 1120 | AFGE |
| | FHEO | FHEO, REG3, BFOC, ENFORCEMENT, BALTIMORE | BALTIMORE | MD | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG4, AFOC, ENFORCEMENT BRANCH 1 | BIRMINGHAM | AL | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG1, REGION 1 INTAKE BRANCH | BOSTON | MA | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG1, BFOC, PROGRAM COMPLIANCE BRANCH 1 | BOSTON | MA | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG1, BFOC, PROGRAM COMPLIANCE BRANCH 1 | BOSTON | MA | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG1, BFOC, ENFORCEMENT BRANCH | BOSTON | MA | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG1, BFOC, PROGRAM COMPLIANCE BRANCH 1 | BOSTON | MA | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG1, BFOC, ENFORCEMENT BRANCH | BOSTON | MA | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG1, BFOC, ENFORCEMENT BRANCH | BOSTON | MA | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG1, REGION 1 INTAKE BRANCH | BOSTON | MA | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, FHEORD, DFOC, ENFORCEMENT BRANCH | DENVER | CO | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, FHEORD, DFOC, ENFORCEMENT BRANCH | DENVER | CO | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, FHEORD, DFOC, ENFORCEMENT BRANCH | DENVER | CO | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, FHEORD, DFOC, ENFORCEMENT BRANCH | DENVER | CO | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, FHEORD, DFOC, INTAKE BRANCH | DENVER | CO | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, FHEORD, PROGRAM COMPLIANCE BRANCH | DENVER | CO | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, FHEORD, DFOC, INTAKE BRANCH | DENVER | CO | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, FHEORD, PROGRAM COMPLIANCE BRANCH | DENVER | CO | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, FHEORD, DFOC, INTAKE BRANCH | DENVER | CO | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG6, FWFOC, ENFORCEMENT BRANCH 1 | FORT WORTH | TX | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG6, FWFOC, ENFORCEMENT BRANCH 2 | FORT WORTH | TX | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, FHEO REGION 6 (FORT WORTH) | FORT WORTH | TX | GS | 0343 | 13 | PROGRAM ANALYST | 1120 | AFGE |
| | FHEO | FHEO, REG6, NOFOC, PROGRAM COMPLIANCE BRANCH 1 | FORT WORTH | TX | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG6, FORT WORTH FIELD OFC CENTER | FORT WORTH | TX | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG6, FWFOC, ENFORCEMENT BRANCH 1 | FORT WORTH | TX | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG6, REGION 6 INTAKE BRANCH 1 | FORT WORTH | TX | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG6, REGION 6 INTAKE BRANCH 1 | FORT WORTH | TX | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG6, FWFOC, ENFORCEMENT BRANCH 1 | FORT WORTH | TX | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG6, FORT WORTH FIELD OFC CENTER | FORT WORTH | TX | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, FHEO REGION 6 (FORT WORTH) | FORT WORTH | TX | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG4, AFOC, ENFORCEMENT BRANCH 3 | GREENSBORO | NC | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG1, BFOC, PROGRAM COMPLIANCE BRANCH 1 | HARTFORD | CT | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG1, REGION 1 INTAKE BRANCH | HARTFORD | CT | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, FHEORSF, SFFOC, PROGRAM COMPLIANCE BRANCH 2 | HONOLULU | HI | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG6, NOFOC, PROGRAM COMPLIANCE BRANCH 1 | HOUSTON | TX | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| | FHEO | FHEO, REG6, REGION 6 INTAKE BRANCH 1 | HOUSTON | TX | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |

| FHEO | FHEO, REG6, FWFOC, ENFORCEMENT BRANCH 2 | HOUSTON | TX | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
|------|------|------|------|------|------|------|------|------|------|
| FHEO | FHEO, REG4, AFOC, ENFORCEMENT BRANCH 2 | JACKSON | MS | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG4, AFOC, ENFORCEMENT BRANCH 1 | JACKSONVILLE | FL | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG4, REGION 4 INTAKE BRANCH | JACKSONVILLE | FL | GS | 0361 | 07 | EQ OPP ASST | 1120 | AFGE |
| FHEO | FHEO, REG4, REGION 4 INTAKE BRANCH | JACKSONVILLE | FL | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, FHEORKC, KCFOC, ENFORCEMENT BRANCH 1 | KANSAS CITY | KS | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, FHEORKC, KCFOC, ENFORCEMENT BRANCH 2 | KANSAS CITY | KS | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, FHEORKC, REGION 7 INTAKE BRANCH | KANSAS CITY | KS | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, FHEORKC, PROGRAM COMPLIANCE BRANCH | KANSAS CITY | KS | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, FHEORKC, REGION 7 INTAKE BRANCH | KANSAS CITY | KS | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, FHEORKC, KCFOC, ENFORCEMENT BRANCH 1 | KANSAS CITY | KS | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, FHEO REGION 7 (KANSAS CITY) | KANSAS CITY | KS | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, FHEORKC, REGION 7 INTAKE BRANCH | KANSAS CITY | KS | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, FHEORKC, PROGRAM COMPLIANCE BRANCH | KANSAS CITY | KS | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, FHEORKC, KCFOC, ENFORCEMENT BRANCH 1 | KANSAS CITY | KS | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, FHEORKC, PROGRAM COMPLIANCE BRANCH | KANSAS CITY | KS | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, FHEORKC, KCFOC, ENFORCEMENT BRANCH 1 | KANSAS CITY | KS | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG4, AFOC, ENFORCEMENT BRANCH 3 | KNOXVILLE | TN | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG6, NOFOC, PROGRAM COMPLIANCE BRANCH 1 | LITTLE ROCK | AR | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG6, REGION 6 INTAKE BRANCH 1 | LITTLE ROCK | AR | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG6, REGION 6 INTAKE BRANCH 1 | LITTLE ROCK | AR | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG4, AFOC, ENFORCEMENT BRANCH 1 | LOUISVILLE | KY | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG4, MFOC, PROGRAMS - FHIP / FHIP 1 | MIAMI | FL | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG4, AFOC, ENFORCEMENT BRANCH 3 | MIAMI | FL | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG4, MFOC, PROGRAMS - FHIP / FHIP 1 | MIAMI | FL | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG6, NOFOC, PROGRAM COMPLIANCE BRANCH 1 | NEW ORLEANS | LA | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG6, FWFOC, ENFORCEMENT BRANCH 1 | OKLAHOMA CITY | OK | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, FHEORKC, KCFOC, ENFORCEMENT BRANCH 1 | OMAHA | NE | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, FHEORKC, PROGRAM COMPLIANCE BRANCH | OMAHA | NE | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG3, PFOC, PROG COMPLIANCE, BALTIMORE | PHILADELPHIA | PA | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG3, BFOC, ENFORCEMENT, BALTIMORE | PHILADELPHIA | PA | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG3, BFOC, ENFORCEMENT, BALTIMORE | PHILADELPHIA | PA | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG3, BFOC, ENFORCEMENT, PHILADELPHIA | PHILADELPHIA | PA | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG3, REGION 3 INTAKE BRANCH | PHILADELPHIA | PA | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG3, PFOC, PROG COMPLIANCE, PHILADELPHIA | PHILADELPHIA | PA | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG3, REGION 3 INTAKE BRANCH | PHILADELPHIA | PA | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG3, PFOC, PROG COMPLIANCE, PHILADELPHIA | PHILADELPHIA | PA | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG3, BFOC, ENFORCEMENT, BALTIMORE | PITTSBURGH | PA | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG1, BFOC, ENFORCEMENT BRANCH | PROVIDENCE | RI | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG3, BFOC, ENFORCEMENT, PHILADELPHIA | RICHMOND | VA | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG6, FORT WORTH FIELD OFC CENTER | SAN ANTONIO | TX | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG6, NOFOC, PROGRAM COMPLIANCE BRANCH 1 | SAN ANTONIO | TX | GS | 0360 | 13 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG6, REGION 6 INTAKE BRANCH 1 | SAN ANTONIO | TX | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG2, NEW YORK FIELD OFC CENTER | SAN JUAN | PR | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG2, NEW YORK FIELD OFC CENTER | SAN JUAN | PR | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, FHEORKC, PROGRAM COMPLIANCE BRANCH | ST LOUIS | MO | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, FHEORKC, PROGRAM COMPLIANCE BRANCH | ST LOUIS | MO | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, REG4, AFOC, ENFORCEMENT BRANCH 2 | ST LOUIS | MO | GS | 0360 | 12 | EQ OPP SPECLST | 1120 | AFGE |
| FHEO | FHEO, FHEORKC, KCFOC, ENFORCEMENT BRANCH 1 | ST LOUIS | MO | GS | 0360 | 12 | EQUAL OPPORTUNITY SPECIALIST | 1120 | AFGE |

| EMPLOYEE NAME | PROGRAM OFFICE | ORG CODE | DUTY STATION CITY | DUTY STATION STATE | PAY PLAN | SERIES | GRADE | OFFICIAL TITLE | BUS CODE | UNION NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| | CPD | CPD, DASO, OTIE, OPERATIONS DIV | WASHINGTON | DC | GS | 0301 | 12 | Management Information Specialist | 1120 | AFGE |
| | CPD | CPD, DASO, ORM, ADMINISTRATIVE SERVICES DIV | WASHINGTON | DC | GS | 0301 | 11 | CORRESPONDENCE SPECIALIST | 1120 | AFGE |
| | CPD | CPD, DASO, OBC, PROGRAM MANAGEMENT DIV | WASHINGTON | DC | GS | 0560 | 12 | BUDG ANAL | 1120 | AFGE |
| | CPD | CPD, DASO, OTIE, OPERATIONS DIV | WASHINGTON | DC | GS | 0301 | 14 | MGMT INF SPECLST | 1120 | AFGE |
| | CPD | CPD, DASO, OBC, SALARIES & EXPENSES DIV | WASHINGTON | DC | GS | 0560 | 13 | BUDGET ANALYST | 1120 | AFGE |
| | CPD | CPD, DASO, ORM, ADMINISTRATIVE SERVICES DIV | WASHINGTON | DC | GS | 0301 | 12 | CORRES SPECLST | 1120 | AFGE |
| | CPD | CPD, DASO, ORM, ADMINISTRATIVE SERVICES DIV | WASHINGTON | DC | GS | 1101 | 14 | CONTRACTING OFFICER REPRESENTATIVE (CO | 1120 | AFGE |
| | CPD | CPD, DASO, OFC OF TECH, INNOVATION, AND EVAL | WASHINGTON | DC | GS | 0303 | 08 | ADMINISTRATIVE SUPPORT ASSISTANT (OA) | 1120 | AFGE |
| | CPD | CPD, DASO, ORM, STD, PROGRAM MANAGEMENT BRANCH | WASHINGTON | DC | GS | 0301 | 13 | SENIOR Sr CPD Representative | 1120 | AFGE |

CPD Grants RIF Notice - AFGE

| EMPLOYEE NAME | PROGRAM OFFICE | ORG CODE | DUTY STATION CITY | DUTY STATION STATE | PAY PLAN | SERIES | GRADE | OFFICIAL TITLE | BUS CODE | UNION NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| | CPD | CPD, DAS FOR GRANT PROGRAMS | WASHINGTON | DC | GS | 0343 | 13 | Management and Program Analyst | 1120 | AFGE |
| | CPD | CPD, DASGP, OAHP, FINANCIAL & INFORMATION SERVICES DIV | WASHINGTON | DC | GS | 1101 | 13 | AFFORDABLE HOUSING SPECIALIST | 1120 | AFGE |
| | CPD | CPD, DASGP, OAHP, FINANCIAL & INFORMATION SERVICES DIV | WASHINGTON | DC | GS | 0343 | 11 | Management and Program Analyst | 1120 | AFGE |
| | CPD | CPD, DASGP, OAHP, FINANCIAL & INFORMATION SERVICES DIV | WASHINGTON | DC | GS | 1101 | 13 | AFFORDABLE HOUSING SPECIALIST | 1120 | AFGE |
| | CPD | CPD, DASGP, OAHP, PROGRAM & POLICY DIV | FT PIERCE | FL | GS | 1101 | 13 | AFFORDABLE HOUSING SPECIALIST | 1120 | AFGE |
| | CPD | CPD, DASGP, OAHP, PROGRAM & POLICY DIV | WASHINGTON | DC | GS | 1101 | 13 | AFFORDABLE HOUSING SPECIALIST | 1120 | AFGE |
| | CPD | CPD, DASGP, OAHP, RELOCATION & REAL ESTATE DIV | WASHINGTON | DC | GS | 0301 | 13 | RELOCATION SPECIALIST | 1120 | AFGE |
| | CPD | CPD, DASGP, OAHP, RELOCATION & REAL ESTATE DIV | SAN JUAN | PR | GS | 0301 | 13 | RELOCATION SPECIALIST | 1120 | AFGE |
| | CPD | CPD, DASGP, OBGA, ENTITLEMENT COMMUNITIES | WASHINGTON | DC | GS | 0343 | 13 | Management and Program Analyst | 1120 | AFGE |
| | CPD | CPD, DASGP, OBGA, ENTITLEMENT COMMUNITIES | WASHINGTON | DC | GS | 0301 | 13 | COMMUNITY PLNG & DVLPMT SPECLST | 1120 | AFGE |
| | CPD | CPD, DASGP, OBGA, ENTITLEMENT COMMUNITIES | FORT MEADE | MD | GS | 0301 | 13 | Community Planning and Development Spe | 1120 | AFGE |
| | CPD | CPD, DASGP, OBGA, FINANCIAL MANAGEMENT DIV | WASHINGTON | DC | GS | 0301 | 13 | COMMUNITY PLNG & DVLPMT SPECLST | 1120 | AFGE |
| | CPD | CPD, DASGP, OBGA, FINANCIAL MANAGEMENT DIV | WASHINGTON | DC | GS | 0301 | 13 | Community Planning and Development Spe | 1120 | AFGE |
| | CPD | CPD, DASGP, OBGA, STATE & SMALL CITIES DIV | WASHINGTON | DC | GS | 0301 | 13 | Community Planning and Development Spe | 1120 | AFGE |
| | CPD | CPD, DASGP, OBGA, STATE & SMALL CITIES DIV | WASHINGTON | DC | GS | 0301 | 13 | Community Planning and Development Spe | 1120 | AFGE |
| | CPD | CPD, DASGP, OEE, ENVIRONMENTAL PLANNING DIV | WASHINGTON | DC | GS | 0343 | 13 | PROGRAM ANALYST | 1120 | AFGE |
| | CPD | CPD, DASGP, OEE, ENVIRONMENTAL REVIEW DIV | RICHMOND | VA | GS | 0028 | 13 | Environmental Protection Specialist | 1120 | AFGE |
| | CPD | CPD, DASGP, OEE, ENVIRONMENTAL REVIEW DIV | WOODSTOCK | GA | GS | 0028 | 13 | Environmental Protection Specialist | 1120 | AFGE |
| | CPD | CPD, DASGP, OEE, ENVIRONMENTAL REVIEW DIV | COLUMBUS | OH | GS | 0028 | 13 | Environmental Protection Specialist | 1120 | AFGE |
| | CPD | CPD, DASGP, OEE, ENVIRONMENTAL REVIEW DIV | GREENSBORO | NC | GS | 0028 | 13 | Environmental Protection Specialist | 1120 | AFGE |
| | CPD | CPD, DASGP, OEE, ENVIRONMENTAL REVIEW DIV | PITTSBURGH | PA | GS | 0028 | 13 | Environmental Protection Specialist | 1120 | AFGE |



EXHIBIT M

CityLab | Government

# HUD Issues Layoff Notices, Targeting Fair Housing Staff With Deep Cuts

Fair housing staffers who investigate claims of housing discrimination at field offices nationwide were among the hundreds of HUD staffers who received layoff notices.

     



The Robert C. Weaver Federal Building, which houses the US Department of Housing & Urban Development, in Washington DC. *Photographer: Valerie Plesch/Bloomberg*

By Kriston Capps and Sarah Holder
October 11, 2025 at 7:18 AM PDT

Save    🗛 Translate    🎧 3:07

---

✦ **Takeaways** by Bloomberg AI                                              ⌃

- Hundreds of staffers at the US Department of Housing and Urban Development received layoff notices as the Trump administration made good on threats to fire workers during the federal government shutdown.

- The largest cuts were concentrated in the agency's Office of Fair Housing and Equal Opportunity, with nearly 100 equal opportunity specialists receiving

- reduction-in-force notices at field offices across the country.
- Notices received by employees indicate that their last day will be Dec 9, with HUD stating that it is implementing a reduction in force to align programs with the administration's priorities and available appropriations.

Hundreds of staffers at the US Department of Housing and Urban Development received layoff notices late Friday afternoon, as the Trump administration made good on threats to fire workers during the federal government shutdown.

The largest cuts were concentrated in the agency's Office of Fair Housing and Equal Opportunity, the division that investigates claims of discrimination and abuse.

Nearly 100 equal opportunity specialists who investigate fair housing complaints received reduction-in-force (RIF) notices at field offices across the country, according to a document seen by Bloomberg. Layoff notices went out to field offices in Atlanta, Baltimore, Boston, Denver, Fort Worth, Miami, New Orleans, Philadelphia and more.

## Bloomberg CityLab

**UK Sees 50% Spike in Major Cyberattacks as Top Firms Targeted**

**London Homebuilding on Track to Fall to Quarter of Normal Levels**

**Flying Chinese Cars Aspire to Be Latest Wonder of Gulf's Skies**

**DC Tourists Frustrated by Museum Closures as Shutdown Persists**

According to two staffers at HUD, who requested anonymity for fear of retribution, the entire fair housing staff at two of HUD's 10 regional offices got notices: Denver (which oversees Colorado, Utah, Wyoming, North Dakota, South Dakota and Montana) and San Francisco (California, Nevada and Arizona). Five other regional offices also saw deep cuts to fair housing staff.

Notices received by employees indicate that their last day will be Dec. 9.

"HUD is implementing a reduction in force to align our programs with the administration's priorities and the appropriations available to the department," HUD said in a statement. The agency did not immediately respond to questions about cuts to specific regional offices.

**Fair Housing Takes Brunt of HUD Layoffs**

Reduction-in-force notices to unionized employees at the US Department of Housing and Urban Development, by office



Source: American Federation of Government Employees

The Trump administration's approach to fair housing enforcement has been a subject of fierce debate under Housing Secretary Scott Turner, with staffers warning that the government is neglecting its duties.

A whistleblower disclosure filed in August by four HUD civil rights attorneys raised alarms that HUD staff cuts and policy shifts were decimating the agency's ability to investigate discrimination complaints and enforce fair housing laws. The Office of Fair Housing and Equal Opportunity has lost nearly 70% percent of its attorneys since January, according to the letter.

READ MORE: Trump Housing Agency Removes Lawyers Who Filed Whistleblower Report

In September, HUD issued a memo outlining a shift in its approach to fair housing: The agency will not prioritize claims over policies that are not explicitly discriminatory but nevertheless result in harm against people in protected categories. For example, cases that involve lenders restricting or denying mortgages to whole neighborhoods – a practice known as redlining, and an engine for racial segregation – will no longer take priority.

Job cuts announced on Friday targeted more than just just fair housing. Layoffs also hit the division of the agency that distributes and administers billions of dollars in block grants for affordable housing and community development. More than 100 staffers that oversee public housing and Indian housing got notices, including more than 25 employees whose job is to inspect rental housing, as well as 50 staffers in the office that includes the Federal Housing Administration – an agency that generates billions of dollars for the US government by underwriting mortgage loans for homes.

Several affected staffers say that they hope that the notices are merely negotiating tactics. RIF notices also went out in March for field policy and management offices, closing many of them, but HUD ultimately did not act on them.

*– With assistance from Katy O'Donnell and Gregory Korte*



Save

Contact us:

**Provide news feedback or report an error**

Site feedback:

**Take our Survey** ↗

Confidential tip?

**Send a tip to our reporters**

Before it's here, it's on the **Bloomberg Terminal**

©2025 Bloomberg L.P. All Rights Reserved.


EXHIBIT N



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

October 10, 2025

MEMORANDUM FOR ████████████

FROM            Dottie Romo
                Chief Operating Officer, Internal Revenue Service

Subject:        Reduction in Force Notice – Separation

This memorandum constitutes your official Reduction in Force (RIF) notice which will be effective on December 9, 2025.

The Internal Revenue Service has determined it is necessary to abolish some positions in LARGE BUSINESS AND INT'L-LB&I to further workforce shaping efforts.

To conduct the RIF, retention registers were prepared which list employees in retention standing order by civil service tenure group and subgroup, veterans' preference, performance ratings, and length of Federal service. The following information was used to determine your retention standing as of the RIF effective date:

Position of Record:     ████████████████████
Competitive Area:       LARGE BUSINESS AND INT'L-LB&I - DEPUTY COMMISSIONER OFC
                        PROG AND BUS SOLUTION
Competitive Level:      ████████████████
Tenure Group:           ████████████
Sub-Group:              ████████████
Type of Service:
Service Computation Date (RIF):   ████████
Performance Ratings:    ████████████████████████████
████████████████████████████████████████████████

Adjusted Service Computation Date (RIF): ████████

In accordance with RIF procedures specified in 5 C.F.R. part 351, your individual retention standing does not allow you to be placed in another position in your competitive area, consequently, you will be separated from the Federal service effective December 9, 2025.

Because you are being separated through a RIF action, you are eligible for career transition and placement assistance. Specifically, you are eligible for the Career Transition Assistance Program (CTAP) until the time of separation, and Interagency Career Transition Assistance

Program (ICTAP) for one year after the effective date of separation. Your RIF package includes further information on these programs.

Please be advised that an early resignation may affect your eligibility for placement assistance and your appeal rights. It may also impact your ability to qualify for unemployment compensation and training benefits under the Workforce Investment Act.

Please note, as a result of personnel actions which may occur in your competitive area prior to the RIF effective date, this RIF notice may be cancelled and/or amended. A cancellation or amendment will supersede any previous notices or amendments you may have received.

This RIF action does not reflect in any way upon your performance or conduct. The Internal Revenue Service sincerely appreciates the contributions you have made during your employment and regrets that you have been personally affected by this reduction in force.

If you have questions after reviewing this letter and the attached material, or you are considering resigning, please submit a ticket via IRworks or contact the Employee Resource Center (ERC) at 1-866-743-5748, and tell them you received a RIF notice.

**Appeal and Grievance Rights**

Merit Systems Protection Board
If you are separated by RIF procedures and you believe your rights have been violated, you may appeal the RIF action to the Merit Systems Protection Board, MSPB's e-Appeal Online website. Your appeal must be submitted and must be filed any time during the 30-calendar day period beginning the day after the effective date of the RIF. Your appeal must contain the information outlined in the attached extract of the MSPB regulations. You may access a complete copy of the MSPB regulations at www.mspb.gov. If you fail to file your appeal within the applicable time limit, the MSPB may dismiss it as untimely filed, unless you can show good cause for the delay. If you file your appeal untimely, the judge will provide you with an opportunity to show why your appeal should not be dismissed as untimely.

Equal Employment Opportunity Commission (EEOC)
If you seek to allege that this RIF action was taken against you based in whole or in part on discrimination because of race, color, religion, sex, age, national origin, or physical or mental disability, you may either (1) join your claim of discrimination with your appeal filed with the Merit Systems Protection Board; or (2) pursue an action under Part 1614 of the EEOC regulations by contacting an Equal Employment Opportunity counselor at eeo@irs.gov within 45 days of separation. You may also access the U.S. Equal Employment Opportunity Commission (EEOC) website at www.eeoc.gov for additional and further detailed information on the Federal sector EEO process. You may also file with MSPB as noted above and raise discrimination as an affirmative defense. However, you may not proceed through both forums; you must elect one or the other. Whichever action is filed first will be considered an election to proceed in that forum. An election to proceed before the MSPB is determined as of the date the appeal is filled; and an election to proceed under Part 1614 is determined as of the date a complaint of discrimination is filed.

Office of Special Counsel
You may also seek corrective action before the U.S. Office of Special Counsel (OSC). Visit the OSC e-filing system web site at www.osc.gov, to access the online application. However, if you

do so, you will be limited to whether the IRS took one or more covered personnel actions against you in retaliation for making protected whistleblowing disclosures. If you choose to file an action with OSC, you will be foregoing your right to otherwise challenge the basis for this personnel action.

**Severance Pay Estimate**

To be eligible for severance pay, you must be:
- A career/career-conditional
              or
- On an excepted appointment without time limitation

              and
- On rolls continuously for twelve months
- In receipt of a RIF separation notice

              and
- Not eligible for an annuity (retirement, including any early options) (civilian or military)
- Cannot have declined a reasonable offer

If your records indicate you are eligible for a severance payment, the estimate is below. Your estimated payment is: XXXXX

The following attachments can be found on https://www.irs.gov/newsroom/irs-employee-emergency-news
- RIF Separation Notice Package - Quick Reference Guide
- RIF Information Sheet
- Benefits/Entitlements
- Application for Reemployment Priority List
- Authorization to Release Resume
- Workforce Investment Act (WIA) Information Sheet
- OPM RIF Regulations (5 CFR, Part 351)
- MSPB Abbreviated Regulations and Appeal Form


EXHIBIT O



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

October 10, 2025

MEMORANDUM FOR :

FROM          Dottie Romo
              Chief Operating Officer, Internal Revenue Service

Subject:      Reduction in Force Notice – Separation

This memorandum constitutes your official Reduction in Force (RIF) notice which will be effective on December 9, 2025.

The Internal Revenue Service has determined it is necessary to abolish some positions in INFORMATION TECHNOLOGY to further workforce shaping efforts.

To conduct the RIF, retention registers were prepared which list employees in retention standing order by civil service tenure group and subgroup, veterans' preference, performance ratings, and length of Federal service. The following information was used to determine your retention standing as of the RIF effective date:


EXHIBIT P

POLITICS • 7 MIN READ

# Breaking down the impact of Trump's shutdown layoffs of federal workers

UPDATED 2 HR AGO

By  Tami Luhby , René Marsh , Annie Grayer , Sunlen Serfaty , Ella Nilsen



People watch the sunset from the Washington Monument ahead of the first supermoon of the …



Douglas Jackson, a service-disabled veteran who was laid off during **Friday's federal government layoffs**, couldn't believe it when he heard the vice president say the Trump administration was being forced to choose between Americans and "federal bureaucrats."

"I'm an Orlando veteran. I'm not a DC bureaucrat," he told CNN, just days after the White House sent reduction in force — or RIF — notices to more than 3,500 federal workers. "Either they don't know who they're firing, or they just don't care."

Jackson, who served in the Marines for four years during which he was exposed to burn pits in Iraq, described a feeling of disgust and betrayal

2

when he heard President Donald Trump say most of those laid off "happen to be Democrat-oriented."

**┃ RELATED ARTICLE**



Will the federal government shutdown affect you? Tell us about it

"There's no way he could know our party affiliation," Jackson said, noting he's not registered with either party and has voted for Democrats and Republicans alike.

Advertisement

The 40-year-old had been reinstated earlier this year to his public affairs job in the IRS' Large Business and International Division after being cut as part of the Department of Government Efficiency's downsizing. But the latest layoff has left him feeling as if the administration has reneged on its pledge to protect veterans, treating him and others as pawns in the political fight over how best to fund the government.

The Trump administration pulled the trigger on layoffs across seven federal agencies on Friday, dismissing employees who handle a wide range of topics

— from IRS matters like those Jackson works on to housing grants, special education programs and defending the country against cyberattacks.

The layoffs came after the White House warned for several weeks that it would use the government shutdown as an opportunity to continue culling the federal workforce. Another wave of RIFs could be on their way, the administration said in a court filing.

The White House Office of Management and Budget **advised agencies** in late September that the shutdown would provide an opportunity to cut programs that are deemed "not consistent" with Trump's priorities. And although the idea did not sit well with many congressional Republicans, the administration opted to proceed.

Advertisement

Trump doubled down late Friday afternoon, saying that he plans to fire "a lot" of federal workers in retaliation for the government shutdown, vowing to target those deemed to be **aligned with the Democratic Party**. He did not elaborate on what he meant.

Vice President JD Vance said Sunday that layoffs during the government shutdown are needed to continue **critical federal assistance programs**, including the WIC nutrition assistance program, and to pay the military.

"We have to lay off some federal workers in the midst of this shutdown to preserve the essential benefits for the American people that the government does provide," he said on NBC's "Meet the Press," blaming Democrats for the reductions.

Advertisement

However, budget experts pointed to several reasons why Vance's statement wasn't true. Among them, many federal workers aren't being paid during the shutdown, so laying them off wouldn't free up any funds — plus, if they were being paid, the money wouldn't be available for 60 days, when most must actually leave their jobs, said Bobby Kogan, senior director of federal budget policy at the left-leaning Center for American Progress and a former OMB official during the Biden administration. Also, the Trump administration last week said it will extend WIC's funding using **tariff revenue**.

What's more, any funds saved by laying off several thousand federal employees would be only a tiny fraction of what's needed to fund WIC and the military, said Michael Linden, a former senior OMB official during the Biden administration who is now a senior policy fellow at the left-leaning Washington Center for Equitable Growth.

Meanwhile, AFGE, along with another union representing federal workers, filed a lawsuit in a California federal court seeking to stop the Trump

administration from initiating the mass layoffs, calling them illegal.

The unions pressed District Court Judge Susan Illston on Friday to immediately halt the RIFs now that the administration had started carrying them out. The Friday filing from the government revealing the number of people affected followed unions' request last week for a **temporary restraining order** to block the administration from carrying out its threat. She has yet to rule on the request.

Advertisement

Jackson also questioned the legality of the layoffs.

"It's retaliatory, it's retribution," he said. "It creates uncertainty for everyone affected, and I don't know how this stands up in court."

**Thousands of federal workers have been laid off during the shutdown**

The Trump administration laid off more than 3,500 federal employees across seven departments in early October as the government shutdown continues. All but the Department of Homeland Security had previously recorded decreases in overall staffing since President Donald Trump took office, as confirmed by the agencies' shutdown contingency plans.



| Agency | Total employees (Sept. 2024 — to latest) | Approx. Oct. layoffs |
|---|---|---|
| Treasury | 114K → 81.2K | 1,446 |
| Health and Human Services* | 92.6K → 79.7K | 600 |
| Education | 4.2K → 2.4K | 466 |
| Housing and Urban Development | 8.8K → 6.1K | 442 |
| Commerce | 48.4K → 43K | 315 |
| Energy | 17.4K → 13.8K | 187 |
| Homeland Security | 227.6K → 271.9K | 176 |

Note: Updated as of October 13, 2025, at 3:00 p.m. ET. Workforce data from September 2024 is from the US Office of Personnel Management. Latest workforce data is as of May to October of 2025, or unspecified.
*Although layoff notices were sent to about 1,300 workers at the HHS, approximately 700 positions at the Centers for Disease Control and Prevention were reinstated, according to the American Federation of Government Employees.

Sources: US Office of Personnel Management; federal agencies; US District Court for the Northern District of California, San Francisco Division
Table: Tami Luhby, Annette Choi and Renée Rigdon, CNN

Here's what we know about the layoffs:

# Internal Revenue Service

At least 1,300 IRS employees received RIF notices last week, according to a source familiar with the matter. The layoffs affected staff like Jackson in the agency's Large Business and International (LB&I) Division, which handles tax administration for domestic and foreign corporations, as well as in the Information Technology Division and the Office of Privacy, Governmental Liaison and Disclosure (PGLD), a key office that had raised internal legal

concerns about certain **taxpayer data-sharing initiatives** between the IRS and US Immigration and Customs Enforcement.

Advertisement

The cuts also reached IRS University, the agency's centralized training organization, according to the source. IRS University was established to modernize and streamline employee training and ensure consistent skill development across the agency. The source familiar with the program told CNN, "This was our organization within HR looking at improving and modernizing our training."

## Department of Energy

Staff in the department's Office of Minority Economic Impact were informed on Friday of plans for a major reorganization. The division "contains programs, projects or activities that are inconsistent with the Administration's priorities," according to a memo obtained by CNN.

The letter added that, as a result, the office "will be undergoing a major reorganization, and your position may be reassigned to another organization, transferred to another function, or abolished." The office is responsible for assessing how the department's energy programs, policies and regulations affect minority communities.

# Department of Housing and Urban Development

HUD's Office of Community Planning and Development (CPD), which oversees grants to support low-income communities, housing and homelessness programs, also faces workforce reductions.

Advertisement

The agency said the cuts followed "determinations made by identifying programs not in alignment with the President's management agenda or the Administration's priorities," according to a memo from HUD Deputy Secretary Andrew Hughes to union officials, which CNN obtained.

# Department of Homeland Security

The Cybersecurity and Infrastructure Security Agency (CISA) at DHS, which is responsible for defending against cyberattacks and safeguarding the nation's critical infrastructure, is among the offices affected by the layoffs. CISA's mission includes improving emergency communications, assessing risks to vital systems and strengthening public-private partnerships to bolster national resilience.

"During the last administration, CISA was focused on censorship, branding, and electioneering. This is part of getting CISA back on mission," an agency spokeswoman told CNN.

# Environmental Protection Agency

Employees at the EPA's Office of Land and Emergency Management received intent to RIF notices on Friday. The division focuses on hazardous waste cleanup and responding to hazardous waste sites, including overseeing the Brownfields program that helps states clean up and reuse previously contaminated sites.

Advertisement

"It is appalling that the Trump administration is using the government shutdown as an excuse to fire federal workers, including dedicated EPA employees who provide critical services to communities across the country," Justin Chen, president of AFGE Council 238 said in a Friday statement.

Workers who had been laid off included employees who oversaw battery recycling and safety, plastics reduction, data collection on national solid waste data collection and recycling grants, Chen said.

Reached for comment on Friday, an EPA spokesperson said, "It's unfortunate that Democrats have chosen to shut down the government and brought about this outcome. If they want to reopen the government, they can choose to do so at any time."

# Department of Education

The Education Department has cut nearly all of its staff that handles special education, multiple sources within the agency tell CNN.

Advertisement

The layoffs largely hit the Office of Special Education and Rehabilitative Services (OSERS), with the exception of a small contingent of mainly top officials, the sources told CNN.

The office supports programs that serve millions of children, youth and adults with disabilities nationwide.

**▍ RELATED ARTICLE**

 Linda McMahon is dismantling the Education Department — but first she'll help make school 'patriotic' again

"Despite extensive efforts to minimize impact on employees and programs during the ongoing government shutdown, the continued lapse in funding has made it necessary to implement the RIF (reduction in force)," the letter sent to some employees being laid off said.

Advertisement

It is not clear how many of the 466 people laid off at the agency are in the OSERS office.

A Department of Education spokesperson told CNN that "some" of the office's employees will be impacted but would not answer specifics about how many would be affected overall.

## Department of Health and Human Services

Around 1,300 workers at the Centers for Disease Control and Prevention received layoff notices late Friday night, but approximately 700 were reinstated on Saturday, according to AFGE. That leaves about 600 who remain laid off.

Advertisement

Staff at CDC's Washington office, in its Violence Prevention programs, and in the Office of the Director of the Injury Center, remain separated from the agency.

Among reinstated employees are staff that publish the agency's flagship journal, Morbidity and Mortality Weekly Report; the National Center for Immunization and Respiratory Diseases; the Global Health Center; and the Public Health Infrastructure Center, which manages more than $3 billion in grants to 107 state and local governments to help build local public health workforces. Also, staff and officers at the CDC's Epidemic Intelligence Service who were able to check their emails received notices that their firings were in error.

## Up next


**Trump administration lays off thousands of federal workers during government shutdown**

7 MIN READ


**White House draws out mass federal firings timeline as GOP grows squeamish in funding fight**

6 MIN READ


**Trump questions back pay for federal workers furloughed as part of government shutdown**

6 MIN READ


**Trump's move to fund military paychecks during shutdown comes as families face strain and uncertainty**

5 MIN READ

## Most popular

**1**  Multiple airports refuse to play Kristi Noem video that blames Democrats for government shutdown

**2**  Scientists create 'Superwood' that's 10 times stronger than steel

# EXHIBIT Q

Recognition Matters. Association Matters.

Be part of the event where executives and honorees define the next era of banking.

**CONFERENCE**

RESERVE

CDFIS

# Exclusive: Trump admin lays off Treasury CDFI staff

By **Claire Williams**    October 10, 2025, 5:55 p.m. EDT    3 Min Read





Russell Vought, director of the Office of Management and Budget (OMB) nominee for US President Donald Trump, speaks during a Senate Budget Committee confirmation hearing in Washington, DC, US, on Wednesday, Jan. 22, 2025. The Senate Budget Committee will have to approve Vought's nomination before he receives a full Senate confirmation vote, after the Senate Homeland Security and Governmental Affairs Committee voted 8-7 to advance Vought's nomination on Monday. Photographer: Al Drago/Bloomberg   *Al Drago/Bloomberg*

- **Key insight:** Treasury said it will abolish the CDFI Fund in reduction in force notices handed out to employees on Friday.
- **Forward look:** The CDFI funding that's already been appropriated could be subject to what's called a "pocket recession," a move likely to be legally challenged.

1

- **What's at stake:** Millions of dollars for banks and other financial firms that lend to customers across the political spectrum could never reach those customers if the program and its staff are gutted.

WASHINGTON — The Trump administration is gutting the Community Development Financial Institutions Fund staff as it pursues significant reductions in force on Friday.

Russell Vought, head of the Office of Management and Budget, said on social media that the layoffs — which the Trump administration has been threatening since the beginning of the government shutdown Oct. 1 — have begun. That shutdown shows little sign of ending soon as Democrats refuse to pass a continuing resolution to keep the government funded without extending health care subsidies that, if expired, they say would raise health insurance costs for many Americans.

The CDFI Fund is wrapped up in the mass layoffs, according to documents viewed by American Banker.

"The [Reduction in Force] is necessary to implement the abolishment of the Community Development Financial Institutions (CDFI) which is based upon the Department of Treasury determination that its programs, projects, and activities do not align with the President's priorities," the RIF notices say.

The layoffs will be effective in mid-December, they say.

The Trump administration earlier this year targeted the CDFI Fund in an [executive order that aimed to abolish the fund](#), to the extent that it would be statutorily allowed, a move that received immediate pushback from both sides of the aisle in Congress because of the bipartisan support that the program has seen throughout its history.

---

### Experian Redefines Financial Services ROI with Agentic AI

Experian redefines ROI for FIs of all sizes with Agentic AI, driving smart decisioning and growth

**PARTNER INSIGHTS FROM EXPERIAN**

---

In a note to OMB, [also obtained by American Banker](#), Treasury Secretary Scott Bessent said that all the CDFI programs are statutorily mandated. This should mean that the program cannot be abolished by an executive order.

Nonetheless, OMB has [not allowed the Treasury](#) to begin the process for disbursing the money appropriated to the CDFI, and the RIF notices show that the Trump administration still plans on abolishing the fund.

Vought has argued in favor of using "pocket recessions" for funds appropriated by Congress for programs that the executive branch decides it doesn't want. Under current law, a president can propose cuts to a program that has already been funded by making a request to Congress, which in turn has 45 legislative days to respond. A [pocket recession](#) is when a president proposes those cuts too late in the fiscal year for Congress to consider them for the required 45 session days.

CDFIs thought they received [something of a reprieve](#) late last month when OMB told attendees at a meeting that it had committed to disbursing the CDFI funds. The Treasury Department released a supplemental portion for already-submitted applications that would allow institutions to remove climate-focused financing from a list of eligible activities to receive the funds. It also removed definitions of "eligible markets" related to race or ethnicity.

CDFIs would not get approved for funds on the basis of those items being on their CDFI application, and it would not count positively toward firms' eligibility.

Those supplemental applications are due Oct. 27, but that could be pushed back due to the government shutdown. OMB at the time did not commit to a timeline for awarding the appropriated funds.

**Claire Williams** Reporter, American Banker

For reprint and licensing requests for this article, [click here](#).

**CDFIS**   **POLITICS**   **POLITICS AND POLICY**

## RELATED

1   CFPB's deregulatory agenda aims to rewrite Biden-era rules

2   CFPB puts forward ambitious agenda despite court decision

3   CFPB to further curb its ability to supervise nonbanks

4   DC Circuit panel lets Trump administration fire CFPB staff

5   JPMorgan to plow $1.5 trillion into U.S. security industries

**MORE FROM AMERICAN BANKER**


EXHIBIT R

# Treasury Confirms Major Layoffs at CDFI Fund - The MortgagePoint

*Phil Britt*

According to published reports, the Treasury Department has laid off the entire staff of the Community Development Financial Institutions (CDFI) Fund.

A spokesman for the White House Office of Management and Budget (OMB) confirmed for several media outlets that the cuts had started and are going to be "substantial."

"The RIFs have begun," OMB Director Russell Vought announced in a post on X.

The CDFI Fund supports credit unions serving low-income and underserved areas through grants, certifications, and access to capital.



## Industry Response and Potential Fallout

"We have seen reports that the Treasury RIF has eliminated all CDFI Fund staff," America's Credit Unions' President and CEO Jim Nussle said in a statement reported in the Credit Union Times. "After a win in the Senate-passed NDAA, cutting this staff would effectively cease the operations of the fund and significantly impact CDFI credit unions and communities across the country. We urge Congress to swiftly come to an agreement on funding, and will monitor the RIF impact on credit unions and their members."

"Catalyzing at least $8 in private funding for every federal dollar, the CDFI Fund has earned strong bipartisan support for its effective use of federal funds," Inclusiv said in a statement.

In addition to the staff layoffs, CDFI funding that's already been appropriated could be subject to being cut off via a "pocket recission," in which the president proposes canceling congressionally appropriated funds so close to their expiration date that Congress cannot respond in time.

By doing this, the president ensures the funds lapse and return to the Treasury, regardless of congressional intent. The Administration has already put on hold previously approved funding for other programs. A pocket recission would likely be challenged in court.

Particularly hard hit by the layoffs beyond the staff itself, could be Native American lenders, according to Tribal News.

The Treasury Department's website has no announcement or other information regarding the CDFI Fund staff, saying the site will only be updated sporadically during the shutdown.

1

# EXHIBIT S



October 10, 2025

To: ███████████████████

From: Madiha D. Latif, Chief Administrative Officer

This is to inform you that you have been identified for release from your competitive level and your position with the U.S. Census Bureau through application of reduction-in-force (RIF) procedures. The effective date of the RIF and your release from the Federal service is December 9, 2025. Your separation through RIF procedures does not reflect on your service, performance, or conduct. This RIF action is based on the Department's plan to eliminate the Tucson Contact Center (TCC) due to a lack of funding. This constitutes your specific notice that your position of record as ████████████████████████ will be eliminated and you will be separated from the federal service effective December 9, 2025.

The Department is taking this action pursuant the Office of Personnel Management's RIF regulations under Title 5, Code of Federal Regulations (CFR), Part 351. The Department is abolishing all positions at the TCC. You do not have an assignment right to another position in another competitive area, in the local commuting area or in another office. You will remain in your current status during this specific 60-day notice period.[1]

You will be separated December 9, 2025, and your final salary payment will be received on the scheduled pay date. You will receive a partial salary payment for pay period 24 based on your date of separation. This payment will be subject to the same deductions taken from your salary in previous pay periods; however, payment for a partial pay period will have reduced tax withholdings. If applicable, you can expect payment for any unused annual leave or compensatory time earned in lieu of overtime after you separate.

We have included information about priority placement assistance programs such as the Career Transition Assistance Program (CTAP) designed to help employees find reemployment below. We will supplement this notice with additional information about rights, benefits (life, health, retirement, unemployment, etc.), leave, severance, outplacement/career transition resources, and other benefits available for employees separated by RIF. If you have any questions or need additional assistance, you may contact census.tcc@census.gov.

If you resign or retire on or before the RIF effective date of December 9, 2025, your separation will be considered voluntary. Please be advised that voluntary resignations or retirements may

---

[1] You are currently in a furlough status. If the government-wide furlough ends before the end of the 60-day notice period, you will be placed in a non-duty paid (administrative leave) status until your separation date. If, at the conclusion of the government-wide furlough, furloughed employees receive backpay pursuant to the Government Employee Fair Treatment Act of 2019, you will receive backpay for the period of time you were furloughed prior to your separation date.

affect your eligibility for Federal employment/placement assistance programs, severance pay, and/or your appeal rights.

You have the right to examine the retention preference register relating to this action. If you wish to review the retention register or regulations, please contact Clarice Floyd at Clarice.A.Floyd@census.gov.

## **Notice of Rights**

You may challenge your separation through RIF procedures in one of the following forums: the Merit Systems Protection Board (MSPB), the Equal Employment Opportunity Commission, or through your Collective Bargaining Agreement, if applicable. Your election of remedy will be determined by whichever kind of appeal or complaint you file in writing first.

Merit Systems Protection Board (MSPB). You have a right to appeal your separation (through RIF procedures) to the Merit Systems Protection Board (MSPB) pursuant to 5 CFR Part 351.901. If you elect to appeal to the MSPB, you may submit an appeal during the period beginning with the calendar day after the effective date of the RIF action and ending with the thirtieth (30th) calendar day after the effective date of the RIF action. You may not file an appeal with MSPB until your separation has been effected. If you do not submit an appeal within the time set by statute, regulation, or order of a judge, it will be dismissed as untimely filed unless you show a good reason for the delay. Your appeal must be in writing and give the reasons for contesting the action, with any offer of proof and pertinent documents that you are able to submit. You may access a copy of the MSPB appeal form and regulations at https://e-appeal.mspb.gov/. You may submit an appeal to the MSPB electronically, by hardcopy via facsimile or by mail at the following address:

**U.S. Merit Systems Protection Board**

**Denver Field Office**

**165 South Union Boulevard**

**Lakewood, Colorado 80228-2211**

**Facsimile No: (303) 969-5109**

**Telephone No: (303) 969-5101**

**denver@mspb.gov**

If you file an appeal with the MSPB, the MSPB should send the Acknowledgement Order and copy of the appeal to the designated Agency Official as follows:

Christiann Burek
Acting Chief, Employment and Labor Division
Office of General Counsel Department of Commerce
14th and Constitution Ave., NW
Washington, DC 20230
Email: cburek@doc.gov

If you do not submit an appeal to the MSPB within the time set by statute, regulation, or order of a judge, it will be dismissed as untimely filed unless good cause is shown.

If you allege that the above personnel action is being taken because you are a veteran and subject to the Uniformed Services Employment and Reemployment Rights Act ("USERRA") and the Veterans Employment Opportunities Act ("VEOA") you may file an appeal with the MSPB and your claim will be subject to USERRA and governed by 5 C.F.R. § 1208.

Union Negotiated Procedure. If you are a member of a Bargaining Unit, you may have the right to appeal your separation through RIF procedures pursuant to your Collective Bargaining Agreement (CBA). Please consult your CBA to determine whether you may grieve the final decision. If you elect to proceed pursuant to your negotiated grievance procedure, and a final grievance decision is made, you may petition the MSPB to review the final grievance decision. If your negotiated grievance procedure permits allegations of discrimination, the Board will only review those claims of discrimination that were raised during the grievance process. If the negotiated grievance procedure does not permit allegations of discrimination to be raised, you may raise any discrimination claims you have to the MSPB during its review of the final grievance decision. Should you want the MSPB to review the decision, you must file an appeal of the final grievance decision to the MSPB within 35 days after the date of the issuance of the final grievance decision. if you can demonstrate that you received the final grievance decision more than five days after issuance, you may file an appeal of the decision within 30 days after the date you received it. If you elect to file a grievance under the negotiated grievance procedure, the time limit for filing an appeal to the MSPB will not be extended.

Equal Employment Opportunity Commission. If you allege that your separation is based on discrimination because of race, color, religion, sex, national origin, age (at least 40 years of age), physical or mental disability, or retaliation, you may contact an EEO Counselor within 45 days of the date of the alleged discrimination. For more information on filing an EEO complaint, please contact the Department's Office of Civil Rights at (202)

482-4993. You can also find out more information at commerce.gov/cr. Please note, use of the EEO counseling process is **not** an election to proceed before the EEOC and does not suspend or extend any deadlines to challenge this action in any other forum. Rather, a written formal complaint of discrimination submitted to the Department of Commerce's Office of Civil Rights would constitute an election to proceed before the EEOC in this matter, as set forth below. There are three potential ways to raise allegations of discrimination in connection with this action. First, you may elect to file an Appeal to the MSPB pursuant to 5 U.S.C. 7702(a) and 5 C.F.R. 1201, Subpart E as set forth above and include any allegations of discrimination ("mixed-case appeal"). The MSPB will decide both the issue of discrimination and this action in accordance with the Board's appellate procedures under 5 U.S.C. § 7701. Alternatively, you may elect to file a grievance pursuant to your negotiated grievance procedure, as set forth above, if your CBA allows for complaints of discrimination. As a third alternative, you may elect to file a formal Complaint of Discrimination with the Department of Commerce Office of Civil Rights pursuant to the procedures set forth in [29 C.F.R. Part 1614](#) ("mixed-case complaint"). As stated above, an election to proceed under 29 C.F.R. Part 1614 is made when you file a formal complaint of discrimination in writing with the Department of Commerce, not when you contact an EEO Counselor. Whichever action you file first is considered an election to proceed in that forum.

Whistleblower Retaliation Complaints. In addition to the options set forth above, if you feel this action is the result of retaliation for "whistleblowing" activities, you may elect one of the following options: (a) appeal this action directly to the MSPB pursuant to 5 U.S.C. §7701 as set forth in Option 1 above and include any allegations of whistleblower retaliation, (b) file a grievance under the negotiated grievance procedure as set forth in Option 2 above, if such allegations are permitted by your CBA or (c) file a complaint with the Office of the Special Counsel (OSC) under 5 U.S.C. §1214. Whichever of the three actions you file first is considered an election to proceed in that forum with respect to your allegation of whistleblower retaliation. If you elect to file a complaint with the OSC, you may later bring an individual right of action (IRA) appeal to the MSPB pursuant to 5 U.S.C. §1221 if the OSC declines to seek corrective action. If you file an IRA appeal to the MSPB, your claims will proceed under 5 C.F.R. § 1209.2. Pursuant to § 1209.2, the MSPB will only consider whether you have demonstrated that one or more whistleblowing disclosures was a contributing factor in the Agency's taking this personnel action against you, and if so, whether the Agency has demonstrated by clear and convincing evidence that it would have taken this personnel action in the absence of the protected disclosure(s). You may not raise affirmative defenses other than reprisal for whistleblowing activities, such as claims of discrimination or harmful procedural error during an IRA appeal.

This RIF action does not reflect on your service, performance, or conduct. Please be assured your contributions to MBDA and the Department are appreciated.

## Career Transition Assistance Plan (CTAP)

The Career Transition Assistance Plan (CTAP) is an intra-agency program that helps surplus or displaced federal employees improve their chances of finding a new job *in their agency,* by giving them selection priority over other applicants, as long as they're qualified for the job.

    You're eligible for CTAP if:
- You're a current federal employee who meets the definition of a surplus or displaced employee-you've received official notice that your job is no longer needed or that you will lose your job by Reduction in Force (RIF).
- You have a performance rating of at least fully successful or equivalent.
- DOC is accepting applications from within or outside of the permanent workforce.
- You meet the qualifications and other requirements of the job you're applying for.
- You occupy a position in the same local commuting area of job you're applying for.
- You are found "well qualified" for the position based on the Agency's criteria.

This priority placement is available for any position within DOC that has been publicly announced. Employees should apply to the vacancy through the announcement (USAJOBS.gov).

Eligibility for CTAP begins on the date DOC issues either a Reduction in Force (RIF) separation notice, related notice of proposed removal, or other official certification indicating that the position is surplus.

## Interagency Career Transition Assistance Plan (ICTAP)

The Interagency Career Transition Assistance Plan (ICTAP) is an interagency program that helps surplus or displaced federal employees improve their chances of finding a new job *at another agency (not their current or former agency),* by giving them selection priority over other applicants from outside the agency.

    You're eligible for ICTAP if:
- You're a current federal employee who meets the definition of a surplus or displaced employee: you've received official notice that your job is no longer needed or that you will lose your job by Reduction-in-Force (RIF).
- You have a performance rating of at least fully successful or equivalent.
- The agency you're applying to is accepting applications from outside of their workforce.
- The job you're applying to is in the local commuting area.
- You meet the qualifications and other requirements of the job you're applying for.
- You are found "well qualified" for the position based on the Agency's criteria.

This priority placement is available for any position outside of DOC that has been publicly announced. Employees should apply to the vacancy through the announcement (USAJOBS.gov)

**Reemployment Priority List**

The Reemployment Priority List (RPL) is a list DOC uses to give reemployment priority to any ***career and career-conditional competitive service*** employees the agency separated by Reduction in Force (RIF). Employees will receive priority placement to positions at the same or lower grade/band with no greater promotion potential.

A separate RPL is created for each local commuting area in which employees have been separated based on the location of the employee's duty station; for example, all employees separated from positions with an official duty station in Washington, DC area will be on the same list and will receive priority placement over other candidates for any DOC position within Washington, DC; however, employees will not appear on the RPL for any other commuting area and will not have priority placement rights.

You're eligible for the RPL if:
- You're serving in an appointment in the competitive service in RIF Tenure Group I or II.
- You're a current federal employee who meets the definition of a surplus or displaced employee-you've received official notice that your job is no longer needed or that you will lose your job by Reduction-in-Force (RIF).
- You have a performance rating of at least fully successful or equivalent.
- You have not declined an offer of a position with the same type of work schedule and with a comparable grade/band level.

**Proof of Eligibility and Documentation:**

CTAP and ICTAP applicants must submit all of the required documents requested in the vacancy announcements such as:
- A copy of your RIF notice.
- Latest SF-50 noting current position, grade level, and duty location;
- Last performance appraisal; and
- Any documentation that shows your current promotion potential.
- Resume.

To be placed on the RPL you must submit the above documentation as well as a completed RPL registration form to your SHRO on or before your RIF separation date.

**Resources:**

- OPM's *The Employee's Guide to Career Transition* *(CTAP, ICTAP, RPL)*
- DOC CTAP/ICTAP  Career Transition Assistance Program
- Reduction in Force (RIF) SF-8 Unemployment Form


EXHIBIT T



## OFFICE OF LAND AND EMERGENCY MANAGEMENT
### WASHINGTON, D.C. 20460

October 10, 2025

**MEMORANDUM**

**SUBJECT:**     Notice of Intent to Conduct a Reduction in Force

**FROM:**     Steven Cook, Principal Deputy Assistant Administrator, Office of Land and
Emergency Management     STEVEN COOK     Digitally signed by STEVEN COOK Date: 2025.10.10 12:19:30 -04'00'

**TO:**     Office of Land and Emergency Management, Office of Resource Conservation and
Recovery, Resource Conservation and Sustainability Division

This notice is to inform you that the U.S. Environmental Protection Agency will be conducting a
Reduction in Force in accordance with the Office of Personnel Management Workforce Reshaping
Handbook and Title 5 of the Code of Federal Regulations governing RIF procedures.

The decision to conduct a RIF has been made pursuant to the President's priority programs, projects
and activities, and anticipated availability of funding.

This action is necessary to align our workforce with the Agency's current and future needs and to
ensure the efficient and effective operation of our programs. With this action, EPA is delivering
organizational improvements to the personnel structure that will directly benefit the American people
and better advance the Agency's core mission of protecting human health and the environment.

**Effective Date**
Formal RIF notices will be issued to affected employees at least 60 days prior to the effective date, as
required under Title 5 C.F.R., Part 351.

**Employee Rights and Support**
We understand that this announcement may cause concern and uncertainty. Please be assured that
we are committed to supporting all affected employees throughout this process. Below are key points
regarding your rights and the support available to you:

1. **Competitive Areas and Levels**

The RIF will be conducted within defined competitive areas and levels, in accordance with Title 5 CFR §§351.402 and 351.403.

2. **Retention Standing**

    Employees will be ranked on a retention register based on tenure, veterans' preference, length of service, and performance ratings, as outlined in Title 5 CFR §351.501.

3. **Appeal Rights**

    Employees who receive a RIF notice have the right to appeal the decision to the Merit Systems Protection Board or file a grievance under any applicable negotiated grievance procedure in effect at the time.

4. **Placement Assistance**

    We will provide information to employees who receive a RIF notice on how you can receive career transition assistance, including resume workshops, career counseling and job search resources. Additionally, we will coordinate with other Federal agencies to explore placement opportunities.

5. **Deferred Resignation Program**

    If you have a signed Deferred Resignation Program (DRP) agreement, you will not be subject to RIF.

**Next Steps**

Our priority is to ensure a fair and transparent process while providing the necessary support to those affected. Employees who receive a RIF notice will be invited to attend informational meetings to gain further details about the RIF process, benefits and state-specific career transition assistance.

EPA provides employees with an Employee Assistance Program. EAP provides confidential counseling and referral services to assist employees in resolving personal or work-related problems. Participation is voluntary, and the program is strictly confidential. If you believe these services would be appropriate for your situation or would like more information on EAP services, you may visit https://intranet.epa.gov/ohr/benefits/eap/index.htm. The website and mobile app password is ███. If you are not able to access the EPA intranet, you may call 1 (888) 635-3202, visit the Acentra Health website or download the Acentra Health app from Apple Store or Google Play. The website and mobile app password is ███.

President Trump was elected with a mandate from the American people. Under the Trump Administration, EPA is affirming our commitment to serve every American and advance the agency's core mission of protecting human health and the environment.

Thank you for your understanding and cooperation during this time.



EXHIBIT U


ADMINISTRATION

# Here are the agencies affected by shutdown layoffs

BY BRETT SAMUELS - 10/10/25 4:43 PM ET







Advertisement



Instaread





The White House on Friday announced it was moving forward with layoffs of federal employees, making good on its threats amid the government shutdown.

Multiple agencies have confirmed their staff have received notices about reductions in force (RIFs).  In a Friday filing from the Department of Justice (DOJ), it stated that 4,100 federal employees had been laid off so far.

---

ADVERTISEMENT

---

Office of Management and Budget Director Russell Vought announced layoffs would begin Friday, a day after the Senate failed to pass rival GOP and Democratic bills to end the shutdown.

Employees unions have vowed to challenge the firings in court, and Democrats and even some Republicans have criticized the move as one that turns federal workers into political pawns and threatens critical government services.

Here are the agencies The Hill knows are affected.



BOB'S PERSONAL
SUCCESS STORY

BALANCE OF NATURE°
SUPPLEMENTS

## Department of Health and Human Services

The Department of Health and Human Services (HHS) said in a statement to The Hill that employees "across multiple divisions" had received notices about reductions in force "as a direct consequence of the Democrat-led shutdown."

Between 1,100 and 1,200 employees were laid off on Friday, according to the DOJ filing.

### Sign up for the Morning Report

The latest in politics and policy. Direct to your inbox.

| Email address | SUBSCRIBE |
|---|---|

By signing up, I agree to the Terms of Use, have reviewed the Privacy Policy, and to receive personalized offers and communications via email, on-site notifications, and targeted advertising using my email address from The Hill, Nexstar Media Inc., and its affiliates

"All HHS employees receiving reduction-in-force notices were designated non-essential by their respective divisions," the department said. "HHS continues to close wasteful and duplicative entities, including those that are at odds with the Trump administration's Make America Healthy Again agenda."

ADVERTISEMENT



The HHS was among the agencies hardest hit by layoffs earlier in the year through the Department of Government Efficiency's efforts to slash the size of government.

## Department of Homeland Security

A spokesperson for the Department of Homeland Security (DHS) confirmed employees working for the sprawling agency would be part of layoffs. As of Friday night, 176 DHS employees were let go, per the DOJ.

Specifically, many employees working in the Cybersecurity Infrastructure Security Agency (CISA), were set to be laid off.

CONTENT CONTINUES BELOW SURVEY



**Do you approve or disapprove of the layoffs in the federal government due to the current shutdown?**

◯ Approve

◯ Neutral

◯ Disapprove

◯ Other / No opinion

\* By clicking "NEXT" I submit my answers and consent to the use of cookies for research and advertising purposes; I have read and agree to the CivicScience Privacy Policy and Terms of Service

NEXT \*

"RIFs will be occurring at CISA. During the last administration CISA was focused on censorship, branding and electioneering," a DHS spokesperson said in a statement. "This is part of getting CISA back on mission."

The Trump administration has long targeted CISA after its former leader, Christopher Krebs, refuted President Trump's claims about widespread fraud in the 2020 election. Trump fired Krebs in November 2020, and the administration earlier this year revoked Krebs's security clearance.

## Environmental Protection Agency

Employees in the EPA's Resource Conservation and Sustainability Division received an email indicating the agency would be undertaking a RIF. Between 20 and 30 EPA employees were told that they may be affected by a RIF in the future.

ADVERTISEMENT  ✕

**Got Watts Electric & Solar**

• Customer Reviews

Got Watts Solar

"EPA has not made a final decision as to whether or when to issue RIF notices to some or all of those employees at some point going forward and is currently deliberating regarding those potential plans," a DOJ filing read.

Asked about layoffs broadly, an EPA spokesperson told The Hill via email, "It's unfortunate that Democrats have chosen to shut down the government and brought about this outcome. If they want to reopen the government, they can choose to do so at any time."

Contingency plans posted online ahead of the shutdown showed roughly 89 percent of the EPA's workforce was slated to be furloughed during the shutdown.

ADVERTISEMENT

**Got Watts Electric & Solar**

• Customer Reviews

Got Watts Solar

The EPA confirmed in June it was down more than 700 staffers since January, though those staffers may have separated from the agency for any number of reasons.

# Department of Education

THE HILL

A spokesperson for the Department of Education confirmed to The Hill its employees "will be impacted by the RIF."

Approximately 466 Department of Education employees were laid off on Friday, according to the DOJ.

ADVERTISEMENT

**Got Watts Electric & Solar**

• Customer Reviews

Got Watts Solar

The Education Department has already been targeted by the Trump administration for mass layoffs. President Trump earlier this year signed an executive order calling for the closure of the department, and roughly half of the agency's workers were laid off in a move that sparked court challenges.

# Department of Housing and Urban Development

An administration official confirmed HUD employees would also be affected by the reductions in force, though they did not specify how many employees or which specific offices.

Around 442 HUD employees were let go Friday, the legal filing stated.

ADVERTISEMENT



Got Watts Electric & Solar

**Open**

---

# Treasury Department

A Treasury Department spokesperson confirmed to The Hill that RIF notices were underway at the agency as of Friday afternoon, though they did not provide specifics about how many people were affected.

The DOJ stated that 1,446 employees were laid off on Friday.

Multiple reports indicated the Internal Revenue Service (IRS), which has already seen staffing reductions this year, was impacted.

---

ADVERTISEMENT

**Got Watts Electric & Solar**

• Customer Reviews

Got Watts Solar

✕

*Updated at 7:17 p.m. EDT*

*Rachel Frazin and Ryan Mancini contributed.*