Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **REPLY DECLARATION OF MILANA WALLS IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

1

**DECLARATION OF MILANA WALLS**

2

I, Milana Walls, declare as follows:

3
4
5
6
7

    1.    I am over 18 years of age and competent to give this declaration.  This declaration is based on my personal knowledge, information, and belief.  I am a litigation assistant at the law firm of Altshuler Berzon LLP, counsel for Plaintiffs in this action.  I have personal knowledge of the facts set forth in this declaration and if called as a witness in this action, I could and would testify competently to these facts.

8
9
10

    2.    I have been asked by Plaintiffs' counsel to compile press and citations to statements from the President, the Office of Management and Budget, and others in the Administration regarding reductions-in-force (RIFs) during the lapse in funding for the federal government.

11

    3.    On October 14, 2025, Newsweek reported that:

12
13
14

> The White House's Office of Management and Budget (OMB) warned on Tuesday that it was preparing to "ride out" the federal government shutdown, which has now extended for two weeks. "OMB is making every preparation to batten down the hatches and ride out the Democrats' intransigence" the office said in a statement shared on X. "Pay the troops, pay law enforcement, continue the RIFs, and wait."

15
16
17
18
19

A true and correct copy of the article *Trump OMB Issues New Government Shutdown Warning: 'Batten Down'*, published on October 14, 2025, downloaded from the link https://www.newsweek.com/trump-omb-government-shutdown-warning-10877106, is attached hereto as **Exhibit A**.  A true and correct copy of the X.com post downloaded from the link https://x.com/WHOMB/status/1978087563211473168 is attached hereto as **Exhibit B**.

20
21

    4.    On October 12, 2025, the Hill reported that Vice President JD Vance stated on Meet the Press that:

22
23

> Vice President Vance warned on Sunday that cuts to the federal workforce **will only get "deeper" as the government shutdown drags on**.

24
25

> In an interview on Fox News's "Sunday Morning Futures," host Maria Bartiromo asked the vice president about President Trump describing the moment as an "opportunity" and about how significant the cuts would be.

26
27

> "The longer it goes on, Maria, **the more significant they're going to be**," Vance said. "If you remember, we went nine days before announcing any significant layoffs.

28

"Again, the president of the United States wanted to reopen the government. He was trying to work with Democrats in order to make that happen. But the longer this goes on, **the deeper the cuts are going to be**," he continued.

A true and correct copy of the article *Vance: 'Deeper' cuts ahead for federal workers* published by the Hill on October 12, 2025, and that was downloaded from https://thehill.com/homenews/administration/5552585-jd-vance-job-cuts-federal-workers/, is attached hereto as **Exhibit C.**

5.      On October 11, 2025, the Washington Post reported:

**More RIFs will be coming, and the court filing is just a snapshot in time**, a senior administration official said.

A true and correct copy of the article *Trump administration begins laying off federal workers amid shutdown*, published by The Washington Post on October 11, 2025, downloaded from the link https://www.washingtonpost.com/business/2025/10/10/trump-federal-workers-layoffs-government-shutdown/, is attached hereto as **Exhibit D**.

6.      On October 10, 2025, the Washington Post quoted the President's October 10, 2025 press conference regarding the layoffs as follows:

In comments to reporters in the Oval Office on Friday night, Trump said many people would be losing their jobs, and that the firings would be focused on Democrat-oriented areas, though he didn't explain exactly what that meant.

Trump said that, going forward, "We're going to make a determination, do we want a lot? And I must tell you, a lot of them happen to be Democrat oriented."

"These are people that the Democrats wanted, that, in many cases, were not appropriate," he said of federal employees, eventually adding, "Many of them will be fired."

"It'll be a lot, and we'll announce the numbers over the next couple of days," he said. "But it'll be a lot of people."

A true and correct copy of the article *Firings of federal workers begin as White House seeks to pressure Democrats in government shutdown*, published by The Washington Post on October 10, 2025, is attached hereto as **Exhibit E** and was downloaded from the link

https://www.washingtonpost.com/business/2025/10/10/government-shutdown-federal-worker-firings/40d10d32-a5f8-11f0-8f8b-d9483809ee65_story.html.

7. The Washington Post article at **Exhibit E** also quotes the President from earlier in the week of October 6 as follows:

But Trump signaled earlier this week that job cuts could be coming in "four or five days."

"If this keeps going on, it'll be substantial, and a lot of those jobs will never come back," he said Tuesday.

8. The Washington Post article at **Exhibit E** also refers to statements by EPA: "A spokesperson for the EPA, which also has an unspecified number of layoffs, blamed the Democrats for the firings and said they can vote to reopen the government anytime."

9. On October 10, 2025, Politico quoted President Trump as follows: "We're only cutting Democrat programs, I hate to tell you, but we are cutting Democrat programs." A true and correct copy of the article *Vought sounds layoff siren: 'The RIFs have begun'*, published by Politico on October 10, 2025, downloaded from the link https://www.politico.com/news/2025/10/10/vought-sounds-layoff-siren-the-rifs-have-begun-00602262, is attached hereto as **Exhibit F**.

10. On October 10, 2025, the Hill published *White House to begin 'substantial' shutdown layoffs of federal workers*, a true and correct copy of which is attached hereto as **Exhibit G** and was downloaded from https://thehill.com/homenews/administration/5549750-federal-worker-layoffs-begin/.

11. On October 10, 2025, the Los Angeles Times published an article quoting OMB Director Russell Vought describing his "long term goals" as to "bend or break the bureaucracy to the presidential will" and "deconstruct the administrative state." He is also quoted as saying earlier this year: "We want to make sure that the bureaucracy can't reconstitute itself later in future administrations," and "We're having fun."

A true and correct copy of the L.A. Times October 10, 2025 article *The Trump loyalist who picked up where Musk left off with slashing federal workforce: 'We're having fun'* that was downloaded from https://www.latimes.com/politics/story/2025-10-10/russ-vought-trump-budget-director-federal-workforce-cuts, is attached hereto as **Exhibit H**.

12.     A true and correct copy of the October 10, 2025 article published by NPR, *Trump administration says about 4,200 federal employees face layoffs*, that was downloaded from https://www.npr.org/2025/10/10/nx-s1-5570933/shutdown-federal-workers-rifs-layoffs-vought is attached hereto as **Exhibit I**.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed October 14, 2025, in Oakland, California.

_____

Milana Walls

EXHIBIT A

# Trump OMB Issues New Government Shutdown Warning: 'Batten Down'

*Dan Gooding, Shane Croucher*

The White House's Office of Management and Budget (OMB) warned on Tuesday that it was preparing to "ride out" the federal government shutdown, which has now extended for two weeks.

"OMB is making every preparation to batten down the hatches and ride out the Democrats' intransigence," the office said in a statement shared on X. "Pay the troops, pay law enforcement, continue the RIFs, and wait."

The RIFs (reductions in force) refer to layoffs of federal employees.

## Why It Matters

The statement on Tuesday continues the Trump administration's messaging that the Democratic Party, which is in the minority in Congress, is to blame for the federal government shutdown. The OMB is led by Project 2025 architect Russ Vought, who has been clear that he will use the shutdown to cut federal workers.

## What To Know

The federal government shutdown entered its 13th day on Tuesday, with lawmakers on Capitol Hill still unable to reach an agreement to reopen departments and restart services, which remain suspended to heavily reduced.

On Monday, House Speaker Mike Johnson warned that the U.S. was headed toward one of its longest-ever government shutdowns, as Republicans and Democrats remained at odds over how to move the matter forward.

The speaker said he would not allow the American people to be held to ransom over funding plans, while Democratic Senate Minority Leader Chuck Schumer argued on X that it was Trump and Vought who were using Americans as "pawns."

Since the shutdown began, the Trump administration has been moving to pause funding for projects

1

in Democrat-run cities and states, including infrastructure projects in New York and Illinois. Vought announced on X that extensions to Chicago's transit system had been put on hold, "to ensure funding is not flowing via race-based contracting." Similar concerns around DEI were cited when withholding funds for New York City.

Treasury Secretary Scott Bessent has warned that the shutdown is starting to affect the U.S. economy, adding that the administration was having to shuffle around remaining funds to pay U.S. troops and keep vital services going, with many only having a two-week buffer period.



U.S. Office of Management and Budget director Russ Vought speaks at the National Conservative Convention in Washington, D.C., on September 3, 2025. | DOMINIC GWINN/Middle East Images/ AFP via Getty Images

## What People Are Saying

**President Donald Trump, on Truth Social earlier this month:** "I have a meeting today with

Russ Vought, he of PROJECT 2025 Fame, to determine which of the many Democrat Agencies, most of which are a political SCAM, he recommends to be cut, and whether or not those cuts will be temporary or permanent. I can't believe the Radical Left Democrats gave me this unprecedented opportunity. They are not stupid people, so maybe this is their way of wanting to, quietly and quickly, MAKE AMERICA GREAT AGAIN! President DJT"

**Republican House Speaker Mike Johnson told reporters Monday:** "We're barreling toward one of the longest shutdowns in American history, unless Democrats drop their partisan demands and pass a clean no strings attached budget to reopen the government and pay our federal workers."

**Democratic Senator Chuck Schumer, Monday on X:** "Donald Trump and Russell Vought are using Americans as pawns in their shutdown."

## What Happens Next

The Senate plans another vote to potentially end the shutdown on October 14, but no clear path to resolution has emerged, with more layoffs and program reductions appearing likely in the meantime.

*Update 10/14/25, 10:48 a.m. ET: This article was updated with additional information.*

EXHIBIT B



← **Post**

**Office of Management and Budget** ✔
@WHOMB

⋯

OMB is making every preparation to batten down the hatches and ride out the Democrats' intransigence.

Pay the troops, pay law enforcement, continue the RIFs, and wait.

6:16 AM · Oct 14, 2025 · **150.8K** Views

💬 365        🔁 1.4K        ♡ 7K        🔖 96        ⬆

💬 Read 365 replies



### What's happening

**Dreamforce Main Keynote 2025**
Starts at 12:55 PM

Trending in United States
**D'Angelo**
42.8K posts

Trending in United States
**Voodoo**
4,936 posts

Trending in United States
**Rest in Power**
7,091 posts

ENHYPEN · Trending
**#GoodTimebro**

Show more

Terms of Service   |   Privacy Policy   |   Cookie Policy   |
Accessibility   |   Ads info   |   More ⋯   © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in        **Sign up**

1

EXHIBIT C



# THE HILL

ADMINISTRATION

## Vance: 'Deeper' cuts ahead for federal workers

BY SARAH FORTINSKY - 10/13/25 8:24 AM ET







Listen to audio version of this article     Advertisement

🎙 Instaread

**For older men: Stable balance shoe for everyday…**
Umhaven™

Vice President Vance warned on Sunday that cuts to the federal workforce will only get "deeper" as the government shutdown drags on.

In an interview on Fox News's "Sunday Morning Futures," host Maria Bartiromo asked the vice president about President Trump describing the moment as an "opportunity" and about how significant the cuts would be.

ADVERTISEMENT

"The longer it goes on, Maria, the more significant they're going to be," Vance said. "If you remember, we went nine days before announcing any significant layoffs.

"Again, the president of the United States wanted to reopen the government. He was trying to work with Democrats in order to make that happen. But the longer this goes on, the deeper the cuts are going to be," he continued.

Vance also said the cuts ahead are likely to be "painful," but he blamed them on Democrats, who say they won't agree to the GOP plan to reopen the government until they find a solution to the enhanced Affordable Care Act (ACA) subsidies, which are set to expire at the end of the year, causing insurance premiums to increase.

# THE HILL



"To be clear, some of these cuts are going to be painful," Vance said. "This is not a situation that we're looking forward to, but the Democrats have dealt us a pretty difficult set of cards."

Hundreds of thousands of workers have been furloughed since the shutdown began at the beginning of the month, and the Trump administration, in a court filing on Friday, said more than 4,000 federal employees would soon be fired because of the shutdown.

## Sign up for the Morning Report

The latest in politics and policy. Direct to your inbox.

| Email address | SUBSCRIBE |

By signing up, I agree to the Terms of Use, have reviewed the Privacy Policy, and to receive personalized offers and communications via email, on-site notifications, and targeted advertising using my email address from The Hill, Nexstar Media Inc., and its affiliates

**TAGS**  DONALD TRUMP   FEDERAL WORKERS   FUNDING   GOVERNMENT CUTS   JD VANCE   MARIA BARTIROMO   OMB   SHUTDOWN

Copyright 2025 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

EXHIBIT D

*Democracy Dies in Darkness*

# Trump administration begins laying off federal workers amid shutdown

More than 4,000 positions will be eliminated across agencies, the government told a court Friday night.

Updated today at 8:47 a.m. EDT

By Hannah Natanson, Meryl Kornfield and Jacob Bogage

The Trump administration began laying off federal workers Friday as the government shutdown stretched into its 10th day, fulfilling threats from President Donald Trump to take advantage of the closure to shave off more parts of the federal workforce he dislikes.

"The RIFs have begun," White House budget director Russell Vought posted on X on Friday afternoon, using an acronym for reductions in force.

The administration told a federal judge in California on Friday night that seven agencies — Commerce, Education, Energy, Health and Human Services, Housing and Urban Development, Homeland Security and Treasury — had issued RIF notices to a total of more than 4,100 workers. Lawyers for the government added that the Environmental Protection Agency had also told about 20 to 30 employees that they might be affected by a RIF in the future and other agencies are "actively considering whether to conduct additional RIFs related to the ongoing lapse in appropriations," according to the court filing.

Trump told reporters in the Oval Office on Friday that the administration deliberately moved to lay off "people that the Democrats want."

"It'll be Democrat-oriented because we figure, you know, they started this thing," he said. "So they should be Democrat-oriented. It'll be a lot."

More RIFs will be coming, and the court filing is just a snapshot in time, a senior administration official said, speaking on the condition of anonymity to discuss personnel matters. The court in California ordered the government late Friday night to give updates on additional dismissals.

As the dismissals unfurled Friday, they did appear to mostly target offices that do work typically out of line with Trump administration priorities, including a unit within the Department of Health and Human Services focused on family and community policy and an office focused on fair and equal housing within the Department of Housing and Urban Development, according to several federal employees familiar with the matter, speaking on the condition of anonymity because they weren't authorized to speak publicly. Also nixed was an Education Department division focused on improving academic achievement for K-12 students, a half-dozen staffers said.

Employees will have at least 30 days, and many will have at least 60 days, before any dismissals take effect, according to federal guidance.

---

### Help us report on the Trump administration

The Washington Post wants to hear from anyone affected by or with knowledge of the Trump administration's changes to federal agencies. You can reach our reporters by email or Signal encrypted message:

Hannah Natanson: hannah.natanson@washpost.com or (202) 580-5477 on Signal.

Meryl Kornfield: meryl.kornfield@washpost.com or (301)-821-2013 on Signal.

Jacob Bogage: jacob.bogage@washpost.com or jacobbogage.87 on Signal.

Read more about how to use Signal and other ways to securely contact The Post.

---

The shutdown layoffs are the culmination of years of groundwork laid by Vought, an architect of the Project 2025 playbook for Trump's second term, which outlined a drastically reduced federal bureaucracy. Vought's office had threatened mass dismissals during the shutdown, perhaps even stretching into the hundreds of thousands, but it also told agencies that layoff plans might need to be revised after the government reopens. Trump told reporters before the shutdown that he might fire "a lot" of people, and once the shutdown began, Vice President JD Vance and White House press secretary Karoline Leavitt likewise indicated that cuts were coming.

The size of the federal workforce is unrelated to the government's ability to pay its bills during a shutdown, though White House officials have falsely suggested otherwise.

The Washington Post previously reported that the dismissals were likely to total fewer than 16,000.

The layoffs run counter to recent internal warnings from senior government officials that such dismissals are legally questionable. In the first days of the shutdown, officials privately counseled agencies against conducting reductions in force while the government lacks funding, because it would probably violate the law, The Post reported this month.

## Trump administration moves to lay off workers

Federal employees to be dismissed by agency, on Oct. 10.

| Agency | Count |
|---|---|
| Commerce | 315 |
| Education | 466 |
| Energy | 187 |
| Health and Human Services | 1,100 |
| Housing and Urban Development | 442 |
| Homeland Security | 176 |
| Treasury | 1,446 |

The Health and Human Services Department told a federal district court that the number of fired employees could be as high as 1,200.

Source: Court records

JACOB BOGAGE / THE WASHINGTON POST

The officials cautioned that the Antideficiency Act forbids the government from obligating or expending any money not appropriated by Congress, which means the government cannot incur new expenses during a shutdown, when funding has lapsed. The RIF process, which is extensive and involves promising severance payments, would probably be prohibited under the act, the officials concluded.

That theory will now almost certainly be put to the test. Even before the layoffs began, they drew a legal challenge from several federal unions. Their lawsuit, brought against the Office of Management and Budget and the Office of Personnel Management on Sept. 30 over threats of dismissals, argued that the administration has no authority or ability to conduct RIFs amid a shutdown, in part citing the Antideficiency Act.

"Nothing in the Antideficiency Act or any other statute authorizes RIFs of employees who work in agencies or programs with a lapse in funding," the suit argued. "Ignoring binding federal law is arbitrary and capricious."

A federal judge in the Northern District of California this week ordered the administration to provide by Friday the "status of any currently planned or in progress RIF notices to be issued during/because of the government shutdown, including the earliest date that those RIF notices will go out."

The government had not provided that information by the time Vought announced the dismissals, but it later furnished it. Shortly after Vought's social post, the lawyers for the unions requested an immediate halt to any layoffs pending an upcoming hearing. The government said it opposed that motion.

**Help us report on the Trump administration**

The Washington Post wants to hear from people affected by the Trump administration's changes to and downsizing of federal agencies. You can contact our reporters by email or Signal encrypted message:

Meryl Kornfield: meryl.kornfield@washpost.com or (301)-821-2013 on Signal.

Hannah Natanson: hannah.natanson@washpost.com or (202) 580-5477 on Signal.

Laura Meckler: laura.meckler@washpost.com or (202) 446-4530 on Signal.

Read more about how to use Signal and other ways to securely contact The Post.

---

Sen. Patty Murray (Washington), the top Democrat on the Appropriations Committee, accused Trump of "choosing to inflict more pain on the American people" with the new layoffs.

"No one is making Trump and Vought hurt American workers — they just want to," Murray said. "This is nothing new, and no one should be intimidated by these crooks."

Federal employment lawyers said the attempted dismissals are almost certainly illegal, violating rules that guide the process of federal staff cutbacks. Federal regulations say that agencies can dismiss employees for one of several reasons, including a lack of work, a reorganization or a shortage of funds.

But a shutdown-driven, temporary lapse in funding does not count as a shortage of funds, the lawyers said.

"It's like trying to call an apple an orange — they're both fruit but it's not the same thing," said Kevin Owen, a partner at a firm representing federal workers.

At the Department of Health and Human Services, the layoffs are an attempt to rein in growth of the agency during the Biden administration's pandemic response, spokesman Andrew Nixon said in a statement.

"All HHS employees receiving reduction-in-force notices were designated non-essential by their respective divisions," Nixon said. "HHS continues to close wasteful and duplicative entities, including those that are at odds with the Trump administration's Make America Healthy Again agenda."

This round of layoffs is the latest development in a difficult year for federal workers, who have already seen hundreds of thousands of their co-workers depart through firings, retirement programs and a deferred resignation offer developed by the Trump administration. The last initiative alone saw 150,000 people leave federal service.

"In a year already filled with cruel and relentless attacks on the federal workforce, this is yet another example of this administration treating us like pawns and further dehumanizing and traumatizing us," said an EPA worker, speaking on the condition of anonymity for fear of retaliation.

Education Department employees were told there would be a reduction in force in 60 days, according to one worker, and it wasn't clear if that meant plans could be reversed once the shutdown ends.

"I feel like they are going to rethink this and call us back in," the worker said, also speaking on the condition of anonymity for fear of reprisal.

Despite early promises to fire many federal workers, administration officials had been largely moving away from mass layoffs after thousands took buyout offers and retired. For instance, Veterans Affairs, the second-largest federal agency, canceled an expected 15 percent cut, citing high numbers of voluntary departures. Other agencies, such as the IRS and the General Services Administration, have recently brought back workers who took buyouts or were fired.

And the National Weather Service over the summer won permission to hire for more than 100 positions after cuts left the agency significantly diminished and struggling to keep basic forecasting going, often at the cost of workers' mental health.

*Lisa Rein, Emily Davies, Marianne LeVine and Natalie Allison contributed to this report.*

---

## What readers are saying

> The comments reflect a strong sentiment against the legality and morality of conducting layoffs during a government shutdown. Many commenters express concern over the impact on federal employees and the broader implications for democracy and public service. There is a perception... Show more
>
> This summary is AI-generated. AI can make mistakes and this summary is not a replacement for reading the comments.

# EXHIBIT E

*Democracy Dies in Darkness*

# Firings of federal workers begin as White House seeks to pressure Democrats in government shutdown

Mass firings of federal workers have begun

October 10, 2025

By Seung Min Kim and Stephen Groves | AP

WASHINGTON — The White House budget office said Friday that mass firings of federal workers have started, an attempt by President Donald Trump's administration to exert more pressure on Democratic lawmakers as the government shutdown dragged into a 10th day.

Russ Vought , the director of the Office of Management and Budget, said on the social media site X that the "RIFs have begun," referring to reduction-in-force plans aimed at reducing the size of the federal government.

In a court filing , the budget office said well over 4,000 employees would be fired, though it noted that the funding situation was "fluid and rapidly evolving."

The firings would hit the hardest at the departments of the Treasury, which would lose over 1,400 employees, and Health and Human Services, with a loss of over 1,100. The Education Department and Housing and Urban Development each would lose over 400 staffers. The departments of Commerce, Energy and Homeland Security and the Environmental Protection Agency were all set to fire hundreds of more employees. It was not clear which particular programs would be affected.

The aggressive move by Trump's budget office goes far beyond what usually happens in a government shutdown and escalates an already politically toxic dynamic between the White House and Congress. Talks to end the shutdown are almost nonexistent.

Typically, federal workers are furloughed but restored to their jobs once the shutdown ends, traditionally with back pay. Some 750,000 employees are expected to be furloughed during the shutdown, officials have said.

# Democrats — and some Republicans — criticize the administration's actions

In comments to reporters in the Oval Office on Friday night, Trump said many people would be losing their jobs, and that the firings would be focused on Democrat-oriented areas, though he didn't explain exactly what that meant.

"It'll be a lot, and we'll announce the numbers over the next couple of days," he said. "But it'll be a lot of people."

Trump said that, going forward, "We're going to make a determination, do we want a lot? And I must tell you, a lot of them happen to be Democrat oriented."

"These are people that the Democrats wanted, that, in many cases, were not appropriate," he said of federal employees, eventually adding, "Many of them will be fired."

Still, some leading Republicans were highly critical of the administration's actions.

"I strongly oppose OMB Director Russ Vought's attempt to permanently lay off federal workers who have been furloughed due to a completely unnecessary government shutdown," said Maine Sen. Susan Collins, the chair of the powerful Senate Appropriations Committee, who blamed the federal closure on Senate Minority Leader Chuck Schumer , D-N.Y.

Alaska Sen. Lisa Murkowski called the announcement "poorly timed" and "yet another example of this administration's punitive actions toward the federal workforce."

For his part, Schumer said the blame for the layoffs rested with Trump.

"Let's be blunt: nobody's forcing Trump and Vought to do this," Schumer said. "They don't have to do it; they want to. They're callously choosing to hurt people — the workers who protect our country, inspect our food, respond when disasters strike. This is deliberate chaos."

# Notice of firings has already begun at several federal agencies

The White House had previewed its tactics shortly before the government shutdown began on Oct. 1, telling all federal agencies to submit their reduction-in-force plans to the budget office for its review.

It said reduction-in-force plans could apply to federal programs whose funding would lapse in a government shutdown, are otherwise not funded and are "not consistent with the President's priorities."

2

On Friday, the Education Department was among the agencies hit by new layoffs, a department spokesperson said. A labor union for the agency's workers said the administration is laying off almost all employees below the director level at the Office of Elementary and Secondary Education, while fewer than 10 employees were being terminated at the agency's Office of Communications and Outreach.

Notices of firings have also taken place at the Cybersecurity and Infrastructure Security Agency, which leads federal efforts to reduce risk to the nation's cyber and physical infrastructure, according to DHS, where CISA is housed. The agency has been a frequent Trump target over its work to counter misinformation about the 2020 presidential election and the COVID-19 pandemic. DHS said the layoffs were "part of getting CISA back on mission."

Federal health workers were also being fired, though an HHS spokesman did not say how many or which agencies were being hit hardest. A spokesperson for the EPA, which also has an unspecified number of layoffs, blamed the Democrats for the firings and said they can vote to reopen the government anytime.

## Threats of more cuts across the federal workforce

An official for the American Federation of Government Employees, which represents federal workers and is suing the Trump administration over the firings, said in a legal filing Friday that the Treasury Department is set to issue layoff notices to 1,300 employees.

The AFGE asked a federal judge to halt the firings, calling the action an abuse of power designed to punish workers and pressure Congress.

"It is disgraceful that the Trump administration has used the government shutdown as an excuse to illegally fire thousands of workers who provide critical services to communities across the country," AFGE President Everett Kelley said in a statement.

Democrats have tried to call the administration's bluff, arguing the firings could be illegal, and had seemed bolstered by the fact that the White House had not immediately pursued the layoffs once the shutdown began.

But Trump signaled earlier this week that job cuts could be coming in "four or five days."

"If this keeps going on, it'll be substantial, and a lot of those jobs will never come back," he said Tuesday.

## Workforce cuts appear unhelpful to bipartisan shutdown negotiations

Meanwhile, the halls of the Capitol were quiet on Friday, the 10th day of the shutdown, with both the House and the Senate out of Washington and both sides digging in for a protracted shutdown fight. Senate Republicans have tried repeatedly to cajole Democratic holdouts to vote for a stopgap bill to reopen the government, but Democrats have refused as they hold out for a firm commitment to extend health care benefits.

Some Republicans on Capitol Hill have suggested that Vought's threats of mass layoffs have been unhelpful to bipartisan talks.

And the top Democrat on the Senate Appropriations Committee, Sen. Patty Murray of Washington, said in a statement that the "shutdown does not give Trump or Vought new, special powers" to lay off workers.

"This is nothing new, and no one should be intimidated by these crooks," she added.

Still, there was no sign that the top Democratic and Republican Senate leaders were even talking about a way to solve the impasse. Instead, Senate Majority Leader John Thune continued to try to peel away centrist Democrats who may be willing to cross party lines.

"It's time for them to get a backbone," Thune, a South Dakota Republican, said Friday.

The Partnership for Public Service, a nonpartisan organization that tracks federal service, says more than 200,000 civil servants have left since the start of this administration in January due to earlier firings, retirements and deferred resignation offers.

"These unnecessary and misguided reductions in force will further hollow out our federal government, rob it of critical expertise and hobble its capacity to effectively serve the public," said the organization's president and CEO, Max Stier.

____

AP Education Writer Collin Binkley and AP writers Kevin Freking, Matthew Daly, Rebecca Santana, Mike Stobbe and Will Weissert contributed to this report.

EXHIBIT F

# POLITICO

## Vought sounds layoff siren: 'The RIFs have begun'

At least nine agencies appear to be affected.



Office of Management and Budget Director Russell Vought departs a Senate Republican Conference luncheon at the U.S. Capitol on July 15, 2025. | Francis Chung/POLITICO

By **IRIE SENTNER** and **JENNIFER SCHOLTES**
10/10/2025 01:16 PM EDT

   

President Donald Trump's administration on Friday afternoon announced that it has begun firing federal workers, OMB Director Russ Vought wrote on X.

"The RIFs have begun," Vought posted, on day 10 of the government shutdown, referring to reduction-in-force plans that the White House has long contemplated.

Advertisement

AD

"Can confirm RIFs have begun and they are substantial," an OMB spokesperson told POLITICO. "These are RIFs not furloughs."

It's unclear how many people were laid off, and Vought provided no further details.

But an administration official granted anonymity to discuss the layoffs said they hit agencies including: Interior, Homeland Security, Treasury, EPA, Commerce, Education, Energy, HHS and HUD.

And Vought's post appears to follow through on a threat to inflict more political pain on Democrats.

Trump on Thursday said his administration would target programs backed by Democrats.

"We're only cutting Democrat programs, I hate to tell you, but we are cutting Democrat programs," the president said during a Cabinet meeting. "We will be cutting some very popular Democrat programs that aren't popular with Republicans, frankly."

Since before the government shutdown began, the White House budget office has been previewing plans to seize on the funding lapse to permanently terminate the employment of federal workers.

Advertisement

In a memo to agencies two weeks ago, OMB instructed Trump administration officials to prepare to carry out reduction-in-force — or RIF — plans during the shutdown, targeting employees who work for programs that are not legally required to continue or clash with Trump's policy priorities.

"I think they held off as long as they could," said Senate Majority Leader John Thune.

But Sen. Susan Collins, the chair of the Senate Appropriations Committee, criticized the move, warning "arbitrary layoffs" would undermine federal agencies, especially as the shutdown continues with no end in sight.

Unions representing federal employees, who are suing to halt the mass firings, wrote in a court filing on Friday that they believed the Treasury Department was working to issue termination notices to 1,300 employees across the agency, which also includes the Internal Revenue Service.

A Treasury spokesperson did not immediately respond to a request for comment.

Two employees within Interior said after Vought's social media post they had not heard from department officials about possible large-scale terminations. One of the people said they had been told by a union representative that the union had also not been notified of imminent firings.

"He's such a troll," a second Interior employee said of Vought's post.

An Interior Department spokesperson did not immediately respond to questions.

Democrats decried the move as a purposeful and political effort to wreak havoc.

Senate Minority Leader Chuck Schumer said, "nobody's forcing Trump and Vought to do this."

Advertisement

"They don't have to do it; they want to," he said. "They're callously choosing to hurt people—the workers who protect our country, inspect our food, respond when disasters strike."

Rep. Mike Levin (D-Calif.) calling the firings, illegal and unconstitutional. "He — Russ Vought — is out of control," Levin said. "We will not be threatened and intimidated by the likes of Russ Vought."

Rep. Rosa DeLauro, (D-Conn.) the House's top Democratic appropriator, told reporters on Friday that Russ Vought likely couldn't be happier.

"It's the proverbial pig in you-know-what," she said. "He loves it, because he's just accumulating power, because the president doesn't know anything about budgets or about appropriations."

In past shutdowns, federal workers were furloughed, not fired. Trump already decimated the federal workforce in the first months of his second term, culling a bureaucracy he accused of "waste, fraud and abuse."

"This administration wants to reopen the government," press secretary Karoline Leavitt said this week. "We don't want to see people laid off. But unfortunately if this shutdown continues, layoffs are going to be an unfortunate consequence."

*Meredith Lee Hill, Nicholas Wu and Jordain Carney contributed to this report.*

**FILED UNDER:** WHITE HOUSE, RUSS VOUGHT

EXHIBIT G

# White House to begin 'substantial' shutdown layoffs of federal workers

*Brett Samuels*

The White House said Friday it had started laying off federal workers, following through on a threat to carry out reductions in force (RIFs) amid an ongoing government shutdown.

"The RIFs have begun," Office of Management and Budget (OMB) Director Russell Vought posted on social platform X.

An OMB spokesperson confirmed the layoffs had started "and they are substantial." But they did not provide information on how many employees or which agencies were impacted.

President Trump suggested on Friday evening that his administration was specifically targeting Democrats with the layoffs.

"It'll be a lot. And it'll be Democrat-oriented, because we figure, you know, they started this thing," Trump told reporters.

The White House had previously suggested the number of employees targeted for layoffs could be in the thousands. An administration official confirmed the Department of Homeland Security and the Department of Housing and Urban Development were among the agencies affected.

The Department of Health and Human Services (HHS) said in a statement that employees "across multiple divisions" had received notices about reductions in force "as a direct consequence of the Democrat-led shutdown."

"All HHS employees receiving reduction-in-force notices were designated non-essential by their respective divisions," the department said. "HHS continues to close wasteful and duplicative entities, including those that are at odds with the Trump administration's Make America Healthy Again agenda."

Education Department also confirmed some employees will be affected by layoffs, but wouldn't say how many.

The layoffs were likely to trigger legal challenges.

1

"America's unions will see you in court," the AFL-CIO posted on X.

The White House has for more than a week wielded the prospect of layoffs of federal workers and cuts to government programs as a threat if Democrats did not vote with Republicans to reopen the government.

In previous shutdowns, federal workers have been furloughed until the government reopened, but workers have not been fired.

"If this keeps going on, it will be substantial," President Trump said Tuesday of layoffs. "And a lot of those jobs will never come back."

On Thursday, Trump said his administration was looking to cut "Democrat programs."

"That's the way it works. They wanted this," Trump said.

Democrats and unions representing government workers had criticized the administration for using federal employees as a negotiating tactic. Even some Republicans had welcomed the White House's decision to hold off on layoffs despite the threats.

"I think, to their credit, the White House has, now for 10 days, laid off doing anything in hopes that enough Senate Democrats would come to their senses and do the right thing and fund the government," Senate Majority Leader John Thune (R-S.D.) said Friday, minutes before Vought's announcement.

"But now that we're getting [to where] people start missing paychecks, this gets real," Thune continued. "My expectation is, yes, they're going to have to start making some decisions about where to move money around, which agencies and departments are going to be impacted, which programs are going to be impacted, which employees are going to be impacted. That's what a shutdown does."

Democrats have remained unified over their demands that Republicans agree to extend ObamaCare subsidies that are set to expire at the end of the year and cause insurance premiums to spike.

GOP leaders haven't budged from their position of refusing to negotiate on health care until Democrats help to reopen the government.

The Trump administration earlier this year laid off thousands of federal employees as part of cost-cutting efforts led by the Department of Government Efficiency and Elon Musk, who departed as a special government employee in May.

*Al Weaver and Nathaniel Weixel contributed.*

2

*Updated 6:32 p.m. EDT*

Copyright 2025 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

EXHIBIT H



*Los Angeles Times*

**Trump administration** ›  |  Immigration    Environment    Economy

POLITICS

# The Trump loyalist who picked up where Musk left off with slashing federal workforce: 'We're having fun'



Russ Vought, director of President Trump's Office of Management and Budget, appears last month outside the White House. (Evan Vucci / Associated Press)

**By Doyle McManus**

Oct. 10, 2025 **Updated** 10:56 AM PT

- Vought has chipped relentlessly at Congress' ability to control the use of federal funds, massively expanding the power of the

1

president.

- He told conservative activists in 2023 that if Trump returned to power, he would deliberately seek to inflict "trauma" on federal employees.

WASHINGTON — It has been four months since Elon Musk, President Trump's bureaucratic demolition man, [abandoned Washington](#) in a flurry of recriminations and chaos.

But the Trump administration's crusade to dismantle much of the federal government never ended. It's merely under new management: the less colorful but more methodical Russell Vought, director of Trump's Office of Management and Budget.

Vought has become the [backroom architect of Trump's aggressive strategy](#) — slashing the federal workforce, freezing billions in congressionally approved spending in actions his critics often call illegal.

Now Vought has proposed using the current government shutdown as an opportunity to [fire thousands of bureaucrats](#) permanently instead of merely furloughing them temporarily. If any do return to work, he has suggested that the government [need not give them back pay](#) — contrary to a law Trump signed in 2019.

(Vought said on social media Friday that [mass firings of federal workers have begun](#), but provided no additional details.)

Those threats come as Trump tries to persuade Democrats to accept spending cuts on Medicaid, Obamacare and other programs.

But the shutdown battle is the current phase of a much larger one. Vought's long-term goals, he says, are to "bend or break the bureaucracy to the presidential will" and "deconstruct the administrative state."

2

He's still only partway done.



**CALIFORNIA**

**Trump uses repeated funding cuts to pressure California, complicating state's legal fight**

Oct. 3, 2025

"I'd estimate that Vought has implemented maybe 10% or 15% of his program," said Donald F. Kettl, former dean of the public policy school at the University of Maryland. "There may be as much as 90% to go. If this were a baseball game, we'd be in the top of the second inning."

Along the way, Vought (pronounced "vote") has chipped relentlessly at Congress' ability to control the use of federal funds, massively expanding the power of the president.

"He has waged the most serious attack on separation of powers in American history," said Elaine Kamarck, an expert on federal management at the Brookings Institution.

He's done that mainly by using OMB, the White House office that oversees spending, to control the day-to-day purse strings of federal agencies — and deliberately keeping Congress in the dark along the way.

"If Congress has given us authority that is too broad, then we're going to use that authority aggressively," Vought said last month.

Federal judges have ruled some of the administration's actions illegal, but they have allowed others to stand. Vought's proposal to use the shutdown to fire thousands of bureaucrats hasn't been tested in court.

Vought developed his aggressive approach during two decades as a conservative budget expert, culminating in his appointment as director of OMB in Trump's first term.

3

In 2019, he stretched the limits of presidential power by helping Trump get around a congressional ban on funding for a border wall, by declaring an emergency and transferring military funds. He froze congressionally mandated aid for Ukraine, the action that led to Trump's first impeachment.

Even so, Vought complained that Trump had been needlessly restrained by cautious first-term aides.

"The lawyers come in and say, 'It's not legal. You can't do that,'" he said in 2023. "I don't want President Trump having to lose a moment of time having fights in the Oval Office over whether something is legal."

Vought is a proponent of the "unitary executive" theory, the argument that the president should have unfettered control over every tentacle of the executive branch, including independent agencies such as the Federal Reserve.

When Congress designates money for federal programs, he has argued, "It's a ceiling. It is not a floor. It's not the notion that you have to spend every dollar."

Most legal experts disagree; a 1974 law prohibits the president from unilaterally withholding money Congress has appropriated.

Vought told conservative activists in 2023 that if Trump returned to power, he would deliberately seek to inflict "trauma" on federal employees.

"We want the bureaucrats to be traumatically affected," he said. "When they wake up in the morning, we want them to not want to go to work."

When Vought returned to OMB for Trump's second term, he appeared to be in Musk's shadow. But once the flamboyant Tesla chief executive flamed out, the OMB director got to work to make DOGE's work the foundation for lasting changes.

4

He extended many of DOGE's funding cuts by slowing down OMB's approval of disbursements — turning them into de facto freezes.

He helped persuade Republicans in Congress to cancel $9 billion in previously approved foreign aid and public broadcasting support, a process known as "rescission."

To cancel an additional $4.9 billion, he revived a rarely used gambit called a "pocket rescission," freezing the funds until they expired.

Along the way, he quietly stopped providing Congress with information on spending, leaving legislators in the dark on whether programs were being axed.

DOGE and OMB eliminated jobs so quickly that the federal government stopped publishing its ongoing tally of federal employees. (Any number would only be approximate; some layoffs are tied up in court, and thousands of employees who opted for voluntary retirement are technically still on the payroll.)

The result was a significant erosion of Congress' "power of the purse," which has historically included not only approving money but also monitoring how it was spent.

Even some Republican members of Congress seethed. "They would like a blank check … and I don't think that's appropriate," said former Senate Republican Leader Mitch McConnell (R-Ky.).

But the GOP majorities in both the House and Senate, pleased to see spending cut by any means, let Vought have his way. Even McConnell voted to approve the $9-billion rescission request.

Vought's newest innovation, the mid-shutdown layoffs, would be another big step toward reducing Congress' role.

"The result would be a dramatic, instantaneous shift in the separation of powers," Kettl said. "The Trump team could kill programs unilaterally without the inconvenience of going to Congress."

Some of the consequences could be catastrophic, Kettl and other scholars warned. Kamarck calls them "time bombs."



**POLITICS**

**Trump advisors amp up extreme rhetoric against Democrats during government shutdown, immigration raids**

Oct. 6, 2025

"One or more of these decisions is going to blow up in Trump's face," she said.

"FEMA won't be capable of reacting to the next hurricane. The National Weather Service won't have the forecasters it needs to analyze the data from weather balloons."

Even before the government shutdown, she noted, the FAA was grappling with a shortage of air traffic controllers. This week the FAA slowed takeoffs at several airports in response to growing shortages, including at air traffic control centers in Atlanta, Houston and Dallas-Fort Worth.

In theory, a future Congress could undo many of Vought's actions, especially if Democrats win control of the House or, less likely, the Senate.

But rebuilding agencies that have been radically shrunken would take much longer than cutting them down, the scholars said.

"Much of this will be difficult to reverse when Democrats come back into fashion," Kamarck said.

Indeed, that's part of Vought's plan.

"We want to make sure that the bureaucracy can't reconstitute itself later in future administrations," he said in April in a podcast with Charlie Kirk, the conservative activist who was slain on Sept. 10.

He's pleased with the progress he's made, he told reporters in July.

"We're having fun," he said.

## More to Read

**Firings of federal workers begin as White House seeks to pressure Democrats in government shutdown**

Oct. 10, 2025



**With Trump threats on back pay, another blow to public servants**

Oct. 9, 2025



**Trump no longer distancing himself from Project 2025 as he uses shutdown to pursue its goals**

Oct. 3, 2025





## Get the L.A. Times California Politics newsletter

Deeply reported insights into legislation, politics and policy from Sacramento, Washington and beyond. In your inbox twice per week.

By continuing, you agree to our Terms of Service and our Privacy Policy.

Enter email address          Agree & Continue

# EXHIBIT I



WAMU 88.5
Fresh Air



DONATE

**2025 government shutdown**

## Trump administration says about 4,200 federal employees face layoffs

UPDATED OCTOBER 10, 2025 · 10:59 PM ET

HEARD ON ALL THINGS CONSIDERED

By Stephen Fowler, Andrea Hsu, Selena Simmons-Duffin, Sam Gringlas, Deepa Shivaram

**4-Minute Listen**                    PLAYLIST    TRANSCRIPT



Russell Vought, director of the Office of Management and Budget (OMB), speaks with reporters outside of the West Wing of the White House in July 2025.

*Anna Moneymaker/Getty Images*

More than a week into the government shutdown, layoffs of federal workers have begun, following through on administration threats to slash the size of government during the shutdown.

In a court filing late Friday, lawyers for the government wrote that an estimated 4,200 employees across at least seven agencies began receiving reduction in

1

force, or RIF, notices on Oct. 10.

The declaration, from Office of Management and Budget (OMB) senior advisor Stephen Billy, came in response to an order from the federal judge assigned to a lawsuit challenging the Trump administration's shutdown layoffs.

**Sponsor Message**

LEARN MORE

RIF lawsuit Billy Declaration 101025

contributed by
Stephen Fowler (NPR)

p. 1



STANLEY E. WOODWARD, JR.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

EMILY M. HALL
TIBERIUS DAVIS
ELIZABETH HEDGES (DC No. 1657707)
Counsel to the Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Branch Director
BRAD P. ROSENBERG
Special Counsel
R. CHARLIE MERRITT
Senior Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
Phone: (202) 616-0929
E-mail: elizabeth.t.hedges@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-08302-SI |
|---|---|
| Plaintiffs, | **DECLARATION OF STEPHEN BILLY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER** |
| v. | |
| UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., | Hearing Date: October 16, 2025 Time: 10:30 a.m. Judge: Hon. Susan Illston Place: San Francisco Courthouse Courtroom 01 |
| Defendants. | |

Page 1 of 6   Fit Width

3

Word that layoffs were underway first came from OMB Director Russell Vought in a social media post on X that said, "The RIFs have begun."

While the administration initially offered few details on the scope of what it called "substantial" layoffs, some federal employees began sharing actual layoff notices on social media while federal employee unions said they'd been notified of pending cuts.

Asked by reporters Friday how many workers may lose their jobs, President Trump did not give an exact figure, but told reporters "it'll be a lot."

"We'll announce the numbers over the next couple of days, but it'll be a lot of people, all because of the Democrats," Trump said.



**2025 GOVERNMENT SHUTDOWN**

**White House floats no back pay for some furloughed federal workers despite 2019 law**

In his declaration, OMB senior advisor Billy stressed that while the information he was providing Friday was the most current, the situation "is fluid and rapidly evolving." The numbers are subject to change, he wrote, suggesting more RIFs could come in the future.

Here are the agencies affected by the RIFs, according to the declaration, with the estimated numbers of employees who will be affected:

## Department of Health and Human Services: 1100-1200 employees

Earlier Friday, HHS spokesperson Andrew Nixon confirmed that RIF notices are being sent out to agency employees.

Sponsor Message

"HHS employees across multiple divisions are receiving reduction-in-force notices as a direct consequence of the Democrat-led government shutdown," said Nixon shortly after Vought's post. "All HHS employees receiving reduction-in-force notices were designated non-essential by their respective divisions."

Nixon blamed the Biden administration for creating a "bloated bureaucracy," although HHS has already cut more workers — 20,000 workers through an earlier RIF and through voluntary resignations and retirements — than were added during the Biden administration.

## Department of Education: 466 employees

A union representing Education Department employees said in a statement that "multiple union members" confirmed that at least two offices would be affected by RIFs: the Office of Communications and Outreach as well as the Office of Elementary and Secondary Education.

"This administration continues to use every opportunity to illegally dismantle the Department of Education (ED) against congressional intent," AFGE Local 252 president Rachel Gittleman said in a statement on Friday. "They are using the same playbook to cut staff without regard for the impacts to students and families in communities across the country."


2025 GOVERNMENT SHUTDOWN
**Shut down but not silenced: Federal workers find their voice**

## Department of Housing and Urban Development: 442 employees

Antonio Gaines, president of AFGE Council 222, representing employees of the Department of Housing and Urban Development (HUD) across the country, confirmed to NPR that the union had received notice from HUD of its "intent to fire a number of employees."

"We are in the process of reviewing the notice, assessing the impact and magnitude of the agency's decision, while acquiring legal guidance from the National office," Gaines wrote.

A HUD spokesperson said the reduction in force was "to align our programs with the Administration's priorities and the appropriations available to the department."

## Treasury Department: 1446 employees

On Reddit, IRS employees posted screenshots of actual RIF notices they had received, informing them of their last day, Dec. 9.

"The Internal Revenue Service has determined it is necessary to abolish some positions in INFORMATION TECHNOLOGY to further workforce shaping efforts," read one such notice.

Sponsor Message

LEARN MORE

An employee with the <u>Community Development Financial Institutions Fund</u> shared a notice that the entire organization was set to be abolished.

## Environmental Protection Agency: 20-30 employees

In court filings, the Trump administration said the EPA has not made a final decision on "whether or when to issue RIF notices."

But earlier Friday, AFGE Council 238 president Justin Chen said he'd learned that Environmental Protection Agency employees overseeing recycling and composting initiatives, plastics reduction and other programs, were among those targeted for layoffs.

"Weakening the EPA workforce is a direct threat to the health and safety of Americans," wrote Chen in a statement. "If Trump thinks he is only hurting federal workers with this decision, he is sorely mistaken."

An EPA spokesperson blamed Democrats and the government shutdown for the layoffs.

## Other agencies

The other agencies mentioned in the declaration are the Commerce Department, with 315 employees affected; the Energy Department, with 187 employees affected; and the Department of Homeland Security, with 176 employees affected.

<u>Here's what's ahead with mass layoffs at federal agencies : NPR</u>

Federal law is specific about the process that RIFs must follow, including a minimum 60 days' notice of their end date, or 30 days if a waiver is granted by the Office of Personnel Management.

Some agencies may need to notify unions or Congress, and then draft official notices to send to affected employees. The notices are required to include information such as the reasons for the RIF and the effective date.

## Unions seek legal recourse, again

The declaration came in a <u>lawsuit filed by several unions</u> over the threat of RIFs ahead of the shutdown, arguing "the Trump administration has made unlawful

6

threats to dismantle essential federal services and functions provided by federal personnel, deviating from historic practice and violating applicable laws."

U.S. District Judge Susan Illston had ordered the Trump administration to detail the status of "any currently planned or in-progress RIF notices to be issued during/because of the government shutdown." Illston will hold a hearing in the case next Wednesday.

Sponsor Message



In a statement Friday, American Federation of Government Employees National president Everett Kelley slammed the RIFs announcement.



2025 GOVERNMENT SHUTDOWN

**The government shutdown keeps snarling air travel. Officials say it could get worse**

"It is disgraceful that the Trump administration has used the government shutdown as an excuse to illegally fire thousands of workers who provide critical services to communities across the country," he said.

Since the shutdown began, the Trump administration has made several threats to cut spending, fire workers and not pay some furloughed employees, arguing that the reductions are the fault of Democrats who won't drop their demands for extended health care subsidies in exchange for reopening the government.

The White House has also said its decision to freeze transportation funding in Chicago and New York and cancel billions of dollars in Biden-era energy project grants are a continuation of their push to shrink the size and scope of the federal bureaucracy.

Mass layoffs were a hallmark policy of the Department of Government Efficiency effort that began when Trump returned to office in January.

In February, a memo from the Office of Personnel Management and OMB asked federal agencies to prepare multi-phase plans to implement Trump's "workforce optimization initiative" that includes layoffs and what the workforce would look like when the new fiscal year started Oct. 1.

As NPR has previously reported, many agencies that implemented layoffs at the pressure and direction of DOGE have hired back workers in recent weeks, citing the inability to perform basic tasks and carry out Trump's policy priorities.

While the Trump administration has argued that cuts to the federal government need to happen because of the lapse in funding, some experts say a shutdown does not mean layoffs are necessary.

"There is no statute requiring them to lay off a substantial share of federal employees during a temporary government shutdown," Jessica Riedl with the center-right Manhattan Institute said. "That statute doesn't exist, and such practice has not occurred during previous shutdowns."

Sponsor Message

Liquid I.V.® Hydration Multiplier - Orange Vanilla Dream | Electrolyte Powder Drink Mix | 1 Pack (16 Servings)

266,822

$24⁹⁹

Add to cart

**Layoffs dampen chance of funding compromise**

Top Republicans on Capitol Hill are pinning blame for the mass layoffs on Democrats, who have refused to support a Republican-backed measure to reopen the government because it does not extend health insurance subsidies that are expiring later this year.

GOP leaders also hoped the threat of mass layoffs would compel Democrats to relent. Senate Majority Leader John Thune, R-S.D., said the Trump administration was left with no choice.

"I think they held off as long as they could," Thune told reporters Friday.

But Democrats say Republicans are taking advantage of the shutdown to continue their ongoing effort to slash the footprint of the federal government.

"Let's be blunt: nobody's forcing Trump and Vought to do this," Minority Leader Chuck Schumer, D-N.Y., wrote in a statement Friday. "They don't have to do it; they want to. They're callously choosing to hurt people—the workers who protect our country, inspect our food, respond when disasters strike. This is deliberate chaos."

Sen. Susan Collins, R-Maine., told reporters on Thursday that a bipartisan group was making progress on a possible path to end the shutdown that would include a vote on health insurance subsidies after the government reopens.

But hope of a compromise may be fading again, as the layoffs inflame tensions in Congress even more.

Collins was among the few Republicans to criticize the layoffs on Friday.

"I strongly oppose OMB Director Russ Vought's attempt to permanently lay off federal workers who have been furloughed due to a completely unnecessary government shutdown caused by Senator Schumer," Collins wrote. "Regardless of whether federal employees have been working without pay or have been furloughed, their work is incredibly important to serving the public."

*NPR's Cory Turner, Jennifer Ludden and Michael Copley contributed to this report.*

*Have information you want to share about agency reduction-in-force plans and other changes to the federal government? Reach out to this author through encrypted communications on Signal: Stephen Fowler is at stphnfwlr.25.*



### The news you need to start your day

Our journalists summarize the biggest stories in the Up First newsletter so you can stay informed, not overwhelmed.

| Email address | SIGN UP |

[See more subscription options](#)

By subscribing, you acknowledge and agree to NPR's Terms of Use and Privacy Policy. NPR may share your name and email address with your NPR station. See Details.

**More Stories From NPR**