Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **DECLARATION OF YOLANDA JACOBS IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

Decl. of Yolanda Jacobs ISO Plaintiffs' Motion for TRO, No. 3:25-cv-08302-SI

**DECLARATION OF YOLANDA JACOBS**

I, Yolanda Jacobs, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief. I am providing this declaration in my capacity as a union officer.

2. I am the President of the American Federation of Government Employees Local 2883 ("AFGE Local 2883" or "Union"). AFGE Local 2883 represents a bargaining unit of approximately 2,000 nonsupervisory civil servants who work for the Centers for Disease Control and Prevention ("CDC"), which is part of the Department of Health and Human Services ("HHS").

3. The employees represented by the Union are highly skilled and perform critical and diverse functions for the country's premier public health agency. These employees include Public Health Analysts, IT Specialists, Program Specialists, Electronics Technicians, Public Health Advisors, Protocol Specialists, Budget Analysts, Health Communications Specialists, and Biologists. Some of the bargaining unit members are scientists who conduct research, publish papers, and vet scientific findings on emerging public health threats, including measles, Ebola, avian influenza, and COVID-19. They also manage CDC's communications to the public about public health threats.

4. AFGE Local 2883's bargaining unit employees report to the CDC's Atlanta campus and the Miami Port Health station, but they are located across the country.

5. The Union first learned that the Trump Administration directed federal agencies to conduct Reductions in Force ("RIFs") during the government shutdown through news reports published on or around September 24, 2025. The government shutdown began on October 1, 2025. To my knowledge, almost all CDC employees were furloughed at that point.

6. Late Friday, October 10, 2025, the CDC issued RIF notices to approximately 1,300 employees, eliminating entire offices at the agency. Then, within 24 hours, the CDC rescinded approximately 700 of those RIF notices. The agency told employees that it had erroneously issued those notices. The remaining RIF notices of approximately 600 employees were not rescinded, and those employees will be officially terminated on December 8, 2025. Employees subject to the RIF have lost access to their work email accounts and work computers.

7. My understanding is that the agency's human resources staff were temporarily taken off of furlough status last Friday and over the weekend to issue RIF notices and then rescind the ones that were erroneously issued. But the agency also directed the human resources staff to issue RIF notices to themselves. As a result of the RIF, the human resources staff lost access to their work email accounts and work computers after they completed their work this weekend. Since then, the Director of the CDC's Office of Human Resources has contacted the Union to obtain information regarding the RIFs because the Director no longer has access to that information. My understanding is that there are only a handful of employees at the Office of Human Resources who did not receive RIF notices, but those employees are responsible exclusively for processing retirement applications. The Union does not have any information regarding which human resources staff members are still working or their contact information.

8. The Union's members have already experienced tremendous mental aguish this year. They have been subject to several rounds of RIFs and "voluntary" separations and retirements. Many employees have been RIF'd more than once at this point. Those employees were first issued RIF notices on April 1, then either reinstated by the agency or had their terminations temporarily enjoined by litigation, and issued RIF notices again on October 10. Because of those constant changes, even employees whose RIF notices were rescinded over the weekend are concerned that they will be subject to a RIF again soon. Many Union members have told me that they are experiencing serious mental health problems and have found it very difficult to get their work done, given all of the turmoil that they have experienced this year. Members have told me that they worry on a day-to-day basis about whether they will have a job the next day. They said that they have felt like the Trump Administration has been using them as bargaining chips this year.

9. As a union officer, I have received numerous emails from members who were issued RIF notices last Friday. These members are very stressed about losing their incomes, health insurance coverage, and other benefits. For example, a member who is late into her pregnancy is extremely worried about losing her health insurance coverage before she delivers her baby. Other members are concerned about whether they will have insurance for surgeries and other medical procedures. Many CDC employees are already living paycheck to paycheck and can only make it

one month without an income before falling into a financial crisis. These employees are very worried about how they will be able to afford their mortgage and housing expenses, especially with housing costs as high as they are. These employees will not be able to easily find other jobs, given how saturated the job market currently is. And those who are looking for new jobs are worried about the disruption that moving will cause them and their families and the difficulties in finding new schools and daycare for their children.

10. Ordinarily, after our members receive a RIF notice, the Union and our members work extensively with the human resources staff at the CDC during the notice period to prepare for their separations and ease the transition process. But our members currently do not have access to the employment records, including paystubs and performance records, that they need for processing their separations because they are locked out of their work emails and computers. Normally, employees who are subject to a RIF are able to access their records during the notice period and not immediately placed on administrative leave and locked out of the computer system when they receive a RIF notice.

11. To make matters worse, the Union and our members cannot reach out to human resources staff for guidance or assistance right now because the human resources staff (other than the ones who are processing retirements) are themselves subject to the RIF and not currently working.

12. For example, one of the most important things that employees need to navigate is their options for health insurance and other benefits after separation. That is a significant issue for employees who are about to be terminated.

13. In a prior round of RIFs that the CDC conducted earlier this year, the agency did not send out in time information regarding how to roll over health insurance coverage. Many employees did not receive the information until the deadline for rolling over coverage had passed. Some employees had a lapse in their health insurance coverage, and others had to obtain their own coverage on the health insurance marketplace, which often cost more than if they had been able to roll over coverage.

14. The CDC will not be able to provide timely information to employees about their insurance coverage during the notice period for this round of RIFs because none of the human

resources staff who would be providing this information are working. Similarly, the agency will not be able to provide information or assistance regarding severance pay, retirement options, unemployment compensation, and other important benefits that employees and their families will need after the employees are officially terminated.

15. For the same reason, the CDC will not be able to provide employees subject to the RIF with information about employment opportunities within the civil service or offer other career transition services. This hurts our members' chances of finding another job soon, especially in a saturated job market, which imposes significant emotional and financial hardships on members and their families.

16. During the RIF notice period, the Union and its members also have to work with human resources staff to correct errors in the RIF process. For example, earlier this year, during a prior round of RIFs, a bargaining unit member received a RIF notice, even though the office in which the member worked was not subject to a RIF. The employee discovered that this probably happened because the administrative code in the RIF notice was incorrect. The code was for an office where the employee had never worked. The employee contacted the human resources department to correct the error, but no one ever responded to the message. The error was never corrected, and the employee was terminated.

17. During this round of RIFs, many members have again told me that the administrative codes on their RIF notices are incorrect. Because none of the human resources staff (other than the ones exclusively working on processing retirements) are working right now, these errors will likely go uncorrected during the RIF notice period, and a number of employees will be erroneously terminated.

18. Similarly, many members have told me about errors affecting their retention standing. When conducting a RIF, agencies are supposed to create retention registers before issuing RIF notices to ensure that employees are being separated from civil service or reassigned to other positions in the correct order. Under the law, agencies are required to take four factors into account to determine retention order: tenure of employment, veterans' preference, length of service, and performance ratings. 5 U.S.C. §3502.

19. During the RIFs it has conducted this year, including during this most recent round of RIFs, the CDC has not established retention registers prior to issuing RIF notices. As a result, the Union and its members must request the retention register and correct any errors during the RIF notice period.

20. Many members have informed me of errors on forms with their employment data that affect their retention standing. The most common errors I have seen concern the employees' veterans' preference status and performance ratings. The errors on these forms suggest that the CDC may not be conducting the current round of RIFs based on correct employment data. The Union and its members would like to request a retention register from the agency and correct any errors. However, that is not possible right now because the human resources staff that would otherwise create the retention register are not currently working. This will likely result in CDC employees being released from service in an order that does not comply with federal law.

21. There are many important things that employees have to do during the RIF notice period, including selecting health insurance coverage and other important benefits options upon separation, applying for other jobs within the federal government and elsewhere, and arrange for the transition of their work. None of that can happen right now, especially because the CDC's human resources staff (other than the ones processing retirements) are not currently working. Allowing the clock to run on the notice periods, while employees are not able to work with agency staff to prepare for their separations, would cause employees substantial distress and financial harm.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed October 14, 2025, in Atlanta, Georgia.

*/s/ Yolanda Jacobs*
Yolanda Jacobs