Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **DECLARATION OF ASHAKI ROBINSON IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

**DECLARATION OF ASHAKI ROBINSON**

I, Ashaki Robinson, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief. I am providing this declaration in my capacity as a union officer.

2. I am the Regional Vice President for the Washington, D.C. Headquarters Region of the American Federation of Government Employees ("AFGE") Council 222, which is comprised of all AFGE local unions representing U.S. Department of Housing and Urban Development ("HUD") employees throughout the country. Council 222 is the exclusive representative of approximately 4,750 bargaining unit employees at HUD.

3. I am also the Local President of AFGE Local 476 ("Local 476" or "Union") and have served in that capacity intermittently since 2012. Local 476 represents approximately 1,700 bargaining unit employees at HUD, the majority of whom work in the Washington, D.C. metropolitan area.

4. On or around September 24, 2025, Council 222 learned through news reports that the Trump Administration is directing federal agencies to conduct RIFs during the government shutdown. On October 1, 2025, the government shutdown began, and most HUD employees were furloughed.

5. On October 10, 2025, Council 222 received eight notices to the union of RIFs imposed on various HUD offices from HUD Deputy Secretary Andrew Hughes. The notices informed the Council that approximately 333 employees are being terminated. The employees subject to the RIF work in various offices at HUD, including the Office of Community Planning and Development, Office of Fair Housing and Equal Opportunity, Office of Housing, Office of Housing Operations, and Office of Public and Indian Housing. They are based out of HUD offices across the country, including in Texas, Georgia, Kansas, Massachusetts, Florida, Puerto Rico, and Washington, D.C.

6. As a union officer, I have heard from many members who received individual RIF notices on October 10. They are devastated that the RIF is happening and are very concerned about losing their incomes, health insurance coverage for themselves and dependents, and other

employment benefits in 60 days, when they will be separated from employment. Members who have chronic health conditions or who are pregnant, or whose family members have health issues or are pregnant, are especially concerned about losing their health insurance coverage after the 60-day notice period. In addition, members were already worried about affording their rent or mortgage because they are not being paid during the shutdown, and they are even more concerned now because they will lose their incomes altogether soon.

7. These RIF notices have come at a very difficult time for federal employees, after an already extremely difficult year. Those who remain employed at HUD after making it through the prior "voluntary" reductions and rounds of RIF notices are, in my experience, very dedicated employees. These employees are currently not being paid (or for a small number, are working without pay), going into the third week of a shutdown. They are being now targeted for termination not because of anything they did themselves, but because of decisions made by elected officials that may have been driven by politics. These RIFs are directed at work that is important to the mission, functions, and effectiveness of HUD as an organization.

8. Conducting the RIF during the government shutdown has made things even more difficult for employees. My understanding is that a number of HUD employees subject to the RIF are not even aware yet that they have been RIF'd. This is because the RIF notices were sent to these employees' work email addresses. But from talking to employees, my understanding is that many HUD employees have been locked out of their work email accounts because the passwords for the accounts expired on October 3, and they have not been able to change their passwords since then because they have been furloughed. These employees have also not been able to get assistance from information technology staff to fix the issue because the informational technology staff (who are government contractors) are not allowed to provide services to HUD employees during the furlough.

9. From talking to employees and managers, I understand that some employees have tried asking their supervisors whether they are subject to the RIF, but their supervisors have told them that they do not have a list of everyone who is subject to the RIF.

10. The Union has also not been able to notify many bargaining unit employees because the Union only has some employees' work email addresses and no other way to reach them. Without

1  notice that they are subject to the RIF, these employees cannot even begin to prepare for their
2  separations from employment at this point.  Issuing these RIF notices late on a Friday during a
3  government shutdown all but guaranteed that employees will not receive actual notice.

4      11.    In addition, my understanding (including from documents and instructions from OPM
5  and HUD) is that, after employees receive a RIF notice, the Union and our members are supposed to
6  work with HUD human resources staff during the 60-day notice period to prepare for their
7  separations.

8      12.    For example, my understanding is that during the RIF notice period, HUD should be
9  conducting meetings and briefings for employees to provide them with information regarding the RIF
10 and their separation from employment; offering employees guidance on employment opportunities
11 within the civil service and providing them with other career transition services; and assisting
12 employees with severance pay, payments for unused leave, unemployment compensation, health
13 insurance, and other important payment and benefits issues.  Our members need this assistance to
14 navigate the complicated pay and benefits options available to them upon separation and to find other
15 job opportunities.  HUD has not been actively holding meetings or briefings for employees on the
16 RIF.  Employees who have been locked out of their computers and told not to use agency equipment,
17 moreover, are unable to obtain information from human resources regarding the RIF.   The lack of
18 communication from the Agency and employees' inability to access resources regarding the RIF will
19 result in employees suffering significant distress and financial harm during an already exceptionally
20 stressful period.

21     13.    When conducting a RIF, an agency is generally required to prepare a retention register
22 prior to issuing RIF notices.  Retention registers list employees subject to a RIF within a competitive
23 level and determines the order in which employees are separated from civil service or reassigned to
24 other positions.  The agency applies four retention factors required by law to create the list: tenure of
25 employment, veterans' preference, length of service, and performance ratings.  *See* 5 U.S.C. §3502.

26     14.    In this case, my understanding is that HUD did not prepare a retention register prior to
27 issuing RIF notices on October 10, even though it was supposed to.  As a result, the Union and its
28 members must request, review, and correct any errors in the retention register during the 60-day RIF

1  notice period. Some Union members have informed me that HUD seems to have released the employees in their office in an order that does not comply with the law and we have been working to review and confirm this information. These members told me that HUD issued RIF notices to employees with veterans' preference and more than 20 years of service experience in their office, but did not issue RIF notices to employees without veterans' preference and with fewer than 20 years of service experience. It appears that HUD made an error here because federal law requires agencies to give retention preference to employees with veterans' preference and more years of service experience. *See* 5 U.S.C. §3502.

15. Because the RIF notices were issued during the furlough, it will be severely prejudicial and harmful to the ability of employees to prepare for these separations if the clock for their notice periods continues to run. The purpose of this notice period is to allow employees to prepare, including by transitioning their work, applying for other jobs within the federal government (which cannot happen during a shutdown) or elsewhere, and arranging the transition of their benefits. Since none of this can happen for an indeterminate amount of time (three weeks into the furlough and counting), it is exceptionally unfair and harmful to let that notice period run out.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true
2  and correct. Executed October 14, 2025, in Bowie, Maryland.

*[signature]*

Ashaki Robinson