STANLEY E. WOODWARD, JR.
Associate Attorney General
BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
EMILY M. HALL
TIBERIUS DAVIS
ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division
CHRISTOPHER R. HALL
Assistant Branch Director
BRAD P. ROSENBERG
Special Counsel
R. CHARLIE MERRITT (VA Bar No. 89400)
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **SUPPLEMENTAL DECLARATION OF STEPHEN BILLY** <br><br> Hearing Date: October 15, 2025 <br> Time: 10:30 a.m. <br> Judge: Hon. Susan Illston <br> Place: San Francisco Courthouse <br> Courtroom 01 |

I, Stephen Billy, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a Senior Advisor at the Office of Management and Budget ("OMB"), Executive Office of the President, headquartered in Washington, D.C.  I have served in this position since January 24, 2025.  This declaration is based on my personal knowledge and information provided to me in my official capacity by others.

2.      On October 10, 2025, in response to the Court's October 7 Order, I submitted a declaration providing information requested by the Court, including:

- the status of any currently planned or in-progress RIF notices to be issued during/because of the government shutdown, including the earliest date that those RIF notices will go out;

- which of the defendant agencies anticipate issuing RIF notices during/because of the government shutdown and the estimated number of employees at the defendant agency who will receive such RIF notices; and

- whether any employees at the defendant agencies have been ordered back to work during the government shutdown in order to effectuate the issuance of RIF notices.

3.      I have been informed that the Court entered another Order on October 10 that requires Defendants to file a supplemental declaration: (1) updating as needed the information provided in my first declaration; and (2) indicating how long a notice period the RIF notices call for prior to separation from employment, for those defendant agencies that have issued RIF notices for the government shutdown.

4.      As noted in my declaration on Friday, the situation involving the lapse in appropriations, and RIFs related to that lapse, is fluid and rapidly evolving.  As such, any numbers provided, while based on the most current information made available to me at the time of my declaration, are subject to change as agencies are continually finalizing their RIF plans. Subject to those constraints, the following table provides an updated accounting of the agencies that have begun issuing RIFs related to the lapse in appropriations, along with estimated numbers of employees at the agencies who may receive such notices and the dates for those notices.  As noted, these numbers are estimates; some of the estimated numbers have changed since Friday, but others have not.

| AGENCY | ESTIMATED EMPLOYEES | RIF NOTICE DATE | EMPLOYEES RECALLED TO PERFORM RIF WORK? |
|---|---|---|---|
| Commerce[1] | approximately 600 | Starting on 10/1/2025 | YES |
| Education | 466 | 10/10/2025 | NO[2] |
| Energy | 179 | 10/10/2025 | NO[3] |
| EPA | 28 | 10/10/2025 | NO[4] |
| HHS | 982[5] | 10/10/2025 | YES |
| HUD | 442 | 10/10/2025 | YES |
| DHS | 54 | 10/11/2025 | YES[6] |

[1] These numbers for the Department of Commerce include the RIF notices that were issued on Wednesday, October 1, those issued Friday, October 10, and all other that are known and anticipated for action at this time.

[2] I understand that Department of Education employees who were performing other excepted work during the lapse in appropriations are also working on RIF activities. The Department of Education has not called anyone back to work at this time but may do so to assist with implementation of the RIF in the future.

[3] I now understand that the Department of Energy issued a general RIF notice informing these employees that they may receive a specific notice in the future if it is determined they will be part of any RIF. I have been informed that the Department of Energy is not currently experiencing a lapse in appropriations, and accordingly has not excepted employees to work on the issuance of RIF notices.

[4] EPA issued a general "intent to RIF" notice notifying employees that they may be affected by a RIF in the future. EPA has not made a final decision as to whether or when to issue RIF notices to some or all of those employees at some point going forward and is currently deliberating regarding those potential plans. EPA has not excepted employees to work on RIF-related activities.

[5] I understand that a further explanation regarding HHS's numbers is provided in a separate supporting declaration from HHS.

[6] My prior declaration stated that DHS had not called anyone back to work on RIF activities, but that DHS may do so to assist with implementation of the RIF in the future. I now understand that DHS recalled certain employees to implement this RIF on October 10 and that they began their RIF-related work on October 11. I also understand that the downward revision to the DHS numbers from what I reported on Friday is a result of DHS's calculations of employees subject to RIFs.

| Treasury | 1377 | 10/10/2025 | NO[7] |

5.      Based on information provided by agencies to OMB to date in response to the OMB Lapse Email, and to me in my official capacity in response to the Court's Orders, it is my understanding that the Defendant agencies who have issued RIF notices related to the lapse in appropriations have provided the following notice periods prior to separation from employment:

| AGENCY | RIF NOTICE PERIOD |
|---|---|
| Commerce | 60 days |
| Education | 60 days |
| Energy | Energy issued a general RIF notice informing 179 employees that they may receive a specific notice in the future if it is determined they will be part of any RIF.  If so, that notice would provide the relevant notice period. |
| EPA | The EPA's general "intent to RIF" notices provide that formal RIF notices will be issued to any affected employees at least 60 days prior to the effective date. |
| HHS | 60 days |
| HUD | 60 days |
| DHS | 60 days |
| Treasury | 60 days |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

---

[7] My prior declaration stated that Treasury employees had been recalled to perform work on RIF activities.  I now understand that the Treasury employees who primarily worked on RIF activities are currently being funded by alternative sources of funding and were thus exempt from the current lapse in appropriations.  I also understand that some Treasury employees who were performing other excepted work during the lapse in appropriations also performed some incidental work on the RIF activities.

Dated: October 14, 2025

/s/   Stephen  Billy
Stephen Billy