UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>    Defendants. | Case No. 25-cv-08302-SI |

**NOTICE REGARDING VIDEO RECORDING**

A request has been made to video record the October 15, 2025 Motions for Temporary Restraining Orders in this case pursuant to General Order 65, Cameras in the Courtroom Pilot Project.

(X)  All parties have consented to the video recording of the proceeding; unless otherwise ordered by the presiding judge, the proceeding will be video recorded as part of the Pilot Project. See cand.uscourts.gov/cameras for more information.

( )  At least one party has opposed the request to video record and/or the Court has denied the request; the proceeding will not be video recorded.

Dated: October 15, 2025                                           Mark B. Busby, Clerk of Court

_____
Signature of Clerk or Deputy Clerk