# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** October 15, 2025 | **Time:** 10:37 – 11:34  57 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 25-cv-08302-SI | **Case Name:** American Federation Of State County And Municipal Employees, AFL-CIO, et al. v. United States Office of Management and Budget, et al. | |

**Attorney for Plaintiff:** Danielle Leonard, Stacey Leyton, Barbara Chisholm, Alica Wang, Talia Stender, Jenny Kneedler
**Attorney for Defendant:** Elizabeth Hedges

**Deputy Clerk:** Esther Chung      **Court Reporter:** April Brott

# PROCEEDINGS

Motion for Temporary Restraining Orders (Dkts. 17, 38) Hearing – Held.

# SUMMARY

The Court provided its tentative ruling along with the reasoning and evidence for the tentative. The Government was questioned by the Court about the merits of the case, the Government stated that they were not prepared to argue about the merits. The Court confirmed with the Government that the Government would not be presenting information or argument regarding the merits.

The parties presented oral arguments and rebuttals. The Court affirmed its tentative ruling and issued an oral temporary restraining and said that a written order would be issued.

The parties are to meet and confer to provide a mutually agreeable date for the preliminary injunction hearing. The Court will then set a briefing schedule based off of the hearing date. The Government confirmed that they will pick a date by the end of today for this hearing.