Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 3:25-cv-08302-SI<br><br>**DECLARATION OF DANIELLE LEONARD IN SUPPORT OF PLAINTIFFS' REQUEST FOR URGENT STATUS CONFERENCE AND FURTHER RELIEF** |

# DECLARATION OF DANIELLE LEONARD

I, Danielle Leonard, declare as follows:

1. I am over 18 years of age and competent to give this declaration. I am a partner at Altshuler Berzon LLP and counsel of record for all Plaintiffs in this case. I make this declaration on person knowledge of the facts stated here and if called as a witness in this action, I could and would testify competently to these facts.

2. Early on October 16, 2025, counsel for Plaintiffs learned from multiple credible sources that the U.S. Department of Interior was actively preparing a large-scale reduction in force (RIF) to terminate thousands of employees to commence Monday, October 20, 2025. This immediately raised concerns regarding compliance with this Court's order. The sources included a journalist who claimed to have inside sources at the Department working on this RIF.

3. I therefore sent counsel for Defendants the following message:

> We have received credible information from multiple sources that the Department of the Interior is planning to move forward with a widespread RIF starting on Monday, October 20, 2025. Please confirm either that 1) DOI is not going to issue any RIF notices next week; 2) If DOI is moving forward, on which date will it begin issuing RIF notices; and 3) if DOI is moving forward, exactly how DOI intends to comply with Judge Illston's TRO, including a) the offices and programs that are subject to this RIF; and b) how DOI is identifying and excluding offices and programs that employ any of Plaintiffs' members or bargaining units. If you cannot provide this information by the close of business today, pacific time, we intend to seek relief tomorrow from the Court.

A true and correct copy of my October 16 email and Defendants' response is attached hereto as Ex. A.

4. Counsel for Defendants did not confirm or deny the RIF plans or provide the requested information to confirm compliance with this Court's TRO. Counsel responded:

> Counsel – consistent with the Court's order, we will produce the required information tomorrow.

Ex. A.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed October 14, 2025, in San Francisco, California.

_____
Danielle Leonard

# Exhibit A

**From:** Hedges, Elizabeth T (CIV) <Elizabeth.T.Hedges@usdoj.gov>
**Sent:** Thursday, October 16, 2025 1:31 PM
**To:** Danielle Leonard <dleonard@altshulerberzon.com>; Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>; Merritt, Robert C. (CIV) <Robert.C.Merritt@usdoj.gov>
**Cc:** Talia Stender <tstender@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Stacey Leyton <sleyton@altshulerberzon.com>; Alice Wang <awang@altshulerberzon.com>
**Subject:** RE: AFGE v. OMB (3:25-cv-08302-SI) Urgent re: DOI

Counsel – consistent with the Court's order, we will produce the required information tomorrow.

**Elizabeth** (Betsey) **Hedges**
Counsel to the Assistant Attorney General, Civil Division
U.S. Department of Justice
(202) 616-0929 | (771) 209-1978
Elizabeth.T.Hedges@usdoj.gov

**From:** Danielle Leonard <dleonard@altshulerberzon.com>
**Sent:** Thursday, October 16, 2025 2:03 PM
**To:** Hedges, Elizabeth T (CIV) <Elizabeth.T.Hedges@usdoj.gov>; Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>; Merritt, Robert C. (CIV) <Robert.C.Merritt@usdoj.gov>

**Cc:** Talia Stender <tstender@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Stacey Leyton <sleyton@altshulerberzon.com>; Alice Wang <awang@altshulerberzon.com>
**Subject:** [EXTERNAL] RE: AFGE v. OMB (3:25-cv-08302-SI) Urgent re: DOI

Counsel-

We have received credible information from multiple sources that the Department of the Interior is planning to move forward with a widespread RIF starting on Monday, October 20, 2025. Please confirm either that 1) DOI is not going to issue any RIF notices next week; 2) If DOI is moving forward, on which date will it begin issuing RIF notices; and 3) if DOI is moving forward, exactly how DOI intends to comply with Judge Illston's TRO, including a) the offices and programs that are subject to this RIF; and b) how DOI is identifying and excluding offices and programs that employ any of Plaintiffs' members or bargaining units. If you cannot provide this information by the close of business today, pacific time, we intend to seek relief tomorrow from the Court.

Thank you,
Danielle

Danielle Leonard
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
(415) 421-7151
Pronouns: she/her

**ALTSHULER BERZON LLP**

*This email message and any attached documentation are for the sole use of the intended recipient(s) and may contain privileged or otherwise confidential information. If the reader or recipient of this communication is not the intended recipient or someone authorized to receive the message for the intended recipient, please notify the sender immediately by reply email or telephone, and delete the original communication and any attached documentation without copying or disclosing the contents. Any unauthorized review, use, copying, disclosure, or distribution of this communication and any attached documentation is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. Any advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, as tax advice. Issues regarding taxation or tax law should be referred to the intended recipient's tax advisor.*