UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 25-cv-08302-SI<br><br>**ORDER RE PLAINTIFFS' URGENT REQUEST**<br><br>Re: Dkt. No. 59 |

The Court is in receipt of plaintiffs' urgent request for a status conference and further relief. Dkt. No. 59. The Court **SETS** a status conference for **October 17, 2025, at 3:00 p.m. PDT by Zoom webinar**. The deadline for disclosure of planned RIFs and the manner in which defendants intend to comply with the TRO is **ADVANCED** from October 17, 2025, at 5:00 p.m. PDT to **October 17, 2025, at 11:00 a.m. PDT**. Dkt. No. 56 at 6.

**IT IS SO ORDERED**.

Dated: October 16, 2025

SUSAN ILLSTON
United States District Judge