1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.; <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT** |
|---|---|

1  Good cause having been shown, the Court grants Plaintiffs' Motion for Leave to Amend
2  Complaint.
3  IT IS SO ORDERED.

5  Dated: _____, 2025    _____
                                          The Honorable Susan Illston
6                                         United States District Court Judge

28 [PROPOSED] ORDER GRANTING PLS' MOT FOR LEAVE TO AMEND COMPLAINT,
   No. 3:25-cv-08302-SI

1