STANLEY E. WOODWARD, JR.
Associate Attorney General
BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
EMILY M. HALL
TIBERIUS DAVIS
ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division
CHRISTOPHER R. HALL
Assistant Branch Director
BRAD P. ROSENBERG (D.C. Bar No. 467513)
Special Counsel
R. CHARLIE MERRITT
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-3374
Email: brad.rosenberg@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **DEFENDANTS' NOTICE OF FILING OF AGENCY DECLARATIONS** <br><br> Hearing Date: October 28, 2025 <br> Time: 10:30 a.m. <br> Judge: Hon. Susan Illston <br> Place: San Francisco Courthouse <br> Courtroom 01 |

Defendants' Notice of Filing of Agency Declarations
3:25-cv-08302-SI

On October 15, 2025, this Court entered a Temporary Restraining Order requiring Defendants to, *inter alia*, file "an accounting of all RIFs, actual or imminent, that are enjoined by this TRO, including but not limited to a description of the agency that imposed or is planning to impose the enjoined RIF, the number of employees included in the enjoined RIF, and description of the PPAs that Defendants included in the enjoined RIF[;]" and further ordered that "each Defendant shall file a declaration(s) verifying that they have complied with this Order and the steps they have taken to do so." *See* Dkt. No. 56 at 6. In response, Defendants hereby submit the attached declarations from the Defendant agencies.[1]

Dated: October 17, 2025

Respectfully submitted,

STANLEY E. WOODWARD, JR.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

EMILY M. HALL
TIBERIUS DAVIS
ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
(D.C. Bar No. 467513)
Special Counsel
R. CHARLIE MERRITT
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch

---

[1] Undersigned counsel is still awaiting a declaration from the Department of Energy. Counsel also anticipates filing a supplemental declaration from the Department of Interior. Counsel for Defendants will file those declarations as soon as they are available.

1100 L Street, NW
Washington, DC  20005
Phone: (202) 514-3374
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

Defendants' Notice of Filing of Agency Declarations
3:25-cv-08302-SI