STANLEY E. WOODWARD, JR.
Associate Attorney General
BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
EMILY M. HALL
TIBERIUS DAVIS
ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division
CHRISTOPHER R. HALL
Assistant Branch Director
BRAD P. ROSENBERG
Special Counsel
R. CHARLIE MERRITT (VA Bar No. 89400)
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 3:25-cv-08302-SI<br><br>**DECLARATION OF KELLY ELLIOTT**<br><br>Hearing Date: October 28, 2025<br>Time: 10:30 a.m.<br>Judge: Hon. Susan Illston<br>Place: San Francisco Courthouse<br>Courtroom 01 |

Pursuant to 28 U.S.C. § 1746, I, Kelly Elliott, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Chief Human Capital Officer at the National Aeronautics and Space Administration (NASA). I have held that position since December 2023, after being named as NASA's Acting Chief Human Capital Officer in February 2023. I have worked at NASA since 2005, and the principal responsibilities of each of my NASA roles during that time have related to human capital and/or human resources.

2. In my role as the Chief Human Capital Officer at NASA, I am responsible for leading the human capital practices that support NASA's workforce. The office I lead has responsibility for tracking and recording personnel actions at NASA, as well as overseeing Reductions-in-Force (RIFs), RIF policies, and RIF planning. My office also assists in ensuring that all personnel actions comply with court orders and federal law.

3. I understand that Plaintiffs in this lawsuit include two national unions, American Federation of Government Employees, AFL-CIO (AFGE); American Federation of State County and Municipal Employees, AFL-CIO, and two local California-based chapters, AFGE Local 1236 and AFGE Local 3172.

4. I am aware of and have reviewed the October 15, 2025, temporary restraining order (TRO) issued by the Court in this action.

5. I make this declaration in response to the TRO, which granted Plaintiffs temporary injunctive relief and restrained certain Defendants from taking specified actions related to RIFs.

6. The Court's TRO provides that Defendants are restrained from:

    1) taking any action to issue any Reduction in Force ("RIF") notices to federal employees in any PPA (program, project, or activity) that includes any

bargaining unit or member represented by any Plaintiff during or because of the federal government shutdown, including but not limited to by taking any action to implement or enforce the OMB Lapse Memorandum (dated September 24, 2025), the portions of the related OPM Guidance for Shutdown Furloughs (as revised September 28, 2025), the related OPM "Special Instructions for Agencies Affected by a Possible Lapse in Appropriations Starting on October 1, 2025" (dated September 28, 2025), or any other decision or directive that purports to authorize or require issuance of RIF notices during a shutdown;

2) taking any further action to administer or implement any RIF notices already issued beginning on October 10, 2025 to federal employees in any PPA (program, project, or activity) that includes any bargaining unit or member represented by any Plaintiff, including but not limited to by requiring federal employees to perform work to further administer or implement RIF notices and by enforcing or counting any days towards any period of notice with respect to those notices (i.e., the effective date of the RIF shall be stayed and Defendants shall therefore toll the running of all RIF notice periods).

7. The TRO also requires Defendants to report certain information by 11:00 A.M. PDT on October 17, 2025.

   a. Defendants shall serve and file an accounting of all RIFs, actual or imminent, that are enjoined by this TRO, including but not limited to a description of the agency that imposed or is planning to impose the enjoined RIF, the number of employees included in the enjoined RIF, and description of the PPAs that Defendants included in the enjoined RIF.

   b. each Defendant shall file a declaration(s) verifying that they have complied with this Order and the steps they have taken to do so.

8. NASA has not issued and has not planned to issue any RIF notices implicated by the Court's TRO. In other words, NASA has no actual or imminent RIFs that the TRO enjoins. Moreover, NASA will not proceed to issue, administer, or implement any RIFs or RIF notices prohibited by the TRO for as long as the TRO remains in force, absent an order from a higher court providing relief.

9. Below I describe the steps that NASA has taken to comply with the TRO. I received notice of the TRO on October 15, 2025, and I have reviewed the TRO carefully. In

Declaration of Kelly Elliott
3:25-cv-08302-SI

2

addition, I have circulated a copy of the TRO to my direct reports and to relevant NASA leadership.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: October 17, 2025

**Kelly Elliott**

Digitally signed by Kelly Elliott
Date: 2025.10.17 10:15:26 -04'00'

Kelly Elliott
Chief Human Capital Officer
National Aeronautics and Space Administration

Declaration of Kelly Elliott
3:25-cv-08302-SI

3