Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME TO HEAR PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT** <br><br> Civil Local Rule 6-3 |

## MOTION

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rules 6-3 and 7-11, Plaintiffs bring this Administrative Motion to Shorten Time for briefing and hearing on Plaintiffs' Motion for Leave to Amend Complaint. Specifically, Plaintiffs respectfully request that the Motion for Leave be heard as soon as the Court's schedule permits in light of exigent circumstances, including the accompanying Urgent Ex Parte Motion to Modify TRO to apply to the new Plaintiffs proposed to be added in the Second Amended Complaint.

Plaintiffs submit that good cause exists to grant this request in light of the facts and circumstances set forth in Plaintiffs' accompanying Motion for Leave to Amend, Urgent Ex Parte Motion to Modify the TRO, and accompanying documents, as well as the complete record of this case, including that the following:

- On October 15, 2025 this Court granted a TRO that stayed further reduction-in-force (RIF) notices and implementation of existing RIF notices by Defendants with respect to any program, project, or activity that includes any bargaining unit or member represented by any of the existing AFGE and AFSCME Plaintiffs (ECF 56);

- On October 16, 2025, Plaintiffs learned that at least the Department of Interior (DOI) may be planning large-scale additional RIFs commencing as early as Monday, October 20, 2025 (ECF 59);

- Defendants refused to answer Plaintiffs' questions confirming or denying whether such RIFs were planned at DOI (ECF 59-1, Ex. A);

- Each of the new Plaintiffs represents employees at DOI (as well as other Federal Defendant Agencies, including some Federal Defendant Agencies that issued RIF notices beginning October 10, 2025) (see accompanying Urgent Ex Parte Motion to Modify TRO and supporting documents).

Plaintiffs will be substantially prejudiced if Plaintiffs' Administrative Motion to Shorten Time is not granted. The circumstances are such that Plaintiffs seek immediate injunctive relief in the form of modifying the current TRO to extend its relief to new Plaintiffs in order to protect them from imminent harm, for all the same reasons the TRO was granted with respect to the existing Plaintiffs.

Resolving the motion for leave to amend on the regular motion schedule would subject these employees to ongoing irreparable harm and the passage of time could well moot the requested relief. Plaintiffs also wish to join in the existing Plaintiffs' motion for preliminary injunction, currently due Tuesday, October 21, 2025, to be heard October 28, 2025. A ruling on the regular motions schedule would not issue sufficiently in advance of that hearing to allow the full presentation of evidence and grant of necessary relief.

Pursuant to Civil Local Rule 6-3, Plaintiffs provided notice to Defendants and sought their position. If this motion to shorten time is granted, this will be the first schedule modification in the case, whether by stipulation or court order. The shortened time frame for Plaintiffs' Motion for Leave will not affect any other deadlines in this case.

Based on the foregoing showing of good cause, Plaintiffs respectfully request that the Court grant the request for an order shortening time to hear Plaintiffs' Motion for Leave.

Dated: October 17, 2025                    Respectfully submitted,

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard
Alice X. Wang
Robin S. Tholin
Talia Stender
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

By: */s/ Danielle Leonard*

*Attorneys for All Plaintiffs*

Elena Goldstein (pro hac vice)
Jennie Kneedler (pro hac vice)
DEMOCRACY FORWARD FOUNDATION

P.O. Box 34553
Washington, DC 20043
Tel: (202) 322-1959
egoldstein@democracyforward.org

*Attorneys for All Plaintiffs*


Norman L. Eisen (pro hac vice)
Craig Becker (pro hac vice)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@democracydefenders.org
Craig@democracydefenders.org

*Attorneys for All Plaintiffs*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT
EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

*Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*


Teague Paterson (SBN 226659)
AMERICAN FEDERATION OF STATE,
COUNTY, AND MUNICIPAL EMPLOYEES,
AFL-CIO
1625 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Yvette M. Piacsek*
NATIONAL FEDERATION OF FEDERAL
EMPLOYEES, IAM, AFL-CIO

1225 New York Ave. N.W., Suite 450
Washington, D.C. 20005
Tel: (202)216-4428
ypiacsek@nffe.org

*Attorneys for proposed Plaintiff National Federation of Federal Employees, IAM, AFL-CIO*

Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

*Attorneys for proposed Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

Sarah E. Suszczyk*
NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC.
159 Thomas Burgin Parkway
Quincy, MA 02169
Tel: (617) 376-7239
ssuszczyk@nage.org

*Counsel For proposed Plaintiff National Association of Government Employees, Inc.  (NAGE)*


*Pro hac vice application forthcoming*