1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.; <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME** |

1    Good cause having been shown, the Court grants Plaintiffs' Administrative Motion to Shorten
2    Time to hear Plaintiffs' Motion for Leave to Amend Complaint.
3    IT IS SO ORDERED.

5    Dated: _____, 2025          _____
                                                The Honorable Susan Illston
6                                               United States District Court Judge

28   [PROPOSED] ORDER GRANTING PLS' ADMIN MOT TO SHORTEN TIME,
     No. 3:25-cv-08302-SI