Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 3:25-cv-08302-SI<br><br>**PLAINTIFFS' URGENT *EX PARTE* MOTION TO MODIFY TEMPORARY RESTRAINING ORDER TO ADD PLAINTIFFS NFFE, SEIU, AND NAGE**<br><br>Complaint Filed: September 30, 2025 |

TO ALL DEFENDANTS: PLEASE TAKE NOTICE that Plaintiffs hereby move the Court *ex parte* to modify the temporary restraining order ("TRO") issued on October 15, 2025 (ECF 56) pursuant to Rule 65 of the Federal Rules of Civil Procedure and Rule 65-1 of the Civil Local Rules and this Court's authority to "issue all necessary and appropriate process to postpone the effective date of an agency action or to preserve status or rights," 5 U.S.C. §705, to extend the relief granted in that TRO to Plaintiffs National Federation of Federal Employees ("NFFE"), Service Employees International Union ("SEIU"), and National Association of Government Employees, Inc. ("NAGE") proposed to be added as Plaintiffs in Plaintiffs' Second Amended Complaint, lodged with the Court today.[1]

Plaintiffs provided notice to this Court and to Defendants of their intent to move for this relief in their October 16, 2025 Urgent Request (ECF 59), and again earlier today, Friday, October 16. *See* Declaration of Danielle Leonard.

This motion is made on the following grounds: First, Plaintiffs NFFE, SEIU, and NAGE represent federal employees at Federal Defendant Agencies,[2] and are equally likely as the existing Plaintiffs[3] to prevail on their claims that OMB and OPM have exceeded statutory authority, acted contrary to law, and acted in an arbitrary and capricious manner in issuing the OMB Lapse Memorandum and associated OPM Guidance and Instructions directing federal agencies to engage in RIFs during a federal government shutdown; that OMB, OPM, and Federal Agency Defendants have or will imminently exceed statutory authority, act contrary to law, and act in an arbitrary and

---

[1] Plaintiffs have sought leave of Court to file their Second Amended Complaint for the limited purpose of adding NFFE and SEIU as Plaintiffs.

[2] Defendant Federal Agencies are the departments of Agriculture, Commerce, Defense, Education, Energy, Health and Human Services, Homeland Security, Housing and Urban Development, Justice, Interior, Labor, State, Treasury, Transportation, and Veterans Affairs, as well as the Consumer Product Safety Commission, Environmental Protection Agency, Equal Employment Opportunity Commission, Federal Trade Commission, General Services Administration, Institute of Museum and Library Services, National Aeronautics and Space Administration, National Archives and Records Administration, National Endowment for the Arts, National Endowment for the Humanities, National Gallery of Art, National Science Foundation, National Transportation Safety Board, Nuclear Regulatory Commission, Small Business Administration, Smithsonian Institute, Social Security Administration, and the International Development Finance Corporation.

[3] The Plaintiffs in the Amended Complaint, and named in the TRO issued October 15, are American Federation of Government Employees, AFL-CIO ("AFGE"); American Federation of State County and Municipal Employees, AFL-CIO ("AFSCME"); AFGE Local 1236; and AFGE Local 3172.

1  capricious manner by administering RIFs during shutdown of the federal government; and that these
2  actions of Defendants are *ultra vires* and violate the Administrative Procedure Act ("APA"), 5 U.S.C.
3  §706(2)(A), (C).  Second, Plaintiffs NFFE, SEIU, and NAGE will suffer irreparable injuries just as
4  the existing Plaintiffs will, unless injunctive relief is granted.  And third, the balance of equities and
5  public interest favor injunctive relief.

6        This motion is supported by the accompanying Plaintiffs' Memorandum in Support of Motion
7  to Modify Temporary Restraining Order; the accompanying Declarations; the Second Amended
8  Complaint; and the entire record in this case.

Dated: October 17, 2025                Respectfully submitted,

                              Stacey M. Leyton
                              Barbara J. Chisholm
                              Danielle E. Leonard
                              Alice X. Wang
                              Robin S. Tholin
                              Talia Stender
                              ALTSHULER BERZON LLP
                              177 Post St., Suite 300
                              San Francisco, CA 94108
                              Tel.: (415) 421-7151
                              Fax: (415) 362-8064
                              sleyton@altber.com
                              bchisholm@altber.com
                              dleonard@altber.com
                              awang@altber.com
                              rtholin@altber.com
                              tstender@altber.com

                      By: */s/ Danielle Leonard*

                              *Attorneys for All Plaintiffs*

                              Elena Goldstein (pro hac vice)
                              Jennie Kneeler (pro hac vic)
                              DEMOCRACY FORWARD FOUNDATION
                              P.O. Box 34553
                              Washington, DC 20043
                              Tel: (202) 322-1959
                              egoldstein@democracyforward.org

                              *Attorneys for All Plaintiffs*

Norman L. Eisen (pro hac vice)
Craig Becker (pro hac vice)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@democracydefenders.org
Craig@democracydefenders.org

*Attorneys for All Plaintiffs*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT
EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

*Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson (SBN 226659)
AMERICAN FEDERATION OF STATE,
COUNTY, AND MUNICIPAL EMPLOYEES,
AFL-CIO
1625 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Yvette M. Piacsek*
NATIONAL FEDERATION OF FEDERAL
EMPLOYEES, IAM, AFL-CIO
1225 New York Ave. N.W., Suite 450
Washington, D.C. 20005
Tel: (202)216-4428
ypiacsek@nffe.org

*Attorneys for proposed Plaintiff National Federation of Federal Employees, IAM, AFL-CIO*

Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

*Attorneys for proposed Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

Sarah E. Suszczyk*
NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC.
159 Thomas Burgin Parkway
Quincy, MA 02169
Tel: (617) 376-7239
ssuszczyk@nage.org

*Counsel For proposed Plaintiff National Association of Government Employees, Inc.  (NAGE)*


*Pro hac vice application forthcoming