Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 3:25-cv-08302-SI<br><br>**PLAINTIFFS' MEMORANDUM IN SUPPORT OF URGENT *EX PARTE* MOTION TO MODIFY TRO TO ADD PLAINTIFFS NFFE, SEIU, AND NAGE**<br><br>Complaint Filed: September 30, 2025 |

National Federation of Federal Employees ("NFFE"), Service Employees International Union ("SEIU"), and National Association of Government Employees, Inc. ("NAGE") move the Court to modify its October 15, 2025 temporary restraining order ("TRO") to extend to SEIU, NFFE, and NAGE the relief granted by the TRO to the existing Plaintiffs.[1] Like AFGE, AFGE Locals 1236 and 3172, and AFSCME, NFFE, SEIU, and NAGE represent federal employees at the Federal Defendant Agencies,[2] including at the federal agencies that began issuing reduction-in-force ("RIF") notices on October 10, 2025, and at the Department of the Interior ("DOI"), which appears poised to issue RIF notices as early as October 20, 2025.

## BACKGROUND

SEIU and its affiliates, including NAGE, represent more than 80,000 federal employees at the following Federal Defendant Agencies: the Departments of Defense, Health and Human Services, the Interior, Veterans Affairs, and the Environmental Protection Agency. Medina Decl. ¶9; Sutton Decl. ¶ 10. Those employees face the same types of irreparable harm caused by Defendants' actions as the employees represented by the original Plaintiffs in this case. *See generally* Medina Decl.; Sutton Decl.

NFFE and its affiliates represent more than 110,000 federal employees at the following Defendant agencies: the Departments of Agriculture, Commerce, Defense, Housing and Urban Affairs, the Interior, State, Transportation, Veterans Affairs, and the General Services Administration. Erwin Decl. ¶5. Those employees face the same types of irreparable harm caused

---

[1] Existing Plaintiffs, which are named in the TRO, are American Federation of Government Employees, AFL-CIO ("AFGE"); American Federation of State County and Municipal Employees, AFL-CIO ("AFSCME"); AFGE Local 1236; and AFGE Local 3172.

[2] Defendant Federal Agencies are the departments of Agriculture, Commerce, Defense, Education, Energy, Health and Human Services, Homeland Security, Housing and Urban Development, Justice, Interior, Labor, State, Treasury, Transportation, and Veterans Affairs, as well as the Consumer Product Safety Commission, Environmental Protection Agency, Equal Employment Opportunity Commission, Federal Trade Commission, General Services Administration, Institute of Museum and Library Services, National Aeronautics and Space Administration, National Archives and Records Administration, National Endowment for the Arts, National Endowment for the Humanities, National Gallery of Art, National Science Foundation, National Transportation Safety Board, Nuclear Regulatory Commission, Small Business Administration, Smithsonian Institute, Social Security Administration, and the International Development Finance Corporation.

1  by Defendants' actions as the employees represented by the original Plaintiffs in this case. *See*
2  *generally* Erwin Decl.
3        As particularly relevant here, SEIU, NAGE, and NFFE represent substantial numbers of
4  employees at DOI, which is likely to issue further RIF notices to employees as soon as Monday,
5  October 20.  ECF 59-1 ¶¶2-4; Erwin Decl. ¶5, 12; Medina Decl. ¶9, 13; Sutton Decl. ¶10, 15.
6        Plaintiffs moved for leave to amend to file a Second Amended Complaint adding SEIU,
7  NFFE, and NAGE as Plaintiffs as soon as possible after learning that DOI appeared poised to issue
8  RIF notices commencing October 20 and counsel for Defendants refused to confirm or deny this, or
9  to provide assurances as to how such RIF notices, if issued, would comply with the Court's TRO.
10 ECF 59-1.

## DISCUSSION

12       Plaintiffs incorporate the legal arguments set forth in Plaintiffs' Memorandum in Support of
13 Motion for Temporary Restraining Order (ECF 17-1) and Reply in Support that Motion (ECF 47) as
14 if set forth herein.  Plaintiffs NFFE, SEIU and NAGE are equally likely to prevail on the merits of
15 their claims as existing Plaintiffs and face similar irreparable harm to that faced by existing Plaintiffs,
16 and the balance of equities favors issuing a TRO that protects the employees represented by NFFE,
17 SEIU, and NAGE.  *See* ECF 56.  Defendants will suffer no prejudice from issuance of a TRO, which
18 will serve the public interest.  *See id.*

## CONCLUSION

20       Plaintiffs therefore respectfully request that this Court modify its October 15, 2025 TRO to
21 extend the relief set forth therein to NFFE, SEIU, and NAGE.

23 Dated: October 17, 2025            Respectfully submitted,

                                                Stacey M. Leyton
                                                Barbara J. Chisholm
                                                Danielle E. Leonard
                                                Alice X. Wang
                                                Robin S. Tholin
                                                Talia Stender
                                                ALTSHULER BERZON LLP

177 Post St., Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

By: */s/ Danielle Leonard*

*Attorneys for All Plaintiffs*

Elena Goldstein (pro hac vice)
Jennie Kneedler (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 322-1959
egoldstein@democracyforward.org

*Attorneys for All Plaintiffs*

Norman L. Eisen (pro hac vice)
Craig Becker (pro hac vice)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@democracydefenders.org
Craig@democracydefenders.org

*Attorneys for All Plaintiffs*
Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT
EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

*Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson (SBN 226659)
AMERICAN FEDERATION OF STATE,
COUNTY, AND MUNICIPAL EMPLOYEES,
AFL-CIO
1625 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

*Yvette M. Piacsek**
NATIONAL FEDERATION OF FEDERAL
EMPLOYEES, IAM, AFL-CIO
1225 New York Ave. N.W., Suite 450
Washington, D.C. 20005
Tel: (202)216-4428
ypiacsek@nffe.org

*Attorneys for proposed Plaintiff National Federation of Federal Employees, IAM, AFL-CIO*

Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL
UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

*Attorneys for proposed Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

Sarah E. Suszczyk*
NATIONAL ASSOCIATION OF GOVERNMENT
EMPLOYEES, INC.
159 Thomas Burgin Parkway
Quincy, MA 02169
Tel: (617) 376-7239
ssuszczyk@nage.org

*Attorneys For proposed Plaintiff National Association of Government Employees, Inc.  (NAGE)*

*Pro hac vice application forthcoming