Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 3:25-cv-08302-SI<br><br>**DECLARATION OF LEE SUTTON IN SUPPORT OF MOTION TO MODIFY TEMPORARY RESTRAINING ORDER** |

Decl. of Lee Sutton ISO Plaintiffs' Motion to Modify TRO, No. 3:25-cv-08302-SI

|   |   |
|---|---|
| 1 | **DECLARATION OF LEE SUTTON** |
| 2 | I, Lee Sutton, declare as follows: |
| 3 | 1.     I am over 18 years of age and competent to give this declaration. This declaration is |
| 4 | based on my personal knowledge, information, and belief. |
| 5 | 2.     I am the Federal Director with the National Association of Government Employees, |
| 6 | SEIU, Local 5000 (NAGE). NAGE, a national labor organization, is incorporated in the state of |
| 7 | Delaware. NAGE is also an affiliate of the Service Employees International Union. NAGE's national |
| 8 | headquarters is located at 159 Thomas Burgin Parkway, Quincy, Massachusetts, 02169. I have served |
| 9 | as Federal Director since November 2017. Professionally, I am known as Lee Blackmon. My office is |
| 10 | located at 1020 North Fairfax Street, Suite 200, Alexandria, Virginia 22314. |
| 11 | 3.     I am familiar with the broad range of work performed by NAGE federal |
| 12 | members through my work, materials I have reviewed, and information made available to |
| 13 | me pursuant to my duties at NAGE. President Trump's plan to drastically |
| 14 | downsize or eliminate federal agencies, cut potentially hundreds of thousands of jobs, slash programs |
| 15 | and services, shutter offices and |
| 16 | departments, and terminate contracts will detrimentally impact NAGE, our local units and affiliates, |
| 17 | our members, and our communities. |
| 18 | 4.     NAGE and its local units and affiliates represent over 100,000 federal, state, |
| 19 | municipal, and private sector employees across the United States. |
| 20 | 5.     In California, I estimate that NAGE represents approximately 8,000 employees who |
| 21 | are employed by the Department of Defense and the Department of Veterans Affairs. In the Northern |
| 22 | District of California, NAGE represents approximately 350 Army and Navy civilian bargaining unit |
| 23 | employees, who are based at multiple locations, including NSA Monterey, Moffett Field, Camp |
| 24 | Parks, Fort Hunter Liggett, and Parks Reserve Forces Training Area. These bargaining unit |
| 25 | employees hold various positions or fields, including public works, facilities management, |
| 26 | administration, accounting, budget analysis, logistics management, and many others. |
| 27 | 6.     Founded in 1961, NAGE's mission statement is as follows: We are the National |
| 28 | Association of Government Employees (NAGE), an organization of members united by the belief in |

the dignity and worth of workers and the services they provide and dedicated to improving the lives of workers and their families and creating a more just and humane society. We are public workers (federal, state, county, and municipal), police officers, firefighters, correctional officers, health care workers (nurses, paramedics, and emergency medical technicians), office workers, professional workers, and allied workers. We seek a stronger union to build power for ourselves and to protect the people we serve. We are people of every race, ethnicity, national origin, religion, age, physical ability, gender, gender identity, and sexual orientation. We are the standard-bearers in the struggle for social and economic justice begun nearly half a century ago by shipyard workers who dared to dream beyond their daily hardships and to organize for economic security, dignity, and respect.

7. Accordingly, NAGE supports workers in organizing their workplaces and helps workers enforce their rights through agencies at the state and federal levels. As the exclusive representative for our bargaining units, NAGE, its local units, and affiliates, support workers in negotiating collective bargaining agreements (CBAs) that govern their wages and working conditions and in enforcing those agreements.  NAGE also advocates for local, state, and federal laws, regulations, policies, and programs that advance our members' interests.

8. NAGE provides services to its federal local members and employees in the form of workplace representation, including, but not limited to, *Weingarten* representation, representation in disciplinary-related matters, grievance handling, mediation, arbitration, representation in formal discussions, and collective bargaining over terms and conditions of employment, representation related to claims of EEO discrimination and whistleblower reprisal, and legal representation.

9. To provide support to NAGE's federal locals and members, NAGE employs staff that includes regional representatives, in-house and contract attorneys, communications specialists, legislative specialists, administrative support personnel, and other professionals.

10. Employees represented by NAGE, its local units and affiliates work at many federal agencies, including but not limited to: the Department of the Interior (DOI), the Department of Health and Human Services (HHS), the Department of Defense (DOD), the Department of Veterans Affairs (VA), and the Environmental Protection Agency (EPA).

11. NAGE members include groundskeepers, janitorial staff, cashiers, warehouse workers, childcare providers, drivers, administrative staff, healthcare providers, contract specialists, information technology specialists, technicians, engineers, support personnel, first responders, and many others.

12. On or around September 24, 2025, NAGE learned through news reports that the Office of Management and Budget (OMB) is directing federal agencies to conduct RIFs during the anticipated government shutdown. Since then, we have also been aware, through press reports of the statements by the President, OMB Director Russell Vought, and others in the Administration, that layoffs during the shutdown will be targeted at perceived political opponents, including agencies and programs favored by "Democrats." On October 1, 2025, the government shutdown began.

13. Many of the federal employees represented by NAGE and its affiliates have been furloughed and have gone without pay since October 1. Others are working without pay as excepted employees.

14. On October 10, 2025, I became aware through press reports that OMB announced that the RIFs of federal employees during the shutdown had begun. I understand that Defendants in this case have reported that RIF Notices have been issued at eight agencies, and that RIFs are now being prepared at others.

15. I estimate that NAGE represents several hundred DOI employees in local units throughout the country. I understand that DOI is an agency that is potentially preparing RIF Notices that could be issued as early as Monday, October 20.

16. If DOI or other agencies at which NAGE represents employees issue RIF notices during the government shutdown, these notices will cause widespread harm. A RIF notice is an enormous event in the life of a federal worker, with personal, economic, and even legal implications. This is particularly so in the current climate of downsizing and reducing the federal workforce. Whereas federal workers who were subject to a RIF previously could typically compete for other federal jobs with federal benefits, and thereby try to continue their federal careers, that is exponentially more difficult now. Receiving a RIF notice now most likely means your federal career is over, and you must seek another job outside federal employment.

17. Receiving a RIF notice now is just one more harmful action targeted at the workforce that has already been harmed by a very difficult year for federal employees because of their treatment by this Administration, which has included numerous actions intended to make employees suffer. Issuing further RIF notices will cause additional stress and emotional harm.

18. In addition, laying off employees during the shutdown—while the vast majority of employees are furloughed—all but guarantees delays in notification, or that employees may not be notified at all, because the agencies tend to send these notices to work emails, which employees may not be reviewing. Employees also will likely not have access to the staff needed to correct errors or assist them with the transition during the shutdown, losing valuable time intended by the notice period.

19. In addition, laying off employees during the shutdown all but guarantees delays in notification, or that employees may not be notified at all because the agencies tend to send these notices to work emails, which employees may not be reviewing. Employees will likely not have access to the staff needed to correct errors or assist them with the transition during the shutdown, losing valuable time intended by the notice period.

20. Our employees understand that, as federal employees, they are not bringing their own politics to work. They understand the restrictions on political or partisan statements as part of their work. It is particularly insulting to federal employees who adhere to these rules that the President and his political appointees choose to believe they do not apply to them. It is particularly insulting to federal employees that they are being told that their jobs are being taken away because they work for agencies that the Administration has decided are affiliated with one party or the other.

21. In sum, these RIF notices will have come at a very difficult time, when employees already are largely not being paid, and after the difficult year that has tested the commitment of those employees who remain, who are, in my experience, dedicated, hard-working public servants. These RIFs also appear to be directed at work that is important to the mission, functions, and effectiveness of the agencies they are trying to dismantle.

22. President Trump's plans to use the shutdown to try to eliminate jobs held by our members pose significant risks to NAGE members across agencies. When NAGE members lose jobs,

NAGE loses members. Membership losses deplete resources used to represent members individually, to support the negotiation, bargaining, and enforcement of strong CBAs. These losses also require the deployment of resources to support laid-off workers.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed October 17, 2025, in Clinton, Maryland.

_____
Lee Sutton