Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **DECLARATION OF DANIELLE LEONARD IN SUPPORT OF PLAINTIFFS' URGENT EX PARTE MOTION TO MODIFY TRO** |

**DECLARATION OF DANIELLE LEONARD**

I, Danielle Leonard, declare as follows:

1. I am a member in good standing of the State Bar of California and the bar of this Court. I represent all Plaintiffs in this action. This declaration is based on my personal knowledge, information, and belief. I also make this declaration pursuant to Local Rul 65-1(a)(5) regarding notice of the accompanying Urgent Ex Parte Motion to Modify TRO ("Motion").

2. On October 16, 2025, Plaintiffs filed a Urgent Request for Status Conference Re Compliance with TRO and for Further Relief (ECF 59). That Request explained, among other things, that Plaintiffs intended to file today a motion to for leave to amend the complaint to add new union Plaintiffs, along with "an emergency request to expand the TRO to protect the employees that those Unions represent." *Id*.

3. On October 16, 2025, I emailed all counsel of record for Defendants to ask for Defendants' position with respect to the motion for leave to amend the complaint to add these new Plaintiffs. I have received no response with Defendants' position.

4. The morning of October 17, 2025, I again emailed all counsel of record for Defendants to provide further notice of Plaintiffs' intent to file today a motion for leave to filed an amended complaint and to modify the TRO to include those new union plaintiffs added by the amended complaint, and to have these motions heard on shortened time. I have received no response with Defendants' position.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed October 17, 2025, in San Francisco, California.

_____
Danielle Leonard