STANLEY E. WOODWARD, JR.
Associate Attorney General
BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
EMILY M. HALL
TIBERIUS DAVIS
ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division
CHRISTOPHER R. HALL
Assistant Branch Director
BRAD P. ROSENBERG (D.C. Bar No. 467513)
Special Counsel
R. CHARLIE MERRITT
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-3374
Email: brad.rosenberg@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **DEFENDANTS' SUPPLEMENTAL NOTICE OF FILING OF AGENCY DECLARATIONS** <br><br> Hearing Date: October 28, 2025 <br> Time: 10:30 a.m. <br> Judge: Hon. Susan Illston <br> Place: San Francisco Courthouse <br> Courtroom 01 |

1    Pursuant to Footnote 1 in Defendants' Notice of Filing of Agency Declarations, ECF No. 62,

2    Defendants hereby file a declaration from the Department of Energy.

3

4    Dated: October 17, 2025                    Respectfully submitted,

5
                                               STANLEY E. WOODWARD, JR.
6                                              Associate Attorney General

7                                              BRETT A. SHUMATE
                                               Assistant Attorney General
8                                              Civil Division

9                                              ERIC J. HAMILTON
10                                             Deputy Assistant Attorney General

11                                             EMILY M. HALL
                                               TIBERIUS DAVIS
12                                             ELIZABETH HEDGES
                                               Counsel to the Assistant Attorney General
13                                             Civil Division

14                                             CHRISTOPHER R. HALL
15                                             Assistant Branch Director

16                                             */s/ Brad P. Rosenberg*
17                                             BRAD P. ROSENBERG
                                               (D.C. Bar No. 467513)
18                                             Special Counsel
                                               R. CHARLIE MERRITT
19                                             Senior Counsel
                                               U.S. Department of Justice
20                                             Civil Division, Federal Programs Branch

21                                             1100 L Street, NW
22                                             Washington, DC  20005
                                               Phone: (202) 514-3374
23                                             Email: brad.rosenberg@usdoj.gov

24                                             *Attorneys for Defendants*

25

26

27

28

Defendants' Supplemental Notice of Filing of Agency Declarations
3:25-cv-08302-SI