STANLEY E. WOODWARD, JR.
Associate Attorney General
BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
EMILY M. HALL
TIBERIUS DAVIS
ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division
CHRISTOPHER R. HALL
Assistant Branch Director
BRAD P. ROSENBERG (D.C. Bar No. 467513)
Special Counsel
R. CHARLIE MERRITT
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-3374
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 3:25-cv-08302-SI<br><br>**DEFENDANTS' SECOND SUPPLEMENTAL NOTICE OF FILING OF AGENCY DECLARATIONS**<br><br>Hearing Date: October 28, 2025<br>Time: 10:30 a.m.<br>Judge: Hon. Susan Illston<br>Place: San Francisco Courthouse<br>Courtroom 01 |

Pursuant to Footnote 1 in Defendants' Notice of Filing of Agency Declarations, ECF No. 62, Defendants hereby file a supplemental declaration from the Department of Interior.

| | |
|---|---|
| Dated: October 17, 2025 | Respectfully submitted, |
| | STANLEY E. WOODWARD, JR.<br>Associate Attorney General |
| | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division |
| | ERIC J. HAMILTON<br>Deputy Assistant Attorney General |
| | EMILY M. HALL<br>TIBERIUS DAVIS<br>ELIZABETH HEDGES<br>Counsel to the Assistant Attorney General<br>Civil Division |
| | CHRISTOPHER R. HALL<br>Assistant Branch Director |
| | */s/ Brad P. Rosenberg*<br>BRAD P. ROSENBERG<br>(D.C. Bar No. 467513)<br>Special Counsel<br>R. CHARLIE MERRITT<br>Senior Counsel<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch |
| | 1100 L Street, NW<br>Washington, DC 20005<br>Phone: (202) 514-3374<br>Email: brad.rosenberg@usdoj.gov |
| | *Attorneys for Defendants* |