Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 3:25-cv-08302-SI<br><br>**PLAINTIFFS' INITIAL RESPONSE TO DEFENDANTS' SUBMISSIONS (ECF 62, 66)**<br><br>Complaint Filed: September 30, 2025 |

1      Plaintiffs submit this initial response to Defendants' submissions (ECF 62, 64), to apprise the Court of issues that Plaintiffs plan to raise at the 3:00 p.m. status conference. Plaintiffs request to discuss these issues and any others, including the implications for further relief.

First, Defendants' submissions make clear that at least some agencies are erroneously and narrowly construing the TRO to enjoin RIFs only in programs, projects, and activities where there is a bargaining unit that is presently recognized by the agency in light of Executive Order 14251. *See*, *e.g.*, ECF 62-7. Plaintiffs disagree, and take the position those bargaining units are still represented by the relevant unions. Moreover, the TRO covers programs, projects, and activities "that include[] any bargaining unit *or member* represented by any Plaintiff." Plaintiffs have members even where the agencies have purported to rescind the CBAs pursuant to EO 14251 *and* Plaintiffs have members that are outside of bargaining units. Defendants are aware that Plaintiffs have such members including because they have records of dues deduction in their possession, custody, and control  This is highlighted by differences between the language in declarations submitted by HHS and EPA. *Compare*, *e.g.*, 62-18.

This underinclusive interpretation causes two problems: (1) the failure to disclose imminent RIFs where planning was in progress that are enjoined by the TRO, as the TRO directed (which were not disclosed by any agency other than Interior); and (2) the concern that agencies will impose RIFs going forward on Plaintiffs' members.

Further, the Department of Interior's failure to explain the methodology by which they identified "bargaining units or members represented by Plaintiffs," renders Plaintiffs unable to ascertain from the explanation provided whether Interior was interpreting the TRO like HHS to include those units or whether Interior was including all of Plaintiffs' members. ECF 62-11. That is particularly true in light of the fact that Interior has some components that were covered by EO 14251.

Second, two agencies beyond the eight previously identified (NSF, ECF 62-28 and SBA, ECF 68-31) have revealed that they issued RIF notices after the issuance of the OMB memorandum. They assert that these are unrelated to the shutdown despite the timing. At least the NSF RIF is covered by the terms of the TRO.

1  Third, the Department of Energy's declaration (ECF 66) is factually deficient and does not provide the information ordered by the TRO.

Dated: October 17, 2025

Respectfully submitted,

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard
Alice X. Wang
Robin S. Tholin
Talia Stender
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

By: */s/ Danielle Leonard*

*Attorneys for All Plaintiffs*

Elena Goldstein (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 322-1959
egoldstein@democracyforward.org

*Attorneys for All Plaintiffs*

Norman L. Eisen (pro hac vice)
Craig Becker (pro hac vice)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@democracydefenders.org
Craig@democracydefenders.org

*Attorneys for All Plaintiffs*
Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT
EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

*Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson (SBN 226659)
AMERICAN FEDERATION OF STATE,
COUNTY, AND MUNICIPAL EMPLOYEES,
AFL-CIO
1625 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Yvette M. Piacsek*
NATIONAL FEDERATION OF FEDERAL
EMPLOYEES, IAM, AFL-CIO
1225 New York Ave. N.W., Suite 450
Washington, D.C. 20005
Tel: (202)216-4428
ypiacsek@nffe.org

*Attorneys for Proposed Plaintiff National Federation of Federal Employees, IAM, AFL-CIO*

Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL
UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

*Attorneys for Proposed Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

Sarah E. Suszczyk*

NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC.
159 Thomas Burgin Parkway
Quincy, MA 02169
Tel: (617) 376-7239
ssuszczyk@nage.org

*Attorneys For Proposed Plaintiff National Association of Government Employees, Inc.  (NAGE)*

*pro hac vice applciation forthcoming