STANLEY E. WOODWARD, JR.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

TIBERIUS DAVIS
ELIZABETH HEDGES (DC No. 1657707)
Counsel to the Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Branch Director
BRAD P. ROSENBERG
Special Counsel
R. CHARLIE MERRITT
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
Phone: (202) 616-0929
Email: elizabeth.t.hedges@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **DEFENDANTS' NOTICE OF FILING OF AGENCY DECLARATIONS** <br><br> Hearing Date: October 28, 2025 <br> Time: 10:30 a.m. <br> Judge: Hon. Susan Illston <br> Place: San Francisco Courthouse <br> Courtroom 01 |

On October 15, 2025, this Court entered a Temporary Restraining Order requiring Defendants to, *inter alia*, file "an accounting of all RIFs, actual or imminent, that are enjoined by this TRO, including but not limited to a description of the agency that imposed or is planning to impose the enjoined RIF, the number of employees included in the enjoined RIF, and description of the PPAs that Defendants included in the enjoined RIF." In response, each Defendant submitted a declaration on October 17, 2025. *See* ECF Nos. 62; 62-1 through -34; 66; 66-1; 67; 67-1.

On October 17, 2025, the Court entered a modified TRO and ordered that "by 9:00 a.m. Pacific time on Monday, October 20, 2025, Defendants shall file the 'accounting of all RIFs actual or imminent, that are enjoined by this TRO,' consistent with the clarifications and modification herein, including by providing agency declarations that identify any RIFs that have been or are being planned or prepared to be issued during the federal government shutdown, and including the information required to be included by the provisions of the October 15, 2025 TRO ('a description of the agency . . . , the number of employees included in the enjoined RIF, and description of the PPAs that Defendants included in the enjoined RIF')." ECF 70 at 4 (ellipsis in original). In response, Defendants hereby submit the attached supplemental declarations from three of the Defendant agencies. The remaining Defendant agencies have determined, to the best of their knowledge and based on their investigation to date, that they have no additional information to provide in response to the Court's October 17, 2025, modified TRO, that was not already provided in their October 17, 2025, declarations.

Defendants' Notice of Filing of Agency Declarations
3:25-cv-08302-SI

| | |
|---|---|
| Dated: October 20, 2025 | Respectfully submitted,<br><br>STANLEY E. WOODWARD, JR.<br>Associate Attorney General<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br><br>TIBERIUS DAVIS<br>Counsel to the Assistant Attorney General<br>Civil Division<br><br>CHRISTOPHER R. HALL<br>Assistant Branch Director<br>BRAD P. ROSENBERG<br>Special Counsel<br>R. CHARLIE MERRITT<br>Senior Counsel<br>Civil Division, Federal Programs Branch<br><br>*/s/ Elizabeth Hedges*<br>ELIZABETH HEDGES (DC No. 1657707)<br>Counsel to the Assistant Attorney General<br>Civil Division<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC  20530<br>Phone: (202) 616-0929<br>Email: elizabeth.t.hedges@usdoj.gov<br><br>*Attorneys for Defendants* |

Defendants' Notice of Filing of Agency Declarations
3:25-cv-08302-SI