STANLEY E. WOODWARD, JR.
Associate Attorney General
BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
TIBERIUS DAVIS
ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division
CHRISTOPHER R. HALL
Assistant Branch Director
BRAD P. ROSENBERG
Special Counsel
R. CHARLIE MERRITT (VA Bar No. 89400)
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **SECOND SUPPLEMENTAL DECLARATION OF RACHEL BORRA** <br><br> Hearing Date: October 28, 2025 <br> Time: 10:30 a.m. <br> Judge: Hon. Susan Illston <br> Place: San Francisco Courthouse <br> Courtroom 01 |

Pursuant to 28 U.S.C. § 1746, I, Rachel Borra, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.  I am the Chief Human Capital Officer at the U.S. Department of Interior, headquartered in Washington, D.C. I have served in this position since September 29, 2025.

2.  In my role at Interior, I am responsible for personnel management. I have the responsibility for tracking and recording personnel actions, including Reductions-in-Force (RIFs). I assist in ensuring that all personnel actions comply with court orders and federal law.

3.  I make this declaration, and the preceding October 17, 2025 declaration and October 17, 2025 supplemental declaration, based on my own personal knowledge, on information contained in the records of the Department, or on information provided to me by Department employees.

4.  Plaintiffs in this lawsuit include two national unions, AFGE and AFSCME, and two local California-based chapters, AFGE Local 1236 and AFGE Local 3172.

5.  I am aware of and have reviewed the October 15, 2025, temporary restraining order (TRO) and the October 17, 2025 Order (Modified TRO) issued by the Court in this action.

6.  I make this declaration in response to the Modified TRO, which granted Plaintiffs temporary injunctive relief and restrained Defendants from taking certain actions related to RIFs.

7.  The Court's Order required Defendants to report certain information by 9:00 a.m. PDT on October 20, 2025, requiring Defendants to serve and file:

"the accounting of all RIFs, actual or imminent, that are enjoined by this TRO," consistent with the clarifications and modification herein, including by providing agency declarations that identify any RIFs that have been or are being planned or prepared to be issued during the federal government shutdown, and including the information required to be included by the provisions of the October 15, 2025 TRO ("a description of the agency …, the number of employees included in the enjoined RIF, and description of the PPAs that Defendants included in the enjoined RIF").

8. The Court's Order also granted plaintiffs' motion to extend the relief granted to National Federal of Federal Employees ("NFFE"), Service Employees International Union ("SEIU"), and National Association of Government Employees ("NAGE").

9. I previously submitted a declaration and supplemental declaration on October 17, 2025, stating that Interior had intended on imminently abolishing positions in 68 competitive areas that include members and bargaining unit employees of the plaintiffs at that time, and that:

   a. These 68 competitive areas included 9,943 employees;

   b. Of these 9,943 employees, 2,567 are employees covered by Plaintiffs;

   c. Within the 68 competitive areas, Interior intended to abolish 1,539 positions.

10. Given the Court's October 17, 2025 Order extending the TRO to NFFE, SEIU, and NAGE, I further state that, including NFFE, SEIU, NAGE, and the plaintiffs contemplated in paragraph 4 above, Interior had intended on imminently abolishing positions in 89 competitive areas that include members and bargaining unit employees of the plaintiffs (a term that, for purposes of this declaration, includes NFFE, SEIU, and NAGE) at this time. Further,

   a. These 89 competitive areas included 14,212 employees;

   b. Of these 14,212 employees, 4,833 are employees covered by Plaintiffs (including NFFE, SEIU, and NAGE);

Declaration of Rachel Borra
3:25-cv-08302-SI

    c.   Within the 89 competitive areas, Interior intended to abolish 2,050 positions.

    d.   To be clear, the 89 competitive areas are inclusive of the 68 competitive areas disclosed in my previously submitted October 17, 2025 declaration.

11. In compliance with the October 17, 2025 Order, I submit the attached descriptions of the 89 competitive areas disclosed in paragraph 10 above. *See* Appendix A, *Brief Description of Competitive Areas that Include Members or Bargaining Units of Plaintiffs.*

12. As previously declared, any RIFs contemplated or planned by Interior predated the October 1, 2025 lapse in appropriations and were in no way motivated by or pursuant to the September 24, 2025 Office of Management and Budget or September 28, 2025 Office of Personnel Management guidance on RIFs during a lapse in appropriations.

13. As stated in my prior declaration, Interior has stopped work on RIF notices for competitive areas that include bargaining unit members represented by Plaintiffs as defined in the October 17, 2025 Order, and it will not proceed with any RIFs for competitive areas that include bargaining unit members represented by Plaintiffs as defined in the October 17, 2025 Order for as long as the TRO remains in force, absent an order from a higher court providing relief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 20, 2025

**RACHEL BORRA**
Digitally signed by
RACHEL BORRA
Date: 2025.10.20
11:36:07 -04'00'

Rachel Borra

Chief Human Capital Officer

U.S. Department of Interior

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

# APPENDIX A

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| BUREAU/OFFICE / Function | CAC | Organization | Explanation of Function | Total Employee Count | Covered Total Employee Count | Abolished Position Count |
|---|---|---|---|---|---|---|
| BLM | OR01 | Oregon Washington State Office | The Oregon/Washington Bureau BLM office manages 16.1 million acres of public lands and addresses various functions under a multiple-use mandate and builds partnerships with state agencies, tribal nations, and local communities. | 1493 | 617 | 95 |
| BLM | UT01 | UTAH STATE OFFICE (LLUT00000) | The Utah BLM office oversees energy and mineral resources, including oil and gas leasing and various mining claims across 22.8 million acres | 783 | 177 | 93 |
| BLM | OC01 | National Operation Center | The BLM's National Operations Center in Denver, Colorado, provides operational and technical program support to BLM employees and our stakeholders. The Center's employees and contractors contribute to the overall BLM mission by supporting human resources, information | 177 | 71 | 87 |

2

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| | | | | | | |
|---|---|---|---|---|---|---|
| BLM | CA01 | CALIFORNIA STATE OFFICE (LLCA000000) | technology, geospatial services, finance, and acquisition. The California BLM Office manages vast areas of diverse public lands for multiple uses, including recreation, energy and mineral development, and conservation. | 838 | 657 | 76 |
| BLM | ID01 | IDAHO STATE OFFICE (LLID00000) | Manages nearly 12 million acres of public lands, nearly one-fourth of the state's total land area, for multiple uses. | 840 | 124 | 48 |
| BLM | AZ01 | Arizona State Office | Manages and conserves 12.1 million surface acres of public land and 17.5 million subsurface acres. | 482 | 192 | 41 |
| BLM | CO01 | Colorado State Office | The Colorado BLM office oversees various activities on federal lands, such as leasing oil and gas sites, developing renewable energy and strategic mineral resources, and cleaning up abandoned mines. The BLM provides recreation opportunities like camping, hunting, and hiking, while also ensuring public safety and managing transportation routes. The agency focuses on conservation through ecosystem and fire management, collaborates with communities on | 595 | 17 | 33 |

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| | | | | | | |
|---|---|---|---|---|---|---|
| BLM | HQ05 | Headquarters, Directorate of Information Technology | IT equipment, applications, support, services and innovative solutions that enable BLM employees to collect, report, analyze, and share land and resource data; streamline business processes and transactions with internal and external customers. | 12 | 9 | 1 |
| BOEM | ML0N | Gulf of America Region | Responsible for implementing and managing OCS energy, mineral, and geological programs within the Gulf of America region; resource and environmental evaluations; and leasing activities. Review, approve, and supervise geological and geophysical survey permits, exploration plans, and development and production plans for OCS energy, mineral, and geological resources. | 236 | 172 | 12 |
| BOR | MP01 | Office of the Regional Director | Provides regional office level programmatic, operational, and mission support for carrying out water and natural resource management projects and programs and for producing hydropower. | 215 | 159 | 7 |

land use planning, and protects wild horse and burro herds.

4

Appendix A – Brief Description of 89 Competitive Areas
Borra 2ⁿᵈ Supplemental Declaration
October 20, 2025

| | | | | | |
|---|---|---|---|---|---|
| BOR | 43A | Office of the Columbia-Pacific Northwest Regional Director | CPN Regional Office provides regional office level programmatic, operational, technical, and mission support for carrying out water and natural resource management projects and programs, managing critical infrastructure, managing major construction projects, and producing hydropower. | 241 | 182 | 5 |
| BOR | 45.1 | Area Managers Office - Hoover Dam | Hoover Dam Field Office provides operations and maintenance for Hoover Dam and Powerplant. The Office also oversees mission supports activities and security. | 239 | 206 | 2 |
| BOR | MT01 | Office of the Area Manager - Montana Area Office | Montana Area Office (MTAO) manages Reclamation's facilities and programs in the portion of Montana east of the Continental Divide in drainages that flow into both the St. Mary River Basin (drainage to Hudson Bay), and the Missouri River system (drainage to the Gulf of Mexico). MTAO manages dams, dikes, reservoirs, land, recreation areas, and hydroelectric powerplants. The MTAO also provides oversight to Rural Water System developments. Area Office responsibilities include the | 42 | 33 | 2 |

5

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| | | | | | |
|---|---|---|---|---|---|
| | | operation, maintenance, rehabilitation, safety, and security of thirteen Reclamation projects providing irrigation, hydropower generation, flood control, municipal water, recreation, and management of lands and resources associated or impacted by the operation of those facilities. | | | |
| BOR | MP07 | Office of the Area Manager - Central California Area Office | Central California Area Office provides front line operations in water and natural resource management projects and programs, specifically Folsom Dam, New Melones Dam, Lake Berryessa, and some facilities in the Central Valley Project (CVP) and Solano Project. | 122 | 19 | 2 |
| BOR | WY01 | Office of the Area Manager - Wyoming Area Office | The WYAO is primarily established to oversee and administer the various components (Kortes Unit, Glendo Unit, Riverton Unit, Boysen Unit, Buffalo Bill Unit, and Hanover-Bluff Unit) of the Pick-Sloan Missouri Basin Program (PSMBP), Shoshone Project, North Platte Project, and Kendrick Project located in the State of Wyoming. The Area Office responsibilities extend not only to | 63 | 9 | 2 |

6

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| | | |
|---|---|---|
| | | the operation, maintenance, management and rehabilitation of Reclamation irrigation, recreation, flood control and power generation facilities but to the management of lands and resources associated or impacted by the operation of these facilities.  Accordingly, the Area Office's management responsibilities extend throughout the North Platte River Basin in Colorado, Wyoming and Nebraska; Wyoming's Wind River Basin including impacted tribal lands and water rights; Shoshone River Basin; and the Bighorn Basin in Wyoming.  The principal focus of this Office is the management and operation of Reclamation water and power facilities throughout the North Platte River, Wind River, Shoshone River, and Bighorn Basin in Wyoming and adjacent drainage areas.  Finally, the centralized control center, located at the WYAO, provides supervisory operational control and monitoring to multiple facilities in the Eastern Colorado, |

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| | | | | | |
|---|---|---|---|---|---|
| BOR | 45.4 | Area Managers Office - Phoenix Area Office | Wyoming, and Montana Area Offices.<br><br>LCB Phoenix Area Office provides front line operations in water and natural resource management projects and programs, including water supply and salinity studies, water conservation activities, and technical assistance to Native American Tribes. | 56 | 28 | 1 |
| BOR | 45.7 | Area Managers Office – Yuma Area Office | LCB Yuma Area Office provides front line operations in water and natural resource management projects and programs, including delivering Colorado River water to the U.S. and Mexico. | 140 | 111 | 6 |
| BOR | 45.9 | Southern California Area Office | LCB Southern California Office provides front line operations in water and natural resource management projects and programs. | 11 | 9 | 1 |
| BOR | MP03 | Office of the Area Manager - Lahontan Basin Area Office | Lahontan Basin Area Office provides front line operations in water and natural resource management projects and programs and producing hydropower, specifically providing operations and maintenance of Shasta, Keswick, Trinity, Lewiston, Spring Creek Debris, Whiskeytown, and Buckhorn | 38 | 1 | 1 |

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| | | | | | | |
|---|---|---|---|---|---|---|
| BOR | MP08 | Central Valley Operations Ofc | Dams, including powerplants and appurtenant facilities. Central Valley Operations Office directs and integrates the water and power operations and related activities for the CVP which is one of the nation's largest water projects. | 71 | 45 | 1 |
| BSEE | EN0C | Gulf of America Region | Gulf of America Outer Continental Shelf Regional Director's Office; Regional Supervisor for Production & Development & Regional Field Operation; Regional Director for Districts Operations, Investigations, and Enforcement | 188 | 133 | 7 |
| FWS | AN02 | Migratory Birds | The Migratory Bird Program works with partners to protect, restore and conserve bird populations and their habitats for the benefit of future generations by: ensuring long-term ecological sustainability of all migratory bird populations, increasing socioeconomic benefits derived from birds, improving hunting and bird watching and other outdoor bird-related experiences, and increasing awareness of the value of migratory birds and their habitats for their aesthetic, | 269 | 10 | 35 |

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| | | | | | | |
|---|---|---|---|---|---|---|
| FWS | AN03 | Office of Conservation Investment | The Office of Conservation Investment funds conservation and connects people with nature through grants that support conservation efforts with partners. We provide technical assistance and administer grants that distribute millions of dollars annually to support fish and wildlife conservation, habitat conservation, clean water, fish and wildlife health, imperiled and endangered species conservation, coastal wetlands enhancement, public safety programs, and outdoor access pursuits like hunting, fishing, target shooting, and boating. | 120 | 13 | 14 |
| FWS | 3F35 | Fish and Aquatic Conservation | Marquette Biological Station was established in 1956 to support sea lamprey research, monitoring and control efforts. We work with state, tribal and other federal agencies to monitor progress towards fish community objectives for sea lampreys in each of the Great Lakes, but also to develop and implement actions to achieve these objectives. | 63 | 33 | 11 |

(cell above right: ecological, recreational and economic significance.)

10

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| | | | | | | |
|---|---|---|---|---|---|---|
| FWS | 5R04 | Fish and Aquatic Conservation | R5 FISH AND AQUATIC CONSERVATION - .The Fish and Aquatic Conservation programs work with states, tribes, and communities to provide a comprehensive approach to freshwater conservation. | 23 | 17 | 9 |
| FWS | 5R05 | Ecological Services | The Ecological Services Program works to restore and protect healthy populations of fish, wildlife, and plants and the environments upon which they depend. Using the best available science, we work with federal, state, Tribal, local, and non-profit stakeholders, as well as private landowners, to avoid, minimize, and mitigate threats to our nation's natural resources. | 36 | 22 | 8 |
| FWS | AN01 | Regional Directors Office | Our organization, powered by dedicated employees and volunteers, is overseen by a senior management team of regional and program heads coordinated and guided by our Director. | 67 | 13 | 8 |
| FWS | 3R03 | National Wildlife Refuge System | R3 National Wildlife Refuge System - The U.S. Fish and Wildlife Service manages an unparalleled network of public | 115 | 17 | 7 |

11

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | lands and waters called the National Wildlife Refuge System. | | | |
| FWS | 5R03 | National Wildlife Refuge System | R5 National Wildlife Refuge System - The U.S. Fish and Wildlife Service manages an unparalleled network of public lands and waters called the National Wildlife Refuge System. | 52 | 24 | 6 |
| FWS | 3F34 | Fish and Aquatic Conservation | LUDINGTON BIO STA | 34 | 25 | 5 |
| FWS | 5F29 | Fish and Aquatic Conservation | LOWER GREAT LAKES FISH & WLDLF CONSV | 37 | 16 | 4 |
| FWS | 5F30 | Fish and Aquatic Conservation | LAKE CHAMPLAIN FISH & WILD CONSRV OFC | 21 | 8 | 4 |
| FWS | 5F38 | Fish and Aquatic Conservation | CONN RIVER FWCO AND RICHARD CRONIN AQUATIC RESOURCE CTR | 6 | 1 | 4 |
| FWS | 5F36 | Fish and Aquatic Conservation | DWIGHT D EISENHOWER NFH AND WHITE RIVER NFH | 6 | 1 | 3 |
| FWS | 3R04 | Fish and Aquatic Conservation | R3 FISH AND AQUATIC CONSERVATION | 21 | 1 | 3 |
| FWS | 3R05 | Ecological Services | R3 ECOLOGICAL SERVICES | 34 | 2 | 3 |
| FWS | 5F35 | Fish and Aquatic Conservation | LAMAR FISH TECH CENTER AND HEALTH UNIT | 24 | 15 | 2 |
| FWS | 5F28 | Fish and Aquatic Conservation | MID-ATLANTIC FISH & WILDLIFE CONSV OF | 9 | 3 | 2 |
| FWS | 5F01 | National Wildlife Refuge System | John Heinz NWR At Tinicum - National Wildlife Refuge System - The U.S. Fish and Wildlife Service | 12 | 1 | 2 |

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | manages an unparalleled network of public lands and waters called the National Wildlife Refuge System. | | | |
| FWS | 5F42 | Ecological Services | VIRGINA AND SOUTHWESTERN VIRGINIA ES FIELD OFFICES | 19 | 15 | 1 |
| FWS | 5F46 | Ecological Services | New England And Southern Ne Field Offices - The Ecological Services Program works to restore and protect healthy populations of fish, wildlife, and plants and the environments upon which they depend. | 17 | 8 | 1 |
| FWS | 5F26 | National Wildlife Refuge System | Chesapeake Marshlands NWR Complex - National Wildlife Refuge System - The U.S. Fish and Wildlife Service manages an unparalleled network of public lands and waters called the National Wildlife Refuge System. | 24 | 7 | 1 |
| FWS | 5F43 | Ecological Services | Pennsylvania Field Office – The Ecological Services Program works to restore and protect healthy populations of fish, wildlife, and plants and the environments upon which they depend. | 12 | 7 | 1 |
| FWS | 9N01 | Office of Law Enforcement | Office Of Law Enforcement HQ and Special Agents - The Office of Law Enforcement is composed of special agents, wildlife | 246 | 5 | 1 |

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| | | | | | |
|---|---|---|---|---|---|
| | | inspectors, intelligence analysts, forensic scientists, information technology specialists, and support staff who investigate wildlife crimes, regulate the wildlife trade, help the public understand and obey wildlife protections laws, and work in partnership with international, federal, state, local, and Tribal counterparts to conserve wildlife resources. | | | |
| FWS | 5F34 | Fish and Aquatic Conservation | Appalachian FWCO and White Sulphur Spring NFH - The Fish and Aquatic Conservation programs work with states, tribes, and communities to provide a comprehensive approach to freshwater conservation: support healthy fish populations, restore their habitat, and protect against invasive species. | 7 | 2 | 1 |
| FWS | 5F17 | National Wildlife Refuge System | EASTERN VIRGINIA RIVERS NWR COMPLEX - National Wildlife Refuge System - The U.S. Fish and Wildlife Service manages an unparalleled network of public lands and waters called the National Wildlife Refuge System. | 6 | 2 | 1 |
| FWS | 5F22 | National Wildlife Refuge System | Cape May NWR - National Wildlife Refuge System - The U.S. | 5 | 2 | 1 |

14

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| | | | | | |
|---|---|---|---|---|---|
| | | | Fish and Wildlife Service manages an unparalleled network of public lands and waters called the National Wildlife Refuge System. | | |
| FWS | 5F07 | National Wildlife Refuge System | Parker River NWR - National Wildlife Refuge System - The U.S. Fish and Wildlife Service manages an unparalleled network of public lands and waters called the National Wildlife Refuge System. | 14 | 1 | 1 |
| FWS | 5F04 | National Wildlife Refuge System | Rachel Carson NWR - National Wildlife Refuge System - The U.S. Fish and Wildlife Service manages an unparalleled network of public lands and waters called the National Wildlife Refuge System. | 9 | 1 | 1 |
| FWS | 5F19 | National Wildlife Refuge System | Eastern Massachusetts NWR Complex - National Wildlife Refuge System - The U.S. Fish and Wildlife Service manages an unparalleled network of public lands and waters called the National Wildlife Refuge System. | 9 | 1 | 1 |
| FWS | 5F09 | National Wildlife Refuge System | Missisquoi NWR - National Wildlife Refuge System - The U.S. | 5 | 1 | 1 |

15

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| | | | | | |
|---|---|---|---|---|---|
| FWS | 5F16 | National Wildlife Refuge System | Iroquois NWR – National Wildlife Refuge System - The U.S. Fish and Wildlife Service manages an unparalleled network of public lands and waters called the National Wildlife Refuge System. | 5 | 1 | 1 |
| NPS | SERW | Southeast Regional Office | Interior Region 2, the Southeast Region, has 73 parks across 4 million acres in Alabama, Florida, Georgia, Kentucky, Louisiana, Mississippi, North Carolina, South Carolina, Tennessee, Puerto Rico, and the U.S. Virgin Islands. The region supports a range of critical operations including cultural preservation, resource management, and park safety. | 222 | 3 | 69 |
| NPS | NERW | Northeast Regional Office | Interior Region 1, also known as the Northeast Region or North Atlantic-Appalachian Region, covers 83 sites across 13 states, including Maine, Vermont, New Hampshire, New York, Massachusetts, Rhode Island, Connecticut, Pennsylvania, New Jersey, Maryland, Delaware, Virginia, and West Virginia. | 224 | 51 | 63 |

16

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| NPS | PWRW | Pacific West Regional Office | Interior Regions 8, 9, 10, and 12, known as the Pacific West, span 106 degrees around the globe and encompass over 60 national park sites across California, Hawaii, Idaho, Nevada, Oregon, Washington, parts of Arizona and Montana, and the territories of Guam, American Samoa, and the Northern Mariana Islands… | 198 | 3 | 57 |
| --- | --- | --- | --- | --- | --- | --- |
| NPS | WPP1 | DENVER SERVICE CENTER | The Denver Service Center (DSC) is the National Park Service's (NPS) centralized planning, design, and construction project management office, providing environmentally responsible and fiscally sound products jointly with private industry. Our team of professionals works with parks and regional staff to meet the unique needs of every location in the national park system. | 224 | 192 | 40 |
| NPS | WPP3 | REGIONAL SUPPORT | The Park Planning, Facilities, and Lands (PPFL) mission provides essential leadership, policy development, and budget support to the seven National Park Service regions. PPFL helps guide planning, design, construction, and land management, ensuring | 86 | 1 | 18 |

17

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| | | | | | |
|---|---|---|---|---|---|
| | | | parks are developed and maintained sustainably. | | |
| NPS | WPPW | Park, Planning, Facilities and Lands (PPFL) | PPFL's (Park Planning, Facilities, and Lands) mission is to provide leadership, policy development, program accountability and budget formulation for planning, design, construction, park facility management and land management. | 82 | 1 | 13 |
| NPS | CHBA | Northeast Region | NPS Chesapeake is a community assistance office that plays a key role in the Federal and multi-state Chesapeake Bay Program, working to restore, conserve, and steward the Chesapeake Bay and its 41-million-acre watershed. It also manages Chesapeake Gateways. | 10 | 2 | 6 |
| NPS | WNR0 | ENVIRONMENTAL QUALITY & SOCIOECONOMICS | The Environmental Quality Division (EQD) provides training and technical assistance for the National Environmental Policy Act (NEPA), manages the Planning, Environment and Public Comment (PEPC) system, provides funding and project management for complex NEPA reviews, and coordinates service-wide reviews of other federal agency actions that may | 35 | 1 | 3 |

18

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| | | | | | |
|---|---|---|---|---|---|
| | | impact park resources. These environmental services help ensure that the National Park Service meets its mission to preserve park resources and values for the enjoyment of future generations. | | | |
| NPS | WDM1 | BUSINESS MANAGEMENT | The Business Management Group, within the Deputy Director of Management and Administration, supports NPS leadership by providing management consulting services, improving data tool accessibility, and developing strategies to manage program risks through Enterprise Risk Management and Internal Controls. The group also builds organizational capacity, recruits skilled professionals, and fosters best practices across the agency. As trusted partners, they help NPS leaders at all levels make informed, strategic decisions to enhance agency operations. | 11 | 1 | 1 |
| NPS | WDIW | Director | The NPS Director, appointed by the President and confirmed by the Senate, is based at NPS headquarters in Washington, D.C., and works with external | 4 | 1 | 1 |

19

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | organizations to advance the agency's mission. The director also chairs the Committee for the Preservation of the White House. Supported by senior executives overseeing national programs and the NPS budget, and seven regional directors responsible for park management, the director reports to the Assistant Secretary for Fish and Wildlife and Parks. | | | |
| NPS | WIEW | Interpretation, Education and Volunteers | The Interpretation, Education, and Volunteers Directorate (IEV) leads NPS efforts to engage visitors and communities, fostering meaningful experiences for people of all ages and backgrounds. IEV provides policy, strategy, and standards to help parks connect visitors with the resources and stories that define the nation. The directorate promotes shared stewardship, community engagement, and excellence in customer service, enhancing park relevance through interpretation and education. It includes IEV program management, Harpers Ferry Center, and the Office of | 4 | 1 | 1 |

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| | | | | | | |
|---|---|---|---|---|---|---|
| OS / Communications | OCO2 | Operations | Commemorations and Anniversaries. The Department's Office of Communications responds to queries and interview requests from journalists, coordinates press briefings and media events, and plans, implements, and directs internal and external communications for the Department. | 443 | 71 | 129 |
| OS / Contracting | P3B3 | Infrastructure, Energy and Tribal Support | Responsible for awarding and administering all DOI contracts supporting all DOI programs other than the fire program. Includes planning and overseeing the entire procurement process, plus all aspects of contract administration through closeout. | 590 | 148 | 133 |
| OS / Finance | P3B5 | Financial Operations | Manages the execution of day-to-day transactions, including payments, collections, reimbursable activity, and travel operations. Ensuring timely, accurate, and compliant stewardship of agency funds. TFM, OMB Circular A-11, Prompt Payment Act, and Digital Accountability and Transparency Act of 2014 (Data Act) | 176 | 36 | 15 |

21

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| | | | | | | |
|---|---|---|---|---|---|---|
| OS / Finance | P3C5 | Financial Reporting and Accounting Systems | Oversees financial systems and the preparation of financial statements to ensure accuracy, reliability, and audit readiness in accordance with federal reporting standards. Federal Financial Management Improvement Act of 1996 (FFMIA), OMB Circular A-136 Financial Reporting, Federal Information System Controls Audit Manual (FISCAM), FASAB | 104 | 12 | 4 |
| OS / Finance | P305 | Office of Financial Management | Serves as the central authority for ensuring strong financial stewardship, policy and accountability across the organization. CFO Act of 1990 | 14 | 2 | 1 |
| OS / IBC | FMDN | Interior Business Center, Financial Management Directorate | The Financial Management Directorate is a certified shared services provider offering financial management services, including accounting, eTravel services, core financial systems implementation, production control, and technical support. The Directorate also provides project management, COR Services, contract audit services and indirect cost rate negotiations. | 191 | 85 | 61 |
| OS / IBC | HRDN | Interior Business Center, Human | The Human Resources Directorate is a certified payroll | 409 | 212 | 52 |

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| | | | | | | |
|---|---|---|---|---|---|---|
| OS /IBC | | Resources Directorate | provider and federal shared service center for human resources. The Directorate provides human resources systems, including personnel, payroll, and timekeeping solutions. HRD also provides payroll operations services, personnel security services, HR operational services, and drug and alcohol testing services and program management. | | | |
| OS /IBC | AQDN | Interior Business Center, Acquisition Services Directorate | The Acquisition Services Directorate negotiates, awards, and administers contracts, grants, cooperative agreements, and other transactions. They support the full contracting lifecycle providing acquisition planning, market research, source selection, solicitation, evaluation, negotiation, award, contract administration, and closeout. The business operations divisions focus on funds intake and management, systems and data, and employee support. | 277 | 2 | 20 |
| OS /IBC | DIRN | Interior Business Center, Office of the Director | The Office of the Director provides leadership and oversight for the IBC. It consists of the Director and | 45 | 7 | 7 |

23

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Deputy Director, Chief of Staff, and Associate Director for Enterprise Management. The Chief of Staff provides administrative leadership and support to the Director and Deputy Director as well as oversees enterprise risk management, internal controls, policy oversight, and executive administration. Enterprise Management provides enterprise support in the areas of financial management, information management and technology, infrastructure management, human capital, and communications. | | | |
| OS / IT | CIO7 | Customer Service | Provides support and assistance to users, fostering trust and satisfaction through clear communication and timely issue resolution while also providing insight into emerging needs to OCIO leadership. | 554 | 114 | 229 |
| OS / IT | CIO6 | Infrastructure | Delivers secure operational infrastructure services, including server, data storage, network administration, voice and radio communications leadership, data center, and cloud hosting, based | 296 | 71 | 26 |

24

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| | | | 131 | 22 | 21 |
|---|---|---|---|---|---|
| | | on best practices to support the organization's IT needs and ensure system reliability. Participates in the identification, evaluation, planning, and implementation of new technologies and innovative approaches to meet current and future demands. | | | |
| OS / IT | CIO8 | Resource Management | Ensures efficient allocation and utilization of resources, including workforce planning, procurement, and budget management, to support the organization's strategic goals. Coordinates audit response and ensures that all compliance requirements are completed by established deadlines. Provides portfolio analysis and tracks IT system and investment performance. Establishes processes to collect annual budget requirements to support informed OCIO budget development. Tracks spending and oversees working capital fund requests and actions to promote accountability and transparency of OCIO spending to clearly link activities to mission need. | | | |

25

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| | | | | | | |
|---|---|---|---|---|---|---|
| OS / IT | CIO3 | Mission Systems | Provides technical and system management leadership in support of DOI and Bureau IT systems. Leads solution architecture for individual IT systems and collaborates in the development of IT system modernization plans including the strategic use of enterprise platforms and reusable components. | 303 | 51 | 15 |
| OS / IT | CIO5 | Data | Responsible for executing Agency Chief Data Officer (CDO) responsibilities as established by law and regulation and supporting agency mission capability by researching, modifying, and applying best practices in data management, data strategy and planning, data governance, and supporting the OCIO's needs for data analysis and data product development (e.g. dashboards and reports). | 63 | 1 | 10 |
| OS / IT | CIO4 | TSI | Performs IT strategic planning and new technology evaluation, coordinating and developing IT system platform architecture, managing and maintaining the technology roadmap to integrate emerging and innovative | 47 | 1 | 2 |

26

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | technology solutions including artificial intelligence, and researching and developing plans to increase cost efficiency and enable mission capability through the strategic use of information management and technology. | | | |
| OS / Training | P603 | Office of Employee Development | Responsible for coordination and strategic management of Departmental training and development to ensure the workforce has the capability and competency to accomplish Departmental missions. The Office also has responsibility to implement continuous learning as part of workforce management, knowledge sharing and development, incorporating learning and knowledge sharing into management practice, and evaluating the effectiveness of training and development across the Department. | 182 | 23 | 28 |
| OS | P304 | Office of Grants Management | Serves to carry out grants management administration, policy, oversight, training, audits, risk management, and internal controls for all DOI statutory programs, BABA compliance, and OMB 2 CFR 200. | 329 | 31 | 17 |

27

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| | | | | | | |
|---|---|---|---|---|---|---|
| OSMRE | 0400 | OFC OF PLANNING, ANALYSIS & BUDGET | OSMRE's Office of Planning Budget and Analysis (OPAB) in Washington DC, provide Bureau level budget formulation, execution monitoring and reporting, budget policy, and determining the allocation of funds in compliance with OMB Circular A-11. Additionally, OPAB leads bureau level strategic performance goals, as well as reporting on bureau level internal control programs and coordinating OIG/GAO audits for bureau stakeholders. | 136 | 21 | 7 |
| USGS | AJ05 | Regional Director - Midcontinent Region | The Great Lakes Science Center plays a crucial role in the scientific understanding and management Of the Great Lakes ecosystem, addressing both current and emerging environmental challenges. Our scientists work in the Great Lakes region and other parts of the country to meet the nation's need for scientific information used by resource managers to restore, enhance, manage, and protect the living resources and habitats in the Great Lakes basin. The GLSC collaborates with various | 137 | 105 | 108 |

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | partners, including state and tribal fishery management authorities, Canadian federal and provincial agencies, and other U.S. federal agencies. | | 43 | 56 |
| USGS | AD03 | Associate Director for Ecosystems | The National and regional CASCs conduct research to provide resource managers and other partners with the scientific information and decision-making tools they need to understand and adapt to the effects of climate change on fish, wildlife, water, land, and people. CASCs collaborate with managers and scientists from state and federal agencies, Tribal Nations and Indigenous communities, universities, and NGOs to address science needs and inform adaptation planning. | 75 | | |
| USGS | AM06 | Regional Director - Rocky Mountain Region | The Fort Collins Science Center develops and disseminates science, information, and tools to help understand the Nation's biological resources in support of effective decision making and fulfills this need by providing sound scientific data and technical assistance to Department of the Interior | 69 | 47 | 39 |

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | bureaus and other natural resource agencies. | | | |
| USGS | AJ08 | Regional Director - Midcontinent Region | The Northern Prairie Wildlife Research Center provide the knowledge needed to understand, conserve, and manage the Nation's natural resources for current and future generations, with an emphasis on species and ecosystems of the northern Great Plains. Scientists from NPRWC work throughout the northern Great Plains on waterfowl and grassland management, threatened and endangered species, sandhill crane populations, invasive species, wolf recovery, and saving honeybees and pollinators. | 40 | 20 | 28 |
| USGS | AD01 | Associate Director for Ecosystems | Provides strategic natural resource science planning & execution, ensures Secretarial priorities are successfully implemented, is accountable for compliance with administration priorities, allocates funding per Administration, Departmental, and Congressional mandates, and maintains efficient and effective administration of | 35 | 16 | 14 |

30

Appendix A – Brief Description of 89 Competitive Areas
Borra 2nd Supplemental Declaration
October 20, 2025

| | | | | | |
|---|---|---|---|---|---|
| | | operational and science activities. | | | |
| USGS | AK12 | Director, Woods Hole Coastal and Marine Science Center. | Study extreme events and physical, biological, and chemical processes that shape our coastal and marine environments. | 68 | 54 | 1 |
| USGS | AL08 | Director, Columbia Environmental Research Center. | Organizational unit which provides scientific information and data needed to address national and international environmental contaminant issues and assesses effects of habitat alterations on aquatic and terrestrial ecosystems. | 102 | 69 | 80 |
| USGS | AE06 | Director, Laboratory & Analytical Services Division | Provides timely, high-quality, routine, and customized analytical services, collaborative research, and quality assessment for laboratory and field measurements. | 87 | 66 | 9 |

31