STANLEY WOODWARD
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

TIBERIUS DAVIS
ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Branch Director
BRAD P. ROSENBERG
Special Counsel
R. CHARLIE MERRITT (VA Bar No. 89400)
Senior Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
Phone: (202) 616-0929
E-mail: elizabeth.t.hedges@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **DECLARATION OF THOMAS J. NAGY JR.** <br><br> Hearing Date: October 28, 2025 <br> Time: 10:30 a.m. <br> Judge: Hon. Susan Illston <br> Place: San Francisco Courthouse <br> Courtroom 01 |

I, Thomas J. Nagy Jr., declare as follows pursuant to 28 U.S.C. § 1746:

1. I am the Deputy Assistant Secretary for Human Resources/Chief Human Capital Officer at the U.S. Department of Health and Human Services (HHS), headquartered in Washington, DC. I have served in this position since March 27, 2025.

2. In my role at HHS, I am responsible for personnel management. I have the responsibility for overseeing the tracking and recording of personnel actions, including Reductions-in-Force (RIFs). I assist in ensuring that all personnel actions comply with court orders and federal law.

3. I am aware of and have reviewed the October 15, 2025, temporary restraining order (TRO) issued by the Court in this action, as well as the October 17, 2025, modified TRO. I make this declaration to update certain information in my previous declaration, in response to the Court's order to file an "accounting of all RIFs actual or imminent, that are enjoined by" the TRO as modified.

4. On October 10, 2025, HHS issued 954 RIF notices, not inclusive of those that have since been rescinded,[1] to employees in certain competitive areas within certain HHS Operating and Staff Divisions. I have noted in the attached chart the specific number of RIF notices the agency sent out in competitive areas containing any bargaining unit or member represented by any Plaintiff. The competitive areas included in the attached chart contain employees with AFGE bargaining units[2] or members.

5. HHS will not proceed with any RIFs prohibited by the TRO for as long as the TRO remains in force, absent an order from a higher court providing relief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

---

[1] Since filing my declaration of October 17, 2025, I have become aware that HHS has rescinded additional RIF notices, bringing the number of current RIF notices down to 954.

[2] As stated in my declaration of October 17, 2025, CDC had AFGE bargaining units until August 26, 2025, when the relevant Collective Bargaining Agreements were terminated pursuant to Executive Order 14251, Exclusions from Federal Labor-Management Relations Programs.

1  Dated: October 20, 2025
2
3
4  Thomas J. Nagy Jr.
5  Deputy Assistant Secretary for Human Resources/Chief Human Capital Officer
6  U.S. Department of Health and Human Services

(Digitally signed by THOMAS J. NAGY JR -S; Date: 2025.10.20 11:15:05 -04'00')

| Organization | Dept ID | Bureau | Center | Office | # of Employees |
|---|---|---|---|---|---|
| CDC | CAHC | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE SCIENCE QUALITY & LIBRA | 21 |
| CDC | CAHE | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF PUBLIC HEALTH ETHICS | 19 |
| CDC | CAJEVL | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF CHIEF OPERATING OFFICER | TRAINING, DEVELOPMENT, & SPECI | 10 |
| CDC | CAJEYH | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF CHIEF OPERATING OFFICER | RISK & PERFORMANCE MANAGEMENT | 16 |
| CDC | CAJQ1 | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF THE DIRECTOR | 15 |
| CDC | CAJQC3 | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF CHIEF OPERATING OFFICER | TRAINING ADMINISTRATION ACTIVI | 5 |
| CDC | CAJQL | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | ETHICS & INTEGRITY OFFICE | 10 |
| CDC | CAJRH1 | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF CHIEF OPERATING OFFICER | OFFICE OF THE DIRECTOR | 10 |
| CDC | CAJS | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF THE SAFETY, SECURITY | 1 |
| CDC | CAJSC1 | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF CHIEF OPERATING OFFICER | OFFICE OF THE DIRECTOR | 5 |
| CDC | CAJSD | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | WORKLIFE WELLNESS OFFICE | 13 |
| CDC | CAJTB | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | OFC OF BUSINESS INTEGRITY & ST | 10 |
| CDC | CAK132 | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF PUBLIC HEALTH DATA, SURVEILLAN | OFFICE OF COMMUNICATIONS | 12 |
| CDC | CAKGB | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | SHARED TECHNOLOGY PLATFORM BRA | 7 |
| CDC | CAKGC | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | SHARED DATA PLATFORMS BRANCH | 6 |
| CDC | CAKL1212B | OFFICE OF THE DIRECTOR | OFC OF THE DEPUTY DIR FOR MANAGEMENT & O | OPERATIONS & LOGISTICS STAFF | 12 |
| CDC | CAKL12141 | OFFICE OF THE DIRECTOR | OFC OF THE DEPUTY DIR FOR MANAGEMENT & O | OFFICE OF THE DIRECTOR | 4 |
| CDC | CAKL1215 | NATIONAL CENTER FOR HEALTH STATISTICS | OFFICE OF THE DIRECTOR | OFFICE OF INFORMATICS, GOVERNA | 8 |
| CDC | CAKLCC | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF PUBLIC HEALTH DATA, SURVEILLAN | PARTNER ENGAGEMENT & DATA DISS | 7 |
| CDC | CAU15 | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF THE CDC MUSEUM | 2 |
| CDC | CAUEB | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | COMMUN SCIENCE BRANCH | 5 |
| CDC | CAUEC | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | COMMUN SPRT AND SERV BRANCH | 9 |
| CDC | CE1B2 | CENTERS FOR DISEASE CONTROL & PREVENTION | NATL CTR FOR INJURY PREVENTION & CONTROL | OFFICE OF SCIENCE | 25 |
| CDC | CE1C3 | CENTERS FOR DISEASE CONTROL & PREVENTION | NATL CTR FOR INJURY PREVENTION & CONTROL | OFC OF PROGRAM MGMT & OPERATIO | 30 |
| CDC | CE1C4 | CENTERS FOR DISEASE CONTROL & PREVENTION | NATL CTR FOR INJURY PREVENTION & CONTROL | OFFICE OF COMMUNICATION | 17 |
| CDC | CEB12 | CENTERS FOR DISEASE CONTROL & PREVENTION | NATL CTR FOR INJURY PREVENTION & CONTROL | OFC OF POLICY, PARTNERSHIPS, & | 18 |
| CDC | CEB14B | NATL CTR FOR INJURY PREVENTION & CONTROL | DIVISION OF VIOLENCE PREVENTION | OFC OF MGMT & PROGRAM OPERATIO | 12 |
| CDC | CL14 | CENTERS FOR DISEASE CONTROL & PREVENTION | NTL CTR FOR CHRONIC DISEASE PREVENTION & | OFFICE OF COMMUNICATION | 13 |
| CDC | CL15 | CENTERS FOR DISEASE CONTROL & PREVENTION | NTL CTR FOR CHRONIC DISEASE PREVENTION & | OFC OF INFORMATICS & INFO RESO | 11 |
| CDC | CL16 | CENTERS FOR DISEASE CONTROL & PREVENTION | NTL CTR FOR CHRONIC DISEASE PREVENTION & | OFFICE OF POLICY, PLANNING, & | 7 |
| CDC | CL17 | CENTERS FOR DISEASE CONTROL & PREVENTION | NTL CTR FOR CHRONIC DISEASE PREVENTION & | OFFICE OF MEDICINE & SCIENCE | 22 |
| Total | | | | | 362 |