UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** October 17, 2025 | **Time:** 3:37 – 4:22<br>45 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 25-cv-08302-SI | **Case Name:** American Federation Of State County And Municipal Employees, AFL-CIO, et al. v. United States Office of Management and Budget, et al. | |

**Attorney for Plaintiff:** Danielle Leonard, Stacey Leyton
**Attorney for Defendant:** Elizabeth Hedges, Brad Rosenberg

**Deputy Clerk:** Esther Chung          **Court Reporter:** Zoom Recording

## PROCEEDINGS

Status Conference – Held via Zoom webinar.

## SUMMARY

The Court questioned Plaintiffs' counsel to see what the reasoning was for requesting a status conference. The parties presented their arguments concerning possible reductions in force. The Court stated that it would be revising the language of the Temporary Restraining Order for the reasons stated on the record. Plaintiffs' counsel is to provide a proposed order for the revised language.