UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 25-cv-08302-SI<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO SHORTEN TIME**<br><br>Re: Dkt. No. 63 |

Plaintiffs have filed an administrative motion to shorten time to hear their motion for leave to file a Second Amended Complaint. Dkt. Nos. 63, 65. The Court hereby GRANTS the administrative motion to shorten time. Defendants shall file their response to plaintiffs' motion for leave to file a Second Amended Complaint by October 24, 2025. Plaintiffs' reply, if any, is due October 27, 2025, at 3:00 p.m. The Court will hear argument on the motion at the same time that the parties are to appear for a hearing on plaintiffs' motion for a preliminary injunction, October 28, 2025, at 10:30 a.m.

**IT IS SO ORDERED**.

Dated: October 21, 2025

SUSAN ILLSTON
United States District Judge