1
2
3
4
5
6
7
8

9              UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,

        Plaintiffs,

   v.

UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.

     Defendants.

Case No. 3:25-cv-08302-SI

**[PROPOSED] ORDER GRANTING PLAINTIFFS' REVISED MOTION FOR LEAVE TO AMEND COMPLAINT**

1  Good cause having been shown, the Court grants Plaintiffs' Revised Motion for Leave to
2  Amend Complaint.
3  IT IS SO ORDERED.

5  Dated: _____, 2025   _____
                                        The Honorable Susan Illston
6                                       United States District Court Judge

28 [PROPOSED] ORDER GRANTING PLS.' REVISED MOT. FOR LEAVE TO AMEND COMPLAINT,
No. 3:25-cv-08302-SI

1