1  Stacey M. Leyton (SBN 203827)
   Barbara J. Chisholm (SBN 224656)
2  Danielle Leonard (SBN 218201)
   Alice X. Wang (SBN 335224)
3  Robin S. Tholin (SBN 344845)
4  Talia Stender (SBN 341654)
   ALTSHULER BERZON LLP
5  177 Post Street, Suite 300
   San Francisco, CA 94108
6  Tel.: (415) 421-7151
7  sleyton@altber.com
   bchisholm@altber.com
8  dleonard@altber.com
   awang@altber.com
9  rtholin@altber.com
   tstender@altber.com
10

11 *Attorneys for Plaintiffs*

12 [Additional counsel and affiliations listed on signature page]

13 UNITED STATES DISTRICT COURT

14 FOR THE NORTHERN DISTRICT OF CALIFORNIA

15 SAN FRANCISCO DIVISION

| | |
|---|---|
| 16  AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-08302-SI |
| 17 | **PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME TO HEAR PLAINTIFFS' REVISED MOTION FOR LEAVE TO AMEND COMPLAINT** |
| 18  Plaintiffs, | |
| 19  v. | |
| 20 | |
| 21  UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., | Civil Local Rule 6-3 |
| 22  Defendants. | |

# MOTION

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rules 6-3 and 7-11, Plaintiffs bring this Administrative Motion to Shorten Time for briefing and hearing on Plaintiffs' Revised Motion for Leave to Amend Complaint. Specifically, Plaintiffs respectfully request that the Motion for Leave be heard at the hearing on Plaintiffs' motion for a preliminary injunction, October 28, 2025, at 10:30 a.m.

Plaintiffs submit that good cause exists to grant this request in light of the facts and circumstances set forth in Plaintiffs' accompanying Motion for Leave to Amend, Second *Ex Parte* Motion to Modify the Temporary Restraining Order (TRO), and accompanying documents, as well as the complete record of this case, including the following:

- On October 15, 2025, this Court granted a TRO that stayed further reduction-in-force (RIF) notices and implementation of existing RIF notices by Defendants with respect to any program, project, or activity that includes any bargaining unit or member represented by any of the existing AFGE and AFSCME Plaintiffs (ECF 56);

- On October 17, 2025, this Court issued an order modifying the October 15, 2025 TRO by extending its application to Proposed Plaintiffs National Federation of Federal Employees ("NFFE"), Service Employees International Union ("SEIU"), and National Association of Government Employees ("NAGE") (ECF 70).

- Earlier today, October 21, 2025, the Court issued an Order granting Plaintiffs' motion to shorten time on their motion for leave to file a Second Amended Complaint, which would add NFFE, SEIU, and NAGE as Plaintiffs (ECF 75). The Order sets the motion for hearing on October 28, 2024, at 10:30 a.m.

Today, Plaintiffs moved for leave to file a *Revised* Second Amended Complaint and are simultaneously filing a Second *Ex Parte* Motion to Modify the TRO Order in order to extend relief to three additional proposed union plaintiffs—National Treasury Employees Union ("NTEU"), the International Federation of Professional and Technical Engineers ("IFPTE"), and the American Federation of Teachers ("AFT")—and the employees they represent.

Plaintiffs propose that the shortened schedule on their Revised Motion for Leave to Amend Complaint conform to the schedule issued by the Court today, ECF 75, and that Defendants file any response to the revised motion on October 24, 2025; that any reply be due by October 27, 2025 at 3:00 p.m.; and that the motion be heard at the same time that the parties appear for the hearing on Plaintiffs' motion for a preliminary injunction, October 28, 2025, at 10:30 a.m.

Plaintiffs request this shortened briefing schedule on their Revised Motion for Leave to Amend Complaint to add all six proposed Plaintiffs (NFFE, SEIU, NAGE, NTEU, IFPTE, and AFT) and employing federal agencies for the following reasons:

All six proposed Plaintiffs wish to join in the existing AFGE and AFSCME Plaintiffs' motion for preliminary injunction, currently due Tuesday, October 21, 2025, and scheduled for hearing on October 28, 2025. A ruling on the motion to amend that followed the regular motions schedule would not issue sufficiently in advance of the preliminary injunction hearing to allow the full presentation of evidence and grant of necessary relief. Decl. of Danielle Leonard in Support of Administrative Motion to Shorten Time ("Leonard Decl. in Support of Admin. Motion") ¶3.

Additionally, this Court's October 17, 2025 Order modified the October 15, 2025 TRO to extend protections to proposed Plaintiffs NFFE, SEIU, and NAGE (ECF 70), but the three additional proposed Plaintiffs, NTEU, IFPTE, and AFT, and the employees they represent remain unprotected. NTEU, IFPTE, and AFT seek modification of the TRO to cover their members and bargaining units, for the same reasons the TRO was granted with respect to existing Plaintiffs and NFFE, SEIU, and NAGE. *Id*. Time is of the essence because NTEU, IFPTE, and AFT represent employees at DOI, which as of Friday, October 20, 2025 had confirmed its intent to issue widespread further RIF notices to employees during the government shutdown. *See* ECF 67-1; *see also* ECF 71-2. Resolving the motion for leave to amend on the regular motion schedule without modifying the TRO to cover NTEU, IFPTE, and AFT would subject employees represented by proposed Plaintiffs NTEU, IFPTE, and AFT to ongoing irreparable harm and the passage of time could well moot the requested relief. Leonard Decl. in Support of Admin. Motion ¶2.

Pursuant to Civil Local Rule 6-3, Plaintiffs provided notice to Defendants and sought their position. *Id*. ¶4. Defendants stated that they opposed this relief. *Id.* The shortened time frame for Plaintiffs' Motion for Leave will not affect any other deadlines in this case. *Id.* ¶5.

Based on the foregoing showing of good cause, Plaintiffs respectfully request that the Court grant the request for an order shortening time to hear Plaintiffs' Motion for Leave.

Dated: October 21, 2025

Respectfully submitted,

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard
Alice X. Wang
Robin S. Tholin
Talia Stender
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

By: */s/ Danielle Leonard*

*Attorneys for All Plaintiffs*

Elena Goldstein (pro hac vice)
Jennie Kneedler (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 322-1959
egoldstein@democracyforward.org

*Attorneys for All Plaintiffs*


Norman L. Eisen (pro hac vice)
Craig Becker (pro hac vice)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180

Washington, D.C. 20003
Tel: (202) 594-9958
Norman@democracydefenders.org
Craig@democracydefenders.org

*Attorneys for All Plaintiffs*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

*Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson (SBN 226659)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Yvette M. Piacsek*
NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM, AFL-CIO
1225 New York Ave. N.W., Suite 450
Washington, D.C. 20005
Tel: (202)216-4428
ypiacsek@nffe.org

*Attorneys for proposed Plaintiff National Federation of Federal Employees, IAM, AFL-CIO*

Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO
1800 Massachusetts Ave., N.W.

Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

*Attorneys for proposed Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

Sarah E. Suszczyk*
NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC.
159 Thomas Burgin Parkway
Quincy, MA 02169
Tel: (617) 376-7239
ssuszczyk@nage.org

*Counsel For proposed Plaintiff National Association of Government Employees, Inc.  (NAGE)*

*Pro hac vice application forthcoming