| | |
|---|---|
| 1 | Stacey M. Leyton (SBN 203827) |
| 2 | Barbara J. Chisholm (SBN 224656) |
|   | Danielle Leonard (SBN 218201) |
| 3 | Alice X. Wang (SBN 335224) |
|   | Robin S. Tholin (SBN 344845) |
| 4 | Talia Stender (SBN 341654) |
|   | ALTSHULER BERZON LLP |
| 5 | 177 Post Street, Suite 300 |
|   | San Francisco, CA 94108 |
| 6 | Tel.: (415) 421-7151 |
| 7 | sleyton@altber.com |
|   | bchisholm@altber.com |
| 8 | dleonard@altber.com |
|   | awang@altber.com |
| 9 | rtholin@altber.com |
| 10 | tstender@altber.com |

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **DECLARATION OF DANIELLE LEONARD IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME TO HEAR PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT** |

Leonard Decl. ISO Pls.' Mot. to Shorten Time, No. 3:25-cv-08302-SI

**DECLARATION OF DANIELLE LEONARD**

I, Danielle Leonard, declare as follows:

1. I am a member in good standing of the State Bar of California and the bar of this Court. I represent all Plaintiffs in this action. This declaration is based on my personal knowledge, information, and belief. I also make this declaration pursuant to Civil Local Rule 6-3.

2. Proposed Plaintiffs NTEU, IFPTE, and AFT seek immediate injunctive relief in the form of modifying the current TRO to extend its relief to NTEU, IFPTE, and AFT in order to protect their members and bargaining units from imminent harm, for all the same reasons the TRO was granted with respect to the existing Plaintiffs and NFFE, SEIU, and NAGE. ECF 65, 70. The new proposed Plaintiffs NTEU, IFPTE, and AFT represent employees at DOI, which as of Friday, October 20, 2025, has confirmed its previously undisclosed intent to issue widespread further RIF notices to employees during the government shutdown. ECF 62-11, 67-1, 71-2. Resolving the motion for leave to amend on the regular motion schedule would subject employees represented by NTEU, IFPTE, and AFT to ongoing irreparable harm and the passage of time could moot the requested relief.

3. Proposed Plaintiffs NTEU, IFPTE, AFT, NFFE, SEIU, and NAGE wish to join in the existing Plaintiffs' motion for preliminary injunction, to be filed today, Tuesday, October 21, 2025, to be heard October 28, 2025. A ruling on the regular motions schedule would not issue sufficiently in advance of that hearing to allow the full presentation of evidence and grant of necessary relief.

4. On October 21, 2025, I emailed all counsel of record for Defendants to ask Defendants' position with respect to Plaintiffs' Revised Administrative Motion to Shorten Time for briefing and hearing on Plaintiffs' Revised Motion for Leave to Amend Complaint. Defendants responded that they oppose the Administrative Motion to Shorten Time (along with opposing the accompanying Motion for Leave to Amend and Motion to Modify the TRO).

5. This Court has previously set the schedules on various emergency and urgent matters by order. The shortened time frame for Plaintiffs' Motion for Leave will not affect any other deadlines in this case.

1    I declare under penalty of perjury under the laws of the United States that the foregoing is true
2    and correct.  Executed October 21, 2025, in San Francisco, California.

                                                    _____
                                                    Danielle Leonard