UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.; <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME** |

1  Good cause having been shown, the Court hereby GRANTS Plaintiffs' Administrative
2  Motion to Shorten Time to hear Plaintiffs' Revised Motion for Leave to Amend Complaint.
3  Plaintiffs Revised Motion for Leave to Amend Complaint supersedes their earlier motion for
4  leave to amend, ECF 65.
5  Defendants shall file their response to Plaintiffs' Revised Motion for Leave to file a
6  Second Amended Complaint by October 24, 2025. Plaintiffs' reply, if any, is due October 27,
7  2025, at 3:00 p.m. The Court will hear argument on the motion at the same time that the parties
8  are to appear for a hearing on Plaintiffs' motion for a preliminary injunction, October 28, 2025,
9  at 10:30 a.m.

11  IT IS SO ORDERED.

13  Dated: _____, 2025    _____
                                              The Honorable Susan Illston
14                                            United States District Court Judge

28  [PROPOSED] ORDER GRANTING PLS.' ADMIN MOT. TO SHORTEN TIME,
    No. 3:25-cv-08302-SI

1