Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 3:25-cv-08302-SI<br><br>**PLAINTIFFS' MEMORANDUM IN SUPPORT OF SECOND EX PARTE MOTION TO MODIFY TRO TO ADD PLAINTIFFS NTEU, IFPTE AND AFT**<br><br>Complaint Filed: September 30, 2025 |

National Treasury Employees Union ("NTEU"), International Federation of Professional and Technical Engineers, AFL-CIO ("IFPTE"), and American Federation of Teachers ("AFT"), together with Plaintiffs, move the Court to further modify its October 15, 2025 temporary restraining order ("TRO"), modified on October 17, 2025, to extend to NTEU, IFPTE, and AFT the relief granted by the TRO to the existing Plaintiffs and to National Federation of Federal Employees ("NFFE"), Service Employees International Union ("SEIU"), and National Association of Government Employees, Inc. ("NAGE"). NTEU, IFPTE, and AFT—like the existing Plaintiffs and NFFE, SEIU, and NAGE—represent federal employees at the Federal Defendant Agencies,[1] including at the federal agencies that began issuing reduction-in-force ("RIF") notices on October 10, 2025, and at the Department of the Interior, which has confirmed that it imminently will issue further RIFs during the government shutdown (*see* ECF 67-1, ECF 71-2).

## BACKGROUND

NTEU represents nearly 160,000 federal employees in thirty-eight departments and agencies. Decl. of Daniel Kaspar ("Kaspar Decl.") ¶5. Among the agencies where NTEU represents employees are the Internal Revenue Service (IRS) and Departmental Offices within the U.S. Department of Treasury; multiple divisions within the U.S. Department of Health and Human Services (HHS), including the Substance Abuse and Mental Health Services Administration (SAMHSA); the Patent and Trademark Office within the U.S. Department of Commerce; the Environmental Protection Agency; the U.S. Department of Energy; the U.S. Department of Interior, including the National Park Service and Bureau of Land Management; the Commodity

---

[1] Defendant Federal Agencies set forth in Plaintiffs' revised proposed Second Amended Complaint (filed today) are the departments of Agriculture, Commerce, Defense, Education, Energy, Health and Human Services, Homeland Security, Housing and Urban Development, Justice, Interior, Labor, State, Treasury, Transportation, and Veterans Affairs, as well as the Consumer Product Safety Commission, Environmental Protection Agency, Equal Employment Opportunity Commission, Federal Trade Commission, General Services Administration, Institute of Museum and Library Services, National Aeronautics and Space Administration, National Archives and Records Administration, National Endowment for the Arts, National Endowment for the Humanities, National Gallery of Art, National Science Foundation, National Transportation Safety Board, Nuclear Regulatory Commission, Small Business Administration, Smithsonian Institute, Social Security Administration, the International Development Finance Corporation, the Peace Corps, Commodity Futures Trading Commission, Federal Communications Commission, Federal Elections Commission, Securities and Exchange Commission, and Merit Systems Protection Board.

1   Futures Trading Commission; the Federal Communications Commission; the Federal Election
2   Commission; and the U.S. Securities and Exchange Commission. *Id*. ¶6. Those employees face
3   the same types of irreparable harm caused by Defendants' actions as the employees represented by
4   the original Plaintiffs in this case. *See generally id.* ¶¶18-21.

5        IFPTE represents approximately 30,000 federal sector employees working across the nation
6   at multiple agencies. Decl. of Matthew S. Biggs ("Biggs Decl.") ¶3. Employees represented by
7   IFPTE work at the following federal agencies: the Department of Defense, the Department of
8   Commerce, the National Aeronautics and Space Administration, the Department of Energy, the
9   Department of the Interior, the Social Security Administration, the Environmental Protection
10  Agency, the Merit Systems Protection Board, and the Department of Justice. *Id.* Those
11  employees, too, face the same types of irreparable harm caused by Defendants' actions as the
12  employees represented by the original Plaintiffs in this case. *See generally id.* ¶¶13-17.

13       AFT represents federal employees who work in three federal departments, the Department
14  of the Interior, the Department of Defense, and the Department of Veterans Affairs, through its
15  affiliates the Federation of Indian Service Employees, AFT Local 4524 ("FISE"); the Overseas
16  Federation of Teachers ("OFT"); and the Wisconsin Federation of Nurses and Health
17  Professionals, AFT Local 5000 ("WFNHP") (together "AFT Affiliates"). Decl. of Samuel J.
18  Lieberman ("Lieberman Decl.") ¶2. In particular, FISE represents approximately 4,700 employees
19  in four agencies within the Department of the Interior ("DOI"): Bureau of Indian Affairs ("BIA"),
20  Assistant Secretary/Indian Affairs ("AS/IA"), Bureau of Trust Fund Administration ("BTFA"),
21  and the Bureau of Indian Education ("BIE"). *Id.* ¶3. Again, those employees face the same types
22  of irreparable harm caused by Defendants' actions as the employees represented by the original
23  Plaintiffs in this case. *See generally id.* ¶¶10-16.

24       As particularly relevant here, NTEU, IFPTE, and AFT all represent employees at DOI,
25  which as of Friday, October 17, 2025, has confirmed its previously undisclosed intent to issue
26  widespread further RIF notices to employees during the government shutdown (*compare* ECF 67-
27  1, 71-2 *with* ECF 40, 49-2). *See* Kaspar Decl. ¶6; Biggs Decl. ¶¶3, 11; Lieberman Decl. ¶3.
28

Pls.' Mem. in Support of Second Ex Parte Mot. to Modify TRO, No. 3:25-cv-08302-SI      2

1    Plaintiffs moved for leave to amend to file a Second Amended Complaint adding these
2 Plaintiffs within days of this Court's initial TRO, and within days of learning that DOI had indeed
3 confirmed its intent to issue further RIFs, and within days of statements by other administration
4 officials confirming that RIFs during the layoff will continue.

## DISCUSSION

Plaintiffs incorporate the legal arguments set forth in Plaintiffs' Memorandum in Support of Motion for Temporary Restraining Order (ECF 17-1) and Reply in Support of that Motion (ECF 47), as if set forth fully herein.  NTEU, IFTPE, and AFT are equally likely to prevail on the merits of their claims as existing Plaintiffs, face irreparable harm similar to that faced by existing Plaintiffs, and the balance of equities favors issuing a TRO that protects the employees represented by these unions.  *See* ECF 56.  Defendants will suffer no prejudice from issuance of a TRO, which will serve the public interest.  *See id.*

## CONCLUSION

Plaintiffs therefore respectfully request that this Court further modify its October 15, 2025 TRO, previously modified on October 17, 2025, to extend the relief set forth therein to NTEU, IFPTE, and AFT.

Dated: October 21, 2025                                   Respectfully submitted,

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard
Alice X. Wang
Robin S. Tholin
Talia Stender
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com

tstender@altber.com

By: */s/ Danielle Leonard*

*Attorneys for All Plaintiffs*

Elena Goldstein (pro hac vice)
Jennie Kneedler (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 322-1959
egoldstein@democracyforward.org

*Attorneys for All Plaintiffs*

Norman L. Eisen (pro hac vice)
Craig Becker (pro hac vice)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@democracydefenders.org
Craig@democracydefenders.org

*Attorneys for All Plaintiffs*
Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT
EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

*Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson (SBN 226659)
AMERICAN FEDERATION OF STATE,
COUNTY, AND MUNICIPAL EMPLOYEES,
AFL-CIO
1625 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

*Yvette M. Piacsek\**
NATIONAL FEDERATION OF FEDERAL
EMPLOYEES, IAM, AFL-CIO
1225 New York Ave. N.W., Suite 450
Washington, D.C. 20005
Tel: (202)216-4428
ypiacsek@nffe.org

*Attorneys for proposed Plaintiff National Federation of Federal Employees, IAM, AFL-CIO*

Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL
UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

*Attorneys for proposed Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

Sarah E. Suszczyk\*
NATIONAL ASSOCIATION OF GOVERNMENT
EMPLOYEES, INC.
159 Thomas Burgin Parkway
Quincy, MA 02169
Tel: (617) 376-7239
ssuszczyk@nage.org

*Attorneys For proposed Plaintiff National Association of Government Employees, Inc.  (NAGE)*

*\*Pro hac vice application forthcoming*