Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **DECLARATION OF DANIEL KASPAR** |

Declaration of Daniel Kaspar, No. 3:25-cv-08302-SI

## DECLARATION OF DANIEL KASPAR

I, Daniel Kaspar, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information and belief.

2. I currently serve as Director of Field Operations at the National Treasury Employees Union (NTEU), the nation's largest independent federal sector union. I have worked for NTEU since 2011.

3. NTEU's mission is to organize federal employees to work together to ensure that every federal employee is treated with dignity and respect. NTEU accomplishes its mission by negotiating collective bargaining agreements with agency employers, pushing for legislation that improves federal employees' working lives, and litigating disputes involving federal employees' rights.

4. In my capacity as Director of Field Operations, I am familiar with the agencies where NTEU-represented employees work, the duties those employees perform, and the work-related communications those employees are receiving from the Administration, including reduction-in-force (RIF) notices.

5. NTEU is the exclusive bargaining representative of approximately 160,000 federal employees in thirty-eight departments and agencies. NTEU is headquartered in Washington, D.C. and represents employees across the country, including many within California and within the Northern District of California specifically. One of NTEU's field offices is in Oakland, California.

6. Among the agencies where NTEU represents employees are the Internal Revenue Service (IRS) and Departmental Offices within the U.S. Department of Treasury; multiple divisions within the U.S. Department of Health and Human Services (HHS), including the Substance Abuse and Mental Health Services Administration (SAMHSA); the Patent and Trademark Office within the U.S. Department of Commerce; the Environmental Protection Agency; the U.S. Department of Energy; the U.S. Department of Interior, including the National Park Service and Bureau of Land Management; the Commodity Futures Trading Commission; the Federal Communications Commission; the Federal Election Commission; and the U.S. Securities and Exchange Commission.

7.  NTEU-represented employees perform many vital government functions, including collecting tax revenue; safeguarding the environment; promoting mental health and reducing substance abuse; and protecting our national parks.

8.  NTEU continues to have members in each of the bargaining units where agencies have taken implementation steps pursuant to Executive Order 14251.

9.  Many federal employees represented by NTEU have been furloughed without pay or are working as excepted employees without pay since the shutdown began.

10. On October 1, 2025, and again on October 10, 2025, I became aware of RIF notices being sent to NTEU-represented employees, many of whom are members.

11. Agencies are required to notify exclusive bargaining representatives, if any, of RIF notices (5 C.F.R. § 351.801(a)), but NTEU has not received this legally required notice from any of the federal agencies where NTEU represents employees.

12. Approximately 1,000 employees within the IRS and Treasury Departmental Offices received RIF notices on or after October 10, 2025. Among the employees receiving RIF notices are employees within NTEU's bargaining units and NTEU members.

13. Several hundred HHS employees received RIF notices on or after October 10, 2025, including at SAMHSA. Among the employees receiving RIF notices are employees within NTEU's bargaining units and dues-paying NTEU members.

14. Employees at the Patent and Trademark Office received RIF notices on or after October 1, 2025. Among the employees receiving RIF notices are employees within NTEU's bargaining units and NTEU members.

15. Employees at the Environmental Protection Agency received general RIF notices on or after October 10, 2025. Among the employees receiving RIF notices are employees within NTEU's bargaining units and NTEU members.

16. Employees at the U.S. Department of Energy received general RIF notices on or after October 10, 2025. Among the employees receiving RIF notices are employees within NTEU's bargaining units and NTEU members.

17. I have received information that RIF notices are or, until the temporary restraining order entered in this case, were anticipated at the U.S. Department of Interior, including within the National Park Service and Bureau of Land Management, this week.

18. I have heard first-hand from many NTEU-represented employees that these RIFs are causing them severe stress and mental anguish. It has been difficult enough for their pay to stop because of the ongoing shutdown, but they are now faced with a permanent loss of employment and accompanying loss of health insurance and other benefits. Many NTEU-represented employees live paycheck to paycheck and cannot easily endure the shutdown, much less a permanent job loss.

19. NTEU-represented employees who have not been RIF'd are also suffering stress and anguish because multiple media reports state that more RIFs are likely coming. In addition, once the shutdown ends, NTEU-represented employees who remain in government service will have an increased workload because so many of their fellow employees have been RIF'd.

20. The stress and harm of these RIFs is compounded because they are occurring during a shutdown. Ordinarily, when NTEU-represented employees receive RIF notices they would work with NTEU chapter representatives or NTEU staff to prepare for the employees' separation or to ascertain if the RIF was legally valid. But NTEU-represented employees who are furloughed cannot do this because they do not have access to their employment records and are shut out of workplace computer systems. Indeed, many NTEU-represented employees have been confused about their status because some RIF notices were sent to work emails which furloughed employees are not allowed to access during the shutdown.

21. The confusion of this RIF process is further compounded because numerous NTEU-represented employees cannot reach out to agency human resources staff for guidance because many such human resources staff are also not working. RIF'd employees normally receive career transition guidance and counseling, services that are unavailable because of the shutdown.

22. These RIFs will severely harm NTEU. The RIFs will diminish the size of NTEU's bargaining units, which negatively impacts our stature and influence. The loss of dues-paying members will diminish NTEU's revenue. Diminished status and revenue will hurt our ability to carry out NTEU's mission even for employees who remain employed.

23. NTEU is also expending time and resources counseling employees who have received RIF notices and pursuing relief for such employees, which diminishes NTEU's ability to carry out the remainder of its mission.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 21, 2025

Daniel Kaspar