1  Stacey M. Leyton (SBN 203827)
2  Barbara J. Chisholm (SBN 224656)
   Danielle Leonard (SBN 218201)
3  Alice X. Wang (SBN 335224)
   Robin S. Tholin (SBN 344845)
4  Talia Stender (SBN 341654)
   ALTSHULER BERZON LLP
5  177 Post Street, Suite 300
   San Francisco, CA 94108
6  Tel.: (415) 421-7151
7  sleyton@altber.com
   bchisholm@altber.com
8  dleonard@altber.com
   awang@altber.com
9  rtholin@altber.com
   tstender@altber.com
10

11 *Attorneys for Plaintiffs*

12 [Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **DECLARATION OF DANIELLE LEONARD IN SUPPORT OF PLAINTIFFS' SECOND EX PARTE MOTION TO MODIFY TRO** |

# DECLARATION OF DANIELLE LEONARD

I, Danielle Leonard, declare as follows:

1. I am a member in good standing of the State Bar of California and the bar of this Court. I represent all Plaintiffs in this action. This declaration is based on my personal knowledge, information, and belief. I make this declaration pursuant to Local Rule 65-1(a)(5) regarding notice of the accompanying Plaintiffs' Second Ex Parte Motion to Modify TRO ("Motion").

2. At 9:28 a.m. on October 21, 2025, I emailed all counsel of record for Defendants to give notice and ask Defendants' positions with respect to: a) Plaintiffs' Second Ex Parte Motion to Modify the existing TRO to add relief for proposed new Plaintiffs NTEU, IFPTE, and AFT; b) Plaintiffs' Revised Motion for Leave to Amend Complaint, which seeks leave to file a revised Second Amended Complaint adding proposed Plaintiffs NTEU, IFPTE and AFT to the previously proposed new Plaintiffs of SEIU, NAGE, and NTEU, along with six agency defendants that the Plaintiff and proposed Plaintiff unions represent (Peace Corps, SEC, CFTC, MSPB, FCC, and FEC); and c) Plaintiffs' motion to shorten time to hear the motion for leave to amend.

3. Counsel for Defendants responded that same day, confirming that Defendants oppose all three requests, including the motion to modify the TRO to extend relief to and with respect to the new parties proposed in the revised proposed Second Amended Complaint.

4. Counsel for Defendants also represented: "As to the proposed added defendants SEC, CFTC, MSPB, FCC, and FEC, who have independent litigating authority, DOJ is not presently authorized to state their position because we do not represent those agencies in this matter at this time."

5. I responded requesting confirmation as to: 1) whether counsel for Defendants will not be representing SEC, CFTC, MSPB, FCC, and FEC in this litigation, or counsel is not prepared to say at this time; and 2) the names and contact information of counsel who do currently represent the five agencies.

6. Counsel for Defendants responded: "at this time, we are not able to confirm either way regarding representation. With regard to your request for contact information, we don't presently have that information, and we are uncertain who is available during the lapse in appropriations. If we learn of the relevant contact information, we can pass it along."

7. My staff obtained the names and contact information of the General Counsel or Acting General Counsel of each of the five agencies (SEC, CFTC, MSPB, FCC, and FEC) for which Defendants' counsel could not confirm their representation.

8. On October 21, 2015, following my email exchange with Defendants' counsel regarding these matters, I emailed the following five individuals at their agency email addresses: Acting General Counsel Jeffrey Finnel, SEC; Acting General Counsel Katherine Smith, MSPB; Acting General Counsel Lisa J. Stevenson, FEC; Adam Candeub, General Counsel, FCC; and Meghan Tente, Acting General Counsel, CFTC. My email to these individuals provided notice of (a) Plaintiffs' Second Ex Parte Motion to Modify TRO to include relief for the proposed new Plaintiffs NTEU, IFPTE, and AFT; (b) Plaintiffs' Revised Motion for Leave to Amend Complaint, which seeks leave to file a Second Amended Complaint that adds as Plaintiffs NTEU, IFPTE and AFT, along with the previously proposed Plaintiffs SEIU, NAGE, and NTEU, and six agency defendants that the Plaintiff unions represent (Peace Corps, SEC, CFTC, MSPB, FCC, and FEC); and (c) Plaintiffs' motion to shorten time to hear their motion for leave to amend. I copied counsel for all other Defendants on that notice email.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed October 21, 2025, in San Francisco, California.

_____
Danielle Leonard