Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 3:25-cv-08302-SI<br><br>**PLAINTIFFS' NOTICE OF AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date/Time: October 28, 2025 at 10:30am<br>Location: Courtroom 1, 17th Floor |

1

## NOTICE OF AND MOTION FOR PRELIMINARY INJUNCTION

2      TO ALL DEFENDANTS: PLEASE TAKE NOTICE that on October 28, 2025, at 10:30 a.m.

3  in Courtroom 1, 17th Floor, United States District Court, Northern District of California, located at

4  450 Golden Gate Avenue, San Francisco, CA, all Plaintiffs will move the Court pursuant to Rule 65

5  of the Federal Rules of Civil Procedure and Rule 65-1 of the Civil Local Rules and this Court's

6  authority to "issue all necessary and appropriate process to postpone the effective date of an agency

7  action or to preserve status or rights," 5 U.S.C. §705, for a preliminary injunction as follows:

8      Enjoin and/or stay Defendants Office of Management and Budget ("OMB"), Office of

9  Personnel Management ("OPM"), the Department of Agriculture, the Department of Commerce, the

10  Department of Defense, the Department of Education, the Department of Energy, the Department of

11  Health and Human Services, the Department of Homeland Security, the Department of Housing and

12  Urban Development, the Department of Justice, the Department of Interior, the Department of Labor,

13  the Department of State, the Department of Treasury, the Department of Transportation, and the

14  Department of Veterans Affairs, as well as the Consumer Product Safety Commission,

15  Environmental Protection Agency, Equal Employment Opportunity Commission, Federal Trade

16  Commission, General Services Administration, Institute of Museum and Library Services, National

17  Aeronautics and Space Administration, National Archives and Records Administration, National

18  Endowment for the Arts, National Endowment for the Humanities, National Gallery of Art, National

19  Science Foundation, National Transportation Safety Board, Nuclear Regulatory Commission, Small

20  Business Administration, Smithsonian Institute, Social Security Administration, International

21  Development Finance Corporation, Peace Corps, Commodity Futures Trading Commission, Federal

22  Communications Commission, Federal Elections Commission, Securities and Exchange

23  Commission, and Merit Systems Protection Board; their agency heads named in their official

24  capacities as Defendants in this lawsuit' their officers, agents, servants, employees, and attorneys;

25  and all persons acting by, through, under, or in concert with these Defendants as follows from:

26      1.    Taking any action to issue any Reduction in Force ("RIF") notices during or because

27  of the federal government shutdown to federal employees in any PPA (program, project, or activity)

28

that includes any bargaining unit or member represented by any Plaintiff,[1] including but not limited to by taking any action to implement or enforce the OMB Lapse Memorandum (dated September 24, 2025), the portions of the related OPM Guidance for Shutdown Furloughs (as revised September 28, 2025), the related OPM "Special Instructions for Agencies Affected by a Possible Lapse in Appropriations Starting on October 1, 2025" (dated September 28, 2025), or any other decision or directive that purports to authorize or require issuance of RIF notices during a shutdown; and

2.      Taking any action to administer or implement any Reduction in Force ("RIF") notices issued during or because of the federal government shutdown to federal employees in any PPA (program, project, or activity) that includes any bargaining unit or member represented by any Plaintiff, including but not limited to by taking any action to implement or enforce the OMB Lapse Memorandum (dated September 24, 2025), the portions of the related OPM Guidance for Shutdown Furloughs (as revised September 28, 2025), the related OPM "Special Instructions for Agencies Affected by a Possible Lapse in Appropriations Starting on October 1, 2025" (dated September 28, 2025), or any other decision or directive that purports to authorize or require issuance of RIF notices during a shutdown.  Any such RIF notices issued during or because of the shutdown must be rescinded by providing individual notice to the federal employees in PPAs covered by this injunction, as set forth below.

Plaintiffs will further move the Court to order that each Defendant do the following:

3.      Within two (2) business days, file an accounting of any RIFs that have been issued on or after October 1, or that were in preparation at the time of this Court's TRO (ECF 56), clarified and modified TRO (ECF 70), and/or preliminary injunction, including at a minimum information identifying: a) the impacted PPAs, including information or parameters (such as a description of the office or program within the agency) used by the Defendant to define the PPAs; b) whether each

---

[1] Plaintiffs and proposed Plaintiffs include the American Federation of Government Employees, AFL-CIO ("AFGE"), American Federation of State County and Municipal Employees, AFL-CIO ("AFSCME"), AFGE Local 1236, and AFGE Local 3172, National Federation of Federal Employees ("NFFE"), Service Employees International Union ("SEIU"), National Association of Government Employees, Inc. ("NAGE"), National Treasury Employees Union ("NTEU"), International Federation of Professional and Technical Engineers, AFL-CIO ("IFPTE"), and the American Federation of Teachers ("AFT").

impacted PPA includes any employees subject to this Court's injunction; c) how many employees are within each such PPA; and d) the number of employees within each such PPA whom Defendant has identified as protected by the Court's injunction.

4.    Within four (4) business days, file for this Court's review and approval a proposed form of a letter to be sent to each employee whose RIF notice must be rescinded under this Court's injunction, which expressly rescinds the prior RIF notice(s).  Defendants' counsel shall provide the proposed letter to Plaintiffs' counsel at least two (2) business days before filing the letter with the Court, to allow the parties to meet and confer as to content and form.  If the parties disagree as to content and form, they will so notify the Court.

5.    Within three (3) business days of the Court's approval of the letter described in the paragraph 4, file declarations from each Defendant required by this injunction to notify employees to whom RIF notices subject to this Court's injunction were issued, confirming that all employees have been sent the Court-approved letter by U.S. mail to the employees' current known mailing addresses, and any work and personal email addresses known to the Defendant.

6.    Within ten (10) business days of this Court's injunction, file declarations from each Defendant detailing the steps it has taken to comply with this Court's injunction.

The Motion is made on the grounds that (1) Plaintiffs are likely to prevail on their claims that OMB and OPM have exceeded statutory authority, acted contrary to law, and acted in an arbitrary and capricious manner in issuing the OMB Lapse Memorandum and associated OPM Guidance and Instructions and otherwise directing federal agencies to engage in RIFs during a federal government shutdown; that OMB, OPM, and Federal Agency Defendants have exceeded or will imminently exceed statutory authority, act contrary to law, and act in an arbitrary and capricious manner by administering RIFs during shutdown of the federal government; and that the actions of Defendants are *ultra vires* and violate the Administrative Procedure Act ("APA"), 5 U.S.C. §706(2)(A), (C); (2) Plaintiffs will suffer irreparable injury unless the relief requested is granted; and (3) the balance of equities and public interest favor injunctive relief.

This Motion is supported by the accompanying Plaintiffs' Memorandum in Support of Motion for Preliminary Injunction and Supporting Declarations; Plaintiffs' Memorandum in Support of

1 Motion for Temporary Restraining Order, along with the Reply Memorandum and supporting

2 evidence; Plaintiffs' supplemental motions for modification of the Temporary Restraining Order and

3 supporting evidence; the Amended Complaint and proposed Second Amended Complaint; and the

4 entire record in this case.

5

6 Dated: October 21, 2025                    Respectfully submitted,

7

8                                           Stacey M. Leyton
                                            Barbara J. Chisholm
9                                           Danielle E. Leonard
                                            Alice X. Wang
10                                          Robin S. Tholin
                                            Talia Stender
11                                          ALTSHULER BERZON LLP
                                            177 Post St., Suite 300
12                                          San Francisco, CA 94108
                                            Tel.: (415) 421-7151
13                                          Fax: (415) 362-8064
                                            sleyton@altber.com
14                                          bchisholm@altber.com
                                            dleonard@altber.com
15                                          awang@altber.com
                                            rtholin@altber.com
16                                          tstender@altber.com

17

18                               By: */s/ Danielle Leonard*

19                                          *Attorneys for All Plaintiffs*

20                                          Elena Goldstein (pro hac vice)
                                            Jennie Kneedler (pro hac vice)
21                                          DEMOCRACY FORWARD FOUNDATION
                                            P.O. Box 34553
22                                          Washington, DC 20043
                                            Tel: (202) 322-1959
23                                          egoldstein@democracyforward.org

24
                                            *Attorneys for All Plaintiffs*
25

26                                          Norman L. Eisen (pro hac vice)
                                            Craig Becker (pro hac vice)
27                                          DEMOCRACY DEFENDERS FUND
                                            600 Pennsylvania Avenue SE #15180
28                                          Washington, D.C. 20003

1                                           Tel: (202) 594-9958

                                       Norman@democracydefenders.org

2                                          Craig@democracydefenders.org

3   *Attorneys for All Plaintiffs*

4

5   Rushab Sanghvi (SBN 302809)
    AMERICAN FEDERATION OF GOVERNMENT

6   EMPLOYEES, AFL-CIO
    80 F Street, NW

7   Washington, D.C. 20001

8   Tel: (202) 639-6426
    Sanghr@afge.org

9
    *Attorneys for Plaintiffs American Federation of*
10  *Government Employees, AFL-CIO (AFGE) and*
    *AFGE locals*
11

12  Teague Paterson (SBN 226659)

13  AMERICAN FEDERATION OF STATE,
    COUNTY, AND MUNICIPAL EMPLOYEES,

14  AFL-CIO
    1625 L Street, N.W.

15  Washington, D.C. 20036

16  Tel: (202) 775-5900
    TPaterson@afscme.org

17
    *Attorneys for Plaintiff American Federation of State*
18  *County and Municipal Employees, AFL-CIO*
    *(AFSCME)*
19

20  Yvette M. Piacsek*
    NATIONAL FEDERATION OF FEDERAL

21  EMPLOYEES, IAM, AFL-CIO
    1225 New York Ave. N.W., Suite 450

22  Washington, D.C. 20005

23  Tel: (202)216-4428
    ypiacsek@nffe.org

24
    *Attorneys for proposed Plaintiff National*
25  *Federation of Federal Employees, IAM, AFL-CIO*

26  Steven K. Ury (SBN 199499)

27  SERVICE EMPLOYEES INTERNATIONAL UNION,
    AFL-CIO

28  1800 Massachusetts Ave., N.W.

1

2

Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

3

4

*Attorneys for proposed Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

5

6

7

8

9

Sarah E. Suszczyk*
NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC.
159 Thomas Burgin Parkway
Quincy, MA 02169
Tel: (617) 376-7239
ssuszczyk@nage.org

10

*Counsel For proposed Plaintiff National Association of Government Employees, Inc.  (NAGE)*

11

12

*\*Pro hac vice application forthcoming*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28