Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **SUPPLEMENTAL DECLARATION OF SAMUEL J. LIEBERMAN** |

**DECLARATION OF SAMUEL J. LIEBERMAN**

I, Samuel J. Lieberman, declare as follows:

1. I am a member of the District of Columbia Bar. Since 2004, I have served as an attorney in the legal department of the American Federation of Teachers, AFL-CIO ("AFT"). This declaration is based on my personal knowledge and the records and information available to AFT.

2. AFT is a national labor union representing approximately 1.8 million members, including: educators, healthcare professionals, and public service workers. The AFT has over 3,000 local and state affiliates, three of which represent bargaining units of federal employees: the Federation of Indian Service Employees, AFT Local 4524 ("FISE"); the Overseas Federation of Teachers ("OFT"); and the Wisconsin Federation of Nurses and Health Professionals, AFT Local 5000 ("WFNHP") (together "AFT Affiliates").

3. FISE is a labor union and chartered affiliate of AFT that represents approximately 4,700 employees in four agencies within the Department of the Interior ("DOI"): Bureau of Indian Affairs ("BIA"), Assistant Secretary/Indian Affairs ("AS/IA"), Bureau of Trust Funds Administration ("BTFA") and the Bureau of Indian Education ("BIE").

4. OFT is a labor union and chartered affiliate of AFT that represents a bargaining unit of approximately 600 schoolteachers employed by the Department of Defense Education Activity ("DoDEA") in its Europe South District, which presently includes bases in Italy, Spain, Turkey, and Bahrain. DoDEA ceased to recognize the collective bargaining rights of OFT members following the issuance of Exec. Order No. 14251, 90 Fed. Reg. 14553 (March 27, 2025)(Exclusions From Federal Labor-Management Relations Programs). Pursuant to the preliminary injunction issued by the U.S. Dist. Ct. for D.C. in *American Federation of Labor and Congress of Industrial Organizations v. Trump,* 1:25-cv-02445 (D.D.C.), some collective bargaining rights have been restored.

5. WFNHP is a labor union and chartered affiliate of AFT that represents healthcare workers in the State of Wisconsin, including a federal sector bargaining unit of approximately 1000 registered nurses, nurse practitioners, and nurse anesthetists at the Clement J. Zablocki VA Medical Center (Milwaukee VA) in Milwaukee, Wis.

6. Each of the AFT Affiliates are certified by the Federal Labor Relations Authority

("FLRA") as the exclusive representative of employees in bargaining units at their respective agencies. AFT Affiliates engage in collective bargaining on behalf of their members, with assistance from AFT. At a national union level, the AFT provides organizing, political, professional issues, public relations, legislative, and legal support to AFT Affiliates. AFT has provided significant support to AFT Affiliates since January 20, 2025 in order to deal with the unprecedented attack on the federal workforce. Such support has included participation in multiple litigations, organizing assistance, strategic assistance, and lobbying on behalf of our members in AFT Affiliates and those who are served by the federal workforce.

7. The AFT is a union of professionals that champions fairness; democracy; economic opportunity; and high-quality public education, healthcare and public services for our students, their families and our communities. Every AFT affiliate is composed of members whose jobs are performed *in service to their community and their country*. The AFT Affiliates, whose members are federal employees that serve their country on a daily basis, exemplify these ideals. FISE members serve Indian Country; many of them are, themselves, Native Americans who reside in the communities they serve. OFT members serve America's military-connected families in southern Europe, ensuring that the children of America's warfighters receive the highest quality education possible. WFNHP's members serve America's veterans in Milwaukee, on their side and by their bedside 24-hours a day at the Milwaukee VA hospital. The majority of the membership of the AFT Affiliates are serving without pay during the shutdown; some are furloughed.

8. AFT has always been outspoken in its defense of federal employees and the communities they serve. This advocacy has taken on new importance as the current Administration has commenced its attack on government services. In addition to numerous litigations filed against the current Administration, AFT and our president, Randi Weingarten, have issued numerous press releases and statements criticizing President Trump's policies, including the dismantling of federal agencies. The AFT's website is replete with such statements. *See* https://www.aft.org/press.

9. On or about September 28, 2025, AFT and AFT Affiliates began to be aware of statements made by Administration officials indicating an intent to engage in Reductions in Force ("RIF") of federal employees during the government shutdown that resulted from the lapse in

congressional appropriations. The Office of Personnel Management ("OPM") guidance document titled "Guidance for Shutdown Furloughs" was updated September 28, 2025 to include new questions and answers indicating that RIFs are possible during the shutdown. We observed news coverage on October 2, 2025, quoting the President of the United States saying that he would target "Democrat agencies" with RIFs. Additional statements from the Vice President, OMB Director, and White House Press Secretary were reported, indicating that RIF plans were under development. As of the commencement of the shutdown, the Administration did not reveal the agencies at which it was planning to impose RIFs, or notify AFT of its intent at any agency.

10. AFT Affiliates became aware of news coverage of RIFs that were announced on October 10, 2025 of approximately 4,200 federal employees and obtained a copy of Defs.' Opp. To Pls.' Mot. for TRO substantiating this fact. ECF No. 39. The confirmation of RIFs having taken place raised significant alarm among the leadership and members of AFT Affiliates. Many of our FISE members are stationed in remote locations on Indian reservations across approximately 25 states. OFT members are stationed thousands of miles away on military bases in foreign countries. Most of the members of these AFT Affiliates are serving without pay during the shutdown and would experience extraordinary hardship if RIFed during this particularly difficult time for federal employees.

11. Upon information and belief, no members of AFT Affiliates have been RIFed since the shutdown began. However, on October 16, 2025 AFT became aware of Plaintiffs' filing that DOI "was actively preparing a largescale…RIF." ECF No. 59-1. We have received no notification from DOI as of the date of this Declaration that our members in BIE, BIA, BTFA, or AS/IA will be subject to RIF. Nonetheless, the information concerning potential imminent DOI RIFs raised significant concern regarding the imminent impact on FISE members as well as our members in OFT and WFNHP that would be caused by the devastating effects of RIFs illegally conducted during the midst of a government shutdown.

12. A RIF conducted during the government shutdown will cause significant hardship to AFT members. Many FISE members work in rural locations, on and off reservations, in places where jobs are not plentiful, nor are resources for those who have lost their employment. OFT members

serve overseas; many have spent decades building lives and raising families in foreign countries. In many, if not most, cases RIF would mean loss of sponsorship and the right to continue to live abroad. Families would be upended, children of OFT members, most of whom are students in DoDEA schools, would need to return to the U.S. in the middle of a school year. Almost all OFT members have leases or mortgages in the foreign countries; the financial harm that would result from an unexpected loss of sponsorship and need to return to the United States would be significant. The issues outlined here would have an immediate impact upon employees who receive RIF notices because they would need to hastily begin planning for significant changes to their careers, financial circumstances, and family lives.

13. The stress and mental health challenges that a RIF initiated during the government shutdown will cause to the members of AFT Affiliates are significant. Our members build decades-long careers performing jobs that are of service to communities that are often vulnerable and underserved. Their self-image and sense of self-worth is closely tied to their ability to continue to serve their communities. I have spoken with a significant number of our members who are angry and deeply hurt at the disrespect being shown to them by an Administration that does not appear to value their work and that would cause such severe and immediate impact on employees' lives for the purposes of political gain.

14. The communities served by AFT members will suffer from the effects of RIFs that take place during the shutdown. FISE members who work for BIE and OFT members are schoolteachers. A RIF at this point in the school year would be deeply unsettling to students and their families. Under the best of circumstances, it can be a lengthy process to staff the BIE schools as well as the DoDEA schools that are outside of the United States. It is reasonable to expect that students who would lose their teachers to a RIF in the middle of a shutdown would be without a permanent replacement for an even longer period of time than usual.

15. The consequences of a RIF that takes place during the shutdown to the communities served by members of AFT Affiliates outside of the education field will also be significant, including the nurses at the Milwaukee VA (who already suffer from short staffing) and the FISE members who serve at BTFA doing important work managing the financial assets of American Indians held in trust

by DOI, including significant responsibilities connected to the performance of treaty obligations by the federal government. The negative impact on these communities of RIFs that take place during the government shutdown will be immediate and profound. The effects of such RIFs on our members, public servants who tend to the needs of these communities, would be immediate and disruptive to their work and their lives.

16. Federal employees subject to RIF under ordinary circumstances are entitled to certain rights and benefits. These benefits and other transition matters are coordinated by human resources and labor-management employee relations professionals, many of whom are furloughed. Any employees represented by AFT Affiliates subject to these RIFs would not be able to receive the assistance with these matters that they would need, almost immediately. Nor would they be able to address any mistakes in the RIF notices or process. There is a complete lack of confidence on the part of AFT Affiliates and their members that a RIF conducted at this time would be done properly which, itself, is another cause for stress, fear, and mental anguish among our membership, all of which is avoidable.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed October 21, 2025, in Washington, DC.

_____
Samuel J. Lieberman