Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **DECLARATION OF MATTHEW S. BIGGS** |

Declaration of Matthew S. Biggs, No. 3:25-cv-08302-SI

## DECLARATION OF MATTHEW S. BIGGS

I, Matthew S. Biggs, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the President of the International Federation of Professional & Technical Engineers (IFPTE). I have been the President since 2021 and have been employed by IFPTE for 24 years. My office is located at 513 C Street NE, Washington, DC 20002.

3. IFPTE is an international labor organization and unincorporated membership association headquartered in Washington, D.C. that represents approximately 30,000 federal employees. Employees represented by IFPTE work at the following federal agencies: the Department of Defense (DOD), the Department of Commerce (DOC), the National Aeronautics and Space Administration (NASA), the Department of Energy (DOE), the Department of the Interior (DOI), the Social Security Administration (SSA), the Environmental Protection Agency (EPA), the Merit Systems Protection Board, and the Department of Justice (DOJ).

4. IFPTE represents employees in the EPA's Region 9 Headquarters in San Francisco, California; several of NASA's centers, including Ames Research Center in Moffett Field, California; and several components of DOD, including civilian employees of the Department of the Navy in San Diego, California and of the U.S. Army Corps of Engineers in San Francisco, California. Throughout the country, IFPTE members serve as engineers, scientists, technicians, lawyers, judges, auditors, researchers and in many other professions.

5. IFPTE continues to have members in all of the bargaining units where collective bargaining agreements were purportedly cancelled by agencies pursuant to Executive Order 14343.

6. I am familiar with the broad range of work performed by IFPTE members through my work, materials I have reviewed, and information made available to me pursuant to my duties at IFPTE. President Trump's plan to drastically downsize or eliminate federal agencies, cut potentially hundreds of thousands of jobs, slash programs and services, shutter offices and departments, and terminate contracts will detrimentally impact IFPTE, our members, and our communities.

7. As a labor union, IFPTE provides representation, information, and legislative advocacy for individual federal employees and represented units regarding terms and conditions of employment. This includes assisting local affiliates with negotiating collective bargaining agreements, filing grievances and unfair labor practice charges, interacting with federal agencies on behalf of our employees, and advocating to Congress on issues of importance to federal workers, their families, retirees, and to veterans.

8. On or around September 24, 2025, IFPTE learned through news reports that the Office of Management and Budget (OMB) was directing federal agencies to conduct reductions in force (RIFs) during the government shutdown. Since then, we have also been made aware, through press reports of the statements by the President, OMB Director Russell Vought, and others in the Administration, that layoffs during the shutdown will be targeted at perceived political opponents, including agencies and programs favored by "Democrats." On October 1, 2025, the government shutdown began.

9. Some federal employees represented by IFPTE and our affiliates have been furloughed and have gone without pay since October 1. Others are working without pay as excepted employees, such as many who work for the Army Corps of Engineers as regional experts overseeing and managing all aspects of crucial construction projects, as well as for the Department of Navy at our nation's four public Navy Shipyards.

10. On October 10, 2025, I became aware through press reports that OMB announced that the RIFs of federal employees during the shutdown had begun. I understand that Defendants in this case have reported that RIF notices have been issued at a number of agencies, and that RIFs are being prepared at others.

11. I estimate that IFPTE represents approximately 400 Department of Interior employees in the Bureau of Reclamation in Denver, Colorado. I understand that DOI is an agency that is planning RIFs during the shutdown.

12. I am not aware of any RIF notices that, at the time of this declaration, have been issued to our represented workers during the shutdown. However, some workers have reported that employees are being placed on temporary or part-time exempted status during the shutdown to pack

Declaration of Matthew S. Biggs, No. 3:25-cv-08302-SI                                                    2

and move offices and labs and to clear buildings. This makes the workers concerned that RIFs may be issued and that they are being asked to perform work related to planned RIFs during the shutdown.

13. If agencies at which IFPTE represents employees and/or has members issue RIF notices during the government shutdown, and while the vast majority of employees are furloughed, these notices will cause widespread harm. As IFPTE president, I am aware of the great harm that RIF notices that have already been issued throughout the federal government have had and are having on the thousands of workers. I am in constant communication with IFPTE's federal sector locals and members regarding the ongoing attacks and threats they are facing from the Trump Administration, notably from OMB Director Russell Vought who continues to threaten to RIF federal workers during the government shutdown. These threats, like the threats he issued upon being confirmed as OMB Director, continue to this day.

14. IFPTE members and local officers have told us that this rhetoric from Director Vought and other administration officials has sent a chilling message to IFPTE-represented federal workers, and that they feel particularly targeted due to IFPTE's ongoing legal challenges to Trump Administration executive orders.

15. I am personally aware of IFPTE members whose health, both mental and physical, has suffered as a result of the stress they are experiencing due to the ongoing threats of RIFs. They are not only worried about providing for their families, but they are also worried that if they were to receive RIF notices, it would be very difficult to find similar employment elsewhere.

16. These are federal workers who have established careers at places like NASA, the National Oceanic and Atmospheric Administration, EPA, and DOD, and have unique and specialized skill sets to match the needs of these and other agencies serving the American people. They fear that the careers they have worked so hard to establish, many over decades of service to this nation, would be destroyed. Not only are their careers at stake, but their health care benefits and pensions would also suffer. IFPTE members employed by the federal government wake up each day wondering if this will be the day they will receive a RIF notice. This is no way to treat dedicated workers who have given their life's work to the nation.

17. In addition, laying off employees during the shutdown all but guarantees delays in notification, or that employees may not be notified at all because the agencies tend to send these notices to work emails, which employees may not be reviewing. Employees also will likely not have access to the staff needed to correct errors or assist them with the transition during the shutdown, losing valuable time intended by the required notice period.

18. When IFPTE members lose jobs, IFPTE loses members. Membership losses deplete resources used to support the negotiation, bargaining, and enforcement of strong CBAs, which are essential to promoting productive labor relations, maintaining labor peace, and delivering effective, quality services to the public. These losses also require the redeployment of resources to support laid off workers.

19. I and IFPTE staff and leadership have heard from IFPTE members who are deeply concerned about IFPTE losing strength and bargaining power due to diminished membership numbers and smaller bargaining units. IFPTE leverages its membership strength within various agencies when advocating to Congress and to the public, and when our local affiliates bargain with federal agencies. The actions of this Administration against federal employees, including RIFs, threaten to reduce IFPTE's size and capacity and as such, to shrink our power and advocacy on behalf of federal workers.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed October 21, 2025, in Washington, DC.

*/s/ Matthew S. Biggs*

Matthew S. Biggs