Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **SUPPLEMENTAL DECLARATION OF LEE SUTTON** |

Supp. Decl. of Lee Sutton ISO Plaintiffs' Motion to Modify TRO, No. 3:25-cv-08302-SI

# DECLARATION OF LEE SUTTON

I, Lee Sutton, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the Federal Director of the National Association of Government Employees, Inc., also known as the National Association of Government Employees, SEIU Local 5000 ("NAGE"). NAGE, a national labor organization, is incorporated in the state of Delaware. NAGE is also an affiliate of the Service Employees International Union. NAGE's national headquarters is located at 159 Thomas Burgin Parkway, Quincy, Massachusetts, 02169. I have served as Federal Director since November 2017. Professionally, I am known as Lee Blackmon.

3. Several agencies have fully implemented Executive Order 14251 and unilaterally cancelled collective bargaining agreements with NAGE.

4. NAGE is currently a party to litigation related to Executive Order 14251 in the Northern District of California and the Ninth Circuit.

5. NAGE continues to have dues-paying members in each unit where collective bargaining agreements were cancelled pursuant to Executive Order 14251.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed October 20, 2025, in Clinton, Maryland.

_____
Lee Sutton