Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **SUPPLEMENTAL DECLARATION OF RANDY L. ERWIN** |

# SUPPLEMENTAL DECLARATION OF RANDY L. ERWIN

I, Randy L. Erwin, declare as follows:

1. I am over the age of 18 and have personal knowledge of the facts in this declaration.

2. I am the National President of the National Federation of Federal Employees, IAM, AFL-CIO ("NFFE"). NFFE is a national labor organization and unincorporated membership organization headquartered in Washington, D.C. NFFE is America's first civil service federal employee union. NFFE is an affiliate of the International Association of Machinists and Aerospace Workers (IAM).

3. I have been the National President of NFFE since 2016. Prior to that, I served in other national leadership roles at NFFE. I have been a proud member of NFFE-IAM since 2002.

4. NFFE represents approximately 110,000 federal employees. In the San Francisco, Oakland and greater Bay Area, NFFE represents approximately 5377 employees.

5. NFFE is the recognized collective bargaining representative of employees at several agencies which fall under the coverage of Executive Order 14251, signed on March 27, 2025, which excludes certain agencies from collective bargaining on the basis of national security. Agencies have implemented Executive Order 14251 at NFFE-represented agencies and cancelled collective bargaining agreements. NFFE continues to have dues-paying members in each of the bargaining units where collective bargaining agreements were cancelled by agencies pursuant to Executive Order 14251.

6. The threatened and actual RIFs of federal employees during the federal government shutdown has compounded past and ongoing harms and difficulties for many employees. I am aware that the Department of Housing and Urban Development issued Reduction-In-Force ("RIF") Notices on October 10 to employees that included NFFE members. Employees represented by NFFE in the Minority Business Development Agency in the Department of Commerce also received RIF Notices on or around October 10, notwithstanding prior court injunctions prohibiting agencies from taking further action in response to Executive Order 14238 ("Continuing the Reduction of the Federal Bureaucracy").

7. NFFE members who have received RIF notices have shared concerns and described the harms that they expect will result if the RIF notices take effect. Some members have experienced increased stress and emotional strain since receiving the notice. I am aware of at least one NFFE member that required a hospital visit and acute care intervention to help them manage. Most of our members are concerned about losing health insurance coverage they have through their employment with the federal government.

8. Members are most concerned about immediate income loss. A significant number of our members report they are cashing out their retirement savings in order to manage financially in the face of a RIF. Many have put their personal home on the market or are considering selling. Others are reviewing leases and considering breaking them and moving in with family or friends. At least one member says if he is RIF'd, he plans to ask to stay at friends' places free of charge until he can find new work.

9. Our members are worried that a RIF will mean the end to their federal career. All federal employees were promised a suite of retirement benefits. Our members expected that in return for their years of service, they would be able to retire with dignity. A RIF could rob them of that.

10. Our members report are concerned they may not be able to find comparable alternate work in the event of a RIF. The job market is not good right now because so many federal employees are applying for jobs. Our members have highly specialized education and experience that may only translate to a few private sector jobs. Recent economic reports show companies are hiring less. Many of our members are concerned that a private sector job would not be equivalent in many ways.

11. Even if they avoid the RIF, our members are concerned about the change in workload following these downsizing efforts. The Administration has made clear that recently vacated positions will not be backfilled, so the employees remaining will be asked to pick up the work of others which is sometimes higher-graded work. Our members are anticipating they will suffer increasingly unmanageable workloads and potential wage theft because of workforce reduction. Institutional knowledge will be lost. The federal government has spent a lot of taxpayer money training federal employees and now we may never see a return on that investment.

12. Our members who have received RIF notices have already found errors that impact their rights, including amount of severance pay. Many are concerned that the staff that would normally be available to correct such errors are either furloughed or their positions are vacant and not backfilled because of retirements or employees took the "Fork in the Road" offer and are now off the rolls. Our members are worried that the errors will not be fixed and their rights and benefits will be limited or underpaid.

13. In sum, these RIF notices at MBDA and HUD have come at a very difficult time, when employees already are largely not being paid, and after the difficult year that has tested the commitment of those employees who remain, who are, in my experience, dedicated, hard-working public servants. These RIFs also appear to be directed at work that is important to the mission, functions, and effectiveness of the agencies they are trying to dismantle.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed October 20, 2025, in Washington, D.C..

_____
Randy L. Erwin