Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **SUPPLEMENTAL DECLARATION OF ELENA MEDINA NEUMAN** |

**DECLARATION OF ELENA MEDINA NEUMAN**

I, Elena Medina Neuman, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am an Associate General Counsel with the Service Employees International Union (SEIU). I have been employed by SEIU for 13 years. My office is located at 3055 Wilshire Blvd., Suite 1050, Los Angeles, California.

3. I am familiar with the broad range of work performed by SEIU members through my work, materials I have reviewed, and information made available to me pursuant to my duties at SEIU. President Trump's plan to drastically downsize or eliminate federal agencies, cut potentially hundreds of thousands of jobs, slash programs and services, shutter offices and departments, and terminate contracts has detrimentally impacted SEIU, our members, and our communities. The Trump Administration's efforts to initiate politically driven reductions in force (RIFs) during the government shutdown have harmed and threaten to cause further harm to SEIU members.

4. SEIU represents approximately two million members in healthcare, the public sector, and property services. SEIU has over 150 affiliates across the United States, Puerto Rico, and Canada. In California, SEIU and our 17 local affiliates represent approximately one million workers in 58 counties across the state. In the Northern District of California, SEIU and our affiliates represent over 200,000 workers. SEIU members include physicians, technicians, long-term care workers, janitors, security officers, airport workers, child care workers, educators, fast food workers, city, county, state, and federal employees, and many more.

5. Our work is guided by our vision for a just society where all workers are valued and all people respected—no matter where we are from or the color of our skin; where all families and communities can thrive; and where we leave a better and more equitable world for generations to come.

6. To achieve this vision, SEIU's work is centered on forging a multi-racial, multi-generational, multi-lingual labor movement that builds worker power through unions, raises standards in workplaces and in communities, and—crucially—seeks to end poverty wages forever.

7. Accordingly, SEIU supports workers in organizing their workplaces, and helps workers enforce their rights through agencies at the state and federal level, including through the National Labor Relations Board, the Equal Employment Opportunity Commission, and the Occupational Safety and Health Administration. As the exclusive representative for our bargaining units, SEIU and our affiliates support workers in negotiating collective bargaining agreements (CBAs) that govern their wages and working conditions and in enforcing those agreements. On average, union workers' wages are 11.2% higher than their nonunion counterparts, and 96% of union workers have employer-provided health insurance as compared to only 69% of nonunion workers. SEIU and our affiliates also advocate for local, state, and federal laws, regulations, policies, and programs that advance our members' interests.

8. SEIU, together with our affiliates, including the National Association of Government Employees (NAGE), represent approximately 80,000 federal sector employees in the United States, including nurses, doctors, police officers, first responders, park rangers, office workers, scientists, engineers, analysts, maintenance workers, and many others.

9. SEIU and our affiliates have union members and/or bargaining unit members who are employed by the following federal agencies: the Department of the Interior (DOI), the Department of Health and Human Services (HHS), the Department of Defense (DOD), the Department of Veterans Affairs (VA), and the Environmental Protection Agency (EPA).

10. Several federal agencies have implemented Executive Order 14251,[1] stripping collective bargaining rights and protections from federal employees and cancelling CBAs covering SEIU bargaining units. SEIU and NAGE are plaintiffs in ongoing litigation challenging Executive Order 14251 in the Northern District of California and the Ninth Circuit.[2] SEIU's position is that the Executive Order and implementing actions have unlawfully attempted to remove SEIU's

---

[1] Exec. Order No. 14251, 90 Fed. Reg. 14553 (Apr. 3, 2025).
[2] *AFGE v. Trump*, No. 3:25-cv-03070 (N.D. Cal.), *on appeal AFGE v. Trump*, No. 25-4014 (9th Cir.).

representation of these bargaining unit employees, and, under the law properly construed, SEIU continues to represent these employees.

11. SEIU and our affiliates also continue to have dues-paying members in each of the bargaining units where CBAs were cancelled by agencies pursuant to Executive Order 14251.

12. On or around September 24, 2025, SEIU learned through news reports that the Office of Management and Budget (OMB) was directing federal agencies to conduct RIFs during the impending government shutdown. Since then, we have also been aware, through press reports of the statements by the President, OMB Director Russell Vought, and others in the Administration that layoffs during the shutdown will be targeted at perceived political opponents, including agencies and programs favored by "Democrats." On October 1, 2025, the government shutdown began.

13. Many federal employees represented by SEIU and our affiliates have been furloughed and have gone without pay since October 1. Others are working without pay as excepted employees.

14. On October 10, 2025, I became aware through press reports that OMB announced that the RIFs of federal employees during the shutdown had begun. I understand that Defendants in this case have reported that RIF notices have been issued at eight agencies, and that RIFs are now being prepared at others.

15. For instance, DOI has submitted a declaration to this Court affirming that it "intended on imminently abolishing positions in 89 competitive areas that include members and bargaining unit employees of" SEIU, totaling 2,050 positions across the agency. ECF 71-2 ¶10 (Supp. Decl. of Rachel Borra).

16. If DOI or other agencies issue RIF notices during the government shutdown at locations in which SEIU has union members or bargaining unit members, and while the vast majority of employees are furloughed, these notices will cause widespread harm. Receiving a RIF notice has immense personal, economic, and even legal implications for federal employees. This is particularly so in the current climate of downsizing and reducing the federal workforce. Whereas federal workers who were subject to a RIF previously could typically compete for other federal jobs with federal benefits, and thereby try to continue their federal careers, that is exponentially more difficult now. Receiving a RIF notice now probably means your federal career is over, and that you must seek

another job outside federal employment. SEIU members employed by DOI at national parks often dedicate their lives to working and living in rural areas. Receiving a RIF notice is a major disruption because there simply are not other comparable jobs in these rural areas.

17. SEIU members have reported increased levels of stress, confusion, and uncertainty due to prior RIFs, budget threats and cuts, increased workloads due to RIFs, staffing shortages, and—now—the government shutdown. Issuing further RIF notices—and even the threat of further RIF notices—causes substantial stress and harm to federal employees.

18. Receiving a RIF notice informing you that your employment (and indeed career) is over is a very significant event in the lives of federal employees and their families. Losing a federal job during a shutdown—particularly after a year of heightened precarity—means more than the loss of a paycheck. It means losing healthcare, sacrificing years of retirement planning, and watching your role in public service be devalued and destabilized. For federal employees with health issues or with children, the loss of health insurance may be disastrous. We have heard of members foregoing health care to pay for rent and other necessities, which can have lifelong consequences.

19. In addition, laying off employees during the shutdown all but guarantees delays in notification, or that employees may not be notified at all because the agencies tend to send these notices to work emails, which employees may not be reviewing. Employees also will likely not have access to the staff needed to correct errors or assist them with the transition during the shutdown, losing valuable time intended by the notice period.

20. By way of example, on Monday, October 20, I spoke with an SEIU member who has worked for the National Park Service (NPS), an agency of DOI, at a world-renowned national park for approximately eight years. The member asked to remain anonymous due to fear of retaliation from their employer. They fear that speaking out in the current environment will result in their termination, particularly after having seen retaliation against unions and their members, NPS exhibits removed for being purportedly "un-American," the public being asked to report so-called "un-American" activity at national parks, and the threats to use layoffs to target perceived political opponents.

21. The member said the chaos caused by the shutdown, the Administration's intimidation tactics, and the uncertainty about RIF notices has felt like "a storm cloud lingering overhead." Earlier this year, the member's spouse narrowly avoided being laid off but witnessed co-workers who lost their jobs due to federal spending cuts in public education. The member described the day-to-day fear and stress that the threatened RIF notices have caused and the substantial impact that this has on their family and their career.

22. The member and their NPS co-workers were given no advance information about the shutdown, other than to report to work at their scheduled time on October 1, 2025. When they reported to work, the workers sat in a room for three hours until they were finally instructed to complete furlough paperwork and go home.

23. As the shutdown persists, the fear and concerns continue to mount for the member and their co-workers at NPS. The member worries about whether they will receive backpay for the time they have been furloughed. They worry about paying bills. Most of all, though, the member worries about receiving a RIF notice, which would be "shattering." This member's dream has been to work for the NPS and, indeed, when they were offered a permanent position, they left college to pursue a career at the agency. Not only would it be crushing to lose the job they love, it would also be exceedingly difficult to find a comparable job in their region, especially without a college degree. The member has planned to have a long-term career at NPS: relying on the job as they seek to expand their family and planning on how to move up the career ladder to a GS (General Schedule) level that would enable them to retire comfortably. The loss of health benefits, in particular, "would be devastating."

24. SEIU members understand that as federal employees they are not to bring their own politics to work. They understand the restrictions on political or partisan statements as part of their work. It is particularly insulting to federal employees who adhere to these rules that the President and his political appointees choose to believe they do not apply to them. It is particularly insulting to federal employees that they are being told that their jobs are being taken away because they work for agencies that the Administration has decided are affiliated with one party or the other.

25. In sum, these RIF notices will have come at a very difficult time, when employees already are largely not being paid, and after the difficult year that has tested the commitment of those employees who remain, who are in my experience, hard-working public servants dedicated to serving their country. These RIFs also appear to be directed at work that is important to the mission, functions, and effectiveness of the agencies they are trying to dismantle.

26. President Trump's plans to use the shutdown to try and eliminate jobs held by our members pose significant risks to SEIU members and bargaining unit members across agencies—including both federal sector employees and private sector employees employed by service contractors. When SEIU members lose jobs, SEIU loses members. Membership losses deplete resources used to support the negotiation, bargaining, and enforcement of strong CBAs, which are essential to promoting productive labor relations, maintaining labor peace, and delivering effective, quality services to the public. These losses also require the redeployment of resources to support laid off workers. For instance, during the COVID-19 pandemic, we engaged in extra bargaining with employers to mitigate harmful impacts of layoffs and assisted displaced workers seeking to apply for unemployment benefits.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed October 21, 2025, in Culver City, California.

*/s/ Elena Medina Neuman*

Elena Medina Neuman