| | |
|---|---|
| 1 | Stacey M. Leyton (SBN 203827) |
| 2 | Barbara J. Chisholm (SBN 224656) |
| | Danielle Leonard (SBN 218201) |
| 3 | Alice X. Wang (SBN 335224) |
| | Robin S. Tholin (SBN 344845) |
| 4 | Talia Stender (SBN 341654) |
| | ALTSHULER BERZON LLP |
| 5 | 177 Post Street, Suite 300 |
| | San Francisco, CA 94108 |
| 6 | Tel.: (415) 421-7151 |
| 7 | sleyton@altber.com |
| | bchisholm@altber.com |
| 8 | dleonard@altber.com |
| | awang@altber.com |
| 9 | rtholin@altber.com |
| | tstender@altber.com |
| 10 | |
| 11 | *Attorneys for Plaintiffs* |
| 12 | [Additional counsel not listed] |

13  UNITED STATES DISTRICT COURT

14  FOR THE NORTHERN DISTRICT OF CALIFORNIA

15  SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 16 | AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-08302-SI |
| 17 | | **DECLARATION OF CHRISTINE GRASSMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| 18 | Plaintiffs, | |
| 19 | v. | |
| 20 | | |
| 21 | UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., | |
| 22 | Defendants. | |

Decl. of Christine Grassman, No. 3:25-cv-08302-SI

**DECLARATION OF CHRISTINE GRASSMAN**

I, Christine Grassman, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge.

2. I am a Vocational Program Specialist at the Office of Special Education and Rehabilitative Services in the Department of Education. I, along with two other employees, administer the Randolph-Sheppard Program ("the Program"), which provides blind people with employment opportunities through the operation of vending facilities on federal property. I myself am blind.

3. The Program was created by the Randolph-Sheppard Act, which requires federal oversight of the Program's administration. 20 U.S.C. § 107 *et seq*. Pursuant to the Randolph-Sheppard Act, state licensing agencies are responsible for recruiting, training, and licensing individuals who are blind to manage vending facilities. In my role, I am responsible for administering conflict resolution between vendors and state licensing agencies as well as between state licensing agencies and federal agencies, providing technical assistance to state licensing agencies, and monitoring state licensing agencies' practices.

4. I have held my current position since 2019. I am a member of the American Federation of Government Employees Local 252.

5. There are currently over 1,000 blind people who are working as vendors under the Randolph-Sheppard Program, many of whom would not be able to find other employment without the opportunities provided by the Program.

6. Even before the shutdown, my work was affected by the substantial Reductions in Force ("RIFs") that occurred in the Department of Education earlier this year. No one from the Randolph-Sheppard Program was RIFed. The Office of General Counsel, however, went from approximately 115 attorneys to 17 attorneys. We had previously coordinated with the Office of General Counsel to review states' proposed rules administering the Randolph-Sheppard Program to ensure that they did not violate the Act. We now have to perform this function without the help of the Office of General Counsel due to the staffing shortages.

Decl. of Christine Grassman, No. 3:25-cv-08302-SI    1

7. On October 1, 2025, I was placed on furlough due to the government shutdown. I was informed that checking my work email or using my work devices could result in potential disciplinary action.

8. On October 11, 2025, a supervisor notified me and several colleagues via text message that she had received a RIF notice. She suggested that we check our work emails to see whether we had also been RIFed. When I did so, I discovered that I had received a RIF notice. According to the RIF notice, my last day of employment will be December 9, 2025. A true and correct copy of my RIF notice is attached hereto as Exhibit A. I have not received any other RIF notice besides that sent to my work email. The two other employees who administer the Randolph-Sheppard Program also received RIF notices.

9. When I received the RIF notice, I was completely caught off guard. Because federal oversight of the Randolph-Sheppard Program is statutorily required, I had thought that my position was safe from staffing cuts. If the RIFs take effect, there will no longer be anyone at the Department of Education to oversee the Program.

10. Much of the Office of Special Education and Rehabilitation Services has also been gutted by the shutdown RIFs. This will impact not only the Randolph-Sheppard Program, but also programs for people with disabilities across the Department of Education.

11. The idea of losing my job is both terrifying and devastating. I have worked very hard to be a gainfully employed person with a disability, and I had intended to continue working in the government until I retired. My husband, who is also blind, currently does not work. Previously he was a Randolph-Sheppard vendor, but he closed his business during the COVID-19 pandemic. Because I am the sole provider for my household, the loss of my income is especially worrying. My husband and I now have to figure out how we are going to continue paying our mortgage as well as other expenses like homeowners association dues.

12. As a fifty-six-year-old woman who is blind, there are not many employment opportunities available to me. Many of the short-term jobs that others might consider in my position, such as waitressing, rideshare driving, or food delivery, are not available to me. I am worried that my

1  options will be especially limited now that I will be competing with the many other former federal
2  employees who have recently received RIF notices and are desperate to find a new job.

3        13.    Losing my job means that my husband and I may have to move to an area with a lower
4  cost of living in order to afford housing.  This prospect is terrifying to me.  Being blind can make it
5  hard to find niches in your community, and moving would mean leaving behind the community that
6  my husband and I have worked hard to build.  It would also mean moving away from several unwell
7  relatives, including my mother who has Alzheimer's disease and my father who suffers from chronic
8  obstructive pulmonary disease.  The idea of uprooting our entire lives has been extremely stressful
9  for us.

10        14.    Since receiving the RIF notice, I've experienced a worsening in my post-traumatic
11  stress disorder and anxiety symptoms.  To deal with this, I have had to go on a higher dose of my
12  anxiety medication.  I've also had difficulty sleeping and have been experiencing more frequent
13  flashbacks, nightmares, and stomach issues.

14      I declare under penalty of perjury under the laws of the United States that the foregoing is true
15  and correct. Executed October 20, 2025, in Falls Church, Virginia.



CHRISTINE GRASSMAN

# Exhibit A

UNITED STATES DEPARTMENT OF EDUCATION

October 10, 2025

**MEMORANDUM**

TO: ███████

FROM: Jacqueline Clay
Deputy Assistant Secretary
Chief Human Capital Officer
Office of Human Resources
Office of Finance and Operations

SUBJECT: Notice of Separation Due to Reduction in Force

This notice is to inform you that, consistent with the requirements of 5 CFR part 351 and following a thorough review of the Department's operational priorities during the current lapse in appropriations, your position of VOC REHAB PROGRAM SPECIALIST, GS-0101-13 has been identified for release from your current competitive level as part of a Reduction In Force (RIF).

Despite extensive efforts to minimize impact on employees and programs during the ongoing government shutdown, the continued lapse in funding has made it necessary to implement the RIF.

Effective December 9, 2025, ED will conduct a RIF within your competitive area. This action is a result of the abolishment of your position in OSERS, SERVICE PROGRAMS UNIT.

This RIF is in accordance with current law and regulations, which include Chapter 35 of Title 5, United States Code, 5 Code of Federal Regulations, Part 351, internal U.S. Department of Education (ED) policy, and where applicable, the governing collective bargaining agreement between AFGE and ED. In accordance with these provisions, ED will release you from your competitive level, and you do not have an assignment right to another position in your competitive area. As a result, your separation from the Federal service by RIF on December 9, 2025.

To conduct the RIF, the Office of Human Resources (OHR) prepared retention registers which listed employees in retention standing order based on civil service tenure, veterans' preference, length of Federal service and performance ratings. We used the following information to determine your retention standing as of the RIF effective date:

**Competitive Area:** ███████
**Service Type:** ███████

**Position Title, Pay Plan, Series and Grade:** ███████████████████
███████████████

**Competitive Level:** ███
**Tenure Group:** ██████████████████████████████
██████

**Retention Tenure/ Subgroup:** ██
**Service Computation Date (SCD)-RIF:** ██████████████████████████
**Latest Three Performance Evaluations:**
████████████████████████████████
████████████████████████████████
████████████████████████████████

**SCD adjusted by latest three performance ratings:** ██████████

Attached to this letter is an Employee Guide to RIF Benefits which contains information regarding leave and other benefits available to employees separated by RIF, as well as information on the ED Career Transition Assistance Plan. In addition, you may authorize OHR to release your qualification information to Federal, state, and private sector agencies and organizations by completing the attached release authorization. Information regarding benefits available under the Workforce Investment Act of 1998 Program, including unemployment insurance is located at http://www.doleta.gov/usworkforce/WIA/planstatus.cfm.

You may be eligible to receive severance pay. If you are eligible for severance, we will process payment upon separation. If you think you may be eligible for discontinued service or regular retirement, please see the Employee Guide to RIF Benefits for more information or contact benefits@ed.gov. **Note:** You are not eligible for severance pay if you are eligible for an immediate annuity under Minimum Retirement Age (MRA) +10, optional or discontinued service retirement.

If you resign on or before the RIF effective date of December 9, 2025, ED will still consider your separation involuntary. Please be advised that you may affect your appeal rights if you resign. You are strongly encouraged to contact OHR for information if you are considering resigning during this specific notice period.

OHR staff are available to assist you by explaining this proposed action and will provide you with copies of pertinent regulations, benefits information, or other material related to this action that you may wish to review. Title 5 of the Code of Federal Regulations Part 351 contain the RIF regulations. OHR will provide a copy to you upon request. You may also inspect the appropriate retention register through the OHR. You may obtain any information in writing by sending your request to the ED RIF Team, email: WorkforceReshaping@ed.gov.

You may have the right to appeal this action to the Merit Systems Protection Board (MSPB). Should you elect to appeal to the MSPB, your appeal must be in writing and submitted no later than 30 calendar days after the effective date of the reduction in force action. For more information, please visit www.mspb.gov or contact your local MSPB regional or field office (see attached). However, if you are a bargaining unit employee,

you must use the negotiated grievance procedures and may not appeal to the MSPB unless you allege that the RIF action was based upon discrimination.

Alternatively, you may file an electronic appeal at https://e-appeal.mspb.gov/. See *How to File an Appeal* at http://www.mspb.gov/appeals/appeals.htm.  If you file an appeal the MSPB must serve an acknowledgement order to the following address:

Office of the General Counsel,
U.S. Department of Education
400 Maryland Ave, SW
Washington, DC  20202

If you believe this action is because of a prohibited personnel practice other than discrimination based on your race, color, religion, sex, national origin, age, disability, marital status, or political affiliation, you may seek corrective action with the Office of the Special Counsel (OSC). Your decision to file an MSPB appeal or to seek corrective action from the OSC is exclusive and irrevocable.  See Prohibited Personnel Practices Overview for more information about seeking corrective action.

If you believe this action is because of race, color, religion, sex (including pregnancy), national origin, physical disability, genetic information, or age, you may file a complaint with Office of Equal Employment Opportunity Services by email at ODS_OEEOS@ed.gov. To initiate a complaint, you must contact an ED Equal Employment Opportunity Counselor within 45 days of the effective date of this action.

This RIF action is not a reflection upon your performance or conduct. It is solely due to the reduction in the number of positions as described earlier in this letter. ED appreciates the service you have rendered. We deeply regret that this decision affects you, and we recognize the difficulty of the moment.

**Attachments:**
RIF Information Sheet
Employee Guide to RIF Benefits
ED Placement Programs
Reemployment Priority List Registration Form
Authorization to Release Qualifications Information
Severance Pay Information
MSPB Appeal Offices Locations
OMB Memorandum

Sent by email to: ███████████████████████

No hard copy to follow