Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **DECLARATION OF LAMARLA STEVENS** |

**DECLARATION OF LAMARLA STEVENS**

I, LaMarla Stevens, declare as follows:

1.      I am over 18 years of age and competent to give this declaration.  This declaration is based on my personal knowledge.

2.      I am a Management Analyst in the Office of Housing Counseling, which is housed in the Office of Housing and Urban Development ("HUD").  My office supplies grant money to state and local housing counseling agencies that provide counseling on managing debt, buying a home, dealing with foreclosure, and financial planning.  We also certify housing counselors to ensure they meet HUD's standards.

3.      I have been employed by HUD for 19 years.  I am a member of the National Federation of Federal Employees.

4.      I recently had a baby, and I have been on maternity leave since June of this year.  I was still on paid maternity leave when the government shutdown started.  On October 10, 2025, while still on maternity leave, I received a reduction in force ("RIF") notice through my work email.  According to the RIF notice, my last day of employment will be December 9, 2025.  A true and correct copy of my RIF notice is attached hereto as Exhibit A.

5.      Every employee in the Office of Housing Counseling received a RIF notice, leaving no staff to provide the certifications necessary for housing counseling agencies to function.  Additionally, if my office is eliminated, there will be no one to process grants to those agencies, which are a key component to those agencies functioning.  As a result, many people will be unable to access critical counseling resources to help them through difficult processes like buying a home or foreclosure.

6.      Receiving the RIF notice has been extremely distressing for me.  I had expected to have several more months of maternity leave to focus on caring for my four-month-old son.  Because of the RIF, I do not know whether I will receive backpay for the remainder of my paid maternity leave.  Additionally, I will have to reenter the workforce much earlier than I had expected.  Even if I am able to find a job, going back to work means incurring months of childcare expenses that I had not planned for and that I don't know if I will be able to afford.

7.      In addition to my newborn son, I also have a five-year-old daughter who is in kindergarten.  My children and my husband were all on my federal health insurance.  Having just had a baby, the prospect of losing our insurance has been especially scary.  My son still has to go to the doctor regularly for vaccinations and for checkups to make sure he's progressing normally.  Having a new baby is already extraordinarily stressful, but the idea of losing our insurance at a time when we have so many medical expenses has made it even more overwhelming.

8.      Potentially losing my job in a couple of months has also put a significant strain on my family's financial situation.  Although my husband works, the cost of living is high in San Francsico, where we currently live.  Without two incomes, I don't know if we will be able to afford to stay here, and, unless I can find other comparable work, we might have to move elsewhere.

9.      Because we're in the middle of a government shutdown, I also haven't been able to get any information about the amount of my severance, what will happen to my accrued annual leave, whether I will receive pay for the period between the start of the shutdown and my separation date, and whether I will be able to extend my health insurance.  Without this information, I feel like I'm in a state of limbo with no idea how to move forward.  After spending 19 years working for HUD, it has been upsetting to be treated this way.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed October 21, 2025, in San Francisco, California.


_____
LAMARLA STEVENS

# Exhibit A

10/10/2025

MEMORANDUM FOR: ████████████████████

FROM:          Andrew D. Hughes
               Deputy Secretary
               U.S. Department of Housing and Urban Development

SUBJECT:       Specific Reduction in Force Notice

It is with great regret that I must inform you that because your position is being abolished, you will be separated from Federal service. A RIF within your competitive area will be conducted effective ___10/10/2025_____. RIF determinations were made by identifying those programs not in alignment with the President's Management Agenda or the Administration's priorities. This memorandum constitutes a specific RIF notice.

Your position of _████████████████████_____, ████ , ██ is being abolished as part of a reduction in force (RIF) action. In accordance with these provisions, you do not have an assignment right to another position. As a result, you will be released from federal service on ████████___.

In the event of a furlough, employees are advised that the RIF notice period does not change. Additionally, during a furlough, employees are authorized to use government equipment to access their personal employee records, check for any RIF updates, and provide and request additional RIF information, as needed, during the lapse in funding. If the furlough ends before your release from federal service, you will be placed on paid administrative leave until that date.

You will continue to receive full benefits until your separation from federal service. You will not be required to complete your timecard in GovTA.

This reduction in force is being carried out in accordance with current law and regulations, which includes Chapter 35 of Title 5, United States Code, 5 Code of Federal Regulations, Part 351, and complies with U.S. Office of Personnel Management (OPM) guidance.

Pertinent data regarding your specific RIF is available below:

Competitive Area: ██████████████████████

Type of Service: ████████████████████

Position Title, Series, Grade: ████████████████████████████        ████████████████

Competitive Level: ████████████

Tenure Group and Subgroup: ███████████

Service Computation Date (SCD): █████████████

Average of Latest Three Performance Evaluations: ███████

Adjusted SCD (SCD adjusted by latest three performance ratings): ████████████████

## Required Actions to Close-Out

The following actions are required to ensure an orderly close-out process. Please follow the instructions below. Recommended actions follow this section.

## 1. Sign Acknowledgement of Receipt

The completed and signed package will be emailed to your HUD email address within minutes following your submission. You may forward to your personal email address or print a copy.

## 2. Return Government-Issued Items

Follow the explicit instructions regarding required return of government issued equipment which will be sent to your HUD email address prior to your separation date. Final pay and benefits processing may be delayed based on delays in return of government-furnished equipment and successful out-processing.

### HUD Reemployment Priority List

- As part of the HUD Career Transition Assistance Program, you have the option to register for the HUD Reemployment Priority List (RPL). The RPL is a list that HUD will use to provide selection priority to current and former HUD employees in your designated commuting area who are separated under RIF.
- To register for the RPL, you must opt-in below, provide your personal email address, and complete the RPL Registration Form, which will be sent to your personal email address. You must return the completed form within 30 days. This list will be maintained by HUD's Human Resources Office for two years. If a vacancy arises in the future, a review will be conducted of the list and those on the list who are eligible for the position will be referred to the hiring manager for consideration. You may also elect to allow HUD to share your resume and personal contact information with interested employers who may contact HUD seeking to recruit those with the specialized experience you learned while

working at HUD. To be considered for this option, you must click the button accept the "release statement for qualifications information" in the RPL Registration Form.

1. Would you like to register for the Reemployment Priority List?

## Acknowledgement of Receipt

Please digitally sign and return a copy of this specific RIF notice to acknowledge receipt.

You will receive a completed copy of this form via your HUD email address which you may forward to your personal email address. You can also download a copy now. No hard copy will be sent.

**Receipt Acknowledged:**

███████████████

_____
[EMPLOYEE NAME]


_____
Employee's Signature                              Date


## Recommended Actions to Close-Out (before turning in equipment)

The following are recommended actions, but not required to ensure an orderly close-out:

1. **Ensure EPP Access**

For access to your  Employee Personal Page (EPP)      download the Multifactor Authentication Application on your personal device. Please make sure that the Multifactor Authentication Application for your EPP account is not connected to a HUD-issued device. If you wish to retain a copy of information from EPP, it can be printed at a HUD location before you leave or sent to a personal email via an encrypted email. If you have trouble using the Multifactor Authentication Application, please call the HUD National Helpdesk at 1-888-297-8689. You will have access to EPP for 18 months after your separation date.

**2. Save a copy of your eOPF**

The <u>EHRI Electronic Official Personnel Folder (eOPF)</u>          is only accessible from a computer connected to a government Virtual Private Network (VPN); you will not be able to access your records from a personal computer once you have returned your PIV credential and HUD-issued laptop.

- Instructions for downloading your eOPF can be found <u>here.</u>
  If you need a copy of your SF-50 (Notification of Personnel Action) when you no longer have access to your HUD laptop, you may contact

**3. Save Earnings & Leave Statements**

Consider printing copies of your last five Earnings and Leave Statements. These can be accessed by following the steps below:
  a. Visit the <u>Employee Personal Page (EPP)</u>
  b. Agree to Terms and Conditions for Use
  c. Choose the 'Sign in with EPP Account' option
  d. Clear the Multi-Factor Authentication Screen
  e. Click on "E&L Statements" under 'Personal Info' to view your statement.

**4. Save Performance Appraisals**

Consider printing copies of your last three to five (as applicable) final performance appraisals through the InCompass system. You can use single sign on with your PIV Card here: <u>https://workplace-hud.csod.com/samldefault.aspx?ouid=2.</u>        You will not have access to this system after departing HUD. Once you no longer have access to HUD systems, if you need a copy of a final performance appraisal, you can contact:

If you would like assistance or more information about your employee benefits or retirement, please contact the Benefits Branch at the Bureau of the Fiscal Service via email to *benefits@fiscal.treasury.gov* or call 304-480-8000, option four.

# **Additional Information**

**Annual Leave Payout**

You are also entitled to a lump sum payment for any unused annual leave when you separate from federal service. Due to the high volume of payments, we anticipate some possible delays in the processing of severance and lump sum annual leave payments. Every effort will be made to process your final payments as quickly as possible once you have cleared the out-processing and separation process.

**Pay and Benefits**

The Employee's Guide to RIF Benefits has general information about leave and benefit entitlements. This resource provides guidance on grade and pay retention, repromotion consideration, severance pay, leave and unemployment compensation.

Final pay and benefits processing may be delayed based on delays in return of government-furnished equipment and successful out-processing.

You may be entitled to severance pay. if you are not eligible for regular, voluntary retirement or discontinued service retirement, you are not receiving workers compensation benefits for wage loss due to an on-the-job injury (or occupational disease), and you have at least 12-months of creditable service at the time of your separation from HUD through a RIF. An estimate of your severance pay fund can be found using the Severance Pay Estimation Worksheets.

If you are eligible for an immediate annuity from either a Federal civilian retirement system (FERS/CSRS/CSRS Offset) or military retirement, you are ineligible for severance pay. Even if your annuity is reduced by payments from a non-Federal retirement system or VA disability benefits, you are still ineligible. You may not receive both an immediate annuity and severance pay.

If you resign after the date at the top of this RIF notice, you will still be considered to have been involuntarily separated, ensuring you are eligible for severance pay. A resignation is not considered an involuntary separation if this "specific RIF notice" is canceled before your separation date (based on that resignation). Resignations under any other circumstances are voluntary separations and do not carry entitlement to severance pay.

**Retirement Options**

This specific RIF notice does not affect your ability to apply for  regular, voluntary retirement now, or in the future, if you are eligible to do so.

You may use annual leave to establish initial eligibility for retirement in RIF if you are close to having the requisite age and years of service requirements to file for regular, voluntary retirement, but will not meet the requirements by  10/10/2025 . You may request a short-term extension to the separation date if, by remaining on the agency's rolls beyond your RIF date using your accrued annual leave, you will become eligible for regular, voluntary retirement for the first time by the time that your unused, accrued annual leave is exhausted. To request this type of short-term extension, please email *RIF-pay-benefits@hud.gov* with the subject: Request Extension to RIF.

If you are not eligible for regular, voluntary retirement and you are at least 50 years old with 20 years of creditable service or any age with 25 years of creditable service, you will receive  discontinued service retirement.

## Resources

Employee's Guide to RIF Benefits        provides leave, severance calculations, and other benefits information

 Employee's Guide to Career Transition       includes detailed information on CTAP, ICTAP and RPL

Resources for Employees Transitioning from Federal Service       this internal repository includes links to the above resources and other resources, frequently asked questions as well as a video summarizing the RIF process

If you have a question and are unable to find an answer to it, email HUDRIF@HUD.gov for additional support.

**Employee Assistance Program**

You have access to the Employee Assistance Program (EAP) while on administrative leave until you separate from HUD. To schedule an appointment, call 800.222.0364 or 888.262.7848 (TTY). Additional resources are available at www.foh4you.com.

**Retention Register**

OPM's retention regulations are stated in 5 CFR  Part 351.      HUD's retention order is available
at  https://www.hud.gov/program_offices/administration/jobs/separatingemployees      and you
may inspect the retention register pertinent to your case at this site.

# Appeal Rights

You have the right to appeal this action to the Merit Systems Protection Board (MSPB).  Should
you elect to appeal to the MSPB, your appeal must be in writing and must be submitted no later
than 30 calendar days after the effective date of the reduction in force action.  In accordance with
5 C.F.R. § 1201.24(a)(7), you must also submit a copy of: (1) the agency decision being
appealed, and (2) if available, the SF-50 or similar notice of the personnel action.  No other
attachments should be included with the appeal as the agency will be responsible for submitting
certain documents and there will be several opportunities to submit evidence and argument after
the appeal is filed.  You are advised not to miss this deadline for filing merely because you do not
currently have all of these documents in your possession.  An appeal form and copy of the
MSPB's regulations can be found at  www.mspb.gov.     The appeal should be sent to the closest
MSPB  location    of your duty station.

Alternatively, an electronic appeal may be filed at  https://e-appeal.mspb.gov/.      See "How to
File an Appeal" at  http://www.mspb.gov/appeals/appeals.htm.     If you file an appeal the Board
must serve an acknowledgement order to the following address:

Assistant General Counsel
Personnel Law Division
U.S. Dept. of Housing and Urban Development
451 Seventh Street, SW
Room 10286
Washington, DC 20410
*Javes.Myung@hud.gov*
Telephone: 202-402-5364

If you are covered by a negotiated grievance procedure you may file a grievance or may request
the Union to invoke arbitration as provided pursuant to Article 51 and Article 52 of the National
Agreement between the HUD and the AFGE or Article 9 and Article 10 of the Agreement
between HUD and NFFE, Local 1450, or Article XX and Article XXI of the Agreement between
HUD and NFFE, Local 259 or Article VIII and Article IX of the Agreement between HUD and
NFFE, Local 1804. The Union's invocation of arbitration under the Agreement must be filed in
writing via email to:

Employee & Labor Relations Division
Office of the Chief Human Capital Officer
U.S. Department of Housing and Urban Development
451 Seventh Street, SW
Room 2150
Washington, DC 20410
hud-elrd-rif-inquiries@hud.gov

If you believe the adverse action is due to prohibited discrimination, such a discrimination claim may be included in the grievance (arbitration case). Furthermore, if the grievance/arbitration case includes such a claim of prohibited discrimination, you will be able to request review of the final arbitration award by the MSPB, following the provisions of 5 C.F.R. §§ 1201.151-155. Such a request for review must be filed with the MSPB within 35 days after the date of issuance of the decision, or if you show the MSPB that you received the decision more than five days after the date of issuance, within 30 days after the date you receive the decision. The MSPB will review only those claims of discrimination that were raised in the negotiated grievance procedure (i.e., in arbitration). *See* 5 C.F.R. § 1201.155(c). Consequently, the Union must include any claims of prohibited discrimination in the arbitration for you to be able to request subsequent MSPB review of such claims.

Alternatively, if you believe the adverse action is because of discrimination based on race, color, sex, religion, national origin, age, disability, genetic information, and/or because of participation in a protected Equal Employment Opportunity (EEO) activity, you may include this allegation when appealing to the MSPB (*see* above) or you may initiate a discrimination complaint by seeking pre-complaint counseling with a HUD EEO Counselor.  In order to pursue this matter through the discrimination complaints process, you must contact a HUD EEO Counselor within 45 days of the effective date of the adverse action. A HUD EEO Counselor may be contacted through the HUD Office of Departmental Equal Employment Opportunity (ODEEO) by telephone at (202) 402-6860, via email at EEO@HUD.gov or by writing to:

U.S. Department of Housing and Urban Development
Director of EEO
Office of Departmental Equal Employment Opportunity
451 Seventh Street, SW
Room 2106
Washington, D.C. 20410

If you elect to pursue this matter through the discrimination complaints process, it will be deemed a "mixed case complaint," and upon acceptance of your formal complaint of discrimination you will be advised of the mixed case processing.

If you believe this adverse action is being taken against you in reprisal for acts covered under the Whistleblower Protection Enhancement Act, you may either include this allegation as an affirmative defense in an appeal of the adverse action to the MSPB, file a grievance, or you may seek corrective action by filing a complaint with the Office of Special Counsel (OSC). *See* www.osc.gov.    If you choose to file a complaint with OSC, and if OSC does not take corrective action, you may then file an Individual Right of Action (IRA) appeal with the MSPB. An individual who has been subjected to an otherwise appealable action (i.e., adverse action), but who seeks corrective action from OSC before filing an appeal with the Board, has elected an IRA appeal, and is limited to the rights associated with such an appeal. Therefore, in an IRA appeal, the only issues before the MSPB are those listed in  5 U.S.C. § 1221(e), i.e., whether the appellant has demonstrated that whistleblowing or other protected activity was a contributing factor in one or more covered personnel actions and, if so, whether the agency has demonstrated by clear and convincing evidence that it would have taken the same personnel action(s) in the absence of the protected activity. Affirmative defenses such as claims of discrimination or harmful procedural error may not be raised.

Your election of one of these avenues of review will be considered final on the date any appeal, grievance, or complaint is filed. In addition, filing a grievance (arbitration) or seeking corrective action with the OSC, **will not** extend the time limit for filing an appeal with the MSPB, with the exception of an IRA appeal, as described in the previous paragraph and an appeal of a grievance decision as specified above.

This reduction in force action should not be considered as reflecting upon your performance or conduct. It is being taken solely due to the reduction in the number of positions as described earlier in this letter.

The Department of Housing and Urban Development sincerely appreciates your contributions to the communities that HUD serves and the nation; we regret that you have been personally affected.

**docusign**

## Certificate Of Completion

Envelope Id: 5A419BD8-BE9F-4CD0-B7A0-75650501F79A
Subject: HUD Specific Reduction in Force Notice
Program Area:
Employee Name:
Source Envelope:
Document Pages: 9
Certificate Pages: 5
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-05:00) Eastern Time (US & Canada)

Signatures: 0
Initials: 0

Status: Sent

Envelope Originator:
Personnel Notifications
451 7th Street SW
Washington, DC  20190
PersonnelNotifications@hud.gov
IP Address: 136.226.32.89

## Record Tracking

Status: Original
          10/10/2025 3:58:55 PM
Security Appliance Status: Connected
Storage Appliance Status: Connected

Holder: Personnel Notifications
          PersonnelNotifications@hud.gov
Pool: FedRamp
Pool: Admin - OCHCO

Location: DocuSign

Location: Docusign

| Signer Events | Signature | Timestamp |
|---|---|---|
| ███████████████████ | | Sent: 10/10/2025 3:58:57 PM<br>Viewed: 10/10/2025 4:06:10 PM |
| Security Level: Email, Account Authentication (None) | | |
| **Electronic Record and Signature Disclosure:**<br>  Accepted: 10/10/2025 4:06:10 PM<br>  ID: 6e6330c6-82c0-4874-a67b-c8ee233e245d | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Personnel Notifications<br>PersonnelNotifications@hud.gov<br>Security Level: Email, Account Authentication (None) | | |
| **Electronic Record and Signature Disclosure:**<br>  Accepted: 9/17/2025 4:45:34 PM<br>  ID: ef6b4385-2ece-4564-8ec0-103196aaf0d1 | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 10/10/2025 3:58:58 PM |
| Certified Delivered | Security Checked | 10/10/2025 4:06:10 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Admin - OCHCO (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

## Getting paper copies

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

## Withdrawing your consent

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

## Consequences of changing your mind

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

## All notices and disclosures will be sent to you electronically

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Admin - OCHCO:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: DocuSignRequest@hud.gov

**To advise Admin - OCHCO of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at DocuSignRequest@hud.gov and in the body of such request you must state: your previous email address, your new email address.  We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from Admin - OCHCO**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to DocuSignRequest@hud.gov and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Admin - OCHCO**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to DocuSignRequest@hud.gov and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify Admin - OCHCO as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by Admin - OCHCO during the course of your relationship with Admin - OCHCO.