Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **DECLARATION OF SONYA CROCKER** |

# DECLARATION OF SONYA CROCKER

I, Sonya Crocker, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge.

2. I am an Equal Opportunity Specialist in the Department of Housing and Urban Development ("HUD"). Specifically, I work in the San Francisco Regional Office of the Office of Fair Housing and Equal Opportunity ("FHEO"), which enforces the Fair Housing Act. I am part of a team of four employees who are responsible for intake, meaning that we process housing discrimination complaints. FHEO also includes individuals who are responsible for investigating complaints as well as supervisors. The San Francisco office processes all complaints arising out of Arizona, American Samoa, California, Guam, Hawaii, and Nevada.

3. I have had this position for five years. I am a member of the National Federation of Federal Employees.

4. Before the government shutdown, our department was already understaffed. Since the beginning of the Trump administration, we have gone from eight intake employees, which was barely enough to keep up with our caseload, to only four. Each of the remaining intake employees now has double the caseload we used to have, which made it been impossible to keep up with intake and has caused us to accrue a backlog of hundreds of cases. Each inquiry is supposed to be either closed out or forwarded for an investigation within 30 days of it being filed. But because of our backlog, we've had inquiries that are 200 to 300 days old.

5. The San Francisco office has also recently been reassigned to answer the FHEO's public hotline. While calls used to be redirected to the relevant regional office, all calls are now redirected to our office. There are often hundreds of messages left on the hotline voicemail in a given day. Although we used to respond to all messages, we now only have the capacity to call back individuals who cannot fill out the online inquiry form due to a disability.

6. At the beginning of the shutdown, I was placed on furlough. On October 10, 2025, I received a reduction in force ("RIF") notice through my work email.

7. Everyone in the San Francisco Regional Office also received a RIF notice. This means that there is no one left to process and investigate complaints of Fair Housing Act violations arising out of Arizona, American Samoa, California, Guam, Hawaii, or Nevada.

8. The FHEO was already severely understaffed prior to the shutdown, and with the recent RIFs I have no idea how the agency will be able to make sure the Fair Housing Act is enforced. The people who remained in the FHEO up to this point did so because they really believe in the work we do, and it is heartbreaking to see our office gutted.

9. The RIF has also left me with no way to pay my rent and other bills. I currently live with my partner, who was laid off two weeks before the shutdown. During the shutdown we've taken some short-term measures to handle our expenses. I've dipped into my savings, and my partner has taken out loans. But if I lose my job entirely, I'm worried I will have to take more drastic measures like borrowing against my retirement fund or withdrawing the fund entirely and incurring a penalty. After that runs out, I have no idea how we will pay for necessities like housing. Without any income, we also won't be able to pay down the credit card and medical debt that we already have. To say that I am stressed about our financial situation is an understatement.

10. I'm also extremely worried about my health insurance coverage. I was previously insured through my partner's insurance, which I lost when he was laid off. Prior to the shutdown, I had begun the process of getting insurance through my job. Now that I am being RIFed, that will no longer be a possibility for me. I'm going to try to get coverage through Medicaid, but there will definitely be a lapse in coverage. In the meantime, I won't be able to access medications to treat my anxiety, depression, ADHD, and pre-diabetes. I'm especially concerned because the medication I take for my depression could have serious side effects if I were to suddenly stop taking it.

11. Because the RIF happened during a shutdown, I also won't be able to access unemployment benefits. HUD currently isn't answering any requests for employment information, which is necessary for the state to approve my request for unemployment benefits. Because of the shutdown, I also have not been able to get any information about whether I'm eligible for severance and, if so, how much I would receive. I feel like I'm totally on my own without anyone from HUD to guide me through this.

12. I am also extremely stressed about my ability to find another job. The only option for similar employment would be to work at a state housing agency, and I will now be competing with all of the other HUD employees who have been RIFed. Even if I could get a job at a state housing agency, I would have to take a significant pay cut that would make it difficult to pay my bills.

13. I have worked in government for a long time. Prior to my current job, I worked at the Equal Employment Opportunity Commission, and before that I was in the United States Air Force. During all that time, including during my combat deployment, I have never gone through anything as traumatizing as what I am now experiencing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed October 21, 2025, in Pleasant Hill, California.

_____
SONYA CROCKER