Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 3:25-cv-08302-SI<br><br>**DECLARATION OF TIFFANY JOHNSON IN SUPPORT OF PRELIMINARY INJUNCTION MOTION** |

**DECLARATION OF TIFFANY JOHNSON**

I, Tiffany Johnson, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge.

2. I am an Administrative Officer at the National Center for Injury Prevention and Control ("the Center") within the Centers for Disease Control ("CDC"). I have worked for the federal government for six years. In my current role, I provide administrative support to 90 staff members, including managing recruitment and hiring notices and processing employee files (such as grade increases and name and address changes).

3. I am a member of and represented by the American Federation of Government Employees Local 2923 ("AFGE Local 2923").

4. I was furloughed during the government shutdown.

5. On October 10, 2025, a colleague who was excepted from the shutdown notified me that she had received a RIF notice in her work email. I then checked my work email and discovered that I, too, had received a RIF notice. According to the RIF, my last day of employment will be December 8, 2025. A true and correct copy of that RIF notice is attached hereto as Exhibit A.

6. I believe my entire team of 15 individuals who provide administrative and human resources ("HR") support have received RIF notices.

7. My household consists of myself, my husband, and my two young daughters, who are each less than two years old. The shutdown and the RIF have placed enormous financial strain on our family. My husband and I already lived paycheck-to-paycheck before the shutdown but the shutdown has added an enormous burden. I have medical debt from giving birth to my baby daughter in January 2025. Before the shutdown, I was on the cusp of paying off that debt. Because of the shutdown, however, my husband and I had to forgo paying down that medical debt so that we could use the money for diapers and formula instead. I also had to pull one of my daughters out of childcare because we could no longer afford the cost.

8. The RIF and the prospect that I may lose my income for even longer than I had expected is greatly exacerbating that stress of figuring out how to put food on the table. My husband

and I are trying to avoid taking out loans, which would cause us to incur even more debt. But we are concerned that we will have to take out loans as early as next month just to cover our daily expenses, especially if I do not have a job beginning December 8.

9. My husband and my daughters are on my federal health insurance, and I am worried that if I lose my job, my family will lose healthcare. My daughters have regular, frequent visits to the pediatrician that I am worried about being able to afford without health insurance.

10. I am concerned about finding a new job in this very tight job market. Positions in Human Resources are difficult to come by because individuals don't often vacate those jobs. I am also worried about finding a job that works with my family's schedule because my husband already works nights.

11. The RIF notice and the resulting financial strain, coming after the shutdown already caused me to miss paychecks, are causing me tremendous distress. I was diagnosed with depression and anxiety in 2016. The uncertainty surrounding whether I have a job has been exacerbating my anxiety. I cannot sleep at night because I am so worried about what is going to happen to myself and my family. The stress has made being a new mom very challenging. I feel like I don't know how to function.

12. For months, I have been on pins and needles because of the administration's layoffs. When I gave birth to my daughter in January 2025, I wasn't even out of the hospital yet and I was already worried about whether I was going to have a job. I felt as though I could not celebrate or be excited about my new baby.

13. I went on maternity leave and returned to work in April. But within days after I came back to work, dozens of the Center's employees, who I supported as an Administrative Officer, suddenly received RIF notices. I was extremely worried that I was also going to lose my job. A few months later, in August, the individuals who received RIF notices in April were officially terminated, with little explanation from the agency. I was responsible for removing those individuals from the employee system, which caused me great emotional distress because these were all people who I supported and knew worked hard in their jobs.

14. Around the same time, the shooter attacked the CDC office. There has not been a moment to breathe or relax.

15. I love my job and I just want to do my job. I intentionally joined the federal government because I want to serve the public. But the administration has made it extremely difficult to do my job. Every day, I wake up not knowing if I will have a job tomorrow.

16. Because the RIF occurred during the shutdown, I have been unable to access the resources and information that I require. I want to access my personnel files to ensure that my information is correct, so that my severance eligibility calculation is correct. But I do not have access to those files. I want to access my performance records to retain copies of that information, but I cannot access those files. I emailed the HR contact that was provided on my RIF notice about a week ago regarding network access and still have not received a response.

17. I am also concerned that the service computation date on my RIF notice is incorrect. I downloaded my SF-50 Form before the shutdown and my service computation date does not match my SF-50.

18. Moreover, I am unable to help my colleagues who have received RIF notices who would typically be turning to me for support in my role as an Administrative Officer. For example, when several of the individuals I supported received RIF notices in April, they contacted me to request their performance records because they did not have network access. I provided those records. I would also help correct errors in the administrative code to ensure that a RIF has been correctly issued. But now that I have received a RIF notice and lost my access to the system, I cannot help my colleagues.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed October 21, 2025, in Atlanta, Georgia.

_____
Tiffany Johnson

# Exhibit A



**DEPARTMENT OF HEALTH & HUMAN SERVICES**  Office of the Secretary

Washington, D.C. 20201

October 10, 2025

| | |
|---|---|
| <u>MEMORANDUM FOR</u>: | ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄ |
| <u>VIA EMAIL</u>: | ▄▄▄▄▄▄▄c.gov |
| <u>FROM</u>: | Tom Nagy, Chief Human Capital Officer |
| <u>SUBJECT</u>: | Specific Notice of Reduction in Force |

The Department of Health and Human Services (HHS) is executing this Reduction in Force (RIF) to maximize efficiency and funding priorities. This memorandum constitutes a specific notice of a RIF.

I regret to inform you that you are being affected by a RIF action. This RIF is necessary to reshape the workforce of HHS.

This is your specific notice of the RIF. In accordance with the RIF procedures specified in Chapter 35 of Title 5 of the United States Code and Title 5 of the Code of Federal Regulations, Part 351, and HHS policy, you are being released from your competitive level based on your retention standing. Consequently, you will be separated from the Federal service effective **December 8, 2025.** In the event you are qualified and have assignment rights to a position that becomes available during the notice period, you will be informed via a specific, subsequent notice. Should the circumstances of the RIF otherwise change, this notice may be withdrawn.

**Retention Standing**

To conduct the RIF, retention registers were prepared which list employees in retention standing order by civil service tenure group and subgroup, veterans' preference, performance ratings, and length of Federal service. The following information was used to determine your retention standing as of the RIF effective date:

| | |
|---|---|
| Competitive Area: | ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄ |
| Competitive Level: | ▄▄▄▄▄ |
| Tenure Group & Subgroup: | ▄▄ |
| Veterans' Preference: | ▄▄▄ |

**DEPARTMENT OF HEALTH & HUMAN SERVICES**                                    Office of the Secretary

Most Recent Performance Ratings:                                  ███████

Additional Years of Credit Based on Performance Ratings:  ███████

Reduction In Force Service Computation Date (SCD):        ████████████████

Adjusted RIF Service Computation Date (SCD):              ████████████████

The adjusted RIF SCD includes all creditable military and civilian service and is adjusted with additional credit (up to a maximum of 20 years) for the performance ratings.

<u>NOTE: All employees in your competitive area will be separated.</u>

You have been reached for release from your competitive level in accordance with RIF regulations and procedures. You have no assignment rights to positions within your competitive area. Therefore, you will be separated from HHS at the close of business on December 8, 2025.

Based on a preliminary evaluation, you  are  eligible for severance pay pursuant to 5 U.S.C. § 5595.

If you are a competitive service employee, or a covered excepted service employee under HHS Instruction 330-2, you are eligible to have your name placed on the Reemployment Priority List and to participate in the Interagency Career Transition Assistance Plan (ICTAP). You are also eligible to participate in the HHS Career Transition Assistance Program. However, if you resign or retire before your separation under reduction in force, you will no longer be eligible for special selection priority under this program and you may lose eligibility for special selection priority through the Reemployment Priority List (RPL) and the ICTAP. Information and registration procedures for the RPL are included in the attachments to this notice.

Please contact your supervisor or email OHR-General-Inquiries@hhs.gov immediately if you believe any of the above information is incorrect.

**RIF Package**

Each employee impacted by the RIF has been sent documents that outline applicable benefits for which you may be eligible or entitled as appropriate. You may make an appointment with the Office of Human Resources (OHR) to obtain paper copies of the documents. You may make an appointment by contacting OHR-General-Inquiries@hhs.gov. In addition, the websites to certain relevant external benefits provided by other entities are found immediately below.

For training benefits under the Workforce Improvement Act of 1998, please see www.careeronestop.org.

**DEPARTMENT OF HEALTH & HUMAN SERVICES**                                     Office of the Secretary

For unemployment compensation benefits, please refer to the Department of Labor website at www.dol.gov.

For general information on transition assistance, please refer to the Office of Personnel Management website at www.opm.gov.

**Appeal and Grievance Rights**

U.S. Merit Systems Protection Board (MSPB)
If you believe your retention rights have not been applied correctly or have been violated, you may appeal this action to the MSPB. You may file your appeal with the MSPB's regional or field office serving the area where your duty station was located. The address of your regional or field office has been included in your RIF package.

For a complete listing of MSPB regional and field offices, see Appendix II of Part 1201 of the Board's regulations. Your appeal must be in writing and may be filed any time after receipt of this notice until no later than 30 calendar days after the effective date. Failure to file an appeal within the time limit may result in dismissal of the appeal as untimely filed. More information on filing appeals is included in your RIF package. You may also access the MSPB website at www.mspb.gov for additional and further detailed information on the appeal process.

Equal Employment Opportunity (EEO)
If you believe this personnel action is based in whole or in part on discrimination based on your race, color, religion, sex, national origin, age or disability, or in retaliation for prior protected activity you may file an EEO complaint with your designated HHS EEO representative:

>   Reginald R. Mebane, Director
>
>   RMebane@cdc.gov
>
>   (770) 488-3210

You must contact your EEO representative no later than 45 calendar days of the effective date of your separation from Federal service. Alternatively, you may file an appeal with the MSPB as noted above and raise discrimination as an affirmative defense. However, you may not proceed through both forums; you must elect one or the other. You may access the U.S. Equal Employment Opportunity Commission (EEOC) website at www.eeoc.gov for additional and further detailed information on the Federal sector EEO process.

Office of Special Counsel
You may also seek corrective action before the U.S. Office of Special Counsel (OSC). Visit the OSC e-filing system web site at www.osc.gov, to access the online application. However, if you do so, you will be limited to whether the agency took one or more covered personnel actions against you in retaliation for making protected whistleblowing disclosures. If you choose to file

**DEPARTMENT OF HEALTH & HUMAN SERVICES**                                    Office of the Secretary

an action with OSC, you will be foregoing your right to file an MSPB appeal regarding this personnel action.

**Conclusion**

This action is being taken in accordance with the applicable civil service RIF regulations. Included in your RIF package is a copy of the Office of Personnel Management (OPM) RIF regulations, 5 C.F.R., Part 351. Further detailed information about the RIF regulations may also be accessed on the OPM [website](#). You may make an appointment to review and obtain a copy of the RIF regulations and/or records pertaining to you by contacting OHR-General-Inquiries@hhs.gov.

The Employee Assistance Program (EAP) is available free to you and in most cases your immediate family. EAP counselors are available 24 hours a day, 365 days per year at 1-800-222-0364 or [www.FOH4YOU.com](http://www.FOH4YOU.com).

If you are eligible for severance pay following your separation, the attached worksheet will allow you to calculate an estimate. Regardless, the following additional information is also available in your RIF package:
- Information on unemployment compensation under applicable State or District of Columbia programs.
- Training benefits under the Workforce Investment Act of 1998 (WIA).
- Request for authorization to release employment information to prospective employers.

Because you are being separated through a RIF action, you are eligible for career transition and placement assistance. Specifically, you are eligible for the HHS Reemployment Priority List (RPL), Career Transition Assistance Program (CTAP), and Interagency Career Transition Assistance Program (ICTAP). Your RIF package includes further information on these programs.

If you elect to resign before the effective date of the RIF, your separation will be considered involuntary for severance pay purposes and you will still be eligible to receive your severance pay. Please be advised that an early resignation may affect your eligibility for placement assistance and your appeal rights. It may also impact your ability to qualify for unemployment compensation and training benefits provided under WIA. You are encouraged to contact your State's Department of Labor and Employment for any questions regarding unemployment compensation. You are also encouraged to contact OHR-General-Inquiries@hhs.gov to determine how an early resignation may affect your benefits.

This RIF action does not reflect directly on your service, performance, or conduct. It is being taken solely for the reasons stated above, and because your duties have been identified as either unnecessary or virtually identical to duties being performed elsewhere in the agency. Leadership at HHS are appreciative of your service.

**DEPARTMENT OF HEALTH & HUMAN SERVICES**                                      Office of the Secretary

**Please return a signed copy of the Acknowledgement of Receipt and Authorization for Release of Employment Information by email to OHR-General-Inquiries@hhs.gov within 14 days of receipt of this notice.**

Attachments (9)
1. Acknowledgement of Receipt
2. MSPB Appeal Information
3. OPM Retention Regulations
4. Severance Pay Worksheet
5. Unemployment Insurance and State Workforce Agencies
6. Authorization for Release of Employment Information
7. CTAP, ICTAP and Reemployment Priority List (RPL) Program Information
8. Reference Guide to Benefits during RIF
9. List of MSPB Regional and Field Offices