Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **DECLARATION OF CHLOE SHIVELY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

**DECLARATION OF Chloe Shively**

I, Chloe Shively, declare as follows:

1.      I am over 18 years of age and competent to give this declaration.  This declaration is based on my personal knowledge, information, and belief.  I am a paralegal at the law firm of Altshuler Berzon LLP, counsel for Plaintiffs in this action.  I have personal knowledge of the facts set forth in this declaration and if called as a witness in this action, I could and would testify competently to these facts.

2.      I have been asked by Plaintiffs' counsel to compile publicly available information regarding the reduction-in-force notices issued during and because of the federal government shutdown.

**Statements by the Administration**

3.      On October 18, 2025, Politico published a news article titled *The king of the shutdown*.  That article was downloaded from https://www.politico.com/news/2025/10/18/the-king-of-the-shutdown-00614718 and a true and correct copy is attached hereto as **Exhibit A**.  The article reports that "Vought … has assembled one of the most powerful and exacting teams in Washington, all aimed at slashing the federal bureaucracy and ensuring what's left bends to the administration's will." *Id.* at 1.  "That handiwork is now in motion as the Trump administration targets funding cuts to what it calls 'Democrat agencies' and threatens more mass layoffs called 'reductions in force,' or RIFs." *Id.* at 2.  "Since the start of the shutdown, Vought … ordered all 200 federal agencies to submit RIF plans and cut programs like the Minority Business Development Agency, CISA and the Office of Population Affairs." *Id.* at 5.

4.      On October 15, 2025, The Hill published a news article titled *Vought says layoffs during shutdown likely to exceed 10,000 people*.  The article was downloaded from the link https://thehill.com/homenews/administration/5556978-trump-administration-federal-layoffs/ and a true and correct copy is attached hereto as **Exhibit B**.  The article reports that "Office of Management and Budget (OMB) Director Russell Vought said Wednesday the Trump administration could ultimately lay off more than 10,000 federal employees during the government shutdown." *Id.* at 2.  "Vought said … that initial court documents that showed roughly 4,000 employees had been laid off

were just a 'snapshot.'" *Id.* "'We're going to keep those [reductions in force] rolling throughout the shutdown, because we think it's important to stay on offense for the American taxpayer,' Vought said." *Id.* "I think we'll probably end up being north of 10,000," Vought said. *Id.*

5.    On October 15, 2025, Federal News Network published a news article titled *Court blocks Trump administration's latest mass layoffs for federal employees*. The article was downloaded from the link https://federalnewsnetwork.com/government-shutdown/2025/10/court-blocks-trump-administrations-latest-mass-layoffs-for-federal-employees/ and a true and correct copy is attached hereto as **Exhibit C**. The article reports that "Trump told reporters at the White House on Tuesday that … his administration is using the shutdown as an opportunity to close down federal programs 'that we wanted to close up, or that we never wanted to happen.' 'We are closing up Democrat programs that we disagree with, and they're never going to open again,' he said." *Id.* at 4.

6.    On October 15, 2025, CNN published a news article titled *Judge halts Trump's planned layoffs of federal workers during government shutdown, calling them unlawful*. The article was downloaded from the link https://www.cnn.com/2025/10/15/politics/federal-worker-layoffs-shutdown-judge-unlawful and a true and correct copy is attached hereto as **Exhibit D**. The article reports that Vought stated, "We want to be very aggressive where we can be in shuttering the bureaucracy — not just the funding… We now have an opportunity to do that, and that's where we're going to be looking for our opportunities." *Id.* at 3.

7.    On October 14, 2025, Politico published a news article titled *White House to continue reductions in force as shutdown drags on*. The article was downloaded from the link https://www.politico.com/live-updates/2025/10/14/congress/more-rifs-00607296 and a true and correct copy is attached here to as **Exhibit E**. The article reports that "Trump said at a Cabinet meeting that his administration would only cut 'Democrat programs' declaring that his own party's priorities wouldn't be affected by White House bean counters. 'That's the way it works,' he said. 'They wanted to do this so we will give them a little taste of their own medicine.'" *Id.* at 2.

8.    On October 14, 2025, Politico published a news article titled *White House to ax more 'egregious' programs Friday*. The article was downloaded from the link https://www.politico.com/news/2025/10/14/white-house-to-ax-more-egregious-programs-friday-

00608022 and a true and correct copy is attached here to as **Exhibit F**. The article reported: "President Donald Trump said he will announce a new list of programs to cut Friday should the government shutdown drag on through the end of the week," and "'We're closing up programs that are Democrat programs that we were opposed to,' Trump said Tuesday. 'And they're never going to come back in many cases.'" *Id*. at 1-2. The article also reported that President Trump described the targeted programs as "what he called 'the most egregious, socialist, semi communist, probably not full communist,' programs that he claims Democrats support." *Id*. at 2.

**Department of Health and Human Services**

9.      On October 17, 2025, Stat News published a news article titled *Some of CDC's health statistics employees are still in the dark*. The article was downloaded from the link https://www.statnews.com/2025/10/17/cdc-national-center-health-statistics-rif-layoff-impact/ and a true and correct copy is attached hereto as **Exhibit G**. "The National Center for Health Statistics plans and disseminates research informing public health policies on everything from food to oral health to environmental exposures." *Id*. at 2. "Former leaders of the planning branch and other NCHS divisions estimate about 100 jobs were terminated." *Id*. However, some employees "have not been able to access their work email accounts." *Id*. "The hardship that the RIF folks have to go through — these are real people with families — and then there is the hardship on the rest of NCHS staff who have to pick up the responsibilities that are left undone," said Denys Lau, formerly the director of a division that tracks the nation's health care provision and utilization. "It will take two to three generations to rebuild the damage done. *Id*.

10.      On October 15, 2025, Government Executive published a news article titled *CDC employees sort through chaotic 'outbreak of firings' followed by some reversals*. The article was downloaded from https://www.govexec.com/workforce/2025/10/cdc-employees-sort-through-chaotic-outbreak-firings-followed-some-reversals/408818/ and a true and correct copy is attached hereto as **Exhibit H**.

11.      On October 15, 2025, CBS News published a news article titled *CDC scientist let go during shutdown says "it's truly like an episode of 'Squid Games.'"* The article was downloaded from https://www.cbsnews.com/news/cdc-scientist-let-go-during-shutdown-says-its-truly-like-an-

episode-of-squid-games/ and a true and correct copy is attached hereto as **Exhibit I**. The article reports that "about 1,000 CDC employees were initially given reduction-in-force notices." *Id.* at 2. "However, within about 24 hours, hundreds of those notices were rescinded, reducing the total number of layoffs in the agency since Oct. 10 to about 600." *Id.* "According to numbers provided by a congressional source familiar with the cuts, the 600 CDC layoffs impacted all staff in the CDC's offices in Washington, D.C., all staff for the office of the director for the National Center for Chronic Disease Prevention and Health Promotion, all staff for the National Center for State, Tribal, Local, and Territorial Public Health Infrastructure and Workforce, and all policy and communications staff for the National Center for Injury Prevention and Control." *Id.* at 2-3.

12.    On October 15, 2025, CBS News published a news article titled *After CDC cuts, former officials say "we're not prepared" for daily public health or emergencies*. The article was downloaded from the link https://www.cbsnews.com/news/cdc-cuts-former-officials-not-prepared-daily-public-health-emergencies/ and a true and correct copy is attached hereto as **Exhibit J**. The article reports that "the cuts include the Institutional Review Board, which reviews research studies; the ethics office, which reviews conflicts of interest; and the technology transfer office, which looks at patents." *Id.* at 2. "Some communication and policy offices were also cut, making it more difficult to communicate health threats to the public." *Id.* at 3. "Another eliminated program … is the Employee Assistance Program, which provides counseling and support for staff." *Id.* "The CDC staff were attacked and shot at two months ago, and still require counseling. And certainly job insecurity can lead to mental health issues and suicidal thoughts, and this is a time when you certainly need services like EAP," former Chief Medical Officer Debra Houry said. *Id.*

13.    October 14, 2025, Wired published a news article titled *A Quarter of the CDC is gone*. The article was downloaded from the link https://www.wired.com/story/cdc-terminations-workforce-shutdown-rifs/ and a true and correct copy is attached here to as **Exhibit K**. The article reports that "[t]he current round of reductions affects the National Center for Chronic Disease Prevention and Health Promotion, the National Center for Health Statistics, the CDC library, the agency's human resources department, campus safety staff, as well as the CDC's office in Washington, DC, which acts as a liaison to Congress and provides public health information to policymakers." *Id.* at 3.

**Department of Homeland Security**

14.     On October 13, 2025, Nextgov/FCW published a news article titled *Multiple CISA divisions targeted in shutdown layoffs, people familiar say*.  The article was downloaded from the link https://www.nextgov.com/cybersecurity/2025/10/multiple-cisa-divisions-targeted-shutdown-layoffs-people-familiar-say/408773/ and a true and correct copy is attached here to as **Exhibit L**.  The article reports that "[s]everal divisions in the Cybersecurity and Infrastructure Security Agency were affected in termination orders issued to the federal workforce."  *Id.* at 1.  "Staff within the Stakeholder Engagement Division, as well as the cyber-defense agency's Infrastructure Security Division, were targeted with reduction-in-force notices."  *Id.*  Within the Infrastructure Security Division, "[e]mployees in the Chemical Security office are believed to have been targeted" with RIF notices.  *Id.*  "CISA's Stakeholder Engagement Division oversees the agency's national and international partnership work. The Infrastructure Security division is widely considered a core unit of the agency that helps protect against risks to infrastructure like power grids and water treatment plants."  *Id.*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed October 21, 2025, in San Francisco, California.

_____

Chloe Shively

EXHIBIT A



# The king of the shutdown

As the head of the White House's budget office, Russ Vought has assembled an army of program-cutters and veteran Washington hands.



Office of Management and Budget Director Russ Vought looks on during a media availability at the White House on Sept. 29. | Francis Chung/POLITICO

By **SOPHIA CAI**
10/18/2025 07:00 AM EDT

   

In an administration full of disruptors, Russ Vought is a different beast.

Vought, as head of the White House's budget arm, has assembled one of the most powerful and exacting teams in Washington, all aimed at slashing the federal bureaucracy and ensuring what's left bends to the administration's will.

Advertisement

AD

He has increased the number of policy lieutenants typically operating at the Office of Management and Budget and supercharged their mandate to ensure White House priorities are pushed into each agency.

That handiwork is now in motion as the Trump administration targets funding cuts to what it calls "Democrat agencies" and threatens more mass layoffs called "reductions in force," or RIFs. On Friday, Vought said that $11 billion in Army Corps of Engineers projects in mostly blue states would be paused.

Vought's expanded policy army, the nearly dozen "Program Associate Directors" or PADs, are charged with combing line-by-line through the nearly $7 trillion federal budget for programs to slash and helping him play what he's called "budgetary twister" (finding money to blunt the most politically painful parts of the shutdown).

Beyond numbers, Vought's lieutenants also are steeped-in-policy wonks who each lead an office composed of dozens of political and career servants. All of this positions Vought's OMB as a potent political strike force.

"Pound for pound, they've got the strongest team of subject matter experts and experienced political people as well as policy experts across the government. It's probably the strongest OMB that's ever been assembled," said Joe Grogan,

former director of the White House domestic policy council during the first Trump administration.

Advertisement

OMB declined comment.

Under the direction of Mick Mulvaney, director of OMB in President Donald Trump's first term, PADs "were not as empowered," said one former Trump White House official, granted anonymity to discuss internal dynamics. "Now, they're wielding the bully pulpit to say, 'This is how it's going to be.'"

The person said these positions are "much more enabled to unilaterally act and carry out the direction than they were in the past, where everyone was trying to be much more cooperative."

They also reveal a microcosm of the Trump White House's interests, such as slashing climate and diversity programs as well as restructuring federal procurements.

Vought's policy lieutenants include Mark Calabria, who previously ran the Federal Housing Finance Agency and pushed to end Fannie Mae and Freddie Mac's government conservatorship. He oversees the departments of Treasury, Housing and Commerce.

For natural resources and energy, Vought has selected Stuart Levenbach, who once served as chief of staff at NOAA and in Trump's National Economic Council. Homeland security is helmed by Brian Cavanaugh, a former National Security Council senior director during Trump's first term.

Then there's Amaryllis Fox Kennedy, daughter-in-law of Robert F. Kennedy Jr., who directs intelligence and international affairs, Michael Stumo, who leads economic policy and the Made in America Office, Anne DeCesaro, who handles education, labor and income maintenance, Tom Williams for defense, Don Dempsey for health, Hal Duncan for legislative affairs and Kevin Rhodes

for federal procurement. Unlike staffers in Elon Musk's Department of Government Efficiency who were similarly looking for programs to cut, each of the PADs has significant government experience.

Advertisement

The core of OMB's operation is a tight inner circle of Trump veterans who are laying the legal groundwork for OMB's moves during the shutdown, which has dragged on since starting Oct. 1.

OMB's general counsel Mark Paoletta, who served in the same role during Trump's first term and once shepherded Clarence Thomas through his Supreme Court confirmation, has been intimately involved in drafting the administration's justification not to backpay furloughed workers and to defend OMB's actions in court.

Stephen Billy, a senior adviser, has been filing RIF updates on behalf of OMB in court. A former vice president of Susan B. Anthony Pro-Life America, Billy in particular has deep knowledge about the government programs related to abortion that OMB has targeted.

As one of his deputy directors, Vought has selected Eric Ueland, a reliable operator with a resume that includes multiple stints in the federal government as well as on Capitol Hill, including as staff director for former Senate Majority Leader Bill Frist. Former Rep. Dan Bishop (R-N.C.), chief of staff Katie Sullivan and communications director Rachel Cauley round out the senior echelon.

Leading the charge on OMB's deregulatory efforts is Jeff Clark, the former acting head of the civil division at the Justice Department who pushed the agency to investigate voter fraud claims. Clark is now acting administrator of the Office of Information and Regulatory Affairs, an office within OMB which reviews pending federal regulations.

Some of these picks were affiliated with Vought's Center for Renewing America and other conservative organizations like the Cato Institute or the Heritage

Foundation during Joe Biden's presidency, where they contributed to the Project 2025 policy blueprint and drafted proposals for Trump's second-term agenda.

Advertisement

"We did a lot of things in the first term," Vought said this week on "The Charlie Kirk Show." "But one of the things we did not do was reductions in force. We honestly learned about it in our years of exile."

Over the past nine months, his team has scrutinized federal accounts to identify what he calls the "woke and weaponized" corners of government. That work produced a 1,224-page addendum to the fiscal 2026 White House budget request this spring, a granular manifesto of what Trump's White House wants to spend — or cut.

Vought's team has been notably deliberate compared with the chaotic first days of the administration when Elon Musk took a chainsaw to the federal government. It waited to send the first rescissions package to Capitol Hill until it had better odds of passage. They asked the Department of Energy to pace its cuts to preserve leverage for negotiations. And they've used the apportionment process to control agency spending, cognizant that any moves to withhold funding could form the basis of a Supreme Court challenge to the Impoundment Control Act.

But the shutdown gave Vought his clearest opening yet. Since the start of the shutdown, Vought cut $7.5 billion in energy grants identified by the Department of Energy, ordered all 200 federal agencies to submit RIF plans and cut programs like the Minority Business Development Agency, CISA and the Office of Population Affairs.

**FILED UNDER:** WHITE HOUSE, OMB, SHUTDOWN, FINANCE & TAX, RUSS VOUGHT

EXHIBIT B




TRENDING:    LIVE UPDATES: SHUTDOWN    DEMOCRATS 'NO KINGS'    GOVERNMENT SHUTDOWN

ADMINISTRATION

# Vought says layoffs during shutdown likely to exceed 10,000 people

BY BRETT SAMUELS - 10/15/25 2:24 PM ET







Listen to audio version of this article          Advertisement



Office of Management and Budget (OMB) Director Russell Vought said Wednesday the Trump administration could ultimately lay off more than 10,000 federal employees during the government shutdown.

Vought said during an appearance on "The Charlie Kirk Show," which was broadcast Wednesday from the White House, that initial court documents that showed roughly 4,000 employees had been laid off were just a "snapshot."

"We're going to keep those [reductions in force] rolling throughout the shutdown, because we think it's important to stay on offense for the American taxpayer," Vought said.

"I think we'll probably end up being north of 10,000," he said when pressed on how many people might be laid off.

Court documents filed by the Justice Department last Friday showed the administration laid off more than 4,100 employees as part of reductions in force (RIFs) President Trump and Vought had threatened.

U.S. District Judge Susan Illston had ordered the administration to hand over the information in a lawsuit government unions filed just before the shutdown began.

Illston said in a Wednesday hearing taking place while Vought spoke that she was likely to temporarily block the layoffs, rebuking the administration.

The layoffs affected employees across various government agencies, including the Department of Health and Human Services, the Department of Homeland Security, the Education Department and more. The most significant layoffs took place at the Treasury Department, with 1,446 employees receiving RIF notices Friday.

Thousands of government employees left their jobs earlier this year as part of efforts led by the Department of Government Efficiency to slash the size of the federal government.

2

"We want to be very aggressive where we can be in shuttering the bureaucracy, not just the funding," Vought said Wednesday. **THE HILL**

Vought, Vice President Vance and White House press secretary Karoline Leavitt appeared on "The Charlie Kirk Show" from the White House complex. The show has continued to broadcast after the killing of the late conservative activist, who was posthumously awarded the Presidential Medal of Freedom on Tuesday.

**TAGS**   KAROLINE LEAVITT   RUSS VOUGHT   RUSSELL VOUGHT

Copyright 2025 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.



**White House begins demolishing part of East Wing for Trump ballroom**

ADMINISTRATION / 14 MINUTES AGO



EXHIBIT C

# Court blocks Trump administration's latest mass layoffs for federal employees

federalnewsnetwork.com/government-shutdown/2025/10/court-blocks-trump-administrations-latest-mass-layoffs-for-federal-employees/

October 15, 2025



Government Shutdown
A judge's order bars the Trump administration from "taking any action" to issue RIFs to federal employees during the government shutdown.

A judge is temporarily blocking the Trump administration from carrying out its latest round of federal employee layoffs at most agencies.

Judge Susan Illston with the U.S. District Court for the Northern District of California ruled Wednesday that widespread reduction-in-force notices sent to about 4,000 employees last Friday were "both illegal and in excess of authority," and granted a temporary restraining order blocking most agencies from proceeding with those layoffs.

A temporary restraining order granted by Illston bars the Trump administration from "taking any action to issue any reduction-in-force notices to federal employees … during or because of the federal government shutdown."

1

"It is also far from normal for an administration to fire line-level civilian employees during a
government shutdown as a way to punish the opposing political party. But this is precisely what
President Trump has announced he is doing," Illston said in her full, written opinion posted Wednesday evening.

Join industry leaders, federal experts, and benefits professionals at Open Season Exchange 2026, hosted by Federal News Network. Register and learn more about how Open Season Exchange 2026 can elevate your insights and influence in the federal benefits community.

The order specifically covers all federal programs, projects, and activities with any bargaining unit members represented by the two government employee unions leading the lawsuit. Those unions represent federal employees at more than 30 agencies.

The ruling also prohibits agencies from "taking any further action to administer or implement RIF notices" issued on Oct. 10. That means agencies can no longer require federal employees to perform work to further administer or implement RIF notices during the shutdown.

Illston is giving defendant agencies two business days to provide a list of all RIF plans, "actual or imminent."

President Donald Trump told reporters at the White House on Tuesday that his administration was already planning to release of list of additional program closures this Friday.

The court's ruling also blocks upcoming RIFs that are still in the works. Office of Management and Budget Director Russ Vought said the 4,000 RIF notices already sent to federal employees were a snapshot of the administration's plans thus far, and that more layoffs are coming.

"I think it'll get much higher," Vought said on Wednesday on the Charlie Kirk Show, which broadcast from the White House. "I think we'll probably end up being somewhere north of 10,000."

Vought said the shutdown is slowing down implementation of some White House priorities, but said the administration, during the funding lapse, has been "very aggressive, where we can be, in shutting down the bureaucracy."

Sign up for our daily newsletter so you never miss a beat on all things federal

"One of the problems of a government shutdown, it slows down the administration. So the administration can't do as much of what it was doing on behalf of the American people, because it's in a shutdown. And we, to the best of our ability, want to minimize that slowdown in momentum," he said. "But one of the things we want to do is, if there are policy opportunities to downsize the scope of the federal government, we want to use those opportunities."

Agencies typically don't carry out layoffs during a shutdown, but the Office of Personnel Management updated its guidance, exempting agency RIF procedures from the shutdown.

Vought said Congress gave the Trump administration tacit approval to pursue these layoffs once lawmakers failed to pass a stopgap spending bill before Oct. 1.

"Congress is saying we're not going to fund these programs by not passing the Republican continuing resolution. So if there's no funding for these programs, what would you have us do? Is it not to make an assumption that you don't intend to fund these in the future? And so, we're then doing the normal, legal authorities that were given to us — and our focus, time and attention — to be able to go after and prioritize the RIFs, as opposed to the deregulatory agenda or any of the other things that we're normally tasked with at OMB," he said.

The Trump administration is expected to appeal the district court's decision. Appeals courts have often cited the Supreme Court's ruling in July that allowed the administration to proceed with an earlier round of layoffs.

But with the latest round of layoffs happending under the government shutdown, Illston said evidence suggests that OMB and OPM "have taken advantage of the lapse in government spending and government functioning to assume that all bets are off — that the laws don't apply to them anymore, and that they can impose the structures that they like, on a government situation that they don't like."

Trump administration officials told the court on Friday that RIF notices went out to about 4,200 federal employees. But it revised those figures on Tuesday, after agencies rescinded hundreds of RIF notices.

"There have been many errors made. I keep getting revised declarations under oath from people who say, 'Well, I didn't mean the last one. I was off by about 2,000, because it's a fluid situation.' And what it is, is a situation where things are being done before they're being thought through," Illston said.

Justice Department attorneys representing the Trump administration told the court that many agencies named in the lawsuit "have not made a final decision whether or not to issue a RIF."

Read more: Government Shutdown

"The agencies, as we've seen, are making their own determination of whether a RIF is appropriate," Assistant U.S. Attorney Elizabeth Hedges told the court.

But Danielle Leonard, an attorney representing the unions leading the lawsuit, told the court that the RIF decisions "have already been made" not by agencies, but by the president and White House officials.

"The decision here has been made. It has been made at the highest levels of government. It's been made by OMB Director Vought to unlawfully order agencies across the federal government to RIF their employees. If they haven't decided yet exactly the timing, that matters not for our ability to challenge and enjoin this," Leonard said.

Illston said some impacted employees haven't gotten their RIF notices yet, because the notices were sent to work email accounts they're unable to access, with agency IT staff furloughed or laid off. Agencies have also furloughed or sent RIF notices to human resources employees who would provide guidance amid these layoffs.

"It's very much ready, fire, aim on most of these programs. It has a human cost, which is really why we're here today," she said. It's a human cost that cannot be tolerated."

Trump told reporters at the White House on Tuesday that the shutdown "shouldn't have happened," but said his administration is using the shutdown as an opportunity to close down federal programs "that we wanted to close up, or that we never wanted to happen."

"We are closing up Democrat programs that we disagree with, and they're never going to open again," he said.

**If you would like to contact this reporter about recent changes in the federal government, please email jheckman@federalnewsnetwork.com, or reach out on Signal at jheckman.29**

*Copyright © 2025 Federal News Network. All rights reserved. This website is not intended for users located within the European Economic Area.*

READ MORE



Jory Heckman
Jory Heckman is a reporter at Federal News Network covering the Postal Service, Department of Veterans Affairs, IRS, big data and technology issues.

Follow @jheckmanWFED



EXHIBIT D

# Judge halts Trump's planned layoffs of federal workers during government shutdown, calling them unlawful

**CNN** www.cnn.com/2025/10/15/politics/federal-worker-layoffs-shutdown-judge-unlawful

October 15, 2025



Commuters cross the street near the Federal Aviation Administration (FAA) headquarters on October 1, 2025 in Washington, DC. Congress could not agree on a budget to fund the federal government so it has shut down.

Al Drago/Getty Images

A federal judge in San Francisco has ordered the Trump administration to immediately halt its efforts to lay off roughly 4,100 federal workers during the government shutdown, saying the move is unlawful.

US District Judge Susan Illston said during a hearing Wednesday that she was granting a request from unions representing federal workers for an emergency order pausing the layoffs that began last Friday.

"As of right now, the (temporary restraining order) is in effect," Illston said. The order, the judge said, bars the administration for now from moving ahead with any layoffs for members of several unions that sued over the plans, or issuing any

new layoff notices for those unions' members. It will remain in effect while the unions' legal challenge plays out.

The unions, which sued the administration late last month after officials said they would lay off workers amid the shutdown, have argued that the government is unlawfully using the lapse in funding as justification for the layoffs.

Illston, an appointee of former President Bill Clinton, said she saw evidence suggesting the administration had "taken advantage of the lapse in government spending, in government functioning, to assume that that all bets are off, that the laws don't apply to them anymore."

Related article



Will the federal government shutdown affect you? Tell us about it

She went on to say that she believed the planned layoffs were impermissible, in part, because they're "politically motivated," and pointed to statements by President Donald Trump that officials were targeting programs and agencies favored by Democrats.

"The politics that infuses what's going on is being trumpeted out loud in this case," the judge said.

"And there are laws which govern how we can do the things we do. Including laws which govern how we do (reductions in force)," she added. "And the activities being undertaken here are contrary to the laws."

The Trump administration on Friday started issuing reduction in force, or RIF, notices to roughly 4,100 employees at multiple agencies, after issuing a memo in late September telling agencies to prepare for mass layoffs if the government shut down. The shutdown began on October 1.

The White House has said it wants to implement further layoffs. Before the ruling was issued on Wednesday, Office of Management and Budget Director Russ Vought said that layoffs will likely reach "north of 10,000."

"We're definitely talking thousands of people. Much of the reporting has been based on kind of court snapshots, which they've articulated is in the 4,000 number of people. But that's just a snapshot, and I think it'll get much higher," Vought said Wednesday on "The Charlie Kirk Show."

"It could grow higher," Vought later added. "I think we'll probably end up being north of 10,000."

"We want to be very aggressive where we can be in shuttering the bureaucracy — not just the funding," Vought said. "We now have an opportunity to do that, and that's where we're going to be looking for our opportunities."

The RIF process, however, has been chaotic, with hundreds of Centers for Disease Control and Prevention employees mistakenly receiving notices Friday evening that they were being let go.

An updated court filing on Tuesday confirmed that about 1,760 employees at the Department of Health and Human Services, of which the CDC is a part, were sent RIF notices instead of the 982 staffers who were supposed to get them. The agency, which is rescinding the incorrect notices, blamed "data discrepancies and processing errors."

In addition to HHS, RIF notices were sent to several thousand workers at the departments of Commerce, Education, Housing and Urban Development, Homeland Security and Treasury, according to Tuesday's court filing.

Also, nearly 200 staffers at the Department of Energy were issued a general RIF notice informing them they may be subject to layoffs in the future.

And more than two dozen employees at the Environmental Protection Agency received "intent to RIF" notices, though the EPA has not made a final decision on whether those workers will be let go.

*CNN's Kit Maher contributed to this report.*



EXHIBIT E

# White House to continue reductions in force as shutdown drags on

**P** www.politico.com/live-updates/2025/10/14/congress/more-rifs-00607296

Gregory Svirnovskiy October 14, 2025





1 week ago

The White House is pledging to fire more federal workers, the next salvo in President Donald Trump's push to pressure Democrats to sign onto the GOP's continuing resolution and end the government shutdown.

"OMB is making every preparation to batten down the hatches and ride out the Democrats' intransigence," the White House Office of Management and Budget wrote Tuesday on X. "Pay the troops, pay law enforcement, continue the RIFs, and wait."

Trump and Office of Management and Budget Director Russ Vought launched their long-threatened shutdown-related layoffs last Friday, with Republicans calling the reductions in force financially prudent and faulting Democrats for forcing the administration's hand. But the day before, Trump said at a Cabinet meeting that his administration would only cut "Democrat programs" declaring that his own party's priorities wouldn't be affected by White House bean counters.

"That's the way it works," he said. "They wanted to do this so we will give them a little taste of their own medicine."

The White House has also used the shutdown to cut billions in climate and infrastructure funding earmarked for states that voted for former Vice President Kamala Harris in last year's election.

Most Senate Democrats have withheld supporting the GOP continuing resolution to bring Republicans to the negotiating table over extending premium tax credits within the Affordable Care Act, with open enrollment set to tee off on November 1. But Republican leadership in both the White House and Congress is signaling the burden is on the holdout Democrats to act.

"We're barreling toward one of the longest shutdowns in American history unless Democrats drop their partisan demands and passed a clean, no strings attached budget to reopen the government and pay our federal workers," Speaker Mike Johnson said in a press briefing Monday.

The messaging battle is up for grabs. American voters are more likely to fault the GOP for the shutdown, but they still trust Republicans over Democrats on the economy, according to recent polling.

"Democrats decided to shut down the government because they think free health care for illegal aliens is more important than the American people," White House spokesperson Abigail Jackson told POLITICO in a statement. "Chuck Schumer may think every day of the shutdown 'gets better' for the radical left, but the American people disagree. President Trump is working hard to mitigate the pain caused by the Democrats by finding solutions to pay the military and fund other critical services that the Democrats couldn't care less about."

OMB did not immediately respond to a request for comment from POLITICO.
Lead Art: Seemingly unoccupied office spaces are seen at the Orville Wright Federal Building in Washington, on the ninth day of a government shutdown, Oct. 9, 2025. | Francis Chung/POLITICO
Continue on to view the day's latest updates

EXHIBIT F


The power player's guide to Empire State politics    SUBSCRIBE NOW

# White House to ax more 'egregious' programs Friday

The president called out "the most egregious, socialist, semi communist, probably not full communist" programs as those that will be impacted.



President Donald Trump walks on the South Lawn of the White House on his way to board Marine One in Washington, on Sept. 30, 2025. | Francis Chung/POLITICO

By **BEN JOHANSEN**
10/14/2025 04:05 PM EDT

   

President Donald Trump said he will announce a new list of programs to cut Friday should the government shutdown drag on through the end of the week.

1

"We're closing up programs that are Democrat programs that we were opposed to," Trump said Tuesday. "And they're never going to come back in many cases."

Advertisement



CITI STRATA ELITE℠

LIMITED-TIME OFFER
EARN

100,000
THANKYOU® POINTS
AFTER QUALIFYING
PURCHASES

Apply Now     citi

Trump on Tuesday did not elaborate on which programs would be cut.

The president added that the shutdown opens a window for his administration to cancel federal programs his party opposes – what he called "the most egregious, socialist, semi communist, probably not full communist," programs that he claims Democrats support.

His administration has the ability "to do things that we were unable to do before," he said.

Trump's threat comes as the government shutdown barrels toward its third week, and just one week after the administration made good on its promise to use the lapse in federal funding to begin laying off thousands of federal employees and cripple the federal bureaucracy.

The Office of Management and Budget said Tuesday that it is preparing for more layoffs. "OMB is making every preparation to batten down the hatches and ride out the Democrats' intransigence," the agency wrote on X. "Pay the troops, pay law enforcement, continue the RIFs, and wait."

2

Earlier this month, OMB Director Russ Vought announced that the government froze nearly $2 billion for infrastructure projects in New York and canceled $8 billion in climate-related projects in states that voted for former Vice President Kamala Harris in the 2024 presidential election.

"We're not closing up Republican programs because we think they work," the president said. "We're closing up Democrat programs that we disagree with. And they're never going to open again."

---

### West Wing Playbook: Remaking Government



Your guide to Donald Trump's unprecedented overhaul of the federal government.

**EMAIL**

Your Email

**EMPLOYER**

Employer

\* All fields must be completed to subscribe

**SIGN UP**

By signing up, you acknowledge and agree to our Privacy Policy and Terms of Service . You may unsubscribe at any time by following the directions at the bottom of the email or by contacting us here . This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

---

**SPONSORED CONTENT**





**Top Cardiologist Begs: Quit Eating Hard Boiled Eggs...**

thehealthyfat.com

**This One Habit Breaks Vets' Hearts (Most Cat...**

Dr. Marty

**Mark Carney's radical vision for handling...**

The Economist

EXHIBIT G

HEALTH

# Some of CDC's health statistics employees are still in the dark

Unable to access work email after layoffs, they don't know if their RIFs have been reversed



Brynn Anderson/AP

By **Elizabeth Cooney**  Oct. 17, 2025

Cardiovascular Disease Reporter

Confusion rules in one corner of the Centers for Disease Control and Prevention, where the purpose is the pursuit of certainty.

The National Center for Health Statistics plans and disseminates research informing public health policies on everything from food to oral health to environmental exposures. It may be best known for reports that rely on the National Health and Nutrition Examination Survey, though its future is now a question mark after the people who make it happen were among the roughly 1,300 who received layoff notices on Oct. 10. Nearly 600 of those reductions in force were reversed, but the small corps of planners in that division were not among them.

Or so it appears. They have not been able to access their work email accounts, and not just because of the federal government shutdown, sources told STAT.

"The hardship that the RIF folks have to go through — these are real people with families — and then there is the hardship on the rest of NCHS staff who have to pick up the responsibilities that are left undone," Denys Lau, formerly the director of a division that tracks the nation's health care provision and utilization, told STAT. "It will take two to three generations to rebuild the damage done."

An HHS spokesperson had previously said those planning jobs were not eliminated, but sources have repeatedly told STAT that the people in those roles received layoff notices. STAT has reviewed emails from people confirming they've lost their jobs.

On Friday, Richard Danker, a spokesperson at the Department of Health and Human Services, said "because of a recent court order, HHS is not currently taking actions to implement or administer its reduction-in-force notices." He did not answer questions about how many RIFs or rescissions were previously made in NCHS and how affected employees might find out about rescissions that HHS has said were made to correct coding errors.

Former leaders of the planning branch and other NCHS divisions estimate about 100 jobs were terminated: the director and deputy director of the division on vital statistics (birth and death data) and one Epidemic Intelligence Service officer (part of a postdoctoral training program) in the division behind NHANES, plus all 15 staff in the planning and operation branch of the division on health care statistics, which tracks health care provider and hospitalization data. A minority were called back.

2

# What does NCHS do?

People in the planning branch behind NHANES are part of a larger effort but are essentially the ones who make the survey run. Other planners across the agency also handle budgets, contracts, IT and data security, privacy protection for survey participants, outreach, communication, methods development and implementation, technical inquiries, as well as the numerous administrative tasks that all organizations require.

"NCHS is a lot more than NHANES," said Jennifer Schoendorf, former NCHS director of research and methodology, who is now senior deputy editor at the American Journal of Public Health. "With the loss of the critical staff in these behind-the-scenes programs that intersect with the data collection pipeline along the way, I fear there may be too many barriers to overcome."

In addition to planners in a branch of the NHANES division, RIFs to date have hit:

- All of the people in the Office of Planning, Budget, and Legislation, which talks to Congress, tracking policies and ensuring funding is sustained.
- People working in research units in the division of research and methodology, including the mathematical statisticians and the behavioral scientists who evaluate survey questions to make sure survey designs are valid and can produce reliable, accurate data.
- Planning branches in the division that runs health care surveys.
- The administrative and management group, which does timesheets, travel, and administrative HR support.

# Why does it matter, and why now?

The government shutdown and related furloughs may mask the immediate impact of job cuts, Schoendorf said.

"If the government were open, the impact of these RIFs would be debilitating. In addition to the time spent trying to figure out what is going on, adjusting to the gaps at best would take a lot of time," she said. "This time means that the health data needed to make informed decisions and assessments of the administration's health priorities would not be

available. Even if the planning groups for the two survey programs are reinstated, the gaps in the administration, management, IT, publications, budget, and research will hobble the programs."

## Keeping data under umbrella of objectivity

NCHS is federally mandated to keep its reports nonpartisan because it is part of the umbrella statistical system that also includes the Census Bureau, Bureau of Labor Statistics, and the Bureau of Justice Statistics. Lau, who is now editor in chief of the American Journal of Public Health, said that if that data process moves out from under that umbrella of objectivity, it might be harder to guarantee that any NCHS findings are scientifically valid, clear and free of political bias.

Lau was baffled by layoffs of people working at the small statistical agency.

"They are critical in providing answers on what the effects are as a result of the federal policy changes that this administration is implementing," he said. "Don't they want to know if their changes are making America healthy again? Without objective, nonpartisan data from NCHS, they cannot do that."

A judge in San Francisco has issued a temporary restraining order barring further RIFs during the federal government shutdown, now in its third week.

RIFs and rescissions may also seem temporary. Some people who were laid off on Feb. 14 soon had their RIFs overturned. But then they were laid off again on Oct. 10, only to have their RIFs rescinded again.

"It's dizzying and demoralizing thinking that you can be let go anytime," Lau said.

*STAT's coverage of chronic health issues is supported by a grant from Bloomberg Philanthropies. Our financial supporters are not involved in any decisions about our journalism.*



EXHIBIT H



**Judge blocks shutdown layoffs after finding Trump's actions are likely illegal**



The union for Centers for Disease Control and Prevention headquarters employees said that
more than 1,300 CDC employees initially received RIF notices on Oct. 10, but about 700 were
rescinded a day later. SSHEPARD / GETTY IMAGES



*Workforce*

# CDC employees sort through chaotic 'outbreak of firings' followed by some reversals

The Trump administration laid off more than 1,000 Centers for Disease Control and Prevention employees ostensibly due to the government shutdown, but officials have rescinded more than half of the reduction in force notices, according to the union.

**SEAN MICHAEL NEWHOUSE**  |  OCTOBER 15, 2025

PUBLIC HEALTH        UNIONS        SHUTDOWN

Centers for Disease Control and Prevention employees and the union local that represents workers at the agency's Atlanta headquarters are still trying to figure out what programs and offices were impacted by the Oct. 10 layoffs after they said around 700 CDC personnel were incorrectly dismissed.

Officials from Health and Human Services Department, CDC's parent agency, said in a Tuesday court filing that they sent reduction in force notices to approximately 1,760 department employees, nearly 780 of which were sent erroneously due to "data discrepancies and processing errors." They're in the process of canceling the incorrect notices.

Based on reports from members, American Federation of Government Employees Local 2883 said that more than 1,300 CDC employees initially received RIF notices, about 700 of which were rescinded a day later.

"We're a data agency. We're an outbreak-chasing agency, and this is an outbreak of firings, so we're doing our best to chase it," said one union member who spoke during an AFGE Local 2883 press call Tuesday. Most of the individuals who spoke requested that their names not be used due to fears of retaliation.

Speakers said that they've had to resort to tracking the layoffs because CDC has not provided the union with notice of which positions and units are impacted by RIFs. As part of its goal to terminate collective bargaining rights for two-thirds of the federal workforce, the Trump administration has sought to cancel the union contract with CDC under the auspices of national security.

An employee whose layoff was reversed told *Government Executive* that they felt "numb" about the potential job loss after having to deal with an August shooting at CDC's headquarters, the firing of Director Susan Monarez and the Trump administration's threat to not provide government workers who are furloughed because of the ongoing shutdown with back pay when funding resumes seemingly in contravention of a 2019 law.

"I think all of us pretty much feel like we've just been waiting to get fired at this point," the employee said. "I wouldn't say it was a relief, but it was like, 'Okay, the worst has happened. At least they can't fire me now because they just fired me' — and then they unfired me."

These recent RIFs add to workforce reductions that have already taken place at CDC. Officials in June said that the agency had already shed nearly one-quarter of its staff, almost 3,000 employees, through voluntary separation incentives, firings and layoffs.

The union now estimates that 4,300 CDC employees, a roughly 33% reduction, have either been separated from the agency or are in the process of being removed.

A union member said during Tuesday's call that the CDC programs where RIFs have not been rescinded are generally support offices focused on matters like human resources, IT and policy. Other departments have sought to consolidate administrative functions across their component agencies.

In particular, speakers bemoaned the loss of library staff.

"As a scientist that worked at CDC for years, the CDC library is essential for our work as scientists," one individual said. "We use them every day. We log into the systems. They help us do literature searches. I don't know how this work can continue without the library and the librarians."

Several RIF'd employees spoke about how their impending layoffs will affect their financial stability.

One who volunteers at food banks said they might soon come to depend on them for resources. Another is concerned that their daughter's rental application will be rejected because they signed on as a guarantor.

The Oct. 10 RIFs at CDC won't become official for two months because agencies are typically required to provide notice to affected employees before layoffs. One impacted employee who is now on administrative leave, however, said that they're worried about getting a job during this period because it would have to be cleared by CDC's ethics office, which has apparently been downsized by RIFs.

"You're telling me I can't go try to make some money to support my family while I'm not getting paid because I can't get the right approval to go do it," the individual said. "So I'm stuck in a catch-22."

In response to a request for comment about this possible issue, HHS communications director Andrew Nixon said in a statement that HHS has become a "bloated bureaucracy" and that officials are closing "wasteful and duplicative entities, including those that are at odds with the Trump administration's Make America Healthy Again agenda."

In total, around 4,200 federal workers were RIF'd last week. While the president has said that these layoffs are the result of the shutdown, RIFs have been occurring since before the lapse in funding. In fact, unions and advocacy groups have filed a lawsuit to block the layoffs, arguing they're not allowable during a shutdown.

One laid off employee who has more than two decades of experience at CDC, however, said during Tuesday's press call that they're unsure if they would go back if their RIF notice were overturned.

"Eventually the current administration won't be there. But what are we going to be left with?" the individual said. "And do I have the energy to help pick up those pieces and see this agency through for another decade and try to get us back to the premier world health organization we were instead of the shell of what they've left us with?"

*Eric Katz contributed to this report* 

**Share your news tips with us:**
Sean Michael Newhouse: snewhouse@govexec.com, Signal: seanthenewsboy.45

**SHARE THIS:**

**NEXT STORY:**
Legal challenges against Trump's union EOs continue to proliferate


EXHIBIT I



# ● CBS NEWS

**CBS Evening News**  |  Full Episodes   Eye On America   On the Road



**Laid-off CDC scientist says public health at risk: "People will absolutely die"**

(02:12)

CBS Evening News

# CDC scientist let go during shutdown says "it's truly like an episode of 'Squid Games'"

By Michael Kaplan, Caitlin Huey-Burns, Dr. Céline Gounder

October 15, 2025 / 10:14 PM EDT / CBS News

*Washington* — A scientist laid off by the U.S. Centers for Disease Control and Prevention said "the everyday American should be very concerned" by reductions in force amid the government shutdown.

The scientist, one of hundreds of CDC employees terminated by the Trump administration last week, asked that her identity be concealed for fear of retribution.

"It's going to mean more deaths, more preventable deaths," she told CBS News on Wednesday of the layoffs. "People will absolutely die from the impact of this administration."

The scientist worked at the CDC for the past decade, studying chronic diseases like diabetes and heart disease.

She spoke out the same day a federal judge in Northern California issued a verbal order temporarily halting all the government layoffs that were issued since the shutdown began. This was in response to a lawsuit brought by federal employees' unions.

"They went in and fired entire programs, even statutorily mandated by law programs, they cut entirely," she said. "So there is no staff to do this work anymore."

She said everything she was working on has come to a complete stop.

"It's truly like an episode of 'Squid Games,' because we don't know what's going to happen next," she said.

The Trump administration has used the government shutdown, now in its third week, to lay off more than 4,000 federal workers, and plans to go further, according to Russell Vought, director of the White House Office of Management and Budget.

"I think we'll probably end up being north of 10,000," Vought said Wednesday during an appearance on "The Charlie Kirk Show."

Since last week, the Trump administration has informed approximately 600 CDC employees they have been laid off.

On Tuesday, internal CDC officials not authorized to speak to the media told CBS News that on Oct. 10, about 1,000 CDC employees were initially given reduction-in-force notices, a government term for layoffs.

However, within about 24 hours, hundreds of those notices were rescinded, reducing the total number of layoffs in the agency since Oct. 10 to about 600, the officials said.

The judge's ruling Wednesday would put the layoffs of those 600 employees on hold, leaving them in limbo while the case plays out.

According to numbers provided by a congressional source familiar with the cuts, the 600 CDC layoffs impacted all staff in the CDC's offices in Washington, D.C., all staff

Watch CBS News

for the office of the director for the National Center for Chronic Disease Prevention and Health Promotion, all staff for the National Center for State, Tribal, Local, and Territorial Public Health Infrastructure and Workforce, and all policy and communications staff for the National Center for Injury Prevention and Control.

The CDC agencies that saw their layoffs rescinded, according to the source, were the Immunization and Respiratory Diseases Center, the Global Health Center, the Morbidity and Mortality Weekly Report team, the Epidemic Intelligence Service, and scientists working on responses to outbreaks of measles in the U.S. and Ebola in the Democratic Republic of the Congo.

So far this year, the CDC has lost about 3,000 employees to resignations and layoffs, or just under a quarter of its staff, according to AFGE Local 2883, the union that represents CDC employees. That number was confirmed by the CDC officials who spoke to CBS News.

The CDC has been beset by changes since Robert F. Kennedy Jr. took the reins of the Department of Health and Human Services earlier this year. A vaccine skeptic, Kennedy controversially replaced all 17 members of the Advisory Committee for Immunization Practices, a panel that makes vaccine recommendations.

And in August, less than a month after being confirmed by the Senate as CDC director, Susan Monarez was fired from her post over what she said was pressure from Kennedy to rubber-stamp his vaccine directives, later testifying before the Senate that Kennedy's demands were "inconsistent with my oath of office and the ethics required of a public official." Her firing also prompted several top CDC officials to resign in protest.

Kennedy, in his own Senate testimony last month, denied that he pressured Monarez to preapprove vaccination recommendations. He told senators that when he asked Monarez if she was "a trustworthy person," she responded, "no."

The congressional source also confirmed that among the permanent layoffs in HHS last week were 41 people in the Administration for Strategic Preparedness and Response, an agency under the U.S. Public Health Service whose staff works in

3

biodefense, as well as monitors data on natural disasters, infectious disease outbreaks and cyberattacks on hospitals.

An HHS spokesperson told CBS News on Wednesday that the department's layoffs are part of an effort to cut a "bloated bureaucracy," and that the positions were deemed "non-essential by their respective divisions."

"HHS continues to close wasteful and duplicative entities, including those that are at odds with the Trump administration's Make America Healthy Again agenda," the spokesperson said in a statement.

But the scientist who spoke to CBS News said the turmoil inside the CDC will impact responses to disease outbreaks, like the measles outbreak in South Carolina, where five new cases were reported Tuesday, bringing the total to 16 since July, and forcing 139 students into quarantine, according to health officials.

"The surge capacity of the CDC is going to be significantly hampered with these cuts," the scientist told CBS News. "It's going to impede our ability to respond to public health outbreaks, just when all of these threats are on the rise."

**More from CBS News**


**◉CBS EVENING NEWS**
Ex-ICE director says immigration crackdown putting agents in "terrible position"


**◉CBS** COLORADO
Northern Colorado community health centers face Medicaid, shutdown concerns


**◉CBS** MINNESOTA
How the government shutdown is impacting TSA agents at MSP Airport

EXHIBIT J



LIVE

**CBS News 24/7**

[HealthWatch](#)

# After CDC cuts, former officials say "we're not prepared" for daily public health or emergencies

By [Sara Moniuszko](#)

October 15, 2025 / 4:58 PM EDT / CBS News

Days after hundreds of [Centers for Disease Control and Prevention employees](#) were laid off, former CDC officials are warning it has left the agency more unprepared to keep Americans healthy and safe.

While 1,300 CDC employees initially received reduction-in-force notices on Friday, about 700 were later notified their terminations were revoked, [union officials said](#). Some of the RIF notices had been sent to CDC employees due to a coding error, a Department of Health and Human Services spokesperson said.

But, about 600 staff members remained terminated.

In a press conference Wednesday, the former CDC officials, [who resigned earlier this year in protest](#) after what they described as growing political interference in the agency's scientific work, shared their concerns about the recent cuts, which come after multiple rounds of layoffs already this year.

The CDC "cannot protect all of us in the U.S. if they continue to have staff and resource cuts," former Chief Medical Officer [Debra Houry](#) said. "When you look at what was eliminated and still eliminated, it's concerning for how the agency is going to function."

AD

Flexible vacation packages
TO ORLANDO.

Getaways

Book Now

Cancellation if car is hired within 48 hours or location not forbidden. Price diff. &
penalty apply if cancel after pickup time arrives.

Continue watching
**World rushing humanitarian aid to Gaza**
after the ad

Demetre Daskalakis, who was the director of the National Center for Immunization and Respiratory Diseases, said the "silencing and the downsizing of CDC means that we're not prepared for daily public health as well as for emergencies."

An HHS spokesperson blamed the latest layoffs on the ongoing government shutdown and said, "The Department is focused on restoring accountability, efficiency, and scientific integrity across all its agencies."

"The current reduction-in-force actions are a direct consequence of the Democrat-led government shutdown. Under the Biden administration, HHS became a bloated bureaucracy-expanding its budget by 38 percent and its workforce by 17 percent," the spokesperson said. "All employees receiving reduction-in-force notices were designated non-essential by their respective divisions. HHS continues to eliminate wasteful and duplicative entities, including those inconsistent with the Trump administration's Make America Healthy Again agenda."

According to Houry, the cuts include the Institutional Review Board, which reviews research studies; the ethics office, which reviews conflicts of interest; and the technology transfer office, which looks at patents.

Some communication and policy offices were also cut, making it more difficult to communicate health threats to the public, Houry said.

Another eliminated program Houry noted is the Employee Assistance Program, which provides counseling and support for staff.

"The CDC staff were attacked and shot at two months ago, and still require counseling. And certainly job insecurity can lead to mental health issues and suicidal thoughts, and this is a time when you certainly need services like EAP," she said.

HHS did not immediately respond when asked to confirm which offices were affected by cuts.

The new layoffs are on top of cuts made to federal health agencies earlier this year as part of Secretary Robert F. Kennedy Jr.'s reorganization, which has been challenged in court.

"We were at like 13,600 and then with the several reductions in force, about 3,000 or so have been lost. And with these reductions in force, I anticipate they'll be just below 10,000 people," Houry said.

Daskalakis echoed that "we're really unprepared" due to the cuts.


AdChoices ▷

"We've gotten to a point where so much muscle has been cut from CDC that in order to respond to a medium or large event, it will be extremely disruptive. We may not have all of the expertise needed because of some of the previous reductions in force, and we'll have some problems with the infrastructure that's needed to do the work," he explained.

Edited by Nicole Brown Chau

**More from CBS News**



◉**CBS** ATLANTA
Hundreds of CDC employees not laid off after their RIFs were reversed



◉**CBS EVENING NEWS**
CDC scientist let go says "it's truly like an episode of 'Squid Games'"



◉**CBS** ATLANTA
Federal funding for Emory HIV prevention program get reinstated



◉**CBS** MINNESOTA
Federal SAMHSA cuts could impact mental health resources, according to veteran nonprofit leader

In:    **Centers for Disease Control and Prevention**

© 2025 CBS Interactive Inc. All Rights Reserved.


EXHIBIT K

EMILY MULLIN      SCIENCE OCT 14, 2025 5:51 PM

# A Quarter of the CDC Is Gone

**Another round of terminations, combined with previous layoffs and departures, has reduced the Centers for Disease Control and Prevention workforce by about 3,000 people since January.**



PHOTOGRAPH: MICHAEL M. SANTIAGO/GETTY IMAGES

🔖 SAVE THIS STORY

**Listen to this story**



**AFTER THE LATEST** round of mass firings at the US Centers for Disease Control and Prevention over the weekend, the union that represents agency employees estimates that around 3,000 people this year—about a

quarter of the agency's workforce—have departed the agency.

That number includes workers affected by layoffs earlier this year, as well those who have accepted the Trump administration's "Fork in the Road" buyout program.

The most recent cuts came down amid the ongoing government shutdown. On October 10, more than 1,300 CDC employees received termination notices. Soon after, however, about 700 of those people were told via email that they were mistakenly terminated and were not in fact subject to the reduction in force. An estimated 600 people remain terminated.

An additional 1,300 CDC employees are, according to the union, on administrative leave and being paid but not working.

---

## WIRED's Guide to How the Universe Works

Your weekly roundup of the best stories on health care, the climate crisis, new scientific discoveries, and more.

SIGN UP

By signing up, you agree to our user agreement (including class action waiver and arbitration provisions), and acknowledge our privacy policy.

The Trump administration has not shared official numbers of those targeted by the reductions. The estimate was compiled by the American Federation of Government Employees (AFGE) Local 2883, which represents CDC workers.

The current round of reductions affects the National Center for Chronic Disease Prevention and Health Promotion, the National Center for Health Statistics, the CDC library, the agency's human resources department, campus safety staff, as well as the CDC's office in Washington, DC, which acts as a liaison to Congress and provides public health information to policymakers.

"All HHS employees receiving reduction-in-force notices were designated nonessential by their respective divisions," Andrew Nixon, director of communication at the Department of Health and Human Services, told WIRED via email.

Among those reinstated include staff that publish the agency's flagship publication, the Morbidity and Mortality Weekly Report, as well as leadership in the National Center for Immunization and Respiratory Diseases and National Center for Emerging and Zoonotic Infectious Diseases, according to AFGE. Members of the Epidemic Intelligence Service, the CDC's "disease detectives" unit, were also brought back.

The CDC has been in turmoil since HHS secretary Robert F. Kennedy Jr. took office in February. In addition to carrying out mass layoffs, Kennedy is attempting to upend established vaccine policy. Earlier this year, he removed all 17 sitting members of a federal vaccine advisory committee, replacing them with members of his choosing. Several are vaccine skeptics and have been critical of public health measures taken during the Covid-19 pandemic.

In August, Kennedy fired CDC director Susan Monarez, who had been in the position for just a month. Monarez told a Senate committee in September that Kennedy demanded she sign off on new vaccine recommendations "regardless of the scientific evidence" and dismiss career officials without cause. During her short time at the CDC, a gunman opened fire on the agency's Atlanta campus and killed a police officer who responded to the shooting.

ADVERTISEMENT

Tuxedo Shirts for Men
Eton Shirts

The shooter allegedly targeted the CDC because he blamed the Covid-19 vaccine for making him sick and depressed.

In the wake of Monarez's departure, several senior CDC officials resigned, including Demetre Daskalakis, director of the National Center for Immunization and Respiratory Diseases. Debra Houry, chief medical officer and deputy director for program and science, and Daniel Jernigan, director of the National Center for Emerging and Zoonotic Infectious Diseases, also stepped down.

"There are very few people left in leadership at the agency. We know that at the highest level of leadership in the CDC, there are no public health or medical professionals left to help guide CDC recommendations," says Abby Tighe, executive director of the National Public Health Coalition, formerly Fired but Fighting, a network of current and former professionals from Health and Human Services. Tighe was among those laid off from the CDC earlier this year.

The AFGE represents hundreds of thousands of federal employees and is demanding that all notices be rescinded immediately. It's standard for federal agencies to inform the union about a reduction in force. AFGE says it has not received that notice from the Trump administration.

Yolanda Jacobs, president of AFGE Local 2883, calls the CDC firings "illegal" and "callous."

"Many of these cuts have been made without sufficient explanation to understand the reasoning behind them," says John Brooks, former chief medical officer of the CDC's division of HIV/AIDS intervention, who retired last year.

## You Might Also Like …

- **In your inbox:** WIRED's most ambitious, future-defining stories
- The unexpected winners of Trump's trade war
- **Big Story:** The end of handwriting
- The dark money group secretly funding Democratic influencers

4



EXHIBIT L

# Multiple CISA divisions targeted in shutdown layoffs, people familiar say

*David DiMolfetta*

Several divisions in the Cybersecurity and Infrastructure Security Agency were affected in termination orders issued to the federal workforce on Friday evening, multiple people familiar told *Nextgov/FCW*.

Staff within the Stakeholder Engagement Division, as well as the cyber-defense agency's Infrastructure Security Division, were targeted with reduction-in-force notices, or RIFs, said the people. OMB Director Russ Vought announced the actions on Friday in line with Trump administration promises to enact layoffs during the ongoing government shutdown.

The Integrated Operations Division is also believed to have been impacted, one of the people said. All sources in this story spoke on the condition of anonymity due to fear of reprisal from the Trump administration.

A DHS spokesperson said that the RIFs are meant to help get CISA "back on mission." The agency has been targeted for substantive reductions since Trump reentered the Oval Office in January.

CISA's Stakeholder Engagement Division oversees the agency's national and international partnership work. The Infrastructure Security division is widely considered a core unit of the agency that helps protect against risks to infrastructure like power grids and water treatment plants.

That said, the infrastructure division hosts some subbranches that the Trump administration considers to be defunct. The Chemical Security subdivision, namely, is expected to phase out a number of initiatives and programs, per DHS budget justification documents released in May.

Employees in the Chemical Security office are believed to have been targeted Friday, though many staff there also took deferred resignation program offers earlier this year, according to another person with knowledge of the matter. DRPs, which have been issued multiple times to feds since January, allow people to leave government service early while getting paid for a set period of time.

The exact number of cybersecurity agency staff terminated Friday is not clear. A court filing says that 176 employees were cut in DHS, where CISA is housed. The administration's filing suggested that further cuts remain a possibility across the federal enterprise.

Cybersecurity has been historically a bipartisan darling of Washington, but CISA, deemed the nation's core civilian cyberdefense agency, has become a subject of political scuffles due to its prior work combatting mis- and disinformation.

The agency has faced scrutiny from the Trump administration for some time. Top officials have aimed to "refocus" its mission amidst GOP accusations that the agency engaged in censorship of Americans' free speech. Those claims stem from CISA's earlier collaboration with social media platforms to remove false information online concerning the COVID-19 pandemic, elections and other divisive subjects around 2020.