UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-08302-SI<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO SHORTEN TIME TO HEAR REVISED MOTION TO AMEND COMPLAINT**<br><br>Re: Dkt. No. 77 |

Plaintiffs have again filed an administrative motion to shorten time to hear their revised motion for leave to file a Second Amended Complaint. Dkt. No. 77. Plaintiffs' papers indicate that defendants oppose the request. Dkt. No. 78-5 ("Leonard Decl.") ¶¶ 2-3. The Court finds good cause exists to rule on the administrative motion without a written response from defendants due to the emergency nature of the upcoming proceedings. *See* Dkt. No. 56; *see also* Dkt. No. 49-2 ("Billy Suppl. Decl.") ¶ 4 (OMB Senior Advisor declaring that "the situation involving the lapse in appropriations, and RIFs related to that lapse, is fluid and rapidly evolving").

The Court hereby GRANTS the administrative motion to shorten time. Defendants shall file their response to plaintiffs' revised motion for leave to file a Second Amended Complaint (Dkt. No. 76) by October 24, 2025. Plaintiffs' reply, if any, is due October 27, 2025, at 3:00 p.m. The Court will hear argument on the motion at the same time that the parties are to appear for a

///
///
///
///

hearing on plaintiffs' motion for a preliminary injunction, October 28, 2025, at 10:30 a.m.

**IT IS SO ORDERED**.

Dated: October 22, 2025

SUSAN ILLSTON
United States District Judge