STANLEY E. WOODWARD, JR.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ELIZABETH HEDGES
MICHAEL K. VELCHIK
Counsel to the Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Branch Director
BRAD P. ROSENBERG
Special Counsel
R. CHARLIE MERRITT (VA Bar No. 89400)
Senior Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
Phone: (202) 616-0929
E-mail: elizabeth.t.hedges@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **DECLARATION OF THOMAS J. NAGY JR.** <br><br> Hearing Date: October 28, 2025 <br> Time: 10:30 a.m. <br> Judge: Hon. Susan Illston <br> Place: San Francisco Courthouse <br> Courtroom 01 |

Declaration of Thomas J. Nagy Jr.
3:25-cv-08302-SI

I, Thomas J. Nagy Jr., declare as follows pursuant to 28 U.S.C. § 1746:

1. I am the Deputy Assistant Secretary for Human Resources/Chief Human Capital Officer at the U.S. Department of Health and Human Services (HHS), headquartered in Washington, DC. I have served in this position since March 27, 2025.

2. In my role at HHS, I am responsible for personnel management. I have the responsibility of overseeing the tracking and recording of personnel actions, including Reductions-in-Force (RIFs). I assist in ensuring that all personnel actions comply with court orders and federal law.

3. As I stated in my previous declaration, on October 10, 2025, HHS issued 954 RIF notices, not inclusive of those that have since been rescinded, to employees in certain competitive areas within certain HHS Operating and Staff Divisions. Employees were selected for this RIF based on their competitive area; they were not selected based on their political or other viewpoints.

4. The RIF notices that were issued on October 10, 2025, were distributed by email to the impacted employees' work email addresses.

5. On October 14 and 15, 2025, the HHS Office of Human Resources sent confirmatory notices to impacted employees through the mail. These confirmatory notices were sent to all employees who had received RIFs notices by email on October 10, 2025, with the exception of those whose RIF notices had already been rescinded. The mailed confirmatory notices also corrected certain information that was either incorrect or had not been included in the initial emailed notices, including by correcting the noticed effective date.

6. The mailed notices were not notices of a new RIF.

7. The mailed notices were delivered to the HHS mailroom by 10:30 am EDT on October 15, 2025, before the temporary restraining order in this case was issued.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Declaration of Thomas J. Nagy Jr.
3:25-cv-08302-SI

1

1  Dated: October 24, 2025

THOMAS J. NAGY JR -S
Digitally signed by THOMAS J. NAGY JR -S
Date: 2025.10.24 10:55:41 -04'00'

Thomas J. Nagy Jr.
Deputy Assistant Secretary for Human Resources/Chief Human Capital Officer
U.S. Department of Health and Human Services