STANLEY E. WOODWARD, JR.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

TIBERIUS DAVIS
ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Branch Director
BRAD P. ROSENBERG
Special Counsel
R. CHARLIE MERRITT (Va Bar No. 89400)
Senior Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Phone: (202) 616-0929
E-mail: elizabeth.t.hedges@usdoj.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **DECLARATION OF ANNE MENDEZ** <br><br> Hearing Date: October 28, 2025 <br> Time: 10:30 a.m. <br> Judge: Hon. Susan Illston <br> Place: San Francisco Courthouse <br> Courtroom 01 |

Declaration of Anne Mendez
Case No. 3:25-cv-08302-SI

Pursuant to 28 U.S.C. § 1746, I, Anne Mendez, declare as follows:

1. I am the Acting Chief Administrative Officer for the United States Patent and Trademark Office (USPTO), an agency within the Department of Commerce. I have served in this position since March 10, 2025. Prior to this role, I served as the Deputy Chief Administrative Officer since 2020.

2. In my role at the USPTO, I am responsible for providing administrative support to the entire agency, including personnel management and other duties.

3. I make this declaration based on my own personal knowledge and on information provided to me by USPTO employees.

4. The USPTO began planning for a Reduction in Force ("RIF") in early March 2025. In preparing for its RIF, the Agency focused on identifying those positions that were attenuated from the agency's core missions of examining patents and registering trademarks, and strategically reducing those attenuated functions.

5. By late March 2025, the USPTO was engaged in an effort to focus available resources on patent and trademark examination to reduce the pendency and the inventory of unexamined patent and trademark applications. On March 20, 2025, Agency employees were first notified in writing that eligible employees could request reassignment to patent examiner, supervisory patent examiner, trademark examining attorney, and managing or senior trademark attorney jobs. These reassignment opportunities were open to eligible employees until July 11, 2025. In addition, on June 13, 2025, the USPTO publicly posted vacancy announcements for patent examiner and trademark examining attorney positions. The posted vacancy announcements supported the Agency's priorities to reduce backlog and pendency, and have resulted in new hires in the Patents and Trademarks business units.

Declaration of Anne Mendez
Case No. 3:25-cv-08302-SI

6. Following its thorough seven-month preparation to focus on retention of positions critical to the Agency's core mission, the USPTO noticed its RIF on October 1, 2025. The RIF primarily affected positions in the Office of the Chief Information Officer (OCIO) that were connected with outdated technologies and redundant positions in the Office of the Chief Communications Officer (OCCO) and Office of Public Engagement (OPE).

7. I am aware of the above-captioned litigation. The RIF that the USPTO noticed on October 1, 2025, was identified in the Declaration of Stephen Billy in Support of Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order filed on October 10, 2025 (ECF 40 at n.1), and the USPTO RIF notices were included in the total numbers reported for the Department of Commerce in the Supplemental Declaration of Stephen Billy filed on October 14, 2025 (ECF 49-2 at p.2); the Declaration of Crystal Taylor filed on October 17, 2025 (ECF 62-4 at ¶ 8); and the Supplemental Declaration of Crystal Taylor filed on October 20, 2025 (ECF 71-1 at ¶ 8).

8. Plaintiffs' October 21, 2025 Second *Ex Parte* Motion to Modify Temporary Restraining Order to Add Plaintiffs NTEU, IFPTE, and AFT contains a Declaration of Daniel Kaspar, which in Paragraph 11 states that: "Agencies are required to notify exclusive bargaining representatives, if any, of RIF notices (5 C.F.R. § 351.801(a)), but [National Treasury Employees Union] NTEU has not received this legally required notice from any of the federal agencies where NTEU represents employees."

9. To the contrary, on October 1, 2025, USPTO's Office of Human Resources did send written notice of the USPTO RIF to NTEU Chapter 243 by e-mail from the USPTO's Acting Deputy Director of Human Resources to both the President of NTEU Chapter 243 and a field representative of the national union.

10. Further, I understand that arguments in the above litigation have been made that RIF decisions were discriminatory or politically motivated. As I was involved in the process to identify

Declaration of Anne Mendez
Case No. 3:25-cv-08302-SI

3

impacted programs and positions, I aver that the political affiliation of impacted individuals was in no way considered in this process. Moreover, the impacted programs and positions were selected based solely on mission-related reasons.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 24, 2025.

*[signature]*
Anne Mendez
Acting Chief Administrative Officer
U.S. Patent and Trademark Office

Declaration of Anne Mendez
Case No. 3:25-cv-08302-SI

4