STANLEY E. WOODWARD, JR.
Associate Attorney General
BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
EMILY M. HALL
TIBERIUS DAVIS
ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division
CHRISTOPHER R. HALL
Assistant Branch Director
BRAD P. ROSENBERG
Special Counsel
R. CHARLIE MERRITT (VA Bar No. 89400)
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **SUPPLEMENTAL DECLARATION OF REBECCA KEISER** <br><br> Hearing Date: October 28, 2025 <br> Time: 10:30 a.m. <br> Judge: Hon. Susan Illston <br> Place: San Francisco Courthouse <br> Courtroom 01 |

Pursuant to 28 U.S.C. § 1746, I, Rebecca Keiser, declare as follows:

1. I am the Chief of Staff (Acting), Office of the Director (OD), and Chief of Research Security, Strategy, and Policy, at the U.S. National Science Foundation (NSF), headquartered in Alexandria, Virginia. I have held the position of Chief of Staff (Acting) since April 27, 2025, and I have served as the Chief of Research Security, Strategy, and Policy since March 2020.

2. In my role as Chief of Staff (Acting) at NSF, I am a member of a team of senior level officials who oversee personnel management for the agency. This group of senior agency officials has the responsibility for overseeing NSF's human resources, including Reductions-in-Force (RIFs). I assist in ensuring that all personnel actions comply with court orders and federal law.

3. On October 17, 2025, in response to the Court's October 15, 2025 temporary restraining order (TRO), I submitted a declaration providing information requested by the Court, including:

    a. NSF has not issued any RIF notices implicated by the Court's TROs;

    b. In May 2025, NSF conducted a RIF of two tiers of its Senior Executive Service prior to and separate from the OMB Lapse Memorandum, OPM Guidance for Shutdown Furloughs, OPM "Special Instructions for Agencies Affected by a Possible Lapse in Appropriations Starting on October 1, 2025," or any other decision or directive that purports to authorize or require issuance of RIF notices during a lapse in appropriations.

4. I am submitting this supplemental declaration to provide additional information about the SES RIF.

5. As previously declared, the SES RIF predated the October 1, 2025 lapse in appropriations and was in no way motivated by or pursuant to the September 24, 2025 Office of Management and Budget or September 28, 2025 Office of Personnel Management guidance on RIFs during a lapse in appropriations.

6. The SES RIF planning began in January 2025.  On January 20, 2025, NSF had 143 SES positions (occupied and vacant).  Based on NSF's new organizational structure and proposed future year budgets, NSF determined that only 59 SES positions are needed in the future state.  The remaining 84 positions would no longer be required to be filled with Executives.

7. On May 8, 2025, NSF notified all SES members that it was conducting a reduction in force among some SES employees.

8. In an announcement to all staff on May 9, 2025, NSF described plans to reduce the SES cadre by eliminating some SES positions and creating new, non-Executive supervisory positions.

9. Some SES who were impacted by the RIF were reassigned to fill continuing, vacant SES positions and SES who could not be reassigned to a vacant SES position were reassigned to non-SES, supervisory positions within NSF.

10. As my prior declaration stated, NSF's RIF was not effectuated until October 4, 2025 due to various judicial proceedings. The notices, however, were issued long before the October 1, 2025 lapse in appropriations.

11. I am aware that Plaintiffs in this action argue that "employees who receive RIF notices because of political targeting suffer irreparable harm from political discrimination and its

accompanying chilling effect." NSF's SES RIF did not involve targeting employees based on their perceived political viewpoints.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 23, 2025

REBECCA L KEISER
Digitally signed by REBECCA L KEISER
Date: 2025.10.23 17:00:35 -04'00'

Rebecca Keiser
Chief of Staff (Acting) and Chief of Research Security, Strategy, and Policy
U.S. National Science Foundation