```
```

STANLEY E. WOODWARD, JR.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

TIBERIUS DAVIS
ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Branch Director
BRAD P. ROSENBERG
Special Counsel
R. CHARLIE MERRITT (Va Bar No. 89400)
Senior Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Phone: (202) 616-0929
E-mail: elizabeth.t.hedges@usdoj.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **DECLARATION OF SEAN M. MILDREW** <br><br> Hearing Date: October 28, 2025 <br> Time: 10:30 a.m. <br> Judge: Hon. Susan Illston <br> Place: San Francisco Courthouse <br> Courtroom 01 |

Declaration of Sean M. Mildrew
Case No. 3:25-cv-08302-SI

1

Pursuant to 28 U.S.C. § 1746, I, Sean M. Mildrew, declare as follows:

1. I am the Acting Chief Financial Officer for the United States Patent and Trademark Office (USPTO), an agency within the Department of Commerce. I have served in this position since April 30, 2025. Prior to this role, I served as the Deputy Chief Financial Officer since January 2018.

2. In my role at the USPTO, I am responsible for managing the fiscal operations of the entire agency.

3. I make this declaration based on my own personal knowledge and on information provided to me by USPTO employees.

4. The USPTO operates as a fully fee-funded agency, relying on user fees collected for patent and trademark services to finance its operations. USPTO's annual appropriations bills provide it with "no year funds," which allows the USPTO to save prior year appropriated collections in an "operating reserve" (i.e., unobligated balances) that remain available until expended and can be spent during a lapse in appropriations.

5. Given available funds, the USPTO has been fully operational since the passage of the Consolidated Appropriations Act, 2024 (P.L.118-42), which appropriated the Agency funds "to remain available until expended," and the subsequent passage of the FY 2025 Continuing Resolution (P.L. 119-4). Under these authorities, the USPTO has remained fully funded and operational, including on and after October 1, 2025, and during the lapse in appropriations that has affected other agencies.

6. Based on existing operating reserves and current spending projections, the U.S. Patent and Trademark Office expects to continue normal operations at least through December 24, 2025.

Declaration of Sean M. Mildrew
Case No. 3:25-cv-08302-SI

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 24, 2025.

_____
Sean M. Mildrew
Acting Chief Financial Officer
U.S. Patent and Trademark Office

Declaration of Sean M. Mildrew
Case No. 3:25-cv-08302-SI