UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** October 28, 2025 | **Time:** 10:33 – 11:41<br>1 Hour 8 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 25-cv-08302-SI | **Case Name:** American Federation Of State County And Municipal Employees, AFL-CIO, et al. v. United States Office of Management and Budget, et al. | |

**Attorney for Plaintiff:** Danielle Leonard, Stacey Leyton, Barbara Chisholm, Talia Stender
**Attorney for Defendant:** Michael Velchik

**Deputy Clerk:** Esther Chung               **Court Reporter:** Kendra Steppler

## PROCEEDINGS

Motion for Leave to File Second Amended Complaint (Dkt. 76), Motion for Preliminary Injunction (Dkt. 79) – Held.

## SUMMARY

The Court provided its oral tentative ruling to grant both motions and provided questions which it wanted the Government and Plaintiffs to focus on.

The parties presented oral arguments and rebuttals. The Court indicated that if an argument arises concerning RIF notice timing with respect to the shutdown an evidentiary hearing may be held. The Government suggested additional briefing in lieu of a hearing, the Plaintiffs' counsel stated a preference for a hearing and requested that three specific departments be included concerning the hearing.

The Motions are submitted, but the Court stated the Preliminary Injunction is in effect as of today's date and that a written Order will be issued shortly.