UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 25-cv-08302-SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REVISED MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Re: Dkt. No. 76 |

Good cause having been shown, the Court GRANTS Plaintiffs' Revised Motion for Leave to Amend Complaint. Plaintiffs are directed to file their amended complaint by October 31, 2025.

**IT IS SO ORDERED**.

Dated: October 28, 2025

_____
SUSAN ILLSTON
United States District Judge