AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> *Plaintiff(s)* <br> v. <br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:25-cv-08302-SI |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Please see attached.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Stacey M. Leyton
    Barbara J. Chisholm
    Danielle Leonard
    Robin Tholin
    Talia Stender
    Altshuler Berzon LLP, 177 Post Street, Suite 300, San Francisco, CA 94108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B. Busby

Date: October 29, 2025

*Signature of Clerk or Deputy Clerk*

**List of Defendants**

PEACE CORPS
1275 First Street NE
Washington, DC 20526

PAUL SHEA, in his official capacity as Chief Executive Officer of the Peace Corps
1275 First Street NE
Washington, DC 20526

COMMODITY FUTURES TRADING COMMISSION
1155 21st Street NW,
Washington, DC 20581

CAROLINE D. PHAM, in her official capacity as Acting Chairman of the Commodity Futures Trading Commission
1155 21st Street NW,
Washington, DC 20581

FEDERAL COMMUNICATIONS COMMISSION
45 L Street NE
Washington, DC 20554

BRENDAN CARR, in his official capacity as Chairman of the Federal Communications Commission
45 L Street NE
Washington, DC 20554

FEDERAL ELECTIONS COMMISSION
1050 1st St NE,
Washington, DC 20002

SHANA M. BROUSSARD, in her official as Chair of the Federal Election Commission
1050 1st St NE,
Washington, DC 20002

U.S. SECURITIES AND EXCHANGE COMMISSION
100 F St, NE
Washington, DC 20549

PAUL ATKINS, in his official capacity as Chairman of the U.S. Securities and Exchange Commission
100 F St, NE
Washington, DC 20549

U.S. MERITS SYSTEMS PROTECTION BOARD
1615 M St NW,
Washington, DC 20036

HENRY J KERNER, in his official capacity as Acting Chairman of the Merits Systems Protection Board
1615 M St NW,
Washington, DC 20036