Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO (AFGE), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.<br><br>Defendants. | Case No. 3:25-cv-08302-SI<br><br>**PROOF OF SERVICE OF SUMMONS** |

|  |  |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am employed in the City and County of San Francisco, California.  I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108.  On October 29, 2025, I served the following document(s): |

**ADR documents required under Northern District of California Local Rules**
**ECF Registration Information**
**Notice of Availability of Magistrate Judge**
**Standing Order for all Judges**
**Standing Orders for Judge Illston**

on the parties, through their attorneys of record, as designated below:

**Via Electronic Mail:** I caused such documents to be served via Electronic Mail on defendants Peace Corps, Paul Shea, Commodity Futures Trading Commission, Caroline D. Pham, Federal Communications Commission, Brendan Carr, Federal Elections Commission, Shana M. Broussard, U.S. Securities and Exchange Commission, Paul Atkins, U.S. Merit Systems Protection Board, Henry J. Kerner, by email with the written consent of their legal representative pursuant to Federal Rules of Civil Procedure Rule 5(b)(2)(E).  The documents were emailed to the duly authorized legal representatives of the defendants set forth below.  Attached as **Exhibit A** is a true and correct copy of that email.

**Elizabeth T. Hedges**
elizabeth.t.hedges@usdoj.gov

**Brad Rosenberg**
brad.rosenberg@usdoj.gov

**Robert C. Merritt**
robert.c.merritt@usdoj.gov

**Michael Velchik**
michael.velchik@usdoj.gov

*Attorneys for Defendants Peace Corps; Paul Shea, in his official capacity as Chief Executive Officer of the Peace Corps; Commodity Futures Trading Commission; Caroline D. Pham, in her official capacity as Acting Chairman of the Commodity Futures Trading Commission; Federal Communications Commission; Brendan Carr, in his official capacity as Chairman of the Federal Communications Commission; Federal Elections Commission; Shana M. Broussard, in her official capacity as Chair of the Federal Election Commission; U.S. Securities and Exchange Commission; Paul Atkins, in his official capacity as Chairman of the U.S. Securities and Exchange Commission; U.S. Merit Systems Protection Board; Henry J. Kerner, in his official capacity as Acting Chairman of the Merit Systems Protection Board*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed October 29, 2025, at San Francisco, California.

                                                */s/ Jean Perley*
                                                Jean Perley

# EXHIBIT A

 Outlook

### E-Service of Newly Added Defendants - Case 3:25-cv-08302-SI - AFGE v USOMB

**From** Jean Perley <jperley@altshulerberzon.com>
**Date** Wed 10/29/2025 4:29 PM
**To** elizabeth.t.hedges@usdoj.gov <elizabeth.t.hedges@usdoj.gov>; brad.rosenberg@usdoj.gov <brad.rosenberg@usdoj.gov>; michael.velchik@usdoj.gov <michael.velchik@usdoj.gov>; robert.c.merritt@usdoj.gov <robert.c.merritt@usdoj.gov>
**Cc** Danielle Leonard <dleonard@altshulerberzon.com>; Stacey Leyton <sleyton@altshulerberzon.com>; BJ Chisholm <bchisholm@altshulerberzon.com>; Talia Stender <tstender@altshulerberzon.com>

7 attachments (1 MB)
2023-05-31_SI_Standing-Order.pdf; ADR_TC_fillable-5-1-2018.pdf; ADR_Stip_fillable.pdf; ADR_Cert_fillable_2019.pdf; ECF_Reg_Info.pdf; NoticeOfAvailability_MagistrateJudge.pdf; Standing_Order_All_Judges-11-30-2023.pdf;

Counsel-

In addition to the documents that you have access to via ECF, attached are the following documents that are required by the rules to accompany the now-filed Second Amended Complaint (ECF 92) and Summons (ECF 96).

- ADR documents required under Northern District of California Local Rules
- ECF Registration Information
- Notice of Availability of Magistrate Judge
- Standing Order for all Judges
- Standing Order for Judge Illston

Jean Perley, legal secretary
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
415/421-7151
415/362-8064 (fax)
Pronouns: she/her

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.