1  STANLEY E. WOODWARD, JR.
   Associate Attorney General
2  BRETT A. SHUMATE
   Assistant Attorney General
3  Civil Division
4  ERIC J. HAMILTON
   Deputy Assistant Attorney General
5  MICHAEL K. VELCHIK
   Senior Counsel to the Assistant Attorney General
6  ELIZABETH HEDGES
7  Counsel to the Assistant Attorney General
   Civil Division
8  CHRISTOPHER R. HALL
   Assistant Branch Director
9  BRAD P. ROSENBERG
   Special Counsel
10 STEVEN M. CHASIN (DC Bar No. 495853)
11 PIERCE J. ANON
   Trial Attorneys
12 U.S. Department of Justice
   Civil Division, Federal Programs Branch
13 1100 L Street, NW
   Washington, DC 20005
14 Phone: (202) 305-0747
   E-mail: steven.m.chasin2@usdoj.gov
15 *Attorneys for Defendants*

16
             **UNITED STATES DISTRICT COURT FOR THE**
17           **NORTHERN DISTRICT OF CALIFORNIA**
                    **SAN FRANCISCO DIVISION**
18

19 | AMERICAN FEDERATION OF
   | GOVERNMENT EMPLOYEES, AFL-CIO,    Case No. 3:25-cv-08302-SI
20 | et al.,
21 |                                    **DEFENDANTS' NOTICE OF FILING**
   |            Plaintiffs,             **OF AGENCY DECLARATIONS**
22 |
   |    v.                              Judge: Hon. Susan Illston
23 |
24 | UNITED STATES OFFICE OF
   | MANAGEMENT AND BUDGET, et al.,
25 |
26 |            Defendants.

27
28

Defendants' Notice of Filing of Agency Declarations
3:25-cv-08302-SI

On October 28, 2025, this Court entered a Preliminary Injunction Order requiring, *inter alia*, that each Defendant, by November 4, 2025, "file an accounting of any RIFs [(Reductions-in-Force)] that have been issued on or after October 1, or that were in preparation at the time of this Court's TRO (ECF 56), clarified and modified TROs (ECF 70, 82), and/or preliminary injunction, including at a minimum information identifying: a) the impacted PPAs or competitive areas, including information or parameters (such as a description of the office or program within the agency) used by the Defendant to define the PPAs or competitive areas; b) whether each impacted PPA or competitive area includes any employees subject to this Court's injunction; c) how many employees are within each such PPA or competitive area; and d) the number of employees within each such PPA or competitive area whom Defendant has identified as protected by the Court's injunction." *See* Dkt. No. 94 at 46-47 (¶ 3). The Preliminary Injunction Order further required ordered each Defendant to file, within ten (10) business days of this Court's injunction, a declaration "detailing the steps it has taken to comply with this Court's injunction." *Id*. at 47 (¶ 4).

In response, Defendants hereby submit the attached declarations from those Defendant agencies with RIFs reportable pursuant to the Court's aforementioned accounting requirement. Each remaining Defendant agency will file, on or before November 12, 2025, a separate declaration, "detailing the steps it has taken to comply with this Court's injunction." *See id.*

Dated: November 4, 2025                          Respectfully submitted,

                                                 STANLEY E. WOODWARD, JR.
                                                 Associate Attorney General


                                                 BRETT A. SHUMATE
                                                 Assistant Attorney General
                                                 Civil Division


                                                 ERIC J. HAMILTON
                                                 Deputy Assistant Attorney General


                                                 MICHAEL K. VILCHIK
                                                 Senior Counsel to the Assistant Attorney General
                                                 Civil Division

ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Branch Director

BRAD P. ROSENBERG
Special Counsel

PIERCE J. ANON
Trial Attorney

<u>/s/ Steven M. Chasin</u>
STEVEN M. CHASIN (DC Bar No. 495853)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-0747
E-mail: steven.m.chasin2@usdoj.gov

*Attorneys for Defendants*

Defendants' Notice of Filing of Agency Declarations
3:25-cv-08302-SI

2