STANLEY E. WOODWARD, JR.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ELIZABETH HEDGES
MICHAEL K. VELCHIK
Counsel to the Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Branch Director
BRAD P. ROSENBERG
Special Counsel
R. CHARLIE MERRITT (VA Bar No. 89400)
Senior Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
Phone: (202) 616-0929
E-mail: elizabeth.t.hedges@usdoj.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 3:25-cv-08302-SI<br><br>**DECLARATION OF THOMAS J. NAGY JR.** |

Pursuant to 28 U.S.C. § 1746, I, Thomas J. Nagy Jr., declare as follows:

1. I am the Deputy Assistant Secretary for Human Resources/Chief Human Capital Officer at the U.S. Department of Health and Human Services (HHS), headquartered in Washington, DC. I have served in this position since March 27, 2025.

2. In my role at HHS, I am responsible for personnel management. I have the responsibility of overseeing the tracking and recording of personnel actions, including Reductions-in-Force (RIFs). I assist in ensuring that all personnel actions comply with court orders and federal law.

3. Plaintiffs in this lawsuit include eight national unions, American Federation of Government Employees, AFL-CIO ("AFGE"), American Federation of State County and Municipal Employees, AFL-CIO ("AFSCME"), National Federation of Federal Employees ("NFFE"), Service Employees International Union ("SEIU"), National Association of Government Employees, Inc. ("NAGE"), National Treasury Employees Union ("NTEU"), International Federation of Professional and Technical Engineers, AFL-CIO ("IFPTE"), and the American Federation of Teachers ("AFT"), and two local California-based chapters, AFGE Local 1236 and AFGE Local 3172.

4. I am aware of and have reviewed the October 28, 2025, preliminary injunction order issued by the Court in this action (the Order), which granted Plaintiffs preliminary injunctive relief and enjoined Defendants from taking certain actions related to RIFs. I make this declaration in response to the Order.

5. The Court's Order provides that Defendants are enjoined from:

   1) taking any action to issue any RIF notices during and because of the federal government shutdown to federal employees in any PPA (program, project, or activity) or competitive area that includes any bargaining unit or member represented by any Plaintiff, including but not limited to by taking any action to implement or enforce the OMB Lapse Memorandum (dated September 24, 2025), the portions of the related OPM Guidance for Shutdown Furloughs (as revised September 28, 2025), the related OPM "Special Instructions for Agencies Affected by a Possible Lapse in Appropriations Starting on October 1, 2025" (dated September 28, 2025), or any other decision or directive that purports to authorize or require issuance of RIF notices during a shutdown;

   2) taking any action to administer or implement any RIF notices issued during and because of the federal government shutdown to federal employees in any PPA

(program, project, or activity) or competitive area that includes any bargaining unit or member represented by any Plaintiff, including but not limited to by taking any action to implement or enforce the OMB Lapse Memorandum (dated September 24, 2025), the portions of the related OPM Guidance for Shutdown Furloughs (as revised September 28, 2025), the related OPM "Special Instructions for Agencies Affected by a Possible Lapse in Appropriations Starting on October 1, 2025" (dated September 28, 2025), or any other decision or directive that purports to authorize or require issuance of RIF notices during a shutdown.

6. The Order specifies, with respect to the above, that:

   1) The phrase "federal employees in any PPA (program, project, or activity) or competitive area that includes any bargaining unit or member represented by any Plaintiff" includes (a) "federal employees in any PPA or competitive area" in which Plaintiffs have any members, regardless of whether those members are employed in a bargaining unit that is represented by a Plaintiff; and (b) "federal employees in any PPA or competitive area" in which any Plaintiff is or was a recognized collective bargaining representative of a bargaining unit prior to or after the issuance of Executive Orders 14251 and 14343, the effect of which is the subject of legal dispute.

   2) The reference to issuance of RIF notices "during and because of the federal government shutdown" or "during a shutdown" applies to any RIF notices issued on or after October 1, 2025, and before the end of the federal government shutdown, unless the Court determines following an evidentiary hearing that the RIF was planned to occur independent of and before the shutdown.

7. The Order also requires Defendants to report certain information by November 4, 2025—specifically:

   Each Defendant shall file an accounting of any RIFs that have been issued on or after October 1, or that were in preparation at the time of this Court's temporary restraining order (TRO) (ECF 56), clarified and modified TROs (ECF 70, 82), and/or preliminary injunction, including at a minimum information identifying: a) the impacted PPAs or competitive areas, including information or parameters (such as a description of the office or program within the agency) used by the Defendant to define the PPAs or competitive areas; b) whether each impacted PPA or competitive area includes any employees subject to this Court's injunction; c) how many employees are within each such PPA or competitive area; and d) the number of employees within each such PPA or competitive area whom Defendant has identified as protected by the Court's injunction.

8. The Order also requires, by November 12, 2025, that each Defendant file a declaration detailing the steps it has taken to comply with this Court's injunction.

9. On October 10, 2025, HHS issued RIF notices to 954 people, not inclusive of those that have since been rescinded. In the attached chart, I have identified (a) the impacted

Declaration of Thomas J. Nagy Jr.
3:25-cv-08302-SI

2

competitive areas,[1] including a description of the competitive area; (b) whether each competitive area includes any employees subject to this Court's injunction; (c) the number of employees that are within each competitive area; and (d) the number of employees within each competitive area whom HHS has identified as protected by the Court's injunction.

    10.    HHS has taken the following actions to comply with the Order:

        a.    Notice of the preliminary injunction was provided to the HHS Office of Human Resources (OHR) on October 28, 2025, and OHR subsequently provided notice of the Order to the human resources offices for the Operating and Staff Divisions.

        b.    OHR posted information about the issuance of the Order on its website on November 3, 2025. *See* https://www.hhs.gov/about/agencies/asa/ohr/index.html. That information included notice that the Order stayed the effective date of the RIF notices that are subject to this Order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 4, 2025

THOMAS J. NAGY JR -S
Digitally signed by THOMAS J. NAGY JR -S
Date: 2025.11.04 16:56:08 -05'00'

Thomas J. Nagy Jr.
Deputy Assistant Secretary for Human Resources/Chief Human Capital Officer
U.S. Department of Health and Human Services

---

[1] A competitive area is typically defined by an organizational code and an office location. For purposes of this accounting, all office locations associated with a particular organizational code have been accounted for as a single competitive area, since it is my understanding that at least some of the HHS Operating and Staff Divisions based this RIF on organizational code alone, without regard to office location.

| Organization | Dept ID | Bureau | Center | Office | Employees within Scope of Order (Y/N) | # of Employees within Scope of Order | Total # of Employees within Competitive Area |
|---|---|---|---|---|---|---|---|
| ACF | KBE1 | Admin On Children, Youth, And Families | Family And Youth Services Bureau | DIVISION OF POSITIVE YOUTH DEVELOPMENT | Y | 14 | 14 |
| ACF | KGB | Ofc Of Community Services | DIV OF COMMUNITY ASSISTANCE | DIV OF COMMUNITY ASSISTANCE | Y | 8 | 8 |
| ACF | KGB1 | Ofc Of Community Services | DIV OF COMMUNITY ASSISTANCE | PROGRAM OPERATIONS BRANCH | Y | 3 | 3 |
| ACF | KGG | Ofc Of Community Services | DIVISION OF COMMUNITY DISCRETIONARY AND DEMONSTRATION PROGRAMS | DIVISION OF COMMUNITY DISCRETIONARY AND DEMONSTRATION PROGRAMS | Y | 6 | 6 |
| ACF | KME | Ofc Of Plng Resch And Evaluation | DIVISION OF DATA AND IMPROVEMENT | DIVISION OF DATA AND IMPROVEMENT | Y | 6 | 6 |
| ACF | KYA | OFFICE OF EARLY CHILDHOOD DEVELOPMENT | POLICY & STRATEGY DIVISION | POLICY & STRATEGY DIVISION | Y | 10 | 10 |
| ASA | AJI2 | OFFICE OF ASSISTANT SECRETARY FOR ADMINISTRATION | Office of Equal Employment Opportunity, Strategic Engagement & Partnerships | EQUAL EMPLOYMENT OPPORTUNITY SERVICES CENTER | N | 0 | 10 |
| ASA | AJI4 | OFFICE OF ASSISTANT SECRETARY FOR ADMINISTRATION | Office of Equal Employment Opportunity, Strategic Engagement & Partnerships | COMPLAINTS ADJUDICATION DIVISION | N | 0 | 4 |
| ASA | PEPB | ADMINISTRATIVE OPERATIONS PORTFOLIO | TRANSPORTATION SERVICES | TRANSIT SUBSIDY PROGRAM MANAGEMENT | N | 0 | 1 |
| ASA | PKB | REAL ESTATE AND LOGISTICS PORTFOLIO | REAL PROPERTY MANAGEMENT SERVICES | REAL PROPERTY MANAGEMENT SERVICES | N | 0 | 1 |
| ASA | PKBC | REAL ESTATE AND LOGISTICS PORTFOLIO | REAL PROPERTY MANAGEMENT SERVICES | FEDERAL REAL PROPERTY ASSISTANCE | N | 0 | 2 |
| ASPA | APA1 | OFFICE OF ASSISTANT SECRETARY FOR PUBLIC | EXECUTIVE OFFICE | BUSINESS OPERATIONS | N | 0 | 1 |
| ASPR | SN1 | ADMIN FOR STRATEGIC PREPAREDNESS & RESPONSE | OFFICE OF EXTERNAL AFFAIRS | OFFICE OF EXTERNAL AFFAIRS | Y | 2 | 2 |
| ASPR | SN2 | ADMIN FOR STRATEGIC PREPAREDNESS & RESPONSE | OFFICE OF LEGISLATIVE AFFAIRS | OFFICE OF LEGISLATIVE AFFAIRS | Y | 5 | 5 |
| ASPR | SN411 | ADMIN FOR STRATEGIC PREPAREDNESS & RESPONSE | OFC OF STRATEGY, POLICY & REQUIREMENTS | STRATEGY PROGRAM | N | 0 | 5 |
| ASPR | SN412 | ADMIN FOR STRATEGIC PREPAREDNESS & RESPONSE | OFC OF STRATEGY, POLICY & REQUIREMENTS | CBRN PROGRAM | N | 0 | 4 |
| ASPR | SN421 | ADMIN FOR STRATEGIC PREPAREDNESS & RESPONSE | OFC OF STRATEGY, POLICY & REQUIREMENTS | NAC PROGRAM | N | 0 | 3 |
| ASPR | SNA32 | ADMIN FOR STRATEGIC PREPAREDNESS & RESPONSE | CENTER FOR ADMINISTRATION | DIVISION OF EMPLOYEE EXPERIENCE | N | 0 | 3 |
| ASPR | SNA321 | ADMIN FOR STRATEGIC PREPAREDNESS & RESPONSE | CENTER FOR ADMINISTRATION | LEADERSHIP & WORKFORCE DEVELOPMENT PROGRAM | N | 0 | 2 |
| ASPR | SNA331 | ADMIN FOR STRATEGIC PREPAREDNESS & RESPONSE | CENTER FOR ADMINISTRATION | ACTIONS PROCESSING PROGRAM | N | 0 | 1 |
| ASPR | SNA333 | ADMIN FOR STRATEGIC PREPAREDNESS & RESPONSE | CENTER FOR ADMINISTRATION | ETHICS PROGRAM | N | 0 | 2 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ASPR | SNP131 | ADMIN FOR STRATEGIC PREPAREDNESS & RESPONSE | CENTER FOR PREPAREDNESS | ANALYSIS & PRODUCTION BRANCH | N | 0 | 1 |
| ASPR | SNP212 | ADMIN FOR STRATEGIC PREPAREDNESS & RESPONSE | CENTER FOR PREPAREDNESS | REGIONAL INFORMATION BRANCH | N | 0 | 3 |
| ASPR | SNP32 | ADMIN FOR STRATEGIC PREPAREDNESS & RESPONSE | CENTER FOR PREPAREDNESS | DIVISION OF HEALTH SECTOR PARTNERSHIPS | N | 0 | 1 |
| ASPR | SNP61 | ADMIN FOR STRATEGIC PREPAREDNESS & RESPONSE | CENTER FOR PREPAREDNESS | DIVISION OF CRISIS ACTION PLANNING | N | 0 | 3 |
| ASPR | SNP62 | ADMIN FOR STRATEGIC PREPAREDNESS & RESPONSE | CENTER FOR PREPAREDNESS | DIVISION OF CONTINGENCY PLANNING | Y | 4 | 4 |
| ASPR | SNP63 | ADMIN FOR STRATEGIC PREPAREDNESS & RESPONSE | CENTER FOR PREPAREDNESS | DIVISION OF MISSION ANALYSIS PLANNING | N | 0 | 1 |
| ASPR | SNP71 | ADMIN FOR STRATEGIC PREPAREDNESS & RESPONSE | CENTER FOR PREPAREDNESS | DIVISION CONTINUITY | N | 0 | 1 |
| CDC | CAB | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | CDC-WASHINGTON OFFICE | Y | 18 | 18 |
| CDC | CADLD | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | TECHNOLOGY & INNOVATION DIVISION | Y | 1 | 1 |
| CDC | CADLDC | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF READINESS AND RESPONSE | INNOVATE BRANCH | Y | 5 | 5 |
| CDC | CAHC | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE SCIENCE QUALITY & LIBRARY SERVICES | Y | 21 | 21 |
| CDC | CAHE | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF PUBLIC HEALTH ETHICS & REGULATIONS | Y | 19 | 19 |
| CDC | CAJEVL | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF CHIEF OPERATING OFFICER | TRAINING, DEVELOPMENT, & SPECIALIZED FUNDING BUDGET EXECUTIO | Y | 10 | 10 |
| CDC | CAJEVR | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF CHIEF OPERATING OFFICER | BUDGET FORMULATION BRANCH | Y | 2 | 2 |
| CDC | CAJEYH | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF CHIEF OPERATING OFFICER | RISK & PERFORMANCE MANAGEMENT SERVICES BRANCH | Y | 16 | 16 |
| CDC | CAJQ1 | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF THE DIRECTOR | Y | 15 | 15 |
| CDC | CAJQB3 | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF CHIEF OPERATING OFFICER | HUMAN RESOURCES STRATEGIC BUSINESS ACTIVITY | N | 0 | 12 |
| CDC | CAJQC3 | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF CHIEF OPERATING OFFICER | TRAINING ADMINISTRATION ACTIVITY | Y | 5 | 5 |
| CDC | CAJQD1 | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF CHIEF OPERATING OFFICER | OFFICE OF THE DIRECTOR | N | 0 | 4 |
| CDC | CAJQD2 | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF CHIEF OPERATING OFFICER | EMPLOYEE AND LABOR RELATIONS ACTIVITY | N | 0 | 8 |
| CDC | CAJQE1 | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF CHIEF OPERATING OFFICER | OFFICE OF THE DIRECTOR | N | 0 | 4 |
| CDC | CAJQE2 | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF CHIEF OPERATING OFFICER | CUSTOMER STAFFING ACTIVITY | N | 0 | 12 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CDC | CAJQE3 | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF CHIEF OPERATING OFFICER | CUSTOMER STAFFING ACTIVITY 2 | N | 0 | 13 |
| CDC | CAJQE5 | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF CHIEF OPERATING OFFICER | CLASSIFICATION AND ADVISORY ACTIVITY | N | 0 | 9 |
| CDC | CAJQE7 | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF CHIEF OPERATING OFFICER | CUSTOMER STAFFING ACTIVITY 4 | N | 0 | 3 |
| CDC | CAJQG | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | EXECUTIVE AND SCIENTIFIC RESOURCES OFFICE | N | 0 | 4 |
| CDC | CAJQJ | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | DATA, ANALYTICS, & TECHNOLOGY OFFICE | Y | 9 | 9 |
| CDC | CAJQL | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | ETHICS & INTEGRITY OFFICE | Y | 10 | 10 |
| CDC | CAJQM | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | COMMISSIONED CORPS LIAISON OFFICE | N | 0 | 7 |
| CDC | CAJRH | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | CUSTOMER EXPERIENCE OFFICE | N | 0 | 1 |
| CDC | CAJRH1 | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF CHIEF OPERATING OFFICER | OFFICE OF THE DIRECTOR | Y | 10 | 10 |
| CDC | CAJRJG | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF CHIEF OPERATING OFFICER | DATA TRANSPORT BRANCH | Y | 2 | 2 |
| CDC | CAJS | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF THE SAFETY, SECURITY AND ASSET MANAGEMENT | Y | 1 | 1 |
| CDC | CAJSC1 | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF CHIEF OPERATING OFFICER | OFFICE OF THE DIRECTOR | Y | 5 | 5 |
| CDC | CAJSD | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | WORKLIFE WELLNESS OFFICE | Y | 13 | 13 |
| CDC | CAJTB | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | OFC OF BUSINESS INTEGRITY & STRATEGIC MANAGEMENT | Y | 10 | 10 |
| CDC | CAK122 | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF PUBLIC HEALTH DATA, SURVEILLANCE, AND TECHNOLOGY | TECHNOLOGY STRATEGY OFFICE | Y | 4 | 4 |
| CDC | CAK132 | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF PUBLIC HEALTH DATA, SURVEILLANCE, AND TECHNOLOGY | OFFICE OF COMMUNICATIONS | Y | 12 | 12 |
| CDC | CAKGB | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | SHARED TECHNOLOGY PLATFORM BRANCH | Y | 7 | 7 |
| CDC | CAKGC | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | SHARED DATA PLATFORMS BRANCH | Y | 6 | 6 |
| CDC | CAKL1212B | OFFICE OF THE DIRECTOR | OFC OF THE DEPUTY DIR FOR MANAGEMENT & OPERATIONS | OPERATIONS & LOGISTICS STAFF | Y | 12 | 12 |
| CDC | CAKL1213 | NATIONAL CENTER FOR HEALTH STATISTICS | OFFICE OF THE DIRECTOR | OFFICE OF POLICY, BUDGET, & LEGISLATION | Y | 11 | 11 |
| CDC | CAKL12141 | OFFICE OF THE DIRECTOR | OFC OF THE DEPUTY DIR FOR MANAGEMENT & OPERATIONS | OFFICE OF THE DIRECTOR | Y | 4 | 4 |
| CDC | CAKL12141B | OFC OF THE DEPUTY DIR FOR MANAGEMENT & OPERATIONS | OFFICE OF THE DIRECTOR | INFORMATION DISSEMINATION STAFF | Y | 6 | 6 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CDC | CAKL12141C | OFC OF THE DEPUTY DIR FOR MANAGEMENT & OPERATIONS | OFFICE OF THE DIRECTOR | INFORMATION DESIGN & PUBLISHING STAFF | Y | 13 | 13 |
| CDC | CAKL1215 | NATIONAL CENTER FOR HEALTH STATISTICS | OFFICE OF THE DIRECTOR | OFFICE OF INFORMATICS, GOVERNANCE, & ASSURANCE | Y | 8 | 8 |
| CDC | CAKLCC | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF PUBLIC HEALTH DATA, SURVEILLANCE, AND TECHNOLOGY | PARTNER ENGAGEMENT & DATA DISSEMINATION BR | Y | 7 | 7 |
| CDC | CAKLGE | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF PUBLIC HEALTH DATA, SURVEILLANCE, AND TECHNOLOGY | PLANNING BRANCH | Y | 8 | 8 |
| CDC | CAKLHB | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF PUBLIC HEALTH DATA, SURVEILLANCE, AND TECHNOLOGY | COLLABORATING CNTR FOR STATISTICAL RESEARCH & SURVEY DESIGN | Y | 12 | 12 |
| CDC | CAKLHC | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF PUBLIC HEALTH DATA, SURVEILLANCE, AND TECHNOLOGY | COLLABORATING CNTR FOR QUESTIONNAIRE DESIGN & EVALUATION RESCH | Y | 11 | 11 |
| CDC | CAU15 | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | OFFICE OF THE CDC MUSEUM | Y | 2 | 2 |
| CDC | CAUEB | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | COMMUN SCIENCE BRANCH | Y | 5 | 5 |
| CDC | CAUEC | CENTERS FOR DISEASE CONTROL & PREVENTION | IMMEDIATE OFFICE OF THE DIRECTOR | COMMUN SPRT AND SERV BRANCH | Y | 9 | 9 |
| CDC | CE1B2 | CENTERS FOR DISEASE CONTROL & PREVENTION | NATL CTR FOR INJURY PREVENTION & CONTROL | OFFICE OF SCIENCE | Y | 25 | 25 |
| CDC | CE1C2 | CENTERS FOR DISEASE CONTROL & PREVENTION | NATL CTR FOR INJURY PREVENTION & CONTROL | OFFICE OF POLICY & PARTNERSHIPS | Y | 18 | 18 |
| CDC | CE1C3 | CENTERS FOR DISEASE CONTROL & PREVENTION | NATL CTR FOR INJURY PREVENTION & CONTROL | OFC OF PROGRAM MGMT & OPERATIONS | Y | 30 | 30 |
| CDC | CE1C4 | CENTERS FOR DISEASE CONTROL & PREVENTION | NATL CTR FOR INJURY PREVENTION & CONTROL | OFFICE OF COMMUNICATION | Y | 17 | 17 |
| CDC | CEB12 | CENTERS FOR DISEASE CONTROL & PREVENTION | NATL CTR FOR INJURY PREVENTION & CONTROL | OFC OF POLICY, PARTNERSHIPS, & COMMUNICATION | Y | 18 | 18 |
| CDC | CEB14B | NATL CTR FOR INJURY PREVENTION & CONTROL | DIVISION OF VIOLENCE PREVENTION | OFC OF MGMT & PROGRAM OPERATIONS | Y | 12 | 12 |
| CDC | CHCC | CENTERS FOR DISEASE CONTROL & PREVENTION | National Center for State, Tribal, Local, and Territorial Public Health Infrastructure and Workforce | PARTNERSHIPS & PERFORMANCE IMPROVEMENT BRANCH | Y | 6 | 6 |
| CDC | CL14 | CENTERS FOR DISEASE CONTROL & PREVENTION | NTL CTR FOR CHRONIC DISEASE PREVENTION & HLTH PROM | OFFICE OF COMMUNICATION | Y | 13 | 13 |
| CDC | CL15 | CENTERS FOR DISEASE CONTROL & PREVENTION | NTL CTR FOR CHRONIC DISEASE PREVENTION & HLTH PROM | OFC OF INFORMATICS & INFO RESOURCES MGMT | Y | 11 | 11 |
| CDC | CL16 | CENTERS FOR DISEASE CONTROL & PREVENTION | NTL CTR FOR CHRONIC DISEASE PREVENTION & HLTH PROM | OFFICE OF POLICY, PLANNING, & PARTNERSHIPS | Y | 7 | 7 |
| CDC | CL17 | CENTERS FOR DISEASE CONTROL & PREVENTION | NTL CTR FOR CHRONIC DISEASE PREVENTION & HLTH PROM | OFFICE OF MEDICINE & SCIENCE | Y | 22 | 22 |
| CDC | CRE12 | CENTERS FOR DISEASE CONTROL & PREVENTION | NATL CNTR FOR EMERGING & ZOONOTIC INFECTIOUS DISEASES | PRION & PUBLIC HEALTH OFFICE | Y | 4 | 4 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HRSA | RA5D | Immediate Office Of The Administrator | OFFICE OF PLANNING, ANALYSIS AND EVALUATION | DIVISION OF STRATEGIC INITIATIVES | Y | | 2 | 2 |
| HRSA | RE | OFC OF INTRGOVTAL & EXTERNAL AFFAIRS | (blank) | OFC OF INTRGOVTAL & EXTERNAL AFFAIRS | Y | 1 | 1 |
| HRSA | RE3 | OFC OF INTRGOVTAL & EXTERNAL AFFAIRS | PHILADELPHIA (III) REGIONAL OFFICE | PHILADELPHIA (III) REGIONAL OFFICE | Y | 5 | 5 |
| HRSA | RE4 | OFC OF INTRGOVTAL & EXTERNAL AFFAIRS | ATLANTA (IV) REGIONAL OFFICE | ATLANTA (IV) REGIONAL OFFICE | Y | 6 | 6 |
| HRSA | RE6 | OFC OF INTRGOVTAL & EXTERNAL AFFAIRS | DALLAS (VI) REGIONAL OFFICE | DALLAS (VI) REGIONAL OFFICE | Y | 4 | 4 |
| HRSA | RE7 | OFC OF INTRGOVTAL & EXTERNAL AFFAIRS | KANSASCITY (VII) REGIONAL OFFICE | KANSASCITY (VII) REGIONAL OFFICE | Y | 2 | 2 |
| HRSA | RE8 | OFC OF INTRGOVTAL & EXTERNAL AFFAIRS | DENVER (VIII) REGIONAL OFFICE | DENVER (VIII) REGIONAL OFFICE | Y | 4 | 4 |
| HRSA | REZ | OFC OF INTRGOVTAL & EXTERNAL AFFAIRS | DIV OF STRATEGIC EXTERNAL ENGAGEMENT | DIV OF STRATEGIC EXTERNAL ENGAGEMENT | Y | 9 | 9 |
| HRSA | RM36 | MATERNAL & CHILD HEALTH BUREAU | Division Of Child, Adolescent & Family Health | INJURY & EMER MDCL SERVS FOR CHILDREN BRANCH | Y | 8 | 8 |
| HRSA | RM5 | MATERNAL & CHILD HEALTH BUREAU | DIVISION OF HEALTHY START & PERINATAL SERVICES | DIVISION OF HEALTHY START & PERINATAL SERVICES | N | 0 | 13 |
| HRSA | RM52 | MATERNAL & CHILD HEALTH BUREAU | DIVISION OF HEALTHY START & PERINATAL SERVICES | HEALTHY START BRANCH | Y | 14 | 14 |
| HRSA | RM53 | MATERNAL & CHILD HEALTH BUREAU | DIVISION OF HEALTHY START & PERINATAL SERVICES | DATA ANALYSIS & PLANNING BRANCH | Y | 6 | 6 |
| HRSA | RQ52 | BUREAU OF HEALTH WORKFORCE | DIVISION OF MEDICINE AND DENTISTRY | ORAL HEALTH TRAINING BRANCH | Y | 3 | 3 |
| HRSA | RQ6 | BUREAU OF HEALTH WORKFORCE | DIVISION OF NURSING AND PUBLIC HEALTH | DIVISION OF NURSING AND PUBLIC HEALTH | Y | 5 | 5 |
| HRSA | RQ61 | BUREAU OF HEALTH WORKFORCE | DIVISION OF NURSING AND PUBLIC HEALTH | NURSING EDUCATION AND PRACTICE BRANCH | Y | 8 | 8 |
| HRSA | RQ62 | BUREAU OF HEALTH WORKFORCE | DIVISION OF NURSING AND PUBLIC HEALTH | ADVANCED NURSING EDUCATION BRANCH | Y | 8 | 8 |
| OASH | AC | OFFICE OF THE ASSISTANT SECRETARY FOR HEALTH | (blank) | OFFICE OF THE ASSISTANT SECRETARY FOR HEALTH | Y | 5 | 5 |
| OASH | ACB2 | OFFICE OF THE ASSISTANT SECRETARY FOR HEALTH | OFFICE ON WOMEN'S HEALTH | DIVISION OF POLICY AND PERFORMANCE MANAGEMENT | N | 0 | 2 |
| OASH | ACD3 | OFFICE OF THE ASSISTANT SECRETARY FOR HEALTH | Regional Health Administrator Region III | REGIONAL HEALTH ADMINISTRATOR REGION III | Y | 4 | 4 |
| OASH | ACD4 | OFFICE OF THE ASSISTANT SECRETARY FOR HEALTH | Regional Health Administrator Region IV | REGIONAL HEALTH ADMINISTRATOR REGION IV | Y | 2 | 2 |
| OASH | ACD6 | OFFICE OF THE ASSISTANT SECRETARY FOR HEALTH | Regional Health Administrator Region VI | REGIONAL HEALTH ADMINISTRATOR REGION VI | Y | 2 | 2 |
| OASH | ACD7 | OFFICE OF THE ASSISTANT SECRETARY FOR HEALTH | Regional Health Administrator Region VII | REGIONAL HEALTH ADMINISTRATOR REGION VII | Y | 1 | 1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| OASH | ACD8 | OFFICE OF THE ASSISTANT SECRETARY FOR HEALTH | Regional Health Administrator Region VII | REGIONAL HEALTH ADMINISTRATOR REGION VIII | Y | 2 | 2 |
| OASH | ACG | OFFICE OF THE ASSISTANT SECRETARY FOR HEALTH | Office Of Population Affairs | OFFICE OF POPULATION AFFAIRS | Y | 33 | 33 |
| OASH | ACM13 | OFFICE OF THE ASSISTANT SECRETARY FOR HEALTH | Office Of The Surgeon General | DIV READYRESERVE HEADQUARTER | N | 0 | 1 |
| OASH | ACP | OFFICE OF THE ASSISTANT SECRETARY FOR HEALTH | National Vaccine Program Office | NATIONAL VACCINE PROGRAM OFFICE | N | 0 | 2 |
| OASH | ACQ | OFFICE OF THE ASSISTANT SECRETARY FOR HEALTH | Office Of Commissioned Corps Force Management | OFFICE OF COMMISSIONED CORPS FORCE MANAGEMENT | Y | 1 | 1 |
| SAMHSA | MAC1A | OFFICE OF THE ASSISTANT SECRETARY | Office of Intergovernmental and Public Affairs | COMM PRODUCTS AND SERVICES | Y | 4 | 4 |
| SAMHSA | MAC1B | OFFICE OF THE ASSISTANT SECRETARY | Office of Intergovernmental and Public Affairs | DIGITAL MEDIA SERVICES BRANCH | Y | 3 | 3 |
| SAMHSA | MPJA | Center For Substance Abuse Prevention | DIVISION OF PRIMARY PREVENTION | PRIMARY PREVENTION WEST BRANCH | Y | 6 | 6 |
| SAMHSA | MPJB | Center For Substance Abuse Prevention | DIVISION OF PRIMARY PREVENTION | PRIMARY PREVENTION CENTRAL BRANCH | Y | 5 | 5 |
| SAMHSA | MPJC | Center For Substance Abuse Prevention | DIVISION OF PRIMARY PREVENTION | PRIMARY PREVENTION EAST BRANCH | Y | 5 | 5 |
| SAMHSA | MPK | Center For Substance Abuse Prevention | OFFICE OF PREVENTION INNOVATION | OFFICE OF PREVENTION INNOVATION | Y | 8 | 8 |
| SAMHSA | MS-1E | Center For Mental Health Services | OFC OF TECHNICAL ASSISTANCE & COORDINATION | OFC OF TECHNICAL ASSISTANCE & COORDINATION | N | 0 | 2 |
| SAMHSA | MS-1EA | Center For Mental Health Services | BEHV HLTH SYS COORD TEAM | BEHV HLTH SYS COORD TEAM | Y | 8 | 8 |
| SAMHSA | MS-1EB | Center For Mental Health Services | POPULATION MNTL HLTH COORD TEAM | POPULATION MNTL HLTH COORD TEAM | Y | 7 | 7 |
| SAMHSA | MSA1 | Center For Mental Health Services | Office Of Program Analysis & Coordination | OPERATIONS TEAM | Y | 4 | 4 |
| SAMHSA | MSA2 | Center For Mental Health Services | Office Of Program Analysis & Coordination | QUALITY IMPROVEMENT TEAM | Y | 7 | 7 |
| SAMHSA | MSE | Center For Mental Health Services | Division Of State & Community Systems Development | DIVISION OF STATE & COMMUNITY SYSTEMS DEVELOPMENT | Y | 3 | 3 |
| SAMHSA | MSEB | Center For Mental Health Services | Division Of State & Community Systems Development | STATE & CONSUMER PROTECTION BRANCH | Y | 11 | 11 |
| SAMHSA | MSFB | Center For Mental Health Services | DIVISION OF COMMUNITY BEHAVIORAL HEALTH | COMPREHENSIVE SERVICES & SYSTEMS BRANCH | Y | 9 | 9 |
| SAMHSA | MSG | Center For Mental Health Services | DIVISION OF CHILDREN & SCHOOL MENTAL HEALTH | DIVISION OF CHILDREN & SCHOOL MENTAL HEALTH | Y | 2 | 2 |
| SAMHSA | MSG1 | Center For Mental Health Services | DIVISION OF CHILDREN & SCHOOL MENTAL HEALTH | CHILD ADOLESCENT FAMILY BRANCH | Y | 8 | 8 |
| SAMHSA | MSG2 | Center For Mental Health Services | DIVISION OF CHILDREN & SCHOOL MENTAL HEALTH | MENTAL HEALTH PROMOTION BRANCH | Y | 7 | 7 |
| SAMHSA | MTB | Center For Substance Abuse Treatment | DIV OF SERVS CONTINUUM IMPROVEMENT | DIV OF SERVS CONTINUUM IMPROVEMENT | N | 0 | 1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SAMHSA | MTBD | Center For Substance Abuse Treatment | DIV OF SERVS CONTINUUM IMPROVEMENT | CRIMINAL JUSTICE SERVICES BR | Y | 5 | 5 |
| SAMHSA | MTBF | Center For Substance Abuse Treatment | DIV OF SERVS CONTINUUM IMPROVEMENT | SPECIAL POPULATIONS BRANCH | Y | 8 | 8 |
| SAMHSA | MTGB | Center For Substance Abuse Treatment | Division Of Pharmacologic Therapies | PROVIDER SUPPORT BRANCH | Y | 4 | 4 |
| SAMHSA | MTH | Center For Substance Abuse Treatment | OFFICE OF PERFORMANCE ANALYSIS AND MANAGEMENT | OFFICE OF PERFORMANCE ANALYSIS AND MANAGEMENT | Y | 8 | 8 |
| Grand Total | | | | | | 807 | 954 |