STANLEY E. WOODWARD, JR.
Associate Attorney General
BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division
CHRISTOPHER R. HALL
Assistant Branch Director
BRAD P. ROSENBERG
Special Counsel
STEVEN M. CHASIN (DC Bar No. 495853)
PIERCE J. ANON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-0747
E-mail: steven.m.chasin2@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-08302-SI<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' URGENT REQUEST FOR STATUS CONFERENCE RE: COMPLIANCE WITH PRELIMINARY INJUNCTION ORDER** |

Defendants respectfully respond to Plaintiffs' Urgent Request for Status Conference Re: Compliance with Preliminary Injunction Order (ECF 105). As set forth below, Plaintiffs' request is premature, and it should be denied in lieu of a meaningful, good-faith effort among the parties to resolve any disputes or misunderstandings that might obviate the need for judicial intervention.

1. Plaintiffs e-mailed Defendants at 5:58 p.m. EST on Wednesday, November 5, 2025, approximately one hour after the close of business on the East Coast, asking for a response within three business hours (in Eastern time) the following day. Defendants promptly indicated they would respond but could not do so on the timeline Plaintiffs unilaterally imposed.

2. Defendants were actively working on a detailed response to Plaintiffs' questions throughout the day, including conferring with various agencies; in fact, Defendants were about to transmit their response when Plaintiffs filed this request, necessitating this responsive filing.

3. Some of the information Plaintiffs claim is missing from Defendants' filings is included in earlier filings. *See, e.g.*, ECF No. 62-9 ¶ 7 (HUD); ECF No. 102-8 ¶ 9(d) (HUD). With respect to some of Plaintiffs' other inquiries, the language in the cited declarations seems straightforward. *See, e.g.,* ECF 102-4 ¶ 9-10 (Education).

4. Had Plaintiffs allowed reasonable time for Defendants to respond and for an actual back-and-forth, if necessary, their demand for an urgent status conference might have been resolved, deferred, or at least narrowed in scope.

5. Plaintiffs and Defendants should try to resolve matters without asking the Court to hold status conferences. Plaintiffs' decision to precipitously seek the Court's involvement (while Defendants were working to respond to their questions within 24 hours) is neither appropriate nor efficient.

6. If the parties still have a dispute after a meaningful opportunity—and meaningful efforts—to meet and confer, then Plaintiffs can file a motion, Defendants can respond, and the Court can decide, for itself, if it wishes to hold a status conference.

7. Defendants oppose Plaintiffs' request for a conference in the absence of: (1) a meet and

Defendants' Response to Plaintiffs' Urgent Request s re: Compliance with Preliminary Injunction Order (ECF 105)
3:25-cv-08302-SI

1

confer between the parties (which should occur via telephone, videoconference, and/or email and involve real-time interactions between counsel on adequate notice), and (2) a written motion.

For these reasons, Defendants ask that the Court **DENY** Plaintiffs' request for a status conference so that the parties can work in good faith to resolve any disputes or misunderstandings without the need to prematurely allocate judicial resources to a status conference.

Dated: November 6, 2025                     Respectfully submitted,

STANLEY E. WOODWARD, JR.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Branch Director

BRAD P. ROSENBERG
Special Counsel

PIERCE J. ANON
Trial Attorney

*/s/ Steven M. Chasin*
STEVEN M. CHASIN (DC Bar No. 495853)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-0747
E-mail: steven.m.chasin2@usdoj.gov

Defendants' Response to Plaintiffs' Urgent Request s re: Compliance with Preliminary Injunction Order (ECF 105)
3:25-cv-08302-SI

|   |   |
|---|---|
| 1 | *Attorneys for Defendants* |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Defendants' Response to Plaintiffs' Urgent Request s re: Compliance with Preliminary Injunction Order (ECF 105)
3:25-cv-08302-SI

3