UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 25-cv-08302-SI<br><br>**ORDER RE: PLAINTIFFS' URGENT REQUEST**<br><br>Re: Dkt. No. 105 |

Yesterday, plaintiffs filed an urgent request for a status conference. Dkt. No. 105. Defendants responded. Dkt. No. 106. Today, plaintiffs filed a supplement to their request, stating that the parties are meeting and conferring. Dkt. No. 108. The parties are directed to meet and confer and file a joint status report by **November 12, 2025, at 3:00 p.m. PST.** For the parties' guidance, the Court emphasizes that the preliminary injunction enjoins defendants from:

> 1. Taking any action to issue any Reduction in Force ("RIF") notices during and because of the federal government shutdown to federal employees **in any PPA (program, project, or activity) or competitive area that includes any bargaining unit or member represented by any Plaintiff**,[1] including but not limited to by taking any action to implement or enforce the OMB Lapse Memorandum (dated September 24, 2025), the portions of the related OPM Guidance for Shutdown Furloughs (as revised September 28, 2025), the related OPM "Special Instructions for Agencies Affected by a

---

[1] Plaintiffs include the American Federation of Government Employees, AFL-CIO ("AFGE"), American Federation of State County and Municipal Employees, AFL-CIO ("AFSCME"), AFGE Local 1236, and AFGE Local 3172, National Federation of Federal Employees ("NFFE"), Service Employees International Union ("SEIU"), National Association of Government Employees, Inc. ("NAGE"), National Treasury Employees Union ("NTEU"), International Federation of Professional and Technical Engineers, AFL-CIO ("IFPTE"), and the American Federation of Teachers ("AFT").

> Possible Lapse in Appropriations Starting on October 1, 2025" (dated September 28, 2025), or any other decision or directive that purports to authorize or require issuance of RIF notices during a shutdown; . . .

Dkt. No. 94 at 45-46 (emphasis added).  Based on the declarations filed on November 4, 2025, at least three defendant agencies appear to be misconstruing the injunction.  *See* Dkt. Nos. 102-4 ("Education Decl."), 102-8 ("HUD Decl."), 102-10 ("Treasury Decl.").

The Court **SETS** a status conference for **November 14, 2025, at 3:00 p.m. PST over Zoom videoconference.**

**IT IS SO ORDERED**.

Dated: November 7, 2025

_____
SUSAN ILLSTON
United States District Judge

2