UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** November 14, 2025 | **Time:** 4:24 – 5:14<br>50 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 25-cv-08302-SI | **Case Name:** American Federation Of State County And Municipal Employees, AFL-CIO, et al. v. United States Office of Management and Budget, et al. | |

**Attorney for Plaintiff:** Danielle Leonard
**Attorney for Defendant:** Brad Rosenberg, Steven Chasin

**Deputy Clerk:** Esther Chung          **Court Reporter:** Zoom Recording

## PROCEEDINGS

Status Conference – Held via Zoom webinar.

## SUMMARY

The Plaintiffs' counsel confirmed that most of the urgent issues that had been submitted previously had been resolved. The parties discussed the statute and compliance concerning the Temporary Restraining Order and Preliminary Injunction. The Court **ORDERED** that Defendants file a report updating the Court on what actions have been taken on the rifs that were issued as of 10/1/2025. The report is due by **11/21/2025 at noon.**