STANLEY E. WOODWARD, JR.
Associate Attorney General
BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON
Deputy Assistant Attorney General
MICHAEL K. VELCHIK
Senior Counsel to the Assistant Attorney General
ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division
CHRISTOPHER R. HALL
Assistant Branch Director
BRAD P. ROSENBERG
Special Counsel
STEVEN M. CHASIN (DC Bar. No. 495853)
PIERCE J. ANON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-0747
E-mail: steven.m.chasin2@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **DEFENDANTS' STATUS REPORT PURSUANT TO ORDER ISSUED AT NOVEMBER 14, 2025 STATUS CONFERENCE** <br><br> Judge: Hon. Susan Illston |

Defendants respectfully file this Status Report in response to the Court's Order at the November 14, 2025 Status Conference in this case. As stated in the Minute Order dated November 17, 2025 summarizing that Status Conference, "The Court **ORDERED** that Defendants file a report updating the Court on what actions have been taken on the rifs that were issued as of 10/1/2025." ECF No. 115. At the Status Conference, the Court specified that this report should pertain to RIFs which are within the scope of the Court's temporary restraining order (TRO) (ECF No. 56) and/or the preliminary injunction order (PI Order) (ECF No. 94) entered in this case. *See* Transcript 34: 25-36:1.

Attached to this Report, Defendants submit declarations from the following agencies which, since October 1, 2025, have issued RIF notices within the scope of the TRO and/or PI Order:

1. Department of Commerce
2. Department of Education
3. Department of Energy
4. Department of Health and Human Services
5. Department of Housing and Urban Development
6. Department of the Treasury
7. Environmental Protection Agency

As set forth in these Declarations, each of these agencies have timely rescinded those RIF notices, issued since October 1, 2025, that are within the scope of the TRO and/or PI Order, pursuant to the Continuing Resolution that resumed appropriations to the government.[1] As noted in its declaration, the Department of Education has not rescinded the RIF notices issued to certain Office for Civil Rights employees in April, 2025, as those RIFs do not fall within the scope of the Continuing Resolution; those RIFs nonetheless continue to be paused by this Court's preliminary injunction with the notice period being tolled. Defendants continue to maintain that the PI Order should not have reached those RIFs for the reasons elaborated in the Department of Education's declaration, and respectfully urge the Court to clarify that the PI Order does not apply to those RIFs.

---

[1] To be clear, Defendants do not interpret the scope of the TRO and/or PI Order to be co-extensive with the Continuing Resolution.

Defendants' Status Report Pursuant to Order Issued at November 14, 2025 Status Conference
3:25-cv-08302-SI

1

In light of these developments, Defendants believe this case is moot.

Dated: November 21, 2025

Respectfully submitted,

STANLEY E. WOODWARD, JR.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

MICHAEL K. VELCHIK
Senior Counsel to the Assistant Attorney General

ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Branch Director

BRAD P. ROSENBERG
Special Counsel

*/s/ Steven M. Chasin*
STEVEN M. CHASIN (DC Bar. No. 495853)
PIERCE J. ANON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-0747
E-mail: steven.m.chasin2@usdoj.gov

*Attorneys for Defendants*