Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 3:25-cv-08302-SI<br><br>**DECLARATION OF DANIELLE LEONARD IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT** |

**DECLARATION OF DANIELLE LEONARD**

I, Danielle Leonard, declare as follows:

1. I am a member in good standing of the State Bar of California and the bar of this Court. I represent all Plaintiffs in this action. This declaration is based on my personal knowledge, information, and belief.

2. On December 2, 2025, I contacted counsel for Defendants to give notice that Plaintiffs would be moving for leave pursuant to Federal Rule of Civil Procedure 15(d) to file a supplemental complaint that adds facts that have occurred subsequent to the filing of the operative complaint in this case; claims based on those facts; and a new plaintiff, the American Foreign Service Association ("AFSA").

3. On December 3, 2025, counsel for Defendants confirmed by email that they do not oppose this motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed December 3, 2025, in Alameda, California.

_____

Danielle Leonard