1
2
3
4
5
6
7
8

9                        UNITED STATES DISTRICT COURT

10                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                              SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT** |

[PROPOSED] ORDER GRANTING PLS.' UNOPPOSED MOTION FOR LEAVE TO FILE, No. 3:25-cv-08302-SI

1 | Good cause having been shown, the Court hereby GRANTS Plaintiffs' Unopposed Motion for Leave to File Supplemental Complaint pursuant to Federal Rule of Civil Procedure 15(d).

IT IS SO ORDERED.

Dated: _____, 2025        _____
                                          The Honorable Susan Illston
                                          United States District Court Judge

[PROPOSED] ORDER GRANTING PLS.' UNOPPOSED MOTION FOR LEAVE TO FILE,
No. 3:25-cv-08302-SI

1