Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 3:25-cv-08302-SI<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME TO HEAR PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT**<br><br>Civil Local Rule 6-3 |

1  PLEASE TAKE NOTICE THAT pursuant to Civil Local Rules 6-3 and 7-11, Plaintiffs bring this Administrative Motion to Shorten Time for briefing and hearing on Plaintiffs' Unopposed Motion for Leave to File Supplemental Complaint.  Specifically, Plaintiffs respectfully request that the Unopposed Motion for Leave to File Supplemental Complaint be heard simultaneously with the urgent accompanying Motion for Temporary Restraining Order (TRO) filed by Plaintiffs AFGE and proposed Plaintiff American Foreign Service Association ("AFSA"), which requests relief by no later than 9 a.m. Eastern time, on Friday, December 5, 2025, in light of imminently planned terminations.

Plaintiffs submit that good cause exists to grant their request to shorten time in light of the facts and circumstances set forth in Plaintiffs' accompanying Unopposed Motion for Leave to File Supplemental Complaint, the Motion for TRO and accompanying documents, as well as the complete record of this case, including the following:

- On November 12, 2025, Congress enacted and the President signed into law legislation to end the government shutdown that included protections for all federal employees against the implementation of any reductions in force ("RIFs") through January 30, 2026, and required the recission of any prior RIFs that had been issued, implemented or executed during the government shutdown.  Pub. L. No 119-37, §120, 139 Stat 495 (2025).

- The U.S. Department of State ("State Department") previously issued RIF notices to foreign service employees represented by proposed Plaintiff AFSA that expired on November 10, 2025 without execution, reissuance or extension.  The State Department had also previously issued RIF notices to civil service employees represented by Plaintiff AFGE and granted extensions of those separation dates to upcoming dates in December 2025.

- On December 1 and 2, 2025, at the direction of Defendants Office of Personnel Management and Office of Management and Budget, Defendant State Department notified foreign service employees represented by Plaintiff AFSA and civil service employees represented by Plaintiff AFGE that not only would the legislation enacted on November 12, 2025 *not* protect them from further RIFs, but that they would be permanently separated in as little as three days' time, beginning on December 5, 2025.

1    Plaintiff AFGE and proposed plaintiff AFSA moved as swiftly as possible to seek leave of the Court today for leave to file their Supplemental Complaint addressing these actions by Defendants that occurred subsequent to the filing of the operative complaint, together with a Motion for TRO to stay and/or enjoin the imminent separation dates of the State Department employees represented by AFGE and AFSA, relief that is necessary to protect those employees from the irreparable harm caused by Defendants' unlawful actions.

Prior to filing their motions, Plaintiffs asked Defendants if they would postpone the imminent RIF separation dates of State Department employees, but as of the date of this filing, Defendants have not agreed to do so.  Decl. of Danielle Leonard in Support of Admin. Motion ("Leonard Decl.") ¶¶2-3.  As a result, Plaintiffs have no option to protect the employees they represent but to ask for a shortened schedule on their Unopposed Motion for Leave to File a Supplemental Complaint, and that the motion be heard simultaneously with Plaintiff AFGE and AFSA's Motion for TRO, as soon as possible.  A ruling on the Unopposed Motion for Leave to File a Supplemental Complaint on the standard timeline could permit Defendants to effectuate the actions challenged as unlawful and subject the employees represented by AFGE and AFSA to the very irreparable harm the Motion for TRO seeks to prevent.

Pursuant to Civil Local Rule 6-3, on December 2, 2025, less than 24 hours after learning of the State Department's actions, Plaintiffs provided notice to Defendants of their intent to file this Motion, the Motion for Leave, and the Motion for TRO, and requested Defendants' position. Leonard Decl. ¶2.  Defendants confirmed that they do not oppose the Motion for Leave to File the Supplemental Complaint, but do oppose hearing that motion on shortened time.  *Id*. ¶3.  The proposed shortened timeframe for Plaintiffs' Motion for Leave will not affect any other deadlines in this case.

Based on the foregoing showing of good cause, Plaintiffs respectfully request that the Court grant the request for an order shortening time to hear Plaintiffs' Motion for Leave to File Supplemental Complaint and hear the motion in time to issue relief by no later than 9 a.m. Eastern time, on Friday, December 5, 2025.

Dated: December 3, 2025                    Respectfully submitted,

                                            Stacey M. Leyton
                                            Barbara J. Chisholm
                                            Danielle E. Leonard
                                            Alice X. Wang
                                            Robin S. Tholin
                                            Talia Stender
                                            ALTSHULER BERZON LLP
                                            177 Post St., Suite 300
                                            San Francisco, CA 94108
                                            Tel.: (415) 421-7151
                                            Fax: (415) 362-8064
                                            sleyton@altber.com
                                            bchisholm@altber.com
                                            dleonard@altber.com
                                            awang@altber.com
                                            rtholin@altber.com
                                            tstender@altber.com

By: */s/ Danielle Leonard*

*Attorneys for All Plaintiffs*

Elena Goldstein (pro hac vice)
Jennie Kneedler (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 322-1959
egoldstein@democracyforward.org

*Attorneys for All Plaintiffs*

Norman L. Eisen (pro hac vice)
Craig Becker (pro hac vice)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@democracydefenders.org
Craig@democracydefenders.org

*Attorneys for All Plaintiffs*

Rushab Sanghvi (SBN 302809)

AMERICAN FEDERATION OF GOVERNMENT
EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

*Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson (SBN 226659)
AMERICAN FEDERATION OF STATE,
COUNTY, AND MUNICIPAL EMPLOYEES,
AFL-CIO
1625 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Yvette M. Piacsek (pro hac vice)
NATIONAL FEDERATION OF FEDERAL
EMPLOYEES, IAM, AFL-CIO
1225 New York Ave. N.W., Suite 450
Washington, D.C. 20005
Tel: (202)216-4428
ypiacsek@nffe.org

*Attorneys for proposed Plaintiff National Federation of Federal Employees, IAM, AFL-CIO*

Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL UNION,
AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

*Attorneys for proposed Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

Sarah E. Suszczyk*

|   |   |
|---|---|
| 1 | NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC. |
| 2 | 159 Thomas Burgin Parkway |
| 3 | Quincy, MA 02169 |
|   | Tel: (617) 376-7239 |
| 4 | ssuszczyk@nage.org |
| 5 | *Counsel For proposed Plaintiff National Association of Government Employees, Inc.  (NAGE)* |
| 6 |   |
| 7 |   |
|   | *\*Pro hac vice application forthcoming* |