Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 3:25-cv-08302-SI<br><br>**DECLARATION OF DANIELLE LEONARD IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME TO HEAR PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT** |

**DECLARATION OF DANIELLE LEONARD**

I, Danielle Leonard, declare as follows:

1. I am a member in good standing of the State Bar of California and the bar of this Court. I represent all Plaintiffs in this action. This declaration is based on my personal knowledge, information, and belief. I also make this declaration pursuant to Civil Local Rule 6-3.

2. On December 2, 2025, I provided notice to counsel for Defendants of Plaintiffs' intent to file an Administrative Motion to shorten time on a motion to file a supplemental complaint, and requested Defendants' position. I also asked whether Defendant State Department would consider postponing the imminently planned separation dates to avoid the need for the urgent consideration of this motion and the accompanying Motion for Temporary Restraining Order.

3. On December 3, 2025, counsel for Defendants confirmed that Defendants do not oppose the related Motion for Leave to File Supplemental Complaint, but do oppose the Administrative Motion to shorten time on hearing that Motion for Leave. Defendants have not confirmed that the State Department is willing to postpone the planned separations beginning as early as December 5, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed December 3, 2025, in Alameda, California.

_____

Danielle Leonard