UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.; <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME** |

[PROPOSED] ORDER GRANTING PLS.' ADMIN MOT. TO SHORTEN TIME,
No. 3:25-cv-08302-SI

1  Good cause having been shown, the Court hereby GRANTS Plaintiffs' Administrative
2  Motion to Shorten Time to hear Plaintiffs' Unopposed Motion for Leave to File Supplemental
3  Complaint.  The Court will hear this Motion simultaneously with Plaintiff American Federation
4  of Government Employees and proposed Plaintiff American Foreign Service Association's
5  Motion for Temporary Restraining Order.  Defendants may file any Response by Thursday,
6  December 4, 2025.

IT IS SO ORDERED.

Dated: _____, 2025       _____
                                             The Honorable Susan Illston
                                             United States District Court Judge

[PROPOSED] ORDER GRANTING PLS.' ADMIN MOT. TO SHORTEN TIME,
No. 3:25-cv-08302-SI

1