Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **MOTION OF PLAINTIFFS AFGE AND AFSA FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

Plaintiffs' Motion for Temporary Restraining Order and Order to Show Cause, No. 3:25-cv-08302-SI

**MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**

TO ALL DEFENDANTS:  PLEASE TAKE NOTICE that American Federation of Government Employees, AFL-CIO ("AFGE") and American Foreign Service Association ("AFSA")[1] hereby move the Court pursuant to Rule 65 of the Federal Rules of Civil Procedure and Rule 65-1 of the Civil Local Rules and this Court's authority to "issue all necessary and appropriate process to postpone the effective date of an agency action or to preserve status or rights," 5 U.S.C. §705, for a temporary restraining order ("TRO") and an order to show cause.  Specifically, Plaintiffs ask the Court to order the following immediate and interim relief before **December 5, 2025 at 9 a.m. Eastern Time**, in light of the imminent separation of employees scheduled to be effectuated that day by Defendant U.S. Department of State ("State Department"):

1. Enjoin Defendants OPM, OMB and the State Department, their agency heads named in their official capacities as Defendants in this lawsuit, their officers, agents, servants, employees, and attorneys, and all persons acting by, through, under, or in concert with these Defendants, from taking any action to implement, carry out, or effectuate RIFs of employees of the State Department, including any actions to separate employees from federal employment.

2. Order that, within two (2) business days, each enjoined Defendant file a declaration(s) verifying that the Defendant has complied with this Order and the steps taken to do so.

3. Order Defendants to show cause why a preliminary injunction should not issue and set a hearing at the earliest possible time and date on which the Court is available to hear argument on that issue.

This motion for a TRO is made on the grounds that (1) Plaintiffs are likely to prevail on their claims that OMB and OPM have exceeded statutory authority, acted contrary to law and constitutional powers in issuing memoranda and instructions interpreting Section 120 of the CR to cover only newly noticed RIFs; that OMB, OPM, and the State Department have and will imminently exceed statutory authority, act contrary to law, and act contrary to the Appropriations Clause by executing RIFs of State Department employees in violation of Congress's express prohibition; and

---

[1] Plaintiffs have filed herewith an unopposed Motion for Leave to File Supplemental Complaint that adds AFSA as a plaintiff to this action.

1  that therefore the actions of Defendants are *ultra vires* and violate the Administrative Procedure Act

2  ("APA"), 5 U.S.C. §706(2)(A), (B), (C); (2) that Plaintiffs will suffer irreparable injury unless the

3  relief requested is granted; and (3) that the balance of equities and public interest favor injunctive

4  relief.

5        This motion is supported by the accompanying Plaintiffs' Memorandum in Support of Motion

6  for TRO; the accompanying declarations; the accompanying Supplemental Complaint; and the entire

7  record in this case. Plaintiffs have provided notice of this Motion as set forth in the accompanying

8  Declaration of Plaintiffs' counsel Danielle Leonard in support of Plaintiffs' Motion for TRO.

                                                            Respectfully submitted,

DATED: December 3, 2025                Stacey M. Leyton
                                                             Barbara J. Chisholm
                                                             Danielle E. Leonard
                                                             Alice X. Wang
                                                             Robin S. Tholin
                                                             Talia Stender
                                                             ALTSHULER BERZON LLP
                                                            177 Post St., Suite 300
                                                            San Francisco, CA 94108
                                                            Tel.: (415) 421-7151
                                                           Fax: (415) 362-8064
                                                           sleyton@altshulerberzon.com
                                                           bchisholm@altshulerberzon.com
                                                           dleonard@altshulerberzon.com
                                                           awang@altshulerberzon.com
                                                           rtholin@altshulerberzon.com
                                                           tstender@altshulerberzon.com

                                              By: */s/ Danielle Leonard*

                                                           *Attorneys for All Plaintiffs*


                                                           Elena Goldstein (pro hac vice)
                                                           Jennie L. Kneedler (pro hac vice)
                                                           DEMOCRACY FORWARD FOUNDATION
                                                           P.O. Box 34553
                                                           Washington, DC 20043
                                                            Tel: (202) 322-1959
                                                           egoldstein@democracyforward.org
                                                           jkneedler@democracyforward.org

*Attorneys for All Plaintiffs*

Norman L. Eisen (pro hac vice)
Craig Becker (pro hac vice)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@democracydefenders.org
Craig@democracydefenders.org

*Attorneys for All Plaintiffs*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

*Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*