Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **DECLARATION OF AFSA PRESIDENT JOHN DINKELMAN** |

**DECLARATION OF JOHN DINKELMAN**

I, John Dinkelman, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a member of the Senior Foreign Service at the Department of State. I am one of the approximately 250 members of the Foreign Service who received a Reduction in Force (RIF) notice on July 11, 2025, with an original separation date of November 10. On December 1, 2025, I was informed by the State Department for the first time that the legislation ending the government shutdown did not prohibit this RIF, and that my new separation date is December 5, 2025.

3. I entered the Foreign Service in 1988 and have served in the Foreign Service for 37 years. My first overseas posting was in the former Yugoslavia. Subsequent overseas assignments included the United Kingdom, the Marshall Islands, the Netherlands, Turkey, Mexico, and the Bahamas. My domestic assignments included the Foreign Service Institute, the Bureau of Western Hemisphere Affairs, the Bureau of Administration, and the Bureau of Global Talent Management, where I served as a diplomat-in-residence at Howard University from 2023 until July 11, 2025, when I received my RIF notice and was immediately put on administrative leave.

4. On April 15, 2025, I was elected to serve as the President of the American Foreign Service Associations (AFSA) for the 2025 to 2027 Governing Board term. My term as President began on July 15, 2025. In addition to serving as principal advocate for the long-term institutional well-being of the professional career Foreign Service, AFSA, a non-partisan organization, is also responsible for safeguarding the interests of AFSA members who serve overseas for the majority of their careers.

5. AFSA was founded in 1924 as an unincorporated professional association to further the professional development of members of the Foreign Service. AFSA was incorporated in the District of Columbia in 1951. On January 22, 1973, AFSA was certified as the exclusive representative of all Foreign Service employees of the Department of State. AFSA was subsequently certified as the exclusive representative at the United States Agency for International Development (USAID), Foreign Commercial Service (FCS), Foreign Agricultural Service (FAS), United States

Agency for Global Media (USAGM), and finally, Animal and Plant Health Inspection Service (APHIS).

6.     At the time I was elected AFSA President, AFSA represented approximately 18,000 active-duty Foreign Service members at the Department of State and additionally at what remained of USAID, FCS, FAS, USAGM, and APHIS.

7.     Prior to the issuance of the March 27, 2025, Executive Order entitled "Exclusions from Federal Labor-Management Relations Programs," which stripped AFSA of its right to collectively bargain on behalf of Foreign Service employees at the State Department and USAID, eighty percent (80%) of active-duty Foreign Service employees were a member of AFSA.  Prior to the issuance of the Executive Order, AFSA negotiated or consulted with the State Department and USAID on a wide range of personnel issues including: assignment procedures, tenure and promotion procedures, agency-level grievance and discipline procedures, time in class and time in service rules, among many other issues. AFSA is currently litigating the validity of the Executive Order as applied to Foreign Service employees at the State Department and USAID in *AFSA v. Trump*, et al, 1:25-cv-01030 (D.D.C) and 25-5184 (D.C.).

8.     AFSA continues to have dues-paying members in each of the bargaining units where Collective Bargaining Agreements were cancelled by agencies pursuant to Executive Order 14251. As of December 2, 2025, AFSA has a total membership of 12,288.  Of this total, 6,657 are Department of State Foreign Service employees.

9.     AFSA also continues to assist its members when facing allegations of misconduct resulting in investigations by the Offices of Inspector General, Offices of Civil Rights, and the Offices of Security and with disciplinary proposals, security clearance revocations, grievances, and with myriad issues and questions relating to the July 11 RIF notices.

10.     On July 11, 2025, I received a Specific Notice of Reduction in Force.  The letter stated, "[t]his memorandum is to inform you that you will be separated from the Foreign Service and your employment at the U.S. Department of State because of reductions to the office you were assigned to on May 29, 2025....  In connection with this RIF action, you will be placed on administrative leave until you are separated from federal service, effective today."  A true and correct

copy of that July 11, 2025, letter is attached hereto as Exhibit A.  The effective date of my separation in that RIF Notice was November 10, 2025.

11.     The implementation of RIFs involves far more than sending the initial Notice.  The State Department continued to implement these RIFs subsequent to the Notices, including during the lapse in appropriations that began on October 1, 2025.

12.     For example, RIF'd employees, including myself, received preliminary retirement estimates in preparation for our upcoming separations pursuant to the RIF, throughout October 2025.  I received my preliminary estimate on October 14.  It contained significant errors, and I had several several subsequent interactions with career development officers in the Department  and others to attempt to straighten those out.

13.     On October 17, 2025, I am aware of at least one RIF'd Foreign Service employee who received an email from CDA-FS-RIF@state.gov acknowledging receipt of his RIF paperwork, but informing him that his request to change his separation address may not go through given the short timeline before the separation date.  A true and correct copy of that October 17, 2025, email is attached hereto as Exhibit B (with personally identifying information redacted).

14.     On October 22, 2025, I am aware of at least one RIF'd Foreign Service employee who received an email from CDA-FS-RIF@state.gov acknowledging receipt of their RIF paperwork.  A true and correct copy of that October 22, 2025, email is attached hereto as Exhibit C (with personally identifying information redacted).

15.     On October 30, 2025, some RIF'd Foreign Service employees received an email from CDA-FS-RIF@state.gov titled "TMONE Notification."  A TMONE is an official notice from the Department of State regarding assignments.  The email stated, "attached please find your TMONE, noting your separation or retirement from the Department of State," with instructions.  The attached TMONE was an official State Department Cable from the Secretary of State Marco Rubio.  The TMONE was dated for October 28, 2025.  A true and correct copy of that TMONE notification is attached hereto as Exhibit D.

16.     On November 7, 2025, some RIF'd Foreign Service employees received an email from CDA-FS-RIF@state.gov regarding concerns raised by employees on the use of Section 607(A)

of the Foreign Services Act as the code in box 5-C, as the basis for separation on employees SF-50 instead of Section 611 which pertains to reductions in force. The email stated "[p]er RET [retirement office], they use Section 607(A) for all involuntary retirements. Section 607(A) code allows individuals to begin accruing their annuity on the day following their retirement (November 11) versus having to wait until the first of the following month (December 1)…." A true and correct copy of that November 7, 2025, email is attached hereto as Exhibit E (with personally identifying information redacted).

17.    Prior to November 10, 2025, the date that RIF'd Foreign Service employees were scheduled to be separated pursuant to the July 11, 2025, RIF Notice, I am not aware of any communication to employees from the State Department informing employees that the separation date was not being processed and implemented as noticed.

18.    On November 10, 2025, I am aware of at least one RIF'd Foreign Service employee who received an email from CDA-FS-RIF@state.gov informing her that "[i]t is our understanding from the team handling SF-50 processing that many will be re-issued and shared with employees as soon as possible." A true and correct copy of that November 10, 2025, email is attached hereto as Exhibit F (with personally identifying information redacted).

19.    On November 10, 2025, at least one RIF'd Foreign Service employee who is retirement eligible and had reached out to CDA-FS-RIF regarding their retirement paperwork, received an email from Carlettia Hayes explaining delay in processing paperwork. Specifically, the email stated: "[redacted] your retirement date is 11-11-2025, due to the high volume of retirement case received they are being processed accordingly in the month in which you retire. Your retirement counselor ... will be providing you with a benefit annuity estimate by the end of the week." A true and correct copy of that November 10, 2025 retirement-related email is attached hereto as Exhibit G (with personally identifying information redacted).

20.    On November 10, 2025, I sent a letter to Department of State Deputy Secretary for Management and Resources, Michael Rigas, in my capacity as the President of AFSA. The purpose of the letter was to call the Department of State's attention to the text of the Continuing Resolution (CR), which at the time, had advanced on a procedural vote in the Senate. In light of the text of the

CR, AFSA "urged the Department to cease all activities to implement the July 11 RIFs." A true and correct copy of that AFSA letter is attached hereto as Exhibit H.

21.    Between November 10 and 11, 2025, RIF'd Foreign Service employees received an email from GTMNotifications@state.gov titled "Extended Administrative Leave." The email simply noted, "The Department has extended administrative leave for all Foreign Service employees who were scheduled for separation as part of the reduction in force on November 10. We are reviewing the administrative errors in all SF-50s issued on Friday, November 7, to ensure that all information is accurate...." A true and correct copy of that email is attached hereto as Exhibit I.

22.    The November 10, 2025, separation date from the July 11 RIF notice expired without implementation of the separation.

23.    On November 17, 2025, I and many other RIF'd Foreign Service employees who were eligible to retire, with a full annuity, received an email from Department of State, Human Resources Specialist, Kiara Brown, stating the following: "Regarding your involuntary retirement action, your action has been cancelled, and you are now currently on administrative leave until further notice.  We will be in touch with you regarding your timeline when more information is available."  A true and correct copy of that November 17, 2025, email is attached hereto as Exhibit J.

24.    Between my November 10 letter, and December 1, 2025, I received no communications from the State Department regarding whether the Continuing Resolution language did or did not apply, or regarding the status of the now-expired RIF Notices.

25.    On December 1, 2025, I and other RIF'd Foreign Service employees received the following email from a GTMNotifications@state.gov: "Following formal written guidance from both the Office of Management and Budget and Department of Justice Office of Legal Counsel, the Department of State's Office of the Legal Adviser has determined that completing the reductions in force (RIFs) noticed prior to the lapse in appropriations does not violate the Antideficiency Act (ADA) or any other restriction within HR 5371.  Given this determination, the Department will finalize your separation or involuntary retirement on Friday, December 5."  A true and correct copy of that email is attached hereto as Exhibit K.

26.     On December 2, 2025, some RIF'd Foreign Service employees received another email from Ms. Brown titled "Retirement Paperwork." The email stated, in relevant part, "[a]s you may be aware, the RIF process has been reinstated with a RIF date of December 05, 2025. At this time, please complete and return a new DS-5004- Application for Retirement with your new retirement date.... Failure to resubmit a new DS-5004 will result in separation, not retirement. Therefore, without your updated information, your annuity will not be paid...." A true and correct copy of that December 2, 2025, email is attached hereto as Exhibit L (with personally identifying information redacted).

27.     These December 1 and 2 communications were the first FS employees were informed of these imminent separation dates, or that we would not be protected by the language of the Continuing Resolution. The three-to-four days notice does not comply with the required notice for a reissued RIF Notice, which for FS employees is 120 days.

28.     On December 3, some RIF'd FS employees who logged into their electronic personnel file (eOPF) noticed a new SF-50 uploaded to their file listing their separation date as December 5 or December 6, 2025. A true and correct copy of such an SF-50 is attached hereto as Exhibit M (with personally identifying information redacted).

29.     The harm caused to me by the imminent RIF action to be executed on December 5 is considerable. Financially, I anticipate the loss in income will exceed $50,000.00 between December 5, 2025 and June 30, 2026 – the date of my anticipated mandatory retirement from the Foreign Service. Additionally, I anticipate that the reputational career damage resulting from the RIF will preclude my ability to obtain Retired Annuitant Employment (RAE) status with the Department of State–the only employer I have known for 37 years. The Department of State grants RAE status to retiring Foreign Service employees for short-term at-will employment to fill staffing gaps and is granted to those whose career served was judged favorably. Any separation other than retirement precludes the possibility of my obtaining a status that would allow me to apply for other positions within the Department, post-retirement.

30.     As the President of AFSA, I have heard many heartbreaking stories of how imminent RIFs will impact our members, including the following:

a.    A Foreign Service employee who is the "sole breadwinner" for her family, explained that her husband is disabled and they have an 8-year-old son.  They were in the United States in order to deal with her husband's medical issues when the first RIF Notice was issued. This employee is an Office Management Specialist who has paid for two medical evacuations and ongoing medical costs for her husband and explained that losing her income and medical insurance will be "devastating to my family."

b.    Another Foreign Service employee is a single breadwinner for my family, has a teenage daughter and mortgage, and losing this job means facing foreclosure on their small home by December, after paying back a $50,000 TSP loan and credit cards.  The TSP loan is from her federal retirement.

c.    Another Foreign Service employee reported that at the time of the July 11 RIF, they were in a domestic assignment that should not have been included, but the determination to include my position in the RIF was based on where they were physically located as of May 29, which created an unusual and difficult situation.  The transition has placed a heavy financial strain on this employee's family, as the mother of three young daughters. Her husband is an entry level specialist. They are doing our best to cover essential expenses such as rent, childcare, and insurance, but the imminent loss of salary will have a devasting impact on their family.

d.    Yet another FS employee who received the RIF notice reported that their daughter is 12 years old and has type I diabetes and OCD.  Their wife is a contractor, so has no medical benefits. Without insurance, they are very concerned with how they will afford the costs of their daughter's insulin and supplies for her insulin pump, which is what keeps her alive. These can be into the hundreds or even thousands of dollars per month.  Without insurance, they also can't keep up her therapy for her OCD.

31.    The July 11 RIF notices and the subsequent actions of the Department of State have placed a tremendous strain on AFSA's staff and financial resources.  Understandably, RIF'd employees have myriad questions about the legality of the Department's actions as well as questions relating to health insurance, severance pay, unemployment compensation, to name a few. AFSA has

had to pull staff resources away from other activities to answer members' questions, hold townhall meetings, and host webinars for RIF'd employees, including substantial time in the mere days since the Department issued these surprise new separation dates. In addition to the strain on staff resources, when AFSA members lose their jobs, many cannot continue paying dues to AFSA. As the AFSA professional staff's salaries are funded by dues, this depletion of dues threatens AFSA's ability to maintain full staffing.

32.     The injuries suffered by AFSA and its members are ongoing or imminent and will persist unless this Court intervenes.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on December 3, 2025, in Washington, DC.

_____
John Dinkelman

# Exhibit A



**United States Department of State**

*Bureau of Global Talent Management*

*Washington, D.C. 20520*

## MEMORANDUM

July 11, 2025

To: ███████████████

From:    GTM - Lew Olowski, Senior Bureau Official

Subject:    Specific Notice of Reduction in Force

This memorandum is to inform you that you will be separated from the Foreign Service and your employment at the U.S. Department of State because of reductions to the office you were assigned to on May 29, 2025.  The forthcoming reduction in force (RIF) action is necessary to better align the size, scope, and composition of the foreign service with the foreign policy priorities of the Secretary and nation.  In connection with this RIF action, you will be placed on administrative leave until you are separated from federal service, effective today.

This is your specific notice on how this RIF will affect you.  You will be released from your competitive level and will not have an assignment right to another position in the competitive area.  Consequently, you will be separated from the Foreign Service effective November 10, 2025.

The Department conducted this RIF in accordance with 3 FAM 2580 Reduction-in-Force-Foreign Service.  Your results are summarized below:

- Competition Area: OFFICE OF RECRUITMENT
- Competition Group: Management MC
- Composite Score (Total Number of Points Awarded): 11
- Rank Order Position on the Retention Register: 2
- Total Number Separated from Competition Group: 2
- Service Computation Date for RIF (SCD): 8/22/1988

Foreign Service employees holding career or career candidate appointments under Chapter 3 of the Foreign Service Act of 1980 [22 USC §§ 3941 *et seq.*]) may receive selection priority in other agencies through the Interagency Career Transition Assistance Plan (ICTAP) P. L. 103-236, Title I, Part D, Subpart 1, § 179.  Prior to RIF separation, Department employees may begin using their notices to apply for positions with other agencies.  OPM's Employee Guide to Career Transition (https://www.opm.gov/policy-data-oversight/workforce-restructuring/employee-guide-to-career-transition/ctap_guideline.PDF) explains selection priority under ICTAP.

You should contact your Career Development Officer (CDO) to initiate separation paneling.  Once paneled, you will be provided with instructions on how to complete a TMTWO (Proposed

Itinerary) if you qualify for separation travel.  If you fail to timely contact your CDO and/or update your records, GTM/CDA will panel you for separation using your last OF-126.

Please contact GTM at GTMHelpDesk@state.gov immediately, but no later than within five days of the receipt of this letter, if you believe any of the above information is incorrect. Depending on the number of positions being abolished in your competitive area, corrections to your information may not impact your separation date but could change your eligibility for retirement, severance, or other benefits.

You may be eligible for an involuntary discontinued service retirement with an immediate annuity if all the following conditions are met:
- at Class 02 or below, with creditable service under the Foreign Service Pension System (FSPS), minimum age and service requirements: be at least age 50 with at least 20 years of creditable federal service;
- at Class 01 or above, with creditable service under FSPS and has been a member of the Foreign Service for a minimum of five years;
- not covered under the previous two conditions but meet the eligibility criteria for immediate retirement benefits under the Federal Employees Retirement System (FERS), entitled to immediate retirement benefits under FSPS.  Retirement eligibility under FERS is extended to FSPS participants with 5 years of service at age 62; with 25 years of service at any age; and with 10 years of service at the minimum retirement age;
- reassignment after service under Section 302(b) of the Foreign Service Act of 1980 is determined by the Secretary to be not in the interest of the Foreign Service.

If you meet the age and years of service requirements for either involuntary discontinued service or voluntary optional retirement, you are eligible for an immediate annuity.  Please contact the Office of Retirement at HRSC@state.gov as soon as possible for your retirement inquiries.

You may be eligible for retirement payments pursuant to 3 FAM 2589.3 Retirement Payment.  If you are eligible for an immediate annuity, a member of the Senior Foreign Service, or an FS- 01, you are not eligible for a separation payment.

If you are currently enrolled in the Thrift Savings Plan (TSP), you can contact thriftline@tsp.gov for inquiries about your TSP balance and options.

If you are currently enrolled in the Federal Employees' Group Life Insurance (FEGLI) Program, this coverage is extended for 31 days beyond the end of your last pay period, during which time you are eligible to convert to an individual policy.  For further information on FEGLI conversion please visit OPM's website at: https://www.opm.gov/healthcare-insurance/life-insurance/

If you are currently enrolled in a Federal Employees Health Benefit (FEHB) Program, your health benefits will be extended for free for a 31-day period beyond your last pay period.  Additional

information on continuing your FEHB coverage on OPM's website:
https://www.opm.gov/healthcare-insurance/healthcare/temporary-continuation-of-coverage/.

When you leave the Department, you will be paid for any unused annual leave and credit hours at your hourly rate of pay via direct deposit.  If you are leaving the government with a sick leave balance, it will be held in abeyance and will be reinstated if you return to Federal service.  Upon separation, you will be paid for any unused compensatory time at your hourly rate of pay.

If you file for unemployment compensation you will need a copy of your SF-50 (Notification of Personnel Action) and a W-2 or Leave and Earnings Statements for the past year and a half.  Claims may be filed at any unemployment office in the state where you work or live.  To aid in your search for unemployment compensation, more information is available here:  https://www.usa.gov/unemployment-benefits

You are permitted to enroll in FSI's RV102FS Job Search Transition Program (JSTP) for Foreign Service employees.  You may attend the JSTP while on administrative leave.  Separated employees may take the course up to 12 months following separation if enrolled prior to separation.  You will not be returned to pay status to participate in the course.  Your CDO can assist you with enrolling in the virtual course.  Employees may also contact the FSI Registrar for more information or questions:  FSIRegistrar@state.gov, (703) 302-7144.

The Department's Career Development Resource Center also has resources and tools that are available to you including support for updating your resume, job interviewing, and networking. You can learn more at CDRC@state.gov.

If you qualify for separation travel, your travel authorization is valid for 12 months.  If on a domestic assignment, the actual departure of the employee, employee's family, and the transportation of all effects must not be deferred more than 12 months from the employee's last day in pay status.  Separation travel orders must be issued prior to the date of separation. Requests for extensions up to an additional six months (maximum of 18 months total) may be submitted to GTM/EX's PCS Customer Service (GTM-EX-IDSD@state.gov).

The Bureau of Administration Global Operations Office of Post Support and Travel offers a PCS Query Team to support employees and their families conducting separation travel, providing guidance and direction for navigating the travel process.  You can reach the PCS Query Team at PCSQuery@state.gov or (771) 208-0161.

Separating or retiring employees do not receive Foreign Travel Allowance or Home Service Transfer Allowance (DSSR 252.6b) allowances, including the Pet Transportation Allowance.

Final travel vouchers for separation travel should be sent to CGFS Employee Claims via one of the following methods:

1. PCS Travel Claim System (Separate instructions provided for access without OpenNet).
2. Overnight Deliveries Only: 2010 Bainbridge Avenue, Charleston, SC 29405.

3.  Scanned and emailed: GFSCWOEC@state.gov

Please contact EmployeeClaims@state.gov or (843) 308-5461 should you have any questions.  If submitting by mail or email, include a printed and completed copy of the DS-189 Travel Reimbursement Voucher, which is required for reimbursement after arrival at the final destination.  The employee's signature is sufficient for authorization.

If you resign on or before the RIF effective date, your separation will be considered involuntary for the purposes of retirement payments.  Please be advised that you may affect your eligibility for Federal reemployment/placement assistance programs and/or your appeal rights if you resign.

This action is being taken under the Foreign Service RIF policies and procedures.  The Department maintains the retention registers, RIF policies, and records affecting your action.  You may make an appointment to review this material by contacting GTMHelpDesk@state.gov.

If you believe that your retention rights were violated, you may file a grievance under Chapter 11 of the Foreign Service Act of 1980, subject to provisions of 3 FAM 2580, or appeal the RIF action to the U.S. Merit Systems Protection Board (MSPB) under 5 CFR 351.901.  If you believe your separation was not carried out correctly under 5 CFR Part 351, an appeal to the MSPB must be filled in writing during the 30-day period beginning the day after the effective date of the RIF action.  You can also file an MSPB appeal electronically at https://e-appeal.mspb.gov/etk-mspb-appeals-prod/login.request.do  The MSPB's regulations are available at https://www.mspb.gov/appeals/appeals.htm.

If you do not submit an appeal to MSPB within the 30-calendar day limit, it will be dismissed as untimely filed unless a good reason for the delay is shown.  Any appeal must be filed with the MSPB's Washington, DC, Regional Field Office at 1901 S. Bell Street, Suite 950, Arlington, VA 22202.  You can access the MSPB Form 185 at https://www.mspb.gov/appeals/forms/FORM185-Final-508-9-20-23.pdf.

You may contact RIFQs@state.gov for questions and to assist you with out-processing procedures.

You may find additional information and resources for impacted employees on the Links and Documents for Employees website: https://www.state.gov/rifqs/

Thank you for your work at the Department of State.

Exhibit B

**2025-10-17:  Email from CDA-FS-RIF acknowledging receipt of RIF paperwork, but informing riffed FSO that his request to change his separation address may not go through.**

> **From:** CDA-FS-RIF <CDA-FS-RIF@state.gov> **Date:** October 17, 2025 at 11:30:12 AM EDT **To:** [redacted]
> **Cc:** [redacted], "Stokes, Cristina" <StokesC@state.gov>, CDA-FS-RIF <CDA-FS-RIF@state.gov>
> **Subject: Re: [External] Requested Documents**

> (moving Diana to bcc)

Hi [redacted]:

Thanks for your paperwork.  Looping in your new CDO Cristina Stokes.  We have submitted the new OF-126 to HR Now but cannot guarantee that it will be fully processed in time to update your service separation address to [redacted] given the short timeline before paneling for separation.

Best,

**CDA Support Team for Foreign Service Reductions in Force**
Office of Career Development and Assignments
Bureau of Personnel and Training

Exhibit C

**2025-10-22:  Email from CDA-FS-RIF acknowledging receipt of RIF paperwork from riffed FSO.**
**From:** CDA-FS-RIF <CDA-FS-RIF@state.gov>
**Date:** October 22, 2025 at 9:47:57 AM EDT
**To:** [redacted], CDA-FS-RIF <CDA-FS-RIF@state.gov>, █████████████
████████████>
**Subject: RE: [External] [redacted] - RIF paperwork**
Hi [redacted]:

Thank you for these documents.  I can confirm receipt.
Sincerely,
PERT/CDA
**From:** [redacted]
**Sent:** Tuesday, October 21, 2025 11:58 PM
**To:** CDA-FS-RIF <CDA-FS-RIF@state.gov>; ███████████████
████████>
**Subject:** [External] [redacted] - RIF paperwork
Hello CDA colleagues,
I'm sending you the requested forms for my RIF per your earlier email.

Please note - my sending these in no way should be construed as an endorsement of this RIF, or accepting that it is legal or proper, or followed policy or law in any way.
Thank you,
[redacted]

# Exhibit D

<u>UNCLASSIFIED</u>
Privacy/PII



| | |
|---|---|
| **MRN:** | <u>25 STATE</u> |
| **Date/DTG:** | Oct 28, 2025 / 281821Z OCT 25 |
| **From:** | SECSTATE WASHDC |
| **Action:** | FSINFATC, DIR *ROUTINE* |
| **E.O.:** | 13526 |
| **TAGS:** | APER, AFIN |
| **Captions:** | TM CHANNEL |
| **Subject:** | (PII) SEPARATION (redacted), ) |

1.SEPARATION:

A. The Department announces the Retirement of [redacted]
.

2.COMBINED TOD:

3.ELIGIBLE FAMILY MEMBERS:
;

Confirm in your itinerary that the above list of Eligible Family Members (EFM) is accurate. If it is not accurate, employees with OpenNet access must request changes through the online OF-126 available through HR Portal, GEMS Self-Service. Employees without OpenNet access should work directly with their PERT/EX PCS Analyst to update their records. Note to tandems: If both members of a tandem couple are employed by the Department of State, EFMs are listed on the profile of both employees. However, if both members of a tandem couple are transferring to the same location, only one may choose "with family" status for travel and allowance purposes. Failure to advise PERT/EX of this election will delay issuance of travel orders. To avoid delays or errors, if you plan to start Separate Maintenance Allowance (SMA) for your EFMs, contact your regional bureau's executive office (EX) for SMA application guidance before submitting your itinerary.

4.REMARKS: Your CDO is Emily Allt Kenealy. GTM/EX/IDSD PCS Analysts create PCS Orders. Please use MyItinerary to initiate your request. For assistance, submit a request through GTM Next https://gtmprod.servicenowservices.com/next.

5.STANDARD TRAVEL REQUIREMENTS FOLLOW

A. PROPOSED ITINERARY/SEPARATION
To initiate separation orders, you must submit a Proposed Itinerary (TMTWO) through My Itinerary in GTM Portal. IMPORTANT: You must complete the TMTWO process and have received a valid travel

authorization (TMFOUR) prior to your separation date from the Department of State.  Travel authorizations cannot be issued after you separate from the Department because you are no longer an active employee.  Without a travel authorization, you will not be eligible for separation travel benefits.  Travel orders generally are issued approximately 60 days before your official ETD, UNLESS travel timing or repayment issues remain unresolved.

B. JOB SEARCH PROGRAM
Since you are intending to retire soon, consider enrolling in FSI's Job Search Program (JSP).  Foreign Service employees who are facing mandatory retirement or separation (not those who are voluntarily resigning or being separated for cause) may enroll in the JSP for their last sixty (60) days in pay status, as long as they retire IMMEDIATELY thereafter.  The two-month sessions convene three times a year in March, August, and October.  The first half is a month of classroom training at the Shultz Center (FSI) in Arlington, Virginia.  The second half is a month at your retirement point searching for a job.  No per diem is paid while attending the JSP.  If you enroll before you retire, you may participate in the program up to one year after separation.  (The prerequisite for the JSP is the Retirement Planning Seminar RV101, which lasts four days and convenes six times a year.)  Contact your CDO to enroll in these classes.

YY

**Signature:**          RUBIO

---

**Dissemination Rule:**          Archive Copy

**UNCLASSIFIED**
Privacy/PII

# Exhibit E

**2025-11-07:  Email from CDA-FS-RIF to riffed FSO:**

**From:** CDA-FS-RIF <CDA-FS-RIF@state.gov>
**Date:** November 7, 2025 at 2:09:06 PM EST
**To:** [redacted], CDA-FS-RIF <CDA-FS-RIF@state.gov>, RIF Questions
<RIFQs@state.gov>, HR Help Desk <HRHelpDesk2@state.gov>, DG Direct
<dgdirect@state.gov>, HR Service Center <HRSC@state.gov>
**Cc:** ███████████████████████████, ogc@afsa.org, member@afsa.org
**Subject: RE: [External] URGENT** [redacted] **SF-50 error**

Dear [redacted],

We understand there are concerns about the use of Section 607(A) of the Foreign Service
Act code (box 5-C) in the SF-50 Notification of Personnel Action for individuals who are
being separated from the Department via the 2025 Reduction in Force.  Per RET, they use
Section 607(A) for all involuntary retirements.

Section 607(A) code allows individuals to begin accruing their annuity on the day
following their retirement (November 11) versus having to wait until the first of the
following month (December 1).  If you have further questions/concerns, please speak to
your RET counselor.

Best,
PERT/CDA


**From:** [redacted]
**Sent:** Friday, November 7, 2025 1:43 PM
**To:** CDA-FS-RIF <CDA-FS-RIF@state.gov>; RIF Questions <RIFQs@state.gov>; HR
Help Desk <HRHelpDesk2@state.gov>; DG Direct <dgdirect@state.gov>; HR Service
Center <HRSC@state.gov>
**Cc:** ███████████████████████████; ogc@afsa.org; member@afsa.org
**Subject: [External] URGENT** [redacted] **SF-50 error**


Colleagues,

The SF-50 I was issued has incorrect statuatory codes in box 5D. It should be the FS Act
Section 611.

Please correct this immediately and confirm by email at [redacted] (as I didn't receive
any confirmation of my SF-50 by email, and we will shortly lose access to MS apps).

Best,
[redacted]

Exhibit F

**2025-11-10:  Email from CDA-FS-RIF to riffed FSO, responding to email from two days before highlighting errors in her SF-50:**

> **From:** CDA-FS-RIF <CDA-FS-RIF@state.gov>
> **Date:** November 10, 2025 at 1:04:20 PM EST
> **To:** [redacted], CDA-FS-RIF <CDA-FS-RIF@state.gov>
> **Cc:** RIF Questions <RIFQs@state.gov>, HR Help Desk <HRHelpDesk2@state.gov>, DG Direct <dgdirect@state.gov>, HR Service Center <HRSC@state.gov>, ████████ ████████████████████████████████████>, ogc@afsa.org, member@afsa.org, CDA-FS-RIF <CDA-FS-RIF@state.gov>
> **Subject: RE: [External] URGENT** [redacted] **SF-50 error**
>
> Dear [redacted],
>
> It is our understanding from the team handling SF-50 processing that many will be re-issued and shared with employees as soon as possible.
>
> Sincerely,
> PERT/CDA
>
>
> **From:** [redacted]
> **Sent:** Friday, November 7, 2025 3:33 PM
> **To:** CDA-FS-RIF <CDA-FS-RIF@state.gov>
> **Cc:** RIF Questions <RIFQs@state.gov>; HR Help Desk <HRHelpDesk2@state.gov>; DG Direct <dgdirect@state.gov>; HR Service Center <HRSC@state.gov>; ████████ ████████████████████████████████████>; ogc@afsa.org; member@afsa.org; CDA-FS-RIF <CDA-FS-RIF@state.gov>
> **Subject:** Re: [External] URGENT [redacted] SF-50 error
>
>
> Thanks for the quick response PERT/CDA.
>
>
> While I have 20 years of service, I am [redacted] and an 02 so to my understanding not eligible for an involuntary retirement so do not have a retirement counselor. Please correct me if I'm mistaken.
>
> Also, I see three other errors under Section 45, Remarks:
>
> 1) My forwarding address is not [redacted]. It's [redacted].
>
> 2) If I'm not able to involuntarily retire per above, I am entitled to both a severance and (not or) a deferred annuity per the FS Act section 609(b)
>
> 3) "No work available" is incorrect as I had received and registered a handshake for the [redacted] position, vice [redacted], when I received the July 11 RIF notice.
>
> Thank you,
> [redacted]

Exhibit G

**2025-11-10: Email from RET:**

From: ▮▮▮▮▮▮▮
To:CDA-FS-RIF, [redacted], ▮▮▮▮▮▮▮
Cc: ▮▮▮▮▮▮▮
Mon, Nov 10

[redacted] your retirement date is 11-11-2025 , due to the high volume of retirement case
received they are being processed accordingly in the month in which you retire.  Your
retirement counselor Ms. Kiara Brown will be providing you with a benefit annuity
estimate by the end of the week.

Regards,

▮▮▮▮

**From:** CDA-FS-RIF <CDA-FS-RIF@state.gov>
**Sent:** Monday, November 10
**To:** [redacted]; CDA-FS-RIF <CDA-FS-RIF@state.gov>; ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: [External] Please respond - retirement paperwork

Dear [redacted]:

Thanks for reaching out.  We are sorry to hear you've had such difficulty getting things
set for your retirement.

While we unfortunately have no involvement in retirement payments from the CDA end,
I am looping in Kiara, Carlettia, and Darryl on your message.

Darryl/Carlettia/Kiara, are you able to assist [redacted] in reviewing his estimates?

Thank you!
PERT/CDA

**From:** [redacted]
**Sent:** Monday, November 10, 2025 8:49 AM
**To:** CDA-FS-RIF <CDA-FS-RIF@state.gov>
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Fw: [External] Please respond - retirement paperwork

Hello CDA,

I am among those being involuntarily separated from the Department today. I am
retirement eligible and have been trying for almost a month to reach the retirement people
to square away my application. I've received no response from them since Oct 14. The
chain is below.

Is there anything you can do to help? I am really at a loss here, and -- since my wife was
also riffed -- the effects on our financial security are profound.

Thank you,
[redacted]

Exhibit H



November 10, 2025


The Honorable Michael Rigas
Deputy Secretary for Management and Resources
Department of State
Washington, DC 20520


Dear Deputy Secretary Rigas,

I lament that we have yet to have the opportunity to meet in person and would look forward to the chance to discuss matters of mutual interest.

In the meantime, I am writing to call your attention to the text of the continuing resolution which advanced on a procedural vote in the Senate late on November 9, 2025.

Section 120 of this proposed continuing resolution, which appears to be moving toward enactment, states that "no federal funds may be used to initiate, carry out, implement, or otherwise notice a reduction in force to reduce the number of employees within any department, agency, or office of the Federal Government." AFSA understands Congress intended this language to apply to as many federal employees as possible, including those who received layoff notices from the Department on July 11, 2025.

**In light of the plain reading of the language of this continuing resolution, AFSA urges the Department to cease all activities to implement the July 11 RIFs.**

AFSA notes that the Department has continued to conduct activities related to the implementation of the July 11 RIFs during the current lapse in appropriations.

Continuation of these activities during the lapse is inconsistent with the limited exceptions to the Antideficiency Act's prohibition against incurring obligations in the absence of an appropriation in certain excepted situations. With continuing resolution likely to be enacted this week, which includes Section 120 language barring implementation of agency RIFs, rushing to finalize the July 11 RIFs during the lapse in appropriations is particularly egregious.

Thank you in advance for promptly addressing this urgent matter.

**American Foreign Service Association**
2101 E Street NW, Washington, DC 20037
Tel. (202) 338-4045 Fax (202) 338-6820
member@afsa.org www.afsa.org



Sincerely,

John Dinkelman
President


Cc: Jason Evans, Under Secretary of State for Management
Lew Olowski, Chief Human Capital Officer, PERT
Chris Klemm, Labor-Management Negotiator, PERT

# Exhibit I

**From:** GTMNotifications <GTMNotifications@state.gov>
**Date:** November 10, 2025 at 8:21:17 PM EST
**Subject: Extended Administrative Leave**

The Department has extended administrative leave for all Foreign Service employees who were scheduled for separation as part of the reduction in force on November 10. We are reviewing the administrative errors in all SF-50s issued on Friday, November 7, to ensure that all information is accurate.

Updated guidance will be issued with the correct details  We appreciate your patience and understanding in the meantime.

Exhibit J

**From:** ███████████████████████

**Sent:** Monday, November 17, 2025 1:33 PM

**To:** ███████████████████████████████████████████

**Subject:** [EXTERNAL]10/31/2025 Retirement Action Cancelled

Good Afternoon,

Regarding your involuntary retirement action, your action has been cancelled, and you are now currently on administrative leave until further notice.  We will be in touch with you regarding your timeline when more information is available.


Best,

████████████

Human Resource Specialist

United States Department of State
GTM/RET
SA-1 Room H620
Washington, DC 20522-0108
Phone 202-261-8990

Exhibit K

**From:** GTMNotifications@state.gov <GTMNotifications@state.gov>
**Sent:** Monday, December 1, 2025 6:30 PM
**To:** ███████████████████████████████████████████████
**Subject:** NOTICE OF EMPLOYMENT ACTION

Following formal written guidance from both the Office of Management and Budget and Department of Justice Office of Legal Counsel, the Department of State's Office of the Legal Adviser has determined that completing the reductions in force (RIFs) noticed prior to the lapse in appropriations does not violate the Antideficiency Act (ADA) or any other restriction within HR 5371.  Given this determination, the Department will finalize your separation or involuntary retirement on Friday, December 5.

Exhibit L

RE: [External] Retirement paperwork

From:     ███████████████████████

To:       [redacted]

Date:     Tuesday, December 2, 2025

Good Morning,

As you may be aware, the RIF process has been reinstated with a RIF date of December 05, 2025. At this time, please complete and return a new DS-5004- Application for Retirement with your new retirement date.  Please be sure to complete all items completely as applicable and sign the application prior to resubmitting.

Please note, if you choose to retire involuntarily on 12/05/2025 your annuity will commence the very next day.  If you choose to retire voluntarily on any other day prior to the 5th, your annuity will commence on the first of January.

Failure to resubmit a new DS-5004 will result in separation, not retirement.  Therefore, without your updated information, your annuity will not be paid.  Please reach out if you have any questions or issues resubmitting.

███████████████

Human Resource Specialist
United States Department of State
GTM/RET
SA-1 Room H620
Washington, DC 20522-0108
Phone 202-261-8990

----- Forwarded Message -----

**From:** GTMNotifications@state.gov <gtmnotifications@state.gov>

**To:** __  __   _____   ___  _   _____

**Sent:** Monday, December 1, 2025 at 06:30:16 PM EST

**Subject:** NOTICE OF EMPLOYMENT ACTION


Following formal written guidance from both the Office of Management and Budget and Department of Justice Office of Legal Counsel, the Department of State's Office of the Legal Adviser has determined that completing the reductions in force (RIFs) noticed prior to the lapse in appropriations does not violate the Antideficiency Act (ADA) or any other restriction within HR 5371. Given this determination, the Department will finalize your separation or involuntary retirement on Friday, December 5.


DS-5004.pdf
133.4 kB

Exhibit M

Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| ▓▓▓▓ | | ▓▓▓▓ | ▓▓▓▓ | 12-05-2025 |

| **FIRST ACTION** | | **SECOND ACTION** | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 356 | SEPARATION-RIF | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| PNM | Reg 351.603. RIF placement/separation. | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | PD:D02107 Position: D0210701 | 15. TO: Position Title and Number |
|---|---|---|
| INTERNATIONAL RELATIONS OFFICE GENERAL | | |

| 8.Pay Plan | 9.Oc. Code | 10.Grade/Level | 11.Step/Rate | 12.Total Salary | 13.Pay Basis | 16.Pay Plan | 17.Occ. Code | 18.Grade/Level | 19.Step/Rate | 20.Total Salary/Award | 21.Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FO | 96080 | 03 | | ▓ | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| ▓ | ▓ | ▓ | $0.00 | | | | |

| 14. Name and Location of Position's Organization | 018104 | 22. Name and Location of Position's Organization |
|---|---|---|
| OFFICE FOR NEAR EASTERN AFFAIRS OFF OF THE ASST SEC BUR OF DEMO, H R, A | | |

| **EMPLOYEE DATA** | | | | | | |
|---|---|---|---|---|---|---|
| 23. Veterans Preference | | | 24. Tenure | | 25. DoS Tenure | 26. Veterans Preference for RIF |
| 1 | 1 - None   3 - 10 Point/Disability   5 - 10 Point/Other   2 - 5 Point   4 - 10 Point/Compensable   6 - 10 Point/Compensable/30% | | 1 | 0 - None   2 - Conditional   1 - Permanent   3 - Indefinite | 1 | YES  [X] NO |
| 27. FEGLI | | | 28. Annuitant Indicator | | | 29. Pay Rate Determinant |
| H0 | Basic + Option B (1x) + Option A | | 9 | 9 - Not Applicable | | 0 |
| 30. Retirement Plan | | 31. Service Comp. Date (Leave) | 32. Work Schedule | | | 33. Part-Time Hours Per Biweekly Pay Period |
| PF | PF - FSPS ((FRAE) | 04-03-2016 | F | Full Time | | |

| **POSITION DATA** | | | | |
|---|---|---|---|---|
| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | | 37. Bargaining Unit Status |
| 2 | 1 - Competitive Service   3 - SES General   2 - Excepted Service   4 - SES Career Reserved | E | E - Exempt   N - Nonexempt | Object Code: 1111 | 1178 |
| 38. Duty Station Code | | 39. Duty Station   (City-County-State or Overseas Location) | | |
| 110010001 | | WASHINGTON, DIST OF COLUMBIA | | |

| 40. DOG | 41. WGI Due | 42. Prom Skill | 43. HR Processor | |
|---|---|---|---|---|
| 06-NOV-2022 | 31-OCT-2027 | 3001 | PAR BATCH | ▓▓▓▓ |

| 45. Remarks |
|---|
| – OPF MAINTAINED BY U.S. DEPARTMENT OF STATE, BUREAU OF GLOBAL TALENT MANAGEMENT, OFFICE OF THEEXECUTIVE DIRECTOR, RECORDS AND INFORMATION MANAGMENT DIVISION (GTM/EX/RIM) AT 2401 E STREET NW (SA-1),H804, WASHINGTON, DC 20037.<br>– LUMP-SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE.<br>– FORWARDING ADDRESS: ▓▓▓▓  PERSONAL EMAIL: ▓▓▓▓<br>– SF-8 PROVIDED TO EMPLOYEE.<br>– RIF NOTICE DATED: 07-11-2025.<br>– NO OTHER WORK AVAILABLE.<br>– FOR ELIGIBLE EMPLOYEES, SEVERANCE PAYMENTS WILL BE MADE ON 1/1/2026, AS A LUMP SUM. RIFED FOREIGNSERVICE EMPLOYEES ELIGIBLE FOR SEVERANCE AND WITH MORE THAN 5 YEARS OF SERVICE HAVE THE THE FOLLOWINGOPTIONS: 1) LEAVE THEIR RETIREMENT CONTRIBUTIONS IN THE FUND AND WHEN ELIGIBLE FOR A DEFERRED ANNUITY(AGE 62), APPLY FOR RETIREMENT.  2) ELECT TO RECEIVE A REFUND OF THEIR RETIREMENT CONTRIBUTIONS BEFOREREACHING AGE 62.  A REFUND OF RETIREMENT CONTRIBUTIONS VOIDS ELIGIBILITY TO RECEIVE A DEFERREDRETIREMENT.<br>– SF 2819 WAS PROVIDED.  LIFE INSURANCE COVERAGE IS EXTENDED FOR 31 DAYS DURING WHICH YOU ARE ELIGIBLETO CONVERT TO AN INDIVIDUAL POLICY (NONGROUP CONTRACT). |

| 46. Employing Department or Agency | | | 50. Signature/Authentication and Title of Approving Official |
|---|---|---|---|
| DEPARTMENT OF STATE | | | Electronically signed by: |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | LEW OLOWSKI |
| ST00 | 2951 | 12-02-2025 | SENIOR BUREAU OFFICIAL |

**2 - OPF Copy - Long-Term Record - DO NOT DESTROY**

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238