UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 3:25-cv-08302-SI<br><br>**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

[PROPOSED] ORDER GRANTING TRO AND ORDER TO SHOW CAUSE, No. 3:25-cv-08302

The motion of American Federation of Government Employees (AFGE) and American Foreign Service Association (AFSA) for a temporary restraining order ("TRO") and order to show cause why a preliminary injunction should not issue came before this Court for consideration and upon consideration, and for good cause shown, IT IS HEREBY ORDERED that the TRO motion is GRANTED.

The Court finds that AFGE and AFSA have demonstrated a likelihood of success on the merits of their claims, a likelihood of irreparable harm in the absence of temporary relief, that the balance of equities tips in their favor, and that a temporary restraining order is in the public interest. Accordingly, pursuant to this Court's authority including but not limited to authority to "issue all necessary and appropriate process to postpone the effective date of an agency action or to preserve status or rights" (5 U.S.C. §705), IT IS HEREBY ORDERED that:

Defendants OPM, OMB and the U.S. Department of State are hereby stayed and/or enjoined from taking any action to implement, carry out, or effectuate RIFs of employees of the Department of State, including any actions to separate employees from federal employment.

IT IS FURTHER ORDERED that, within two (2) business days, each of these Defendants shall file a declaration(s) verifying that they have complied with this Order and the steps they have taken to do so.

IT IS FURTHER ORDERED that Plaintiffs' moving papers for a preliminary injunction shall be filed no later than _____, 2025; opposition papers to Plaintiffs' request for a preliminary injunction shall be filed by TRO Defendants no later than _____, 2025; Plaintiffs may file a reply in support of their motion for preliminary injunction no later than _____, 2025; and a hearing on Plaintiffs' request for a preliminary injunction will be held on _____, 2025 at _____.

IT IS SO ORDERED.

Dated: _____, 2025        _____
                                          The Honorable Susan Illston
                                          United States District Court Judge