1

2

3

4                     UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7    AMERICAN FEDERATION OF STATE          Case No.  25-cv-08302-SI
     COUNTY AND MUNICIPAL
8    EMPLOYEES, AFL-CIO, et al.,
                                           ORDER GRANTING MOTION FOR
9              Plaintiffs,                  LEAVE TO FILE SUPPLEMENTAL
                                           COMPLAINT AND SHORTENING
10        v.                               TIME

11   UNITED STATES OFFICE OF               Re: Dkt. Nos. 121, 122
     MANAGEMENT AND BUDGET, et al.,
12
               Defendants.
13

14         In conjunction with the filing of a motion for a temporary restraining order ("TRO"), filed

15   last night and which seeks emergency relief by tomorrow morning, plaintiffs have also filed a

16   motion for leave to file a supplemental complaint and an administrative motion to shorten time to

17   hear the motion for leave to file a supplemental complaint.  Dkt. Nos. 121, 122.

18         Plaintiffs' motion for leave to file a supplemental complaint indicates that defendants do not

19   oppose the motion.  Dkt. No. 121-2, Leonard Decl. ¶¶ 2-3.[1]  Moreover, as explained in the

20   accompanying order granting the motion for a temporary restraining order, the exigent nature of the

21   reductions in force ("RIFs") at defendant U.S. Department of State warrant deciding these issues on

22   shortened time.  Having reviewed the papers and the proposed supplemental pleading, the Court

23   finds that supplementation of the pleadings is appropriate under Federal Rule of Civil Procedure

24   15(d), which states, "On motion and reasonable notice, the court may, on just terms, permit a party

25   to serve a supplemental pleading setting out any transaction, occurrence, or event that happened

26   after the date of the pleading to be supplemented."

27   _____

28         [1] The papers indicate that defendants oppose the motion to shorten time but do not oppose
     the underlying motion to file the supplemental complaint.  Dkt. No. 122-2, Leonard Decl. ¶¶ 2-3.

Accordingly, and for good cause shown, the Court GRANTS plaintiffs' motion for leave to file a supplemental complaint.  Dkt. No. 121.  The Court also GRANTS plaintiffs' administrative motion for leave to shorten time, to the extent plaintiffs seek to have their motion for leave to supplement the complaint decided in conjunction with the pending motion for a TRO.  Dkt. No. 122.  The Court orders the parties to meet and confer regarding a deadline for defendants' response to the supplemental pleading.

**IT IS SO ORDERED**.

Dated: December 4, 2025

_____
SUSAN ILLSTON
United States District Judge