Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel and affiliations not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **STIPULATION AND ORDER *AS AMENDED BY THE COURT* RE: PRELIMINARY INJUNCTION BRIEFING SCHEDULE** |

1  Pursuant to this Court's order of December 4, 2025, ECF 125, the parties have met and
2  conferred on the briefing schedule for Plaintiffs' forthcoming motion for a preliminary injunction
3  on the claims and issues set forth in Plaintiffs' Supplemental Complaint, ECF 126, and hereby
4  stipulate to the following:

5  Plaintiffs' motion for preliminary injunction shall be filed by no later than **3 p.m. PST on**
6  **Tuesday, December 9, 2025**.

7  Defendants' response to Plaintiffs' motion shall be filed by **Saturday, December 13,**
8  **2025**.

9  Plaintiffs' reply in support of the motion shall be filed by **Tuesday, December 16, 2025**.
10  It is so agreed.
11  The parties continue to meet and confer regarding a schedule for responding to the supplemental
12  complaint.

14  Dated: December 5, 2025

By:

*/s/ Danielle Leonard*
Danielle Leonard

ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108

Counsel for All Plaintiffs


By:

*/s/ Brad P. Rosenberg*
Brad P. Rosenberg

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005

Counsel for Defendants

**ORDER**

The stipulated briefing schedule for Plaintiffs' motion for preliminary injunction on the claims and issues in the Supplemental Complaint is APPROVED *with the following changes:*

Motion for Preliminary Injunction to be filed by 12/9/2025 at **3 p.m. PST**

Responses due by **12/12/2025 (Friday) at 3 p.m. PST.**

Replies due by **12/15/2025 (Monday) at 3 p.m. PST.**

Dated: __December 5__, 2025

The Honorable Susan Illston
United States District Court Judge