STANLEY E. WOODWARD, JR.
Associate Attorney General
BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON
Deputy Assistant Attorney General
MICHAEL K. VELCHIK
Senior Counsel to the Assistant Attorney General
ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division
CHRISTOPHER R. HALL
Assistant Branch Director
BRAD P. ROSENBERG (DC Bar No. 467513)
Special Counsel
STEVEN M. CHASIN
PIERCE J. ANON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-3374
E-mail: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 3:25-cv-08302-SI<br><br>**DEFENDANTS' NOTICE OF FILING OF AGENCY DECLARATIONS**<br><br>Judge: Hon. Susan Illston |

1    Pursuant to this Court's Temporary Restraining Order (ECF No. 125), Defendants hereby file
2  declarations from the Department of State, the Office of Personnel Management, and the Office of
3  Management and Budget.

4

5  Dated: December 8, 2025                    Respectfully submitted,

6                                             STANLEY E. WOODWARD, JR.
                                               Associate Attorney General
7

8                                             BRETT A. SHUMATE
                                               Assistant Attorney General
9

10                                            ERIC J. HAMILTON
                                               Deputy Assistant Attorney General
11

12
                                               MICHAEL K. VELCHIK
13                                            Senior Counsel to the Assistant Attorney General

14                                            ELIZABETH HEDGES
                                               Counsel to the Assistant Attorney General
15                                            Civil Division

16
                                               CHRISTOPHER R. HALL
17                                            Assistant Branch Director

18                                            */s/ Brad P. Rosenberg*
                                               BRAD P. ROSENBERG (DC Bar No. 467513)
19                                            Special Counsel

20                                            STEVEN M. CHASIN
21                                            PIERCE J. ANON
                                               Trial Attorneys
22                                            U.S. Department of Justice
                                               Civil Division, Federal Programs Branch
23                                            1100 L Street, NW
                                               Washington, DC 20005
24                                            Phone: (202) 514-3374
                                               E-mail: brad.rosenberg@usdoj.gov
25

26                                            *Attorneys for Defendants*

27

28

Defendants' Notice of Filing of Agency Declarations
3:25-cv-08302-SI