STANLEY E. WOODWARD, JR.
Associate Attorney General
BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
MICHAEL K. VELCHIK
Senior Counsel to the Assistant Attorney General
ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division
CHRISTOPHER R. HALL
Assistant Branch Director
BRAD P. ROSENBERG
Special Counsel
STEVEN M. CHASIN (DC Bar No. 495853)
PIERCE J. ANON
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-0747
E-mail: steven.m.chasin2@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 3:25-cv-08302-SI<br><br>**DECLARATION OF LEW OLOWSKI PURSUANT TO TEMPORARY RESTRAINING ORDER** |

I, Lew Olowski, declare as follows:

1. I am the Chief Human Capital Officer at the Department of State, headquartered in Washington, D.C. I have served in this position since April 4, 2025.

2. In my role at the Department of State, I am responsible for personnel management. I have the responsibility for tracking and recording personnel actions, including Reductions-in-Force (RIFs). I assist in ensuring that all personnel actions comply with court orders and federal law.

3. Plaintiffs in this lawsuit include nine national unions, American Foreign Service Association, American Federation of Government Employees, AFL-CIO ("AFGE"), American Federation of State County and Municipal Employees, AFL-CIO ("AFSCME"), National Federation of Federal Employees ("NFFE"), Service Employees International Union ("SEIU"), National Association of Government Employees, Inc. ("NAGE"), National Treasury Employees Union ("NTEU"), International Federation of Professional and Technical Engineers, AFL-CIO ("IFPTE"), and the American Federation of Teachers ("AFT"), and two local California-based chapters, AFGE Local 1236 and AFGE Local 3172.

4. I am aware of and have reviewed the December 4, 2025, temporary restraining order issued by the Court in this action (the Order), which enjoined Defendants from implementing RIFs. I make this declaration in response to the Order.

5. The Court's Order provides that Defendants are:

> hereby stayed and/or enjoined from taking any action to implement, carry out, or effectuate RIFs of employees of the Department of State, including any actions to separate employees from federal employment.

Declaration of Lew Olowski Pursuant to Temporary Restraining Order
3:25-cv-08302-SI

1

6. The Order also requires Defendants to report certain information by December 8, 2025—specifically:

> [E]ach of these Defendants shall file a declaration(s) verifying that they have complied with this Order and the steps they have taken to do so.

7. I received notice of the Order on December 4, 2025.

8. Agency employees in human resources offices tasked with implementing RIFs also received notice of the Order on December 4, 2025.

9. Since December 4, 2025, the Department of State has not implemented, carried out, or effectuated RIFs of employees of the Department of State, and is not currently implementing, carrying out, or effectuating any RIFs.

10. I have taken the following actions to comply with the Order.

    a. On December 5, 2025, SF-50s intended to record RIF separations as of December 5, 2025 were not effectuated for Foreign Service personnel who were slated for separation or involuntary retirement, and were not effectuated for civil service personnel who were slated for separation on December 5, December 8, and December 17. The RIF notices dated July 11, 2025 were not rescinded.

    b. Each of these employees has remained on administrative leave with full benefits.

    c. Each employee has received notice that "The Department has rescinded your separation or involuntary retirement SF-50 and placed you back in administrative leave status. We will be in touch when we have further information to share."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 8, 2025

_____
Lew Olowski

Declaration of Lew Olowski Pursuant to Temporary Restraining Order
3:25-cv-08302-SI

3