STANLEY E. WOODWARD, JR.
Associate Attorney General
BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON
Deputy Assistant Attorney General
MICHAEL K. VELCHIK
Senior Counsel to the Assistant Attorney General
ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division
CHRISTOPHER R. HALL
Assistant Branch Director
BRAD P. ROSENBERG (DC Bar No. 467513)
Special Counsel
STEVEN M. CHASIN
PIERCE J. ANON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-3374
E-mail: brad.rosenberg@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **DECLARATION OF NOAH PETERS** <br><br> Hon. Susan Illston |

Pursuant to 28 U.S.C. § 1746, I, Noah Peters, declare as follows:

1. I am Senior Advisor to the Director of the U.S. Office of Personnel Management ("OPM"), headquartered in Washington, D.C. I have served in this position since January 20, 2025. This declaration is based on my personal knowledge and information provided to me in my official capacity by others.

2. I am aware of and have reviewed the December 4, 2025, temporary restraining order ("TRO" or "Order") issued by the Court in this action.

3. I make this declaration in response to the Court's Order of December 4, 2025, which granted Plaintiffs temporary injunctive relief and restrained certain Defendants from taking specified actions related to RIFs.

4. The Court's TRO provides that Defendants OPM, U.S. Office of Management and Budget, and U.S. Department of State are stayed and/or enjoined from taking any action to implement, carry out, or effectuate RIFs of employees of the Department of State, including any actions to separate employees from federal employment. The Court's Order also requires Defendants to file declarations verifying that they have complied with the TRO and the steps they have taken to do so within two (2) business days of the filing of the TRO.

5. OPM will not engage in activity to effectuate RIFs of employees of the Department of State in accordance with the TRO.

6. OPM sent notice of the Order to me and to my organization within OPM, the Office of the Director, on December 4, 2025.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Noah Peters*

Dated: December 8, 2025

Declaration of Noah Peters
3:25-cv-08302-SI

2