STANLEY WOODWARD
Associate Attorney General
BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON
Deputy Assistant Attorney General
MICHAEL K. VELCHIK
Senior Counsel to the Assistant Attorney General
ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division
CHRISTOPHER R. HALL
Assistant Branch Director
BRAD P. ROSENBERG (DC Bar No. 467513)
Special Counsel
STEVEN M. CHASIN
PIERCE J. ANON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-3374
E-mail: brad.rosenberg@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **DECLARATION OF STEPHEN BILLY PURSUANT TO TEMPORARY RESTRAINING ORDER** <br><br> Judge: Hon. Susan Illston |

Declaration of Stephen Billy Pursuant to Temporary Restraining Order
3:25-cv-08302-SI

I, Stephen Billy, declare as follows:

1.      I am a Senior Advisor at the Office of Management and Budget ("OMB"), Executive Office of the President, headquartered in Washington, D.C.  I have served in this position since January 24, 2025.  This declaration is based on my personal knowledge and information provided to me in my official capacity by others.

2.      I am aware of and have reviewed the December 4, 2025, temporary restraining order issued by the Court in this action (the Order), which granted Plaintiffs temporary injunctive relief and stayed/enjoined the U.S. Office of Personnel Management, the U.S. Office of Management and Budget, and the U.S. Department of State from "taking any action to implement, carry out, or effectuate RIFs of employees of the Department of State, including any actions to separate employees from federal employment."  The Order further required these defendants to file declarations "verifying that they have complied with this Order and the steps they have taken to do so."  I received a copy the Order on December 4, 2025.  I make this declaration in response to the Order.

3.      OMB will not engage in activity to effectuate RIFs of employees of the Department of State in accordance with the Order.

4.      OMB's Office of General Counsel has distributed the Order to OMB employees who engage in the normal course of business with the Department of State.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 8, 2025

_____
Stephen Billy

Declaration of Stephen Billy Pursuant to Temporary Restraining Order
3:25-cv-08302-SI

1