Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **PLAINTIFFS AFGE, AFSA, AND NFFE'S NOTICE OF AND MOTION FOR PRELIMINARY INJUNCTION AND FOR RELIEF PURSUANT TO 5 U.S.C. §705** <br><br> Date/Time: December 17, 2025 at 10:30am <br> Location: Courtroom 1, 17th Floor |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## NOTICE OF AND MOTION FOR PRELIMINARY INJUNCTION
## AND FOR RELIEF PURSUANT TO 5 U.S.C. §705

TO ALL DEFENDANTS: PLEASE TAKE NOTICE that on December 17, 2025, at 10:30 a.m. in Courtroom 1, 17th Floor, United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA, Plaintiffs American Federation of Government Employees ("AFGE"), American Foreign Service Association ("AFSA"), and National Federation of Federal Employees ("NFFE") will move the Court pursuant to Rule 65 of the Federal Rules of Civil Procedure, Rule 65-1 of the Civil Local Rules, and this Court's authority to "issue all necessary and appropriate process to postpone the effective date of an agency action or to preserve status or rights," 5 U.S.C. §705, for a preliminary injunction order and §705 relief that includes the following:

1.      Orders Defendants Office of Management and Budget ("OMB"), Office of Personnel Management ("OPM"), the U.S. Department of Education ("Education"), and the U.S. Department of State ("State"); their agency heads named in their official capacities as Defendants in this lawsuit; their officers, agents, servants, employees, and attorneys; and all persons acting by, through, under, or in concert with these Defendants, to refrain from taking any action to implement, carry out, or effectuate reductions in force ("RIFs") of employees of the Education and State Departments, including any actions to separate employees from federal employment, through at least January 30, 2026.

2.      Orders Defendants OMB, OPM, the Education and State Departments, and their agency heads named in their official capacities as Defendants in this lawsuit to give individual notice of this injunction to all employees of the Education and State Departments who were previously sent any communication informing them of a RIF or an intent to complete a RIF after November 12, 2025. Such notice shall be sent by both e-mail and U.S. mail, and shall include the following information:

The U.S. District Court for the Northern District of California has approved this message. No agency, including the Department of [State/Education], may separate employees by implementing a reduction-in-force (RIF) prior to January 30, 2026, in light of the enactment in law on November 12, 2025 of Section 120(a) of H.R. 5371, the Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions

Act, 2026.  You will therefore not be separated from federal employment pursuant to any RIF notice issued to you to date.

3.       Orders Defendants OMB, OPM, the Education and State Departments, the U.S. Department of Defense ("Defense"), the General Services Administration ("GSA"), and the Small Business Administration ("SBA"); their agency heads named in their official capacities as Defendants in this lawsuit; their officers, agents, servants, employees, and attorneys; and all persons acting by, through, under, or in concert with these Defendants, to comply with Section 120 of Public Law No. 119-37 by rescinding RIFs that were implemented or executed between October 1 and November 12, 2025, including by ordering that:

a.       Any RIF "noticed, initiated, executed, implemented, or otherwise taken by an Executive Agency between October 1, 2025" and November 12, 2025, shall "have no force or effect."[1]

b.       Any employee who was separated from federal employment by the Departments of Defense or State, GSA, or SBA pursuant to a RIF on any date between October 1, 2025 and November 12, 2025 shall "be returned to employment status as of September 30, 2025, without interruption," and "shall receive all pay to which they otherwise would have been entitled in the absence of receiving such notice, including backpay in accordance with section 116" of Public Law No. 119-37.

c.       "Within 5 days" of the date of the preliminary injunction order,[2] the Departments of Defense and State, GSA, and SBA shall send notice to any employee separated from federal employment pursuant to a RIF on any date between October 1, 2025 and November 12, 2025, and to the chairs and ranking members of the Appropriations Committees of the Senate and House of Representatives, "of the withdrawal of the reduction in force notice and the affected employee's reinstatement."  Those "[n]otices must include reinstatement date and the amount of back pay."

---

[1] All quotations in paragraph 3 are from Section 120(e) of Public Law No. 119-37.
[2] Section 120(e) required these actions to be taken "[w]ithin 5 days" of the enactment of Public Law No. 119-37.

4.      Orders that, within seven (7) business days of the date of the preliminary injunction, each enjoined Defendant shall file a declaration(s) verifying that the Defendant has complied with the Order and the steps taken to do so.

This Motion is made on the grounds that (1) Plaintiffs AFGE, NFFE, and AFSA are likely to prevail on their claims that OMB and OPM have exceeded statutory authority and acted contrary to law and constitutional powers in issuing memoranda and instructions interpreting Section 120 of the CR to cover only newly noticed RIFs; that OMB, OPM, and the State and Education Departments have and will imminently have exceeded statutory authority and acted contrary to law and constitutional powers by implementing and executing RIFs in violation of Congress's express prohibition; and OMB, OPM, the Defense and State Departments, GSA, and SBA have exceeded statutory authority and acted contrary to law in executing RIFs by separating employees from federal employment between October 1, 2025 and November 12, 2025 and refusing to rescind those separations in compliance with Section 120 of Public Law No 119-37; and therefore the actions of Defendants are *ultra vires* and violate the Administrative Procedure Act ("APA"), 5 U.S.C. §706(2)(A), (B), (C), and the Appropriations Clause; (2) that Plaintiffs will suffer irreparable injury unless the relief requested is granted; and (3) that the balance of equities and public interest favor injunctive relief.

This motion is supported by the accompanying Plaintiffs' Memorandum in Support of Motion for Preliminary Injunction; the accompanying declarations; the declarations previously filed in support of Plaintiffs' Motion for Temporary Restraining Order; the Second Amended Complaint; the Supplemental Complaint; and the entire record in this case.

Respectfully submitted,

DATED: December 9, 2025

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard
Alice X. Wang
Robin S. Tholin
Talia Stender
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108

1

Tel.: (415) 421-7151
Fax: (415) 362-8064

2

sleyton@altshulerberzon.com
bchisholm@altshulerberzon.com

3

dleonard@altshulerberzon.com

4

awang@altshulerberzon.com
rtholin@altshulerberzon.com

5

tstender@altshulerberzon.com

6

By: */s/ Danielle Leonard*

7

*Attorneys for All Plaintiffs*

8

Elena Goldstein (pro hac vice)

9

Jennie L. Kneedler (pro hac vice)

10

DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553

11

Washington, DC 20043
Tel: (202) 322-1959

12

egoldstein@democracyforward.org
jkneedler@democracyforward.org

13

14

*Attorneys for All Plaintiffs*

15

Norman L. Eisen (pro hac vice)
Craig Becker (pro hac vice)

16

STATE DEMOCRACY DEFENDERS FUND

17

600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003

18

Tel: (202) 594-9958
Norman@democracydefenders.org

19

Craig@democracydefenders.org

20

*Attorneys for All Plaintiffs*

21

Rushab Sanghvi (SBN 302809)

22

AMERICAN FEDERATION OF GOVERNMENT
EMPLOYEES, AFL-CIO

23

80 F Street, NW
Washington, D.C. 20001

24

Tel: (202) 639-6426
Sanghr@afge.org

25

26

*Attorneys for Plaintiffs American Federation of
Government Employees, AFL-CIO (AFGE) and AFGE*

27

*locals*

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Yvette M. Piacsek (pro hac vice)
NATIONAL FEDERATION OF FEDERAL
EMPLOYEES, IAM, AFL-CIO
1225 New York Ave. N.W., Suite 450
Washington, D.C. 20005
Tel: (202)216-4428
ypiacsek@nffe.org

*Attorneys for Plaintiff National Federation of
Federal Employees, IAM, AFL-CIO*