Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 3:25-cv-08302-SI<br><br>**DECLARATION OF SYDIA INGS** |

**DECLARATION OF SYDIA INGS**

I, Sydia Ings, declare as follows:

1.      I am over 18 years of age and competent to give this declaration.  This declaration is based on my personal knowledge.

2.      I recently lost my federal employment with the Small Business Association ("SBA") as the result of a reduction in force ("RIF") implemented during the recent government shutdown. Before being terminated, I worked for the SBA as a program analyst in the Office of Government Contracting and Business Development.  I worked for the SBA for five years.  In my role, I was responsible for administrative tasks such as reviewing our office's budget and timekeeping as well as responding to Freedom of Information Act requests.  In 2023, I began a detail in the Women Owned Small Business Department as a Business Opportunity Specialist, where I was responsible for data entry and helping screen certification applications, while also maintaining my responsibilities for program support in my original department.

3.      I believe strongly in the mission of SBA and I took great pride in my work. One of the parts of my job I liked the most was the stability it gave me and my family, and I had anticipated spending the foreseeable future working for SBA.  If I had the option to return to my job at SBA, I would do so.

4.      I am a member of the American Federation of Government Employees Local 228.

5.      On April 25, 2025, I received a RIF notice with an effective separation date of June 23, 2025.  A true and correct copy of my April RIF notice is attached hereto as Exhibit A.

6.      On June 20, 2025, I received a notice from the SBA that a court had stopped the RIF until the resolution of that litigation.  A true and correct copy of the June 12, 2025 notice is attached hereto as Exhibit B.  The notice informed me that I would be remain employed but on administrative leave until further developments.  I responded asking the SBA to clarify the status of my RIF and requesting information about whether I would be able to access the office and my standing on the retention registry.  The SBA responded with a short email stating that "we are unable to provide you with any information regarding retention rosters or specifics of the Reduction in Force at this time."

7.      I didn't hear anything else until September 29, 2025, when I received a new RIF notice with an effective termination date of October 29, 2025.  A true and correct copy of my September RIF notice is attached hereto as Exhibit C.  I received this notice two days before the government shutdown began on October 1, 2025.

8.      My termination was effectuated on October 29, 2025, during the government shutdown.  On October 29, 2025, I received a separation packet providing documentation related to my termination, which included a cover letter stating that I had been separated.  A true and correct copy of the October 29, 2025 letter is attached hereto as Exhibit D.

9.      Through the news I learned about the legislation that was enacted to end the government shutdown on November 12, 2025. I learned that it included language stating that RIFs implemented during the shutdown would be rescinded.

10.      On November 17, 2025, I received an emailed notice from the Chief Human Capital Officer ("CHCO") for SBA stating that, per the requirements in the Continuing Resolution legislation, my September RIF had been rescinded and I could return to work on November 19, 2025. I immediately acknowledged receipt of the notice and accepted the offer to return to work.  I had been so relieved that after being months of uncertainty, my job had been saved.  A true and correct copy of the November 17, 2025 notice is attached hereto as Exhibit E.

11.      Then, on the following day, November 18, 2025, I received another emailed notice from the same person, the SBA CHCO, rescinding the RIF rescission and informing me that my termination remained in effect.  No reason was given for this abrupt reversal and the new notice said nothing about how or why SBA decided that the Continuing Resolution did not apply to this RIF.  A true and correct copy of the November 18, 2025 notice is attached hereto as Exhibit F.

12.      When I got the November 18, 2025 email, my heart stopped.  I couldn't believe they were going back on what they'd told us just one day before.  It felt like the ground was being pulled out from under me.  The SBA's actions were extremely anxiety inducing and frustrating.  This whole experience has been so traumatic that I now get chest pains every time I open my email.

13.      Trying to get by since my termination has been a nightmare.  I lost my income and benefits.  I'm a single mother and the sole provider for my 15-year-old son.  I've been trying to hold

it together for his sake, but it's been hard to provide for him since I lost my job. There have been times over the last couple of months where we've run out of food and haven't had money to buy more. To get by, we've started having to rely on food pantries. I've also applied for food stamps, but the application process requires extensive documentation, and, because of the resulting delays, I still haven't been approved. We were thankfully able to get temporary food stamp assistance in the meantime, but even that is about to run out.

14.     I'm also nervous about whether we'll be able to hold on to our apartment. My landlord has already threatened to evict us because I was late on rent during the shutdown when I was going without pay. Things were so dire that on October 15, 2025, I filed for bankruptcy in order to temporarily pause any potential eviction. But the protection bankruptcy offers from eviction is not permanent, and I'm scared that if I can't figure out some way to pay our rent soon, we might become homeless.

15.     I've also struggled with paying for other expenses. For example, I've started to fall behind on paying our water, gas, and electricity bills. I have also been assisting with my thirty-year-old son's legal expenses, which I no longer know how I'll be able to afford. And just this past weekend my fifteen-year-old son had to miss out on a JROTC drill competition he was supposed to attend because we couldn't afford to get gas for the car to drive him there.

16.     Because my son and I were previously insured through my job, we now have no insurance. I was not able to enroll in the COBRA extension for health insurance because it is so expensive. My son and I have both already missed dental appointments because we couldn't afford to pay out of pocket, and my son has had to miss orthodontist appointments. Without insurance, I'm also not sure how I'll be able to afford the two blood pressure medications I take to treat my hypertension. Since losing my insurance, I have also had to skip necessary doctor's appointments related to my sleep apnea, and I haven't been able to get replacement parts for the CPAP machine that helps me breath at night. I've applied for Medicaid but have faced delays in getting approved because so much documentation is required.

17.     Since losing my job I've been looking for other work in state and local government agencies as well as in the private sector. But the job market is really tough right now, especially

given that I have to compete with all the other former federal employees. For now, I've taken a part time job as a concierge, but the hours are very limited, there are no benefits, and my annual pay from that job only amounts to about $4,000 per year. That's barely enough to cover two months rent in my current apartment.

18.     The stress of not knowing how we're going to afford food, rent, or other necessities has taken an extreme toll. The anxiety has only worsened my high blood pressure, and I've started experiencing regular headaches, chest pains, and numbness on the left side of my body.

19.     Overall, my family has been totally destabilized. My son is a really good kid, and I want to be able to give him everything he needs so that he has opportunities in life. It's been devastating not to be able to do that for him right now. I can tell that our situation and all of the resulting instability is affecting him, and we've both been pretty depressed since this all started. I feel like all of the happiness has left our home.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed December 8, 2025, in Temple Hills, Maryland.

SYDIA INGS

Exhibit A



**SBA**

U.S. Small Business
Administration

Office of Human Resources Solutions | 409 3rd Street, Suite 5300 | Washington, DC 20416

Date: April 25, 2025

To: █████████

From: John M. Serpa, Chief Human Capital Officer

Subject: Specific Reduction in Force Notice

In accordance with the Executive Orders signed by President Donald J. Trump—the Hiring Freeze (January 20, 2025), Eliminating the Federal Executive Institution (February 10, 2025), and the Department of Government Efficiency Workforce Optimization Initiative (February 11, 2025), the U.S. Small Business Administration (SBA) is executing a Reduction in Force (RIF) as part of a broader strategy to improve efficiency and reduce the size of the agency's workforce.

It is with great regret that I must inform you that your position of Program Analyst In the Office of Government Contracting & Business Development, Office of Policy & Liaison, Program Reporting and Liaison Division is being abolished, and you will be subject to a RIF. This letter serves as formal notification of your specific RIF notice.

This RIF is being carried out in accordance with current law and regulations which include Chapter 35 of Title 5, United States Code; 5 Code of Federal Regulations, Part 351, internal SBA policies and Article 34 of the Master Labor Agreement for AFGE bargaining unit employees. To conduct the RIF, the Office of Human Resources Solutions (OHRS) prepared retention registers which listed employees in retention standing order based on competitive level, tenure, veterans' preference, length of Federal service and performance ratings. We used the following information to determine your retention standing as of the RIF date:

Your retention status information is as follows:

Competitive Area: GCBD - Office of Policy & Liaison
Type of Service: Competitive - Career
Competitive Level: 0343-0006 GS-11
Tenure Group: 1
Tenure Sub Group: B
Veteran's Preference: 3
RIF Service Computation Date (SCD): 09/27/2020
Last Three Performance Ratings (w/in 4-yr. period): H4 H5 H5
Adjusted SCD (this includes additional credit for the performance ratings): 09/27/2002

As a result of the above, you are released from your competitive level in accordance with the reduction in force regulations and procedures. You have no assignment rights at your current grade level within

*All SBA programs and services are extended to the public on a nondiscriminatory basis.*

your competitive area, nor to another position in your competitive area. Effective immediately you are being placed on Administrative Leave and will remain on it through date your release from SBA at the close of business on June 23, 2025.

To ensure a smooth off-boarding process and timely receipt of your last pay, the following information should be completed:

- Review SOP 34 00, Separation Clearance, which can be found on the Agency's SharePoint site and
- Initiate the SBA e78 to include your personal email address. Your supervisor will ensure the form is completed by the effective date of the RIF.

You will need to complete the off-boarding process prior to your effective date of the RIF.  Your supervisor will work with you to indicate all required clearances have been obtained for outstanding debts and accountable items, and all Federal government-owned property relating to your employment has been cleared with the appropriate officials prior to your separation or transfer from the Agency.

## Federal Employee Health Benefits

If you are enrolled in the Federal Employee Health Benefits program on the last day of employment, coverage continues until the end of the pay period and then continues at no cost for 31 additional days. OHRS should provide you a copy of *SF2810, Notice of Change in Health Benefits Enrollment*. The second page contains information on enrolling in Temporary Continuation of Coverage (TCC) for up to eighteen months. If you elect TCC coverage, it will become effective on the 32nd day after separation. You are responsible for 100% of the premium costs plus a 2% administrative fee.

To search and find health plans and premiums, visit the link below.  See TCC and Former Spouse Rates for these plan types:
- HMO (Regional Plans with Specific Service Areas)
- FFS (Fee-for-Service/Nationwide Plans)
- https://www.opm.gov/healthcare-insurance/healthcare/plan-information/premiums/

To enroll in TCC, request **SF2809, Health Benefits Election Form** and submit within **60** days from notice of your separation. Please complete and return the last 2 pages of the form to HR4U@sba.gov.

## Sick Leave
Accrued leave is not paid when separating. Your remaining sick leave balance is recorded on SF1150, Record of Leave Data, and restored if you return to Federal service.

## Annual Leave

Accrued annual leave balance will be paid in a lump sum payment, within 2 full pay periods approximately after separation, **providing SBA Form 78 separation clearance is completed.** Check with your employing office or supervisor to confirm you have cleared the SBA 78A separation.

## NOTE

Negative leave balances at separation will generate a bill from the National Finance Center and all accrued annual leave may be reduced or removed, and final pay withheld.



All SBA programs and services are extended to the public on a nondiscriminatory

**W-2**

Your W-2 for this tax year will be mailed to last address on file in January of next year. You are strongly encouraged to review and update, as appropriate, your home address listed on MyEPP.

**Computation of Severance Pay**

Calculations will be provided to you along with additional benefits information to your personal email address. Eligible employees may receive severance pay unless they are eligible for immediate retirement or discontinued service retirement.

**Unemployment Insurance Benefits**

If you plan to file for unemployment compensation, attached is the SF-8 form for you to complete.  Take this form along with your separation SF-50 Notification of Personnel Action and the other documents described on the form to your local public employment service office.

**Retirement Contributions**

A refund of your retirement contributions can be requested, or you can leave your FERS pension account as is and, if you return to Federal service, you can resume your contributions. Standard Form SF3106 'Application for Refund of Retirement Deductions' is attached along with the separation fact sheet.

**Reemployment Priority List (RPL)**

Career and Career-Conditional employees are eligible to be placed on the reemployment priority list (RPL) two years, which provides you with the first opportunity for positions that are available and in which you qualify, within the SBA, in the local commuting area of Washington, DC.

**How to Apply:**
- You must submit your resume, a copy of your RIF letter, your most recent SF-50 and your most recent performance appraisal on or before your RIF separation date to rpl@sba.gov. Please title the subject line as Reemployment Priority List Application. The employee must be entered on the RPL no later than 10 calendar days after receipt of his/her application.

**Agency Career Transition Assistance Plan (CTAP)**

OHRS will provide assistance to help you find new employment, either in the public or private sector, and selection priority for competitive service vacancies within the agency.

**Interagency Career Transition Assistance Plan (ICTAP)**

You are eligible for special selection priority in other agencies for 1 year after your separation date.

**Proof of Eligibility**

You must attach the following proof of eligibility in order to exercise selection priority when applying for positions:

- o   separated by RIF:



All SBA programs and services are extended to the public on a nondiscriminatory

- a copy of the Standard Form 50 (Notification of Personnel Action) showing that you were separated by RIF, or
- a copy of the RIF separation notice.

If you feel your rights have been violated, you may appeal to the Merit Systems Protection Board (MSPB), in writing, anytime during the thirty (30) calendar day period beginning with the day after the effective date of this RIF action.  The MSPB's regulations and filing instructions may be found at http://www.mspb.gov and https://www.mspb.gov/appeals/appeals.htm.

If you choose to file an **e-appeal**, you may do so at: MSPB e-Appeal 2.3.0.19 - Sign On. Otherwise, you must file an appeal with the MSPB's regional office serving the area where your duty station was located when this action was taken. Your submission, if any, shall be addressed to:

Washington DC Regional Office 1901 S. Bell Street Suite 950 Arlington, Virginia 22202 (703) 756-6250 - telephone (703) 756-7112 - fax washingtonregionaloffice@mspb.gov

In addition, if you decide to file an appeal, you should notify the MSPB that the Agency contact official for the purpose of your appeal is:

John Russell, Jr. Paralegal, Office of General Law
U.S. Small Business Administration
409 Third Street, S.W., Seventh Floor
Washington, DC 20416
Phone: (202) 401-8207
Fax: (202) 741-7078

Additional information concerning the procedures for filing an appeal with MSPB to include forms and regulations may be viewed online at www.mspb.gov.

Bargaining Unit Employees (BUE) assigned to AFGE Local 228 only are required to follow the provisions outlined in Article 39, Negotiated Grievance Procedures, of the MLA for actions related to RIFS. BUEs may not appeal a RIF action to the MSPB unless there is an allegation of discrimination.

If you believe that this action is being taken because of your race, color, religion, sex, national origin, disability, age, or in retaliation for your previous participation in the EEO process you have the right to contact the Office of Equal Employment Opportunity & Civil Rights Compliance to file a complaint through the discrimination complaint process within 45 calendar days of the effective date of this action at eeoinquiries@sba.gov.

If you believe the action taken against you was a prohibited personnel practice as defined in 5 U.S.C. § 2302, you may contact the Office of Special Counsel (OSC). Likewise, if you believe that you have been subject to retaliation due to whistleblower activities, you may contact the OSC and pursue an Individual Right of Action. Further information may be found at www.osc.gov.

For further information regarding your rights and to review your personnel records, you may contact rif@sba.gov within the Subject line: RIF Notice.



All SBA programs and services are extended to the public on a nondiscriminatory

A Standard Form 50, Notification of Personnel Action, effecting your separation will be forwarded to you when available.

**If assistance is needed after separation contact HR4U@sba.gov.**

On behalf of the Agency, I wish to express our appreciation for your service during your tenure with the Small Business Administration. If you are interested in looking for future opportunities in the Federal government, please look for vacant positions on www.usajobs.gov.


Sincerely,

John M. Serpa
Chief Human Capital Officer
Small Business Administrator



Exhibit B



**U.S. Small Business Administration**

Office of Human Resources Solutions | 409 3rd Street, Suite 5300 | Washington, DC 20416

Date: June 20, 2025

To: ██████████

From:  John M. Serpa, Chief Human Capital Officer

Subject:  Extension of Effective Date of Reduction in Force


This letter is to inform you that the effective date of your Reduction in Force has been extended until resolution of pending litigation.  You will remain on Administrative Leave until further notice.

If you have questions regarding this letter, please submit them to rif@sba.gov.



Sincerely,

John M. Serpa
Chief Human Capital Officer
U. S. Small Business Administration

*All SBA programs and services are extended to the public on a nondiscriminatory basis.*

Exhibit C



U.S. Small Business
Administration

Office of Human Resources Solutions | 409 3rd Street, Suite 5300 | Washington, DC 20416

Date: September 29, 2025

To: ███████

From: John M. Serpa, Chief Human Capital Officer

Subject: Specific Reduction in Force Notice

The U.S. Small Business Administration (SBA) is executing a Reduction in Force (RIF) as part of a broader strategy to improve efficiency and reduce the size of the agency's workforce.

It is with great regret that I must inform you that your position of Program Analyst In OFFICE OF GOVERNMENT CONTRACTING & BUSINESS DEVELOPMENT, WASHINGTON, DIST OF COLUMBIA is being abolished, and you are subject to a RIF. This letter serves as formal notification of your specific RIF notice.

This RIF is being carried out in accordance with current law and regulations which include Chapter 35 of Title 5, United States Code; 5 Code of Federal Regulations, Part 351, internal SBA policies and Article 34 of the Master Labor Agreement for AFGE bargaining unit employees. OPM has approved SBA's request for a notice period of less than 60 days in accordance with 5 CFR 351.801(b).

To conduct the RIF, the Office of Human Resources Solutions (OHRS) prepared retention registers which listed employees in retention standing order based on competitive level, tenure, veterans' preference, length of Federal service and performance ratings.  We used the following information to determine your retention standing as of the RIF date:

Your retention status information is as follows:

Competitive Area: Government Contracting & Business Development - Office of Policy & Liaison - D.C.
Type of Service: Competitive - Career
Competitive Level: 0343-0006 GS-11
Tenure Group: 1
Veteran's Preference: 3
Service Computation Date (SCD): 09/27/2020
Last Three Performance Ratings (w/in 4-yr. period): H4, H5, H5
Adjusted Service Computation Date (includes additional credit for the performance ratings): 09/27/2001

As a result of the above, you are released from your competitive level in accordance with the reduction in force regulations and procedures.  You have no assignment rights at your current grade level within your competitive area, nor to another position in your competitive area. Effective immediately you are being placed on Administrative Leave and will remain on it through date your release from SBA at the close of business on October 29, 2025.

*All SBA programs and services are extended to the public on a nondiscriminatory basis.*

To ensure a smooth off-boarding process and timely receipt of your last pay, the following information should be completed:

-   Review SOP 34 00, Separation Clearance, which can be found on the Agency's SharePoint site and
-   Initiate the SBA e78 to include your personal email address. Your supervisor will ensure the form is completed by the effective date of the RIF, unless you are on administrative leave already.

You will need to complete the off-boarding process prior to your effective date of the RIF. Your supervisor will work with you to indicate all required clearances have been obtained for outstanding debts and accountable items, and all Federal government-owned property relating to your employment has been cleared with the appropriate officials prior to your separation or transfer from the Agency. If you are currently on Administrative Leave this process has already been completed and you do not need to complete it again.

**Federal Employee Health Benefits**

If you are enrolled in the Federal Employee Health Benefits program on the last day of employment, coverage continues until the end of the pay period and then continues at no cost for 31 additional days. OHRS should provide you with a copy of *SF2810, Notice of Change in Health Benefits Enrollment*. The second page contains information on enrolling in Temporary Continuation of Coverage (TCC) for up to eighteen months. If you elect TCC coverage, it will become effective on the 32nd day after separation. You are responsible for 100% of the premium costs plus a 2% administrative fee.

To search and find health plans and premiums, visit the link below.  See TCC and Former Spouse Rates for these plan types:
-   HMO (Regional Plans with Specific Service Areas)
-   FFS (Fee-for-Service/Nationwide Plans)
-   https://www.opm.gov/healthcare-insurance/healthcare/plan-information/premiums/

To enroll in TCC, request **SF2809, Health Benefits Election Form** and submit it within **60** days from notice of your separation. Please complete and return the last 2 pages of the form to HR4U@sba.gov.

**Sick Leave**

Accrued leave is not paid when separated. Your remaining sick leave balance is recorded on SF1150, Record of Leave Data, and restored if you return to Federal service.

**Annual Leave**

Accrued annual leave balance will be paid in a lump sum payment, within 2 full pay periods approximately after separation, **providing SBA Form 78 separation clearance is completed.** Check with your program office or supervisor to confirm you have cleared the SBA 78A separation.

**NOTE**

Negative leave balances at separation will generate a bill from the National Finance Center and all accrued annual leave may be reduced or removed, and final pay withheld.



All SBA programs and services are extended to the public on a nondiscriminatory

**W-2**

Your W-2 for this tax year will be mailed to last address on file in January of next year. You are strongly encouraged to review and update, as appropriate, your home address listed on [MyEPP](MyEPP).

**Computation of Severance Pay**

Calculations of severance pay will be provided to you along with additional benefits information and delivered to your personal email address. Eligible employees will receive severance pay unless they are eligible for immediate retirement or discontinued service retirement.

**Unemployment Insurance Benefits**

If you plan to file for unemployment compensation, attached is the SF-8 form for you to complete.  Take this form along with your separation SF-50 Notification of Personnel Action and the other documents described in the form to your local public employment service office.

**Retirement Contributions**

If you are not currently eligible for retirement a refund of your retirement contributions can be requested, or you can leave your FERS pension account as is and, if you return to Federal service, you can resume your contributions. Standard Form SF3106 'Application for Refund of Retirement Deductions' is attached along with the separation fact sheet.

**Reemployment Priority List (RPL)**

Career and Career-Conditional employees are eligible to be placed on the reemployment priority list (RPL) for two years, which provides you with the first opportunity for positions that are available and in which you qualify, within the SBA, in the local commuting area of Washington, DC.

> **How to Apply:**
> - You must submit your resume, a copy of your RIF letter, your most recent SF-50 and your most recent performance appraisal on or before your RIF separation date to [rpl@sba.gov](mailto:rpl@sba.gov). Please title the subject line as RPL Application. The employee must be entered on the RPL no later than 10 calendar days after receipt of his/her application.

**Agency Career Transition Assistance Plan (CTAP)**

OHRS will provide assistance to help you find new employment, either in the public or private sector, and selection priority for competitive service vacancies within the agency.

**Interagency Career Transition Assistance Plan (ICTAP)**

You are eligible for special selection priority in other agencies for one year after your separation date.

**Proof of Eligibility**

You must attach the following proof of eligibility in order to exercise selection priority when applying for positions:

- separated by RIF:



All SBA programs and services are extended to the public on a nondiscriminatory

- a copy of the Standard Form 50 (Notification of Personnel Action) showing that you were separated by RIF, or
- a copy of the RIF separation notice.

If you feel your rights have been violated, you may appeal to the Merit Systems Protection Board (MSPB), in writing, anytime during the thirty (30) calendar day period beginning with the day after the effective date of this RIF action.  The MSPB's regulations and filing instructions may be found at http://www.mspb.gov and https://www.mspb.gov/appeals/appeals.htm.

If you choose to file an **e-appeal**, you may do so at: MSPB e-Appeal 2.3.0.19 - Sign On. Otherwise, you must file an appeal with the MSPB's regional office serving the area where your duty station was located when this action was taken. Your submission, if any, shall be addressed to:

Washington DC Regional Office 1901 S. Bell Street Suite 950 Arlington, Virginia 22202 (703) 756-6250 - telephone (703) 756-7112 - fax washingtonregionaloffice@mspb.gov

In addition, if you decide to file an appeal, you should notify the MSPB that the Agency contact official for the purpose of your appeal is:

John Russell, Jr. Paralegal, Office of General Law
U.S. Small Business Administration
409 Third Street, S.W., Seventh Floor
Washington, DC 20416
Phone: (202) 401-8207
Fax: (202) 741-7078

Additional information concerning the procedures for filing an appeal with MSPB to include forms and regulations may be viewed online at www.mspb.gov.

Bargaining Unit Employees (BUE) assigned to AFGE Local 228 only are required to follow the provisions outlined in Article 39, Negotiated Grievance Procedures, of the MLA for actions related to RIFS. BUEs may not appeal a RIF action to the MSPB unless there is an allegation of discrimination.

If you believe that this action is being taken because of your race, color, religion, sex, national origin, disability, age, or in retaliation for your previous participation in the EEO process you have the right to contact the Office of Equal Employment Opportunity & Civil Rights Compliance to file a complaint through the discrimination complaint process within 45 calendar days of the effective date of this action at eeoinquiries@sba.gov.

If you believe the action taken against you was a prohibited personnel practice as defined in 5 U.S.C. § 2302, you may contact the Office of Special Counsel (OSC). Likewise, if you believe that you have been subject to retaliation due to whistleblower activities, you may contact the OSC and pursue an Individual Right of Action. Further information may be found at www.osc.gov.

For further information regarding your rights and to review your personnel records, you may contact rif@sba.gov within the Subject line: RIF Notice.

A Standard Form 50, Notification of Personnel Action, effecting your separation will be forwarded to you when available.



All SBA programs and services are extended to the public on a nondiscriminatory

**If assistance is needed after separation contact HR4U@sba.gov.**

On behalf of the Agency, I wish to express our appreciation for your service during your tenure with the Small Business Administration. If you are interested in looking for future opportunities in the Federal government, please look for vacant positions on www.usajobs.gov.

Sincerely,

John M. Serpa
Chief Human Capital Officer
Small Business Administrator



Exhibit D



**U.S. Small Business Administration**

Office of Human Resources Solutions | HR4U@SBA.GOV
409 3rd Street SW | Washington DC 20416

October 29, 2025

Subject: Separation Notice – Reduction in Force

Greetings:

This letter confirms your separation from the US Small Business Administration as part of a Reduction in Force, effective October 29, 2025. We thank you for your service and wish you continued success in your future endeavors.

As part of your separation, please review the following important information regarding your benefits and final actions following your actions from Federal Service:

**Health Benefits (Temporary Continuation of Coverage – TCC)**
If you are currently enrolled in the Federal Employees Health Benefits (FEHB) Program, you are eligible to continue your health coverage under Temporary Continuation of Coverage (TCC).

Enrollment forms must be submitted to HR4U@sba.gov with the following:
**Subject Line: TCC ENROLLMENT - LAST NAME, FIRST NAME - Separation Date**
         (Example: TCC ENROLLMENT - SMITH, JOHN - 10/29/2025)

**Final SF-50 and Leave and Earnings Statement**
Your final SF-50 (Notification of Personnel Action) and your last Leave and Earnings Statement (LES) will be mailed to you within two weeks of availability.  Due to the government shutdown we do not have an exact date of when your Leave and Earning Statement will be available.

**Retirement Contributions**
A refund of your retirement contributions can be requested, or you can leave your FERS pension account as is and, if you return to Federal service, you can resume your contributions. Standard Form SF3106 'Application for Refund of Retirement Deductions' is attached along with the separation fact sheet.

**Career Transition Programs Available to You**

**Reemployment Priority List (RPL)**
Career and Career-Conditional employees are eligible to be placed on the reemployment priority list (RPL) for two years, which provides you with the first opportunity for positions that are available and in which you qualify, within the SBA, in the local commuting area of Washington, DC.

**How to Apply:** You must submit your resume, a copy of your RIF letter, your most recent SF-50 and your most recent performance appraisal within 10 days of your RIF separation date to rpl@sba.gov. Please title the subject line as Reemployment Priority List Application. The employee must be entered on the RPL no later than 10 calendar days after receipt of his/her application.

**Interagency Career Transition Assistance Plan (ICTAP)**

You are eligible for special selection priority in other agencies for 1 year after your separation date. You can use this eligible by applying to positions on USAJobs.gov that are open to ICTAP Candidates.  You must follow the requirements listed in the vacancy announcement when applying.  Typically the announcement will require the following as proof of eligibility:

- a copy of the Standard Form 50 (Notification of Personnel Action) showing that you were separated by RIF, or
- a copy of the RIF separation notice.

**Life Insurance**

If you are enrolled in Federal Employees' Group Life Insurance (FEGLI), your coverage will end on the last day of the pay period in which you separate. You may convert your coverage to an individual policy; however, the conversion request must be postmarked within 31 days of your separation date or within 31 days of receiving the SF-2819 (Notice of Conversion Privilege) whichever is later.

**Conversion forms must be mailed directly to:**

OFEGLI
200 Park Ave
New York, NY 10166-0188

**Employee Personal Page (EPP) Access**

You will retain access to your Employee Personal Page (EPP) for 18 months following your separation date. Through EPP, you may:

- View and download personnel and pay documents
- Verify personal information
- Access prior LES and tax forms
- View your W-2 for 2025 once generated in January 2026

If you need assistance with Login.gov, send an email to HR4U@sba.gov
**Subject Line: LAST NAME, FIRST NAME – Login.gov Assistance**
(Example: SMITH, JANE – Login.gov Assistance)

**Final Pay and Lump Sum Annual Leave**

Your last paycheck will consist of 64 hours, and no leave will be earned. If all required documentation (e78) has been received by the Payroll Office, your lump sum annual leave payment will not be released until after the government shutdown has ended and we have received additional guidance from OPM on the processing of furlough and leave time.

You may also request copies of your official records directly from the Records Center, 30 days after your separation date.  To do so you must complete the Standard Form-127 and mail the form to:

> **National Archives and Records Administration**
> National Personnel Records Center
> (Civilian Personnel Records)
> 1411 Boulder Boulevard
> Valmeyer, IL 6225-2603

**Unemployment Insurance Benefits**
If you plan to file for unemployment compensation, attached is the SF-8 form for you to complete. Take this form along with your separation SF-50 Notification of Personnel Action and the other documents described on the form to your local public employment service office.

**Severance Pay**
If you are eligible to receive severance pay it will begin the pay period following your separation. Severance pay is paid on the same schedule as your current payroll and is made to the same financial institution as your paycheck.  As with annual leave payouts and final paychecks, severance pay will not begin to be paid out until the government shutdown has ended.

We appreciate your service to the US Small Business Administration and remain available to answer any questions regarding your separation. For assistance, please contact HR4U@sba.gov for Pay and Benefits related questions and RIF@sba.gov for questions specific to the Reduction in Force, please be sure to include your full legal name when emailing our office to better support you.

Sincerely,
Office of Human Resource Solutions

Enclosures

Exhibit E



**U.S. Small Business Administration**

Office of Human Resources Solutions | 409 3rd Street, Suite 5300 | Washington, DC 20416

Date: 11/17/2025

From: John M. Serpa, Chief Human Capital Officer

Subject: Rescission of Reduction in Force Notice

This letter is to formally rescind the Reduction in Force (RIF) notice dated 9/29/2025 per Public Law No: 119-37 - Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026. You are being reinstated to your position of record with the Small Business Administration (SBA). You will receive all retroactive pay through Pay Period 22.

You are required to report to the office as of November 19, 2025 and will be placed on administrative leave for November 17th and 18th. If you are unable to report to your office on November 19, 2025, you will be charged Leave without Pay or you may request annual leave until you report back to work.

You have the choice to return to your position of record at SBA, resign, or retire. You may retire if eligible for voluntary retirement or if eligible under VERA which is available through December 31, 2025. If you choose to not return to work and are not retirement eligible it will be considered a resignation.

Please indicate your intent on the attached form. Then, complete and sign the rest of the form and return to rif@sba.gov by 5:00 p.m. November 18, 2025.

Should you have any questions, please direct them to rif@sba.gov.

John M. Serpa
Chief Human Capital Officer
U.S. Small Business Administration

*All SBA programs and services are extended to the public on a nondiscriminatory basis.*



U.S. Small Business
Administration

Acknowledgement of Reduction In Force (RIF) Rescission

I acknowledge that my Reduction in Force has been rescinded. Based on this rescission I will:

_ Return to work with the Small Business Administration on November 19, 2025.

___ Not return to work with the Small Business Administration and wish to resign with an effective date of November 18, 2025.

____ Not return to work and continue with my voluntary retirement from the Small Business Administration with an effective date of November 18, 2025.

__ Not return to work and complete the retirement process through Voluntary Early Retirement Application (VERA).

_____
Printed Name

_____
Signature

Nov.17,2025
_____
Date



Exhibit F



Office of Human Resources Solutions | 409 3rd Street, Suite 5300 | Washington, DC 20416

Date: November 18, 2025

From: John M. Serpa, Chief Human Capital Officer

Subject: Important Notice

Notwithstanding any prior communication from the U.S. Small Business Administration, the September 29, 2025 RIF Notice and termination affecting your position remain in effect.

Sincerely,

John M. Serpa
Chief Human Capital Officer
U.S. Small Business Administration