1  Stacey M. Leyton (SBN 203827)
2  Barbara J. Chisholm (SBN 224656)
   Danielle Leonard (SBN 218201)
3  Alice X. Wang (SBN 335224)
   Robin S. Tholin (SBN 344845)
4  Talia Stender (SBN 341654)
   ALTSHULER BERZON LLP
5  177 Post Street, Suite 300
   San Francisco, CA 94108
6  Tel.: (415) 421-7151
7  sleyton@altber.com
   bchisholm@altber.com
8  dleonard@altber.com
   awang@altber.com
9  rtholin@altber.com
   tstender@altber.com
10
11 *Attorneys for Plaintiffs*

12 [Additional counsel not listed]

13               UNITED STATES DISTRICT COURT

14             FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16 | AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-08302-SI |
   |---|---|
   | Plaintiffs, | **DECLARATION OF HENRY NUEZ** |
   | v. | |
   | UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., | |
   | Defendants. | |

Decl. of Henry Nuez, No. 3:25-cv-08302-SI

**DECLARATION OF HENRY NUEZ**

I, Henry Nuez, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge.

2. I am currently unemployed, having recently lost my federal employment with the General Services Administration ("GSA") as the result of a reduction in force ("RIF") implemented during the recent government shutdown. Before being terminated, I worked for the GSA as a program specialist in the Region 5 Portfolio Information & Valuation Branch. In that position, I worked on updating and maintaining floorplans for all of the federal government buildings in Region 5.

3. I earned a bachelor's degree in architecture design in order to be able to do this work. After graduating college, I dedicated my life to working for GSA and was there for over 27 years. I was just three years shy of full retirement eligibility.

4. I am in a unit represented by the National Federation of Federal Employees Local 739.

5. On March 3, 2025, I received an email from the GSA Administrator stating that I would receive a RIF notice within 30 days and that my termination would be effectuated 60 days from the date of the RIF notice. It also informed me that I would be placed on administrative leave, effective immediately.

6. I received a RIF notice the following month with an effective termination date of June 7, 2025.

7. In June I received an email from GSA stating that the RIF was halted by a court and that we would remain on administrative leave indefinitely.

8. On September 24, 2025, I received a new RIF notice stating that I would be terminated on October 6, 2025.

9. The government shutdown began on October 1, 2025. I waited for more information about whether or not I would be terminated, but October 6, 2025 passed without any communication from the GSA. Finally, on November 5, 2025, I finally received documentation of my separation and

my separation paperwork, which was sent to my personal email. That paperwork confirmed that I had been terminated as of October 6.

10. Being arbitrarily terminated after almost three decades of federal service was a punch to the gut. I felt the effects of losing my income, insurance, and benefits just like every other terminated employee. This was especially anxiety inducing because my wife had been laid off from her retail job around the same time I got my RIF notice. To get by, we've had to rely on unemployment benefits and our savings.

11. This RIF has also negatively impacted my wife and I in more destructive and lasting ways. Working as long as I have at the GSA, it's become one of the central parts of my identity. The friends, coworkers, relationships, accomplishments, and even the disappointments related to my work are part of who I am today. I feel like I've lost a huge part of my sense of self.

12. This RIF did not follow the typical norms of how governments RIFs are conducted and processed. We were all left confused, lost, and feeling that even the agency we had worked for no longer supported us. I feel that this torture was deliberate to cause as much pain and suffering as possible to government employees and their families, mine included.

13. This RIF has taken an extreme toll on my health and the health of my wife. During my annual doctors visit in October, I was diagnosed as borderline diabetic. There is not a doubt in my mind that the loss of sleep, depression, anxiety, and fear about our future because of this RIF played a large part in my diagnosis. My wife, Jennifer, has had bouts of anxiety in her life. However, because of this RIF, we've both noticed a spike in her anxiety levels. We experience the negative impact of this RIF in our everyday lives. We have not gone one day without feeling the worries, the anxiety, the fears that this RIF has caused. We wait each day for the next "shoe to drop" that will make things worse than the last. We have cried more times than we want to admit to anyone. The inability to know what our future holds since I was terminated on October 6, 2025 has caused extreme damage to our health.

14. My hope is that I can be reinstated to the job that I have dedicated my life to. My job was my home away from home, and I want nothing more than to go back to work and have the opportunity to retire like those before me. When I eventually retire, I want to be able to do so with

Decl. of Henry Nuez, No. 3:25-cv-08302-SI                                                                                          2

1  peace and dignity, knowing that I served this country as a federal employee, a civilian, and an
2  immigrant who came to the United States with my parents and siblings from the Philippines in the
3  late 60's with hope for a better life.
4      I declare under penalty of perjury under the laws of the United States that the foregoing is true
5  and correct. Executed December 09, 2025, in Aurora, Illinois.

*/s/ Henry Nuez*    12-09-2025
HENRY NUEZ