Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 3:25-cv-08302-SI<br><br>**DECLARATION OF PATRICIA SALCEDO** |

1

**DECLARATION OF PATRICIA SALCEDO**

2  I, Patricia Salcedo, declare as follows:

3      1.      I am over 18 years of age and competent to give this declaration.  This declaration is

4  based on my personal knowledge.

5      2.      I recently lost my federal employment with General Services Administration ("GSA")

6  as the result of a reduction in force ("RIF") implemented during the recent government shutdown.

7  Before being terminated, I worked for the GSA as an industrial hygienist.  In that position, I was

8  responsible for anticipating and recognizing safety risks at federal worksites such as fire hazards or

9  potential exposure to dangerous materials like asbestos or lead.  I was the only industrial hygienist in

10  Region 4 of the GSA, which covers Florida, Georgia, North Carolina, South Carolina, Mississippi,

11  Alabama, Kentucky and Tennessee.

12      3.      I have worked in federal service for fifteen years, with eleven years at the Veterans

13  Health Administration and four years at the GSA.  I started working for the federal government

14  immediately out of college, and my job meant the world to me.  I'm the first woman in my family to

15  get more than an elementary school education, and so getting to go to college and then to have a good

16  public service job was really meaningful to me.  If I were offered my job back at the GSA, I would

17  take it.

18      4.      My position at the GSA was part of a bargaining unit represented by the National

19  Federation of Federal Employees.

20      5.      On March 3, 2025, many of my coworkers at the GSA were informed that they would

21  imminently receive RIF notices.  When I spoke to my supervisor that day, they said that I should be

22  safe from the RIF because I am the only industrial hygienist in my region and my job is essential.

23  Nonetheless, that evening I received an email from the GSA Administrator stating that I would

24  receive a RIF notice within 30 days and that my termination would be effectuated 60 days from the

25  date of the RIF notice.  It also informed me that I would be placed on administrative leave, effective

26  immediately.

27      6.      When I got this notice, I was taken completely by surprise.  During my time at GSA, I

28  was an exemplary employee, earning some of the highest performance evaluations in my department.

And because I am the only person who performs a necessary safety function in my region, I thought there was no way they could eliminate my position.

7.      As anticipated, I received a RIF notice in April with an effective termination date 60 days from the date of the notice.

8.      In June I received an email from GSA stating that the RIF was halted by a court and that I would remain on administrative leave in the interim.

9.      On September 24, 2025, I received a new RIF notice stating that I would be terminated on October 6, 2025. Because the GSA limited our ability to forward emails from our work emails after the March notice, I do not have a copy of my RIF notice. After receiving the September notice, I emailed our HR department to ask for information regarding the retention registry.  I was told by HR I would have to submit a FOIA request to obtain that information.

10.     The government shutdown began on October 1, 2025.  I waited to hear whether I would be terminated, but October 6, 2025 passed without any communication from the GSA.  On October 29, 2025, I finally received documentation of my separation to my personal email.  A true and correct copy of my separation letter is attached hereto as Exhibit A.  On the same day, I received an email from our IT department instructing me to return my work equipment.

11.     Getting RIFed has been one of the most painful experiences of my life.  It is always upsetting to lose your job.  But the callous way in which the RIF was carried out is what has made this experience truly traumatic.  And, as a mother of four children, the prolonged uncertainty about whether I'd have any income has been extremely terrifying.

12.     Since being RIFed, I was able to obtain a job with the American Cancer Society. While I'm thankful to be employed, I'm making far less at my new job than I was with the GSA. Additionally, I lost all of the retirement, leave, and life insurance benefits I had earned from being a federal employee for over a decade.  The difference in leave has been especially challenging, as it means I can no longer be there for my kids in the way I used to, and I now often have to miss their school events and extracurriculars.

13.     One of the most difficult changes has been the shift in our health insurance.  My husband is self-employed as an electrical contractor, so getting insurance through his job was not an

option.  We are now insured through my new job, but under our new plan we have to reach a high deductible before anything is covered.  This has been especially difficult because my husband suffers from long-COVID, the symptoms of which can be so severe that he's occasionally bedridden for days at a time.  His condition often requires appointments with specialists that are not covered by our new insurance plan.

14.  The change in insurance has also affected my children.  My oldest son's physical therapy now costs us three times as much as it did before.  And my twelve-year-old may have to forgo treatment for his severe allergies because of the increased expense under our new plan.  The cost of the dentist visits associated with my two oldest kids' braces has also increased significantly.

15.  The chaos of this experience has taken a toll on me as well.  Since March I've been to the doctor more than I have in my entire life due to conditions related to the anxiety and stress of the RIF.  For example, I recently had a stress-induced allergic reaction that had to be treated with steroids.  Now that our insurance covers so little, however, I will have to make the difficult decision to go without seeing a doctor when issues like that arise in the future so that we can afford my husband and kids' medical expenses.  Even so, we've begun to incur credit card debt in order to pay our medical bills, which we have never had to do before this.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on December 09, 2025, Murfreesboro, Tennessee.


*Patricia Salcedo*

PATRICIA SALCEDO

Exhibit A



**U.S. General Services Administration**
**Processing & Personnel Management Center**

Date: 10/06/2025

Dear ██████████████████████████

Thank you for your service to GSA. To assist with your transition out of federal employment, we have included information pertaining to benefits that may be available to you after separation. Questions concerning these benefits can be directed to the Benefits and Retirement Center, cpc.benefits-retirement @gsa.gov.

In the event your home address changes after you have separated, please send an email to KC-payroll.finance@gsa.gov to update your address.

**Federal Employees Health Benefits (FEHB)**
Your coverage in the Federal Employees Health Benefits (FEHB) Program ends on the last day of the pay period in which you separate from Federal service, subject to a 31-day extension of coverage (at no cost to you) with opportunity for conversion to an individual contract with your insurance carrier. You also have the right to temporarily continue your FEHB coverage for up to 18 months after your separation instead of converting to an individual contract at this time. You may select any plan in the FEHB Program in which to continue your coverage if you are eligible to enroll in the plan. To continue your coverage, you must pay the <u>full amount of the premium</u> (both the employee and government share) <u>plus a 2% administrative charge</u>. If you choose to continue your coverage, you have the free coverage described above for the first 31 days. Your Temporary Continuation of Coverage (TCC) enrollment and premium charges begin on the day after the 31-day period of free coverage ends. If you continue TCC to the end of the 18-month period, you will have another 31-day extension of coverage with opportunity for conversion to an individual contract.

If you are interested in continuing your FEHB coverage, please visit www.opm.gov and complete SF 2809 then submit it to cpc.benefits-retirement@gsa.gov within 60 days after your date of separation.  You can also mail the SF 2809 to:

General Services Administration
Attn: Benefits and Retirement Center
2300 Main St.
Kansas City, MO 64108

You can read additional information about TCC by visiting www.opm.gov and reading RI 79-27, TCC under the FEHB.
**We also want to inform you that the Patient Protection and Affordable Care Act (ACA) did not eliminate TCC or change the TCC rules. If you would like to learn more about the ACA including the health insurance marketplace, please visit www.healthcare.gov.**

**Federal Employee Dental and Vision Insurance Program (FEDVIP)**
Your FEDVIP coverage (if applicable) terminates at the end of the pay period in which you separate.  There is no 31-day extension of coverage period, TCC period, Spouse Equity coverage, or right to convert to an individual policy.

**Federal Employees Group Life Insurance (FEGLI)**
Your coverage in the FEGLI Program terminates at the end of the day on which you separate from Federal service, subject to a 31-day extension of coverage (at no cost to you) with conversion privilege to a non-group policy.  If you were enrolled in the FEGLI program and wish to convert to a non-group policy, complete the eligibility statement on page 2 of the SF 2819, Notice of Conversion Privilege, and mail it, along with the SF 2821, Agency Certification of Insurance Status to: Office of Federal Employee Group Life Insurance (OFEGLI), 200 Park Ave, New York, NY 10166-0188.

You must mail your request to convert to a non-group policy within 31 days of the date in part A, item 3 of the SF 2819 <u>or</u> within 31-days of the date you receive the SF 2819, whichever gives you more time.

**Federal Retirement**
During your employment you may have been covered by the Federal Employees Retirement System (includes Revised Annuity Employees and/or Further Revised Annuity Employees) or the Civil Service Retirement System (CSRS) (includes CSRS Offset), or other retirement system. Your retirement system, length of federal service, and age determines your eligibility for future retirement.  You have the option to request a refund of your retirement contributions.  For FERS, FERS-RAE, and FERS-FRAE employees, use SF 3106, Application for Refund of Retirement Deductions.  If covered under CSRS or CSRS Offset, use SF 2802, Application for Refund of Retirement Deductions.  These forms are available on the US Office of Personnel Management's website (www.opm.gov).  If you receive a refund of your retirement contributions, if you return to federal employment, in most cases you must make a redeposit in order for that refunded service to be creditable for retirement eligibility and annuity computation.

If you are requesting a refund, please mail the application form to the address listed on the form 30 days after separation/effective date of the SF-50.

**Federal Long Term Care Insurance Program (FLTCIP)**
You must make arrangements with Long Term Care Partners to continue payments for the FLTCIP if you participated.  For additional information or to set up payment arrangements call 1-800-582-3337.

**Flexible Spending Account (FSAFEDS)**
The balances of your Health Care FSA (HCFSA), Limited Expense (LEX) HCFSA, and Dependent Care FSA (DCFSA) are treated differently.  Your HCFSA and/or LEX HCFSA can only be reimbursed for the expenses incurred up to the date of your separation. Any remaining funds in your HC or LEX FSA after you separate will be forfeited.  Note:  if you used your entire elected amount before FSAFEDS deducted the monthly allotment, you will not be responsible

for the remaining allotments.  You can continue to use the remaining balance of your DCFSA to pay for eligible dependent care expenses until the end of the benefit period or until your account balance is depleted, whichever comes first. For additional information about your FSAFEDS account, please call     1-877-372-3337.

**Thrift Savings Account**
You were immediately vested in your contributions and the agency matching contributions. There is a three (3) year vesting period for the 1% Agency Automatic contribution.

For information on options for your TSP account, please contact TSP at 1-877-968-3778 (TDD 1-877-847-4385). TSP has various publications on their website to answer your questions about your options after leaving federal service.

If you have an outstanding TSP loan, you can pay the loan in full at separation OR take a taxable distribution of the unpaid amount.  Taking a taxable distribution means that the portion of the loan that has not been repaid will be treated as taxable income and you may be liable for the 10% penalty for early withdraw.  A withdraw request cannot be processed until your loan is closed by either payment in full or taxable distribution.

**Annual Leave and Sick Leave**
You will be paid for your unused annual leave at your hourly rate within 1-3 pay periods after you separate.  You will not be paid for your unused sick leave.  Your unused sick leave will be restored to your balance if you return to federal service. If you do not receive your unused annual leave payment within three pay periods, please contact the National Payroll Branch at kc-payroll.finance@gsa.gov.

**Employee Express**
You will have access to Employee Express (EEX) after you separation to obtain Earnings and Leave Statements as well as your W-2 for tax preparation.  If, after you separate, you lose your login information or lock yourself out of EEX, you will not receive a new password. Please safeguard your User ID and password!

**Electronic Official Personnel Folder (eOPF)**
You will no longer have access to GSAs eOPFs system as you have been separated. The agency will retain your folder for up-to 90-days.  For inquiries during this period, please email cpc.eopf@gsa.gov.

After the 90 days, please contact NPRC by mail to National Personnel Records Center, Annex, 1411 Boulder Boulevard, Valmeyer, IL 62295 or email it to cpr.center@nara.gov.

It is perfectly acceptable to submit a written request on a sheet of plain paper if you are requesting your SF 50 and (this part is important) all the following information:

- Your full name. Be sure to put the name used while in federal service even if it has changed since then.
- Your date of birth.

- Your Social Security Number.
- The name of the agency or agencies in which you were employed.
- The dates of employment (approximate dates will work if you don't have exact dates).
- Where to send it – please note that at this time, SF 50s cannot be emailed for security reasons so be sure to include your mailing address or a safe fax number.
- The purpose of the request, (e.g. employment). If it is an emergency, please state the reasons your SF 50 is urgently needed.
- Most importantly, **it must contain your signature!**  Requests submitted without a signature cannot and will not be processed.  Why such a strict rule? Because your signature is considered your authorization for the release of your personal identifying information (PII).

**SF-8 Notice to Federal Employee About Unemployment Insurance**

Federal employees who become unemployed may be entitled to unemployment insurance (UI) benefits.  If you become unemployed and want to file a UI claim, go to the nearest local public employment service office of the state you live.  To expedite your claim, take the enclosed SF-8, your Social Security card, your most recent SF-50, Notice of Personnel Action, and your latest Earnings and Leave Statement to your local unemployment office.

If you have any questions that have not been addressed in this letter, please contact my team via email, cpc.eopf@gsa.gov .

Thank you for your dedicated service to the federal government.


Willa B. McDaniel
Acting Supervisor, Processing and Personnel Records Management

Attachments:

SF 50, Notice of Personnel Action
SF 2810, Notice of Change in Health Benefits Enrollment (if applicable)
SF 2819, Notice of Conversion Privilege, FEGLI (if applicable)
SF 2821, Agency Certification of Insurance Status (if applicable)
SF 8, Notice to Federal Employee about Unemployment Insurance

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name *(Last, First, Middle)* | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| | | | 10/06/2025 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 356 | SEPARATION-RIF |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| PNM | REG 351.603. RIF PLACEMENT/SEPARATION. |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number
INDUSTRIAL HYGIENIST
PD: 4403694

15. TO: Position Title and Number

| 8. Pay Plan | 9.Occ. Code | 10.Grade or Level | 11.Step or Rate | 12. Total Salary | 13.Pay Basis |
|---|---|---|---|---|---|
| GS | 0690 | 13 | 04 | | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | | | |

| 16. Pay Plan | 17. Occ. Code | 18.Grade or Level | 19.Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | | | |

14. Name and Location of Position's Organization

PUBLIC BUILDINGS SERVICE
OFFICE OF THE ADMINISTRATOR
OFFICE OF THE PBS COMMISSIONER
FACILITIES MGMT. SVCS. PROGRAMS DIVISION
SAFETY AND ENVIRONMENTAL BRANCH
NASHVILLE TN

22. Name and Location of Position's Organization

### EMPLOYEE DATA

| 23. Veterans Preference | | | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|---|---|
| 1 - None  3 - 10-Point/Disability  5 - 10-Point/Other | | | 0 - None  2 - Conditional | WM | YES  X NO |
| 1   2 - 5 Point   4 - 10-Point/Compensable   6 - 10-Point/Compensable/30% | | | 1  1 - Permanent 3 - Indefinite | | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| Z5  BASIC + OPTION B (5X) + OPTION A + OPTION C (5X) | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K   FERS AND FICA | 08/15/2010 | F   FULL TIME | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service  3 - SES General | E - Exempt | | |
| 1  2 - Excepted Service  4 - SES Career | E  N - Nonexempt | 192.P04M0007.60.11.000.. | 1213 |

| 38. Duty Station Code | 39. Duty Station *(City - County - State or Overseas Location)* |
|---|---|
| 47-1760-037 | NASHVILLE DAVIDSON TN |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 4P1MS | | 0000 | 17.06 | MODERATE RISK (MR). |

45. Remarks

SF 2819 WAS PROVIDED. LIFE INSURANCE COVERAGE IS EXTENDED FOR 31 DAYS DURING WHICH YOU ARE ELIGIBLE TO CONVERT TO AN INDIVIDUAL POLICY (NONGROUP CONTRACT).

HEALTH BENEFITS COVERAGE IS EXTENDED FOR 31 DAYS DURING WHICH YOU ARE ELIGIBLE TO CONVERT TO AN INDIVIDUAL POLICY (NONGROUP CONTRACT). YOU ARE ALSO ELIGIBLE FOR TEMPORARY CONTINUATION OF YOUR FEHB COVERAGE FOR UP TO 18 MONTHS.

FORWARDING ADDRESS:

ENTITLED TO            SEVERANCE PAY FUND TO BE PAID AT THE RATE OF          PER WEEK OVER      WEEKS BEGINNING 10-07-2025.

LUMP-SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE.

OPF RETAINED BY OPM EOPF (AFTER 90 DAYS TO BE RETAINED BY NPRC)

RIF NOTICE DATED: 09/19/25.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| PUBLIC BUILDINGS SERVICE | ELECTRONICALLY SIGNED BY: |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | SANDY DIEU |
|---|---|---|---|
| GS03 | 4174 | 10/06/2025 | SUPERVISORY HR SPECIALIST |

5-Part                    2 - OPF Copy - Long-Term Record -- DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After
6/30/93
NSN 7540-01-333-6236

# NOTICE TO EMPLOYEE

**This is your copy of the official notice of a personnel action.  Keep it with your records because it could be used to make employment, pay, and qualifications decisions about you in the future.**

## The Action

- Blocks 5-B and 6-B describe the personnel action(s) that occurred.
- Blocks 15-22 show the position and organization to which you are assigned.

## Pay

- When the personnel action is an award or bonus, block 20 shows the amount of that one-time cash payment.  When the action is not an award or bonus, block 12 shows your former total annual salary, and block 20 shows your new total annual salary (block 20C plus 20D).  The amounts in blocks 12 and 20 do not include any one-time cash payments (such as performance awards and recruitment or relocation bonuses) or payments that may vary from one pay period to the next (such as overtime pay), or other forms of premium pay.

- Block 20A is the scheduled amount for your grade and step, including any special salary rate you receive.  It does not include any locality-based pay.  This rate of pay serves as the basis for determining your rate of pay upon promotion, change to a lower grade, or reassignment, and is used for pay retention purposes.

- Block 20B is the annual dollar amount of your interim Geographic Adjustment or, beginning in 1994, your locality-based comparability payment.

- Block 20C is your Adjusted Basic Pay, the total of blocks 20A and 20B.  It serves as the basis for computing your retirement benefits, life insurance, premium pay, and severance pay.

- Block 20D is the total dollar amount of any Retention Allowances, Supervisory Differentials, and Staffing Differentials that are listed in the remarks block.  These payments are made in the same manner as basic pay, but are not a part of basic pay for any purpose.

## Block 24 - Tenure

- Identifies the nature of your appointment and is used to determine your rights during a reduction in force (RIF).  Tenure groups are explained in more detail in subchapter 26 of FPM Supplement 296-33 and RIF is explained in FPM Supplement 351-1; both should be available for review in your personnel office.

## Block 26 - Veterans Preference to RIF

- Indicates whether you have preference for reduction-in-force purposes.

## Block 30 - Retirement Plan

- **FICA** — Social Security System
- **CS** — Civil Service Retirement System
- **CS-Spec** — Civil Service Retirement System for law enforcement and firefighter personnel
- **FS** — Foreign Service Retirement and Disability System
- **FERS** — Federal Employees' Retirement System
- **FERS-Reserve Tech** — Federal Employees' Retirement System for National Guard Reserve Technicians
- **FERS-ATC** — Federal Employees' Retirement System for Air Traffic Controllers
- **FERS-Spec** — Federal Employees' Retirement System for law enforcement and firefighter personnel
- **FSPS** — Foreign Service Pension System

## Block 31 - Service computation Date (Leave)

- Shows when your Federal service began unless you have prior creditable service.  If so, this date is constructed to include your total years, months and days of prior creditable civilian and military service.

- Full-time employees with fewer than 3 years of service earn 4 hours of annual leave each pay period; those with 3 or more years but less than 15 years earn 6 hours each pay period; and those with 15 or more years earn 8 hours each pay period.

- Your earnings and leave statement or your time and attendance card will

## Block 32 - Work Schedule

- Your work schedule is established by your supervisor.
- A full-time employee works on a prearranged scheduled tour of duty that is usually 40 hours per week.  A part-time employee has a prearranged scheduled tour of duty that is usually between 16 and 32 hours per week.  An intermittent employee has no prearranged scheduled tour of duty and works when needed.

  Full-Time and part-time employees whose appointments are for 90 days or more are usually eligible to earn annual leave; intermittent employees are not.

  Seasonal employees work on an annually recurring bases for periods of less than 12 months each year; they may have a full-time, a part-time, or an intermittent schedule during their work season.

  On-call employees work during periods of heavy workload and are in pay status for at least 6 months of each year; they may have either a full-time or a part-time schedule when they are in pay status.

## Block 33 - Part-time Hours Per Biweekly Pay Period

Indicates the number of hours a part-time employee is scheduled to work during a two-week pay period.

## Block 34 - Position Occupied

Identifies the employment system under which you are serving -- the Competitive Service, the Excepted Service, or the Senior Executive Service (SES).

The employment system determines your eligibility to move to other jobs in the Federal service, your rights in disciplinary and adverse actions, and your eligibility for reemployment if you have Federal service.

## Block 35 - FLSA Category

Exempt employees are not covered by the minimum wage and overtime law (the Fair Labor Standards Act); nonexempt employees **are** covered.

## Block 37 - Bargaining Unit Status

Identifies a bargaining unit to which you belong, whether or not your are actually a member of a labor organization.  Code "7777" indicates you are eligible but not in a bargaining unit; code "8888" indicates you are ineligible for inclusion in a bargaining unit.

## Block 38 and 39 - Duty Station

Identifies the city, county, and state or the overseas location, where you actually work.

# OTHER INFORMATION

- If your appointment entitles you to elect health benefits or life insurance, and you have not been provided materials explaining the programs available and the enrollment forms, contact your personnel specialist.

- Your personnel specialist will also tell you if your position is covered by an agreement between an employee organization (union) and your agency.  If you are eligible and elect to join an employee organization, you can elect to have your dues withheld from your salary.

- If you have questions or need more information about your rights and benefits, ask your supervisor or your personnel office.

- Definitions for any coded data in Blocks 1-24, 27-39 and 45-50 may be found in Federal Personnel Manual Supplement 292-1.

**It is your responsibility to read all the information on the front of this notice and tell your personnel office immediately if there is an error in it.**



**Federal Employees
Health Benefits Program**

# Notice of Change in Health Benefits Enrollment

## Part A - Identifying Information

| 1. Name *(Last, first, middle initial)* | | 2. Date of birth | 3. Social security number |
|---|---|---|---|
| 4. Home address *(including ZIP Code)* | | 5. Payroll office number | 6. Enrollment code number<br>105 |
| | | 7. SF 2811 Report number | 8. Date this action becomes effective<br><br>10/18/2025 |

Only the item that is checked below affects your enrollment.  Read that item carefully and follow any pertinent instructions.
Keep this form for your records.

## Part B - Termination

✔ Your enrollment terminates on the date in Part A, item 8, above.  However, your coverage is extended for 31 days after that date.

*Important Notice:* **You have the right to convert to an individual (nongroup) contract with the carrier of your plan. You also may have the right to temporarily continue your group coverage.** See **Part B - Termination** on the back of this form for information about 31-day extension of coverage, conversion, and temporary continuation of coverage.

| If termination is due to death of enrollee enter date of death | Date of death (mo, dy, yr) |
|---|---|

| Part C - Transfer In | Part D - Reinstatement |
|---|---|
| The new Payroll Office (or Retirement System) shown in Part H below has accepted transfer of this enrollment and will continue it. | Your enrollment has been reinstated effective on the date in Part A, item 8, above. |

| Part E - Change in Name of Enrollee | Part F - Change In Enrollment-Survivor Annuitant |
|---|---|
| The name under which this enrollment is carried has been changed to:<br><br>Name                                     Date of Birth<br>Patricia Salcedo Lomeli,<br>Address (including ZIP Code) if different from Part A, item 4, above. | Your enrollment has been changed from family coverage to self only.  Your plan will send you a new identification card. Your new enrollment code number is shown below. (Note: This item is completed by Retirement Systems only.)<br><br>**New Enrollment Code Number**  ( 10/06/2025 ) |

## Part G - Remarks

For all benefits questions please contact the benefits team at: cpc.benefits-retirement@gsa.gov

## Part H - Date of Notice

*Note: Instructions for Employing Offices are on the back of Copy 4 of this form.*

| Name and address of agency *(including ZIP Code)*<br>General Services Administration<br>2300 Main Street 2NW<br>Kansas City, MO  64108 | Personnel contact and telephone number<br>Sandra Jenkinson | |
|---|---|---|
| | Payroll contact and telephone number<br>Ciara Reed | ( 816-823-2693 |
| Signature of authorized agency official      *Sandra Jenkinson* | | Date<br>10/06/2025 |

## Part B - Termination

*If Part B on the other side of this form is checked, read the following instructions carefully.*

**31-Day Extension of Coverage**
Your enrollment terminates on the date shown in Part A, item 8, on the front of this form. Coverage under your enrollment continues temporarily for 31 days from the date shown. If you, or any covered member of your family, are a patient in a hospital on the 31st day of this temporary extension, benefits of the plan may continue for the rest of that confinement, but not beyond 60 more days.

**Conversion to Nongroup Contract**
You may convert your enrollment to a nongroup contract, without evidence of good health. The nongroup contract to which you may convert is one regularly offered by your plan. It may differ from your group plan in benefits, or cost, or both, and you will have to pay the entire cost of the nongroup contract directly to the plan. The nongroup contract is effective on the day after your 31-day extension of coverage ends.

If you are interested in converting to a nongroup contract, write for information to the nearest office of the plan in which you have been enrolled (see the plan's brochure or ask your employing office for the address of the plan's nearest office). The plan will promptly send you an application form and details concerning benefits and rates of the nongroup contract to which you may convert.

**Time Limit on Conversion**
Normally, to be eligible for conversion, you must send your written request for information to your plan within 31 days after the date shown in Part H. However, if the date shown in Part H is more than 60 days after the date your enrollment terminates (Part A, item 8), you must forward it to your plan within 91 days after the date shown in Part A, item 8.

If you are prevented by causes beyond your control from submitting a timely request for information about conversion to a nongroup contract, you should write to your plan as soon as possible asking approval of a belated conversion opportunity. Explain fully the circumstances that prevented earlier action and attach proof of the loss of group coverage (e.g., Standard Form 50 terminating Federal employment). A plan may consider requests filed within 6 months after group eligibility ends. If your plan needs assistance in processing your request, it should contact OPM.

**Temporary Continuation of Coverage**
If you are an employee whose enrollment is terminating because you are separating from service (including separation for retirement), you may be eligible to temporarily continue your benefits coverage under the Federal Employees Health Benefits Program after separation. Within 61 days after the date shown in Part A, item 8, on the front of this form, your employing office will formally notify you of your rights regarding temporary continuation of coverage and tell you where you may obtain additional information. You will have 60 days after the later of (1) your date of separation from service, or (2) the date you receive the notice from your employing office in which to elect temporary continuation of coverage.

When your temporary continuation of coverage expires, you will be entitled to the 31-day extension of coverage and the opportunity to convert to a nongroup contract.

**Entry on Active Military Duty**
If you elected to terminate your enrollment because you are entering military service, you may convert to a nongroup contract even though your family members are entitled to care under the Uniformed Services Health Benefits Program. If you return to civilian duty in the exercise of reemployment rights, your enrollment will be reinstated effective on the day you return to active duty. If you return to civilian duty not in the exercise of reemployment rights, you must, if eligible for coverage, register again the same as a new employee. If you are an annuitant, your enrollment will be reinstated on the day you are separated from military service. You must notify your retirement system of this event by furnishing a copy of your separation papers.

## Part C - Transfer of Enrollment

*If Part C on the other side of this form is checked, read carefully whichever of the following instructions applies:*

**Transfer of Employment**
Your enrollment has been transferred from your previous agency or payroll office to the agency or payroll office shown in Part H. If you are in a prepaid comprehensive medical plan and you left the area served by the plan, you may be able to change to another plan. For details about your right to change plans, check with your employing office.

**Retirement**
Your enrollment has been transferred from your employing agency to the retirement system shown in Part H. Your enrollment continues automatically during retirement if you retire on an immediate annuity and you have been enrolled under the Federal Employees Health Benefits Program for the lesser of (1) all your service since your first opportunity to enroll, or (2) the 5 years of service immediately preceding retirement. Your share of the cost of your enrollment will be withheld from your annuity.

**Death**
The enrollment of the deceased employee named in Part A has been transferred to the retirement system shown in Part H. If the deceased employee or annuitant was enrolled for self and family at the time of death, and if at least one member of the family is entitled to a survivor annuity (or the widow(er) is entitled to the Basic Employee Death Benefits under FERS), coverage for each family member who was covered by the employee's enrollment continues automatically.

If there is only one eligible survivor, the enrollment will be changed from family coverage to self only. The survivor's share of the cost of the enrollment will be deducted from the annuity. Application for Death Benefits (Standard Form 2800 or the equivalent) should be filed promptly to avoid any question about health benefits coverage. When the survivor annuity is approved, another form like this one will be issued to show that the enrollment is being continued in the survivor's name.

**Employees' Compensation**
Your enrollment has been transferred to the Office of Workers' Compensation Programs. Your enrollment continues automatically while you receive monthly compensation from the Office of Workers' Compensation Programs if the Secretary of Labor has held that you are unable to return to duty and if you have been enrolled under the Federal Employees Health Benefits Program for the lesser of (1) all your service since your first opportunity to enroll, or (2) the 5 years of service immediately preceding the start of your compensation. Enrollment of covered family members of a deceased employee or compensationer also continues automatically while they receive monthly compensation, if (1) the deceased employee or compensationer was enrolled for self and family at the time of death, and (2) at least one of the covered family members is entitled to compensation as a surviving beneficiary under the Federal Employees' Compensation Act. The compensationer's or survivor's share of the cost of the enrollment will be deducted from the compensation checks.

*Keep This Form For Your Records*

## Disposition Instructions To Payroll Offices

**Copy 2 -**  Send to insurance carrier, attached to Transmittal Report to Carrier (SF 2811), **at the earliest possible date.**  Under no circumstances should SF 2810s be accumulated for longer than a week, nor should they be delayed to coincide with applicable payroll deductions.

**Copy 3 -**  Use as payroll action document, if necessary.

**Copy 4 -**  In cases of death or retirement under the Civil Service Retirement System or the Federal Employees Retirement System, send to the Office of Personnel Management together with the Official Personnel Folder copy of each Health Benefits Registration Form (SF 2809) accepted from the employee including any Medical Certificates attached thereto, Individual Retirement Record (SF 2806 [CSRS] or SF 3100 [FERS]) and any other applicable documents.  For other retirement systems (including Office of Workers' Compensation Programs, Department of Labor), send these documents (or the equivalent) to the office administering the system.

# Instructions for Employing Offices

## Purpose of Form

This form covers health benefits actions **except** enrollments, changes from one plan to another, changes of coverage within a plan and cancellations, which are processed on the Health Benefits Registration Form (Standard Form 2809).  When an action requires a change in health benefits enrollment, prepare SF 2810 *As Soon As the Effective Date Is Known* and give the appropriate copies to the enrollee and payroll office **Immediately.**  Preparation and distribution of copies should not be delayed pending SF 50 action in the case of transfers to another payroll office.

## Prompt Action Required for Conversion

Give this form to the enrollee within 60 days after the date shown in Part A, item 8.  To be eligible to convert to a nongroup contract, the enrollee must send a written request for information about conversion to a nongroup contract to his or her plan within 31 days after the date shown in Part H, but not later than 91 days after the date shown in Part A, item 8.

## Completion of Form

**Part A** - Identifying Information
1. For items 1, 2, and 6, transcribe from the last SF 2809 or SF 2810, whichever is the most recent.
2. Item 4, use most recent known address.
3. Item 5, use payroll office number of office authorized to process withholdings.
4. Item 8, date as follows for action reported in:
   B. *Termination* - Last day of pay period in which separation (or other action terminating enrollment) occurs except, when coverage terminates because of completion of 365 days in nonpay status, use the last day of the pay period which includes the 365th day of continuous nonpay status; and when coverage terminates because of military duty not limited to 30 days or less, use date employee is separated, was furloughed or placed on leave of absence for military duty.
   C. *Transfer In* - Actual date (first day on gaining employing office or retirement system rolls.)
   D. *Reinstatement* - Actual date.
   E. *Change In Name Of Enrollee* - Actual date.
   F. *Change In Enrollment-Survivor Annuitant* - Effective day of sole survivor's annuity.

## Part B - Termination
These most frequently occuring actions terminate enrollment:
   Separated.
   Retired - not eligible to continue enrollment.
   Died - no survivor eligible to continue enrollment.
   Termination of title to annuity or compensation.
   Changed to excluded position or category.
   365 days nonpay status completed.
   Temporary continuation of coverage expired.

## Part C - Transfer In
Gaining office uses this box to report transfer actions such as:
   Acceptance of transfer from another agency to payroll office number.
   Retired - Acceptance of transfer by retirement system because employee is eligible to continue enrollment as an annuitant.
   Death - Acceptance of transfer by retirement system because survivor is eligible to continue enrollment as a survivor annuitant.
   Transfer accepted by Office of Workers' Compensation Programs.
   **Note:** Retirement systems (including OWCP) accepting transfer in, show also in "Remarks" whether enrollment is for an *"Employee Annuitant" or "Survivor Annuitant."*

## Part D - Reinstatement
State in "Remarks" reason for any action not applicable to active military duty, such as "Reinstatement of erroneous separation."

## Part E - Change in Name of Enrollee
Use this box only for reporting changes in name where change of coverage within a plan by SF 2809 is not involved.  Show date of birth only where enrollment is changed from employee's or annuitant's name to name of survivor annuitant.

## Part F - Change in Enrollment - Survivor Annuitant
Only agencies administering retirement systems will make this determination on the basis of documentary evidence that there is only one survivor annuitant.

## Part G - Remarks
Use this box to bring to the attention of the employee, annuitant, or insurance carrier any pertinent information to clarify or support the action being taken.

## Part H - Date of Notice
Facsimile signature is acceptable.  Date as of day of issuance.

## Disposition

Copy 1          - Deliver (or mail) to employee, annuitant or survivor **at the earliest possible date,** but before 60 days from the date shown in Part A, item 8.

Copies 2 and 3  - Send to appropriate insurance carrier and payroll office.

Copy 4          - File in Official Personnel Folder (or its equivalent).


**FEGLI**
Federal Employees
Group Life Insurance

**Notice of Conversion Privilege**
Federal Employees' Group Life Insurance Program

## Part A - Instructions to Employing Agency

Complete Part A of this form whenever an employee's life insurance coverage terminates due to separation, resignation, retirement, death or end of 12 months in non-pay status. On the date insurance terminates (except by waiver), give this notice to every employee and/or the assignee(s), if applicable, and to the family of each deceased employee who had the Option C-Family coverage. Also, upon request, give this notice to the family of an eligible employee who does not convert his or her Option C-Family insurance. If this notice is prepared for a retiring employee, forward Part 2 (duplicate) to OPM with the employee's retirement papers. Otherwise, place Part 2 (duplicate) in the employee's Official Personnel Folder.

| 1. Name of employee | 2. Date of birth *(mo., day, yr.)* | 3. Date insurance terminated 10/06/2025 |
|---|---|---|
| 4. Was employee insured for Option C-Family insurance on date in item 3? | ✔ Yes | ☐ No |

| **Agency Certification** | *I certify that the above information has been obtained from, and correctly reflects, official personnel records.* |
|---|---|

| 5. Signature of authorized agency official *Stephanie Haworth* | 6. Name and mailing address of agency |
|---|---|
| 7. Typed name of authorized agency official Stephanie Haworth | GSA Benefits-Retirement Branch CSS1PB 2300 Main Street, 2NW Kansas City, MO 64108 |
| 8. Title Human Resources Specialist (Information Systems) | |
| 9. Telephone number | 10. Date of this notice *(mo., day, yr.)* 10/06/2025 |

## Part B - Conversion Information for Employees, Assignees, and Family Members Who are Losing FEGLI Coverage

If you are eligible and you will be carrying all of your Federal Employees' Group Life Insurance (FEGLI) coverage into retirement, do not apply for conversion. Employees (and assignees, if applicable) and their family members who are losing FEGLI coverage, however, may be eligible and wish to convert some or all of their coverage to an individual direct-pay policy.

**Employees** - If you have not assigned your FEGLI coverage, you are entitled to convert to an individual direct-pay policy unless, within 3 calendar days after the date your insurance terminates, you return to a Government position that qualifies you to reacquire FEGLI coverage. You may purchase an individual policy in an amount equal to or less than your Basic life insurance plus any optional coverage you may have.

**Assignees** - You are entitled to convert your share of the insured's FEGLI coverage to an individual direct-pay policy unless, within 3 calendar days after the date the insured's insurance terminated, he/she returns to a Government position that qualifies him/her to reacquire FEGLI coverage. If that is the case, his/her previous assignment is still valid. You may purchase an individual policy in an amount equal to or less than the amount of insurance which the insured assigned to you.

**Family members** - If, upon termination of the employee's FEGLI coverage, he/she does not convert Option C-Family coverage (if any), you, as an eligible family member, may do so. Spouses may convert up to $5,000, and eligible children up to $2,500 each. Eligible family members are the employee's spouse and unmarried dependent children under age 22 (including adopted children, stepchildren who lived with the employee in a regular parent-child relationship, and recognized natural children) and unmarried dependent children over age 22 who are incapable of self-support because of a mental or physical disability that existed before they reached age 22.

**Your time to convert is limited** - You must mail your request for information regarding conversion within 31 days of the date in item 3 of Part A above, or within 31 days of the date you receive this notice, whichever gives you more time. If you fail to request conversion information within the 31-day time limit due to a cause beyond your control, you may be allowed to convert your life insurance within six months after the date in item 3, provided you attach a full explanation of what prevented you from making a timely request. If approved, the effective date of the conversion policy will be retroactive to the day following the day group coverage ended.

**Note:** Under certain circumstances, life insurance is payable if death occurs within 31 days after the group life insurance terminates, regardless of whether conversion has been requested. However, extension of the conversion privilege beyond 31 days does not extend coverage under any circumstances. If death occurs within the 31-day period, further information concerning possible benefits may be obtained from the agency named in item 6 above.

**General information about conversion**

- If you have assigned your FEGLI coverage, you can **only** convert your Option coverage (if any). Your assignee(s) retain(s) the right to convert your other coverage(s).
- No medical examination is required.
- You or the assignee(s), if applicable, must pay the premium applicable to the individual policy.
- The government will not pay any part of the individual policy premium.
- The individual policy will be issued by an insurance company you select from the list of eligible companies you will receive if you apply for conversion.
- The individual policy may be an ordinary life policy or a variation of ordinary life (see Part B). It must be a type of insurance customarily issued by the insurance company you select. However, it cannot be term insurance or universal life insurance or any other form of life insurance that has an indeterminate premium. It cannot have disability or accidental death and dismemberment benefits.

**How to convert**

1. Complete the appropriate eligibility statement on the reverse side of this form and mail it to the Office of Federal Employees' Group Life Insurance (OFEGLI), 200 Park Avenue, New York, NY 10166-0188.

2. If you have an SF 2821, Agency Certification of Insurance Status, attach the original (Part 1) to this form when you mail it to OFEGLI. Note: Retiring employees (and assignees of those employees) who are continuing Basic Life insurance but converting one or more of the options should submit the duplicate (Part 2) of the SF 2821with this form to OFEGLI. The original (Part 1) of the SF 2821 should be submitted with the retirement application. OFEGLI will mail you detailed information on how to apply for conversion, together with a list of eligible insurance companies. You have 31 days (from the date in item 3 of Part A above, or the date you receive this notice, whichever gives you more time) to request conversion information from OFEGLI.

3. In the event you do not have an SF 2821, you should request a completed form from the employing agency before the expiration of your 31 day time limit and forward it to OFEGLI at the address given in item 1 above. **However, don't delay sending the SF 2819 requesting conversion information to OFEGLI -- send it anyway while you await the SF 2821.**

4. If you are using this form to convert some of your life insurance coverage, but not Option C, have your employing office prepare another SF 2819 for your family members.

Office of Personnel Management
FEGLI Handbook for Personnel and Payroll Offices

**Part 1 - Employee/Assignee/Family Member**
NSN 7540-01-231-5586        2819-102        Previous editions are not usable

Standard Form 2819
Rev. May 1995

## Part C - Eligibility Statement

1. Please check the correct box(es).

[✓] I have read Part B on page 1 and am interested in converting my insurance to an individual policy. Please send additional information.

[ ] Basic    [ ] Option A-Standard    [ ] Option B-Additional

[ ] I have read Part B on page 1. The family members listed in item 7 below are eligible for conversion of Option C-Family insurance to a direct-pay policy. Please send me additional information.

| 2. Signature of person completing this statement | 3. Date *(mo., day, yr.)* <br> Patricia Salcedo L□ | 4. Full name and address of person completing this statement *(including ZIP code)* |
|---|---|---|

5. Was the FEGLI coverage assigned?    [ ] Yes    [ ] No

   If Yes, are you the assignee of the insured's FEGLI coverage?

       [ ] Yes    [ ] No

6. Check **one**:    [ ] I have attached an SF 2821.    [ ] I am a family member and do not need an SF 2821.    [ ] I will obtain and submit an SF 2821 later.

| 7. Eligible family members | Birth date | Relationship | Eligible family members | Birth date | Relationship |
|---|---|---|---|---|---|
| a. | | | d. | | |
| b. | | | e. | | |
| c. | | | f. | | |

## Part D - Information About Individual Policies

**Types of Policies**

There are two basic types of life insurance available.

- **An Ordinary Life** policy, also known as a Whole Life policy or a Straight Life policy, provides lifetime protection in return for premium payments throughout the insured's entire life (or to age 100). The policy builds a CASH VALUE after one, two, or three years. The cash may be withdrawn if premium payments are stopped. You may borrow against the cash value of the policy at any time for any purpose.

- **A variation of Ordinary Life** provides for a shorter premium payment period, usually to age 95, at which time the policy becomes paid-up for the remainder of the insured's life. This variation provides the same lifetime protection and benefits as an Ordinary Life policy, provided that premiums are paid for the prescribed premium payment period. However, since premiums are payable for a shorter period of time, they normally would be higher. And, because the premiums are normally higher, the policy's CASH VALUE usually increases more quickly.

**Assignment**

If you have assigned (given up ownership of) your insurance, only the assignee(s) has (have) the right to convert your non-option C coverage. If an assignee converts his/her share of your insurance, he/she (1) is responsible for paying the premiums, (2) will receive the dividends, if any, (3) may withdraw the cash if he/she stops paying premiums, and (4) may borrow against the cash value.

**Cost of Individual Policy**

Life insurance policies (whether Ordinary Life or a variation) are issued on a participating or non-participating basis.

Premiums for participating policies are higher than those charged for non-participating policies. Part of the premium is refunded in the form of an annual dividend to the policyholder - the part found not needed to furnish protection. The first dividend is usually available after premiums have been paid for one, two, or three years. To obtain the net cost of a participating policy, deduct these yearly dividends from the premiums.

For non-participating policies, premiums are set as close as possible to the actual cost of insurance protection. The premium is the guaranteed cost to the policyholder. No dividends are paid under these policies.

The following are approximate premium rates on a participating basis for Ordinary Life policies with premiums payable for life (or to age 100) and for Ordinary Life policies with premiums payable to age 95. Premium rates for non-participating policies are somewhat lower and no dividends will be paid under these policies. **The rates shown below are examples only and are not rates for any one company.**

### Sample Annual Premium Rates per $1,000 of Insurance
Participating Insurance (any dividends paid will reduce these costs)

| Age of insured at issuance of policy | Ordinary Life | Life Paid-Up at Age 95 | Age of insured at issuance of policy | Ordinary Life | Life Paid-Up at Age 95 |
|---|---|---|---|---|---|
| 20 | $ 9.00 | $10.50 | 45 | $24.50 | $28.00 |
| 25 | $10.50 | $12.50 | 50 | $31.50 | $36.50 |
| 30 | $12.50 | $14.50 | 55 | $40.50 | $48.00 |
| 35 | $15.50 | $17.50 | 60 | $53.00 | $64.00 |
| 40 | $19.50 | $21.50 | 65 | $66.50 | $77.50 |

**Privacy Act Statement** - Title 5, United States Code, Chapter 87, Life Insurance, authorizes solicitation of this information. The data you furnish will be used by the Office of Federal Employees' Group Life Insurance to determine eligibility for conversion of life insurance coverage. This information may be shared with national, state, local, or other charitable or social security administrative agencies to determine and issue benefits under their programs, or law enforcement agencies, when they are investigating a violation or potential violation of the civil or criminal law.



**FEGLI**
Federal Employees
Group Life Insurance

# Agency Certification of Insurance Status
*Federal Employees' Group Life Insurance Program*

**To Agency: See reverse for information and instructions**

| 1. Name of employee *(Last, first, middle)* | 2. Date of birth *(Month, day, year)* | 3. Social Security number |
|---|---|---|

**4a. Event requiring certification**
- [✓] Separation *(includes resignation)*
- [ ] Retirement
- [ ] Death as an employee
  - Had employee filed Application for Retirement *(SF 2801 or SF 3107)* with OPM?
  - [ ] No    [ ] Yes
- [ ] Death as a reemployed annuitant
- [ ] End of 12 months non-pay status
- [ ] Other *(Specify)*

**4b. Employee's retirement system**
- [✓] CSRS/FERS   [ ] CIA   [ ] Other *(Specify)*
- [ ] TVA   [ ] FICA
- [ ] DCRS*
- [ ] FSRS   *D.C. Police & Fire/Public School Teachers

**4c. OWCP number** *(if applicable)*

**5. Disposition of Designations of Beneficiary** *(SF 54, SF 2823)*
- [ ] Attached
- [ ] None on file with this agency
- [✓] On file in employee's Official Personnel Folder

| 6. Did the employee assign his/her insurance? | 7. Did the employee elect living benefits? |
|---|---|
| [✓] No | Amount elected *(check one and attach EOB)* |
| [ ] Yes *(attach RI 76-10)* | [✓] No   [ ] Partial *(post-election BIA $ _____ )* |
| | [ ] Yes   [ ] Full |

| 8. Date of event checked in item 4a | 9. Date of SF 2819, *Notice of Conversion Privilege* - **Issuance Is Mandatory** *(Prepare SF 2819 for each employee whose coverage as an employee terminates, **including all** retiring employees)* |
|---|---|
| 10/06/2025 | 10/06/2025 |

| 10. Annual basic pay (not basic insurance amount) on date in item 8 *(Convert hourly, daily, piecework, etc., rate to annual rate)* | 11. Effective date of continuous coverage under the FEGLI Program *(If any break in service, list dates)* |
|---|---|
| | 06/28/2016, 11/19/2023 |

| 12a. Did employee have Option A - Standard Insurance on date in item 8? | 13a. Did employee have Option C - Family Insurance on date in item 8? |
|---|---|
| [ ] No [✓] Yes | 12b. Amount of Option A 10,000 | [ ] No [✓] Yes | 13b. Effective date of election 6/28/2016 |
| | 12c. Effective date of election 6/28/2016 | | |

| 14a. Did employee have Option B - Additional Insurance on date in item 8? | | | |
|---|---|---|---|
| [ ] No [✓] Yes | 14b. Effective date of election 6/28/2016 | 14c. Number of multiples on date in item 8 5X | 14d. Lowest number of multiples during last 5 years 5X |

**15. Personnel records certification** *(This form will not be accepted without both personnel and payroll certification.)*
I certify that the above information was obtained from, and correctly reflects, official personnel records, and that the employee was covered by Federal Employee's Group Life Insurance on the date in item 8.

| 15a. Signature of certifying official *(Facsimile not acceptable)* | 15e. Name and address of agency *(Including ZIP Code)* |
|---|---|
| *Stephanie Haworth* | GSA, Processing & Personnel Records MGMT |
| 15b. Typed name of certifying official | 2300 Main Street, 2NW (CIP-6) |
| Stephanie Haworth | Kansas City, MO 64108  Fax# 1-800-519-9358 |
| 15c. Title | |
| Human Resources Specialist (Information Systems) | Benefits Team: cpc.benefits-retirement@gsa.gov |
| 15d. Date 10/06/2025 | 15f. Telephone number *(Including area code)* |

**16. Payroll records certification** *(This form will not be accepted without dual certification.)*
I certify that I have compared the annual basic pay shown in item 10, above, with current payroll records and the figures agree. Payroll deductions were being made or would have been made if the employee had been in pay status for the alpha code (Insurance code and SF 50 equivalent) on the date in item 8.

Alpha code
**Z5**

| 16a. Signature of certifying official *(Facsimile not acceptable)* | 16f. Name and address of payroll office *(If different from that given in item 15e)* |
|---|---|
| *Sandra Jenkinson* | |
| 16b. Typed name of certifying official | General Services Administration |
| Sandra Jenkinson | National Payroll Branch (BCEC) |
| 16c. Title | 2300 Main Street, 2NW |
| Director, Benefits & Retirement Branch | Kansas City, MO 64108 |
| 16d. Date 10/06/2025 | 16e. Telephone number *(Including area code)* | 16g. Payroll office number 47000016 |

| Remarks *(For agency use only)* | OPM use only |
|---|---|

**PART 1 - Original**

## Instructions To Employing Agencies

### Completion of Certification

1. This certification must be completed in triplicate whenever an employee's insurance terminates or is scheduled to terminate due to:
   a. Death
   b. Retirement
   c. Completion of 12 months in non-pay status including those cases where the employee will be continuing all or some of his or her insurance while in receipt of workers' compensation.
   d. Any other reason, except under the following circumstances:
      (1) Employee waived or declined all insurance on his or her most recent SF 2817.
      (2) If it is known that, within 3 calendar days after the insurance terminates, the employee will return to Government service in the same position or another position and he or she will be eligible to reacquire insurance coverage.

2. In item 4b, indicate the retirement system under which the employee is covered. If other than those shown, please specify. In item 4c, indicate the insured Office of Workers' Compensation Programs case file number, if applicable.

3. In item 6, indicate whether the employee completed an *Assignment of Federal Employees' Group Life Insurance* form (RI 76-10). If yes, attach the form. If the assignee(s) subsequently reassigned the insurance, attach the applicable RI 76-10 form(s).

4. In item 7, indicate whether the employee elected living benefits. If yes, attach the Explanation of Benefits (EOB) which was returned to the personnel office by OFEGLI, and indicate whether full or partial benefits were elected. If partial, indicate the dollar amount.

5. In item 9, give the date of the *Notice of Conversion Privilege* (SF 2819). In case of death in service, where employee had no Option C coverage, leave this item blank.

6. In item 11, "effective date of continuous coverage under the FEGLI Program" means the date the employee began FEGLI coverage without a break for any reason, except separation from the Federal service or exclusion by law or regulation. In addition to the effective date of continuous FEGLI coverage, indicate the dates of any break in service.

7. In item 12, indicate the dollar amount of Option A. In most cases, this will be $10,000. However, the amount may exceed $10,000 if the combined total of the maximum basic insurance amount and the $10,000 for this option is less than the employee's annual basic rate of pay (the rate actually payable).

8. In item 12, 13, and 14, "effective date of election" means the date the employee began the optional FEGLI coverage without a break for any reason, except separation from the Federal service or exclusion by law or regulation.

9. Appropriate officials must certify that the employee's personnel and payroll records are consistent with the information reported on this form. The two certifications (in items 15 and 16) may not be made by the same official; however, a payroll certification may be made by a personnel officer who has access to payroll records.

10. If this certification is prepared for reasons other than separation for retirement, death, or end of 12 months in non-pay status, ***Do Not*** send the SF 2821 to OPM. Give or mail the original (Part 1) and duplicate (Part 2) to the employee or assignee(s), if applicable, with the SF 2819, for conversion purposes. However, if the employee is receiving compensation benefits, and employment terminates prior to the end of 12 months in non-pay status, check Other in item 4a and forward the original (Part 1) of the SF 2821 to the Office of Personnel Management, Retirement Operations Center, Boyers, PA 16017.

11. **Important:** When a duplicate SF 2821 is issued to replace one which is lost, it must be clearly marked ***"DUPLICATE"***.

### Disposition of Certification

1. **Death of Employee**
   a. Send duplicate (Part 2) of the SF 2821 to the Office of Federal Employees' Group Life Insurance (OFEGLI), 200 Park Avenue, New York, NY 10166-0188.
   b. Keep the original (preferably in the Official Personnel Folder or its equivalent) for attachment to a claim for death benefits (Form FE-6) when received.
   c. If no claim is received, send the original (Part 1) SF 2821, upon request, to OFEGLI.
   d. If the deceased employee has any designation of beneficiary forms (SF 54 or SF 2823) on file, you must attach them to the original SF 2821 when it is sent to OFEGLI.
   e. If the deceased employee has an *Assignment of Federal Employees' Group Life Insurance* form (RI 76-10) on file, you must attach it to the original SF 2821 when it is sent to OFEGLI. If the employee elected Living Benefits, attach the Explanation of Benefits (EOB) which was returned to the personnel office by OFEGLI.

2. **Retirement of Employee**
   a. If the retiring employee is applying for an immediate annuity and is eligible and will be continuing all life insurance into retirement, attach the original SF 2821 (Part 1), all designations of beneficiary (SF 54 or SF 2823), if any, and all life insurance elections (SF 176 or SF 2817), to the Application for Retirement and send these documents to OPM. Give the duplicate (Part 2) of the SF 2821 to the employee. (*Note:* In a disability retirement case where the retirement application has already been sent to OPM, attach the original SF 2821 and the other insurance forms to the "final" Individual Retirement Record [SF 2806/SF 3100 or equivalent].) If the retiring employee has an *Assignment of Federal Employees' Group Life Insurance* (RI 76-10) on file, you must attach it to the original SF 2821. If the retiring employee elected Living Benefits, attach the Explanation of Benefits (EOB) which was returned to the personnel office by OFEGLI.
   b. If the employee is continuing Basic Life insurance into retirement, have him or her complete SF 2818, *Continuation of Life Insurance Coverage*. Attach the complete SF 2818 to the original (Part 1) SF 2821.
   c. A retiring employee who will continue Basic Life insurance, but cancel (and therefore **NOT CONVERT**) one or more of the options for which he or she would otherwise be eligible, must complete SF 2817, *Life Insurance Election*, declining those options. However, if the employee has assigned his/her insurance, he/she may **not** cancel any insurance. Only the assignee(s) may do so. If the effective date of the change in coverage comes before the separation for retirement, process the SF 2817 as usual and attach the original, with all other life insurance elections, to the Application for Retirement. However, if the effective date of the change in coverage falls after the date of **separation** for retirement, indicate as such in item 6 of the SF 2817 designated *Agency Remarks*, give the employee his or her copy, and attach both the original and Part 2 to the SF 2821. In either event, OPM must have the executed SF 2817. The SF 2821 should be completed to reflect the retiring employee's insurance status **at the time of separation for retirement** and attached to the Application for Retirement.
   d. If the retiring employee will continue Basic Life insurance, but convert (and therefore **NOT CANCEL**) one or more of the options, complete the SF 2821 and submit the original (Part 1) with the Application for Retirement, as indicated in item 2a, above. However, if the employee has assigned his/her insurance, he/she may **not** convert any insurance. Only the assignee(s) may do so. The employee or assignee(s), if applicable, should submit the duplicate SF 2821 (Part 2) with a completed SF 2819, indicating which options he or she wishes to convert, to OFEGLI. **Do Not** have the employee or assignee(s), if applicable, complete an SF 2817, *Life Insurance Election*, declining the options being converted.
   e. If the retiring employee or assignee(s), if applicable, prefers to convert (and therefore **NOT CANCEL**) both Basic Life and all optional insurance(s) to an individual policy, give him or her the original and duplicate (Parts 1 and 2) of the SF 2821 and an SF 2819. Retain designations of beneficiary (SF 54 or SF 2823), if any. **Do Not** have the employee or assignee(s), if applicable, complete an SF 2817, *Life Insurance Election*, declining the options being converted.
   f. If the retiring employee is not eligible to continue life insurance coverage into retirement, give him or her original and duplicate (Parts 1 and 2) of the SF 2821 and an SF 2819. Retain designations of beneficiary (SF 54 or SF 2823), if any.

3. **Employee is Receiving Compensation Benefits**
   a. Before completing items 12 through 14, contact the district Office of Workers' Compensation, if necessary, to confirm whether the employee still has any optional insurance.
   b. A compensationer is considered a retired employee for purposes of life insurance. Therefore, follow items 2a - 2f above.

4. **All Other Cases**
   Give or mail the original and duplicate (Parts 1 and 2 of the SF 2821) to the employee and/or assignee(s), as applicable.

5. **In All Cases**
   Retain the file copy (Part 3) of the SF 2821 in the employee's Official Personnel Folder or its equivalent.

### Prompt Certification Required

The time in which an employee or assignee(s), if applicable, may convert group life insurance to an individual policy is limited. This SF 2821 must be completed and delivered or mailed promptly.

## TAKE THIS FORM WITH YOU IF YOU GO TO FILE A CLAIM

## UNEMPLOYMENT COMPENSATION FOR FEDERAL EMPLOYEES (UCFE) PROGRAM

## NOTICE TO FEDERAL EMPLOYEE ABOUT UNEMPLOYMENT INSURANCE

This form has been given to you because (1) you have been separated from your job, or (2) you were placed in a nonpay status, or (3) your records have been transferred to a different payroll office.

*Unemployment insurance (UI) for Federal workers.* When unemployed, Federal workers may be entitled to UI benefits similar to those of workers in private industry. If you become unemployed or are in a nonpay status and want to FILE A CLAIM, go to the nearest LOCAL PUBLIC EMPLOYMENT SERVICE OFFICE of the STATE EMPLOYMENT SECURITY AGENCY to register for work and file your claim for UI. Your ELIGIBILITY for UI CANNOT be determined until AFTER you file a claim. DO NOT DELAY filing a UI claim; if you wait, your unemployment benefits may be reduced or you may not qualify for any benefits.

To help EXPEDITE your claim, take THIS FORM with you, your SOCIAL SECURITY ACCOUNT NUMBER CARD, the OFFICIAL NOTICE of your most recent employed by a Federal agency, SEPARATION or of your present NONPAY status (Standard Form 50 if available), EARNINGS and LEAVE statements, or similar documents that indicate you were employed by a Federal agency.

| 3 Digit Identification<br>FEDERAL AGENCY | CODE NO.<br>600 |
| --- | --- |

| | To be completed by the *Federal Agency:* |
| --- | --- |
| Equifax Workforce Solutions | Contact Name/Office |
| | GSA |
| P. O. Box 66945 | |
| | Telephone No. *(include area code)* |
| St. Louis, MO 63166-6945 | |
| | 800-829-1510 (SARC) |

**FEDERAL AGENCY** will insert in the box:

**1st line** - Parent Federal Agency Name and 3 digit code number

**2nd line** - Major Component (if any)

**3rd and 4th line** - complete address to which all forms pertaining to a claim should be sent (ES-931, 931A, 934, 936, and notices of appeal, hearings, and determinations)

**KEEP THIS FORM** and **TAKE IT WITH YOU** if you file a UCFE/UI claim for unemployed Federal workers provided by Federal law (U.S. CODE, Title 5, Chapter 85). For more information about UCFE/UI, read the REVERSE SIDE of this form.

STANDARD FORM 8 (REV. 6-87)<br>Prescribed by Dept. of Labor<br>20 CFR 609

NSN 7540-00-634-3964

# UNEMPLOYMENT COMPENSATION FOR FEDERAL EMPLOYEES (UCFE) PROGRAM

## UNEMPLOYMENT INSURANCE (UI) FOR FEDERAL WORKERS

### TAKE THIS FORM WITH YOU IF YOU GO TO FILE A CLAIM

**GENERAL INFORMATION:**

**1. WHO WILL PAY UNEMPLOYMENT BENEFITS?**

If you are eligible, you will be paid by a State employment security agency under the provisions of its unemployment insurance (UI) law. The amount of your regular weekly benefits and the period for which benefits will be paid will generally be determined by the law of the State in which you had your last Official Duty Station. This Duty Station will be printed on your final "Notification of Personnel Action", SF-50. If you have received all the regular benefits for which you are eligible, you may, under certain circumstances, became eligible for additional weeks of extended benefits; check with a State local office official. If your last duty station was outside the United States, you will not be eligible until you return to the United States, including the District of Columbia, Puerto Rico, and Virgin Islands. Your benefit rights will then be determined under the law of your State of residence.

UCFE/UI for unemployed Federal workers is paid from U.S. Government funds. No deductions were taken from your pay to finance these benefits.

**2. UNDER WHAT CONDITIONS WILL I BE ELIGIBLE?**

All State UI laws require that:
a. You must be unemployed, able to work, and available for suitable work; (In some cases, you may be eligible if you are employed less than full time);
b. You must register for work and file a claim at a local public employment service/UI claim office;
c. You must continue to report to the office as directed; and
d. You must have had a certain amount of employment/wages within a base period of 1 year specified in the State law and have been separated through no fault of your own.

All State UI laws will deny you benefits for such reasons as:

a. Quitting your job voluntarily without good cause or being discharged for misconduct connected with work; or
b. Refusing an offer of a suitable job without good cause.

Some State UI laws deny or reduce UI benefits for certain types of payments you may receive (retirement, severance, and/or lump-sum amount for unused, accrued annual leave).

**3. DO I HAVE THE RIGHT OF APPEAL?**

Yes. If a determination is made denying you benefits, you have the right to appeal as provided in the applicable State law.

**4. ARE THERE ANY PENALTIES?**

Yes. If you willfully make a false (fraudulent) claim, you may be fined, imprisoned, or both. If you make a mistake in giving information when you file your claim, notify the local UI claim office as soon as you discover the mistake: prompt notification may avoid a penalty.

(The above statements are issued for general information; they do not have the effect of law, regulation, or ruling.)

IF YOU BECOME REEMPLOYED and have been collection UCFE/UI benefit payments, it is your RESPONSIBILITY to notify the local office, in writing, to discontinue paying benefits now that you are employed. Failure to do so may result in a *penalty such as a fine, imprisonment, or both.*

Dear Employee,

As part of our ongoing efforts to streamline and improve your HR and pay experience, GSA is migrating its payroll system into HR Links.

**What does this mean for you?**
Currently, GSA uses OPM's Employee Express (EEX) for accessing earnings and leave statements, tax reporting, and other related services. With this migration, GSA will no longer use EEX and its functionality will move to HR Links.  Note: EEX will remain READ-ONLY through November 2025.

**Action Required: Download Your Historical Data from EEX**
We encourage employees to download their historical earnings and leave statements and W-2s from EEX. No historical data will be transferred to HR Links during the migration.

**Our payroll team experts strongly recommend you download, at a minimum:**
- Your last 3 years of W-2 and 1095-C Forms
- Your last 3 years of Pay Period #26 Earnings and Leave Statement

How to Download Your Data:
1. Log in to Employee Express (EEX) at:
   https://www.employeeexpress.gov/Default.aspx
2. Navigate to the sections for earnings and leave statements and W-2 forms
3. Download and save each document to your personal computer

We understand that changes like this can require some adjustment. We are confident that HR Links will provide a more integrated and user-friendly experience for managing your HR and pay information.  More information about accessing the new payroll functionality in HR Links will be coming soon.

If you have any questions, please contact Payroll at: kc-payroll.finance@gsa.gov