Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **DECLARATION OF PACE SCHWARZ** |

# DECLARATION OF PACE SCHWARZ

I, Pace Schwarz, declare as follows:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, and is made in support of the Plaintiffs' Motion for Preliminary Injunction.

2. I am a Research Assistant in the Office of the General Counsel for the American Federation of Government Employees, AFL-CIO ("AFGE"). In my role as a Research Assistant, I conduct research for AFGE for litigation, certification, and delegation matters. Over the last 10 months, however, I have spent a considerable amount of time collecting and reviewing notices and letters sent to AFGE related to actions taken by the current Presidential administration, including from employees subject to RIFs.

3. This declaration is based on my personal knowledge of information collected in my role at AFGE regarding the information and documents received by AFGE and that I have reviewed and collected from union officers, members, and that is publicly available regarding the reduction-in-force actions taken by federal agencies since October 1, 2025.

**State Department**

4. This information supplements the Declaration of Corrie Willson (ECF 123-5) with respect to employees represented by AFGE that were separated from federal employment by the State Department during the federal shutdown between October 1, 2025 and November 12, 2025.

5. AFGE is aware of approximately 8 civil service employees of the State Department were separated from federal employment between October 1, 2025 and November 12, 2025, which include employees represented by AFGE. These employees had previously received RIF Notices with a separation date of September 9, 2025, but were granted extensions for various reasons.

6. The documentation provided to employees separated from federal employment during the shutdown included a packet of materials including a separation SF-50 form and other benefits materials which had been filled out with individualized information, reflecting work performed during the shutdown.

**Education Department**

7. This information supplements the Declaration of Rachel Gittleman earlier in this case (ECF 47-4).

8. The Department of Education has confirmed that on October 10, 2025, it sent RIF Notices to 137 employees within the Office of Civil Rights (among others at the Department) (ECF 102-4 ¶9). Pursuant to the Continuing Resolution legislation enacted on November 12, 2025 to end the shutdown, the Department has rescinded those RIF notices, as confirmed by declaration to the Court (ECF 117-2 ¶16).

9. AFGE is also aware, and the Department confirmed, that on October 14 and 15, 2025, during the shutdown, the Department attempted to reissue previously expired RIF notices to an additional 247 employees of OCR, which include those represented by AFGE, with a new separation date of November 3, 2025 (ECF 117-2 ¶¶16-19).

10. The Department did not separate these employees on November 3 in light of the preliminary injunction issued in this case.

11. After the shutdown ended on November 12, 2025, the Department did not rescind these RIFs. The Department has confirmed that, consistent with AFGE's information from employees, it has not rescinded any RIF to these 247 OCR employees (ECF 117-2 ¶19).

12. Multiple news outlets have reported that on December 5, 2025, the Department of Education Office of Civil Rights ordered many staffers currently on administrative leave and subject to pending RIFs to temporarily return to duty to address a backlog of civil rights complaints pending before the agency. According to a statement from the Department of Education's press secretary, the Department has no plans to return these employees to permanent employment status, and "will continue to appeal the persistent and unceasing litigation disputes concerning the Reductions in Force." A true and correct copy of the following articles are attached hereto:

   a. **Exhibit A**: *Education 'temporarily' brings back Civil Rights Office staff awaiting court decision*, which is available at and has been downloaded from the link https://fedscoop.com/education-temporarily-brings-back-civil-rights-office-staff-awaiting-court-decision/

b. **Exhibit B**: *Education Dept. asks hundreds of fired employees to temporarily return*, which is available at and has been downloaded from the link https://www.usatoday.com/story/news/politics/2025/12/06/education-department-civil-rights-office-trump/87643095007/

c. **Exhibit C**: Education Department workers targeted in layoffs are returning to tackle civil rights backlog, which is available at and has been downloaded from the link https://federalnewsnetwork.com/workforce/2025/12/education-department-workers-targeted-in-layoffs-are-returning-to-tackle-civil-rights-backlog/

**Defense Department**

13. To AFGE's knowledge, the Defense Department has attempted to implement two RIFs during the government shutdown period. According to the Second Declaration of Michael A. Cogar Pursuant to Preliminary Injunction Order submitted on November 21, 2025, the Defense Department issued a RIF notice to employees in the Defense Technical Information Center, including those represented by AFGE, with an initial separation date of October 24, 2025 (ECF 118-1 ¶10). The Department has represented to the Court that none of these employees will be separated prior to "January 31, 2026." *Id.*

14. That Declaration also reported on a second RIF issued to Defense Contract Audit Agency employees, including those represented by AFGE, with a separation date of October 4, 2025. To AFGE's knowledge, as confirmed by this Declaration, the Department effectuated those separations on or about October 4, 2025. AFGE is not aware of the total number of employees separated by the Department on October 4, 2025 in this RIF, and the Department did not include the number in its Declaration, and has not provided any notice of this RIF to AFGE.

15. AFGE does not have any information confirming that any of these employees has received a rescission of their RIF notices or has been reinstated subsequent to November 12, 2025.

**General Services Administration ("GSA")**

16. AFGE along with at least Plaintiff National Federation of Federal Employees ("NFFE") represent employees of GSA.

Decl. of Pace Schwarz No. 3:25-cv-08302-SI     3

17. Employees of GSA, including employees represented by AFGE, received initial RIF notices in April 2025 that were enjoined by this Court in *AFGE v. Trump*, Case No. 25-cv-03698-SI. Some of those employees received "Amended" RIF notices on September 24, 2025 that included a new separation date of October 6, 2025. AFGE is not aware of the exact number of employees that received these amended notices, but believes it is approximately 200.

18. To AFGE's knowledge, those separations, including of employees represented by AFGE and NFFE, were executed during the shutdown on or around October 6, 2025, resulting in termination from federal employment.

19. AFGE does not have any information confirming that any of these employees has received a rescission of their RIF notices or has been reinstated subsequent to November 12, 2025.

**Small Business Administration ("SBA")**

20. On September 29, 2025, SBA issued RIF notices to approximately 73 employees, including employees represented by AFGE, with a separation date of October 29, 2025.

21. A Declaration from SBA filed previously in this case explains that "the Small Business Administration initiated a RIF with a waiver from OPM to provide a 30-day notice period instead of 60-days." ECF 62-31. Such waivers are available only for "circumstances not reasonably foreseeable" (5 C.F.R. §351.801(b)). To AFGE's knowledge, the SBA has not identified unforeseeable circumstances warranting this shortened notice period.

22. Prior to the October 29, 2025 separation period, SBA performed substantial work to prepare for these separations, including providing employees with personalized separation packets and other paperwork related to retirement and benefits.

23. SBA terminated these employees on October 29, 2025.

24. On November 17, 2025, the SBA Chief Human Capital Officer ("CHCO") sent a letter to previously separated SBA employees titled "Rescission of Reduction in Force Notice." That letter stated:

> This letter is to formally rescind the Reduction in Force (RIF) notice dated 9/29/2025 per Public Law No: 119-37 - Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026. You are being reinstated to your position of record with the Small Business Administration (SBA). You will receive all retroactive pay through Pay Period 22.

25. On November 18, 2025, the same SBA CHCO sent employees a further communication retracting the rescission. That letter stated: "Notwithstanding any prior communication from the U.S. Small Business Administration, the September RIF Notice and termination affecting your position remain in effect." The letter provided no explanation of the reversal of position, or how this new position was consistent with the statute that SBA admitted, the prior day, required recission.

26. TO AFGE's knowledge, SBA has not since rescinded these separations or otherwise complied with the requirement to reinstate employees and provide backpay.

27. AFGE officers and employees continue to spend time and resources addressing the concerns of members and other employees represented by AFGE regarding these RIFs, that otherwise would be spent on other representational activities. The continued termination of employees represented by AFGE serves to reduce the union's resources and bargaining strength. The employees represented by AFGE have been subjected to nearly continuous harm by their employing agencies throughout 2025, including the actions described above. The civil service is intended to be protected from the political whims of elected officials and their politically-driven agendas. Employees threatened with separation and actually separated are forced to worry about rent, mortgage payments, groceries, childcare, and healthcare, and other daily living expenses. They are forced to retrain and rebuild careers after years or even decades in federal employment. They worry about their families and dealing with the stress imposed by the careless actions of their employers, which is particularly acute this time of year. These actions are causing significant and irreparable harm.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed December 9, 2025, in Washington, D.C.

_____
PACE SCHWARZ

# Exhibit A

FEDSCOOP

WORKFORCE

# Education 'temporarily' brings back Civil Rights Office staff awaiting court decision

The agency told staff they will be working on the office's casework of complaints while off administrative leave.

BY **MIRANDA NAZZARO** • DECEMBER 5, 2025

▶ Listen to this article    4:37    Learn more.

The votes are in for the 2025 FedScoop.


SEE THE WINNERS!



A view of the entrance of Department of Education headquarters on Jan. 29, 2025, in Washington, D.C. (Photo by J. David Ake/Getty Images)

SHARE

The Education Department informed numerous Office of Civil Rights employees Friday that they are expected to return to work later this month while they await a court ruling on reduction-in-force orders that sidelined them nearly eight months ago.

Multiple workers in Education's OCR told FedScoop they received notices from the agency late Friday afternoon. Those notices stated that they are expected to return in person to their assigned-duty location on either Dec. 15 or 29.

The notice, according to four copies obtained by FedScoop, said the following: "While RIF notices are tolled during litigation, it is important to refocus OCR's work and utilize all OCR staff to prioritize OCR's existing complaint caseload."

The votes are in for the 2025 FedScoop.

SEE THE WINNERS!

The agency told workers this will boost enforcement activities in a way that "serves and benefits parents, students, and families." Workers have until Monday to inform the agency if they do not plan on returning to their positions.

Julie Hartman, the agency's secretary for legal affairs, confirmed that Education will "temporarily bring back" OCR staff from administrative leave.

"The Department will continue to appeal the persistent and unceasing litigation disputes concerning the Reductions in Force, but in the meantime, it will utilize all employees currently being compensated by American taxpayers," she wrote in a statement to FedScoop.

It was not immediately clear how many OCR employees received the notices, but court filings as of Wednesday indicated 247 OCR workers were on administrative leave pending a judge's ruling. This group of workers was RIF'd last March and April, but received renewed RIF notices Oct. 13, with a separation date in November.

The continuing resolution signed last month to reopen the government included language undoing reduction-in-force actions that occurred during the shutdown and pausing additional RIF actions until Jan. 30.

Federal worker unions and advocacy groups argued in court that the OCR workers' RIFs should be halted under this provision, as they were notified during the shutdown.

The votes are in for the 2025 FedScoop.

SEE THE WINNERS!

The agency reiterated this position in its Friday notice to workers, writing the agency "remains committed to defending the RIF as the government-wide effort to reorganize and right-size the federal workforce continues."

At that time, the agency said it paused the March OCR RIFs "pending clarification" on whether the judge's October injunction on RIFs applies to this group. Education notably did not mention the CR as a reason for the pause.

Despite the Nov. 21 court filing — issued nine days after the CR was signed into law — several of the OCR workers had [no communications](#) from the agency until Friday. Multiple workers told FedScoop they have still been paid, but spent the past three weeks unsure of their job status as others were called back.

Three of the four notices obtained by FedScoop listed a Dec. 15 return date with administrative leave ending Dec. 12, while one said Dec. 29 and administrative leave ending Dec. 26. When asked about the date discrepancy, the agency said staff will resume work Dec. 15.

The notices come just two days after two unions representing federal workers [asked the federal judge](#) in the larger case on shutdown RIFs to block the State Department's terminations of foreign service officers, who similarly were laid off before the shutdown but were expected to separate during it.

A day later, U.S. District Judge Susan Illston granted their request, finding the unions were likely to succeed on the merits of their claims. The order enjoined State, as well as the Office of Personnel Management and the Office of Management and Budget, from carrying out RIFs at the foreign relations agency.

---

**The votes are in for the 2025 FedScoop.**

SEE THE WINNERS!



## Written by Miranda Nazzaro

Miranda Nazzaro is a reporter for FedScoop in Washington, D.C., covering government technology. Prior to joining FedScoop, Miranda was a reporter at The Hill, where she covered technology and politics. She was also a part of the digital team at WJAR-TV in Rhode Island, near her hometown in Connecticut. She is a graduate of the George Washington University School of Media and Pubic Affairs. You can reach her via email at miranda.nazzaro@fedscoop.com or on Signal at miranda.952.

## In This Story

EDUCATION DEPARTMENT    GOVERNMENT SHUTDOWN

GOVERNMENT SHUTDOWN 2025    RIFS

## More Scoops



**Federal worker unions allege State Department RIFs violate shutdown resolution**

While the shutdown resolution undid and paused RIFs, the State Department told workers it planned to finalize their separations Friday.

BY  MADISON ALDER    MIRANDA NAZZARO



**Foreign service officers pursuing legal action after State moves forward with RIFs**

BY  MADISON ALDER

The votes are in for the 2025 FedScoop.

SEE THE WINNERS!



A week after shutdown's end, some federal workers' job status remains in limbo

BY MIRANDA NAZZARO   MADISON ALDER

RIF'd Education Department civil rights staff looks to shutdown deal for job protection

BY MIRANDA NAZZARO

Education Department violated workers' rights with partisan email replies, judge rules

BY MATT BRACKEN

Federal judge extends halt to shutdown-related terminations

BY MADISON ALDER

Judge halts federal reductions-in-force amid shutdown

BY MADISON ALDER

# Latest Podcasts



🎙 A special interview with Federal CIO Greg Barbaccia

The votes are in for the 2025 FedScoop.

SEE THE WINNERS!

# Exhibit B



POLITICS                    U.S. Department of Education        Add Topic

# Education Dept. asks hundreds of fired employees to temporarily return

*The agency is asking laid-off staffers in the Office for Civil Rights to come back and pitch in to help handle school discrimination cases.*

**Zachary Schermele**
USA TODAY

Updated Dec. 6, 2025, 3:16 p.m. ET



WASHINGTON – Facing a backlog of school discrimination cases, the U.S. Department of Education has asked hundreds of employees it fired months ago to temporarily return to work.

A Dec. 5 email obtained by USA TODAY shows the agency ordered a significant portion of staffers in the Office for Civil Rights to come back later this month. In the "return to duty" directive, officials acknowledged they're facing a sizable caseload of civil rights complaints, and they underscored a need to utilize every resource at the government's disposal to work through them.

The agency said the request applies to roughly 250 workers who've been on administrative leave for months amid legal challenges to their March firings. Julie Hartman, the Education Department's press secretary for legal affairs, stressed there still aren't any plans to fully rehire those workers permanently.

**Read more:**  Fired Education Department workers say the 'fight isn't over'

"The Department will continue to appeal the persistent and unceasing litigation disputes concerning the Reductions in Force, but in the meantime, it will utilize all employees currently being compensated by American taxpayers," she said in a statement to USA TODAY.

The shift is the latest chapter in a monthslong saga that has upended one of the most important offices in the federal Education Department, which President Donald Trump has vowed to close.

**Read more:**  Trump just made it harder to close the Education Department

Students, parents and educators across the country have long relied on the agency's Office for Civil Rights, also known as OCR, to enforce antidiscrimination laws, especially for students with disabilities. In particular, OCR has helped provide equal access to educational opportunities to families who don't have the financial means to bring costly lawsuits against their school districts or universities.

Yet as the Trump administration has proceeded to dismantle the Education Department – despite lacking the necessary congressional support to do so – the agency's civil rights office has been reduced to a fraction of what it once was. Hundreds of staffers have been laid off. Its key regional divisions in places like Philadelphia and Boston have been largely shuttered.

Of the roughly 450 people OCR still lists as employees, only about 60 haven't received layoff notices in the past year, according to court documents. Nearly 250 were originally terminated in March, and another 137 were fired in October during the government shutdown (their firings were later reversed as part of a deal to end the funding crisis).

**Read more:** Education Department lays off roughly 20% of its workforce amid shutdown

Education Secretary Linda McMahon's decision to tap into her own laid-off workforce provides further evidence her agency is struggling more than she has publicly indicated to meet its legally mandated responsibilities.

Since cutting the department in half earlier this year, many families waiting on resolutions to their civil rights complaints have been stuck in limbo. Colleges have also reported significant issues with the federal financial aid system.

In November, McMahon announced new plans to offload many of the department's key responsibilities to other agencies, setting off fears of further disruptions in important programs. She has argued the change will ultimately help streamline the federal government's limited role in the education system.

*Zachary Schermele is a congressional reporter for USA TODAY. You can reach him by email at zschermele@usatoday.com. Follow him on X at @ZachSchermele and Bluesky at @zachschermele.bsky.social.*

# Exhibit C





Listen Live

**TRENDING:**  VA embraces cyber dominance  |  Feds: Morale 'non-existent' after shutdown  |  Lawsuit challenges 'targeted' DEI firings

**COLLIN BINKLEY**
December 8, 2025 9:26 am — 2 min read

WASHINGTON (AP) — The Trump administration is bringing back dozens of Education Department staffers who were slated to be laid off, saying their help is needed to tackle a mounting backlog (https://apnews.com/article/education-department-trump-civil-rights-disability-54c4b4a228b4b30e6a6751ec745b3915) of discrimination complaints from students and families.

The staffers had been on administrative leave while the department faced lawsuits challenging layoffs in the agency's Office for Civil Rights (https://apnews.com/article/trump-education-department-layoffs-civil-rights-8cbf463cce765f497c10d688ab4d51e1) , which investigates possible discrimination in the nation's schools and colleges. But in a Friday letter, department officials ordered the workers back to duty starting Dec. 15 to help clear civil rights cases.

A department spokesperson confirmed the move, saying the government still hoped to lay off the staffers to shrink the size of the department.

"The Department will continue to appeal the persistent and unceasing litigation disputes concerning the Reductions in Force, but in the meantime, it will utilize all employees currently being compensated by American taxpayers," Julie Hartman said in a statement.

── Join us Jan. 26 for Federal News Network's Industry Exchange Cyber event for an in-depth look at the latest strategies, tools and technologies helping federal agencies stay cyber-ready. Register today! (https://federalnewsnetwork.com/cme-event/federal-insights/how-to-create-healthy-organizations-and-why-you-want-to/?utm_medium=referral&utm_source=in-article_promo&utm_campaign=waepa&utm_content=in-articlepromo)

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. Privacy Policy

Accept

Deny Non-Essential

In the letter to employees, obtained by The Associated Press, officials said the department needs "all OCR staff to prioritize OCR's existing complaint caseload." The office handles everything from complaints about possible violations of disability rights to racial discrimination.

More than 200 workers from the Office for Civil Rights were targeted in mass layoffs at the department, but the firings have been tied up in legal battles since March. An appeals court cleared the way for the cuts in September, but they're again on hold because of a separate lawsuit (https://apnews.com/article/layoffs-education-department-special-education-shutdown-3c066e2b1799c96a50e14dd63f46cd96) . In all, the Education Department workforce has shrunk from 4,100 when President Donald Trump took office to roughly half that size now, as the president vows to wind down the agency.

The department did not say how many workers are returning to duty. Some who have been on administrative leave for months have since left.

The Office for Civil Rights (https://apnews.com/article/education-department-civil-rights-special-education-antisemitism-764c1298a4ba856ce793249cdb57e6d6) had a backlog of about 20,000 discrimination cases when Trump took office in January. Since then, with a significantly reduced workforce, the backlog has grown to more than 25,000, AP reporting has shown (https://apnews.com/article/education-department-trump-civil-rights-disability-54c4b4a228b4b30e6a6751ec745b3915) using department data.

Trump officials have defended the layoffs even as complaints pile up, saying the office wasn't operating efficiently, even at full staff.

The Office for Civil Rights enforces many of the nation's laws about civil rights in education, including those barring discrimination based on disability, sex, race and religion. It investigates complaints from students across the country and has the power to cut funding to schools and colleges that violate the law, though most cases are resolved in voluntary agreements.

Some former staffers have said there's no way the office can address the current backlog under the staffing levels left after the layoffs. Families who have filed discrimination complaints against their schools say they have noticed the department's staffing shortages, with some waiting months and hearing nothing.

—— **Sign up for our daily newsletter so you never miss a beat on all things federal**

**(https://federalnewsnetwork.com/email-alerts/)**

———

This website utilizes technologies such as cookies to enable essential site functionality, as well as for analytics, personalization, and targeted advertising. Privacy Policy