Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **SUPPLEMENTAL DECLARATION OF AFSA PRESIDENT JOHN DINKELMAN** |

## DECLARATION OF JOHN DINKELMAN

I, John Dinkelman, declare as follows:

1. I am over 18 years of age and competent to give this declaration. I am the President of the American Foreign Service Association ("AFSA") and a member of the Senior Foreign Service at the Department of State. This declaration is based on my personal knowledge, and is made in support of the Plaintiffs' Motion for Preliminary Injunction, and supplements the Declaration I previously provided in support of the TRO Motion (ECF 123-3).

2. On December 4, 2025, this Court granted the Motion filed by AFSA and the American Federation of Government Employees for a temporary restraining order halting the completion of a RIF by the State Department that was scheduled for December 5, 2025.

3. On December 5, 2025, the State Department sent at least some of the affected employees an email with the subject line "NOTICE OF EMPLOYMENT ACTION," that stated:

> *Your administrative leave status has been extended. We will be in touch with you regarding your timeline when more information is available.*
>
> *Thank you.*

A true and correct copy of the December 5, 2025 email received by an employee represented by AFSA is attached hereto as Exhibit A. I am aware of at least seven Foreign Service employees who did not receive the above email. I am also aware of three Foreign Service employees who, as of December 8, 2025, still had documentation in their Official Personnel File (OPF) noting a separation of December 5, 2025.

4. Based on my experience over the past year with the actions of this Administration with respect to employees of the State Department, and as President of AFSA, I do not believe the State Department will voluntarily back off from implementing this RIF without court order. Although the TRO has temporarily halted the Department from terminating these employees, the risk remains imminent. The impact on the affected employees will be terrible, but so will be the loss to the Department and this country of the talent and experience represented across these individuals.

5. I previously described the imminent harm both to myself, as one of the many employees served with these RIF notices, and my colleagues from these terminations. Those harms

remain imminent. AFSA will also suffer as an organization if these terminations of approximately 250 additional State Department foreign service employees are allowed to proceed. Permitting the terminations to proceed will shatter the confidence of our State Department members – which constitute AFSA's single largest constituency – in AFSA's ability to protect them from further unlawful actions by the State Department. This will reduce the likelihood that AFSA can retain them as members at a time when we have already lost membership as a result of State Department actions. It will also weaken our resources and representational strength. We have challenged this Administration's unlawful attempt to remove our right to bargain in other litigation, and intend to restore those rights. These actions only serve to reduce the strength of employees' representatives to speak out and act against unlawful action.

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed December 9, 2025, in Washington, DC.

_____
John Dinkelman

Supp. Dinkelman Decl, No. 3:25-cv-08302-SI

2

# Exhibit A

---------- Forwarded message ---------
From: <GTMNotifications@state.gov>
Date: Fri, Dec 5, 2025 at 5:47 PM
Subject: NOTICE OF EMPLOYMENT ACTION

Your administrative leave status has been extended.  We will be in touch with you regarding your timeline when more information is available.
Thank you.