UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFGE, et al.,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>OMB, et al.,<br><br>　　　　Defendant(s). | Case No. 3:25-cv-08302<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

　　I, Sarah E. Suszczyk, an active member in good standing of the bar of Maryland, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff NAGE in the above-entitled action. My local co-counsel in this case is Stacey M. Leyton, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 203827.

| | |
|---|---|
| 159 Thomas Burgin Parkway<br>Quincy, MA 02169 | 177 Post Street, Suite 300<br>San Francisco, CA 94108 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (617) 376-7239 | 415-421-7151 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| ssuszczyk@nage.org | sleyton@altber.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0512150240.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/10/2025

Sarah E. Suszczyk
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Sarah E. Suszczyk is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 10, 2025

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

United States District Court
Northern District of California

Updated 11/2021

2

# Supreme Court of Maryland

**Annapolis, MD**



## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the fifteenth day of December, 2005,

## *Sarah Elizabeth Suszczyk*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the eighth day of February, 2026.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this tenth day of December, 2025.

*Gregory Hilton*
_____
Clerk of the Supreme Court of Maryland