STANLEY E. WOODWARD, JR.
Associate Attorney General
BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General
MICHAEL K. VELCHIK
Senior Counsel to the Assistant Attorney General
ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division
CHRISTOPHER R. HALL
Assistant Branch Director
BRAD P. ROSENBERG
Special Counsel
STEVEN M. CHASIN (DC Bar No. 495853)
PIERCE J. ANON
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-0747
E-mail: steven.m.chasin2@usdoj.gov
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **SUPPLEMENTAL DECLARATION OF LEW OLOWSKI PURSUANT TO TEMPORARY RESTRAINING ORDER** |

Supplemental Declaration of Lew Olowski Pursuant to Temporary Restraining Order
3:25-cv-08302-SI

I, Lew Olowski, declare as follows:

1. I am the Chief Human Capital Officer at the Department of State, headquartered in Washington, D.C. I have served in this position since April 4, 2025.

2. In my role at the Department of State, I am responsible for personnel management. I have the responsibility for tracking and recording personnel actions, including Reductions-in-Force (RIFs). I assist in ensuring that all personnel actions comply with court orders and federal law.

3. On December 8, ~~2015~~ 2025, I submitted a declaration that I believed to be correct at the time, but which, I now know, included an error.

4. That declaration included a statement in paragraph 10(c) that the Department of State had issued notices to employees stating, "The Department has rescinded your separation or involuntary retirement SF-50 and placed you back in administrative leave status. We will be in touch when we have further information to share."

5. That statement was incorrect. The notice issued to employees stated, "Your administrative leave status has been extended. We will be in touch with you regarding your timeline when more information is available. Thank you."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 15, 2025

Lew Olowski