UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: December 17, 2025 | Time: 10:40 – 12:10<br>1 Hour 30 Minutes | Judge: SUSAN ILLSTON |
|---|---|---|
| Case No.: 25-cv-08302-SI | Case Name: American Federation Of State County And Municipal Employees, AFL-CIO, et al. v. United States Office of Management and Budget, et al. | |

**Attorney for Plaintiff:** Danielle Leonard, Stacey Leyton, Barbara Chisholm, Robin Tholin,
**Attorney for Defendant:** Brad Rosenberg

**Deputy Clerk:** Esther Chung                **Court Reporter:** Ana Dub

## PROCEEDINGS

Motion for Preliminary Injunction (Dkt. 130) – Held.

## SUMMARY

The Court provided its tentative ruling, for the reasons stated on the record the Court is inclined to Grant the Preliminary Injunction. The Court had some factual question for the Government. The Government could not provide immediate answers but indicated that they will find the information requested and provide it to the Court.

The parties presented their oral arguments and rebuttals. The Court indicated that it will be granting the preliminary injunction and an Order will be issued today that goes into effect as of today's date. As to the matter of staying the case pending appeal, the Court is taking that under consideration.