

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court



**FILED**

DEC 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

| | |
|---|---|
| Docket Number: | 25-7998 |
| Originating Case Number: | 3:25-cv-08302-SI |
| Short Title: | American Federation of State, County & Municipal Employees, AFL-CIO, et al. v. United States Office of Management and Budget, et al. |

Dear Appellant/Counsel

Your notice of appeal has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant(s) to comply with the time schedule order will result in dismissal of the appeal.**

**Please read the enclosure materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

Docket Number:            25-7998
Originating Case Number:  3:25-cv-08302-SI

Case Title:               American Federation of State, County & Municipal Employees, AFL-CIO, et al. v. United States Office of Management and Budget, et al.

**Sunday, December 28, 2025**

| | |
|---|---|
| United States Department of Housing and Urban Development | Mediation Questionnaire due |
| United States Department of State | Mediation Questionnaire due |
| Smithsonian Institution | Mediation Questionnaire due |
| Mary Anne Carter | Mediation Questionnaire due |
| Merit Systems Protection Board | Mediation Questionnaire due |
| Frank Bisignano | Mediation Questionnaire due |
| Federal Communications Commission | Mediation Questionnaire due |
| Henry J. Kerner | Mediation Questionnaire due |
| United States International Development Finance Corporation | Mediation Questionnaire due |
| Scott Turner | Mediation Questionnaire due |
| United States Department of Labor | Mediation Questionnaire due |
| United States Securities and Exchange Commission | Mediation Questionnaire due |
| National Aeronautics and Space Administration | Mediation Questionnaire due |

| | |
|---|---|
| United States Department of the Interior | Mediation Questionnaire due |
| Scott Kupor | Mediation Questionnaire due |
| Lori Chavez-DeRemer | Mediation Questionnaire due |
| Lee Zeldin | Mediation Questionnaire due |
| Doug Collins | Mediation Questionnaire due |
| National Gallery of Art | Mediation Questionnaire due |
| United States Department of Homeland Security | Mediation Questionnaire due |
| Marco Rubio | Mediation Questionnaire due |
| Charles Ezell | Mediation Questionnaire due |
| Kelly Loeffler | Mediation Questionnaire due |
| Kristi Noem | Mediation Questionnaire due |
| David A. Wright | Mediation Questionnaire due |
| National Transportation Safety Board | Mediation Questionnaire due |
| National Endowment for the Humanities | Mediation Questionnaire due |
| Nuclear Regulatory Commission | Mediation Questionnaire due |
| United States Department of Agriculture | Mediation Questionnaire due |
| Howard Lutnick | Mediation Questionnaire due |
| United States Office of Management and Budget | Mediation Questionnaire due |
| National Archives & Records Administration | Mediation Questionnaire due |
| National Endowment for the Arts | Mediation Questionnaire due |
| Peace Corps | Mediation Questionnaire due |
| United States General Services Administration | Mediation Questionnaire due |
| Lonnie G. Bunch, III | Mediation Questionnaire due |
| Pamela Bondi | Mediation Questionnaire due |
| Chris Wright | Mediation Questionnaire due |
| Federal Election Commission | Mediation Questionnaire due |
| Keith Sonderling | Mediation Questionnaire due |
| United States Department of Energy | Mediation Questionnaire due |
| United States Department of the Treasury | Mediation Questionnaire due |
| Brian Stone | Mediation Questionnaire due |
| Andrea Lucas | Mediation Questionnaire due |
| Kaywin Feldman | Mediation Questionnaire due |

| | |
|---|---|
| Robert F. Kennedy, Jr. | Mediation Questionnaire due |
| Paul Shea | Mediation Questionnaire due |
| Federal Trade Commission | Mediation Questionnaire due |
| Sean Duffy | Mediation Questionnaire due |
| Peter Hegseth | Mediation Questionnaire due |
| Consumer Product Safety Commission | Mediation Questionnaire due |
| Brendan Carr | Mediation Questionnaire due |
| United States Department of Defense | Mediation Questionnaire due |
| Institute of Museum and Library Services | Mediation Questionnaire due |
| United States Department of Health and Human Services | Mediation Questionnaire due |
| Peter Feldman | Mediation Questionnaire due |
| Russell Vought | Mediation Questionnaire due |
| National Science Foundation | Mediation Questionnaire due |
| Paul Atkins | Mediation Questionnaire due |
| Brooke Rollins | Mediation Questionnaire due |
| DOJ - United States Department of Justice | Mediation Questionnaire due |
| Michael Rigas | Mediation Questionnaire due |
| Andrew Ferguson | Mediation Questionnaire due |
| Michael McDonald | Mediation Questionnaire due |
| United States Small Business Administration | Mediation Questionnaire due |
| Linda McMahon | Mediation Questionnaire due |
| Jennifer Homendy | Mediation Questionnaire due |
| United States Department of Veterans Affairs | Mediation Questionnaire due |
| United States Environmental Protection Agency | Mediation Questionnaire due |
| United States Office of Personnel Management | Mediation Questionnaire due |
| Doug Burgum | Mediation Questionnaire due |
| Social Security Administration | Mediation Questionnaire due |
| United States Department of Transportation | Mediation Questionnaire due |
| Scott Bessent | Mediation Questionnaire due |
| Commodity Futures Trading Commission | Mediation Questionnaire due |

| | |
|---|---|
| Equal Employment Opportunity Commission | Mediation Questionnaire due |
| Caroline D. Pham | Mediation Questionnaire due |
| Dev Jagadesan | Mediation Questionnaire due |
| United States Department of Commerce | Mediation Questionnaire due |
| Shana M. Broussard | Mediation Questionnaire due |

**Monday, January 19, 2026**

| | |
|---|---|
| Brendan Carr | Preliminary Injunction Opening Brief Due |
| United States Department of the Interior | Preliminary Injunction Opening Brief Due |
| United States General Services Administration | Preliminary Injunction Opening Brief Due |
| Doug Burgum | Preliminary Injunction Opening Brief Due |
| National Gallery of Art | Preliminary Injunction Opening Brief Due |
| Michael McDonald | Preliminary Injunction Opening Brief Due |
| Brian Stone | Preliminary Injunction Opening Brief Due |
| United States Department of Agriculture | Preliminary Injunction Opening Brief Due |
| DOJ - United States Department of Justice | Preliminary Injunction Opening Brief Due |
| United States Environmental Protection Agency | Preliminary Injunction Opening Brief Due |
| National Endowment for the Humanities | Preliminary Injunction Opening Brief Due |
| National Transportation Safety Board | Preliminary Injunction Opening Brief Due |
| Andrea Lucas | Preliminary Injunction Opening Brief Due |
| Marco Rubio | Preliminary Injunction Opening Brief Due |
| Peace Corps | Preliminary Injunction Opening Brief Due |
| Lonnie G. Bunch, III | Preliminary Injunction Opening Brief Due |
| Federal Election Commission | Preliminary Injunction Opening Brief Due |
| United States Department of Health and Human Services | Preliminary Injunction Opening Brief Due |
| Mary Anne Carter | Preliminary Injunction Opening Brief Due |
| Russell Vought | Preliminary Injunction Opening Brief Due |
| United States Department of Defense | Preliminary Injunction Opening Brief Due |
| United States Department of Housing and Urban Development | Preliminary Injunction Opening Brief Due |
| Dev Jagadesan | Preliminary Injunction Opening Brief Due |

| | |
|---|---|
| United States Office of Management and Budget | Preliminary Injunction Opening Brief Due |
| Federal Trade Commission | Preliminary Injunction Opening Brief Due |
| Linda McMahon | Preliminary Injunction Opening Brief Due |
| National Archives & Records Administration | Preliminary Injunction Opening Brief Due |
| United States Department of Labor | Preliminary Injunction Opening Brief Due |
| Paul Atkins | Preliminary Injunction Opening Brief Due |
| Smithsonian Institution | Preliminary Injunction Opening Brief Due |
| Peter Feldman | Preliminary Injunction Opening Brief Due |
| United States Department of Veterans Affairs | Preliminary Injunction Opening Brief Due |
| Kristi Noem | Preliminary Injunction Opening Brief Due |
| Paul Shea | Preliminary Injunction Opening Brief Due |
| Merit Systems Protection Board | Preliminary Injunction Opening Brief Due |
| United States Department of the Treasury | Preliminary Injunction Opening Brief Due |
| Frank Bisignano | Preliminary Injunction Opening Brief Due |
| National Aeronautics and Space Administration | Preliminary Injunction Opening Brief Due |
| Shana M. Broussard | Preliminary Injunction Opening Brief Due |
| Brooke Rollins | Preliminary Injunction Opening Brief Due |
| United States Securities and Exchange Commission | Preliminary Injunction Opening Brief Due |
| Michael Rigas | Preliminary Injunction Opening Brief Due |
| Commodity Futures Trading Commission | Preliminary Injunction Opening Brief Due |
| Henry J. Kerner | Preliminary Injunction Opening Brief Due |
| Peter Hegseth | Preliminary Injunction Opening Brief Due |
| Jennifer Homendy | Preliminary Injunction Opening Brief Due |
| Howard Lutnick | Preliminary Injunction Opening Brief Due |
| Lori Chavez-DeRemer | Preliminary Injunction Opening Brief Due |
| Doug Collins | Preliminary Injunction Opening Brief Due |
| Nuclear Regulatory Commission | Preliminary Injunction Opening Brief Due |
| Charles Ezell | Preliminary Injunction Opening Brief Due |
| Caroline D. Pham | Preliminary Injunction Opening Brief Due |
| Institute of Museum and Library Services | Preliminary Injunction Opening Brief Due |
| United States Department of State | Preliminary Injunction Opening Brief Due |

| | |
|---|---|
| Scott Bessent | Preliminary Injunction Opening Brief Due |
| United States Office of Personnel Management | Preliminary Injunction Opening Brief Due |
| Federal Communications Commission | Preliminary Injunction Opening Brief Due |
| United States Department of Transportation | Preliminary Injunction Opening Brief Due |
| United States Department of Homeland Security | Preliminary Injunction Opening Brief Due |
| Keith Sonderling | Preliminary Injunction Opening Brief Due |
| Social Security Administration | Preliminary Injunction Opening Brief Due |
| Pamela Bondi | Preliminary Injunction Opening Brief Due |
| David A. Wright | Preliminary Injunction Opening Brief Due |
| Consumer Product Safety Commission | Preliminary Injunction Opening Brief Due |
| Scott Turner | Preliminary Injunction Opening Brief Due |
| Chris Wright | Preliminary Injunction Opening Brief Due |
| United States Department of Commerce | Preliminary Injunction Opening Brief Due |
| Andrew Ferguson | Preliminary Injunction Opening Brief Due |
| Kaywin Feldman | Preliminary Injunction Opening Brief Due |
| United States International Development Finance Corporation | Preliminary Injunction Opening Brief Due |
| Equal Employment Opportunity Commission | Preliminary Injunction Opening Brief Due |
| Sean Duffy | Preliminary Injunction Opening Brief Due |
| United States Department of Energy | Preliminary Injunction Opening Brief Due |
| United States Small Business Administration | Preliminary Injunction Opening Brief Due |
| Robert F. Kennedy, Jr. | Preliminary Injunction Opening Brief Due |
| National Endowment for the Arts | Preliminary Injunction Opening Brief Due |
| Lee Zeldin | Preliminary Injunction Opening Brief Due |
| Scott Kupor | Preliminary Injunction Opening Brief Due |
| National Science Foundation | Preliminary Injunction Opening Brief Due |
| Kelly Loeffler | Preliminary Injunction Opening Brief Due |

**Monday, February 16, 2026**

| | |
|---|---|
| National Association of Government Employees, Inc. | Preliminary Injunction Answering Brief Due |

| | |
|---|---|
| American Federation of Government Employees - Local 3172 | Preliminary Injunction Answering Brief Due |
| American Federation of State, County & Municipal Employees, AFL-CIO | Preliminary Injunction Answering Brief Due |
| Service Employees International Union | Preliminary Injunction Answering Brief Due |
| American Foreign Service Association | Preliminary Injunction Answering Brief Due |
| American Federation of Government Employees - Local 1236 | Preliminary Injunction Answering Brief Due |
| National Federation of Federal Employees, IAM, AFL-CIO | Preliminary Injunction Answering Brief Due |
| International Federation of Professional and Technical Engineers | Preliminary Injunction Answering Brief Due |
| American Federation of Teachers | Preliminary Injunction Answering Brief Due |
| National Treasury Employees Union | Preliminary Injunction Answering Brief Due |
| American Federation Of Government Employees, AFL-CIO | Preliminary Injunction Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**