STANLEY E. WOODWARD, JR.
Associate Attorney General
BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON
Deputy Assistant Attorney General
MICHAEL K. VELCHIK
Senior Counsel to the Assistant Attorney General
ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division
CHRISTOPHER R. HALL
Assistant Branch Director
BRAD P. ROSENBERG
Special Counsel
STEVEN M. CHASIN (DC Bar. No. 495853)
PIERCE J. ANON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-0747
E-mail: steven.m.chasin2@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **DEFENDANTS' NOTICE OF FILING OF AGENCY DECLARATIONS PURSUANT TO DECEMBER 17, 2025 PRELIMINARY INJUNCTION ORDER** <br><br> Judge: Hon. Susan Illston |

On December 17, 2025, this Court entered a Preliminary Injunction Order (the "PI Order") requiring, *inter alia*, that "[b]y December 29, 2025, each enjoined Defendant shall file a declaration(s) verifying that the Defendant has complied with the Order and the steps taken to do so." *See* Dkt. No. 139, at 27 (¶ 4). Pursuant to this requirement, the enjoined Defendants[1] hereby file the attached declarations, subject to the foregoing.

On December 23, 2025, the United States Court of Appeals for the Ninth Circuit ordered a partial stay of the PI Order. *See* Order, No. 25-7998, Dkt. No. 9.1 (9th Cir. Dec. 23, 2025) (the "Stay Order") (attached). The Stay Order states in relevant part: "While we consider this appeal, we grant the Government's application for an administrative stay of subsection 3(d) of the preliminary injunction." *See* Stay Order, p. 2. The Stay Order states that "subsection 3(d) . . . requires Defendant agencies to rescind the RIF notices and send notices to affected employees of the rescission by no later than December 23, 2025." *See id.* at 1 (citation omitted).

The Stay Order therefore stays (pending appeal) the requirement that the enjoined Defendants rescind and withdraw any RIF notices to the extent the RIF was "noticed, initiated, executed, implemented, or otherwise taken" between October 1 and November 12, 2025, and send notices thereof. *See* PI Order, pp. 26-27, ¶¶ 3, 3(a), 3(b), 3(d).

Notably, the Ninth Circuit has scheduled oral argument on this appeal for January 15, 2026. *See* Stay Order p. 2.

---

[1] The enjoined Defendants are the U.S. Department of Education, the Department of State, U.S. Office of Management and Budget, U.S. Office of Personnel Management, General Services Administration, and Small Business Administration.

| | |
|---|---|
| Dated: December 29, 2025 | Respectfully submitted,<br><br>STANLEY E. WOODWARD, JR.<br>Associate Attorney General<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br><br>ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br><br>MICHAEL K. VELCHIK<br>Senior Counsel to the Assistant Attorney General<br><br>ELIZABETH HEDGES<br>Counsel to the Assistant Attorney General<br>Civil Division<br><br>CHRISTOPHER R. HALL<br>Assistant Branch Director<br><br>BRAD P. ROSENBERG<br>Special Counsel<br><br>*/s/ Steven M. Chasin*<br>STEVEN M. CHASIN (DC Bar. No. 495853)<br>PIERCE J. ANON<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Phone: (202) 305-0747<br>E-mail: steven.m.chasin2@usdoj.gov<br><br>*Attorneys for Defendants* |

Defendants' Notice of Filing of Agency Declarations Pursuant to December 17, 2025 Preliminary Injunction Order
3:25-cv-08302-SI