STANLEY WOODWARD
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

EMILY M. HALL
TIBERIUS DAVIS
ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Branch Director
BRAD P. ROSENBERG
Special Counsel
R. CHARLIE MERRITT (VA Bar No. 89400)
Senior Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
Phone: (202) 616-0929
E-mail: elizabeth.t.hedges@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 3:25-cv-08302-SI<br><br>**DECLARATION OF STEPHEN BILLY PURSUANT TO PRELIMINARY INJUNCTION ORDER**<br><br>Judge: Hon. Susan Illston |

Declaration of Stephen Billy pursuant to the Court's Preliminary Injunction Order dated December 17, 2025
3:25-cv-08302-SI

I, Stephen Billy, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a Senior Advisor at the Office of Management and Budget ("OMB"), Executive Office of the President, headquartered in Washington, D.C. I have served in this position since January 24, 2025. This declaration is based on my personal knowledge and information provided to me in my official capacity by others.

2. I am aware of and have reviewed the December 17, 2025, preliminary injunction order issued by the Court in this action (the Order). The Order granted Plaintiffs preliminary injunctive relief, and ordered OMB and codefendant agencies to take and to refrain from taking certain actions. I am also aware of and have reviewed the December 23, 2025, order issued by the Ninth Circuit Court of Appeals, which issued an administrative stay of Section 3(d) of the Court's Order.

3. I make this Declaration in response to Section 4 of the Court's order.

4. As required by Section 1 of the Order, OMB will not take any action to implement, carry out, or effectuate reductions in force ("RIFs") of employees of the Department of Education ("Education") and the Department of State ("State"), including any actions to separate employees from federal employment, through at least January 30, 2026. As required by Section 3(a) of the Order, OMB will not give any force or effect to "any RIF 'noticed, initiated, executed, implemented, or otherwise taken by an Executive Agency between October 1, 2025' and November 12, 2025."

5. OMB will not take any actions inconsistent with the Order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 29, 2025

_____
Stephen Billy

Declaration of Stephen Billy pursuant to the Court's Preliminary Injunction Order dated December 17, 2025
3:25-cv-08302-SI

1