STANLEY E. WOODWARD, JR.
Associate Attorney General
BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON
Deputy Assistant Attorney General
MICHAEL K. VELCHIK
Senior Counsel to the Assistant Attorney General
ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division
CHRISTOPHER R. HALL
Assistant Branch Director
BRAD P. ROSENBERG (DC Bar No. 467513)
Special Counsel
STEVEN M. CHASIN
PIERCE J. ANON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-3374
E-mail: brad.rosenberg@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 3:25-cv-08302-SI<br><br>**DECLARATION OF NOAH PETERS**<br><br>Hon. Susan Illston |

Pursuant to 28 U.S.C. § 1746, I, Noah Peters, declare as follows:

1. I am Senior Advisor to the Director of the U.S. Office of Personnel Management ("OPM"), headquartered in Washington, D.C. I have served in this position since January 20, 2025. This declaration is based on my personal knowledge and information provided to me in my official capacity by others.

2. I am aware of and have reviewed the December 17, 2025 Order Granting Preliminary Injunction ("Order") issued by the Court in this action.

3. I make this declaration in response to the Court's Order of December 17, 2025, which granted Plaintiffs injunctive relief and restrained certain Defendants from taking specified actions related to reductions-in-force (RIFs).

4. The Court's Order provides that Defendants OPM, U.S. Office of Management and Budget, U.S. Department of State, and U.S. Department of Education are stayed and/or enjoined from taking any action to implement, carry out, or effectuate RIFs of employees of the Department of State and Department of Education, including any actions to separate employees from federal employment. The Court's Order also requires Defendants to file declarations verifying that they have complied with the Order and the steps they have taken to do so by December 29, 2025.

5. OPM will not engage in activity to effectuate RIFs of employees of the Department of State or the Department of Education in accordance with the Order.

6. OPM will not take any action inconsistent with the Order.

7. OPM does not implement, carry out, or effectuate RIFs for other agencies, nor does OPM take action to separate employees of other agencies from federal employment (except pursuant to Civil Service Rule V [5 CFR 5.3], relating to suitability determinations).

8. OPM sent notice of the Order to me and to my organization within OPM, the Office of the Director, on December 21, 2025.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

/s/ Noah Peters

Dated: December 29, 2025

Noah Peters Digitally signed by Noah Peters Date: 2025.12.29 15:05:47 -05'00'