**FILED**

JAN 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, AFL-CIO; et al.,<br><br>  Plaintiffs - Appellees,<br><br> v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET; et al.,<br><br>  Defendants - Appellants. | No. 25-7998<br><br>D.C. No. 3:25-cv-08302-SI<br>Northern District of California, San Francisco<br><br>ORDER |

The motion of Defendants-Appellants to dismiss the appeal is **GRANTED.** Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal. This order constitutes the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT