UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** January 9, 2026 | **Time:** 11:57 – 12:24<br>27 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 25-cv-08302-SI | **Case Name:** American Federation Of State County And Municipal Employees, AFL-CIO, et al. v. United States Office of Management and Budget, et al. | |

**Attorney for Plaintiff:** Danielle Leonard, Robin Tholin
**Attorney for Defendant:** Elizabeth Hedges, Brad Rosenberg

**Deputy Clerk:** Esther Chung    **Court Reporter:** Zoom Recording

## PROCEEDINGS

Status Conference – Held by Zoom Webinar.

## SUMMARY

The Plaintiffs' counsel presented their argument to the Court that the Government was not following the Preliminary Injunction as intended. The Government's counsel presented argument and rebuttals. The Plaintiffs' counsel requested and was granted briefing concerning any new arguments which they believed the Government raised at the hearing.