STANLEY E. WOODWARD, JR.
Associate Attorney General
BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON
Deputy Assistant Attorney General
MICHAEL K. VELCHIK
Senior Counsel to the Assistant Attorney General
ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division
CHRISTOPHER R. HALL
Assistant Branch Director
BRAD P. ROSENBERG
Special Counsel
STEVEN M. CHASIN
PIERCE J. ANON (N.Y. Bar # 6184303)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-7573
E-mail: pierce.anon@usdoj.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' REVISED SECOND AMENDED COMPLAINT AND SUPPLEMENTAL COMPLAINT <br><br> Judge: Hon. Susan Illston |

Defendants and Plaintiffs, by and through their respective counsel, stipulate to extend the time for Defendants to respond to Plaintiffs' Revised Second Amended Complaint for Declaratory and Injunctive Relief (ECF No. 92) (the "Revised SAC") and the Supplemental

Complaint for Declaratory and Injunctive Relief (ECF No. 126) (the "Supplemental Complaint").  In support thereof, the parties stipulate as follows:

1. As set forth in the parties' earlier Stipulation re Extension of Time to Respond to Plaintiffs' Revised Second Amended Complaint and Supplemental Complaint (ECF No. 133), Defendants' response to the Revised SAC and Supplemental Complaint is currently due on or before February 13, 2026;

2. The parties have conferred and have agreed that the deadline for Defendants to file a response to the Revised SAC should be extended to, and the deadline for Defendants to file a response to the Supplemental Complaint should be set to, February 27, 2026;

3. Additional time to respond to the Revised SAC and time to respond to the Supplemental Complaint is appropriate in light of the legislative uncertainty around the extension of the reduction in force ("RIF") moratorium.  This development was discussed in more detail in the February 6, 2026 Joint Case Management Statement (ECF No. 159).  The latest funding bill extended the RIF moratorium until February 13, 2026.  *See* Consolidated Appropriations Act, 2026, Pub. L. No. 119-75, Div. H, §101. As a matter of judicial efficiency and conservation of resources, more time will allow the parties to adequately frame their briefings around legislative developments that play an important role in Plaintiffs' Complaints.

4. The parties have further conferred regarding a briefing schedule in the event that Defendants file a Rule 12(b) Motion to Dismiss as their response to the Revised SAC and Supplemental Complaint and have agreed as follows:  Plaintiffs' opposition brief would be due on or before April 3, 2026; Defendants' reply would be due on or before April 24, 2026; and a hearing on Defendants' motion would be set at the Court's convenience thereafter;

5. The parties have previously stipulated to extend the time for Defendants to file a response to the Revised SAC (ECF No. 119), as well as the time for Defendants to file a response to the Supplemental Complaint (ECF No. 133);

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants that Defendants shall have until February 27, 2026 to respond both to Plaintiffs' Revised Second Amended Complaint for Declaratory and Injunctive Relief and Plaintiffs' Supplemental

Complaint for Declaratory and Injunctive Relief and, if Defendants file a Rule 12(b) Motion to Dismiss as their response, Plaintiffs' opposition brief shall be due on or before April 3, 2026, Defendants' reply shall be due on or before April 24, 2026, and a hearing be set for ~~May 8~~, 2026.

**IT IS SO ORDERED.**

Dated: ~~February 11, 2026~~

_____
SUSAN ILLSTON
United States District Judge

| | |
|---|---|
| DATED: February 10, 2026 | Respectfully submitted, |
| | STANLEY E. WOODWARD, JR.<br>Associate Attorney General |
| | BRETT A. SHUMATE<br>Assistant Attorney General |
| | ERIC J. HAMILTON<br>Deputy Assistant Attorney General |
| | MICHAEL K. VELCHIK<br>Senior Counsel to the Assistant Attorney General |
| | ELIZABETH HEDGES<br>Counsel to the Assistant Attorney General<br>Civil Division |
| | CHRISTOPHER R. HALL<br>Assistant Branch Director |
| | BRAD P. ROSENBERG<br>Special Counsel |
| | */s/ Pierce J. Anon*<br>STEVEN M. CHASIN<br>PIERCE J. ANON (N.Y. Bar # 6184303)<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Phone: (202) 305-7573<br>E-mail: pierce.anon@usdoj.gov |
| | *Attorneys for Defendants* |

## DECLARATION PURSUANT TO CIV. L.R. 5-1(i)(3)

I, Pierce J. Anon, declare that I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2026, in the City of Washington, District of Columbia.

*/s/ Pierce J. Anon*
PIERCE J. ANON (N.Y. Bar # 6184303)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-7573
E-mail: pierce.anon@usdoj.gov

*Attorney for Defendants*

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard
Alice X. Wang
Robin S. Tholin
Talia Stender
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
Fax: (415) 362-8064
sleyton@altshulerberzon.com
bchisholm@altshulerberzon.com
dleonard@altshulerberzon.com
awang@altshulerberzon.com
rtholin@altshulerberzon.com
tstender@altshulerberzon.com

By: */s/ Danielle Leonard*

*Attorneys for All Plaintiffs*

Elena Goldstein (pro hac vice)
Jennie L. Kneedler (pro hac vice)

DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 322-1959
egoldstein@democracyforward.org
jkneedler@democracyforward.org

*Attorneys for All Plaintiffs*

Norman L. Eisen (pro hac vice)
Craig Becker (pro hac vice)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@democracydefenders.org
Craig@democracydefenders.org

*Attorneys for All Plaintiffs*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

*Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson (SBN 226659)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org

*Attorneys for Plaintiff American Federation of State*

*County and Municipal Employees, AFL-CIO (AFSCME)*

Yvette M. Piacsek
NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM, AFL-CIO
1225 New York Ave. N.W., Suite 450
Washington, D.C. 20005
Tel: (202)216-4428
ypiacsek@nffe.org

*Attorneys for Plaintiff National Federation of Federal Employees, IAM, AFL-CIO*

Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

*Attorneys for Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

Sarah E. Suszczyk
NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC.
159 Thomas Burgin Parkway
Quincy, MA 02169
Tel: (617) 376-7239
ssuszczyk@nage.org

*Attorneys For Plaintiff National Association of Government Employees, Inc.  (NAGE)*