|   |   |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br>    Defendants. | Case No. 3:25-cv-08302-SI<br><br>**DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED AND SUPPLEMENTAL COMPLAINTS**<br><br>Hearing Date: May 12, 2026<br>Time: 1:00 p.m.<br>Judge: Hon. Susan Illston<br>Place: San Francisco Courthouse<br>Courtroom 01 |

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

This matter comes before the Court on Defendants' Motion to Dismiss. Upon consideration of Defendants' motion, and of all materials submitted in relation thereto, it is hereby ORDERED that Defendants' motion shall be, and it hereby is, GRANTED; and it is further ORDERED that these suits are hereby DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: _____, 2026

_____
The Honorable Susan Illston
United States District Court Judge