UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al.,

Plaintiffs,

v.

UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,

Defendants.

Case No.  25-cv-08302-SI

**ORDER FOR DEFENDANTS TO RE-FILE EXHIBIT A AND COMPLY WITH SEALING REQUIREMENTS**

On March 6, 2026, defendants filed a motion to dismiss this action.  *See* Dkt. No. 166. "Exhibit A" to the motion is an email that defendants say "formally rescind[s]" the agency guidance underlying plaintiffs' claims.  *Id.* at 1 & Ex. A.

Exhibit A contains substantial redactions.  Defendants have redacted the name of the sender of the email and most of the text on the first page of the email.  Defendants have not filed an unredacted copy of Exhibit A on the docket, nor have they taken steps to comply with this District's Civil Local Rules or with the undersigned's Standing Order governing the filing of sealed documents in civil cases.

The Court hereby ORDERS defendants to file an unredacted copy of Exhibit A on the docket **no later than March 23, 2026**.  Defendants may file the unredacted exhibit provisionally under seal so long as they also comply with Civil Local Rule 79-5 and with Judge Illston's Standing Order ¶ 9.  If defendants fail to comply with these requirements by the deadline, the Court will strike Exhibit A from the docket and will not consider it when ruling on the motion to dismiss.

**IT IS SO ORDERED**.

Dated: March 17, 2026

SUSAN ILLSTON
United States District Judge