STANLEY E. WOODWARD, JR.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Branch Director

BRAD P. ROSENBERG
Special Counsel

STEVEN M. CHASIN (D.C. Bar #495853)
PIERCE J. ANON
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-0747
E-mail: steven.m.chasin2@usdoj.gov
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **DEFENDANTS' ADMINISTRATIVE MOTION TO RE-FILE UNDER SEAL PORTIONS OF EMAIL ADDRESSES ON EXHIBIT A, IN SUPPORT OF THEIR MOTION TO DISMISS THE SECOND AMENDED AND SUPPLEMENTAL COMPLAINTS** <br><br> Hearing Date: May 12, 2026 <br> Time: 1:00 p.m. <br> Judge: Hon. Susan Illston <br> Place: San Francisco Courthouse Rm 01 |

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rules 79-5 and 7-11, Judge Illston's Standing Order, ¶ 9, and the Court's Order for Defendants to Re-File Exhibit A and Comply with Sealing Requirements (ECF No. 167) (the "Order"), Defendants hereby file this Administrative Motion to re-file under seal a portion of a previously-filed exhibit, Exhibit A to Defendants' Motion to Dismiss the Second Amended and Supplemental Complaints (ECF No. 166). Specifically, Defendants seek to redact only email addresses therein, and only the part of the email address to the left of the @ symbol, as shown in the attached Exhibit A. Defendants do not seek to redact any other text on the document. In support of this request, Defendants state:

1.      As the Court observed in its Order, on March 6, 2026, Defendants filed a Motion to Dismiss the Second Amended and Supplemental Complaints, attaching Exhibit A—an email which, as Defendants explained in their Motion, formally rescinds the agency guidance underlying Plaintiffs' claims in this case. *See* Order; *see also* ECF No. 166 at pp. 1, 8, 17.

2.      Defendants' original redactions on Exhibit A covered email addresses and associated names, as well as a subject line, a date, and a professional title. *See* ECF No. 166, Ex. A. None of the original redactions covered the substantive text in the body of the emails. *See id*.

3.      Pursuant to the Order, Defendants hereby seek to refile under seal portions of Exhibit A. Specifically, Defendants seek to file a narrowly-tailored redaction only of the email addresses—specifically, just the part of each email address to the left of the @ symbol. *See* attached Exhibit A. Defendants do not seek to redact any other text in Exhibit A.

4.      "Compelling reasons" support this request.[1] Broad release of the email addresses on Exhibit A could be a vehicle for improper purposes, including potential harassment of the

---

[1] *See Proofpoint, Inc. v. BTM Comercio De Equipamentos E Softwares De Informatica,* 17-cv-06065-BLF, 2018 U.S. Dist. LEXIS 49805, *4 (N.D. Cal. Mar. 26, 2018) ("Because [plaintiff's]

Defendants' Administrative Motion to Re-File Under Seal Portions of Email Addresses on Exhibit A in Support of Their Motion to Dismiss the Second Amended and Supplemental Complaints
3:25-cv-08302-SI

individuals on the email.  On the other hand, legitimate public interest in these email addresses (or at least the portion of the address to the left of the @ symbol) should be minimal.  The email addresses are not relevant to the resolution of the Motion to Dismiss.  Rather, Defendants provided this email to demonstrate formal rescission of the agency guidance underlying Plaintiffs' claims in this case.  And as noted, Defendants do not seek to redact any other information in the document.  Notably, Exhibit A includes, unredacted, the full name and title of the sender of both (substantive) emails in the email chain.[2]

5.    District courts within the Ninth Circuit have permitted sealing and redaction of work email addresses under the compelling reasons standard.  *See, e.g., Al Otro Lado, Inc. v. Wolf*, 17-cv-02366-BAS-KSC, 2020 U.S. Dist. LEXIS 141152, *10, 42 (S.D. Cal. Aug. 6, 2020) (granting, under "compelling reasons" standard, defendants' request to seal "work email addresses and other contact information of CPB [Customs and Border Protection] employees to the extent they appear in any of the exhibits."); *Proofpoint, Inc. v. BTM Comercio De Equipamentos E Softwares De Informatica*, 17-cv-06065-BLF, 2018 U.S. Dist. LEXIS 49805, *4-5 (N.D. Cal. Mar. 26, 2018).  *See also generally, Klein v. Meta Platforms, Inc*., 3:20-cv-08570-JD, 2022 U.S. Dist. LEXIS 157333, *13 (N.D. Cal. Aug. 31, 2022) (concluding that "[t]he redactions of email addresses are narrowly tailored and meet the standard for sealing."); *KPG Invs., Inc. v. Sonn*,  3:22-cv-00236-ART-CLB, 2023 U.S. Dist. LEXIS 111279, *11-12 (D.

---

sealing motion relates to a motion to dismiss a complaint, which is more than tangentially related to the merits of the case, the instant motion is resolved under the compelling reasons standard."). *See also, e.g., KPG Invs., Inc. v. Sonn,* 3:22-cv-00236-ART-CLB, 2023 U.S. Dist. LEXIS 111279, *8 (D. Nev. June 28, 2023) ("Documents appended to a motion to dismiss or its opposition are subject to the compelling reasons standard for judicial documents attached to dispositive pleadings.") *(citing Ctr. for Auto Safety v. Chrysler Grp*., 809 F.3d 1092, 1096-97 (9th Cir. 2016)).

[2] The very top of Exhibit A simply reflects the transmission / forwarding of the email to Defendants' counsel in this litigation.

Defendants' Administrative Motion to Re-File Under Seal Portions of Email Addresses on Exhibit A in Support of Their Motion to Dismiss the Second Amended and Supplemental Complaints
3:25-cv-08302-SI

Nev. June 28, 2023) (permitting "redacti[on] only [of] physical and email addresses" under "compelling reasons" standard, and denying remainder of sealing motion, where the "emails relat[e] to the core dispute in this action").  Here, in contrast to these cited cases, Defendants do not even seek to seal the full email address, but only the part of each email address, to the left of the @ symbol.

WHEREFORE, based on the foregoing, Defendants respectfully request that the Court grant this Administrative Motion to allow Defendants to Re-file Exhibit A to Defendants' Motion to Dismiss the Second Amended and Supplemental Complaints, sealing and redacting only the email addresses thereon, and only to the left of the @ symbol in each address.

Dated: March 23, 2026                    Respectfully Submitted,

STANLEY E. WOODWARD, JR.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ELIZABETH T. HEDGES
Counsel to the Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Branch Director

BRAD P. ROSENBERG
Special Counsel

*/s/ Steven M. Chasin*
STEVEN M. CHASIN
PIERCE J. ANON
Trial Attorneys

Defendants' Administrative Motion to Re-File Under Seal Portions of Email Addresses on Exhibit A in Support of Their Motion to Dismiss the Second Amended and Supplemental Complaints
3:25-cv-08302-SI

3

Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-0747
E-mail: steven.m.chasin2@usdoj.gov

*Attorneys for Defendants*

Defendants' Administrative Motion to Re-File Under Seal Portions of Email Addresses on Exhibit A in Support of Their Motion to Dismiss the Second Amended and Supplemental Complaints
3:25-cv-08302-SI

4