**From:**     Shapiro, Daniel J. EOP/OMB
**To:**       Anon, Pierce (CIV)
**Cc:**       Paoletta, Mark R. EOP/OMB
**Subject:**  [EXTERNAL] FW: 10/24/25 email rescission
**Date:**     Wednesday, March 4, 2026 11:06:54 AM

---

**From:** Ueland, Eric M. EOP/OMB < ████████████ @omb.eop.gov>
**Sent:** Wednesday, March 4, 2026 10:56 AM
**To:** ████████ @usda.gov; ███ @doc.gov; ████████████ @sd.mil; ████████████ @ed.gov; ████████ @hq.doe.gov; ████ @hhs.gov; █████████ @hq.dhs.gov; █████████████ @hud.gov; ███████████ r@ios.doi.gov; ███████ @usdoj.gov; ████████████ @dol.gov; ██████ @state.gov; ██████ @treasury.gov; █████████ @dot.gov; ███████████ @va.gov; ███████ @epa.gov; █████ @sba.gov; █████████ @gsa.gov; █████████████ @nasa.gov; █████ @nsf.gov; ████████ @nrc.gov; █████████ @opm.gov; █████████ @ssa.gov
**Subject:** 10/24/25 email rescission

Good morning—

I am writing to follow up on this email.  This email and the guidance contained therein was specific to the lapse that occurred starting in October 2025.  Therefore, the email and guidance are rescinded in full and no longer operative.

My best,
eric

---

**From:** Ueland, Eric M. EOP/OMB
**Sent:** Wednesday, September 24, 2025 8:32 PM
**To:** ████████ @usda.gov' < ███████████ @usda.gov>; ███ @doc.gov' < ███ @doc.gov>; ████████ @sd.mil' < ████████████ @sd.mil>; ███████████ @ed.gov' < ███████████ @ed.gov>; █████████ @hq.doe.gov' < ████████████ @hq.doe.gov>; ██████ @hhs.gov' < ████ @hhs.gov>; █████████ @hq.dhs.gov' < █████████ @hq.dhs.gov>; ██████████ @hud.gov' < █████████ @hud.gov>; ████████████ @ios.doi.gov' < ██████████ @ios.doi.gov>; ███████ @usdoj.gov' < ████████████ @usdoj.gov>; ████████████ @dol.gov' < █████████ @dol.gov>; ███████ @state.gov' < █████████ @state.gov>; ██████ @treasury.gov' < ██████ @treasury.gov>; █████████ @dot.gov' < █████████ @dot.gov>; ███████████ @va.gov' < █████████ @va.gov>; ███████ @epa.gov' < █████████ @epa.gov>; █████ @sba.gov' < █████ @sba.gov>; █████████ @gsa.gov' < █████████ @gsa.gov>; ████████ @nasa.gov' < ██████████ @nasa.gov>; ██████ @nsf.gov' < █████ @nsf.gov>; ████████ @nrc.gov' < ████████ @nrc.gov>; █████████ @opm.gov' < █████████ @opm.gov>; █████████ @ssa.gov' < █████████ @ssa.gov>
**Subject:** Lapse Guidance: Fiscal Year 2026
**Importance:** High

Good evening, colleagues--

Thank you for your agency's efforts to prepare for an orderly shutdown in the event of a lapse in appropriations. As required by Section 124 of OMB Circular A-11, OMB held its first lapse planning call with your agencies earlier this week, and we will continue to provide lapse updates as we approach the end of the fiscal year.

Over the past 10 fiscal years, Congress has consistently passed Continuing Resolutions (CRs) on or by September 30 on a bipartisan basis. Unfortunately, congressional Democrats are signaling that they intend to break this bipartisan trend and shut down the government in the coming days over a series of insane demands, including $1 trillion in new spending.

Last week, the House of Representatives passed H.R. 5371, a clean CR that would fund the government at current levels through November 21. The Administration supports Senate passage of H.R. 5371, but congressional Democrats are currently blocking this clean CR due to their partisan demands.

As such, it has never been more important for the Administration to be prepared for a shutdown if the Democrats choose to pursue one. Thankfully, H.R. 1 provided ample resources to ensure many core Trump Administration priorities will continue uninterrupted.

Programs that did not benefit from an infusion of mandatory appropriations will bear the brunt of a shutdown, and we must continue our planning efforts in the event Democrats decide to shut down the government. If Congress successfully passes a clean CR prior to September 30, the additional steps outlined in this email will not be necessary.

With respect to those Federal programs whose funding would lapse and which are otherwise unfunded, such programs are no longer statutorily required to be carried out. Therefore, consistent with applicable law, including the requirements of 5 C.F.R. part 351, agencies are directed to use this opportunity to consider Reduction in Force (RIF) notices for all employees in programs, projects, or activities (PPAs) that satisfy all three of the following conditions: (1) discretionary funding lapses on October 1, 2025; (2) another source of funding, such as H.R. 1 (Public Law 119-21) is not currently available; and (3) the PPA is not consistent with the President's priorities.

RIF notices will be in addition to any furlough notices provided due to the lapse in appropriation. RIF notices should be issued to all employees working on the relevant PPA, regardless of whether the employee is excepted or furloughed during the lapse in appropriations.

Once fiscal year 2026 appropriations are enacted, agencies should revise their RIFs as needed to retain the minimal number of employees necessary to carry out statutory functions. Any proposed RIF plan must be submitted to OMB.

As a reminder, updated agency lapse plans were due to OMB on August 1. OMB has received many, but not all, of your submissions. Please send us your updated lapse plans ASAP. As previously communicated, we want to reiterate what we are expecting to see in these plans:

- Agency plans should not "repurpose" balances or assume use of transfer authorities. Any exceptions must be requested of OMB, and will be considered on a case-by-case basis.

- In cases where agencies received appropriations under H.R. 1, agencies' lapse plans should assume this funding is obligated consistent with OMB-approved spend plans. If you have already submitted your lapse plan to OMB for review, we will be reaching out to you the coming days to update your plans in line with this guidance as needed.

We remain hopeful that Democrats in Congress will not trigger a shutdown and the steps outlined above will not be necessary. The President supports enactment of a clean CR to ensure no discretionary spending lapse after September 30, 2025, and OMB hopes the Democrats will agree.

OMB will be communicating further information as September 30, 2025, draws closer, and will be a resource to you.   Please don't hesitate to reach out in the event Democrats for a discretionary spending lapse after September 30, 2025.

My best,

eric

Eric Ueland
Deputy Director for Management
Office of Management and Budget