Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional Plaintiffs' counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** <br><br> Civ. L. R. 7-11 |

Pursuant to Civil Local Rule 7-11, Plaintiffs respectfully request that the Court extend by two weeks the deadline for Plaintiffs to file an opposition to Defendants' Motion to Dismiss, in light of other obligations of Plaintiffs' counsel and in order to allow sufficient time for Plaintiffs to respond to new developments and information. Defendants do not oppose an extension of two weeks for all operative deadlines with a hearing on or after May 20, 2026. Decl. of Robin S. Tholin ("Tholin Decl.") ¶6.

The parties previously stipulated to a deadline for Defendants' response to the Revised Second Amended Complaint (ECF 92) and Supplemental Complaint (ECF 126) and then twice extended that deadline. Initially, on December 12, 2025, the parties stipulated to set a February 13, 2026 deadline for Defendants' response and this Court approved that stipulation. ECF 133, 135. On February 10, 202, the parties then filed a stipulation extending that deadline to February 27, 2026 and setting a briefing schedule for that motion, and the Court approved that stipulation. ECF 160, 161. Finally, on February 27, 2026, the Court granted the parties' February 26, 2026 stipulation to extend Defendants' motion to dismiss deadline to March 6, 2026, with Plaintiffs' opposition due on or before April 7, 2026 and Defendants' reply brief due on or before April 22, 2026. ECF 163, 164. Those are the currently operative deadlines.

On March 6, 2026, Defendants filed a motion to dismiss this action. ECF 166. In that motion, Defendants disclosed for the first time the existence of an email that they represented had "formally rescinded" the agency guidance at issue in this case, which they attached to the motion with all recipients redacted. *Id.* at 1. Before that filing, Plaintiffs were unaware that Defendants had purported to rescind the agency guidance at issue. Tholin Decl. ¶3.

Pursuant to this Court's order, ECF 167, on March 23, 2026, Defendants filed under seal an unredacted copy of that email, which for the first time disclosed the recipients of that email. ECF 168. After Plaintiffs requested a copy of that filing, Defendants sent Plaintiffs a service copy of the unredacted email on March 24, 2026. Tholin Decl. ¶4.

Plaintiffs require additional time to respond to Defendants' motion to dismiss in light of the March 6, 2026 disclosure of the existence of this email purportedly rescinding the agency guidance at

issue and the even more recent March 24, 2026 disclosure of the recipients of that email. This information is relevant to Plaintiffs' opposition brief and also informed a settlement proposal that Plaintiffs drafted and provided to Defendants on March 27, 2026. Tholin Decl. ¶5.

In light of this recent disclosure as well as competing professional deadlines that interfere with filing a response by the current deadline, Plaintiffs respectfully request a two-week extension, putting the opposition deadline on April 21, 2026. As further explained in the accompanying Declaration of Robin Tholin, Plaintiffs' counsel have multiple conflicts that interfere with fully responding by the current deadline, including conflicts that arose in the last month. *Id.* ¶¶8-12. For instance, multiple attorneys in this case are also counsel for the plaintiffs in *AFGE et al. v. Trump et al.*, No. 3:25-cv-03698-SI, and during the time period for responding to Defendants' motion to dismiss have been preparing for and conducting multiple depositions this week in Washington, D.C., including by reviewing extensive expedited discovery produced between March 17 and March 31. Tholin Decl. ¶8. Plaintiffs' counsel also have conflicts in the period immediately following the current deadline of April 6, 2026, that support a two-week extension. *Id.* ¶¶ 9, 12.

For these reasons, Plaintiffs respectfully request a two-week extension of the deadline for all briefs, so that Plaintiffs' opposition would be due April 21, Defendants' reply would be due May 6, and a hearing set on or after May 20, 2026.

DATED: April 2, 2026                    Respectfully submitted,

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard
Alice X. Wang
Robin S. Tholin
Talia Stender
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
Fax: (415) 362-8064
sleyton@altshulerberzon.com
bchisholm@altshulerberzon.com
dleonard@altshulerberzon.com
awang@altshulerberzon.com

rtholin@altshulerberzon.com
tstender@altshulerberzon.com

By: */s/ Robin S. Tholin*

*Attorneys for All Plaintiffs*


Elena Goldstein (pro hac vice)
Jennie L. Kneedler (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 322-1959
egoldstein@democracyforward.org
jkneedler@democracyforward.org

*Attorneys for All Plaintiffs*


Norman L. Eisen (pro hac vice)
Craig Becker (pro hac vice)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@democracydefenders.org
Craig@democracydefenders.org

*Attorneys for All Plaintiffs*


Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT
EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

*Attorneys for Plaintiffs American Federation of
Government Employees, AFL-CIO (AFGE) and
AFGE locals*


Teague Paterson (SBN 226659)

AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*


Yvette M. Piacsek
NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM, AFL-CIO
1225 New York Ave. N.W., Suite 450
Washington, D.C. 20005
Tel: (202)216-4428
ypiacsek@nffe.org

*Attorneys for Plaintiff National Federation of Federal Employees, IAM, AFL-CIO*


Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

*Attorneys for Plaintiff Service Employees International Union, AFL-CIO (SEIU)*


Sarah E. Suszczyk
NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC.
159 Thomas Burgin Parkway
Quincy, MA 02169
Tel: (617) 376-7239
ssuszczyk@nage.org

*Attorneys For Plaintiff National Association of Government Employees, Inc.  (NAGE)*