Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **DECLARATION OF ROBIN S. THOLIN** |

1

Declaration of Robin S. Tholin, Case No. 3:25-cv-08302-SI

**DECLARATION OF ROBIN S. THOLIN**

I, Robin S. Tholin, declare as follows:

1.    I am a member in good standing of the State Bar of California and the bar of this Court.  I represent Plaintiffs in this action.  This declaration is based on my personal knowledge, information, and belief.

2.    This declaration is filed in support of Plaintiffs' request for a two-week extension of time to file Plaintiffs' opposition to Defendant's Motion to Dismiss, which would put the deadline for the filing of that opposition on April 21, 2026.

3.    On March 6, 2026, in their Motion to Dismiss, Defendants disclosed for the first time the existence of an email they contend "formally rescinded" the agency guidance at issue in this case.  The recipients of that email were redacted in the version attached as Exhibit A to the motion.  Before Defendants' March 6, 2026 filing, Plaintiffs were unaware that Defendants had purported to rescind the agency guidance at issue.

4.    On March 23, 2026, pursuant to this Court's order, Defendants filed under seal an unredacted version of Exhibit A, along with a motion to seal.  Plaintiffs emailed Defendants later that day requesting a service copy of the unredacted exhibit, which Defendants provided on March 24, 2026.

5.    This email, and the full list of recipients, is relevant to Plaintiffs' opposition to Defendants' motion.  Additionally, after being put on notice of the purported rescission of the agency guidance at issue on March 6, and then after receiving an unredacted version on March 24 that discloses the individuals to whom the purported rescission was sent, Plaintiffs' counsel required time to consider whether the case could be resolved through a voluntary settlement, to consult with clients, and then to formulate a settlement proposal, which Plaintiffs shared with Defendants on March 27, 2026.

6.    To facilitate the parties' ability to discuss potential resolution and allow sufficient time for Plaintiffs' counsel to draft their opposition in light of other conflicts, Plaintiffs emailed Defendants' counsel on Monday, March 30, 2026, asking for Defendants' position on Plaintiffs' request for an extension of time to file this brief.  On April 1, 2026, Defendants' counsel

Declaration of Robin S. Tholin, Case No. 3:25-cv-08302-SI

responded that Defendants opposed Plaintiffs' initial request for a three-week extension, but on April 2, 2026, Defendants consented to a two-week extension of all deadlines in the current briefing schedule, such that the hearing on the motion will be held on or after May 20, 2026. Defendants also noted that they are *not* available for a hearing on May 19, 2026.

7. Multiple counsel who are participating in drafting this brief have other professional commitments and deadlines as well as other conflicts that support this request.

8. Initially, multiple attorneys on this case, including my co-counsel Danielle Leonard, Stacey M. Leyton, Barbara J. Chisholm and I, are also counsel for the plaintiffs in the related case of *AFGE et al. v. Trump et al.*, No. 3:25-cv-03698-SI. Expedited discovery in connection with an important preliminary injunction motion in that case has required substantial time from counsel during the time period that we otherwise would have been able to prepare our opposition brief. Specifically, pursuant to the Court's March 9, 2026 order in that case (Case No. 3:25-cv-03698-SI, ECF 328), Danielle Leonard as well as other Plaintiffs' counsel have prepared for and traveled to Washington D.C. to take and to support the taking of depositions on March 31, 2026, April 2, 2026, and April 3, 2026. Plaintiffs' counsel also spent significant time reviewing expedited document discovery between March 17 and 31.

9. In addition to other ongoing professional matters in the federal and state courts for which she is lead counsel or otherwise responsible, Danielle Leonard is also out of the office for a family trip from Monday, April 6, 2026 through Friday, April 10, 2026 and traveling to Kentucky for a summary judgment hearing in *Insight Terminal Solutions, LLC v. City of Oakland*, Case No. 24-03007-jal (Bankr. W.D. Ky.) from April 14 through April 16, 2026.

10. I also have conflicts that have interfered with the preparation of a response to the motion to dismiss. I recently traveled to Eugene, Oregon for a class certification hearing on April 1, 2026 in *Schroeder et al v. University of Oregon*, Case 6:23-cv-01806-MC, which was set on March 12, 2026. I was also out of the country for a previously scheduled vacation from March 2 through March 20.

11. Stacey M. Leyton has numerous discovery obligations and briefing deadlines in active cases that are pending in the Southern District of California, District of Minnesota,

Declaration of Robin S. Tholin, Case No. 3:25-cv-08302-SI

Southern District of New York, D.C. Superior Court, and D.C. Circuit, as well as another case in the Northern District of California, and was out of the office for family travel from March 28 through April 1, 2026.

12.     Barbara J. Chisholm was unavailable from March 23 through 26, 2026 preparing for and conducting a two-day arbitration hearing, and is out of the country from March 26 through April 6, 2026 for a previously scheduled vacation.  She also has collective bargaining sessions scheduled with Stanford Hospital on April 6 and April 7.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed April 2, 2026, in San Francisco, California.

*/s/ Robin S. Tholin*
Robin S. Tholin

4

Declaration of Robin S. Tholin, Case No. 3:25-cv-08302-SI