UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-08302-SI |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., | |
| Defendants. | |

## **[PROPOSED] ORDER**

Good cause having been shown, the Court grants Plaintiffs' unopposed motion for administrative relief to extend the operative deadlines for briefing on Defendants' Motion to Dismiss by two weeks. Plaintiffs' opposition brief shall be due on or before April 21, 2026, Defendants' reply shall be due on or before May 6, 2026, and the hearing currently scheduled for May 6, 2026 shall be held on _____, 2026.

IT IS SO ORDERED.

Dated: _____, 2026        _____
                                           Hon. Susan Illston
                                           United States District Court Judge