UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 3:25-cv-08302-SI<br><br>**[PROPOSED] ORDER \*AS MODIFIED BY THE COURT\* GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |

[PROPOSED] ORDER GRANTING PLS' MOT FOR EXTENSION OF TIME, No. 3:25-cv-08302-SI

### ~~[PROPOSED]~~ ORDER AS MODIFIED BY THE COURT

Good cause having been shown, the Court grants Plaintiffs' unopposed motion for administrative relief to extend the operative deadlines for briefing on Defendants' Motion to Dismiss by two weeks. Plaintiffs' opposition brief shall be due on or before April 21, 2026, Defendants' reply shall be due on or before May 6, 2026, and the hearing currently scheduled for May 6, 2026 shall be held on May 19, 2026 at 11:00 AM

IT IS SO ORDERED.

Dated: April 3, 2026

_____

Hon. Susan Illston
United States District Court Judge