Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com

Elena Goldstein (pro hac vice)
Skye Perryman (pro hac vice)
Tsuki Hoshijima (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
egoldstein@democracyforward.org
sperryman@democracyforward.org
thoshijima@democracyforward.org

*Attorneys for Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., | Case No. 3:25-cv-03698-SI |
| Plaintiffs, | **DECLARATION OF GEORGE NIKLAS GUSTAFSSON** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

Declaration of George Niklas Gustafsson

## DECLARATION OF GEORGE NIKLAS GUSTAFSSON

I, George Niklas Gustafsson, declare as follows:

1.    I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief. I am providing this declaration in my capacity as a Union President.

2.    I am the President of American Federation of Government Employees Local 228 ("Local 228" or the "Union"). Local 228 represents a bargaining unit of about 750 civil servants who work for U.S. Small Business Administration ("SBA") at Headquarters, in 12 SBA program offices, and field operations nationwide in the non-disaster side of the Agency. These civil servants include loan specialists, grant management specialists, and business development specialists. Local 228 has approximately 300 dues paying members. These specialists in the program offices interact directly with small businesses seeking support for their small businesses.

3.    Local 228's mission is to advocate for and promote the interests of its bargaining unit members working at SBA and to ensure they have the necessary tools and support to assist the American public. As the exclusive bargaining representative of these workers, the Union provides many services to all employees in the bargaining unit. Core functions of the Union include collective bargaining with the SBA to obtain a fair and reasonable collective bargaining agreement ("CBA"); filing grievances against the SBA to enforce the terms and conditions of the CBA; and providing other support, guidance, and resources to bargaining unit employees.

4.    I am an Attorney Advisor at SBA. I have worked for SBA for over 15 years since 2009.

5.    On September 29, 2025, SBA noticed a reduction in force ("RIF") to agency employees, including bargaining unit members represented by the Union and dues paying members of the Union.

6.    According to a declaration filed by SBA in this case, 73 employees received these reduction-in-force notices. ECF 62-31 ¶9. SBA also stated that it had obtained a waiver from OPM to provide a 30-day notice period instead of a 60-day notice period. *Id.*

2

Declaration of George Niklas Gustafsson

7. This RIF was noticed two days before the government-wide lapse in appropriations that began on October 1, 2025, and was not covered by this Court's October 28, 2025 preliminary injunction. SBA terminated employees pursuant to that noticed RIF on October 29, 2025.

8. On November 12, 2025, President Trump signed the continuing resolution that ended the federal government shutdown. Section 120 of that continuing resolution contained a provision requiring reinstatement of federal employees who had been terminated during the shutdown.

9. On November 17, 2025, SBA notified the terminated employees that the RIF notices sent on September 29, 2025 were rescinded "per Public Law No: 119-37 - Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026," and that employees would be reinstated to their prior positions and receive retroactive pay.

10. The next day, on November 18, 2025, SBA send a letter that purported to undo that rescission, informing employees that the September 29, 2025 RIF Notices and terminations remained in effect.

11. The RIF'ed employees were not returned to their positions until December 29, 2025, pursuant to this Court's December 17, 2025 preliminary injunction. On December 29, 2025, SBA informed both employees and this Court that the RIF notices had been rescinded and that the affected employees were entitled to back pay. ECF 146-6 ¶4.

12. As of today, April 20, 2026, SBA still has not finalized those backpay calculations or paid backpay to any of the affected employees for the two months between termination and reinstatement.

13. The employees who were reinstated to their positions on December 29, 2025 also have yet to receive annual performance reviews for their work in 2025, which were conducted for the other members of the bargaining unit who had not been subject to the RIF.

14. SBA's failure to conduct performance reviews has multiple detrimental effects on these employees. SBA employees are rated on a 5-point scale, and the outcome of those reviews determines employee bonuses for the year. For example, employees who received a 3, or "meets

Declaration of George Niklas Gustafsson

expectations," rating in 2025 received bonuses of roughly 1%. Employees who have not received performance reviews have not received any performance bonuses.

15.    The absence of a 2025 performance rating also harms employees because performance ratings are used throughout the federal government. Performance ratings are required for employees to receive step increases within their General Schedule (GS) grade or increases to another GS grade. Performance ratings are also considered when agencies are determining which employees are retained or separated during a RIF.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed April 20, 2026, in San Francisco, California.

George Niklas Gustafsson

Declaration of George Niklas Gustafsson