BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Branch Director

BRAD P. ROSENBERG
Special Counsel

STEVEN M. CHASIN
PIERCE J. ANON
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-7573
E-mail: pierce.anon@usdoj.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **SUPPLEMENT TO JOINT CASE MANAGEMENT STATEMENT (ECF No. 172)** |

Defendants provide their Supplement to the Parties' Joint Case Management Statement, ECF No. 172, in response to Plaintiffs' Supplement filed yesterday, ECF No. 174.

In short, Plaintiffs' Supplement informs the Court about the RIF at the State Department that became effective on Tuesday, May 5, and noted that this development "may affect the need for further proceedings in this case." ECF No. 174 at 3. But as Plaintiffs (briefly) acknowledge, this issue has already been litigated. Indeed, when Plaintiffs argued that the State Department RIF notices issued in July were required by the Court's Preliminary Injunction Order to be rescinded, the Court sided with Defendants, stating that: "I don't think that the State RIF notices that were issued in July, these were - - I don't think my order or, frankly, the CR calls for their rescission." ECF No. 153 at 20. The RIF effectuated this week originated from those very same July RIF notices.

On January 6, Plaintiffs briefed this very issue under the cover of an "Urgent Request for Status Conference" regarding compliance with this Court's December 17, 2025, Preliminary Injunction Order. ECF No. 147. Two days later, Defendants responded, ECF No. 150, arguing that neither the Court's Preliminary Injunction nor the C.R. required the rescission of the *now* at issue July 2025 RIF notices. As noted above, the Court agreed with Defendants. ECF No. 153 at 20.

There is no need for this Court to revisit the issue through "further proceedings." Plaintiffs take special issue with the fact that "State had not re-noticed these RIFs or given employees notice that they would be separated pursuant to a RIF today before that communication." ECF No. 174. It is not clear to Defendants why State not re-noticing a RIF initially noticed *last July* is of any significance. Rather, the Court expressly said that State would not need to rescind or re-notice their RIF notices. ECF No. 153 at 21. And regarding giving notice to State Department employees subject to a RIF—those employees have had almost *ten months* of notice from when their original RIF notices were issued. State's RIF, made effective this week after nearly ten months of pause, are now outside the scope of this case.

As discussed in the Parties' stipulation, ECF No. 173, Defendants are hopeful, for the moment, that they can come to some form of negotiated resolution in this case with Plaintiffs. The lapse in appropriations acting as the impetus for this dispute is some six months in the past. Section 120, the

statutory basis for their claims, has now expired.  This case's outer bounds should be defined in that context.

Dated: May 6, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Branch Director

BRAD P. ROSENBERG
Special Counsel

STEVEN M. CHASIN
Trial Attorney

*/s/ Pierce J. Anon*
PIERCE J. ANON
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-7573
E-mail: pierce.anon@usdoj.gov

*Attorneys for Defendants*