**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## CIVIL MINUTES

| **Date:** May 8, 2026 | **Time:** 4:02 – 4:09 7 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 25-cv-08302-SI | **Case Name:** American Federation Of State County And Municipal Employees, AFL-CIO, et al. v. United States Office of Management and Budget, et al. | |

**Attorney for Plaintiff:** Danielle Leonard, Robin Tholin
**Attorney for Defendant:** Elizabeth Hedges, Brad Rosenberg

**Deputy Clerk:** Esther Chung                **Court Reporter:** Zoom Recording

## PROCEEDINGS

Status Conference – Held by Zoom Webinar.

## SUMMARY

The Court reviewed the briefing schedule for the Motion to Dismiss. Defendants' reply due 5/27 and hearing is set for 6/23. The parties jointly requested that Plaintiffs be allowed to supplement their opposition with 5 additional pages by 5/18 and then defendant's omnibus reply with an additional 5 pages. The request was granted.