Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., <br><br> Defendants. | Case No. 3:25-cv-08302-SI <br><br> **SUPPLEMENTAL DECLARATION OF AFSA PRESIDENT JOHN DINKELMAN** |

**SUPPLEMENTAL DECLARATION OF JOHN DINKELMAN**

I, John Dinkelman, declare as follows:

1.      I am over 18 years of age and competent to give this declaration.  This declaration is based on my personal knowledge, information, and belief.  This declaration supplements my previously filed declaration in this case, which was filed in support of Plaintiffs' second motion for a temporary restraining order.  ECF 123-3.

2.      I am the current President of the American Foreign Service Association (AFSA).  I was a member of the Senior Foreign Service at the Department of State until I was terminated from my position on May 5, 2026.

3.      I entered the Foreign Service in 1988 and served in the Foreign Service for 37 years. My first overseas posting was in the former Yugoslavia.  Subsequent overseas assignments included the United Kingdom, the Marshall Islands, the Netherlands, Turkey, Mexico, and the Bahamas.  My domestic assignments included the Foreign Service Institute, the Bureau of Western Hemisphere Affairs, the Bureau of Administration, and the Bureau of Global Talent Management, where I served as a diplomat-in-residence at Howard University from 2023 until July 11, 2025.

4.      On July 11, 2025, I was one of the approximately 250 members of the Foreign Service who received a Reduction in Force (RIF) notice.  The "Specific Notice of Reduction in Force" I received stated, "[t]his memorandum is to inform you that you will be separated from the Foreign Service and your employment at the U.S. Department of State because of reductions to the office you were assigned to on May 29, 2025....  In connection with this RIF action, you will be placed on administrative leave until you are separated from federal service, effective today…. Consequently, you will be separated from the Foreign Service effective November 10, 2025."

5.      As described in my first declaration, the State Department continued to implement these RIFs after issuing the Notices, including during the lapse in appropriations that began on October 1, 2025.  ECF 123-3 ¶¶12-21.

6.      November 10, 2025 passed without any separations of Foreign Service employees who received these RIF notices.  Between November 10 and 11, 2025, RIF'd Foreign Service employees received an email from GTMNotifications@state.gov titled "Extended Administrative

Leave." The email simply noted, "The Department has extended administrative leave for all Foreign Service employees who were scheduled for separation as part of the reduction in force on November 10. We are reviewing the administrative errors in all SF-50s issued on Friday, November 7, to ensure that all information is accurate...."

7. On December 1, 2025, I was informed by the State Department that the Department would be executing the previously noticed RIFs on December 5, 2025. This action was halted on December 4, 2025 by a Temporary Restraining Order issued in this case, and later by a Preliminary Injunction.

8. The State Department did not engage in a new RIF process or reissue the prior Specific Notice of Reduction in Force I received with an updated separation date at any point after my initial separation date of November 10, 2025 passed.

9. On May 5, 2026, at 10:53 am, I received an email from GTMNotifications@state.gov with the subject line "Notice of Employment Action." That email read, in full:

In April 2025, the Secretary determined the Department would undertake a reorganization in line with broader efforts to streamline government functions, eliminate redundancy, and enhance accountability, including through a reduction in force. Your reduction in force separation will be effective today, Tuesday, May 5. Additional FAQs will be available on state.gov/RIFQs, including information on appeal rights and where to find other employee-specific information. Thank you again for your service to the Department.

10. AFSA understands that this email was sent to approximately 200 Foreign Service Officers, which AFSA understands includes all Foreign Service Officers who received RIF notices on July 11, 2025, and were still employed by the State Department as of May 5, 2026.

11. I was separated from employment with the State Department that day, May 5, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on May 18, 2026, in Blacksburg, VA.

_____
John Dinkelman