FILED

MAY 27 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# DECLARATION OF GIL LANG II

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

**GIL LANG II,** Plaintiff,

v.

**U.S. DEPARTMENT OF EDUCATION, et al.,** Defendants.

**Case No.: 3:25-cv-08302-SI**

# DECLARATION OF GIL LANG II

I, **Gil Lang II**, declare under penalty of perjury as follows:

**Background.** I am a career federal employee at the GS-15 level and a retired U.S. Army veteran (E-7) with over twenty years of active military service. My Service Computation Date (SCD) for Reduction in Force (RIF) purposes is January 1994.

**Administrative Leave and Loss of Access (February 4, 2025).** On February 4, 2025, I was placed on administrative leave. On the same date, all of my government system access was terminated, including my Common Access Card (CAC), government email account, building access, and government-issued phone.

**Return of Government Equipment (November 2025).** In mid-November 2025, during the implementation of the first RIF, I was instructed to return all Government Furnished Equipment (GFE), including my government laptop and iPad. Because my building access had been revoked, I returned the equipment by mail.

**Rescission of First RIF and Payroll Restoration (December 28, 2025).** Following this Court's injunction, the Agency issued a memorandum rescinding the first RIF and restored me to the payroll effective December 28, 2025. On that same date, I was placed back on administrative leave.

**Status After Restoration (December 28, 2025 – Present).** Since December 28, 2025, I have not been provided with a CAC, government computer, government phone, or any network credentials. I have not been assigned duties, granted access to internal systems, or provided any means to perform work. I have remained continuously on administrative leave without access to Agency systems for approximately sixteen months.

**Second RIF Notice (May 19, 2026).** On May 19, 2026, I received a second RIF notice for the same position previously affected by the rescinded RIF. The effective date of this second RIF is July 18, 2026. This second RIF notice cites different Executive Orders than the 2025 RIF notice, characterizing it as a new action despite targeting the same position and individual.

**Effect of Access Restrictions.** Because I have not been provided access to Agency systems or restored to duty since December 28, 2025, I have been unable to review internal vacancy announcements, access personnel systems, or exercise my RIF assignment rights, including bump and retreat rights associated with my SCD.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on, **May 22, 2026,** in Edgewater, Maryland.

Signature: ______________________

**Gil Lang II**

# EXHIBIT A

## November 4, 2025, First RIF Notice

UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF INSPECTOR GENERAL

09/05/2025

Sent by e-mail to : GIL1035@gmail.com

TO: Gil Lang

FROM: Takiyah T. Golden, Assistant Inspector General for Management Services TAKIYAH GOLDEN Digitally signed by TAKIYAH GOLDEN Date: 2025.09.02 13:03:17 -04'00'

SUBJECT: Specific Notice of Reduction in Force (RIF)

In accordance with the Executive Orders entitled "Implementing The President's Department of Government Efficiency" Workforce Optimization Initiative, dated February 11, 2025, EO 14210, and "Ending Illegal Discrimination and Restoring Merit Based Opportunities," dated January 21, 2025, EO 14173, it is with great regret that I must inform you that your position of CHIEF WORKFORCE ENGAGEMENT OFFICER, GS-301-15 is being abolished and your separation will be effected as part of a reduction in force (RIF) action. This memorandum constitutes specific RIF notification, and it is necessary to implement the abolishment of Workforce Engagement Services (within Education OIG, Enterprise and External Services).

This RIF action is in accordance with current law and regulations, which include Chapter 35 of Title 5, United States Code; 5 Code of Federal Regulations, Part 351, including Section 351.402(d) which establishes a separate competitive area for IG activities; and internal U.S. Department of Education (ED) policy. In accordance with these authorities, the Office of Inspector General will release you from your competitive level, and you do not have an assignment right to another position in your competitive area. As a result, your separation from the Federal service by RIF will be effective on **November 4, 2025**.

This RIF action was conducted by the Education OIG's Office of Human Resources (OHR) by preparing retention registers listing employees in retention standing order based on civil service tenure, veteran's preference, length of Federal service, and performance ratings. The following information was used to determine your retention standing as of the RIF effective date:

- Competitive Area: EFE1
- Type of Service: Competitive
- Position Title, Series, Grade: Chief Workforce Engagement Officer, GS-0301-15
- Competitive Level: FW6
- Tenure Group and Subgroup: IAD
- Service Computation Date (SCD): 11/4/2013
- Latest Three Performance Evaluations:

Rating Performance and Pattern FY24: 5
Rating Performance and Pattern FY23: 5
Rating Performance and Pattern FY22: 4

- SCD adjusted by the latest three performance ratings: 11/4/1994

Attached to this letter is an Employee Guide to RIF Benefits which contains information regarding leave and other benefits available to employees separated by RIF, as well as information on the ED Career Transition Assistance Plan. In addition, you may authorize OHR to release your qualification information to Federal, state, and private sector agencies and organizations by completing the attached release authorization. Information regarding benefits available under the Workforce Investment Act of 1998 Program, including unemployment insurance is located at http://www.doleta.gov/usworkforce/WIA/planstatus.cfm.

You may be eligible to receive severance pay. If you are eligible for severance, we will process payment upon separation. If you think you may be eligible for discontinued service or regular retirement, please see the Employee Guide to RIF Benefits for more information or contact benefits@ed.gov.

If you resign on or before the RIF effective date of **November 4, 2025**, OIG will still consider your separation involuntary. Please be advised that you may affect your appeal rights if you resign. You are strongly encouraged to contact OHR for information if you are considering resigning during this specific notice period.

OHR staff are available to assist you by explaining this proposed action and will provide you with copies of pertinent regulations, benefits information, or other material related to this action that you may wish to review. Title 5 of the Code of Federal Regulations Part 351 contain the RIF regulations. OHR will provide a copy to you upon request. You may also inspect the appropriate retention register through the OHR. You may obtain any information in writing by sending your request to the OIG RIF Team, email: oighr@ed.gov.

You may have the right to appeal this action to the Merit Systems Protection Board (MSPB). Should you elect to appeal to the MSPB, your appeal must be in writing and submitted no later than 30 calendar days after the effective date of the reduction in force action. For more information, please visit www.mspb.gov or contact your local MSPB regional or field office (see attached).

Alternatively, you may file an electronic appeal at https://e-appeal.mspb.gov/. See *How to File an Appeal* at http://www.mspb.gov/appeals/appeals.htm. If you file an appeal the MSPB must serve an acknowledgement order to the following address:

Office of the General Counsel
U.S. Department of Education
400 Maryland Ave, SW
Washington, DC 20202

If you believe this action is because of a prohibited personnel practice other than discrimination based on your race, color, religion, sex, national origin, age, disability, marital status, or political affiliation, you may seek corrective action with the Office of the Special Counsel (OSC). Your decision to file an MSPB appeal or to seek corrective action from the OSC is exclusive and irrevocable. See Prohibited Personnel Practices Overview for more information about seeking corrective action.

If you believe this action is because of race, color, religion, sex (including pregnancy), national origin, physical disability, genetic information, or age, you may file a complaint with Office of Equal Employment Opportunity Services by email at ODS_OEEOS@ed.gov. To initiate a complaint, you must contact an ED Equal Employment Opportunity Counselor within 45 days of the effective date of this action.

This RIF action is not a reflection upon your performance or conduct. It is solely due to the reduction of the position as described earlier in this letter. OIG appreciates the service you have rendered. We deeply regret that this decision affects you, and we recognize the difficulty of the moment.

**Attachments:**

RIF Information Sheet
Employee Guide to RIF Benefits
ED Placement Programs
Reemployment Priority List Registration Form
Authorization to Release Qualifications Information
Severance Pay Information
MSPB Appeal Offices Locations

No hard copy to follow

...

cc: Theresa Perolini, Assistant Inspector General for Enterprise and External Affairs

...

# EXHIBIT B

## May 19, 2026, Second RIF Notice

UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF INSPECTOR GENERAL

05/19/2026

TO: Gil Lang

FROM: Takiyah Golden, Assistant Inspector General for Management Services TAKIYAH GOLDEN

SUBJECT: Specific Notice of Reduction in Force (RIF)

In accordance with the Executive Order 14210 titled, "Implementing The President's 'Department of Government Efficiency' Workforce Optimization Initiative," dated February 11, 2025 (90 FR 9669 (Feb. 14, 2025)), and Executive Order 14151 titled, "Ending Radical and Wasteful Government DEI Programs and Preferencing" dated January 20, 2025 (90 FR 8339 (Jan. 29, 2025)), and their implementing directives from the Office of Personnel Management, it is with great regret that I must inform you that your position of CHIEF WORKFORCE ENGAGEMENT OFFICER, GS-301-15 is being abolished and you have been identified for a reduction in force (RIF) action. This memorandum constitutes a specific RIF notice.

This RIF is necessary to implement the abolishment of the Workforce Engagement Services.

This RIF is in accordance with current law and regulations, which include Chapter 35 of Title 5, United States Code, 5 Code of Federal Regulations, Part 351, and internal U.S. Department of Education (ED) policy. In accordance with these provisions, the Office of Inspector General will release you from your competitive level, and you do not have an assignment right to another position in your competitive area. As a result, your separation from the Federal service by RIF on **July 18, 2026.**

This RIF was conducted by the Office of Human Resources (OHR) by preparing retention registers which listed employees in retention standing order based on civil service tenure, veteran's preference, length of Federal service, and performance ratings. The following information was used to determine your retention standing as of the RIF effective date:

- Competitive Area: EFE1
- Type of Service: Competitive
- Position Title, Series, Grade: Chief Workforce Engagement Officer, GS-0301-15
- Competitive Level: FW6
- Tenure Group and Subgroup: IAD
- Service Computation Date (SCD): 11/4/2013
- Latest Three Performance Evaluations:
  - Rating Performance and Pattern FY24: 5
  - Rating Performance and Pattern FY23: 5

Rating Performance and Pattern FY22: 4

- SCD adjusted by latest three performance ratings: 11/4/1994

Attached to this letter is an Employee Guide to RIF Benefits, which contains information regarding leave and other benefits available to employees separated by RIF, as well as information on the ED Career Transition Assistance Plan. In addition, you may authorize OHR to release your qualification information to Federal, state, and private sector agencies and organizations by completing the attached release authorization. Information regarding benefits available under the Workforce Investment Act of 1998 Program, including unemployment insurance, is located at http://www.doleta.gov/usworkforce/WIA/planstatus.cfm.

You may be eligible to receive severance pay. If you are eligible for severance, we will process payment upon separation. If you think you may be eligible for discontinued service or regular retirement, please see the Employee Guide to RIF Benefits for more information or contact benefits@ed.gov.

If you resign on or before the RIF effective date of **July 18, 2026**, OIG will still consider your separation involuntary. Please be advised that you may affect your appeal rights if you resign. You are strongly encouraged to contact OHR for information if you are considering resigning during this specific notice period.

OHR staff are available to assist you by explaining this proposed action and will provide you with copies of pertinent regulations, benefits information, or other material related to this action that you may wish to review. Title 5 of the Code of Federal Regulations Part 351 contains the RIF regulations. OHR will provide a copy to you upon request. You may also inspect the appropriate retention register through the OHR. You may obtain any information in writing by sending your request to the OIG RIF Team, email: oighr@ed.gov.

You may have the right to appeal this action to the Merit Systems Protection Board (MSPB). Should you elect to appeal to the MSPB, your appeal must be in writing and submitted no later than 30 calendar days after the effective date of the reduction in force action. For more information, please visit www.mspb.gov or contact your local MSPB regional or field office (see attached). However, if you are a bargaining unit employee, you must use the negotiated grievance procedures and may not appeal to the MSPB unless you allege that the RIF action was based upon discrimination.

Alternatively, you may file an electronic appeal at https://e-appeal.mspb.gov/. See *How to File an Appeal* at http://www.mspb.gov/appeals/appeals.htm. If you file an appeal, the MSPB must serve an acknowledgment order to the following address:

Office of the General Counsel,
U.S. Department of Education
400 Maryland Ave, SW
Washington, DC 20202

If you believe this action is because of a prohibited personnel practice other than discrimination based on your race, color, religion, sex, national origin, age, disability, marital status, or political affiliation, you may seek corrective action with the Office of the Special Counsel (OSC). Your decision to file an MSPB appeal or to seek corrective action from the OSC is exclusive and irrevocable. See Prohibited Personnel Practices Overview for more information about seeking corrective action.

If you believe this action is because of race, color, religion, sex (including pregnancy), national origin, physical disability, genetic information, or age, you may file a complaint with the Office of Equal Employment Opportunity Services by email at ODS_OEEOS@ed.gov. To initiate a complaint, you must contact an ED Equal Employment Opportunity Counselor within 45 days of the effective date of this action.

This RIF action is not a reflection of your performance or conduct. It is solely due to the reduction in the number of positions as described earlier in this letter. OIG appreciates the service you have rendered. We deeply regret that this decision affects you, and we recognize the difficulty of the moment.

**Attachments:**

RIF Information Sheet
Employee Guide to RIF Benefits
ED Placement Programs
Reemployment Priority List Registration Form
Authorization to Release Qualifications Information
Severance Pay Information
MSPB Appeal Offices Locations

Sent by email to: GIL1035@GMAIL.COM

No hard copy to follow

cc: Theresa Perolini, Assistant Inspector General for Enterprise and External Affairs

**EXHIBIT C**

**December 28, 2025, Memo rescinding the RIF and back on admin leave**

# UNITED STATES DEPARTMENT OF EDUCATION

December 23, 2025

TO: Mr. Gil Lang
via email: Gil1035@gamil.com

FROM: Ms. Takiyah T. Golden TAKIYAH GOLDEN
Assistant Inspector General, Management Services
Office of Inspector General

SUBJECT: Employee Reinstatement and Repayment of Lump Sum Annual Leave

This letter notifies you that a preliminary injunction was issued on December 17 in AFSC, et al. v. United States, Case No. 25-cv-08302-SI, (N.D. California), concerning employees affected by the reductions in force (RIFs) that occurred between October 1 and November 12. In the relevant part, the Court ordered that all RIFs "implemented or executed" during the period be rescinded and specified that any employees who were separated during that period be returned to employment status and provided full back pay.

Pursuant to the September 5, 2025, letter you received from the OIG, your RIF action was to be effective on **November 4, 2025.** Consistent with the Court's order, we are in the process of taking the necessary steps to reinstate you and place you back on administrative leave until further notice. We are also working with the Department to calculate your entitled back pay.

Your employment records indicate that you recently received a lump sum annual leave payment in the amount of **$22,217.57**. Because you are being reinstated with full back pay, federal pay rules require that this lump sum annual leave payment be repaid, as employees may not receive both back pay and a lump sum payment for the same period. Information regarding repayment and collections will be provided separately.

Nonetheless, your effective date of reinstatement will be at the beginning of pay period 2, **December 28, 2025,** with back pay calculated from November 5 through December 27, 2025.

This is a complex and evolving situation, and we greatly appreciate your patience and cooperation as we work to implement the Court's decision.

If you have any questions or require further clarification on this matter, please contact Teresa Dargan, Human Resources Specialist, at Teresa.Dargan@ed.gov.

**EXHIBIT D:**

**Feb 4, 2025, Administrative Leave and Lockout Notice Email**

**From:** Lang, Gil Gil.Lang@ed.gov
**Subject:** FW: Employment Status
**Date:** February 4, 2025 at 2:29 PM
**To:** G 2 gil1035@gmail.com

Info

**From:** Perolini, Theresa <Theresa.Perolini@ed.gov>
**Sent:** Tuesday, February 4, 2025 2:20 PM
**To:** Lang, Gil <Gil.Lang@ed.gov>
**Cc:** Dargan, Teresa <Teresa.Dargan@ed.gov>
**Subject:** Employment Status

Dear Gil,

This email provides important information regarding your employment status. Effective February 4, 2025, close of business, you will be placed on administrative leave with full pay and benefits pursuant to the President's Executive Order on DEIA and related OPM guidance. This administrative leave is not being done for any disciplinary purpose.

Please note the following:

- **Pay and Benefits:** You will continue to receive your full salary and benefits during the entirety of this administrative leave period.

- **Work Responsibilities:** You are not required or expected to perform any work-related tasks during this period of administrative leave.

- **Office Attendance:** You are not required or expected to come to the office during this time.

- **Email Access:** Your email access will be suspended. Please make sure that your address of record and contact information are current with your agency.

We will provide you with updates as soon as they are available. We appreciate your patience and cooperation.

If you have any concerns or questions, please contact Teresa Dargan, HR Specialist at Teresa.Dargan@ed.gov.

Respectfully,

Theresa Perolini
Assistant Inspector General for Enterprise and External Affairs

RECEIVED
U.S. ATTORNEY'S OFFICE
SAN FRANCISCO, CA
2026 MAY 27 PM 2:02

RECEIVED
U.S. ATTORNEY'S OFFICE
SAN FRANCISCO, CA
2026 MAY 2[illegible] PM 2:3[illegible]