RECEIVED

MAY 27 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# COVER LETTER

**GIL LANG II: 74 Two Rivers Drive, Edgewater, MD 21037**

**Date: May 22, 2026**

**VIA USPS PRIORITY MAIL EXPRESS** Clerk of Court United States District Court Northern District of California 450 Golden Gate Avenue San Francisco, CA 94102

**RE: Lang v. U.S. Department of Education, et al., Case No. 3:25-cv-08302-SI**

Dear Clerk:

Please find enclosed for filing in the above-referenced matter the following documents:

1. **Plaintiff's Motion for Permission to File Electronically;**
2. **Declaration of Gil Lang II in Support of Plaintiff's Position for the June 23, 2026, Hearing, with Exhibits A through D;**
3. **Proof of Service.**

I have also enclosed an extra copy of these documents and a self-addressed, stamped envelope. Please file-stamp the extra copy and return it to me in the enclosed envelope.

Respectfully submitted,

Signature: ______________________

**Gil Lang II, Pro Se Plaintiff**

# MOTION TO E-FILE

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

**GIL LANG II,** Plaintiff,

v.

**U.S. DEPARTMENT OF EDUCATION, et al.,** Defendants.

**Case No.: 3:25-cv-08302-SI**