## AFFIDAVIT OF PROCESS SERVER

United States District Court Northern District of California

**FILED**

JUN 1 6 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Gil Lang II**

Plaintiff(s),

vs.

**U.S. Department of Education, et al.**

Defendant(s).

Attorney: NONE

Client:
Gil Lang II
74 Two Rivers Dr.
Edgewater MD 21037


**\*356718\***

**Case Number: 3:25-cv-08302-SI**

I, **Keila Castro**, swear and affirm that the following is correct:

I received the legal documents on **05/22/2026** at **10:52 AM** to be served upon: **U.S. Department of Education, Office of Inspector General (ED-OIG) at 400 Maryland Avenue, SW, Washington, DC 20202**

I mailed via USPS Priority Mail Express a copy of the legal documents to **U.S. Department of Education, Office of Inspector General (ED-OIG)**. The envelope contained a true and accurate conformed copy of: **Cover Letter dated May 22, 2026; Motion to E-File; Plaintiff's Motion for Permission to File Electronically; Declaration of Gil Lang II; Exhibits A-D to U.S. Department of Education, Office of Inspector General (ED-OIG) at 400 Maryland Avenue, SW, Washington, DC 20202.**

**Supplemental Data Appropriate to this Service:** On 05-22-2026, a copy of the legal documents was sent via USPS Priority Mail Express to the subject with tracking number: 9570 1106 9796 6142 7706 10, to the address of: 400 Maryland Avenue, SW, Washington, DC 20202. A search of the USPS website found the following: "Your item was delivered to the front desk, reception area, or mail room at 9:31 am on May 27, 2026 in WASHINGTON, DC 20202."

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Keila Castro
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job
ID:356718



Sworn to and subscribed before me on

June 12, 2026

x Victoria Dickie
Notary Public

Victoria Dickie
Notary Public, District of Columbia
My Commission Expires 11/30/2030

## AFFIDAVIT OF PROCESS SERVER

United States District Court Northern District of California

**FILED**

JUN 1 6 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Gil Lang II**

Plaintiff(s),

VS.

**U.S. Department of Education, et al.**

Defendant(s).

Attorney: NONE

Client:
Gil Lang II
74 Two Rivers Dr.
Edgewater MD 21037

*356716*

**Case Number: 3:25-cv-08302-SI**

I, **Keila Castro**, swear and affirm that the following is correct:

I received the legal documents on **05/22/2026** at **10:43 AM** to be served upon: **Civil Process Clerk, U.S. Attorney's Office (NDCA) at 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102**

I mailed via USPS Priority Mail Express a copy of the legal documents to **Civil Process Clerk, U.S. Attorney's Office (NDCA)**. The envelope contained a true and accurate conformed copy of: **Cover Letter dated May 22, 2026; Motion to E-File; Plaintiff's Motion for Permission to File Electronically; Declaration of Gil Lang II; Exhibits A-D** to **Civil Process Clerk, U.S. Attorney's Office (NDCA)** at **450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102.**

**Supplemental Data Appropriate to this Service:** On 05-22-2026, a copy of the legal documents was sent via USPS Priority Mail Express to the subject with tracking number: 9570 1106 9796 6142 7705 97, to the address of: 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102. A search of the USPS website found the following: "Your item was delivered in or at the mailbox at 12:03 pm on May 27, 2026 in SAN FRANCISCO, CA 94102."

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Keila Castro**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job
ID:356716



Sworn to and subscribed before me on

Jun 12th 20 26

x Victoria Dickie
Notary Public

Victoria Dickie
Notary Public, District of Columbia
My Commission Expires 11/30/2030

## AFFIDAVIT OF PROCESS SERVER

United States District Court Northern District of California

**F I L E D**

JUN 1 6 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Gil Lang II**

Plaintiff(s),

vs.

**U.S. Department of Education, et al.**

Defendant(s),

Attorney: NONE

Client:
Gil Lang II
74 Two Rivers Dr.
Edgewater MD 21037


*356717*

**Case Number:** 3:25-cv-08302-SI

I, **Keila Castro** swear and affirm that the following is correct:

I received the legal documents on **05/22/2026** at **10:49 AM** to be served upon: **Attorney General of the United States at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001**

I mailed via USPS Priority Mail Express a copy of the legal documents to **Attorney General of the United States. The envelope contained a true and accurate conformed copy of: Cover Letter dated May 22, 2026; Motion to E-File; Plaintiff's Motion for Permission to File Electronically; Declaration of Gil Lang II; Exhibits A-D to Attorney General of the United States at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.**

**Supplemental Data Appropriate to this Service:** On 05-22-2026, a copy of the legal documents was sent via USPS Priority Mail Express to the subject with tracking number: 9570 1106 9796 6142 7706 34, to the address of: U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001. A search of the USPS website found the following: "Your item was picked up at the post office at 4:31 am on May 28, 2026 in WASHINGTON, DC 20530."

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Keila Castro**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job
ID:356717



Sworn to and subscribed before me on

June 12th, 2026

x Victoria Dickie
Notary Public

Victoria Dickie
Notary Public, District of Columbia
My Commission Expires 11/30/2030