UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF STATE COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, et al., | Case No. 25-cv-08302-SI |
| Plaintiffs, | **ORDER DENYING NON-PARTY'S MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING** |
| v. | Re: Dkt. No. 181 |
| UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al., | |
| Defendants. | |

The Court has received a motion for permission for electronic case filing from a pro se non-party, Gil Lang II. Dkt. No. 181. Lang is a career federal employee and a retired U.S. Army veteran who has received multiple RIF (reduction-in-force) notices from defendant U.S. Department of Education. The Court appreciates the initiative of Lang to provide the Court with possibly relevant information but respectfully denies the pro se non-party permission to file electronically on the docket. Although the motion states that Lang is a plaintiff in this case, the plaintiffs in this case are labor organizations and their local affiliates representing federal civilian employees.[1] Defendants are nearly forty federal agencies. If the Court were to allow individual employees from each defendant agency to electronically file in this case, it would overwhelm the docket. Accordingly,

---

[1] Plaintiffs include the American Federation of Government Employees, AFL-CIO ("AFGE"), American Federation of State County and Municipal Employees, AFL-CIO ("AFSCME"), AFGE Local 1236, and AFGE Local 3172, National Federation of Federal Employees ("NFFE"), Service Employees International Union ("SEIU"), National Association of Government Employees, Inc. ("NAGE"), National Treasury Employees Union ("NTEU"), International Federation of Professional and Technical Engineers, AFL-CIO ("IFPTE"), and the American Federation of Teachers ("AFT").

United States District Court
Northern District of California

Lang's motion is denied.

**IT IS SO ORDERED**.

Dated:  July 29, 2026

_____

SUSAN ILLSTON
United States District Judge