STANLEY E. WOODWARD, JR.
Associate Attorney General
BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON
Deputy Assistant Attorney General
MICHAEL K. VELCHIK
Senior Counsel to the Assistant Attorney General
Civil Division
BRAD P. ROSENBERG
Chief Litigation Counsel
CHRISTOPHER R. HALL
Assistant Branch Director
STEVEN M. CHASIN
PIERCE J. ANON (N.Y. Bar # 6184303)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-7573
E-mail: pierce.anon@usdoj.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 3:25-cv-08302-SI<br><br>STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS REVISED SECOND AMENDED COMPLAINT AND SUPPLEMENTAL COMPLAINT; [PROPOSED] ORDER<br><br>Judge: Hon. Susan Illston |

As a result of ongoing settlement discussions, Defendants and Plaintiffs, by and through their respective counsel, stipulate to extend the time for Defendants to respond to Plaintiffs' Opposition (ECF No. 171) to the Motion to Dismiss (ECF No. 166) the Revised Second Amended Complaint for Declaratory and Injunctive Relief (ECF No. 92) (the "Revised SAC")

and the Supplemental Complaint for Declaratory and Injunctive Relief (ECF No. 126) (the "Supplemental Complaint"). In support thereof, the parties stipulate as follows:

1. Defendants' Reply to Plaintiffs' Opposition to the Motion to Dismiss the Revised SAC and Supplemental Complaint is currently due on August 18, 2026. ECF No. 190.

2. The parties have conferred and have agreed that the deadline for Defendants' Reply brief should be extended 21 days to September 8, 2026.

3. Further, because the hearing is currently scheduled for September 9, the Parties hereby request that the hearing regarding Defendants' Motion to Dismiss shall be set at a time of the Court's convenience on or after September 22, 2026.

4. Additional time for Defendants' Reply brief is appropriate. The Parties are determining whether a settlement of this case is feasible and hope to use the next few weeks to engage in further discussions. The Parties believe that an extension of time for Defendants' Reply brief would further facilitate that process and thus potentially serve judicial efficiency and preserve the Parties' resources.

5. The Parties have previously stipulated to extend the time for Defendants to file a response to the Revised SAC (ECF No. 119), as well as the time for Defendants to file a response to the Supplemental Complaint (ECF No. 133), and stipulated to extensions of time before and after the expiration of the C.R. (ECF Nos. 160, 163). Plaintiffs also moved to extend the time to respond to Defendants' Motion to Dismiss, ECF No. 169, which the Court granted. ECF No. 170. The Parties also stipulated to an extension of time for Defendants to file their reply brief to Plaintiffs' opposition to Defendants' motion to dismiss, ECF No. 173, which the Court also granted, ECF No. 175. The Parties also stipulated to an extension of time for Defendants to file their reply brief to Plaintiffs opposition to Defendants' motion to dismiss, as well as to move the hearing date, ECF No. 179, which the Court also granted, ECF No. 180. The Parties also stipulated to an extension of time for Defendants to file their reply brief to Plaintiffs opposition to Defendants' motion to dismiss, as well as to move the hearing date, ECF No. 182, which the Court also granted, ECF No. 183. The Parties also stipulated to an extension of time for Defendants to file their reply brief to Plaintiffs opposition to Defendants' motion to dismiss,

as well as to move the hearing date, ECF No. 187, which the Court also granted, ECF No. 188. Most recently, the Parties also stipulated to an extension of time for Defendants to file their reply brief to Plaintiffs opposition to Defendants' motion to dismiss, as well as to move the hearing date, ECF No. 189, which the Court also granted, ECF No. 190.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants that Defendants shall have until September 8, 2026, to reply to Plaintiffs' Opposition of Defendants' Motion to Dismiss the Revised Second Amended Complaint for Declaratory and Injunctive Relief and Plaintiffs' Supplemental Complaint for Declaratory and Injunctive Relief and that the hearing on such motion shall be moved to a time of the Court's convenience after September 22, 2026.

DATED: August 17, 2026

Respectfully submitted,

STANLEY E. WOODWARD, JR.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

BRAD P. ROSENBERG
Chief Litigation Counsel

CHRISTOPHER R. HALL
Assistant Branch Director

*<u>/s/ Pierce J. Anon</u>*
STEVEN M. CHASIN
PIERCE J. ANON (N.Y. Bar # 6184303)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-7573
E-mail: pierce.anon@usdoj.gov

*Attorneys for Defendants*

**[PROPOSED] ORDER**

Upon consideration of the Parties' stipulation and good cause having been shown, the Court hereby ORDERS that Defendants shall have until September 8, 2026, to reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss the Revised Second Amended Complaint for Declaratory and Injunctive Relief and Plaintiffs' Supplemental Complaint for Declaratory and Injunctive Relief, and that a hearing shall be set regarding Defendants' Motion to Dismiss on _______________________________.

**IT IS SO ORDERED.**

Dated: ______________________

___________________________________
SUSAN ILLSTON
United States District Judge

**DECLARATION PURSUANT TO CIV. L.R. 5-1(i)(3)**

I, Pierce J. Anon, declare that I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2026, in the City of Washington, District of Columbia.

_/s/ Pierce J. Anon_
PIERCE J. ANON (N.Y. Bar # 6184303)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-7573
E-mail: pierce.anon@usdoj.gov

*Attorney for Defendants*

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard
Alice X. Wang
Robin S. Tholin
Talia Stender
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
Fax: (415) 362-8064
sleyton@altshulerberzon.com
bchisholm@altshulerberzon.com
dleonard@altshulerberzon.com
awang@altshulerberzon.com
rtholin@altshulerberzon.com
tstender@altshulerberzon.com

By: _/s/ Danielle Leonard_

*Attorneys for All Plaintiffs*

Elena Goldstein (pro hac vice)
Jennie L. Kneedler (pro hac vice)

DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 322-1959
egoldstein@democracyforward.org
jkneedler@democracyforward.org

*Attorneys for All Plaintiffs*

Norman L. Eisen (pro hac vice)
Craig Becker (pro hac vice)
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@democracydefenders.org
Craig@democracydefenders.org

*Attorneys for All Plaintiffs*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

*Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson (SBN 226659)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org

*Attorneys for Plaintiff American Federation of State*

*County and Municipal Employees, AFL-CIO (AFSCME)*

Yvette M. Piacsek
NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM, AFL-CIO
1225 New York Ave. N.W., Suite 450
Washington, D.C. 20005
Tel: (202)216-4428
ypiacsek@nffe.org

*Attorneys for Plaintiff National Federation of Federal Employees, IAM, AFL-CIO*

Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

*Attorneys for Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

Sarah E. Suszczyk
NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC.
159 Thomas Burgin Parkway
Quincy, MA 02169
Tel: (617) 376-7239
ssuszczyk@nage.org

*Attorneys For Plaintiff National Association of Government Employees, Inc. (NAGE)*