Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional Plaintiffs' counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 3:25-cv-08302-SI<br><br>**JOINT MOTION TO HOLD CASE IN ABEYANCE PURSUANT TO SETTLMENT**<br><br>Judge: Hon. Susan Illston |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Civil Local Rules 7-11 and 7-12, the Parties jointly request that the Court vacate all pending deadlines and hold this case in abeyance through December 31, 2026, pursuant to the parties' settlement.

On September 23, 2026, the Parties reached a final settlement of the claims in this action. Pursuant to that settlement agreement, Defendants agreed to "remove any language from their operative contingency plans for a lapse in appropriations that (1) provides for initiation of RIFs during a lapse in appropriations, or (2) authorizes employees to perform work necessary to administer a RIF process during a lapse in appropriations as an excepted activity, unless performing such work during a lapse in appropriations is expressly authorized by statute." The agreement also provides that "Plaintiffs acknowledge that such operative contingency plans can change to include such language detailed in points (1) and (2) of this paragraph" but that any such change can only take effect after 30-days' notice to Plaintiffs and after the agency publishes those proposed changes publicly.

Under the Settlement Agreement, the Parties agreed to jointly file this motion to hold the case in abeyance. That abeyance will last until "the earlier of December 31, 2026, or the passage and enactment of fiscal year 2027 appropriations for all Federal Agency Defendants," when "absent any notice of changes to contingency plans pursuant to [the agreement], the Parties shall file a joint stipulation of dismissal of this case with prejudice." Under the Agreement, Plaintiffs may only file a motion to lift this abeyance if Defendants provide notice of intent to authorize RIFs during a lapse in appropriations as described.

Good cause exists to hold this case in abeyance pursuant to the Parties' Settlement Agreement and vacate all pending deadlines, specifically the deadlines for Defendants' pending Motion to Dismiss. This abeyance is necessary to give effect to the settlement, which serves the interests of judicial efficiency, preserves the Parties' resources, and supports negotiated resolution by the parties as an alternative to protracted litigation. The abeyance under the Agreement will last at most through December 31, 2026, at which point the parties will file a motion to dismiss the case with prejudice absent any notice from Defendants of intent to change operative contingency plans.

DATED: September 25, 2026

Respectfully submitted,

STANLEY E. WOODWARD, JR.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

BRAD P. ROSENBERG
Chief Litigation Counsel

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Pierce J. Anon*

PIERCE J. ANON (N.Y. Bar # 6184303)
STEVEN M. CHASIN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-7573
E-mail: pierce.anon@usdoj.gov

*Attorneys for Defendants*

Stacey M. Leyton
Barbara J. Chisholm
Danielle E. Leonard
Alice X. Wang
Robin S. Tholin
Talia Stender
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
Fax: (415) 362-8064
sleyton@altshulerberzon.com
bchisholm@altshulerberzon.com
dleonard@altshulerberzon.com
awang@altshulerberzon.com
rtholin@altshulerberzon.com
tstender@altshulerberzon.com

By: */s/ Robin S. Tholin*

*Attorneys for All Plaintiffs*

Elena Goldstein (pro hac vice)
Jennie L. Kneedler (pro hac vice)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Tel: (202) 322-1959
egoldstein@democracyforward.org
jkneedler@democracyforward.org

*Attorneys for All Plaintiffs*

Norman L. Eisen (pro hac vice)
Craig Becker (pro hac vice)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel: (202) 594-9958
Norman@democracydefenders.org
Craig@democracydefenders.org

*Attorneys for All Plaintiffs*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

*Attorneys for Plaintiffs American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson (SBN 226659)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Yvette M. Piacsek
NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM, AFL-CIO
1225 New York Ave. N.W., Suite 450
Washington, D.C. 20005
Tel: (202) 216-4428
ypiacsek@nffe.org

*Attorneys for Plaintiff National Federation of Federal Employees, IAM, AFL-CIO*

Steven K. Ury (SBN 199499)
SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel: (202) 730-7428
steven.ury@seiu.org

*Attorneys for Plaintiff Service Employees International Union, AFL-CIO (SEIU)*

Sarah E. Suszczyk
NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC.
159 Thomas Burgin Parkway
Quincy, MA 02169
Tel: (617) 376-7239
ssuszczyk@nage.org

*Attorneys For Plaintiff National Association of Government Employees, Inc. (NAGE)*