Stacey M. Leyton (SBN 203827)
Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Alice X. Wang (SBN 335224)
Robin S. Tholin (SBN 344845)
Talia Stender (SBN 341654)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
sleyton@altber.com
bchisholm@altber.com
dleonard@altber.com
awang@altber.com
rtholin@altber.com
tstender@altber.com

*Attorneys for Plaintiffs*

[Additional Plaintiffs' counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Case No. 3:25-cv-08302-SI<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO HOLD CASE IN ABEYANCE PURSUANT TO SETTLEMENT**<br><br>Judge: Hon. Susan Illston |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Motion to Hold Case in Abeyance Pursuant to Settlement and good cause having been shown, the Court hereby VACATES all deadlines in this case and ORDERS that this case be held in abeyance.

IS SO ORDERED.

Dated: ____________________

____________________________
HON. SUSAN ILLSTON
United States District Judge